AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EMILE MAZLOUM

V.

DISTRICT OF COLUMBIA METROPOLITAN
POLICE DEPARTMENT et.al.,

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV00002

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 01/04/2006

TO: (Name and address of Defendant)  Michael Rehman
a/k/a Mike Romeo
12001 Galena Road
Rockville, Maryland  20852

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian H. Corcoran, Esq.
Katten Muchin Rosenman, LLP.
1025 Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, DC  20007

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        JAN - 4 2005
CLERK                              DATE

*Maureen Higgins*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/14/06 | TIME 10:30 PM |
| NAME OF SERVER (PRINT) Daniel F. Portnoy | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Fur Nightclub, 33 Patterson Street, NE Washington, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/17/06
              Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

*Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.