AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EMILE MAZLOUM

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA METROPOLITAN
POLICE DEPARTMENT, et.al.,

CASE NUMBER   1:06CV00002

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employme:

DATE STAMP: 01/04/2006

TO: (Name and address of Defendant)

D.C. Metropolitan Police Department
300 Indiana Avenue, NW
6th Floor
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian H. Corcoran, Esq.
Katten Muchin Rosenman, LLP
1025 Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, DC  20007

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JAN - 4 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint *was made by me⁽¹⁾ | 01-04-06 at 3:15 p.m. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Daniel F. Portnoy | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Linda Tolson, Secretary to Chief of Police, authorized to accept. Service was completed at 300 Indiana Avenue, NW, 6th Floor, Washington, DC 20001.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-05-06
                   Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.