AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EMILE MAZLOUM

V.

DISTRICT OF COLUMBIA METROPOLITAN
POLICE DEPARTMENT et.al.,

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV00002

JUDGE: John D. Bates

DECK TYPE: Civil Rights (non-employme

DATE STAMP: 01/04/2006

TO: (Name and address of Defendant)

Serve

District of Columbia
District of Columbia Mayor
Office of the Secretary
Gladys Herring
John A. Wilson Building, Suite 419
350 Pennsylvania Avenue, NW
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian H. Corcoran, Esq.
Katten Muchin Rosenman, LLP
1025 Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, DC 20007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JAN - 4 2005
DATE

*Maureen Higgins*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint* was made by me⁽¹⁾ | DATE  01-04-06 at 2:30 p.m. |
| NAME OF SERVER (PRINT)  Daniel F. Portnoy | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☒ Other (specify): <u>By serving Tabitha Braxton, Administrative Assistant, authorized to accept. Service was completed at 1350 Pennsylvania Avenue, NW, Suite 419, Washington, DC 20004.</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-04-06
                  Date

Signature of Server
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.