IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

    Plaintiff,

  v.

DISTRICT OF COLUMBIA, *et al.,*

    Defendants.

C.A. No. 06-00002 (JDB)

### Defendant District of Columbia's Contested Motion to Extend Time to Respond to Plaintiff's Complaint

Pursuant to Fed.Civ.Pro.R. 6(b), defendant District of Columbia respectfully requests that the Court extend the time for it to respond to plaintiff's complaint.[1] As grounds thereof, this defendant states that in order to file a meaningful response to plaintiff's complaint, an extension of time to respond is needed to further investigate the allegations.[2] Additionally, defense counsel has been in trial before the Honorable Judge Kennedy since the case has been assigned.

On January 25 2006, counsel left a voicemail message for Mr. Corcoran requesting an extension of time. On January 26, 2006, after a second call to counsel, Mr. Corcoran, Esquire, indicated he believed consent would be forth coming. However, he had to consult with his co-counsel for their opinion on the matter. After consulting with co-counsel, Mr. Corcoran indicated that the plaintiff will agree to a ten day (10) extension only if the District will agree to answer some

---

[1] MPD is non sui juris. Plaintiff filed the instant action naming the Metropolitan Police Department as a party defendant. It has long been held in this jurisdiction that agencies and departments within the District of Columbia government are not suable as separate entities. See Roberson v. District of Columbia Board of Higher Education, 359 A.2d 28, 31 n. 4 (D.C. 1976) (Board of Higher Education not a suable entity) (dictum); Miller v. Spencer, 330 A.2d 250, 251 n. 1 (D.C. 1974) (Department of Sanitation not suable); Ray v. District of Columbia, 535 A.2d 868, 869 n. 2 (D.C. 1987) (holding that Fire Department, the Board of Police and Fire Surgeons, and the Police and Fire Clinic are not sui juris entities). Accordingly, the complaint should be dismissed as against this defendant.

[2] Review of the docket indicates that the District's answer is due on January 24, 2006. The date stamp for the Office of the Secretary indicates receipt on January 6, 2006.

brief discovery within five days (5).  The District would normally request a sixty day extension to respond to the complaint, as allowed in the Superior Court of the District of Columbia, but now requests until February 28, 2006.

    WHEREFORE, the District moves the Court to extend the time for it to respond to plaintiff's complaint until February 28, 2006.

                                              Respectfully submitted,

                                              ROBERT J. SPAGNOLETTI
                                              Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division

                                              _____/s/_____
                                              NICOLE L. LYNCH [471953]
                                              Section Chief
                                              General Litigation § II


BY: _____/s/_____
        E. LOUISE R. PHILLIPS [422074]
        Assistant Attorney General
        441 4th Street, N.W., Sixth Floor South
        Washington, D.C.  20001
        (202) 724-6519, (202) 724-6669

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

EMILE MAZLOUM

    Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.,*

    Defendants.

C.A. No. 06-00002  (JDB)

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DISTRICT'S CONTESTED MOTION TO EXTEND TIME FOR DEFENDANT TO
RESPOND TO PLAINTIFF'S COMPLAINT

1. Federal Court Rules of Civil Procedure Rules 6(b).

2. The entire record herein.

3. Lack of prejudice and judicial economy.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

BY: _____/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM<br><br>　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　Defendants. | C.A. No. 06-00002 (JDB) |

### ORDER

Upon consideration of the District's contested motion to extend time for this defendant to respond to plaintiffs' complaint, any opposition by plaintiff, it is this ___ ____ day of _____, 2006,

ORDERED: That defendant's motion be, and the same is hereby granted and this defendant's response to plaintiff's complaint will be due on or before February 28, 2006.

　

　

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judge Emmet G. Sullivan
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge