UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
EMILE MAZLOUM,                      )
                                    )
       Plaintiff,                 )    Civil Action No. 1:06 CV 00002
                                    )    (JDB)
    v.                             )
                                    )
DISTRICT OF COLUMBIA                )
METROPOLITAN POLICE                 )
DEPARTMENT, et al.,                 )
                                    )
       Defendants.                )
_____)

**ORDER**

Pursuant to the motion of Emile Mazloum to seek expedited discovery in this action; and based on this Court's discretion that Mazloum's request is reasonable under the circumstances and is in the interests of justice; it is hereby

ORDERED that Mazloum's motion for expedited discovery be and it hereby is granted; and it is further

ORDERED that Mazloum shall, within one business day of the entry of this order, serve upon defendants the District of Columbia, the District of Columbia Metropolitan Police Department, and Night and Day Management, LLC interrogatories seeking the true names and addresses of the John Doe defendants; and it is further

ORDERED that upon receiving such interrogatories defendants the District of Columbia, the District of Columbia Metropolitan Police Department, and Night and Day Management, LLC shall have seven business days thereafter to respond.

Signed this ___ day of _____, 2006.

                                                 By _____
                                                 John D. Bates
                                                 United States District Judge

Copies to:

Brian H. Corcoran (Bar No. 15268)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C.  20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com

Susan Huhta (Bar No. 453478)
Warren R. Kaplan (Bar No. 034470)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C.  20036
Ph: (202) 319-1000
Fax: (202) 319-1010
Sue_Huhta@washlaw.org
Warren_Kaplan@washlaw.org

Robert J. Spagnoletti
Attorney General for the District of Columbia
George C. Valentine
Deputy Attorney General
Civil Litigation Division
Nicole L. Lynch
Section Chief
General Litigation § II
E. Louise R. Phillips
Assistant Attorney General
441 4th Street, N.W., sixth Floor South
Washington, D.C. 20001
(202) 724-6519, (202) 724-6669