**Katten** Muchin Rosenman LLP

1025 Thomas Jefferson St., NW
East Lobby, Suite 700
Washington, DC 20007-5201
202.625.3500 tel
202.298.7570 fax

**BRIAN H. CORCORAN**
brian.corcoran@kattenlaw.com
202.625.3679 direct
202.339.8290 fax

February 9, 2006

The Honorable John D. Bates
District Judge
United States District Court for the District of
Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *Emile Mazloum v. District of Columbia, et al.*, Civil Action No. 1:06 CV 00002 (JDB)

Dear Judge Bates:

We are writing on behalf of the Plaintiff to request that the Court hold a conference call with the parties who have to date appeared in the above-referenced lawsuit to discuss the disposition of Plaintiff's Motion for Expedited Discovery, dated January 27, 2006.

As set forth in greater detail in Plaintiff's Motion, certain of Plaintiff's claims, which have been asserted against John Doe defendants, run the risk of being time barred as of the second week of March 2006 unless Plaintiff is provided the actual names by defendants that have already appeared in the case, such as the District of Columbia. This information is readily available to the District's attorneys and could be provided to Plaintiff's counsel promptly. To date, however, and despite the fact that Plaintiff's motion has been pending for almost two weeks, the District has made no overtures to Plaintiff's counsel regarding the motion.

Plaintiff's motion will be meaningless unless it is resolved in time for Plaintiff to obtain the requested information and amend his complaint before early March. Accordingly, Plaintiff requests that the Court select a mutually-convenient time for a conference call between Plaintiff's counsel and the District's attorneys to discuss the substance of the motion. Plaintiff's counsel are available Friday, February 10, 2006 or the next available date convenient to the Court.

Respectfully submitted,

/s/

Brian H. Corcoran

cc:  Warren Kaplan, Esq.
     E. Louise Phillips, Esq.