CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM
          Plaintiff            )
                               )
          vs.                  )     Civil Action No. 1:06CV00002
                               )
MICHAEL REHMAN                 )
                               )
a/k/a "MIKE ROMEO"             )
          Defendant

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the __fourteenth__ day of __January__, __2006__, and an affidavit on behalf of the plaintiff(s) having been filed, it is this __tenth__ day of __February__, __2006__ declared that MICHAEL REHMAN, a/k/a "MIKE ROMEO" _____

_____

_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
        Deputy Clerk