CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM                                        )
                                                     )
                    vs.                              )    Civil Action No. 1:06CV00002
                                                     )
DISTRICT OF COLUMBIA METROPOLITLAN                   )
POLICE DEPARTMENT et al.                             )

### AFFIDAVIT IN SUPPORT OF DEFAULT

   I hereby certify under penalty of perjury, this __10th__ day of __February__, __2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) MICHAEL REHMAN, a/k/a "MIKE ROMEO"
was [were]:   [personally served with process on __January 14, 2006__ ].
              OR
              [served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
              _____ ].
              OR
              [served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
              _____ ].
              [The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
              _____ ].

   I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

   The Clerk is requested to enter a Default against said defendant(s).

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ___ DAY OF _____ 2006.
BY _____
   _____
   NOTARY PUBLIC

456976
Bar Id. Number

Attorney for Plaintiff(s) [signature]
1025 Thomas Jefferson St., NW
Washington, DC  200007
(202) 625-3500
Address and Telephone Number

My Commission Expires
February 28, 2010