CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM
      Plaintiff      )
            )
     vs.     )   Civil Action No. 1:06CV00002
            )
NIGHT AND DAY MANAGEMENT, LLC  )
            )
d/b/a FUR NIGHTCLUB  )
      Defendant

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the ___fifth___ day of ___January___, ___2006___, and an affidavit on behalf of the plaintiff (s) having been filed, it is this ___tenth___ day of ___February___, ___2006___ declared that NIGHT AND DAY MANAGEMENT, LLC, d/b/a FUR NIGHTCLUB _____

_____

_____

_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
          Deputy Clerk