CO-538
Rev. 3/87

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM  )
             )
       vs.   )        Civil Action No. 1:06CV00002
             )
DISTRICT OF COLUMBIA METROPOLITAN )
POLICE DEPARTMENT et al.   )

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __10th__ day of __February__, __2006__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) NIGHT AND DAY MANAGEMENT, LLC, d/b/a FUR NIGHTCLUB

was [were]:    [personally served with process on __January 5, 2006__ ].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____ ].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____ ].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
__D.C. Code §§ 13-422; 423 (a) (1,3,5)__ ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 10th DAY OF February 2006
BY Susan G. Kerr
    Susan G. Kerr
    NOTARY PUBLIC

456976
Bar Id. Number

My Commission Expires
February 28, 2010

Attorney for Plaintiff(s) [signature]
1025 Thomas Jefferson St., NW
Washington, DC  20007
(202) 625-3500
Address and Telephone Number