CO-547
Rev. 3/84

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM
           Plaintiff                    )
                                        )
         vs.                            )   Civil Action No. 1:06CV00002
                                        )   In re: NIGHT AND DAY MANAGEMENT, LLC
DISTRICT OF COLUMBIA METROPOLITAN       )   d/b/a FUR NIGHTCLUB
POLICE DEPARTMENT et al.                )
           Defendant                         (Defendant)


## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this __tenth__ day of __February__, __2006__, (that I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate in plaintiff's behalf (that I am the plaintiff in the above-entitled case.)

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as a __N/A__.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 10th DAY OF February 2006.
BY SUSAN G. DAY

*Susan G. Day*
NOTARY PUBLIC

My Commission Expires
February 28, 2010

_____
Attorney for Plaintiff
Katten Muchin Rosenman, LLP

1025 Thomas Jefferston St., NW

Washington, DC  20007
Address