UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
EMILE MAZLOUM,                      )
                                    )
            Plaintiff,              )    Civil Action No. 1:06 CV 00002
                                    )    (JDB)
        v.                          )
                                    )
DISTRICT OF COLUMBIA                )
METROPOLITAN POLICE                 )
DEPARTMENT, *et al.*,               )
                                    )
            Defendants.             )
_____)

**REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

Plaintiff Emile Mazloum ("Mazloum"), by his undersigned attorneys, in response to the brief of Defendant District of Columbia (the "District") opposing Plaintiff's motion seeking leave for expedited discovery from certain defendants before or at the time their answers are filed, respectfully states as follows:

The District's opposition is puzzling. For starters, it does not address at all the substance of Plaintiff's motion: that certain of Plaintiff's claims may be time-barred at the beginning of March if the District is not ordered to provide the Plaintiff some discrete information about certain of the John Doe defendants named in this lawsuit. It does not even assert that requiring the District to do so would be difficult or prejudicial. Rather, the District appears to have decided to use the occasion to move for entirely separate relief (a stay of proceedings pending the completion of a criminal investigation involving some unidentified parties to this case)[1]. Because, in effect, the District has

---

1 In fact, and underscoring the nonresponsive nature of the District's "opposition," the District filed its "opposition"

not opposed Plaintiff's motion except in name, it can and should be presumed that the Plaintiff's arguments for the need for expedited discovery are acceded to by the District, and therefore the Court may grant Plaintiff's motion with no further delay.

      Moreover, even if the Court gives the District the benefit of the doubt and interprets the motion as having the effect of "opposing" Plaintiff's motion (since it would stay discovery in the case if granted), it is not clear that the two motions cannot be reconciled. The District's motion seems intended to protect individual officers who may or may not be the subject of pending incomplete criminal investigations. However, the District does not allege, nor is it apparent, that the *District* is also the subject of the criminal investigation. And it is from the District – the sole defendant to have appeared in this case to date[2] – that Plaintiff seeks the discrete expedited discovery of the disclosure of the names and addresses of certain John Doe defendants. Thus, even if this Court were in full agreement with the wisdom of the District's Motion (and Plaintiff in fact intends to oppose it), that would not change the fact that Plaintiff should still be permitted the expedited discovery it seeks – especially from a party who will not be prejudiced in the least should Plaintiff's motion be granted.

---

twice. First, it filed it and designated it as opposing Plaintiff's motion on March 9, 2006. Then, the next morning, it refiled the brief, this time simply calling it a motion for a stay.

2  Plaintiff served defendant Ramirez initially at the MPD district in which he worked, and is now in the process of serving him individually in Arizona, where Plaintiff has learned he presently resides. Plaintiff has obtained defaults against defendant Night and Day Management LLC and individual defendant Michael Rehman, neither of whom appeared in the case in a timely fashion.

## **CONCLUSION**

Accordingly, Plaintiff renews his request for expedited discovery.

Dated:  February 13, 2006                           /s/
                                                                    Brian H. Corcoran (Bar No. 456976)
                                                                    Katten Muchin Rosenman LLP
                                                                    1025 Thomas Jefferson St., NW
                                                                    Suite 700 East Lobby
                                                                    Washington, D.C.  20007
                                                                    Ph: (202) 625-3500
                                                                    Fax: (202) 298-7570
                                                                    Brian.Corcoran@kattenlaw.com

                                                                    Susan Huhta (Bar No. 453478)
                                                                    Warren R. Kaplan (Bar No. 034470)
                                                                    Washington Lawyers' Committee for
                                                                    Civil Rights and Urban Affairs
                                                                    11 Dupont Circle, NW
                                                                    Suite 400
                                                                    Washington, D.C.  20036
                                                                    Ph: (202) 319-1000
                                                                    Fax: (202) 319-1010
                                                                    Sue_Huhta@washlaw.org
                                                                    Warren_Kaplan@washlaw.org

                                                                    Attorneys for Plaintiff
                                                                    Emile Mazloum

Case 1:06-cv-00002-JDB   Document 16   Filed 02/13/2006   Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2006, I caused a true copy of the foregoing REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY to be served by ECF notice upon the following:

>
> Robert J. Spagnoletti, Esq.
> Attorney General for the District of Columbia
>
> George C. Valentine, Esq.
> Deputy Attorney General
> Civil Litigation Division
>
> Nicole L. Lynch, Esq.
> Section Chief
> General Litigation § II
>
> E. Louise R. Phillips, Esq.
> Assistant Attorney General
> 441 4th Street, N.W., sixth Floor South
> Washington, D.C. 20001
> (202) 724-6519, (202) 724-6669
>
> Counsel for Defendant District of Columbia

/s/_____
Brian H. Corcoran