UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

     Plaintiff,

     v.                                                                   Civil Action No. 06-0002 (JDB)

DISTRICT OF COLUMBIA
METROPOLITAN POLICE
DEPARTMENT, et al.,

     Defendants.

## ORDER

Before the Court are plaintiff's motion for expedited discovery and defendant District of Columbia's motion to stay proceedings or, in the alternative, for a protective order staying discovery. Plaintiff seeks permission immediately to serve defendants District of Columbia and Night and Day Management LLC with interrogatories seeking to obtain the true names and addresses of their employees whom plaintiff has named as "John Doe" defendants, so that he may then amend the complaint with their true names and properly effect service. Plaintiff alleges that the John Doe defendants were involved in an assault upon plaintiff at a nightclub owned by Night and Day Management, and contends that expedited discovery -- including an expedited response -- is appropriate because the one-year statute of limitations applicable to two of his claims -- Count II for assault and battery, and Count V under the D.C. Human Rights Act -- will run on March 11, 2006. The District of Columbia does not dispute plaintiff's need for expedited discovery, but contends that a stay of proceedings is warranted because the U.S. Attorney's Office and the Federal Bureau of Investigation are conducting a criminal investigation of the police misconduct alleged by plaintiff, which gives rise to a number of competing concerns including the officers' Fifth

Amendment privilege against self-incrimination, potential conflicts arising from joint representation of the District and its officers by the same counsel, and the need to coordinate proceedings in this matter with any future criminal proceedings.  The District anticipates that the criminal investigation will be completed in one month.

Based on the current record, the Court concludes that a stay of proceedings for 45 days is warranted, but that an exception to the stay should be made for the limited discovery sought by plaintiff.  Requiring the District of Columbia to respond to the two proposed interrogatories seeking the names and addresses of the John Doe defendants would not interfere with the criminal investigation or the rights of its employees.  Furthermore, the burden imposed by the discovery is minimal and involves information unrelated to the conduct at issue.  Plaintiff's need for the information, on the other hand, is substantial, as otherwise claims may be lost to the statute of limitations.

As to defendant Night and Day Management, the Court notes that the company is presently in default for failure to respond to the complaint.  See Default entered Feb. 13, 2006. The Court nonetheless concludes that issuing an order requiring the company to respond to the limited discovery seeking the names and addresses of the two John Doe defendants employed by Night and Day Management is appropriate for the same reasons the District shall be required to respond.  Furthermore, a response -- or failure to respond -- to discovery may be a factor in any subsequent proceedings with regard to the default and, potentially, a default judgment.

Accordingly, it is hereby

ORDERED that plaintiff's motion for expedited discovery seeking the names and addresses of the John Doe defendants is GRANTED; it is further

ORDERED that plaintiff shall serve the discovery attached to plaintiff's motion on the District of Columbia and Night and Day Management, LLC, within one business day of the entry of this Order, and that plaintiff shall cause this Order to be served on defendant Night and Day Management, LLC, at the same time; it is further

ORDERED that defendants shall respond to that discovery by not later than March 1, 2006, and that enlargements of time will not be authorized absent extraordinary circumstances; it is further

ORDERED that the District of Columbia's motion to stay proceedings is GRANTED IN PART and DENIED IN PART, and that, except for the discovery authorized by this Order with respect to the names and the address of the John Doe defendants, and any filing and service of an amended complaint, these proceedings (including the filing of any answer to the complaint or amended complaint) shall be stayed until April 7, 2006; and it is further

ORDERED that a status hearing is scheduled for April 7, 2006, at 9:00 a.m.

SO ORDERED.

                              /s/
                        JOHN D. BATES
               United States District Judge

Dated:  February 21, 2006

Copies to:

Brian H. Corcoran
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, DC 20007
Email: Brian.Corcoran@kattenlaw.com

E. Louise Phillips
Office of the Attorney General for the District of Columbia
441 Fourth St., NW - Sixth Floor South
Washington, DC 20001
Email: louise.phillips@dc.gov

Night and Day Management, LLC
d/b/a Fur Nightclub
Registered Agent: Simon Osnos
2440 Virginia Ave., NW, #D-1304
Washington, DC 20037

Night and Day Management, LLC
Registered Agent: Simon Osnos
7700 Leesburg Pike, Suite 434
Tysons Corner, VA 22043