**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMILE MAZLOUM,<br><br>      Plaintiff,<br><br>      v.<br><br>DISTRICT OF COLUMBIA<br>METROPOLITAN POLICE<br>DEPARTMENT ET AL.,<br><br>      Defendants. | Case No. 1:06-cv-00002-JDB |

**ORDER**

Upon consideration of the Motion of Defendants Night & Day Management, LLC t/a The Fur Factory, incorrectly identified as Night and Day Management, LLC d/b/a Fur Nightclub, and Michael Rehman to vacate the defaults entered against them respectively in this suit and accept as filed their proffered "Answer," the Memoranda of Support thereof, any opposition thereto, and the entire record herein, it is hereby,

**ORDERED** that Defendants' Motion is GRANTED as of this date; and it is further

**ORDERED** that the defaults entered against these Defendants be and is hereby lifted and their Answer accepted as filed as of this date.

_____
Judge, United States District Court

Dated: _____

**Serve:**

        Brian H. Corcoran, Esq.
        Katten Muchin Rosenman, LLP
        1025 Thomas Jefferson Street, NW
        Suite 700 East Lobby
        Washington, DC  20007
        *Co-Counsel for Plaintiff Emile Mazloum*

        Washington Lawyers' Committee for Civil Rights and Urban Affairs
        Susan Huhta, Esq.
        Warren R. Kaplan, Esq.
        11 Dupont Circle, NW
        Suite 400
        Washington, DC  20036
        *Co-Counsel for Plaintiff Emile Mazloum*

        District of Columbia Metropolitan Police Department
        300 Indiana Avenue, NW
        6th Floor
        Washington, DC  20001

        Robert J. Spagnoletti, Esq.
        Attorney General for the District of Columbia
        441 Fourth Street, NW
        6th Floor South
        Washington, DC  20001
        *Co-Counsel for Defendant District of Columbia*

        George C. Valentine, Esq.
        Deputy Attorney General
        Civil Litigation Division
        441 Fourth Street, NW
        6th Floor South
        Washington, DC  20001
        *Co-Counsel for Defendant District of Columbia*

        Nicole L. Lynch, Esq.
        Section Chief
        General Litigation § II
        441 Fourth Street, NW
        6th Floor South
        Washington, DC  20001
        *Co-Counsel for Defendant District of Columbia*

E. Louise R. Phillips, Esq.
Assistant Attorney General
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
*Co-Counsel for Defendant District of Columbia*

Officer Anthony Ramirez
c/o District of Columbia Metropolitan Police Department
First District Station
415 Fourth Street, SW
Washington, DC 20024

Thomas S. Schaufelberger, Bar No. 71934
Paul A. Fitzsimmons, Bar No. 444829
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue
Suite 920
Washington, D.C. 20015-2030
(202) 244-4668
*Counsel for*
*Night & Day Management, LLC, t/a The Fur Factory,*
*and Michael Rehman*