IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA<br>METROPOLITAN POLICE<br>DEPARTMENT ET AL.,<br><br>    Defendants. | Case No. 1:06-cv-00002-JDB |

**LOCAL RULE 7.1 FINANCIAL DISCLOSURE**

I, the undersigned, counsel of record for Night And Day Management, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Night And Day Management, LLC which have any outstanding securities in the hands of the public:  None.  These representations are made in order that judges of this court may determine the need for recusal.

          Respectfully submitted,

          /s/ Thomas S. Schaufelberger
          _____
          Thomas S. Schaufelberger, Bar No. 71934
          Paul A. Fitzsimmons, Bar No. 444829
          WRIGHT, ROBINSON, OSTHIMER & TATUM
          5335 Wisconsin Avenue
          Suite 920
          Washington, D.C.  20015-2030
          (202) 244-4668
          Counsel for
          Night & Day Management, LLC,
          t/a The Fur Factory,
          and Michael Rehman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing is being served this 28th day of February, 2006 either by Notice of Electronic Filing or first-class United States mail, postage prepaid upon:

Brian H. Corcoran, Esq.
Katten Muchin Rosenman, LLP
1025 Thomas Jefferson Street, NW
Suite 700 East Lobby
Washington, DC  20007
*Co-Counsel for Plaintiff Emile Mazloum*

Washington Lawyers' Committee for Civil Rights and Urban Affairs
Susan Huhta, Esq.
Warren R. Kaplan, Esq.
11 Dupont Circle, NW
Suite 400
Washington, DC  20036
*Co-Counsel for Plaintiff Emile Mazloum*

District of Columbia Metropolitan Police Department
300 Indiana Avenue, NW
6th Floor
Washington, DC  20001

Robert J. Spagnoletti, Esq.
Attorney General for the District of Columbia
441 Fourth Street, NW
6th Floor South
Washington, DC  20001
*Co-Counsel for Defendant District of Columbia*

George C. Valentine, Esq.
Deputy Attorney General
Civil Litigation Division
441 Fourth Street, NW
6th Floor South
Washington, DC  20001
*Co-Counsel for Defendant District of Columbia*

Nicole L. Lynch, Esq.
Section Chief
General Litigation § II
441 Fourth Street, NW
6th Floor South
Washington, DC  20001
*Co-Counsel for Defendant District of Columbia*

E. Louise R. Phillips, Esq.
Assistant Attorney General
441 Fourth Street, NW
6th Floor South
Washington, DC  20001
*Co-Counsel for Defendant District of Columbia*

Officer Anthony Ramirez
c/o District of Columbia Metropolitan Police Department
First District Station
415 Fourth Street, SW
Washington, DC  20024

                                                    /s/ Paul A. Fitzsimmons
                                          _____
                                                     Paul A. Fitzsimmons