# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | |
|     Plaintiff, | |
|     v. | Case No. 1:06-cv-00002-JDB |
| DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT ET AL., | |
|     Defendants. | |

## NOTICE OF APPEARANCE

THE CLERK will please note that Paul A. Fitzsimmons of the law firm Wright, Robinson, Osthimer & Tatum hereby enters his appearance in this case as co-counsel for Defendants Night & Day Management, LLC, t/a The Fur Factory, and Michael Rehman.

    Respectfully submitted,

    /s/ Paul A. Fitzsimmons

    _____
    Thomas S. Schaufelberger, Bar No. 71934
    Paul A. Fitzsimmons, Bar No. 444829
    WRIGHT, ROBINSON, OSTHIMER & TATUM
    5335 Wisconsin Avenue
    Suite 920
    Washington, D.C.  20015-2030
    (202) 244-4668
    Counsel for
    Night & Day Management, LLC,
    t/a The Fur Factory,
    and Michael Rehman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing is being served this 28th day of February, 2006 either by Notice of Electronic Filing or first-class United States mail, postage prepaid upon:

Brian H. Corcoran, Esq.
Katten Muchin Rosenman, LLP
1025 Thomas Jefferson Street, NW
Suite 700 East Lobby
Washington, DC  20007
*Co-Counsel for Plaintiff Emile Mazloum*

Washington Lawyers' Committee for Civil Rights and Urban Affairs
Susan Huhta, Esq.
Warren R. Kaplan, Esq.
11 Dupont Circle, NW
Suite 400
Washington, DC  20036
*Co-Counsel for Plaintiff Emile Mazloum*

District of Columbia Metropolitan Police Department
300 Indiana Avenue, NW
6th Floor
Washington, DC  20001

Robert J. Spagnoletti, Esq.
Attorney General for the District of Columbia
441 Fourth Street, NW
6th Floor South
Washington, DC  20001
*Co-Counsel for Defendant District of Columbia*

George C. Valentine, Esq.
Deputy Attorney General
Civil Litigation Division
441 Fourth Street, NW
6th Floor South
Washington, DC  20001
*Co-Counsel for Defendant District of Columbia*

Nicole L. Lynch, Esq.
Section Chief
General Litigation § II
441 Fourth Street, NW
6th Floor South
Washington, DC  20001
*Co-Counsel for Defendant District of Columbia*

E. Louise R. Phillips, Esq.
Assistant Attorney General
441 Fourth Street, NW
6th Floor South
Washington, DC  20001
*Co-Counsel for Defendant District of Columbia*

Officer Anthony Ramirez
c/o District of Columbia Metropolitan Police Department
First District Station
415 Fourth Street, SW
Washington, DC  20024

                                                    /s/ Paul A. Fitzsimmons
                                                    _____
                                                        Paul A. Fitzsimmons