UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06 CV 00002 |
| | ) | (JDB) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion for Reconsideration and for the Imposition of Sanctions and supporting memorandum, the opposition of Defendant District of Columbia, the arguments of counsel and the record in this matter, it is, this __ day of March, 2006, hereby

ORDERED, that Plaintiff's motion be, and the same hereby is, GRANTED; it is further

ORDERED, that this Court's February 21st Order staying these proceedings until April 7, 2006 is vacated forthwith; and it is further

ORDERED, that sanctions are deemed to be appropriate for the actions of the defendant District of Columbia. Plaintiff's counsel is directed to submit a recommendation for such sanctions within 10 days from the date of this order.

                                                                                                        _____
                                                                                                        The Honorable John D. Bates
                                                                                                        United States District Judge

Copies to:

Brian H. Corcoran (Bar No. 456976)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C. 20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com

Susan Huhta (Bar No. 453478)
Warren R. Kaplan (Bar No. 034470)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036
Ph: (202) 319-1000
Fax: (202) 319-1010
Sue_Huhta@washlaw.org
Warren_Kaplan@washlaw.org

Robert J. Spagnoletti
Attorney General for the District of Columbia
George C. Valentine
Deputy Attorney General, Civil Litigation Division
Nicole L. Lynch
Section Chief, General Litigation § II
E. Louise R. Phillips
Assistant Attorney General
441 4th Street, NW, Sixth Floor South
Washington, D.C. 20001
(202) 724-6519, (202) 724-6669
Louise.Phillips@dc.gov


Thomas S. Schaufelberger, Esq.
Paul A. Fitzsimmons, Esq.
Wright, Robinson, Osthimer & Tatum

5335 Wisconsin Avenue, NW
Suite 920
Washington, D.C. 20015-2030