## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA
METROPOLITAN POLICE
DEPARTMENT ET AL.,

    Defendants.

Case No. 1:06-cv-00002-JDB

### VERIFICATION OF MICHAEL REHMAN

I, Michael Rehman, certify the following as true and correct:

1.    I am over eighteen years of age, am competent to make this affidavit, am authorized to do so, and have knowledge of the statements made herein.

2.    I am the manager of Night And Day Management, LLC ("N&D"), a corporation incorporated and existing under the laws of the District of Columbia. N&D and I are defendants in this action.

3.    I hereby affirm that the Answers made in the earlier-submitted ANSWER OF NIGHT & DAY MANAGEMENT, LLC AND MICHAEL REHMAN were made subject to penalty of perjury under the laws of the United States of America.

Executed on March 14, 2006.

                               Michael Rehman, for himself and
                               on behalf of
                               Defendant Night And Day Management, LLC