UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Civil Action No. 06-0002 (JDB) |

## ORDER

Before the Court is the motion of defendants Night & Day Management, LLC ("Night & Day") and Michael Rehman to vacate the defaults entered against them on February 13, 2006. A default can be set aside under Fed. R. Civ. P. 55(c) "for good cause shown." The factors to be considered in deciding whether to set aside a default are whether the default was willful, whether a set-aside would prejudice plaintiff, and whether the alleged defense may be meritorious. Jackson v. Beech, 636 F.2d 831, 836 (D.C. Cir. 1980). Upon consideration of the declarations submitted in support of the motion, and the representations therein, the Court finds that defendants' one-month delay in responding to the complaint was unintentional and that the proffered defenses support adjudication on the merits rather than resolution by default. Plaintiff has not identified any prejudice from the delay, nor can the Court discern any. The case is still in the pleading stage, with a first amended complaint having been filed on March 7, 2006, and proceedings have been stayed until April 7, 2006, except for those relating to amendment of the complaint, default proceedings, and limited discovery to identify the John Doe defendants.

Therefore, the Court concludes that good cause has been shown to set aside the default.[1]

Accordingly, it is hereby

ORDERED that the motion of defendants Night & Day Management, LLC, and Michael Rehman to vacate the defaults is GRANTED; and it is further

ORDERED that, in light of the stay of proceedings, defendants' answer to the first amended complaint shall be deferred pending further order of the Court.

/s/
JOHN D. BATES
United States District Judge

Dated:   March 20, 2006

---

[1] Although the Court is vacating the defaults, the answer submitted with the motion to vacate will not be filed in light of the stay of proceedings until April 7, 2006.  The Court will address the timing for filing of answers by all defendants at that time.

Copies to:

Brian H. Corcoran
Katten Muchin Rosenman, LLP
1025 Thomas Jefferson Street, NW
Suite 700 East Lobby
Washington, DC 20007
Email: Brian.Corcoran@kattenlaw.com
    *Counsel for Plaintiff Emile Mazloum*

E. Louise Phillips
Attorney General for the District of Columbia
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
Email: louise.phillips@dc.gov
    *Counsel for Defendant District of Columbia*

Thomas S. Schaufelberger, Bar No. 71934
Paul A. Fitzsimmons, Bar No. 444829
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue, Suite 920
Washington, D.C. 20015-2030
Email: tschauf@wrightrobinson.com, pfitzsim@wrightrobinson.com
    *Counsel for Night & Day Management, LLC*
     *t/a The Fur Factory ("N&D"), and Michael Rehman*