AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

EMILE MAZLOUM

SUMMONS IN A CIVIL CASE

V.

DISTRICT OF COLUMBIA METROPOLITAN
POLICE DEPARTMENT, et al.

CASE NUMBER: 1:06CV00002 *JDB*

TO: (Name and address of Defendant)

David Smith
c/o D.C. Metropolitan Police Department
First Police District
415 Fourth Street, S.W.
Washington, D.C. 20024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Brian H. Corcoran, Esq.
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, DC 20007

an answer to the complaint which is served on you with _____20_____ days after service of this summons on you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    MAR 9 2006

CLERK                                             DATE

*(signature)*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | TIME |
|---|---|---|
| Service of the Summons and complaint *First Amended was made by me(1) | 3/18/06 | 10:54 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Ambiko Guice | Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 500 E Street, SE, Washington, DC 20003

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/20/06
          Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

*Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.