IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

v.

DISTRICT OF COLUMBIA
METROPOLITAN POLICE
DEPARTMENT ET AL.,

    Defendants.

Case No. 1:06-cv-00002-JDB

**CERTIFICATION OF JOHN FIORITO**

I, John Fiorito, certify the following as true and correct:

1. I am over eighteen years of age, am competent to make this affidavit, am authorized to do so, and have knowledge of the statements made herein.

2. I am a defendant in this action. I am affiliated with Defendant Night & Day Management, LLC t/a The Fur Factory ("N&D"), and I know Defendant Michael Rehman.

3. The February 27, 2006 Certification of Michael Rehman earlier filed with this Court attached a April 25, 2005 Metropolitan Police Department STATEMENT of Michael Persons ("Persons Statement") and a July 25, 2005 Metropolitan Police Department STATEMENT of MPD Officer Anthony Ramirez ("Ramirez Statement").

4. Near the time of their having been drafted and executed, the Persons Statement and the Ramirez Statement were provided to me by Mr. Skip Coburn.

Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2006.

_____
John Fiorito