UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMILE MAZLOUM**,<br><br>     Plaintiff,<br><br>     v.<br><br>**DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, et al.**,<br><br>     Defendants. | Civil Action No. 06-0002 (JDB) |

## ORDER

Pursuant to the status hearing held on this date, and plaintiff's withdrawal of his motion for sanctions, it is hereby

ORDERED that [21] plaintiff's motion for sanctions is DENIED as moot; it is further

ORDERED that defendant District of Columbia's request to continue the stay of proceedings is DENIED; it is further

ORDERED that defendants' answers to the amended complaint shall be filed by not later than May 9, 2006; and it is further

ORDERED that the initial scheduling conference in this matter is set for May 24, 2006 at 9:15 a.m. in Courtroom 8.

Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise. Parties are welcome to attend. Counsel shall confer in accordance with Rule 16.3(a) of the Local Civil Rules and Rule 26(f) of the Federal Rules of Civil Procedure and shall submit their Joint Rule 16.3 Report addressing the topics listed in Local Civil Rule 16.3(c) no later than two business days before the initial scheduling conference.

Counsel also may include in their Joint Rule 16.3 Report a brief statement of the case and any statutory basis for causes of action and defenses.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter.  <u>See</u> L. Civ. R. 5.1(b).  The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

SO ORDERED.

/s/<br>
JOHN D. BATES<br>
United States District Judge

Dated:   April 7, 2006

Copies to:

Brian H. Corcoran
Katten Muchin Rosenman, LLP
1025 Thomas Jefferson Street, NW
Suite 700 East Lobby
Washington, DC 20007
Email: Brian.Corcoran@kattenlaw.com
*Counsel for Plaintiff Emile Mazloum*

E. Louise Phillips
Attorney General for the District of Columbia
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
Email: louise.phillips@dc.gov
*Counsel for Defendant District of Columbia*

Thomas S. Schaufelberger, Bar No. 71934
Paul A. Fitzsimmons, Bar No. 444829
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue, Suite 920
Washington, D.C. 20015-2030
Email: tschauf@wrightrobinson.com, pfitzsim@wrightrobinson.com
    *Counsel for Night & Day Management, LLC*
     *t/a The Fur Factory ("N&D"), and Michael Rehman*