**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMILE MAZLOUM, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 06-0002 (JDB) |

**MOTION FOR ADMISSION *PRO HAC VICE***

By this motion, pursuant to Local Rule LCvR 83.2(d), David J. Gonen, an attorney who is not

a member of the Bar of this Court, seeks to appear *pro hac vice* in this case on behalf of Plaintiff

Emile Mazloum. A Declaration by Mr. Gonen accompanies this motion, as required by LCvR

83.2(d).

Respectfully submitted,

Dated: May 3, 2006

/s/ _____
Brian H. Corcoran (Bar No. 456976)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C. 20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com

Warren R. Kaplan (Bar No. 034470)
Susan Huhta (Bar No. 453478)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400

Washington, D.C.  20036
Ph: (202) 319-1000
Fax: (202) 319-1010
Warren_Kaplan@washlaw.org
Sue_Huhta@washlaw.org

Attorneys for Plaintiff
Emile Mazloum

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 3rd day of May, 2006, I caused a true copy of the foregoing

Motion for Admission *Pro Hac Vice* to be served by ECF notice upon the following:

> Robert J. Spagnoletti, Esq.
> Attorney General for the District of Columbia
>
> George C. Valentine, Esq.
> Deputy Attorney General
> Civil Litigation Division
>
> Nicole L. Lynch, Esq.
> Section Chief
> General Litigation § II
>
> E. Louise R. Phillips, Esq.
> Assistant Attorney General
> 441 4th Street, NW, Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6519, (202) 724-6669
>
> *Counsel for Defendant District of Columbia*
>
> Thomas S. Schaufelberger, Esq.
> Paul A. Fitzsimmons, Esq.
> Wright, Robinson, Osthimer & Tatum
> 5335 Wisconsin Avenue, NW
> Suite 920
> Washington, D.C. 20015-2030
>
> *Counsel for Night & Day Management, LLC*
> *t/a The Fur Factor (N&D), and*
> *Michael Rehman*
>
> /s/
> _____
> Brian H. Corcoran