UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 06-0002 (JDB) |

### DECLARATION OF DAVID J. GONEN

I, David J. Gonen, declare, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. My full name is David Jay Gonen.

2. I am an associate at the law firm of Katten Muchin Rosenman LLP; 1025 Thomas Jefferson Street NW; East Lobby, Suite 700; Washington, DC 20007; Phone 202-625-3745; Fax 202-295-1137.

3. I am a member in good standing of the highest court of the State of Illinois.

4. I have not been disciplined by any bar.

5. I have not previously been admitted *pro hac vice* in this Court.

6. My application for membership to the District of Columbia Bar is currently pending (it was received and accepted for processing by the District of Columbia Court of Appeals on February 2, 2006).

7. Accordingly, pursuant to Local Rule LCvR 83.2(d), I am seeking *pro hac vice* admission in the above-captioned action. I anticipate that the District of Columbia Court of Appeals

will complete the processing of my application to the District of Columbia Bar within approximately six months. Once I am sworn into the District of Columbia Bar, I intend to apply for full membership to the Bar of this Court.

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May 3, 2006

David J. Gonen