IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

v.

DISTRICT OF COLUMBIA, ANTHONY RAMIREZ, NIGHT AND DAY MANAGEMENT, LLC, d/b/a FUR NIGHTCLUB, MICHAEL REHMAN, a/k/a "MIKE ROMEO", MICHAEL PERSONS, THADDEUS MODLIN, RICHMOND PHILLIPS, LOUIS SCHNEIDER, JOSE ACOSTA, DAVID SMITH, and JOHN FIORITO,

    Defendants.

Case No. 1:06-CV-00002-JDB

## NOTICE OF APPEARANCE

THE CLERK will please note the undersigned counsels' appearance on behalf of defendant John Fiorito.

Respectfully submitted,

/s/ Paul A. Fitzsimmons
_____
Thomas S. Schaufelberger, DC Bar No. 412217
Paul A. Fitzsimmons, DC Bar No. 444829
SAUL EWING LLP
1025 Thomas Jefferson Street, N.W.
Suite 425 West
Washington, DC  20007
202-295-6621
FAX 202-295-6721
E-mail: tschauf@saul.com
E-mail: pfitzsimmons@saul.com

*Counsel for Night & Day Management, LLC, Michael Rehman, and John Fiorito*

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of May, 2006, a true and correct copy of the foregoing was served via ECF notice upon:

>Brian H. Corcoran
>David J. Gonen
>Katten Muchin Rosenman LLP
>1025 Thomas Jefferson Street, NW
>East Lobby: Suite 700
>Washington, DC 20007-5201
>(202)625-3500
>Fax: (202) 298-7570
>Email: brian.corcoran@kattenlaw.com
>*Counsel for Plaintiff Emile Mazloum*


>E. Louise Phillips
>Office Of The Attorney General
>441 4th Street, NW Sixth Floor South
>Washington, DC 20001
>(202) 724-6519
>Fax: (202) 727-3625
>Email: louise.phillips@dc.gov
>*Counsel for the District of Columbia*

/s/ Paul A. Fitzsimmons
_____
Paul A. Fitzsimmons