UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-0002 (JDB) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
|     Defendants. | ) |

ORDER

Upon consideration of the defendants Jose Acosta and David Smith's motion to dismiss the complaint, the memorandum of points and authorities in support thereof, and any opposition thereto, it is by the Court this _____ day of _____, 2006,

ORDERED, that the defendants Jose Acosta and David Smith's motion to dismiss the complaint is hereby GRANTED; and it is,

FURTHER ORDERED, that the complaint is DISMISSED against defendants Smith and Acosta for failure to state a claim upon which relief can be granted. These defendants are also entitled to qualified immunity.

_____
JOHN D. BATES
United States District Judge