UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0002 (JDB) |
| ) | |
| DISTRICT OF COLUMBIA, *et al*., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE OF CORRECTION TO DEFENDANTS JOSE ACOSTA AND DAVID SMITH'S MOTION TO DISMISS THE COMPLAINT

Defendants Acosta and Smith hereby give notice that the signature block on their motion to dismiss the complaint, filed on May 9, 2006, was incorrect. The correct signature block is as follows.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

NADINE C. WILBURN
Assistant Deputy Attorney General
Civil Litigation Division

/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email: carl.schifferle@dc.gov