UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EMILE MAZLOUM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06 CV 00002 |
| | ) | (JDB) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## LOCAL RULE 16 REPORT

Pursuant to Local Rule 16.3 of the United States District Court for the District of Columbia, Plaintiff Emile Mazloum and Defendants District of Columbia, Night and Day Management, LLC, t/a The FUR Factory, Michael Rehman, John Fiorito, Anthony Ramirez, Richmond Phillips, Thaddeus Modlin, Louis Schneider, Jose Acosta and Louis Smith (collectively, the "Parties") hereby report the following:

(1) Plaintiff believes this case is not likely to be disposed of by dispositive motion. The District submits that this case may be resolved by motion but is not filing such a motion at this time; defendants Ramirez, Modlin, Phillips and Schneider agree with the position of the District. Defendants Acosta and Smith believe that the claims against them are likely to be resolved by dispositive motion, and recommend and request that discovery as to all matters in this action be stayed pending resolution of their motion to dismiss, dated May 9, 2006.

(2) The pleadings shall be amended by no later than July 31, 2006.

(3) The parties do not see the need to assign the case to a magistrate judge at this time, although they consent to assigning the case to a magistrate for purposes of mediation at a later date.

(4) At this time, the parties do not believe that there is a realistic possibility of settlement.

(5) At this time, the parties do not believe that the case would benefit from the Court's ADR procedures.

(6) The parties agree that any dispositive motions should be filed after the close of discovery. Plaintiff requests such motions, if any, be filed no more than 30 days after the close of discovery; the defendants ask that such motions be filed within 60 days of the close of discovery.

(7) The parties do not stipulate to dispensing with initial disclosures. The parties agree that they will exchange initial disclosures on or before June 9, 2006. Defendants Acosta and Smith so agree subject to their objection to commencing discovery at this time.

(8) The parties do not agree as to the proper discovery schedule and discovery limitations.

    (a) The plaintiff requests a discovery schedule as follows:

        (i) discovery shall end on October 31, 2006;

        (ii) all written discovery requests, except as noted herein, shall be served on or before September 30, 2006. Each party may serve any other party with no more than 25 interrogatory requests, including subparts;

        (iii) each party may take no more than 30 depositions;

        (iv) contention interrogatories and requests to admit shall be served on or before October 31, 2006; and

        (v) dispositive motions shall be filed on December 31, 2006.

    (b) The defendants (along with defendants Acosta and Smith, subject to their

objection to commencing discovery at this time) propose the following discovery schedule:

    (i) discovery shall end on January 31, 2007;

    (ii) all written discovery requests, except as noted herein, shall be served on or before September 30, 2006.  Each party may serve any other party with no more than 25 interrogatory requests, including subparts;

    (iii) contention interrogatories and requests to admit shall be served on or before October 31, 2006; and

    (iv) each party may take five depositions, excluding other parties (although defendants Ramirez, Modlin, Phillips and Schneider recommend a limit of ten depositions).  Depositions will last no more than four hours; and

    (v) dispositive motions shall be filed March 31, 2007, with opposition briefs due April 30, 1997 and replies due May 25, 2007.

(9)    The parties disagree as to the proper schedule for exchange of expert reports.

(a) Plaintiff proposes that expert witness reports be exchanged in the following manner:

    (i) Rule 26(a)(2) expert disclosures on issues upon which a party bears the burden of proof shall be exchanged on or before October 31, 2006;

    (ii) rebuttal Rule 26(a)(2) expert disclosures shall be exchanged on or before November 30, 2006; and

    (iii) experts shall be deposed on or before December 31, 2006.

(b) The defendants (along with defendants Acosta and Smith, subject to their objection to commencing discovery at this time) propose that expert witness reports be exchanged in

the following manner:

>(i) The plaintiff shall file its expert witness reports on or before October 31, 2006, providing dates for depositions before defense experts are due to be named;
>
>(ii) defendants shall file their expert witness reports on or before December 31, 2006; and
>
>(iii) the plaintiff may thereafter only file reports as for true rebuttal witnesses.

(10)   not applicable.

(11)   Plaintiff does not believe that any bifurcation of this lawsuit is necessary or justifiable. Defendants request bifurcation of the underlying claims and the constitutional, custom and policy claims, and claims for punitive damages during both discovery and trial.

(12)   Plaintiff proposes the pretrial conference be scheduled for 30 days after submission of any dispositive motions. Defendants request that the pretrial conference be set for a date at least 30 days after dispositive motions are ruled upon.

(13)   The parties propose that the trial date be set at the time of the pretrial conference.

(14)   none.


Dated: May 17, 2006                    /s/_____
                                       Brian H. Corcoran (Bar No. 456976)
                                       Katten Muchin Rosenman LLP
                                       1025 Thomas Jefferson St., NW
                                       Suite 700 East Lobby
                                       Washington, D.C. 20007
                                       Ph: (202) 625-3500
                                       Fax: (202) 298-7570
                                       Brian.Corcoran@kattenlaw.com

                                       Susan Huhta (Bar No. 453478)

                        Warren R. Kaplan (Bar No. 034470)
                        Washington Lawyers' Committee for
                        Civil Rights and Urban Affairs
                        11 Dupont Circle, NW
                        Suite 400
                        Washington, D.C. 20036
                        Ph: (202) 319-1000
                        Fax: (202) 319-1010
                        Sue_Huhta@washlaw.org
                        Warren_Kaplan@washlaw.org

                        *Attorneys for Plaintiff*
                        *Emile Mazloum*


ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

NADINE C. WILBURN
Assistant Deputy Attorney General
Civil Litigation Division


 /s/ Holly M. Johnson /s/_____
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III


 /s/ Carl J. Schifferle /s/_____
 CARL J. SCHIFFERLE [463491]
Assistant Attorney General
 Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
 (202) 727-3625 (fax)
 Email: carl.schifferle@dc.gov

*Counsel for Defendants Jose Acosta and David Smith*

5

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/_____
Nicole L. Lynch (Bar No. 422074)
Section Chief
General Litigation § II

/s/_____
E. Louise R. Phillips (Bar. No. 422074)
Assistant Attorney General
George A. Gasper (Bar No. 488988)
Special Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6519; (202) 724-6669

*Counsel for Defendant District of Columbia*


ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

EUGENE A. ADAMS
Chief Deputy Attorney General for the District of Columbia

PATRICIA A. JONES
Chief, General Litigation, Sec. IV

/s/_____
Michael Bruckheim (Bar. No. 455192)
Lauren J. Birnbaum (Bar No. 483515)
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, DC 20001
(202) 442-9754; (202) 724-6649; (202) 727-6295
(202) 727-3625 (fax)
Michael.Bruckheim@dc.gov
Lauren.birnbaum@dc.gov

*Counsel for Defendants Anthony Ramirez, Richmond Phillips, Thaddeus Modlin, and Louis Schneider*


/s/_____
Thomas S. Schaufelberger (Bar No. 412217)
Paul A. Fitzsimmons (Bar. No. 444829)
Saul Ewing LLP
1025 Thomas Jefferson Street, N.W.
Suite 425 West
Washington, DC  20007
202-295-6621
202-295-6721 (fax)
tschauf@saul.com
pfitzsimmons@saul.com

*Counsel for Defendants Night and Day Management, LLC, t/a The Fur Factory, Michael Rehman, and John Fiorito*