UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0002 (JDB) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

Upon consideration of the defendants Jose Acosta and David Smith's motion to stay discovery pending dispositive motion, the memorandum of points and authorities filed in support thereof, and any opposition thereto, it is by the Court this _____ day of _____, 2006,

ORDERED, that the defendants' motion to stay discovery is hereby GRANTED; and it is,

FURTHER ORDERED, that discovery in this case is stayed pending resolution of defendants Jose Acosta and David Smith's motion to dismiss the complaint.

_____
JOHN D. BATES
United States District Judge