UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

    Plaintiff,

        v.

DISTRICT OF COLUMBIA
METROPOLITAN POLICE
DEPARTMENT, et al.,

    Defendants.

Civil Action No. 06-0002 (JDB)

## ORDER

Pursuant to the Initial Scheduling Conference with the Court on May 23, 2006, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby ORDERED as follows:

1. Discovery is stayed as to defendants Acosta and Smith pending resolution of their motion to dismiss. Written discovery requests and notices of depositions shall not be served on defendants Acosta and Smith pending further order of the Court.

2. Any amendments to the pleadings, and any joinder of additional parties, shall be completed by not later than July 31, 2006.

3. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) are due by not later than June 9, 2006.

4. Rule 26(a)(2) expert disclosures on which a party bears the burden of proof shall be served by not later than October 31, 2006. Rebuttal expert disclosures shall be served by not later than November 20, 2006.

5. All written discovery requests, except as noted herein, shall be served by not later than September 30, 2006. The number of interrogatories, including subparts, is

    limited to twenty-five (25) per party.  Contention interrogatories and requests to admit shall be served on or before October 31, 2006.

6.    Counsel shall make their best efforts in coordinating the depositions of each of the twelve (12) parties to this action to avoid multiple depositions of the same party.  In addition to those twelve (12) depositions, plaintiff is limited to no more than eight (8) depositions, and defendants, collectively, are limited to no more than eight (8) depositions.

7.    All discovery, including expert depositions, shall be completed by not later than December 20, 2006.

8.    Dispositive motions shall be filed by not later than January 31, 2007.  Oppositions to such motions shall be filed by not later than March 6, 2007.  Replies, if any, shall be filed by not later than March 27, 2006.

9.    The parties shall appear for a status conference on December 18, 2006 at 9:30 a.m.

10.    As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

SO ORDERED.

                              /s/
                        JOHN D. BATES
                   United States District Judge

Dated:  May 24, 2006

Copies to:

Brian H. Corcoran
Katten Muchin Rosenman, LLP
1025 Thomas Jefferson Street, NW
Suite 700 East Lobby
Washington, DC 20007
Email: Brian.Corcoran@kattenlaw.com
    *Counsel for Plaintiff Emile Mazloum*

E. Louise Phillips
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
Email: louise.phillips@dc.gov
    *Counsel for Defendant District of Columbia*

Lauren Birnbaum
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
Email: lauren.birnbaum@dc.gov
    *Counsel for Defendants Ramirez, Modlin, Phillips, and Schneider*

Carl James Schifferle
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
Email: carl.schifferle@dc.gov
    *Counsel for Defendants Acosta and Smith*

Thomas S. Schaufelberger, Bar No. 71934
Paul A. Fitzsimmons, Bar No. 444829
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue, Suite 920
Washington, D.C. 20015-2030
Email: tschauf@wrightrobinson.com, pfitzsim@wrightrobinson.com
    *Counsel for Defendants Night & Day Management, LLC*
     *t/a The Fur Factory, Fiorito, and Michael Rehman*