IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

    Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.,*

    Defendant.

C.A. No. 06-00002  (JDB)

## NOTICE OF WITHDRAWAL

The Clerk will please withdraw the appearance of George A. Gasper, Special Assistant Attorney General, as counsel for the District of Columbia.

DATED: May 30, 2006

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

 /s/ Nicole L. Lynch /s/ _____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

BY:  /s/ George A. Gasper /s/ _____
GEORGE A. GASPER [488988]
Special Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6615, (202) 724-6669