UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | 06-CV-0002 (JDB) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANT ANTHONY RAMIREZ'S CONSENT MOTION FOR LEAVE TO AMEND HIS ANSWER TO THE AMENDED COMPLAINT TO INCLUDE A COUNTERCLAIM**

Defendant Anthony Ramirez (hereinafter "defendant"), by and through counsel, herein moves pursuant to Fed. P. Civ. R. 13(f) and 15(a) to amend his Answer to include a Counterclaim against plaintiff. In support thereof, defendant states the following:

1. On January 4, 2006, plaintiff filed a Complaint against, *inter alia,* defendant Ramirez, alleging constitutional violations and common law claims with respect to his alleged injuries sustained during the Fur Night Club in the District. *See* Court Docket, #1.

2. Plaintiff subsequently filed an Amended Complaint on March 7, 2006. *See* Court Docket, #28.

3. Defendant Ramirez answered the Amended Complaint on May 9, 2006. *See* Court Docket, #42.

4. Undersigned counsel for defendant Ramirez had been discussing the viability of adding a counterclaim to defendant Ramirez's Answer with his chain of command. Unfortunately, counsel missed the May 31, 2006, deadline to amend this

defendant's answer in accordance with Rule 15(a), which requires that any amendment to a party's pleading be filed at any time within 20 days after the original is served.

5. Fed. R. Civ. P. 13(f) states that, "[w]hen a pleader fails to set up a counterclaim through oversight, inadvertence, or excusable neglect, or when justice requires, the pleader may by leave of court set up the counterclaim by amendment."

6. Counsel submits that defendant's answer was not timely amended to add his counterclaim because of the press of other business and due to oversight. Counsel respectfully submits that justice requires the amendment to include defendant's counterclaim, as defendant Ramirez has been substantially harmed by the allegations publicly made against him by plaintiff. *See* attached, Amended Answer.

7. Defendant Ramirez further submits that plaintiff is not prejudiced by the filing of a counterclaim, as it is being be filed contemporaneously with this motion and only two (2) days beyond the time limit prescribed by FRCP 15(a).

8. Counsel for plaintiff consents to the relief requested herein, but reserves his rights to challenge the sufficiency of the claims set forth in the counterclaim.

WHEREFORE, defendant Ramirez requests that this Court grant his motion for leave to file a counterclaim against plaintiff.

          Respectfully submitted,

          ROBERT J. SPAGNOLETTI
          Attorney General for the District of Columbia

          EUGENE A. ADAMS
          Chief Deputy Attorney General

          _____/s/_____
          PATRICIA A. JONES [428132]
          Chief, General Litigation, Sec. IV

\_\_\_\_\_/s/_____
MICHAEL BRUCKHEIM [455192]
LAUREN J. BIRNBAUM [483515]
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, DC 20001
(202) 442-9754; (202) 724-6649; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  Michael.Bruckheim@dc.gov;
Lauren.birnbaum@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | ) |
| Plaintiff, | ) 06-CV-0002 (JDB) |
| v. | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT ANTHONY RAMIREZ'S CONSENT MOTION FOR LEAVE TO AMEND HIS ANSWER TO THE AMENDED COMPLAINT TO INCLUDE A COUNTERCLAIM

In support of his consent motion for leave to amend his answer to the amend complaint to include a counterclaim, defendant Ramirez cites and relies upon the following list of authorities:

1. Federal Rules of Civil Procedure, Rule 13(f).

2. Federal Rules of Civil Procedure, Rule 15(a).

3. The plaintiff's consent.

4. The Court's equitable powers.

5. The record herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

EUGENE A. ADAMS
Chief Deputy Attorney General


_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Sec. IV

_____/s/_____
MICHAEL BRUCKHEIM [455192]
LAUREN J. BIRNBAUM [483515]
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, DC 20001
(202) 442-9754; (202) 724-6649; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  Michael.Bruckheim@dc.gov;
Lauren.birnbaum@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | 06-CV-0002 (JDB) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **ORDER**

Upon consideration of defendant Anthony Ramirez's consent motion for leave to amend his answer to plaintiff's amended complaint to include a counterclaim, and the record herein, it is this ____ day of _____, 2006,

ORDERED: that defendant Ramirez's motion is hereby granted; and it is,

FURTHER ORDERED: that defendant Ramirez's Amended Answer and Counterclaim is hereby accepted for filing.

_____
Judge John D. Bates