UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>       Plaintiff,<br><br>       v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>       Defendants. | Civil Action No. 06-0002 (JDB) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY BRIEF IN FINAL OPPOSITION TO DEFENDANTS ACOSTA AND SMITH'S MOTION TO DISMISS**

Plaintiff Emile Mazloum ("Mazloum"), by his undersigned counsel, for his motion for leave to file the accompanying sur-reply brief, hereby states as follows:

A sur-reply "may be filed only by leave of Court, and only to address new matters raised in a reply to which a party would otherwise be unable to respond." *United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am., Inc.*, 238 F.Supp.2d 270, 276 (D.D.C. 2002). Defendants Acosta and Smith's Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss the Complaint, dated June 5, 2006, relies heavily upon a case heretofore unmentioned, and which Defendants now assert is controlling and mandates dismissal of Plaintiff's claims. It also makes new arguments about an element it claims constitutes part of a cause of action under the D.C. Human Rights Act. Plaintiff therefore respectfully requests that he be afforded the opportunity to address briefly these new points in the attached sur-reply.

Prior to filing this motion, Plaintiff's counsel contacted Carl Schifferle, counsel for Defendants Acosta and Smith, who indicated that he opposes Plaintiff's present motion for leave to file a sur-reply unless given an opportunity to respond further. Plaintiff does not so consent.

                                      Respectfully submitted,

Dated: June 8, 2006                      /s/  
                                          Brian H. Corcoran (Bar No. 456976)  
                                          David Gonen (admitted *pro hac vice*)  
                                          Katten Muchin Rosenman LLP  
                                          1025 Thomas Jefferson St., NW  
                                          Suite 700 East Lobby  
                                          Washington, D.C. 20007  
                                          Ph: (202) 625-3500  
                                          Fax: (202) 298-7570  
                                          Brian.Corcoran@kattenlaw.com

                                          Susan Huhta (Bar No. 453478)  
                                          Warren R. Kaplan (Bar No. 034470)  
                                          Washington Lawyers' Committee for  
                                          Civil Rights and Urban Affairs  
                                          11 Dupont Circle, NW  
                                          Suite 400  
                                          Washington, D.C. 20036  
                                          Ph: (202) 319-1000  
                                          Fax: (202) 319-1010  
                                          Sue_Huhta@washlaw.org  
                                          Warren_Kaplan@washlaw.org

                                          Attorneys for Plaintiff  
                                          Emile Mazloum