UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | Civil Action No. 06-0002 (JDB) |

### STIPULATION REGARDING SERVICE UNDER FED. R. CIV. P. 5(b)(2)(D)

The parties to the above-captioned lawsuit hereby state that they have agreed, pursuant to Fed. R. Civ. P. 5(b)(2)(D), that documents that are not otherwise filed with the Court electronically will be served electronically, with service to be made via facsimile transmission and/or electronic mail to counsel for all parties, as set forth in greater detail below. The parties further stipulate and agree (a) that service is complete on transmission of any document by facsimile and/or electronic mail and (b) that the additional period for response provided under Fed. R. Civ. P. 6(e) shall apply. For all other documents that are filed with the Court electronically, service shall be in accordance with Local Rule LCvR 5.4(d)(2).

The parties specifically agree as follows: (A) Plaintiff Emile Mazloum will be served via email transmission to brian.corcoran@kattenlaw.com and via facsimile transmission to 202-298-7570; (B) Defendant the District of Columbia will be served via email transmission to louise.phillips@dc.gov and via facsimile transmission to 202-727-3625; (C) Defendants Ramirez, Phillips, Modlin, and Schneider will be served via email transmission to Michael.Bruckheim@dc.gov; (D) Defendants Acosta and Smith will be served via email

transmission to carl.schifferle@dc.gov; and (E) Defendants Night and Day Management, LLC, t/a The Fur Factory, Michael Rehman, and John Fiorito will be served via email transmission to pfitzsimmons@saul.com <u>and</u> via facsimile transmission to 202-295-6721.

Plaintiff is filing this Stipulation Regarding Service Under Fed. R. Civ. P. 5(b)(2)(D) with the permission of the undersigned counsel for each other party.

Dated:  June 8, 2006   Respectfully submitted,

      /s/
Brian H. Corcoran (Bar No. 456976)
David J. Gonen (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C.  20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com
David.Gonen@kattenlaw.com

Warren R. Kaplan (Bar No. 034470)
Susan Huhta (Bar No. 453478)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C.  20036
Ph: (202) 319-1000
Fax: (202) 319-1010
Warren_Kaplan@washlaw.org
Sue_Huhta@washlaw.org

*Counsel for Plaintiff Emile Mazloum*


ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE

2

Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

_____/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6519, (202) 724-6669

*Counsel for Defendant District of Columbia*

_____/s/_____
Michael Bruckheim
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, DC 20001
(202) 442-9754; (202) 724-6649; (202) 727-6295
(202) 727-3625 (fax)
Michael.Bruckheim@dc.gov

*Counsel for Defendants Anthony Ramirez,
Richmond Phillips, Thaddeus Modlin, and
Louis Schneider*

_____/s/_____
Carl J. Schifferle
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
carl.schifferle@dc.gov

*Counsel for Defendants Jose Acosta and
David Smith*

/s/
Thomas S. Schaufelberger
Paul A. Fitzsimmons
Saul Ewing LLP
1025 Thomas Jefferson Street, N.W.
Suite 425 West
Washington, DC  20007
202-295-6621
202-295-6721 (fax)
tschauf@saul.com
pfitzsimmons@saul.com

*Counsel for Defendants Night and Day Management, LLC, t/a The Fur Factory, Michael Rehman, and John Fiorito*

4