UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | ) | |
| | ) | |
| Plaintiff, | ) | 06-CV-0002 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANTS ANTHONY RAMIREZ, THADDEUS MODLIN, RICHMOND PHILLIPS AND LOUIS SCHNEIDER'S RULE 26(A) DISCLOSURES**

Defendants Anthony Ramirez, Thaddeus Modlin, Richmond Phillips and Louis Schneider ("defendants"), by and through counsel, and pursuant to Rule 26(a), Federal Rules of Civil Procedure, hereby disclose the following information.

**I.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS**

1. Emile Mazloum
   c/o Brian H. Corcoran
   Attorney for Plaintiff
   1025 Thomas Jefferson St. NW
   Suite 700 East Lobby
   Washington, DC 20007

2. Anthony Ramirez
   c/o Michael P. Bruckheim
   441 4th St NW
   Sixth Floor South
   Washington, DC 20001
   Attorney for Defendant

3. Officer Richmond Phillips
   MPD Officer assigned to First District
   c/o Michael P. Bruckheim
   441 4th St NW
   Sixth Floor South

        Washington, DC 20001
        Attorney for Defendant

4.     Officer Thaddeus Modlin
        MPD Officer assigned to First District
        c/o Michael P. Bruckheim
        441 4th St NW
        Sixth Floor South
        Washington, DC 20001
        Attorney for Defendant

5.     Officer Louis Schneider
        MPD Officer assigned to First District
        c/o Michael P. Bruckheim
        441 4th St NW
        Sixth Floor South
        Washington, DC 20001
        Attorney for Defendant

6.     Officer David Smith
        MPD Officer assigned to First District
        c/o Carl Schifferle
        441 4th St NW
        Sixth Floor South
        Washington, DC 20001
        Attorney for Defendant

7.     Officer Joe Acosta
        MPD Officer assigned to First District
        c/o Carl Schifferle
        441 4th St NW
        Sixth Floor South
        Washington, DC 20001
        Attorney for Defendant

8.     Lt. Francis Allman
        MPD Officer assigned to First District

9.     Mr. Derek Simms
        Security Staff of Fur Nightclub

10.    Mike Persons
        Employee of Fur Nightclub

11.    John Fiorito
        Security Staff of Fur Nightclub

12. Mr. William Hamm
    Patron of Fur Nightclub
    Employed by Transportation Security Administration

13. Imad Alkadi
    Patron of Fur Nightclub
    Friend of Emile Mazloum

Defendants reserve the right to supplement these disclosures with the names of any witnesses whose identities are learned during the course of this litigation.

II. **DOCUMENTS AND OTHER TANGIBLE EVIDENCE RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS**

Defendants do not have any documents beyond those that have been listed by the District of Columbia in its Rule 26(a) Disclosures.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

EUGENE A. ADAMS
Chief Deputy Attorney General for the District of Columbia

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Sec. IV

_____/s/_____
MICHAEL BRUCKHEIM [455192]
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, DC 20001
(202) 724-6649; (202) 727-6295
(202) 727-3625 (fax)
E-mail: Michael.Bruckheim@dc.gov