IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, *et al.,*

    Defendants.

C.A. No. 06-00002 (JDB)

**DEFENDANT DISTRICT OF COLUMBIA'S INITIAL RULE 26(a)(1)
DISCLOSURE STATEMENT**

Defendant, District of Columbia, through counsel, and pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, hereby disclose the following information.

I.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS

    1.    Emile Mazloum
        c/o Brian H. Corcoran
        Attorney for Plaintiff
        1025 Thomas Jefferson St. NW
        Suite 700 East Lobby
        Washington, DC 20007

    2.    Anthony Ramirez
        c/o Michael P. Bruckheim
        Lauren Birnbaum
        441 4th St NW
        Sixth Floor South
        Washington, DC 20001
        Attorney for Defendant

    3.    Officer Richmond Phillips
        MPD Officer assigned to First District
        c/o Michael P. Bruckheim
        Lauren Birnbaum
        441 4th St NW
        Sixth Floor South

       Washington, DC 20001
       Attorney for Defendant

4.    Officer Thaddeus Modlin
      MPD Officer assigned to First District
      c/o Michael P. Bruckheim
      Lauren Birnbaum
      441 4th St NW
      Sixth Floor South
      Washington, DC 20001
      Attorney for Defendant

5.    Officer Louis Schneider
      MPD Officer assigned to First District
      c/o Michael P. Bruckheim
      Lauren Birnbaum
      441 4th St NW
      Sixth Floor South
      Washington, DC 20001
      Attorney for Defendant

6.    Officer David Smith
      MPD Officer assigned to First District
      c/o Carl Schifferle
      441 4th St NW
      Sixth Floor South
      Washington, DC 20001
      Attorney for Defendant

7.    Officer Joe Acosta
      MPD Officer assigned to First District
      c/o Carl Schifferle
      441 4th St NW
      Sixth Floor South
      Washington, DC 20001
      Attorney for Defendant

8.    Lt. Francis Allman
      MPD Officer assigned to First District

9.    Sgt. Moats
      MPD First District

10.   Mr. Derek Simms
      Security Staff of Fur Nightclub

11. Mike Persons
    Employee of Fur Nightclub

12. John Fiorito
    Security Staff of Fur Nightclub

13. Mr. William Hamm
    Patron of Fur Nightclub
    Employed by Transportation Security Administration

14. Imad Alkadi
    Patron of Fur Nightclub
    Friend of Emile Mazloum

15. Other possible individuals listed in II (A) and II (B).

II. DOCUMENTS AND OTHER TANGIBLE EVIDENCE RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS

   A) Metropolitan Police Department's Investigation

   1. Memorandum by William R. Ponton dated March 16, 2005

   2. MPD Complaint Summary Sheet dated March 14, 2005

   3. MPD Crime Scene Examination Section Evidence Report dated March 12, 2005

   4. MPD Complaint/Witness Statement by Imad Kamal Alkad dated March 12, 2005

   5. MPD Complaint/Witness Statement by Marwan Abi-Aad dated March 12, 2005

   6. Revocation/Restoration of Police Powers and Notice of Duty and Pay Status dated March 31, 2005

   7. MPD Investigative File Report dated April 16, 2005

   8. MPD Citizen Complaint Report dated March 12, 2005

9. MPD Complaint/Witness Statement by Josh Acosta dated March 19, 2005

10. MPD Complaint/Witness Statement by David Smith dated March 19, 2005

B) United States Department of Justice

1. Interviews of:

   a) John Christopher Paglianite
   b) John David Fiorito
   c) Dave McLeod
   d) Skip Coburn
   e) Derek Michael Simms
   f) William Hamm
   g) Emile Mazloum
   h) Imad Alkad
   i) Marwan Jebran Abi-Aad
   j) Sean Jones
   k) Anthony Ramirez
   l) Thaddeus Mitchell Modlin, Jr.
   m) Louis Emil Schneider
   n) Michael Andre Persons

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

__/s/_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

        BY: __/s/_____
           E. LOUISE R. PHILLIPS [422074]
           Assistant Attorney General
           GEORGE A. GASPER [488988]
           Special Assistant Attorney General
           441 4th Street, N.W., Sixth Floor South
           Washington, D.C.  20001
           (202) 724-6519, (202) 724-6669