THE UNITED STATES DISTRICT COURT FOR
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
|     Plaintiff, ) | 06-CV-0002 (JDB) |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
|     Defendants. ) | |
| _____) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Fed. LCvR 83.6(b), please withdraw the appearance of Lauren J. Birnbaum, Assistant Attorney General, as co-counsel for defendants Anthony Ramirez, Richmond Phillips, Thaddeus Modlin and Louis Schneider.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _____s/_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Sec. IV

        _____s/_____
        LAUREN J. BIRNBAUM [483515]
        MICHAEL P. BRUCKHEIM [455192]
        Assistant Attorney General
        441 4th Street, N.W., 6th Floor North
        Washington, DC 20001
        (202) 442-9754; (202) 724-6649; (202) 727-6295
        (202) 727-3625 (fax)
        E-mail:  Lauren.birnbaum@dc.gov;
        Michael. Bruckheim@dc.gov