## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06 CV 00002 |
| ) | (JDB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF/COUNTERCLAIM DEFENDANT EMILE MAZLOUM'S REPLY TO DEFENDANT ANTHONY RAMIREZ'S COUNTERCLAIM

Plaintiff/Counterclaim Defendant Emile Mazloum ("Mazloum"), by his undersigned counsel, answers Defendant Anthony Ramirez's counterclaims as follows:

### Nature of the Case

1. Mazloum lacks sufficient knowledge or information to admit or deny the allegations in paragraph 1 of the Counterclaim and therefore denies same.

2. Mazloum lacks sufficient knowledge or information to admit or deny the allegations in paragraph 2 of the Counterclaim and therefore denies same.

### Jurisdiction and Venue

3. Mazloum admits the allegations contained in paragraph 3 of the Counterclaim.

4. Mazloum admits the allegations contained in paragraph 4 of the Counterclaim.

**Factual Allegations and Common Law Claims**
**(Defamation and Intentional Infliction of Emotional Distress)**

5. Mazloum admits that on January 4, 2006 he filed a civil action against Ramirez alleging, *inter alia*, civil rights violations and common law claims of assault and battery and conspiracy. Mazloum denies the remaining allegations in paragraph 5 of the Counterclaim.

6. Mazloum admits that he participated in a press conference at the Washington Lawyer's Committee for Civil Rights and Urban Affairs, located at 11 Dupont Circle, NW, Washington, DC. Mazloum denies the rest of the allegations in paragraph 6 of the Counterclaim.

7. Mazloum admits that during the press conference there were statements made relating to Mazloum being dragged from the club, being kicked, and having racial epithets directed at Mazloum. Mazloum denies the remaining allegations in paragraph 7 of the Counterclaim.

8. Mazloum admits that on January 5, 2006, an article about Mazloum's press conference was published in the *Washington Post*, the contents of which speak for themselves. Mazloum denies the remaining allegations in paragraph 8 of the Counterclaim.

9. Mazloum denies the allegations in paragraph 9 of the Counterclaim.

10. Mazloum denies the allegations in paragraph 10 of the Counterclaim.

11. Mazloum denies the allegations in paragraph 11 of the Counterclaim.

12. Mazloum denies the allegations in paragraph 12 of the Counterclaim.

Any allegations in the Counterclaim not expressly admitted are hereby denied.

**Affirmative Defenses**

### FIRST DEFENSE

The Counterclaim fails to state a claim upon which relief can be granted and, therefore, requires dismissal pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

### SECOND DEFENSE

The Counterclaim is barred, in whole or in part, by the doctrine of unclean hands.

### THIRD DEFENSE

Any statements made during the press-conference are subject to protection under, *inter alia*, the Judicial Proceedings Privilege.

### FOURTH DEFENSE

Any statements made during the press-conference were true.

### FIFTH DEFENSE

Mazloum's conduct does not rise to the level of extreme and outrageous conduct so as to be actionable under the tort of Intentional Infliction of Emotional Distress.

### SIXTH DEFENSE

Mazloum reserves the right to amend, add or modify these Affirmative Defenses as further information is developed during the course of discovery in this matter.

### JURY DEMAND

Mazloum hereby demands a trial by jury. Further, Mazloum demands a trial by the maximum number of jurors permitted by law of all issues so triable.

WHEREFORE, having fully answered, Mazloum demands that the Counterclaim to Plaintiff's Amended Complaint be dismissed with prejudice, with costs awarded.

Dated: June 15, 2006    /s/_____
Brian H. Corcoran (Bar No. 456976)
David J. Gonen (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C. 20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com

Susan Huhta (Bar No. 453478)
Warren R. Kaplan (Bar No. 034470)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036
Ph: (202) 319-1000
Fax: (202) 319-1010
Sue_Huhta@washlaw.org
Warren_Kaplan@washlaw.org

Attorneys for Plaintiff
Emile Mazloum