UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 06-0002 (JDB)

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of LETICIA L. VALDES, Assistant Attorney General for the District of Columbia, as co-counsel for defendants Anthony Ramirez, Richmond Phillips, Thaddeus Modlin and Louis Schneider.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
    PATRICIA A. JONES [428132]
    Chief, General Litigation, Sec. IV

    /s/ Leticia L. Valdes
    MICHAEL P. BRUCKHEIM [455192]
    LETICIA L. VALDES [0461327]
    Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 442-9845; (202) 727-6295