# United States District Court
# For the District of Columbia

Emile Mazloum )
)
      Plaintiff(s) )  **APPEARANCE**
)
)
      vs. )  CASE NUMBER   06-0002 (JDB)
)
District of Columbia Metropolitan Police )
Department, et. al. )
)
      Defendant(s) )


To the Clerk of this court and all parties of record:


Please enter the appearance of __Warren K. Kaplan__ as counsel in this
                                    (Attorney's Name)

case for: Emile Mazloum vs. District of Columbia Metropolitan Police Department, et. al.
                (Name of party or parties)

June 21, 2006
Date

/s/ Warren Kaplan
Signature

034470
BAR IDENTIFICATION

Warren K. Kaplan
Print Name

Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, Suite 400 NW
Address

Washington, D.C. 20036
City      State    Zip Code

202-319-1000 ext. 112
Phone Number