# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| Emile Mazloum | ) | |
| | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| vs. | ) | CASE NUMBER   06-0002 (JDB) |
| | ) | |
| District of Columbia Metropolitan Police Department, et. al. | ) | |
| | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Susan E. Huhta__ as counsel in this
                                (Attorney's Name)

case for: __Emile Mazloum vs. District of Columbia Metropolitan Police Department, et. al.__
                (Name of party or parties)

June 21, 2006
Date

*[signature]*
Signature

Susan E. Huhta
Print Name

453478
BAR IDENTIFICATION

Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, Suite 400 NW
Address

Washington, D.C. 20036
City       State      Zip Code

202-319-1000 ext. 113
Phone Number