UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>    Defendants. | Civil Action No. 06-0002 (JDB) |

## ORDER

Upon consideration of the motion of defendants Acosta and Smith to dismiss all pending claims against them in the Amended Complaint, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the motion to dismiss is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that plaintiff's claim pursuant to 42 U.S.C. § 1983 (Count I) is **DISMISSED** with respect to defendants Acosta and Smith for failure to state a claim upon which relief can be granted; it is further

**ORDERED** that plaintiff's claims alleging conspiracy under 42 U.S.C. § 1985(3) and the common law of the District of Columbia (Counts III and VI) are **DISMISSED** as to all defendants for failure to state a claim upon which relief can be granted; it is further

**ORDERED** that defendants' motion to dismiss plaintiff's claim under the D.C. Human Rights Act (Count V) is **DENIED**, and plaintiff shall be permitted to go forward against defendants Acosta and Smith on this count; and it is further

**ORDERED** that defendants Acosta and Smith shall respond to the amended complaint pursuant to Fed. R. Civ. P. 12(a)(4) by not later than July 12, 2006.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:   June 27, 2006

Copies to:

Brian H. Corcoran
Katten Muchin Rosenman, LLP
1025 Thomas Jefferson Street, NW
Suite 700 East Lobby
Washington, DC 20007
Email: Brian.Corcoran@kattenlaw.com
*Counsel for Plaintiff Emile Mazloum*

E. Louise Phillips
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
Email: louise.phillips@dc.gov
*Counsel for Defendant District of Columbia*

Lauren Birnbaum
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
Email: lauren.birnbaum@dc.gov
*Counsel for Defendants Ramirez, Modlin, Phillips, and Schneider*

Carl James Schifferle
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
Email: carl.schifferle@dc.gov
    *Counsel for Defendants Acosta and Smith*

Thomas S. Schaufelberger, Bar No. 71934
Paul A. Fitzsimmons, Bar No. 444829
WRIGHT, ROBINSON, OSTHIMER & TATUM
5335 Wisconsin Avenue, Suite 920
Washington, D.C. 20015-2030
Email: tschauf@wrightrobinson.com, pfitzsim@wrightrobinson.com
    *Counsel for Defendants Night & Day Management, LLC*
    *t/a The Fur Factory, Fiorito, and Michael Rehman*