**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EMILE MAZLOUM, | ) | |
| | ) | |
| Plaintiff, | ) | 06-CV-0002 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANTS ANTHONY RAMIREZ, THADDEUS MODLIN, RICHMOND PHILLIPS AND LOUIS SCHNEIDER'S AMENDED RULE 26(a)(1) DISCLOSURES**

Defendants Anthony Ramirez, Thaddeus Modlin, Richmond Phillips and Louis Schneider ("defendants"), by and through counsel, and pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, hereby disclose the following information.

**I.  INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS**

1. Emile Mazloum
   c/o Brian H. Corcoran
   Attorney for Plaintiff
   1025 Thomas Jefferson St. NW
   Suite 700 East Lobby
   Washington, DC 20007

Mr. Mazloum is the plaintiff in this action. Mr. Mazloum has information relevant to the incident that is the subject of this litigation, as well as his claimed damages.

2. Anthony Ramirez
   c/o Michael P. Bruckheim
   441 4th St NW
   Sixth Floor South
   Washington, DC 20001
   Attorney for Defendant

    3.    Officer Richmond Phillips
          MPD Officer assigned to First District
          c/o Michael P. Bruckheim
          441 4th St NW
          Sixth Floor South
          Washington, DC 20001
          Attorney for Defendant

    4.    Officer Thaddeus Modlin
          MPD Officer assigned to First District
          c/o Michael P. Bruckheim
          441 4th St NW
          Sixth Floor South
          Washington, DC 20001
          Attorney for Defendant

    5.    Officer  Louis Schneider
          MPD Officer assigned to First District
          c/o Michael P. Bruckheim
          441 4th St NW
          Sixth Floor South
          Washington, DC 20001
          Attorney for Defendant

These defendants were off-duty patrons of the Fur Nightclub on the day of the incident that is the subject of this litigation.  During the course of the evening of March 11-12, 2005, these defendants observed portions of events that occurred and have personal knowledge of the alleged incident or non-incident.

    6.    Officer David Smith
          MPD Officer assigned to First District
          c/o Carl Schifferle
          441 4th St NW
          Sixth Floor South
          Washington, DC 20001
          Attorney for Defendant

    7.    Officer Joe Acosta
          MPD Officer assigned to First District
          c/o Carl Schifferle
          441 4th St NW
          Sixth Floor South
          Washington, DC 20001
          Attorney for Defendant

These were on-duty officers who responded to the Fur Nightclub. These individuals have knowledge about what they observed when they arrived at the Fur Nightclub on or about March 12, 2005, and what actions they took, if any.

    8.    Mr. Derek Simms
           Security Staff of Fur Nightclub

    9.    Mike Persons
           Employee of Fur Nightclub

    10.    John Fiorito
           Security Staff of Fur Nightclub

These individuals were employees or agents of the Fur Nightclub, and were at the club on or about March 11-12, 2005. These individuals may have knowledge about the allegations set forth in plaintiff's complaint, and what actions they took, if any.

    11.    Mr. William Hamm
           Patron of Fur Nightclub
           Employed by Transportation Security Administration

    12.    Imad Alkadi
           Patron of Fur Nightclub
           Friend of Emile Mazloum

These individuals were patrons of the Fur Nightclub on or about March 11-12, 2005, and may have information about what transpired at the nightclub during their presence.

Defendants reserve the right to supplement these disclosures with the names of any witnesses whose identities are learned during the course of this litigation.

## II.    DOCUMENTS AND OTHER TANGIBLE EVIDENCE RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS

Other than the documents produced to them by the District and identified in the District's initial disclosure, these defendants do not have any documents in their possession that are relevant to the disputed facts alleged in the pleadings.

                                                  Respectfully submitted,

                                                  ROBERT J. SPAGNOLETTI
                                                  Attorney General for the District of Columbia

        EUGENE A. ADAMS
Chief Deputy Attorney General for the District of Columbia

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Sec. IV

_____/s/_____
MICHAEL BRUCKHEIM [455192]
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, DC 20001
(202) 724-6649; (202) 727-6295
(202) 727-3625 (fax)
E-mail: Michael.Bruckheim@dc.gov

4