AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

EMILE MAZLOUM

SUMMONS IN A CIVIL CASE

v.

DISTRICT OF COLUMBIA METROPOLITAN
POLICE DEPARTMENT, et al.

CASE NUMBER: 1:06CV00002 JDB

TO: (Name and address of Defendant)

Michael Persons
2602 Brinkley Road #410
Fort Washington, MD 20744

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Brian H. Corcoran, Esq.
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, DC 20007

an answer to the complaint which is served on you with _____20_____ days after service of this summons on you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                          MAR 9 2006

CLERK                                                                       DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Emile Mazloum

vs.

District of Columbia, et al.

No. 1:06CV00002 JDB

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, AMBIKO GUICE, having been duly authorized to make service of the Summons, Initial Electronic Case Filing Order and First Amended Complaint in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-03-1974.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 6:53 pm on June 27, 2006, I served Michael Persons at 5470 St. Barnabas Road, Oxon Hill, Maryland 20745 by serving Michael Persons, personally. Described herein:

```
SEX-     MALE
AGE-     34
HEIGHT-  5'10"
HAIR-    BLACK
WEIGHT-  260
RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  06/30/06
                Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 172694