## Moran, Ricardo

| | |
|---|---|
| **From:** | Schifferle, Carl (OAG) [carl.schifferle@dc.gov] |
| **Sent:** | Thursday, July 13, 2006 3:05 PM |
| **To:** | Moran, Ricardo |
| **Cc:** | Phillips, Louise (OAG); Bruckheim, Michael (OAG); Fitzsimmons, Paul A. |
| **Subject:** | RE: Draft Protective Order |

Mr Moran:

Although I understand the reason for a protective order, I cannot join in the draft stipulation. I believe that the documents subject to any protective order should be agreed upon, rather than unilaterally determined by the party producing the documents. In addition, the burdens imposed by the stipulation are too onerous and restrictive, especially given the ease by which material can be deemed confidential. The stipulation also has the converse problem of presuming disclosure in some form, whereas there is some information, such as an officer's home address, that I would not provide even under the terms of confidentiality.

I would be happy to discuss my concerns with you further. You can also call me directly at the number below. Thank you.

Carl J. Schifferle
Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 4th Street, N.W.
Suite 600 South
Washington, DC 20001
(202) 724-6624

**Confidentiality Notice**
**This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.**

**From:** Moran, Ricardo [mailto:ricardo.moran@kattenlaw.com]
**Sent:** Monday, July 10, 2006 2:10 PM
**To:** louise.phillips@dc.gov; Michael.Bruckheim@dc.gov; carl.schifferle@dc.gov; Fitzsimmons, Paul A.
**Cc:** Warren Kaplan; Corcoran, Brian H.
**Subject:** Draft Protective Order

Dear Counsel:

Brian Corcoran has asked me to circulate the attached Draft Protective Order for your review and comment. Please review the attached draft and let me have your comments at your earliest convenience, since we would like to file it with the court as soon as possible.

Sincerely,

Ricardo J. Moran, Ph.D., J.D.*
Katten Muchin Rosenman LLP
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700

7/21/2006

Washington, DC 20007-5201

Tel: (202) 625-3620 (direct)
Fax: (202) 295-1119
e-mail: ricardo.moran@kattenlaw.com

* Application to the D.C. bar pending . Work is supervised by principals of the firm.

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

CONFIDENTIALITY STATEMENT: This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies. Thank you.

===============================================================

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

===============================================================

CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.

===============================================================

NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

===============================================================

7/21/2006