IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, ANTHONY RAMIREZ, NIGHT AND DAY MANAGEMENT, LLC, d/b/a FUR NIGHTCLUB, MICHAEL REHMAN, a/k/a "MIKE ROMEO", MICHAEL PERSONS, THADDEUS MODLIN, RICHMOND PHILLIPS, LOUIS SCHNEIDER, JOSE ACOSTA, DAVID SMITH, and JOHN FIORITO,<br><br>    Defendants. | Case No. 1:06-CV-00002-JDB |

**MEMORANDUM REGARDING RAMIREZ DISCOVERY
BY NIGHT & DAY MANAGEMENT, LLC,
MICHAEL REHMAN, JOHN FIORITO, AND MICHAEL PERSONS**

Defendants Night & Day Management, LLC t/a The Fur Factory ("N&D"), incorrectly identified as Night and Day Management, LLC d/b/a Fur Nightclub, Michael Rehman ("Rehman"), John Fiorito, and Michael Persons ("Persons") (together, the "N&D Defendants"), by and through counsel, take no position in the present dispute regarding whether Plaintiff Emile Mazloum or Defendant Anthony Ramirez should be ordered to bear the costs of Mr. Ramirez's travel to attend a deposition of him in the District of Columbia.

        Respectfully submitted,

        /s/ Paul A. Fitzsimmons
        _____
Thomas S. Schaufelberger, DC Bar No. 412217
Paul A. Fitzsimmons, DC Bar No. 444829
SAUL EWING LLP
1025 Thomas Jefferson Street, N.W.
Suite 425 West
Washington, DC  20007
202-295-6621
FAX 202-295-6721
E-mail: tschauf@saul.com
E-mail: pfitzsimmons@saul.com

*Counsel for Night & Day Management, LLC,*
*Michael Rehman, John Fiorito, and*
*Michael Persons*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 24th day of July, 2006, a true and correct copy of the foregoing was served via ECF notice upon:

Brian H. Corcoran, Esq.
David J. Gonen, Esq.
Katten Muchin Rosenman, LLP
1025 Thomas Jefferson Street, NW
Suite 700 East Lobby
Washington, DC  20007
brian.corcoran@kattenlaw.com
david.gonen@kattenlaw.com
Facsimile:  202-298-7570
*Counsel for Plaintiff*

Susan E. Huhta, Esq.
Warren K. Kaplan, Esq.
Washington Lawyers' Committee For
Civil Rights And Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, DC 20036
sue_huhta@washlaw.org
warren_kaplan@washlaw.org
Facsimile: (202) 319-101
*Counsel for Plaintiff*

E. Louise R. Phillips, Esq.
Assistant Attorney General
Office of the Attorney General
441 4th Street, NW
Sixth Floor South
Washington, DC  20001-2714
louise.phillips@dc.gov
Facsimile:  202-727-3625
*Counsel for Defendant
District of Columbia*

Michael Bruckheim, Esq.
Leticia L. Valdes, Esq.
Assistant Attorneys General
Office of the Attorney General
441 4th Street, NW
Sixth Floor North
Washington, DC  20001-2714
michael.bruckheim@dc.gov
leticia.valdes@dc.gov
Facsimile:  202-727-3625
*Counsel for Defendants Anthony
Ramirez, Richmond Phillips,
Thaddeus Modlin, and Louis Schneider*

Carl J. Schifferle, Esq.
Assistant Attorney General
Office of the Attorney General
441 4th Street, NW
Sixth Floor South
Washington, DC  20001-2714
carl.schifferle@dc.gov
Facsimile:  202-727-3625
*Counsel for Defendants Jose Acosta
and David Smith*

/s/ Paul A. Fitzsimmons
_____
Paul A. Fitzsimmons