Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

Civil Action No. 06-0002 (JDB)

**AGREEMENT CONCERNING MATERIAL COVERED BY PROTECTIVE ORDER**

    The undersigned hereby acknowledges that, having read the Confidentiality Order filed in the above-captioned action, he/she understands the terms thereof and agrees to be bound thereby.

Name: _____
(typed or printed)

Address: _____

_____

Signature: _____

Employer: _____

Employer's Address: _____

_____

Date:_____