THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 06-0002 (JDB) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**RESPONSE TO DEFENDANTS JOSE ACOSTA AND
DAVID SMITH'S REQUESTS FOR ADMISSIONS**

Pursuant to Rule 36 of the Federal Rules of Civil Procedure ("FRCP") and Local Rule 30.4, Plaintiff Emile Mazloum ("Mazloum"), by counsel, hereby submits the following responses to the Request for Admissions served by Defendants Jose Acosta and David Smith.

**RESPONSE TO REQUESTS FOR ADMISSIONS**

**REQUEST NO. 1**

You did not tell Officer Jose Acosta that you wanted to make a complaint of discrimination.

**RESPONSE:**

Mr. Mazloum cannot admit or deny this request as it is worded. This request is vague as to what is meant by the terms "complaint of discrimination". By way of further response, Mazloum admits that he did not specifically use the word "discrimination" in talking to Defendants Acosta and Smith. However, Mazloum did tell Defendants Acosta and Smith that he wanted to file with the police department a complaint about the assault and improper treatment

he had received from the police officers involved in the altercation, which included the fact that he was the subject of a racial epithet.

**REQUEST NO. 2**

You did not tell Officer David Smith that you wanted to make a complaint of discrimination.

**RESPONSE:**

See response to Request No. 1.

**REQUEST NO. 3**

You did not tell Officer Jose Acosta that you wanted to make a complaint against a police officer.

**RESPONSE:**

Deny.

**REQUEST NO. 4**

You did not tell Officer David Smith that you wanted to make a complaint against a police officer.

**RESPONSE:**

Deny.

**REQUEST NO. 5**

You did not tell Officer Jose Acosta about a derogatory reference to you as "Al-Qaeda.".

**RESPONSE:**

Admit.

**REQUEST NO. 6**

You did not tell Officer David Smith about a derogatory reference to you as "Al-Qaeda.".

2

**RESPONSE:**

Admit.

**REQUEST NO. 7**

You did not tell Officer Jose Acosta about any statements referencing your race or national origin.

**RESPONSE:**

Admit.

**REQUEST NO. 8**

You did not tell Officer David Smith about any statements referencing your race or national origin.

**RESPONSE:**

Admit.

**REQUEST NO. 9**

You did not tell Officer Jose Acosta about any statements referencing your religion.

**RESPONSE:**

Admit.

**REQUEST NO. 10**

You did not tell Officer David Smith about any statements referencing your religion.

**RESPONSE:**

Admit.

**REQUEST NO. 11**

You did not tell Officer Jose Acosta your race or national origin.

**RESPONSE:**

Admit.

**REQUEST NO. 12**

You did not tell Officer David Smith your race or national origin.

**RESPONSE:**

Admit.

**REQUEST NO. 13**

You did not tell Officer Jose Acosta your religion.

**RESPONSE:**

Admit.

**REQUEST NO. 14**

You did not tell Officer David Smith your religion.

**RESPONSE:**

Admit.

**REQUEST NO. 15**

Officer Jose Acosta made no reference to your race or national origin.

**RESPONSE:**

Admit.

**REQUEST NO. 16**

Officer David Smith made no reference to your race or national origin.

**RESPONSE:**

Admit.

**REQUEST NO. 17**

Officer Jose Acosta made no reference to your religion.

**RESPONSE:**

Admit.

**REQUEST NO. 18**

Officer David Smith made no reference to your religion.

**RESPONSE:**

Admit.

**REQUEST NO. 19**

Officers Jose Acosta and/or David Smith requested that you provide a description of your alleged assailant(s).

**RESPONSE:**

Deny.

**REQUEST NO. 20**

The only description of your assailant(s) that you provided Officers Jose Acosta and/or David Smith was that your assailant(s) were big, black guy(s).

**RESPONSE:**

Deny.

**REQUEST NO. 21**

Officers Jose Acosta and/or David Smith requested that you provide a better description than the description of your assailant(s) that you provided.

**RESPONSE:**

Deny.

**REQUEST NO. 22**

You were intoxicated when speaking with Officer Jose Acosta.

5

**RESPONSE:**

Deny.

**REQUEST NO. 23**

You were intoxicated when speaking with Officer David Smith.

**RESPONSE:**

Deny.

Respectfully submitted:

Dated: August 18, 2006

Brian H. Corcoran (Bar No. 456976)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C. 20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com


Warren R. Kaplan (Bar No. 034470)
Susan Huhta (Bar No. 453478 )
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036
Ph: (202) 319-1000
Fax:(202)319-1010
Sue_Huhta@washlaw.org
Warren_Kaplan@washlaw.org

Attorneys for Plaintiff Emile Mazloum