UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-0002 (JDB) |

<u>ORDER</u>

Upon consideration of the defendants Jose Acosta and David Smith's motion for summary judgment, the memorandum of points and authorities in support thereof, and any opposition and reply thereto, it is by the Court this _____ day of _____, 2006,

ORDERED, that the defendants Jose Acosta and David Smith's motion for summary judgment is hereby GRANTED; and it is,

FURTHER ORDERED, that summary judgment is entered in favor of defendants Acosta and Smith on plaintiff's claim under the D.C. Human Rights Act (Count V). There is no genuine dispute that plaintiff failed to voice a complaint of discrimination that could give rise to a claim under the Act; and it is,

FURTHER ORDERED, that defendants Smith and Acosta are DISMISSED from this action.

_____
JOHN D. BATES
United States District Judge