P.D 99

## Metropolitan Police Department
## Washington, D.C.

### Citizen Complaint Report

1. **FID Control Number**

2. **Date of Report:** March 12, 2005

3. **Date of Occurrence:** March 12, 2005 at approximately 1:00am.

4. **District of Occurrence:**

5. **Complainant's Home Phone:** 703-606-8484

6. **Complainant's Business Phone:** 703-606-8484

7. **Complainant's Name:** Mazloum, Emile Nazir

8. **Complainant's Home Address:** 4874 W. Braddock Road, Apt. 11, Alexandria, VA 22311

9. **Complainant's Business Address:** 4627 Logsdon Dr., Annandale, VA 22003

10. **Location of Incident:** F.U.R. Night Club, 33 Patterson Street, NE, Washington DC 20002

11. **Nature of Complaint:** Assault by several off duty police officers and the security guards at the FUR night club.

12. **Description of Complaint:**

**NOTICE: Making a False Statement is Punishable by Criminal Penalties (D.C. Code, Section 22-2514)**

I went to the FUR Club on Friday night on March 11, 2005 at around 10:00pm. I went there with my friends Marwan Abi-Aad and Imad Alkadi who work at the club. I wanted to dance and enjoy the evening. I've been going there on Friday nights since January.

Just before the incident, I was on the stage dancing and a song ended. I was leaving the stage and the stairs where I needed to exit had one security guard was at the bottom of the stairs and one was at the top. The security guard at the bottom of the stairs was opening and closing the chain letting people in and out of the access to the stairs. I had to wait at the top of the stairs while people came up.

When I started to go down the stairs, one of the security guards grabbed me from the back. I didn't know he was security or who he was. I tried to turn around to see who grabbed me. Then four or five

8

guys came and they pushed me down the stairs and onto the floor. They pulled my right hand behind my back and then they pulled my left hand behind my back and handcuffed me.

While I was face down on the floor, someone began hitting me from behind. I tried to turn and see who was hitting me and they began punching me in my face. I could not see who was hitting me or if it was more than one person. My nose started bleeding everywhere. The group of guys began dragging me across the building. I was dragged from the main floor, up a flight of stairs and out of the building onto the street (approximately 200 feet).

They dropped me in the street on my back. I hit my head on the street. I was bleeding. Blood was all over the place. The blood was pouring from my nose. Up until this point, I had not said a word to these guys. At this point, I tried to talk to one of the guys who had a shaved head and looked like he was Latin. He was about six feet tall. I said, "I didn't do nothing. Why are you doing that to me?" He said, "Shut up you Fucking Alquaida." He kicked me once in the leg. After he kicked me, I said, "you shut up. I'm Catholic." I repeated this several times. He saw my key chain hanging out of my pocket and reached down and took my car key. I said, "Give me my key." He kept saying, "Shut up, shut up, shut up!" I said, "I'm not a terrorist." He said, "Shut up!" I kept repeating, "I'm not a terrorist. I didn't do nothing."

My shirt was torn and up around my neck and my bare skin was against the ground. I said, "I am cold. Put my shirt down." I could not pull it down, because my hands were cuffed behind my back. He said, "Shut up. Keep quiet." I said it several times, "put my shirt down. I am freezing." He kept saying, "Shut up. Keep quiet." I called out to a guy I recognized who works at the club. I called out, "Soltan. Could you just put my shirt down? I'm freezing." One of the guys standing by him, said to him, "he is calling your name." Soltan looked at them and said, "I don't know him." I've been going to this club on Friday nights for the last two months.

I tried to stand up from the ground. He grabbed my hair and threw me back down on the ground. He kept a hold of my hair and slammed my head against the ground. I was screaming and crying. For a second, I felt like I'm going to die!

Two DC police officers showed up while I was still on the ground. I was in a sitting position. One of the police officers gave their hand cuffs to the guy who had assaulted me. He put on the new cuffs and took his cuffs off. They went and talked to the security guys who work in the night club. After they talked to them, the police officers came back and they picked me up and took me aside.

One of the officers started asking me questions. He asked me for my I.D. I gave him my drivers' license. I told him my address because it was different from the address on my drivers' license. The officer with him took my I.D. to his car. The other officer asked me to tell him what happened. I said, "I didn't do nothing. They just assaulted me." I started telling him the story of what happened. He saw that I was bleeding. He didn't ask if I was ok. The police officer asked me if I had any one with me. One of the guys that I know, Imad, who works at the club, came over to the police officer while he was talking to me. The police officer asked him to take me home. I said, "It's ok, just go back inside. Don't get involved." He went and he got my key back from the guy who assault me and he went and got my car.

The police officer handed me my I.D. and took the hand cuffs off. He said, "Just go home." I asked him for a police report. He said, "No I'm not going to give you a report." He turned and went back to his police car.

Imad told me that I need to have a police report. I followed the police officer to his car. The police officer was in the car and the engine was on. I walked up to the car. The police officer opened the window. I asked him to file a report of what happened to me. He said, "No I don't want to give you a report." I said, "I'm not leaving here. I need a report." He said, "If I'm going to give you a report, I have to take you to jail."

I opened the backdoor of the police car and got into it. I closed the door and said to the police officers, "Take me to jail. I just want a report about what happened to me." Both police officers got out of the car. They came to the door on the left side of the car, where I was sitting. They opened the door and they pulled me out of the car. They grabbed me by my arms and pulled me out of the car. They continued holding on to me and took me to my vehicle. They opened the passenger side door and pushed me into the passenger seat of the car and closed the door. They did not say anything to me.

Imad took me to Alexandria hospital. On the way to the hospital, Imad told me that the guys who were assaulting me were off duty police officers. He said that they had shown him their badges and told him to keep away from me. When I got to the hospital, I asked them to call the police.

Two police officers from Alexandria Police Department came and wrote down what happened. One of the officer's, Alex Trapero (1922) stayed with me for about two hours. I was at the hospital the first time for about five hours. During this time the officers called the DC Police Department and asked them to send officers to the hospital and take a report. We waited a long time for the DC Police to come and no one came. Officer Trapero came back to me and said that they are not sending anyone. He told me to take photographs of everything and to go to the DC Police department and file a report.

I have a broken nose, bloody left eye, scrapes on my face and ears, swelling on the left side of the neck where I was grabbed, cuts, bruises and bumps on my head. Deep bruises on my right shoulder, my chest and my back, my ribs and my knees. My left knee is swollen from where I was kicked. Cuts and scrapes from where I was handcuffed.

I went home and the hospital called me back to take more X-Rays. I was at the hospital another four hours during the second visit. When I went home, I started looking for the name of the department Officer Trapero suggested that I file a report to.

I went to a police department on D. Street and the police department told us to go to a different department. When we got to that department they told us to go to another location. When we went to the 1st District department, as we were entering the building, I saw the man with the shaved head who had assaulted me earlier that morning at the night club. He was in uniform and was on his way to his police car. He turned and looked at me but kept walking to his car.

I followed him to the police car. I said to him, "excuse me officer, can I have your name please?" He just said, "Is there anything that I can help you with sir?" I said, "No, I just wanted to know your name." He looked at me, and then he said, "They didn't arrest you last night?" I said, "Oh, that was

you then. Let me have your name please." He said, "Go inside. I am coming." I went in, and I asked the officer at the desk, "Do you know the name of the police officer in the car that is just outside?" The officer said, "yes, why?" I said, "He assaulted me this morning. I want to talk to his supervisor." He said, "Ok, I'll be back." He came back and he told me that the supervisor was coming.

The guy who assaulted me came back to me and took all my personal information. Name, address, social security, phone number, and work address. He also asked me if I have a nickname or if I have a tattoo. I read the name of the officer on his police badge when I was sitting there. His name is Officer Ramirez. His badge number is 2038. The supervisor's name is Lt. Pamela Taylor. She asked me what happened. I said, "I was in the club and I was dancing on the stage and then when I finished dancing I was going down from the stage. Somebody grabbed me from behind. I was thrown to the floor and they put hand cuffs on my hands and they started assaulting me. They dragged me through the club outside and threw me in the street. They assaulted me again when I was lying in the street. The police came and they were talking to the guys that were assaulting me and then they came back to me. They took me aside and they took my information and my ID. I asked for a police report but they refused."

Officer Taylor talked to Imad. Imad told her what he saw there. I asked her about the information that I gave to Officer Ramirez. I thought it was strange that the person who assaulted me was taking all my personal information. I told her that I was concern about my safety and didn't feel safe that the man who had assaulted me now had all my personal information. The supervisor stated that she had asked him to get the information from me and that it was ok. She left us and said that she would be coming back.

When she returned, she had the complaint witness statement and gave it to me. She told me to fax it to Frank Allman. She asked me to wait for someone to come and take a picture of me. We waited for about an hour for them to come and take a picture. After that we left.

13. Complainant's Certification

I certify that, to the best of my knowledge and belief, the above information is true and correct.

_____
Complainant's Signature

14. Report Received by:         Date/Time

15. FID Reviewer

16. DRD Reviewer

10