FD-302 (Rev. 10-6-95)

**Agent Copy**

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription  03/25/2005

    IMAD KAMAL ALKADI (hereafter IMAD), white male, born 01/01/1984 in Damascus, Syria, Social Security number 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, resident of 5055 Seminary Road, apartment 1140, Alexandria, Virginia, cell phone 571-277-1234, was interviewed at 4874 West Braddock Road, apartment 11, Alexandria, Virginia. After being advised of the identity of the interviewing agent and the nature of the interview, he provided the following information:

    IMAD came to the United States in 1997 on a tourist visa. He now has a green card. He works in the operations department of United Air Temp in Lorton, Virginia, supervising 15 heating and air conditioning technicians. He also works for a promoter named MASOOD A. (last name unknown, hereafter MASOOD). MASOOD organizes parties at various nightclubs. ~~[redacted]~~ ub on Thursday and Saturday nights. IMAD does promotions and security work for MASOOD.

    On 03/11/2005, a Friday, IMAD was scheduled to work for MASOOD at FUR, which is at 33 Patterson Street, Washington, DC. His original assignment was to work inside the VIP room. However, the club was very crowded, so ~~IMAD went to help his friend MARWAN~~ (known to the writer to be MARWAN JEBRAN ABI-AAD, hereafter MARWAN). When MARWAN went to the bathroom, IMAD took his spot at the stairs leading to a stage. ~~IMAD's job was to release a chain to let people enter the stage~~.

    At the time, a bouncer named MIKE was on the stage by the stairs. MIKE works at FUR every Friday and Saturday. MIKE is black, in his late 20s, tall, and muscular. He has short, curly black hair and a mustache. He does not wear glasses. That night, he was wearing a navy blue or black suit.

    IMAD's friend, EMILE (known to the writer to be EMILE NAZIR MAZLOUM, hereafter EMILE), was on the stage, drinking and dancing. The stage was packed with people.

    EMILE began coming down the stairs from the stage. IMAD turned away from EMILE and then turned back. ~~MIKE, the bouncer, was grabbing EMILE's neck from behind, trying to throw EMILE out~~

---

Investigation on  03/24/2005  at  Alexandria, Virginia

File #  282A-WF-231445                    Date dictated

by  SA Amylynn J. Miller

73

D-302a (Rev. 10-6-95)

282A-WF-231445

Continuation of FD-302 of ___Imad Kamal Alkadi_____ , On _03/24/2005_ , Page __2__

~~of the club~~. EMILE was on the stage, right next to the stairs. ~~was twisting, trying to push MIKE off~~.

~~IMAD went onto the stage and tried to grab~~ EMILE. IMAD said, "I got him, I got him, just get off him." ~~~~ ~~separate EMILE and MIKE~~. IMAD and EMILE both fell to the floor. IMAD got up, as did EMILE.

IMAD saw three men trying to grab EMILE. One of the men, later identified as RAMIREZ (hereafter RAMIREZ), looked Spanish, in his 30s, short, with a medium build. He was bald and clean-shaven. He wore no glasses. He wore regular street clothes, including black pants. Another of the men (hereafter MAN 2), was a light-skinned black man in his late 20s with no glasses or facial hair. He was tall and muscular and had short hair. The third man (hereafter MAN 3) was a black man in his 30s, tall and muscular with short hair. He wore no glasses and had a five o'clock shadow. ~~All three men had alcoholic drinks in their hands~~. Since none of the men wore bouncer-typed headphones, IMAD thought all three were club patrons, trying to help.

As the three men were trying to grab EMILE, MIKE backed off. IMAD yelled, "Whoa, whoa," and tried to grab EMILE to take him out of the club. RAMIREZ and MAN 2 pulled EMILE away from IMAD by the neck. MAN 2 said, "~~Back the fuck up, I'm a police officer.~~" ~~MAN 2 and RAMIREZ pulled police badges~~ out. As soon as they identified themselves as police officers, IMAD backed up.

RAMIREZ, MAN 2, and MAN 3 took EMILE down the stage stairs. MIKE followed them down the stairs and then went in front of the group to clear a path. The group went up a set of stairs closer to the main door of the club. ~~RAMIREZ hit EMILE once in the back to keep him moving~~.

IMAD stayed at the stage stairs. He was shocked. He didn't know what to do. It was embarrassing to see his best friend taken out of the club, and IMAD didn't want to lose his job.

Usually, when people are taken out of the club, they're left outside. IMAD didn't know if EMILE was in trouble. After about 10 minutes, IMAD told MARWAN he was leaving to check on EMILE. IMAD planned to go get EMILE outside.

74

FD-302a (Rev. 10-6-95)

282A-WF-231445

Continuation of FD-302 of __Imad Kamal Alkadi__ , On __03/24/2005__ , Page __3__

    As soon as IMAD had come outside, he saw two other men outside watching. The two were JOHN (last name unknown) and SOLTAN (last name unknown). JOHN is part-owner of FUR. He is a white man in his late 30s or early 40s, tall with a medium build. He has short blonde hair and is a little bald in front. He has neither glasses nor facial hair. SOLTAN is a tall, skinny, dark-skinned white man in his 20s. He has a goatee. He is a supervisor of some kind at FUR. IMAD did not know whether SOLTAN knew that IMAD and EMILE were friends.

    When IMAD walked outside, he saw EMILE down on the sidewalk. He was handcuffed behind his back. His green shirt was ripped off, and his shoulder was bleeding. His nose was bleeding badly, he had a black eye that was swollen shut, and he was crying.

    [redacted]. EMILE fell, and IMAD heard EMILE's head hit the ground. EMILE was crying, screaming, and swearing. [redacted]. EMILE tried to get up several times; each time, RAMIREZ would hit him on the face. IMAD said, "What are you doing, man?" RAMIREZ replied, "Back the fuck off, go back inside."

    SOLTAN, laughing, said, "Look at this crazy guy." EMILE said, "SOLTAN, I didn't do anything, man!" SOLTAN ignored EMILE and told IMAD, "You don't want to lose your job. Just go inside."

    EMILE gave up his efforts to stand up. SOLTAN went inside the club, and everyone else waited for the police to respond. Two uniformed police officers (hereafter OFFICER 1 and OFFICER 2) arrived. OFFICER 1 was a white or Hispanic man in his late 20s with a medium build and short black hair. He was shorter than OFFICER 2. OFFICER 2 was a tall white man in his 30s. He had a medium build and a shaved head with stubble. When the officers arrived, the people outside the nightclub included IMAD, JOHN, MIKE, MAN 2, and MAN 3.

    OFFICER 1 and OFFICER 2 talked to RAMIREZ for about five minutes. Then one of the uniformed officers handcuffed

75

D-302a (Rev. 10-6-95)

282A-WF-231445

Continuation of FD-302 of __Imad Kamal Alkadi__ , On __03/24/2005__ , Page __4__

EMILE and removed RAMIREZ's handcuffs from EMILE. RAMIREZ came up to IMAD and asked, "Do you know this guy?" IMAD said yes, and RAMIREZ threw EMILE's keys to IMAD.

~~[redacted] went back inside the nightclub and told MARWAN, "The police fucked up EMILE.~~" He's bleeding." IMAD told MARWAN that he would take EMILE home and then come back to pick up MARWAN.

IMAD went outside and saw OFFICER 2 talking to MIKE. OFFICER 2 asked MIKE if he was OK. MIKE replied that his elbow hurt and asked if OFFICER 2 had some kind of wrap that he could use. OFFICER 2 opened his trunk to get his first aid supplies. IMAD said to MIKE, "Look what happened to my friend." MIKE replied, "It wasn't me that hit him." OFFICER 2 asked IMAD if he was OK, and IMAD replied that his knee hurt a little.

OFFICER 2 asked MIKE what he wanted to do. MIKE answered that he wanted to go to the police station. OFFICER 2 said that locking up EMILE could result in a lot of reports and "drama." He said that "we never lock anybody up, we take care of it with the manager." He said he knew JOHN, DAVE, and MIKE ROMEO (hereafter ROMEO), another part-owner who is from Pakistan. He said what happened was "not a big deal." MIKE said again that his elbow hurt. OFFICER 2 told him to just talk to ROMEO and JOHN. IMAD tried to listen to their ensuing conversation, but MIKE said, "Back off." MIKE and OFFICER 2 talked for about five minutes.

OFFICER 1 and OFFICER 2 talked to EMILE. The officers were laughing, as if what had happened was some kind of joke. They asked EMILE if he was OK. EMILE said, "No, I'm not OK." EMILE said he wanted to go to the police station and sue the man who had hit him. The officers said, "No, you have to go home. Just go home." EMILE refused, saying he wanted to go to the police station. The officers replied that if they took EMILE, they would be taking him to jail. EMILE screamed, "Fine, that's fine, take me to jail."

The officers asked IMAD if he knew EMILE. IMAD said yes and agreed to take EMILE home. IMAD went to get the car, which took about five minutes. When he returned to the front of the club, he couldn't find EMILE.

76

FD-302a (Rev. 10-6-95)

282A-WF-231445

Continuation of FD-302 of ___Imad Kamal Alkadi___ , On 03/24/2005 , Page 5

    IMAD saw EMILE chasing the officers, who were walking to their car. EMILE was screaming, "Take me to jail!" IMAD, who was driving behind EMILE, got angry and told EMILE, "Just get the hell in the car." EMILE said, "No, fuck you, just leave me alone. I want to go to jail."

    The officers got into their car. EMILE opened the back door and jumped into the officers' car. Two minutes later, the officers got out of their car, took hold of EMILE, opened the door of the car IMAD was driving, and threw EMILE in the back of IMAD's car. OFFICER 2 said, "Just take him home. He's drunk. He doesn't know what he's doing."

    IMAD took EMILE to the hospital in Alexandria, Virginia. The hospital's emergency room was very busy. Around 3 a.m., IMAD told EMILE to stay at the hospital while he went to pick up MARWAN.

    At FUR, IMAD saw SOLTAN. IMAD said, "Man, that's really fucked up, what the police did. They hit that guy." SOLTAN replied, "The police come here all the time. They're our friends." IMAD said he was going to sue the police. SOLTAN said, "No, don't sue them. They're our friends." SOLTAN invited IMAD to have a drink. IMAD said, "No, I have to go."

    IMAD found MARWAN. They usually get paid at the end of their Friday night shift, so they went to get paid. They saw MO, TONY, and MO (last names unknown), three men who work as security guards at the front door of the club. The three said, "What the hell's wrong with them (the police)? Why did they hit your friend?" They said that EMILE was a very nice guy and had never had any problems at the club. They advised IMAD and MARWAN to go to the police and report everything that had happened.

    IMAD and MARWAN went to the Alexandria hospital. IMAD called the Alexandria police from the hospital. An officer named ALEX (hereafter ALEX), with a possible last name of RAMOS, came to the hospital. ALEX talked to EMILE, IMAD, and MARWAN about what had happened and then called his supervisor to the hospital. His supervisor was a woman with short blonde hair. ALEX and his supervisor decided that, because the incident had occurred in the District of Columbia, they couldn't do anything to help. They offered to call the District of Columbia police (hereafter MPD). ALEX and his supervisor later told EMILE and his friends that MPD would not send any officer unless a death

77

)-302a (Rev. 10-6-95)

282A-WF-231445

Continuation of FD-302 of __Imad Kamal Alkadi__ , On __03/24/2005__ , Page __6__

had occurred. ALEX said he could not write a police report in Virginia about what had happened in the District of Columbia. ALEX told EMILE and his friends to go to MPD and report what had happened.

Around 7 a.m. or 8 a.m., EMILE, IMAD, and MARWAN went home. The hospital called around 10 a.m. or noon to ask EMILE to return for X-rays. Afterwards, around 4 p.m., EMILE, IMAD, MARWAN, and IMAD's brother, ALI, went to the first police station they could find in the District of Columbia. That station was a Capitol Police Department station. Officers there gave the group directions to get to MPD's First District.

As IMAD was walking into the First District station, he saw RAMIREZ coming out of the station. RAMIREZ saw EMILE, turned his face away, and walked past. EMILE didn't recognize RAMIREZ. IMAD said, "EMILE, that's the guy who hit you!" EMILE said, "It is?" RAMIREZ turned around, and EMILE said, "Yes, that's the guy." IMAD said, "Let's go get his name and badge number."

EMILE walked up to RAMIREZ's car and said, "Sir?" Without turning around, RAMIREZ replied, "Yes, can I help you, sir?" EMILE said, "Hey, can I get your name, please?" RAMIREZ said, "So they didn't lock you up last night? You're lucky that they let you go. You could've stayed the whole weekend in jail." EMILE replied, "Oh, so it's you, the one who hit me." RAMIREZ said, "OK, how can I help you?" EMILE said, "I just want your card, that's all." RAMIREZ told EMILE not to worry. He said he needed to finish a report, and then he would follow EMILE inside the station. While outside, EMILE noticed the number on RAMIREZ's car.

EMILE and IMAD went back inside the police station. EMILE talked to an officer at the front desk. EMILE said he wanted to talk to the supervisor of the officer who drove the car with the number EMILE had just seen. EMILE said, "He didn't give me his name, but he hit me last night." The front desk officer said, "He hit you? What's your problem?" EMILE replied, "Yeah, he hit me." The front desk officer said he had to call RAMIREZ's supervisor, which he did.

RAMIREZ came inside the police station and found EMILE. He asked EMILE for his name, address, Social Security number, and date of birth. EMILE answered all of his questions. Later,

78

-302a (Rev. 10-6-95)

282A-WF-231445

Continuation of FD-302 of ___Imad Kamal Alkadi___ , On __03/24/2005__ , Page __7__

EMILE told IMAD he didn't know why he'd given RAMIREZ all his personal information.

RAMIREZ's supervisor arrived at the station. She asked EMILE if he had been hit. EMILE and his friends told her what had happened, and EMILE asked the supervisor for RAMIREZ's name. The supervisor gave the three friends forms to fill out in order to give statements. The friends were at First District until about 8 p.m.

That night, which was Saturday, IMAD was scheduled to work for MASOOD at DREAM nightclub. While IMAD was driving to DREAM, MASOOD called him and asked what had happened the night before. IMAD told him that a cop had hit his friend. MASOOD asked if he was still at the police station. IMAD said no and asked how MASOOD knew that he had gone to the police station. MASOOD said, "Don't worry how I know." MASOOD said IMAD should have told him last night about what had happened. MASOOD said that ROMEO at FUR wanted to talk to IMAD. IMAD asked why, and MASOOD replied that "The guy you want to sue is JOHN's friend." IMAD believes that JOHN used to be a police officer.

IMAD clocked in at DREAM, got his radio, and then drove to FUR, which is about five minutes away. When he arrived at FUR, ROMEO asked if he wanted a drink. ROMEO escorted IMAD to the office. JOHN was inside the office, playing with the digital security cameras that cover all of the club. IMAD said, "Nice camera system." JOHN replied, with an attitude, "Yeah, I know."

DAVID (last name unknown), the head of club security, came into the office, as did the bouncer named MIKE and MIKE ROMEO. JOHN asked IMAD if he had been at the police station that day. IMAD said yes. JOHN asked who had gone with him to the police station. IMAD replied, "Why are you talking to me? I'm here to talk to MIKE (ROMEO)." JOHN said he had heard that IMAD was at the police station with two men, that IMAD had described himself as a bouncer at FUR, and that IMAD had alleged that a police officer hit his friend. IMAD agreed. JOHN said, "You're not a bouncer, you're a promoter and a guest of the club. You should have checked with us before going to the police station." IMAD wondered how JOHN knew that he had gone to the police station earlier in the day. JOHN also knew that the police had taken photographs of EMILE and that IMAD and his friends had met with a police supervisor.

79

FD-302a (Rev. 10-6-95)

282A-WF-231445

Continuation of FD-302 of __Imad Kamal Alkadi__ , On _03/24/2005_ , Page _8_

JOHN said, "Do you know what you're getting into? You're not going to get hurt, but your friend's going to get burned." IMAD said, "Really? Why do you say that?" JOHN replied, "Because your friend went to the police station and made a false call (report)." IMAD asked if EMILE had hit his own nose or hit his own eye. JOHN asked if IMAD knew who had thrown the first punch. IMAD replied, "How would you punch anyone if you're handcuffed?" IMAD said he knew JOHN might be friends with RAMIREZ, but he didn't appreciate the fact that JOHN's friend had hit IMAD's friend.

JOHN said that, because IMAD and his friends had gone to the police station, neither IMAD nor his friends would be welcome at FUR any longer. IMAD said, "I don't care about the club. I just come to have fun. I don't give a shit about who you are, and I don't like how you're talking to me."

ROMEO told IMAD to calm down and said IMAD should have come to talk to him last night about the incident. IMAD said, "It happened last night. I wasn't thinking. I don't want to sue you guys, just your friend." JOHN asked what IMAD would sue the friend for. JOHN also said that the man in question was an acquaintance of his, not a friend.

MIKE the bouncer told IMAD that his friend, EMILE, had "messed up." MIKE said he had told EMILE the first time to back off, but EMILE came back again. MIKE said, "I was just doing my job. He (IMAD) can't come and interrupt me while I'm taking his friend out."

JOHN told MIKE to shut up. JOHN said that IMAD's actions could get MASOOD in trouble if MASOOD pays IMAD in cash. JOHN said to IMAD, "Maybe you don't have legal papers to work here. If I was you, I'd back off and not be a witness to nothing." IMAD said that the club's cameras had been watching everything. JOHN replied that he didn't think the cameras would have captured what happened. JOHN's reply made IMAD think that JOHN was about to delete or already had deleted the camera's footage from the previous night, which is stored in files on a computer.

IMAD went back to DREAM nightclub. MASOOD said that IMAD had embarrassed him by going to the police station.

80

D-302a (Rev. 10-6-95)

282A-WF-231445

Continuation of FD-302 of ___Imad Kamal Alkadi___ , On __03/24/2005__ , Page __9__

    The FUR employees who may have seen what transpired outside include MIKE the bouncer, MO, MO, and TONY. The last three men are usually posted outside the club for security.

    EMILE had been drinking on the night of the incident, but he didn't hurt anyone. He wasn't so drunk that he passed out.

81