# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.
### COMPLAINANT / WITNESS STATEMENT

PD 119 Rev. 7/74

**1. COMPLAINT NO.**

**2. NATURE OF INVESTIGATION**

**3. UNIT FILE NO.**

**4. STATEMENT OF: (Last, First, Middle)**
Alkadi Imad Kamal

**5. DOB** 01-01-84

**6. SEX** M

**7. HOME ADDRESS**
5055 Seminary Rd #1140, Alexandria, VA, 22311

**8. HOME PHONE** (703) 845-1834

**9. EMPLOYMENT (Occupation and Location)**
Masoud-A Production - DC

**10. BUSINESS PHONE** 571-277-1234

**11. LOCATION STATEMENT TAKEN** ID

**12. NAME OF OFFICER TAKING STATEMENT**

**13. DATE/TIME STARTED** 3-12-05  7:20 PM

**14. STATEMENT**

On March 11th I was working on the main floor by the stage (Fur put Club) and I saw one of the security guy's trying to take Mr Mazloum out of the club, and I went there to help out, all over the sudden I see 3 guy's on the stage coming to me holding alcohol drinks trying to help me out so we (put) can take the guy out of the club, so they grabed Mr Mazloum and started hitting him on the way up and when I asked the 3 guy's who they were, they showd me they're police badges and told me that they with the police, so I went back to my position and found someone to cover my spot so I can go up stairs and see what happend with Mr Mazloum, and when I went outside to check on him, I saw him on the floor handcuffed and one of the police officers that took him outside "Mr. Ramiers" kicking him

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. (*I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES. D.C. CODE SECTION 22-2514)

Signature of Person Giving Statement

**16. DATE / TIME ENDED** 3-12-05 - 8:12 PM

**17. PAGE** 1 **OF** 2 **PAGES**

**18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:**
Pamela Taylor

**19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:**

# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.
### COMPLAINANT / WITNESS STATEMENT

PD 119 Rev. 7/74

| 1. COMPLAINT NO. |
|---|
|   |

| 2. NATURE OF INVESTIGATION | 3. UNIT FILE NO. |
|---|---|
|   |   |

| 4. STATEMENT OF: (Last, First, Middle) | 5. DOB | 6. SEX |
|---|---|---|
|   |   |   |

| 7. HOME ADDRESS | 8. HOME PHONE |
|---|---|
|   |   |

| 9. EMPLOYMENT (Occupation and Location) | 10. BUSINESS PHONE |
|---|---|
|   |   |

| 11. LOCATION STATEMENT TAKEN |
|---|
|   |

| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature) | 13. DATE/TIME STARTED |
|---|---|
|   |   |

**14. STATEMENT**

on the back and hitting him on the face and Mr Mazloum was crying and bleeding badley then when I was trying to tell the officer to stop hitting the guy, he told me to back off and to go inside the club, after that 2 Uniformd police officers came and started asking "Mr Ramiers" what happend and gave him his handcuff's back and put new handcuff's back on and told Mr Mazloum to go home so he won't go to jail, but Mr Mazloum refused he didn't want to go home he wanted to go to the police station so he can make a police Report, but the police officers refused and told him to go away and didn't give him a police report, then I took Mr Mazloum put him in the car and took him to the Alexandria hospital.

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ("I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES. D.C. CODE SECTION 22-2514)

Signature of Person Giving Statement

**16. DATE / TIME ENDED** 3-18-05 8:12pm

**17. PAGE** 2 **OF** 2 **PAGES**

| 18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: | 19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15: |
|---|---|
| (Name and Signature) | (Name and Signature) |