# METROPOLITAN POLICE

**DEPARTMENT**

*P.D. 119 Rev.*

## WASHINGTON, D.C.

| | |
|---|---|
| NATURE OF INVESTIGATION<br>EXCESSIVE FORCE COMPLAINT | 1. COMPLAINT NO. |
| | 3. UNIT FILE NO. |

| | | |
|---|---|---|
| 4. STATEMENT OF: (Last, First, Middle)<br>PERSONS, MICHAEL | 5. DOB<br>06-22-79 | 6. SEX<br>M |
| 7. HOME ADDRESS<br>2602 BRINKLEY ROAD APT 410  FORT WASHINGTON MARYLAND 20744 | 8. HOME PHONE<br>301-793-2827 | |
| 9. EMPLOYMENT (Occupation and Location)<br>FUR NIGHTCLUB | 10. BUSINESS PHONE<br>NA | |
| 11. LOCATION STATEMENT TAKEN<br>FIRST DISTRICT | | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature)<br>SERGEANT RICHARD MOATS | 13. DATE /TIME STARTED<br>04-25-05  2135 HRS | |

**14. STATEMENT**

Q) WERE YOU WORKING AT THE FUR NIGHT CLUB ON 3-12-05 AT APPROXIMATELY 0200 HOURS?

A) YES.

Q) WERE YOU INVOLVED IN AN INCIDENT WITH A PATRON THAT ESCALATED TO THE POINT WHERE YOU WERE ASSAULTED, AND OFF-DUTY POLICE OFFICERS BECAME INVOLVED? IF SO COULD YOU TELL ME WHAT HAPPENED?

A) YES. AT ONE POINT I TOLD THE PATRON TO GET OFF THE STAGE THAT HE WAS STANDING ON. THE STAGE IS A VIP AREA AND HE WAS NOT ALLOWED TO BE ON THE STAGE. WHEN I ASKED HIM TO GET OFF THE STAGE HE PUSHED ME IN THE CHEST. I WAS APPROACHED BY A POLICE OFFICER IN PLAINCLOTHES THAT ASKED IF I WAS ALRIGHT. HE HAD SEEN THE PATRON PUSH ME MOMENTS EARLIER. I TOLD HIM I WAS ALRIGHT. THE PATRON HAD LEFT THE STAGE AREA. ABOUT TWENTY-FIVE MINUTES LATER THE PATRON CLIMBED BACK ONTO THE STAGE. I APPROACHED THE PATRON AGAIN AND ASKED HIM TO GET OFF THE PAGE. AT THIS TIME THE PATRON STATED FUCK YOU YOU DON'T KNOW WHO YOU ARE FUCKING WITH. I TOLD HIM THAT HE WOULD STILL HAVE TO GET OFF THE STAGE. WHEN HE GOT TO THE STEPS LEADING DOWN FROM THE STAGE HE STOPPED AND I TOLD HIM TO KEEP GOING. THEN HE TURNED AROUND AND LURCHED TOWARDS ME WITH HIS HANDS RAISED AND BALLED UP INTO FISTS AS IF HE WAS GOING TO HIT ME.

**15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ("I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES.**

| | |
|---|---|
| | 16. DATE / TIME ENDED<br>4-25-05 - 2230 |
| Signature of Person Giving Statement | 17.<br>PAGE 1 OF 5 PAGE |

| 18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: | 19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15: |
|---|---|
| (Name and Signature) | 227 |

# METROPOLITAN POLICE

**DEPARTMENT**

**WASHINGTON, D.C.**

*P.D. 119 Rev.*

| | |
|---|---|
| **NATURE OF INVESTIGATION** | **1. COMPLAINT NO.** |
| EXCESSIVE FORCE COMPLAINT | **3. UNIT FILE NO.** |

**4. STATEMENT OF: (Last, First, Middle)**
PERSONS, MICHAEL`

| **5. DOB** | **6. SEX** |
|---|---|
| 06-22-79 | M |

**7. HOME ADDRESS**
2602 BRINKLEY ROAD APT 410  FORT WASHINGTON MARYLAND 20744

**8. HOME PHONE**
301-793-2827

**9. EMPLOYMENT (Occupation and Location)**
FUR NIGHTCLUB

**10. BUSINESS PHONE**
NA

**11. LOCATION STATEMENT TAKEN**
FIRST DISTRICT

**12. NAME OF OFFICER TAKING STATEMENT** *(If other than block 18 include signature)*
SERGEANT RICHARD MOATS

**13. DATE /TIME STARTED**
04-25-05  2135 HRS

**14. STATEMENT**

I GRABBED BOTH OF HIS HANDS AND TOLD HIM TO CALM DOWN.  THEN HIS TWO FRIENDS SAID WE GOT HIM AND I LET HIS HANDS GO.  THEN HE LURCHED AT ME AGAIN AND TACKLED ME ON THE STEPS.  I FELL BACKWARDS ONTO THE STEPS.  WHILE I WAS GETTING UP I THEN GRABBED HIM AND PULLED HIM UP THE STEPS ONTO THE STAGE AND PINNED TO THE WALL ATTEMPTING TO GET HIM UNDER CONTROL, AND HE THEN PUNCHED ME IN THE FACE.  HIS TWO FRIENDS CAME UP THE STEPS AND ALSO GRABBED ME.  DURING THE TUSSLE I WAS DRAGGED TO THE GROUND.  THE MAIN AGGRESSOR GRABBED MY SUIT JACKET AND PULLED IT OVER MY HEAD.  WHILE I WAS ATTEMPTING TO GET OUT OF MY JACKET ALL THREE OF THE INDIVIDUALS WERE HITTING ME WHILE I WAS ON THE FLOOR.  ONCE I GOT OUT OF THE JACKET THREE OR FOUR OFF-DUTY OFFICERS ALL IDENTIFIED THEMSELVES AS MPD OFFICERS BY DISPLAYING THEIR BADGES.  THE MAIN AGGRESSOR LUNGED TOWARDS OFFICER MODLIN AND TRIED TO GRAB HIM AND THE OTHER THREE OFFICERS INTERVINED AND PLACED THE MAIN AGGRESSOR ON THE GROUND AND HELD HIM DOWN.  I ESCORTED THE OTHER TWO FRIENDS OF THE PATRON'S OFF THE STAGE.  THEN THEY WERE BRINGING HIM DOWN THE STEPS AND I FOLLOWED TO MAKE SURE NO ONE ELSE GOT INVOLVED.  AS THEY WERE BRINGING HIM DOWN THE STAIRS I SAW THAT THE PAYTRON WAS VERY BLOODY ON THE FACE AND I HAD BLOOD ON MY JACKET.  WHEN WE GOT TO THE STEPS  WHEN I SAW OFFICER RAMIREZ COME THROUGH THE CROWD AND I OBSERVED HIS BADGE.  SOME HOW THE GUY BROKE FREE AND STARTED SWINGING WILDLY AND KICKING.  ON THE FIRST ATTEMPT WE HAD HIM PINNED AT THE BOTTOM OF THE STEPS.

**15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME.  I FULLY UNDERSTAND  IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ("I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES. D.C.**

Signature of Person Giving Statement

**16. DATE / TIME ENDED**
4-25-05 — 2330

**17.**
PAGE 2 OF 5 PAGE

**18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:**

(Name and Signature)

**19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:**

(Name and Signature)

228

## METROPOLITAN POLICE

**DEPARTMENT**

**WASHINGTON, D.C.**

P.D. 119 Rev.

| | | |
|---|---|---|
| **1. COMPLAINT NO.** | | |

**2. NATURE OF INVESTIGATION**

EXCESSIVE FORCE COMPLAINT

**3. UNIT FILE NO.**

**4. STATEMENT OF: (Last, First, Middle)**

PERSONS, MICHAEL

**5. DOB** 06-22-79

**6. SEX** M

**7. HOME ADDRESS**

2602 BRINKLEY ROAD APT 410  FORT WASHINGTON MARYLAND 20744

**8. HOME PHONE**

301-793-2827

**9. EMPLOYMENT (Occupation and Location)**

FUR NIGHTCLUB

**10. BUSINESS PHONE**

NA

**11. LOCATION STATEMENT TAKEN**

FIRST DISTRICT

**12. NAME OF OFFICER TAKING STATEMENT** (If other than block 18 include signature)

SERGEANT RICHARD MOATS

**13. DATE /TIME STARTED**

04-25-05  2135 HRS

**14. STATEMENT**

HE SOME HOW BROKE FREE AGAIN AND  WHEN HE DID HE SLID DOWN THE STEPS.  HE WAS SURROUNDED BY THE FUR SECURITY AND THE MPD OFFICERS.  ONCE HE LANDED AT THE BOTTOM OF THE STAIRS HE WAS GRABBED BY EVERYBODY AND HE WAS PLACED IN HANDCUFFS.  I DO NOT KNOW WHO PUT THE HANDCUFFS ON THE PATRON.  ONCE HE WAS IN HANDCUFFS HE WAS ESCORTED OUT OF THE CLUB BY MPD AND MYSELF.  HE WAS TAKEN OUTSIDE ACROSS THE STREET AND HE WAS CUSSING AND STILL TRYING TO KICK THE OFFICERS AND MYSELF, AND TRIED TO HEAD BUTT OFFICER MODLIN.  WHILE THE PATRON WAS OUTSIDE HE THREATENED TO FUCK OFFICER RAMIREZ UP.

Q) DID YOU SEE ANY OFFICERS STRIKE THE PATRON EITHER BEFORE OR AFTER HE WAS HANDCUFFED?

A) NO.

Q) HOW DO YOU THINK THE PATRON WAS INJURED?

A) FROM THE TUSSLE WE HAD ON THE STAGE, AND BREAKING FREE ON THE STEPS AND NEAR THE TUNEL.

Q) WAS THERE ANY TIME WHEN YOU DID NOT OR COULD NOT SEE THE OFFICERS AND WHAT WAS GOING ON WITH  PATRON?

**15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME.  I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ("I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES. D.C.**

**16. DATE / TIME ENDED**

4-25-05   2330

**17. PAGE** 3 **OF** 5 **PAGE**

**18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:**

(Name and Signature)

**19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:**

(Name and Signature)

229

## METROPOLITAN POLICE

**DEPARTMENT**

P.D. 119 Rev.

### WASHINGTON, D.C.

| | |
|---|---|
| NATURE OF INVESTIGATION | 1. COMPLAINT NO. |
| EXCESSIVE FORCE COMPLAINT | 3. UNIT FILE NO. |

| 4. STATEMENT OF: (Last, First, Middle) | 5. DOB | 6. SEX |
|---|---|---|
| PERSONS, MICHAEL | 06-22-79 | M |

| 7. HOME ADDRESS | 8. HOME PHONE |
|---|---|
| 2602 BRINKLEY ROAD APT 410  FORT WASHINGTON MARYLAND 20744 | 301-793-2827 |

| 9. EMPLOYMENT (Occupation and Location) | 10. BUSINESS PHONE |
|---|---|
| FUR NIGHTCLUB | NA |

| 11. LOCATION STATEMENT TAKEN | |
|---|---|
| FIRST DISTRICT | |

| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature) | 13. DATE /TIME STARTED |
|---|---|
| SERGEANT RICHARD MOATS | 04-25-05  2135 HRS |

**14. STATEMENT**

A) THE ONLY THING I DID NOT SEE WAS WHO PUT THE HANDCUFFS ON HIM.

Q) IS THAT BECAUSE YOU WERE NOT THERE OR BECAUSE THERE WERE SO MANY PEOPLE ATTEMPTING TO GET THIS VIOLENT INDIVIDUAL UNDER CONTROL?

A) ONLY BECAUSE I WAS HOLDING THE PATRONS LEGS AND TRYING TO KEEP OTHER PEOPLE FROM JUMPING IN IT.

Q) DID THERE COME A TIME WHEN YOU SPOKE WITH A UNIFORMED OFFICER THAT ARRIVED ON THE SCENE?

A) YES. A WHITE GUY WITH A BALD HEAD AND A BDU UNIFORM ASKED ME WHAT HAPPENED. I BEGAN TO TELL HIM AND HE CUT ME OFF AND REPLIED WHAT DID THE OFFICERS DO. I SAID WHAT DO YOU MEAN, AND HE SAID DID THE OFFICERS BEAT HIS ASS. I SAID NO THE OFFICERS DID WHAT THEY WERE SUPPOSED TO DO. THEN HE SAID IT LOOKS LIKE YOU WERE THE AGGRESSOR AND SAID "THIS IS YOUR ONLY TWO OPTIONS. YOU CAN CHARGE HIM OR BAR HIM FROM THE CLUB. IF YOU DECIDE TO CHARGE HIM I WILL PLACE YOU UNDER ARREST." I SAID FUCK THAT HE'S BARRED. HE SAID OK GIVE ME A SECOND. I WALKED OVER TO LT. ALLMON'S CAR AND ASKED HIM FOR A ICE PACK OUT OF HIS FIRST AID KIT AND HE GAVE ME ONE. LT ALMON ASKED IF I WAS OK AND SAID DON'T WORRY BECAUSE THE GUY WAS GOING TO JAIL.

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ("I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES. D.C.

| Signature of Person Giving Statement | 16. DATE / TIME ENDED |
|---|---|
| | 4-25-05   2330 |
| | 17. PAGE 4 OF 5 PAGE |

| 18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: | 19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15: |
|---|---|
| (Name and Signature) | 230 |
| | (Name and Signature) |

METROPOLITAN POLICE

# DEPARTMENT

P.D. 119 Rev.

WASHINGTON, D.C.

| | |
|---|---|
| 2. NATURE OF INVESTIGATION<br>    EXCESSIVE FORCE COMPLAINT | 1. COMPLAINT NO. |
| | 3. UNIT FILE NO. |

| 4. STATEMENT OF: (Last, First, Middle)<br>    PERSONS, MICHAEL | 5. DOB<br>06-22-79 | 6. SEX<br>M |
|---|---|---|

| 7. HOME ADDRESS<br>    2602 BRINKLEY ROAD APT 410  FORT WASHINGTON MARYLAND 20744 | 8. HOME PHONE<br>    301-793-2827 |
|---|---|

| 9. EMPLOYMENT (Occupation and Location)<br>    FUR NIGHTCLUB | 10. BUSINESS PHONE<br>    NA |
|---|---|

| 11. LOCATION STATEMENT TAKEN<br>    FIRST DISTRICT | |
|---|---|

| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature)<br>    SERGEANT RICHARD MOATS | 13. DATE /TIME STARTED<br>    04-25-05  2135 HRS |
|---|---|

**14. STATEMENT**

   I WALKED AWAY AND MET UP WITH THE BALD HEAD UNIFORMED OFFICER AND TOLD HIM YOU CAN BAR HIM BECAUSE I'M NOT GOING TO JAIL FOR HIM.

Q) DID YOU HAVE A CONVERSATION WITH THE VIOLENT PATRONS FRIEND LATER THAT DAY.

A) YES. ABOUT 9:30 OR 10:00 SATURDAY NIGHT.  HE TOLD ME HE WASN'T IN THE WRONG.  HE SAID HE WAS TRYING TO HELP ME.  HE SAID HE WAS PRESSING CHARGES AGINST THE OFFICER THAT WAS OUTSIDE BECAUSE WHAT HE DID WAS WRONG.  HE TOLD ME HE SAW OFFICER RAMIREZ KICK OR STRIKE HIS FRIEND WHILE HE WAS IN HANDCUFFS ON THE GROUND OUTSIDE FUR CLUB.  THIS COULD NOT HAVE HAPPENED BECAUSE I WAS WITH OFFICER RAMIREZ THE WHOLE TIME HE WAS OUTSIDE WITH THE HANDCUFFED PATRON.

Q) DID YOU SEE ANYONE HIT OR KICK THE PATRON?

A) NO

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME.  I FULLY UNDERSTAND  IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ("I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES. D.C.

| Signature of Person Giving Statement | 16. DATE / TIME ENDED<br>4-25-05 – 2230 |
|---|---|
| | 17.<br>PAGE 5 OF 5 PAGE |

| 18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: | 19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15: |
|---|---|
| (Name and Signature) | (Name and Signature) |

231