03-27-05   08:15am   From-                                    T-223   P.002/003   F-350

| METROPOLITAN POLICE DEPARTMENT | P.D. 119 REV. 10/89 |
| Washington, D.C. | 1. COMPLAINT NO. |
| COMPLAINANT/WITNESS STATEMENT | |
| 2. NATURE OF INVESTIGATION | 3. UNIT FILE NO. |
| 4. STATEMENT OF: (Last, First, Middle) Smith, Nauf T | 5. DOB / 6. SEX |
| 7. HOME ADDRESS  N | 8. HOME PHONE |
| 9. EMPLOYMENT (Occupation and Location) MPDC | 10. BUSINESS PHONE |
| 11. LOCATION STATEMENT TAKEN  N | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature) | 13. DATE/TIME STARTED 08/19/05 2300 |
| 14. STATEMENT | |

In response to the listed inquiry, we responded to a call for service. Upon arrival, we observed the complainant being restrained from starting an altercation with the employees. We began an investigation into the event. We asked the complainant (from which a strong odor of an alcoholic beverage emanated, and was needing assistance to stand properly) for suspect information, clothing or other description, or a witness to the event. The complainant could not provide with any useable information, and we advised him that without a description or witness, further action could not be taken. We offered to provide him with a police report for simple assault, which he refused, became verbally abusive, saying "Fuck it! Just Fuck it! No!" waving his arms, and left the scene on foot.

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

16. DATE/TIME ENDED 08/19/05 2354

17. Page 1 of 1 Pages

Signature of Person Giving Statement

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

All 1   1#3

11