03-27-05  08:15am  From-                                    T-223  P.003/003  F-350

| METROPOLITAN POLICE DEPARTMENT Washington, D.C. COMPLAINANT/WITNESS STATEMENT | P.D. 119 REV. 10/89 |
|---|---|
| | 1. COMPLAINT NO. |
| 2. NATURE OF INVESTIGATION | 3. UNIT FILE NO. |
| 4. STATEMENT OF: (Last, First, Middle) Acosta Jose | 5. DOB / 6. SEX |
| 7. HOME ADDRESS On file | 8. HOME PHONE |
| 9. EMPLOYMENT (Occupation and Location) MPD | 10. BUSINESS PHONE on file |
| 11. LOCATION STATEMENT TAKEN | |
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature) | 13. DATE/TIME STARTED 3/17/05 2300 |
| 14. STATEMENT | |

Upon arrival on scene we observed a group of males fighting in the street. After stopping and identifying them, it was discovered that one of the males that we had stopped had been involved in an altercation inside of 1010 VT St. While trying to conduct our preliminary investigation we observed that the complainant was heavily intoxicated slurring his speech and in need of assistance to maintain his balance. We attempted to gain any type of useable lookout to conduct a show up so that an arrest could be made. The complainant could provide nothing, no race, no clothing, no height, and no weight. We then informed the complaint that a report would be made and that no arrest could be made due to the lack of information. The complainant then became violent with us and the other citizens around him. We advised him to calm down and cooperate with us so that a report could be made, he then stated, "Fuck it just fuck!" and walked off.

| 15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)". | |
|---|---|
| | 16. DATE/TIME ENDED 3/17/05 2310 |
| Signature of Person Giving Statement | 17. Page 1 of 1 Pages |
| 18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: (Name and Signature) | 19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15: (Name and Signature) |

12