UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
EMILE MAZLOUM, )
)
      Plaintiff, )    Civil Action No. 1:06 CV 00002
)    (JDB)
    v. )
)
DISTRICT OF COLUMBIA, *et al*., )
)
      Defendants. )
_____)

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

    Plaintiff Emile Mazloum ("Mazloum"), by his undersigned counsel, for his motion pursuant to Local Rule 16.1 of the United States District Court for the District of Columbia to amend the Court's May 24, 2006 Scheduling Order, hereby states as follows:

    The parties have been diligently undertaking discovery in this case for the past several months. Because of the number of counsel involved in the case, it has been extremely difficult to schedule depositions at times convenient to all. Thus, despite the parties' sincere efforts, numerous depositions remain to be scheduled, the completion of which is necessary before the parties can issue follow-up written discovery or exchange their expert disclosures. Given that there are several significant discovery cut-off dates pending, the parties believe it would be prudent to extend certain dates set forth in the Scheduling Order, so that they may efficiently complete discovery.

    Accordingly, Plaintiff asks that the following dates in the Scheduling Order be revised:

1.Deadline for service of written discovery requests: extended from September 30, 2006 to November 30, 2006;

2.Deadline for service of Rule 26(a)(2) expert disclosures on which a party bears the burden of proof: extended from October 31, 2006 to January 30, 2007;

3.Deadline for service of requests to admit/contention interrogatories: extended from October 31, 2006 to December 31, 2006;

4.Close of fact discovery: extended from December 20, 2006 to February 2, 2007;

5.Rebuttal expert disclosures: extended from November 20, 2006 to February 28, 2007;

6.Close of expert discovery : set for March 30, 2007;

7.Date for filing dispositive motions: extended from January 31, 2007 to April 30, 2007;

8.Date for filing oppositions to dispositive motions: extended from March 6, 2007 to May 31, 2007;

9.Date for filing replies in support of dispositive motions: extended from March 27, 2007 to June 15, 2007.

In addition, and in light of the above, Plaintiff requests that the existing status conference, currently set for December 18, 2006, be rescheduled for a date convenient to the Court in the second half of March 2007.

Counsel for all of the Defendant clusters (Ramirez, Modlin, Phillips and Schneider; District of Columbia; Acosta and Smith; and the FUR Nightclub, Rehman, Fiorito, and Persons) have been consulted in advance and do not oppose the relief sought by this motion.

## **CONCLUSION**

    For the foregoing reasons, Plaintiff respectfully requests that the Scheduling Order be amended in the manner specified herein. A proposed order is attached.

Dated: September 20, 2006

/s/_____
Brian H. Corcoran (Bar No. 456976)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C. 20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com

Susan Huhta (Bar No. 453478)
Warren R. Kaplan (Bar No. 034470)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036
Ph: (202) 319-1000
Fax: (202) 319-1010
Sue_Huhta@washlaw.org
Warren_Kaplan@washlaw.org

Attorneys for Plaintiff
Emile Mazloum