UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
EMILE MAZLOUM,                      )
                                    )
            Plaintiff,              )   Civil Action No. 1:06 CV 00002
                                    )   (JDB)
      v.                            )
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
            Defendants.             )
                                    )
_____)

## ORDER

UPON CONSIDERATION of Plaintiff's Unopposed Motion to Amend the May 24, 2006 Scheduling Order, it is, this __ day of September, 2006, hereby

ORDERED, that Plaintiff's motion be, and the same hereby is, GRANTED; it is further

ORDERED, that this Court's Scheduling Order is amended as follows:

1.   The deadline for service of written discovery requests is extended from September 30, 2006 to November 30, 2006;

2.   The deadline for service of Rule 26(a)(2) expert disclosures on which a party bears the burden of proof is extended from October 31, 2006 to January 30, 2007;

3.   The deadline for service of requests to admit/contention interrogatories is extended from October 31, 2006 to December 31, 2006;

4.   The close of fact discovery is extended from December 20, 2006 to February 2, 2007;

5. The date for filing of rebuttal expert disclosures is extended from November 20, 2006 to February 28, 2007;

6. The close of expert discovery is set for March 30, 2007;

7. The date for filing of dispositive motions is extended from January 31, 2007 to April 30, 2007;

8. The date for filing oppositions to dispositive motions is extended from March 6, 2007 to May 31, 2007;

9. The date for filing replies in support of dispositive motions is extended from March 27, 2007 to June 15, 2007; and

10. The existing status conference, currently set for December 18, 2006, is hereby rescheduled to March __, 2007.

_____
The Honorable John D. Bates
United States District Judge