UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM<br><br>        Plaintiff,<br><br>        v.<br><br>DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>        Defendants. | Civil Action No.  06-0002 (JDB) |

## AMENDED SCHEDULING ORDER

Upon consideration of plaintiff's unopposed motion to amend the May 24, 2006 Scheduling Order, it is hereby ORDERED that the schedule is amended as follows:

1. Written discovery requests, except as provided herein, shall be served by not later than November 30, 2006.

2. Rule 26(a)(2) expert disclosures on which a party bears the burden of proof shall be served by not later than January 30, 2007.  Rebuttal expert disclosures shall be served by not later than February 28, 2007.

3. Fact discovery shall be completed by not later than February 2, 2007.  Expert discovery shall be completed by not later than March 30, 2007.

4. Contention interrogatories and requests to admit shall be served on or before December 31, 2006.

5. Dispositive motions shall be filed by not later than April 30, 2007.  Oppositions to such motions shall be filed by not later than May 31, 2007.  Replies, if any, shall be filed by not later than June 15, 2007.

6. The status conference scheduled for December 18, 2006 is VACATED. The parties shall appear for a status conference on March 30, 2007, at 9:00 a.m.

SO ORDERED.

                                                /s/
                                   JOHN D. BATES
                         United States District Judge

Dated: September 20, 2006