UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06 CV 00002 |
| | ) | (JDB) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

THIS CAUSE, having come before the Court on Plaintiff's Motion *in limine* Regarding Collateral Estoppel, which was certified as served on November 15, 2006 and the Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant's Motion *in limine* Regarding Collateral Estoppel is **GRANTED.** The Court thus finds that Defendant Anthony J. Ramirez ("Ramirez") is collaterally estopped at trial from contradicting the factual findings in his prior tribunal, *Arizona v. Ramirez*, No. 20059036831 (Pheonix Mun. Ct. August 2006), that firmly establish March 10, 2005 as the date on which Ramirez left threatening voicemails on Kelly Wink's cell phone.

DONE AND ORDERERD in Chambers, this _____ day of _____, 2006.

_____
The Honorable _____
_____Judge