KEVIN KRIETENSTEIN, 011569
Assistant City Prosecutor
P.O. Box 4500
Phoenix, Arizona 85030-4500
(602) 262-6461/FAX (602) 534-9806
Attorney for State

PHOENIX MUNICIPAL COURT
SUPPORT SERVICES

2005 NOV -4 AM 8: 49

IN THE MUNICIPAL COURT OF THE CITY OF PHOENIX

COUNTY OF MARICOPA, STATE OF ARIZONA

STATE OF ARIZONA, )
 )
  Plaintiff, )  MISDEMEANOR COMPLAINT
 )
vs. )  No: 20059036831
 )
ANTHONY J RAMIREZ, )
11/24/1969, )  RESTITUTION
 )
  Defendant. )

The undersigned being first duly sworn, complains on information and belief that defendant committed a misdemeanor in Phoenix, Maricopa County, Arizona, as follows:

COUNT 1   RESTITUTION

On or about March 10, 2005, the defendant, with the intent to terrify, intimidate, threaten, harass, annoy or offend, used a telephone and used obscene, lewd or profane language or suggested a lewd or lascivious act, or threatened to inflict physical harm to the person or property of any person, or otherwise disturbed by repeated anonymous telephone calls the peace, quiet or right of privacy of any person at the place where the telephone call or calls were received, a Class 1 misdemeanor, in violation of Arizona Revised Statutes, Sections 13-2916, 13-3601A(DV) and 13-3981B.

COMPLAINT
20059036831

| | | |
|---|---|---|
| 1 | Subscribed and sworn to before me this 28th day of October, 2005 | PHOENIX CITY PROSECUTOR |
| 2 | | |
| 3 | _____<br>Judge of the Municipal Court | By: _K. Krietenstein_____<br>KEVIN KRIETENSTEIN, 011569<br>Assistant City Prosecutor |

PHOENIX CITY PROSECUTOR
P.O. Box 4500
Phoenix, Arizona 85020-4500
(602) 262-6461

COMPLAINT
20059036831