Transcription of messages left by the Anthony Jason Ramirez to Kelly Wink-Ramirez in March 2005.

I hope you are having a good time with your fucking boyfriend or your fucking little fuck that you had tonight because that's the last fucking time you fucking bitch, slut. You know what anybody that fucking sets you up with him is going to fucking pay too, they are all held responsible.

You listen to me I've decided that since you've decided to make a choice to go out to clubs and fucking make out with guys and get phone numbers, the deals are off...the house, bills, child support, happiness, whatever; it's all lost. I want us to fucking burn out. Everything is done. No deals, no support, no money, no fucking love. When I get back to Phoenix as soon as I can get my hands on you I'm going to fucking kill you and the kids. When you check the messages you call the police I don't give a fucking shit. Call my dad...I don't care. You want to fucking not answer the phone when I tell you to, you can go fuck yourself. Go fuck yourself and I am going to fucking...that's it. No agreement, no bills, no cooperation on anything. No lawyers, no court messages. I will not agree to anything. Anything imposed on me by the court will be ignored.   Ok. Go fuck yourself. Pick up this fucking phone. The only thing that's going to fucking make me get better is to fucking give up all your fucking clubbing and all your Devil's Martini, and all your Jilly's and get back together with me.   Otherwise, you're fucking dead. Fuck you.

Every time that I call this fucking telephone and you don't fucking answer, your children will suffer. Every time that I hear that fucking ugly-ass name Wink on this fucking phone your children are going to suffer. You fucking understand me? You better pick up the fucking phone skank. Call my dad...I don't give a fuck. I'll kill him, too. I hate him and everybody else associated with him. You fucking better go ahead and let's burn out...let's burn out now. Let's do it. You want to go to a club...I told you if you every do anything with another man you're dead. Now you've done it...and now you're dead.

Hey slut...called your hotel room and you didn't answer. I guess you're in a fucking pilot's room sucking cock. Or you are out with him on a fucking date. Just remember what I fucking told you I was going to fucking do to you. You fucking bitch, nigger love, whore.

Fucking Wink, I fucking hate that fucking name, you cunt. I'm going to fucking murder you...BITCH!

Ok cunt all deals are off again. I told you I hope that whatever fucking asshole you met tonight is fucking worth it...because I'm going to fucking kill him. I'm going to the fucking the deals are off. So, whatever. I hope he fucking he used your pussy real good...because it's the last thing you're ever going to do bitch. Ok. Tell my little daddy I don't give a fuck....I'll get out. Cunt! The deals are off.

Hey whore. Every chance, every fucking opportunity that I have from now on I am going to take to fuck you over and make you fucking miserable. Ok? So I hope you're little fucking cock-sucking foray tonight was worth it. You fucking bitch! You will live to regret it. You understand me? You better fucking stop sucking cock and call me back...right now.

Obviously you got yourself some black nigger cock. I told you to fucking answer your phone you fucking bitch. Now I'm fucking obsessing about you being fucked tonight by somebody. So, now I'm going to have to fucking kill you, you fucking bitch. The cops can't help you. I told you to fucking call me back you cunt.