THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No. 06-0002 (JDB) |

## DEFENDANT ANTHONY RAMIREZ'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Anthony Ramirez, by and through the Office of the Attorney General for the District of Columbia, One Judiciary Square, 441 4th Street, NW., Washington, D.C. 20001, pursuant to Fed. R. Civ. P. 33, and having been first duly sworn under oath, upon information and belief, gives the following answers to interrogatories propounded to him by plaintiff:

(a) The information supplied in these answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, its agents, representatives, and attorneys, unless privileged.

(b) The word usage and sentence structure may be that of the attorney assisting in the preparation of these answers and thus, does not necessarily purport to be the precise language of the executing party.

(c) Defendant Ramirez reserves the right to amend, revise or supplement his answers to these interrogatories if and when new or different information becomes available.

(d) For any additional responsive information made available through deposition testimony, defendant Ramirez incorporates such information for the purposes of giving the plaintiff notice that such information exists, but does not adopt such testimony as accurate and complete.

**GENERAL OBJECTIONS**

Defendant Ramirez objects to the production of any documents or information which is protected by the attorney-client privilege, deliberative process privilege, work product doctrine or any similarly recognized privilege. Inadvertent production of any information or documents so privileged does not constitute a waiver of such privilege or any other grounds for objecting to the discovery request. In addition, defendant Ramirez objects to any part of plaintiff's instructions which seeks to impose any discovery requirements outside the scope of the rules, especially any obligation to produce information not in his control or not currently known to him after reasonable inquiry.

**INTERROGATORY NO. 1:** Do you claim that any word or sentence has been incorrectly transcribed in the written transcript appended to the Amended Requests for Admission served on you on September 5, 2006? If so, please identify each such error, and state how you claim the referenced sentence should correctly read.

**ANSWER: Objection as to relevance. Furthering, defendant Ramirez does not know whether the written transcript was incorrectly transcribed, but makes no such claim at this time.**

**INTERROGATORY NO. 2:** State the number of telephone calls made on March 10, 2006 by you to Kelly Wink Ramirez, and the substance of each conversation or message left on her voicemail on that date.

**ANSWER:** Objection as to relevance. Further answering, defendant Ramirez cannot recall.

**INTERROGATORY NO. 3:** Do you claim that the phone messages contained on the cassette tape attached as Exhibit A to Plaintiff's First Requests for Admission (served on August 24, 2006) were created on some date other than March 10, 2005? If so, (a) state the correct date, and (b) specify in detail all evidence which you contend supports your contention as to the correct date, including but not limited to identity of supporting witnesses, phone record proof, *etc.*

**ANSWER:** Objection as to relevance. Further answering, Kelly Wink Ramirez alleged that the calls were made on March 2, 2005.

_____
Anthony Ramirez

SWORN AND SUBSCRIBED before me, a Notary Public, this 22 day of September, 2006.

Notary Public State of Arizona
Maricopa County
Jean M. Paschke
Expires April 11, 2007

_____
Notary Public, AZ

My Commission Expires: April 11, 2007

Respectfully submitted:

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

EUGENE A. ADAMS
Chief Deputy Attorney General for the District of Columbia

PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

3

_____
MICHAEL BRUCKHEIM [455192]
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, DC 20001
(202) 724-6649; (202) 727-6295
(202) 727-3625 (fax)
E-mail: Michael.Bruckheim@dc.gov;

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2006, pursuant to the parties' Stipulation Regarding Service Under Fed. R. Civ. P. 5(b)(2)(D), true copies of the foregoing Defendant Anthony Ramirez's Responses to Plaintiff's First Set of Requests for Admission to Defendant Anthony Ramirez were served by facsimile and email on:

Thomas S. Schaufelberger, Esq.
Paul A. Fitzsimmons, Esq.
Saul Ewing LLP
1025 Thomas Jefferson Street, N.W.
Suite 425 West
Washington, DC  20007
202-295-6621
**202-295-6721 (fax)**
pfitzsimmons@saul.com

*Counsel for Defendants Night and Day Management, LLC, t/a The Fur Factory, Michael Rehman, and John Fiorito*

and

Brian H. Corcoran, Esq.
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C.  20007
Counsel for plaintiff

4

and by email on:

E. Louise R. Phillips
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 724-6669
**(202) 727-3625 (fax)**
**louise.phillips@dc.gov**
*Counsel for Defendant District of Columbia*

and

Carl J. Schifferle
Assistant Attorney General
Suite 600S
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
**carl.schifferle@dc.gov**
*Counsel for Defendants Jose Acosta and David Smith*

_____
Michael P. Bruckheim