## Corcoran, Brian H.

| | |
|---|---|
| **From:** | Bruckheim, Michael (OAG) [Michael.Bruckheim@dc.gov] |
| **Sent:** | Thursday, October 05, 2006 9:42 AM |
| **To:** | 'Warren Kaplan' |
| **Cc:** | Corcoran, Brian H. |
| **Subject:** | RE: Ramirez answers to ints |

Hi Warren,

The answer to Interrogatory #3 is as responsive as it is going to get, so we will not be furnishing an amended answer. If you wish to file a motion to compel seeking answers to an interrogatory that is clearly irrelevant to the facts of this lawsuit, and which also seeks information that is unlikely to lead to admissible evidence in this matter, then that is certainly your prerogative. Take care.

Michael

---

**From:** Warren Kaplan [mailto:Warren_Kaplan@washlaw.org]
**Sent:** Wednesday, October 04, 2006 5:50 PM
**To:** Bruckheim, Michael (OAG)
**Cc:** Corcoran, Brian H.
**Subject:** Ramirez answers to ints

Michael:
    We have received the answers of defendant Ramirez to plaintiff's First Set of Interrogatories.
    The answer to Interrogatory No. 3 is plainly unresponsive. Are you willing to furnish a responsive answer without a motion to compel?