# Exhibit 1

FILED 6-27-05 4:30pm
MICHAEL K. JEANES, Clerk
By __U Soliz__
Deputy

**SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY**   Phoenix Location: 201 W. Jefferson, Phoenix, AZ 85003
Mesa Location: 222 East Javelina Dr., Mesa, AZ 85210
Surprise Location: 14264 West Tierra Buena Lane, Surprise, AZ 85374

| Kelly Wink-Ramirez | Anthony Ramirez | Court Case No. FC2005-004311 |
|---|---|---|
| Plaintiff | Defendant | |
| 10/28/1966 | 401 E St SE 303 | **PETITION for** |
| Date of Birth | Address | **Order of Protection** |
| | Washington, DC 20003 | NCIC #0700 |
| | City, State, Zip Code, Phone | Ct. #AZ007035J |

**DIRECTIONS: Please read Guide Sheet before filling out this form.**

1. Defendant relationship: [X] Spouse  [ ] Ex-spouse  [X] Lived together (now or before)  [X] Child in common
[ ] Dating (never lived together)  [ ] One of us pregnant by the other  [ ] Parent  [ ] Other:

2. [X] If checked, there is a pending action involving maternity, paternity, annulment, legal separation, dissolution, custody, parenting time or support in Superior Court of Arizona.

Case #: FC2005-004311

3. Have you or the Defendant been charged or arrested for domestic violence OR requested a Protective Order?
[ ] Yes  [X] No  [ ] Not sure
If yes or not sure, explain:

4. I need a Court Order because:

| Date(s) | Describe what happened, or may happen: |
|---|---|
| 3/02/2005 | My husband harassed me by phone when I was on a work trip and my children were threatened. |
| 03/09/2005 | I was grabbed by the hair, my arm was twisted behind my back and I was drug along the floor. |
| 05/21/2005 | My husband came to my home. He would not leave when requested and I had to phone the police. |

5. The following persons should also be on this Order. As stated in number 4, the Defendant is a danger to them:
Nicolas Ramirez (4/2/1993)
Samuel Ramirez (5/20/1995)
John Ramirez (6/18/1998)
Isabel Ramirez (2/8/2003)

6. Defendant should be ordered to stay away from these locations, at all times, even when I am not present:
[X] Home:  (Address protected)
[X] Work:  Southwest Airlines: 3800 Sky Harbor Boulevard, Phoenix, AZ 85034;
[X] School/Others:  Keystone Montessori: 1025 E Liberty Lane, Phoenix, AZ 85048;  Java Jive: 1241 E Chandler Blvd, Phoenix, AZ 85045;  LA Fitness: 4836 Chandler Blvd, Phoenix, AZ 85048;

ARIZ 00663

7. [ ] If checked, because of the risk ... arm, order the defendant NOT to possess ... earms or ammunition.

8. [X] If checked, request an order for the Defendant to participate in domestic violence counseling or other counseling.

9. Other:

Under penalty of perjury, I swear or affirm the above statements are true to the best of my knowledge, and I request an Order/Injunction granting relief as allowed by law.

_____     Attest: _____   6/27/05
Plaintiff                              Judicial Officer/ Clerk/ Notary            Date

ARIZ 00664