### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06 CV 00002 |
| ) | (JDB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion *In Limine* Regarding Collateral Estoppel, and Defendant Anthony Ramirez's (hereinafter "Ramirez") Motion *In Limine* and the oppositions thereto, it is, this __ day of December, 2006, hereby

**ORDERED AND ADJUDGED**, that Plaintiff's Motion *in limine* Regarding Collateral Estoppel is **GRANTED**; and it is further

**ORDERED**, that Ramirez's motion *in limine* be **DENIED**.

The Court thus finds that (a) Ramirez is collaterally estopped at trial from contradicting the factual findings in his prior tribunal, *Arizona v. Ramirez*, No. 20059036831 (Pheonix Mun. Ct. August 2006), that firmly established March 10, 2005 as the date on which Ramirez left threatening voicemails on Kelly Wink's cell phone; and (b) the threatening voicemails are admissible under F.R.C.P. 404(b) and 403.

                                              _____
The Honorable John D. Bates
United States District Judge