**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>_____</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>EMILE MAZLOUM,</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Plaintiff,</td><td>)</td><td>Civil Action No. 1:06 CV 00002</td></tr>
<tr><td></td><td>)</td><td>(JDB)</td></tr>
<tr><td>v.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>DISTRICT OF COLUMBIA, <em>et al.</em></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Defendants.</td><td>)</td><td></td></tr>
<tr><td>_____</td><td>)</td><td></td></tr>
</table>

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion *In Limine* Regarding Collateral Estoppel, and Defendant Anthony Ramirez's (hereinafter "Ramirez") Motion *In Limine* and the oppositions thereto, it is, this __ day of December, 2006, hereby

**ORDERED AND ADJUDGED**, that Plaintiff's Motion *in limine* Regarding Collateral Estoppel is **GRANTED**; and it is further

**ORDERED**, that Ramirez's motion *in limine* be **DENIED**.

The Court thus finds that (a) Ramirez is collaterally estopped at trial from contradicting the factual findings in his prior tribunal, *Arizona v. Ramirez*, No. 20059036831 (Pheonix Mun. Ct. August 2006), that firmly established March 10, 2005 as the date on which Ramirez left threatening voicemails on Kelly Wink's cell phone; and (b) the threatening voicemails are admissible under F.R.C.P. 404(b) and 403.

_____
The Honorable John D. Bates
United States District Judge