UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | CA No.: 06-002 (JDB) |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CONSENT MOTION TO EXTEND DEADLINE FOR DISCOVERY**

Defendants Ramirez, Phillips, Modlin, and Schneider, by and through undersigned counsel, with the consent of the plaintiff and counsel for all named co-defendants, hereby moves this Court to grant a 30-day extension of time to complete discovery. As reasons therefore the Defendants represent as follows:

1. Under the current Scheduling Order, discovery concludes on February 2, 2007. (See Court Docket).

2. On or about November 21, 2006, Defendants noted plaintiff's deposition in this matter for December 20, 2006. On or about December 6, 2006, plaintiff notified counsel of their desire to have an interpreter present at the deposition of plaintiff. The parties have worked out an acceptable arrangement concerning all interpreter arrangements. However, the parties now anticipate a deposition that might last 2 days due to the interpreter's involvement. December 19th and December 21st were not acceptable dates to the parties. Due to trial commitments from undersigned counsel, as well as the respective schedules of five other attorneys on record, the parties were unable to schedule plaintiff's deposition until January 29 and 30, 2006. The parties therefore request a 30-day extension of discovery to March 2, 2007 to allow the parties to

schedule any remaining discovery matters beyond plaintiff's deposition. The parties further request that all subsequent deadlines following the close of discovery be extended by 30 days.[1]

    3. The plaintiff is not prejudiced by the granting of this Motion.

    4. Counsel for Plaintiff consents with the relief requested of in this motion, as do counsel for all co-defendants.

WHEREFORE, for the reasons stated herein, and pursuant to F.R.C.P. 6(b), Defendants Ramirez, Phillips, Modlin, and Schneider request an extension of discovery for 30 days to March 2, 2007.

    Respectfully submitted,

    EUGENE A. ADAMS
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    \_\s\_____
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV

    \_\_\s\_____
    MICHAEL P. BRUCKHEIM [455192]
    Assistant Attorney General
    441 4TH Street, NW, 6th Floor-South
    Washington, D.C. 20001
    202-724-6649; 202-727-6295

---

[1] By agreement of the parties, no further requests for extensions of discovery will be sought.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | CA No.: 06-002 (JDB) |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MEMORANDUM OF LAW IN SUPPORT OF CONSENT MOTION TO EXTEND DEADLINE FOR DISCOVERY**

1. Federal Rules of Civil Procedure, Rule 6(b)(1).

2. The consent of all parties.

3. The record herein.

                          Respectfully submitted,

                          EUGENE A. ADAMS
                          Interim Attorney General for the District of Columbia

                          GEORGE C. VALENTINE
                          Deputy Attorney General, Civil Litigation Division

                          __\s_____
                          PATRICIA A. JONES [428132]
                          Chief, General Litigation Sec. IV

                          ___\s_____
                          MICHAEL P. BRUCKHEIM [455192]
                          Assistant Attorney General
                          441 4TH Street, NW, 6th Floor-South
                          Washington, D.C.  20001
                          202-724-6649; 202-727-6295

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | CA No.: 06-002 (JDB) |
| ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### **ORDER**

This matter, having come before the Court on Defendants Ramirez, Phillips, Modlin, and Schneider's Consent Motion to Extend Deadline for Discovery, its supporting Memorandum of Points and Authorities, and the entire record herein, it is, this ____ day _____, 2006,

ORDERED, that the said motion be, and hereby is, GRANTED, and that discovery deadline is extended to March 2, 2007, and it is further,

ORDERED, that all subsequent deadlines be extended by 30 days.

So ORDERED this _____ day of _____, 2006.

_____
The Honorable Judge Bates
United States District Court
for the District of Columbia