UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMILE MAZLOUM**,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, et al.**,<br><br>　　　　Defendants. | Civil Action No. 06-0002 (JDB) |

## SECOND AMENDED SCHEDULING ORDER

Upon consideration of defendants' consent motion to extend the discovery deadline, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the schedule is amended as follows:

1. Fact discovery shall be completed by not later than March 2, 2007. Expert discovery shall be completed by not later than April 30, 2007.

2. Contention interrogatories and requests to admit shall remain due on or before December 31, 2006.

3. Rule 26(a)(2) expert disclosures on which a party bears the burden of proof shall be served by not later than February 28, 2007. Rebuttal expert disclosures shall be served by not later than March 28, 2007.

4. Dispositive motions shall be filed by not later than May 30, 2007. Oppositions to such motions shall be filed by not later than June 29, 2007. Replies, if any, shall be filed by not later than July 13, 2007.

5. The status conference scheduled for March 30, 2007 is VACATED. The parties shall appear for a status conference on April 24, 2007, at 9:00 a.m.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Dated:   December 22, 2006