UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   C.A. No. 06-00002 (JDB) |
| | * |
| DISTRICT OF COLUMBIA, *et al.*, | * |
| | * |
| Defendants. | * |
| _____ | * |

## NOTICE OF SUBSTITUTION OF COUNSEL

THE CLERK WILL PLEASE enter the appearance of Assistant Attorney General David A. Jackson as counsel for Defendant District of Columbia and withdraw the appearance of Assistant Attorney General E. Louise R. Phillips as counsel for Defendant District of Columbia.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/_____
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov