UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | ) | |
| | ) | |
| Plaintiff, | ) | 06-CV-0002 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF WITHDRAWAL OF COUNTERCLAIM BY ANTHONY RAMIREZ

The Clerk of said Court will please **withdraw** the counterclaim filed by defendant Anthony Ramirez against plaintiff.

Respectfully submitted,

EUGENE A. ADAMS
Chief Deputy Attorney General for the District of Columbia

\_\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

\_\s\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295
Michael.bruckheim@dc.gov