UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:06 CV 00002 (JDB) |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S SUBMISSION RE DEFENDANT
RAMIREZ'S WITHDRAWAL OF COUNTERCLAIM**

Plaintiff Emile Mazloum ("Mazloum"), by his undersigned counsel, hereby submits the following with respect to Defendant Anthony Ramirez's (hereinafter "Ramirez") February 1, 2007 Notice of Withdrawal of his Counterclaim:

Plaintiff does not oppose Defendant Ramirez's withdrawal of his counterclaim and therefore does not contest generally the Court's entry of dismissal of the claim. However, Plaintiff notes that ordinarily, such claim dismissal, at this stage in the litigation after an answer to the counterclaim was filed, would typically be accomplished via a Rule 41(a)(1)(ii) stipulation. Had Ramirez's counsel approached Plaintiff in advance to seek permission to file such a stipulation, Plaintiff would have conditioned its consent to the stipulation on the proviso that the counterclaim be dismissed "with prejudice," so that the Plaintiff need not expect any refiling of the claim at a later date. Indeed, earlier today, before the Court's entry of the withdrawal, Plaintiff's counsel had already made this request to Ramirez's counsel.

Plaintiff accordingly requests that the Court amend its withdrawal order to note that the dismissal is in fact "with prejudice." Counsel for Defendant Ramirez was contacted in advance of the filing of this submission and has indicated his consent to the relief requested herein.

Respectfully submitted,

Dated: February 1, 2007

/s/
Brian H. Corcoran (Bar No. 456976)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C. 20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com

Susan Huhta (Bar No. 453478)
Warren R. Kaplan (Bar No. 034470)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036
Ph: (202) 319-1000
Fax: (202) 319-1010
Sue_Huhta@washlaw.org
Warren_Kaplan@washlaw.org

Attorneys for Plaintiff
Emile Mazloum