UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMILE MAZLOUM,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, et al.,**<br><br>    **Defendants.** | Civil Action No. 06-0002 (JDB) |

## ORDER

Upon consideration of the motion of defendants Acosta and Smith for summary judgment, plaintiff's motion in limine, and defendant Ramirez's motion in limine, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that the motion of defendants Acosta and Smith for summary judgment is **DENIED**; it is further

**ORDERED** that plaintiff's motion in limine is **DENIED**; it is further

**ORDERED** that defendant Ramirez's motion in limine is **GRANTED**; and it is further

**ORDERED** that evidence pertaining to defendant Ramirez's threats against his former spouse is not admissible as substantive evidence to prove plaintiff's claims in this case.

/s/
JOHN D. BATES
United States District Judge

Dated:   April 17, 2007