UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

       v.   Civil Action No. 06-0002 (JDB)

DISTRICT OF COLUMBIA
METROPOLITAN POLICE
DEPARTMENT, et al.,

    Defendants.

## ORDER

Pursuant to the status hearing held on this date, it is hereby ORDERED that the following schedule shall govern further proceedings in this matter:

1. Plaintiff's motion for leave to file a second amended complaint shall be filed by not later than April 27, 2007. Defendants' response(s) shall be filed by not later than May 8, 2007. Plaintiff's reply, if any, shall be filed by not later than May 15, 2007.

2. Dispositive motions shall be filed by not later than May 30, 2007. Oppositions to such motions shall be filed by not later than June 29, 2007. Replies, if any, shall be filed by not later than July 13, 2007.

3. Trial in this matter shall commence on January 7, 2008, at 9:30 a.m. in Courtroom 8.

4. The pretrial conference shall be held on December 14, 2007, at 9:30 a.m.

5. Motions in limine, including any <u>Daubert</u> motions, shall be filed by not later than October 31, 2007. Oppositions shall be filed by not later than November 14, 2007. Replies, if any, shall be filed by not later than November 21, 2007.

6. The parties shall submit a pretrial statement in the form prescribed by Local Civil Rule 16.5, proposed voir dire questions, and proposed jury instructions by not later than November 30, 2007. Pretrial statements, proposed voir dire questions, and jury instructions shall be submitted jointly to the extent possible and shall be provided to chambers on CD (WordPerfect format).

SO ORDERED.

                                            /s/
                              JOHN D. BATES
                      United States District Judge

Dated: April 24, 2007