UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EMILE MAZLOUM, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:06 CV 00002 (JDB) |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION OF PARTIAL DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Emile Mazloum and Defendant District of Columbia, by counsel, hereby stipulate to the dismissal of Mazloum's Count I, alleging a claim under 42 U.S.C. § 1983 against the District of Columbia. Each party shall bear its own costs with respect to the dismissal of this claim.

Respectfully submitted,

Dated: April 25, 2007

/s/ _____
Brian H. Corcoran (Bar No. 456976)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C. 20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com

Susan Huhta (Bar No. 453478)

> Warren R. Kaplan (Bar No. 034470)
> Washington Lawyers' Committee for
> Civil Rights and Urban Affairs
> 11 Dupont Circle, NW
> Suite 400
> Washington, D.C. 20036
> Ph: (202) 319-1000
> Fax: (202) 319-1010
> Sue_Huhta@washlaw.org
> Warren_Kaplan@washlaw.org
>
> Attorneys for Plaintiff Emile Mazloum
>
>
> LINDA SINGER
> Attorney General for the District of Columbia
>
> George C. Valentine
> Deputy Attorney General
> Civil Litigation Division
>
> Nicole L. Lynch
> Section Chief
> General Litigation § II
>
> David A. Jackson [471535]
> Assistant Attorney General
> 441 4th Street, N.W., Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6519; (202) 724-6669
> **202-727-3625 (fax)**
> **davida.jackson@dc.gov**
>
> /s/_____
> Counsel for Defendant District of Columbia