# GENERAL ORDER



**METROPOLITAN POLICE**

## DISTRICT OF COLUMBIA

| | |
|---|---|
| **Subject** | **Disciplinary Procedures and Processes** |

| Topic | Series | Number |
|---|---|---|
| **PER** | **120** | **21** |

**Effective Date**
**April 13, 2006**

**Replaces:**
General Order 1202.1 (Disciplinary Procedures and Processes) Effective Date November 10, 1983

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I. | Background | Page | 1 | V. | Regulations | Page | 5 |
| II. | Policy | Page | 1 | VI. | Procedural Guidelines | Page | 6 |
| III. | Definitions | Page | 2 | VII. | Cross References | Page | 19 |
| IV. | Rules | Page | 4 | VIII. | Attachments | Page | 20 |

## I.    BACKGROUND

The purpose of this order is to establish policies, rules and procedures for handling discipline relating to the alleged misconduct of sworn members in a manner that is consistent with the mission of the Department, applicable labor agreements, and District of Columbia law concerning disciplinary appeals. Any provision for the review of corrective and adverse actions negotiated between the Department and the labor organization shall take precedence over the provisions of the D.C. Comprehensive Merit Personnel Act for members in the collective bargaining unit, to the extent that there is a difference. This order does not apply to the disciplinary process relating to civilian members.

## II.    POLICY

The policy of the Metropolitan Police Department is that members shall be subject to disciplinary action for cause. The Department recognizes the distinction between those misconduct matters that warrant a serious disciplinary response at the Department level, and those types of misconduct that may be handled effectively at the assigned element, and that permit non-disciplinary action or performance improvement action.

Discipline shall be prompt, consistent, fair, and equitable, and the Department shall utilize progressive discipline as appropriate. Members shall have the opportunity to present a response, or a defense, and to appeal disciplinary actions. (CALEA 26.1.1)



OFFICE OF THE GENERAL COUNSEL
APR 18 2006
RECEIVED

## TABLE OF OFFENSES AND PENALTIES

A.    **OFFENSES**

Conduct described below is prohibited, and shall serve as the basis for an Official Reprimand, or Adverse Action.

1.    Drinking "alcoholic beverage" or "beverage" as described in Section 25-101, subsection (5) of the D.C. Code, District of Columbia Alcoholic Beverage Control Act, or being under the influence of "alcoholic beverage" or "beverage", while on duty.

2.    Drinking "alcoholic beverage" or "beverage" as described in Section 25-101, subsection (5) of the D.C. Code, District of Columbia Alcoholic Beverage Control Act, "while in uniform off duty"; or being under the influence of "alcoholic beverage" when off duty.

3.    The taking of any drug or substance, on or off-duty, as described in the D.C. Uniform Controlled Substances Act of 1981, unless taken upon the prescription of a licensed physician, or registered practitioner authorized to dispense a controlled substance during the course of professional practice.

4.    Malingering or feigning illness or disability in order to evade the performance of duty.

5.    Willfully disobeying orders, or insubordination.

6.    Willfully and knowingly making an untruthful statement of any kind in any verbal or written report pertaining to his/her official duties as a Metropolitan Police Officer to, or in the presence of, any superior officer, or intended for the information of any superior officer, or making an untruthful statement before any court or any hearing.

7.    Conviction of any member of the force in any court of competent jurisdiction of any criminal or quasi-criminal offense, or of any offense in which the member either pleads guilty, receives a verdict of guilty or a conviction following a plea of *nolo contendere*, or is deemed to have been involved in the commission of any act which would constitute a crime, whether or not a court record reflects a conviction. Members who are accused of criminal or quasi-criminal offenses shall promptly report, or have reported their involvement to their commanding officers.

8.    Inefficiency as evidenced by repeated and well-founded complaints from superior officers, or others, concerning the performance of police duty, or the neglect of duty. Three sustained Adverse Actions within a 12-month