IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, : | |
|     Plaintiff, : | |
| : | |
| v. : | Civ. Action No. 06-0002 (JB) |
| : | |
| DISTRICT OF COLUMBIA : | |
| METRO. POLICE DEPARTMENT, et, al., : | |
|     Defendants. : | |

**MOTION FOR AN ENLARGEMENT OF TIME TO FILE OPPOSITION**

Defendants Acosta and Smith move this Court to enlarge the time in which to file a response to Plaintiff's motion for leave to file a second amended complaint. *See* Document No. 102.

In support of this motion, Defendants refer this Court to their memorandum of points and authorities, attached herein. Although counsel for Plaintiff and Defendants called and emailed each other regarding this motion, they kept missing each other on Friday. In a voicemail message, counsel for Plaintiff stated that he had no objections to enlarging the time needed by counsel for Defendants, but expressed concern about how this enlargement would impact the deadlines already set by this Court. Consequently, he requested that the Defendants consider requesting an extension up to and including Friday, May 11th, 2007.

                                                                            _____
                                                                            Phillip A. Lattimore III
                                                                            Section Chief
                                                                            Office of Attorney General
                                                                            General Litigation Section III
                                                                            Civil Litigation Division
                                                                            Washington, D.C.  20001
                                                                            (202) 442-9874

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, : | |
|     Plaintiff, : | |
| : | |
| v. : | Civ. Action No. 06-0002 (JB) |
| : | |
| DISTRICT OF COLUMBIA : | |
| METRO. POLICE DEPARTMENT, et, al., : | |
|     Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO ENLARGE THE TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendants Acosta and Smith submit this memorandum of points and authorities in support of its motion to briefly enlarge the time for defendants to respond to Plaintiff's motion (Docket No. 102).

**Discussion**

Plaintiff filed a motion for leave to file a second amended complaint on or about April 27, 2007. Docket No. 102. This Court ordered defendants to respond to the motion no later than May 8, 2007.

Mr. Carl Schifferle, counsel for the defendants Acosta and Smith, requests that this Court, pursuant to Fed. R. Civ. P. 6(b), grant defendants a one week enlargement of time to respond to the *second amended* complaint on grounds that he just completed a trial in *Settles, et al., v. District of Columbia*, as lead counsel before this Court (Robertson, J.), on Friday afternoon (May 4th). Mr. Schifferle will be out of the office on Monday, May 7th, 2007, and needs an additional week to review the *second* amended complaint and other documents before responding to claims that have just been alleged

against his two clients.  As of result of trial preparation and the aforementioned trial, which had over twenty plaintiffs, counsel for Defendants need up to May 15th to respond to Plaintiff's complaint since he also has other matters to attend to as well.  However, he will make every reasonable effort to respond to Plaintiff's motion before the requested enlargement time of May 15th, --- if possible.

      This brief request for an enlargement of time will neither prejudice Plaintiff nor disrupt this Court's calendar or the administration of justice.

## CONCLUSION

      Defendants' motion should be granted.

_____
Phillip A. Lattimore III
Section Chief
Office of Attorney General
General Litigation Section III
Civil Litigation Division
1 Judiciary Square
Washington, D.C.  20001
(202) 442-9874

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,            : | |
|     Plaintiff,            : | |
| : | |
| v.            : | Civ. Action No. 06-0002 (JB) |
| : | |
| DISTRICT OF COLUMBIA            : | |
| METRO. POLICE DEPARTMENT, et, al.,  : | |
|     Defendants.            : | |

## O R D E R

Upon consideration of Plaintiff's Motion for An Enlargement of Time to Respond to Plaintiff's Motion for Leave to File Second Amended Complaint, the Memorandum of Points and Authorities in Opposition, if any, and the record herein, it is hereby:

ORDERED:  that Defendants' motion shall be granted; and it is

FURTHER ORDERED:  that Defendants' response to Plaintiff's Motion for Leave to File *Second* Amended Complaint shall be filed no later than May 15, 2007**.**

So **ORDERED** this ___ day of _____, 2007

 

_____
Hon. John D. Bates
United States District Judge