UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
EMILE MAZLOUM,                      )
                                    )
            Plaintiff,              )   Civil Action No. 1:06 CV 00002
                                    )   (JDB)
       v.                           )
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
            Defendants.             )
_____)

**PLAINTIFF'S RESPONSE TO ACOSTA AND
SMITH'S MOTION FOR EXTENSION OF TIME**

Plaintiff Emile Mazloum ("Mazloum"), for his response to the motion of Defendants Jose Acosta and David Smith, dated May 4, 2007, seeking an extension of time in which to respond to Plaintiff's Motion for Leave to File an Amended Complaint, dated April 27, 2007, hereby states as follows:

Plaintiff does not object to Acosta and Smith's request in the abstract. However, as Acosta and Smith's motion indicates, Plaintiff's counsel is concerned that allowing Acosta and Smith a full week's additional time to respond to Plaintiff's April 27th Motion for Leave to File an Amended Complaint may have a negative impact upon the existing schedule. That schedule provided for this motion to have been fully briefed by May 15th, leaving the Court ample time to decide the motion before the May 30th deadline for dispositive motions. The requested one-week extension could jeopardize that schedule, especially given that Plaintiff will want an opportunity to reply to any points raised in Acosta and Smith's brief not otherwise raised in the briefs of the other co-defendants.

Accordingly, Plaintiff asks that any extension of time granted to Acosta and Smith be crafted so as not to affect the existing schedule in the case.


Dated: May 7, 2007                                         /s/
                                                    Brian H. Corcoran (Bar No. 456976)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C. 20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com

Susan Huhta (Bar No. 453478)
Warren R. Kaplan (Bar No. 034470)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036
Ph: (202) 319-1000
Fax: (202) 319-1010
Sue_Huhta@washlaw.org
Warren_Kaplan@washlaw.org

Attorneys for Plaintiff
Emile Mazloum