# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 1:06 CV 00002 (JDB) |

## CERTIFICATE OF MICHAEL REHMAN

I, Michael Rehman, do hereby declare and certify as follows:

1.　I am over the age of 18 years, am competent to execute this Certificate, and have knowledge of the statements made herein.

2.　I am the Founder and Manager of Night and Day Management, LLC, d/b/a FUR Nightclub ("FUR").

3.　FUR is one of District of Columbia's largest nightclubs, comprised of two levels and six VIP areas.

4.　On any given Friday or Saturday evening, FUR hosts approximately 900-1,200 guests during the night.

5.　During the evening of March 11, 2006 extending into the early morning of March 12, 2006, FUR was hosting approximately 900-1,200 guests.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing statements are true and correct.

_____
Michael Rehman

Executed: May 8, 2007