# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM                    :
                                 :
              Plaintiff          :
                                 :
       vs.                       :   Civil Action No.
                                 :   1:06:CV 00002
DISTRICT OF COLUMBIA,            :   (JDB)
   et al.                        :
                                 :
              Defendants         :

Washington, D.C.
October 25, 2006

Deposition of:

JOHN FIORITO,

called for oral examination by counsel for Plaintiff, pursuant to notice, at the offices of Katten Muchin Rosenman, LLP, 1025 Thomas Jefferson Street, N.W., East Lobby, Suite 700, Washington, D.C., before Zev V. Feder, CSR, a Notary Public in and for the District of Columbia, beginning at 9:41 a.m., when were present on behalf of the respective parties:

Page 34

```
1        MR. FITZSIMMONS:  Yes.
2        THE WITNESS:  It is $130,000 a
3   year flat fixed payout.
4        BY MR. KAPLAN:
5    Q.   And this comes in monthly checks?
6    A.   It comes weekly.  $2500 week.
7    Q.   Who is that check made payable to?
8    A.   To Melissa Fiorito.
9    Q.   Is that for the original capital
10  investment you made to buy the five percent
11  interest, or the ten percent interest which
12  became a five percent interest, or is that for
13  your weekly trips?
14   A.   That is the continuing maintenance
15  that it stays on permanently now.  There was a
16  different amount in the earlier stage of the
17  first two years.
18   Q.   What was it then?
19   A.   A lot higher.
20   Q.   And what was it then?  How much
21  higher?
22   A.   It varied from seven to $10,000 a
```

Feder Reporting Company
(202) 863-0000

Page 35

```
1   week.
2    Q.   Why did it get reduced?
3    A.   Due to the fact that I was doing
4   other things and I just wanted to get a fixed
5   amount settled for her in case anything ever
6   happened to me, whether I was killed as a
7   policeman, and I wanted to protect my wife and
8   make sure she had some type of guaranteed
9   income.
10   Q.   So at first the payments were not
11  in a fixed amount.  They were dependent on,
12  what, the gross?
13   A.   The net profit.
14   Q.   Ten percent of the net profit?
15   A.   Correct.
16   Q.   But then you decided that you
17  wanted to have a guaranteed fixed amount that
18  wasn't dependent upon that profit.  Is that
19  right?
20   A.   That's correct, sir.
21   Q.   So it was adjusted down to what it
22  is now?
```

Feder Reporting Company
(202) 863-0000

Page 36

```
1    A.   Correct.
2    Q.   And this fixed amount is
3   guaranteed for how long?
4    A.   That's the indefinite agreement.
5   If the place were to be sold, then she would
6   receive five percent of the sale proceeds.
7    Q.   The checks that are received are
8   deposited into a joint bank account?
9    A.   They are deposited to her bank
10  account.
11   Q.   And do they make their way into a
12  joint bank account or into your bank account?
13       MR. FITZSIMMONS:  Objection.
14  Argumentative.
15       BY MR. KAPLAN:
16   Q.   You may answer.
17   A.   No.
18   Q.   Are you saying you have no
19  financial benefit from those checks?
20   A.   No.
21   Q.   None of that money goes to pay
22  your living expenses or any financial benefit
```

Feder Reporting Company
(202) 863-0000

Page 37

```
1   for you?
2    A.   Well, she pays all the bills for
3   the house.
4    Q.   Do you have any responsibilities
5   other than taking care of the lighting and
6   sound system?
7    A.   No.
8    Q.   Do you have any role in the
9   security system?
10   A.   Initially?  When the club was
11  being constructed I wrote the FUR employee
12  manual, which contains to the security
13  procedures.  It is a variety of everything
14  going on into the club.
15   Q.   You wrote the FUR employee manual?
16   A.   That's correct.
17   Q.   What was your qualification for
18  writing the FUR employee manual?  Have you
19  ever done that before?
20   A.   I have written and authored
21  general orders while employed at the Pentagon
22  police that were approved by the U.S.
```

Feder Reporting Company
(202) 863-0000

Page 94

1  required to complete full background checks
2  and provide criminal record checks from their
3  local jurisdiction and the D.C. police
4  department. And they have to be free and
5  clear of any criminal convictions to be
6  employed there in security.
7      Q.  What is this D.C. security
8  officers' course? Who gives that?
9      A.  They have a person come in that
10 ran a security company that was listed to
11 teach the class in the beginning.
12     Q.  Is this something, does this have
13 some official status with some agency of the
14 District of Columbia?
15     A.  Yes. All security are licensed
16 through the Special Police Branch up at 14th
17 and U Street, Northwest.
18     Q.  That is part of the MPD?
19     A.  Yes, it is supervised by the
20 Metropolitan Police Department.
21     Q.  So the MPD issues?
22     A.  They set a standard, I believe it

Feder Reporting Company
(202) 863-0000

Page 95

1  is called, of what security guard required
2  training is.
3      Q.  Who actually gives the training?
4      A.  A licensed security agency that is
5  qualified or licensed to teach the class.
6      Q.  Do you know what that agency is?
7      A.  No.
8      Q.  Or who that agency is?
9      A.  Dave McLeod would be able to tell
10 you who did it in the beginning.
11     Q.  So you, yourself, I take it,
12 wouldn't have any knowledge as to whether
13 Mr. Persons ever took that course?
14     A.  No.
15     Q.  You know Mr. Persons, or you did
16 know him while he was employed at the club.
17 Right?
18     A.  I know him as an acquaintance. I
19 have seen him in there. It is not somebody
20 that --
21     Q.  Did you ever talk to him?
22     A.  Briefly.

Feder Reporting Company
(202) 863-0000

Page 96

1      Q.  Nothing that you recall?
2      A.  Nothing other than hi, how are
3  you, nice to see you, and moving on.
4      Q.  Had he been there since the club
5  opened?
6      A.  I don't know.
7      Q.  Do you know how long he was there?
8      A.  No, sir.
9      Q.  No idea?
10     A.  No.
11     Q.  The course that is given in the
12 security guard training, do you know, is that
13 a one day course, a two week course? Do you
14 know anything about it?
15     A.  I already told you, I don't know
16 anything about it. You can ask Dave and he
17 can provide you that information.
18     Q.  Do you know whether someone who
19 takes the course gets some kind of a license
20 from the D.C. Special Police Branch?
21     A.  No, sir.
22         MR. KAPLAN: Let's mark this.

Feder Reporting Company
(202) 863-0000

Page 97

1         (Document referred to marked
2  Deposition Exhibit No. 1 for identification
3  and subsequently retained by counsel.)
4         BY MR. KAPLAN:
5      Q.  Is Exhibit 1 the manual that you
6  referred to that you wrote?
7      A.  I did the initial. The revised,
8  that's the latest version. As I said earlier,
9  it gets updated by the management as things
10 change there. The initial foundation was put
11 together by me but there have been
12 modifications that I have not participated in.
13     Q.  Is the document in front of you
14 the original manual or the updated?
15     A.  It is the updated. It gets
16 constantly updated.
17     Q.  Can you tell us when the last
18 update was?
19     A.  No.
20     Q.  Or what the last update was?
21     A.  No.
22     Q.  Just, if you will just read, do

Feder Reporting Company
(202) 863-0000

Page 98

1 you see the page number, the Bates numbers at
2 the bottom right-hand corner of each page?
3    A.  Yes.
4    Q.  Turn to page 290 for the section
5 called -- 291, rather. The section called
6 proper altercation procedures.
7    A.  Uh-huh.
8    Q.  I would just like you to read that
9 to yourself.
10       MR. FITZSIMMONS: Stopping where?
11       MR. KAPLAN: To the middle of the
12 next page.
13       BY MR. KAPLAN:
14    Q.  Just read that to yourself. My
15 question is going to be -- I will tell you the
16 question in advance, so you know what you are
17 looking for.
18       The question is, is this the
19 original version that you drafted or has it
20 been changed?
21    A.  (Pause). That has not been
22 changed. Because I put in the medical, and

Feder Reporting Company
(202) 863-0000

Page 99

1 rendering first aid, and making the
2 notifications, and determining if medical
3 assistance is required.
4    Q.  Is there anything, to your
5 knowledge, in the manual about how to deal
6 with intoxicated patrons?
7    A.  I will have to look through it.
8 (Pause).
9       I don't see anything.
10    Q.  Is there any policy you are aware
11 of at FUR that talks about how to deal with
12 intoxicated patrons?
13    A.  Most people know, when you have an
14 intoxicated person, there is no dealing with
15 them. They don't respond to reason in any
16 way.
17    Q.  So what is supposed to happen if a
18 FUR employee comes across an intoxicated
19 person, or a person he believes is
20 intoxicated?
21    A.  They are not to serve to the point
22 where a person is intoxicated but sometimes

Feder Reporting Company
(202) 863-0000

Page 100

1 you can't control that because who knows who
2 gave them a drink or passed a drink on. But
3 when you have an intoxicated person, you try
4 to treat them the same as you treat anybody
5 who isn't intoxicated, with the same fair,
6 kind and customer service related methods.
7 But, usually, intoxicated people don't listen.
8    Q.  What you just said, is this
9 something that is written down anywhere in a
10 policy?
11    A.  No, because that is more my
12 opinion. That's not really a policy. I mean,
13 that's just me with my training in law
14 enforcement and years of speaking to
15 intoxicated people, that they don't respond
16 the same way as a normal person who hasn't had
17 any type of alcohol.
18    Q.  As you sit here today, are you
19 aware of any policy that has ever been
20 promulgated by FUR, by the management of FUR,
21 to its employees on that topic?
22    A.  No.

Feder Reporting Company
(202) 863-0000

Page 101

1    Q.  Do you know if there is a log
2 maintained of all unusual incidents that occur
3 at the club?
4    A.  There is a log that is now
5 currently maintained.
6    Q.  How long has that been in effect?
7    A.  Since this incident.
8    Q.  It started with this incident?
9    A.  Yes.
10    Q.  Who maintains that log?
11    A.  The head of security, Dave McLeod.
12       MR. KAPLAN: Counsel, why has that
13 not been produced to us?
14       MR. FITZSIMMONS: I don't know if
15 it has been requested.
16       MR. KAPLAN: I am quite sure all
17 documents relating to this incident were
18 requested.
19       MR. FITZSIMMONS: He didn't say it
20 pertained to this incident.
21       MR. KAPLAN: I thought he did.
22       THE WITNESS: No. You asked me if

Feder Reporting Company
(202) 863-0000