# EXHIBIT 6

Case 1:06-cv-00002-JDB    Document 106-7    Filed 05/08/2007    Page 1 of 3

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM                    :
                                 :
          Plaintiff              :
                                 :
     vs.                         : Civil Action No.
                                 : 1:06:CV 00002
DISTRICT OF COLUMBIA,            : (JDB)
   et al.                        :
                                 :
          Defendants             :

                    Washington, D.C.
                    November 17, 2006

Deposition of:

     MICHAEL ANDRE PERSONS, JR.,
called for oral examination by counsel for
Plaintiff, pursuant to notice, at the offices
of Katten Muchin Rosenman, LLP, 1025 Thomas
Jefferson Street, N.W., East Lobby, Suite 700,
Washington, D.C., before Lynell C.S. Abbott, a
Notary Public in and for the District of
Columbia, beginning at 9:42 a.m., when were
present on behalf of the respective parties:

Page 102

1  boys was like, you know, "We got him." So I
2  said, "Look, tell your man to calm down. He
3  got to go, but tell your man to calm down."
4  So I let him go and he lunges at me. So I'm
5  on the steps and he's on top of me.
6         So I somehow made it to where I
7  was able to pull him up the steps. And I had
8  him by the -- in the corner of the steps, by
9  the corner of the stage there's a big
10 stairwell sitting in the corner. So I had him
11 pegged then and he took a swing at me, hit me
12 like, I don't know if it was the right or left
13 side of my face but he connected. So I
14 connected where I swung back.
15        By this time his friends came up
16 and they was like, "We'll get him. We'll get
17 him." Instead of they getting him, they
18 grabbed me. So we all three of us are now
19 tussling on the floor. Mr. Mazloum pulls my
20 jacket over my head. By this time I think the
21 off-duty police that were up there, I guess
22 they saw the incident and ran over and

Feder Reporting Company
(202) 863-0000

Page 103

1  identified -- they was yelling, you know,
2  "MPD. Police." And he attacks one of the
3  police officers.
4         So I grabbed the two of his
5  friends which were working for Masoud, removed
6  them from the stage. And the next thing I
7  know he's going at it with the police. So by
8  this time it was like two or three on stage
9  and they tried to contain him. But he was
10 just swinging at everybody, kicking and, you
11 know. So we all kind of grabbed him, you
12 know, had him to the floor.
13        And once we grabbed him to pick
14 him up, take him down the steps, he started
15 head-butting people and kicking and swinging
16 some more. So it was a tussle from the stage
17 area all the way down the steps towards the
18 stairway leading to the tunnel, which we was
19 going to take him out the front door.
20        From that time another police
21 officer came over, identified himself as a MPD
22 police officer. I saw his badge. And, you

Feder Reporting Company
(202) 863-0000

Page 104

1  know, the crowd kind of got involved. And
2  they was swinging at Mazloum and, you know, I
3  was trying to prevent anybody from jumping in.
4         So I let him go. And once I
5  turned my back I could see him still tussling
6  with the police. And I had to keep people
7  from hitting him. So we got him by the
8  stairway and the officers had one handcuff on
9  him. That's all they was able to get on him.
10 And once they lifted him up, he started
11 fighting again all the way up the steps.
12        So they fought up the steps and
13 back down the steps. And by this time
14 everybody, between security and the police, we
15 all jumped on him. And like I held his leg, I
16 held one of his legs. Somebody else held his
17 legs. There was about maybe nine guys on top
18 of him to hold him down to get him cuffed.
19 And once the police cuffed him, I let him go.
20 They walked him up the steps. I stayed behind
21 them. I noticed that he was bleeding already
22 but you know, I just looked at it. I had

Feder Reporting Company
(202) 863-0000

Page 105

1  blood on my clothes.
2         We got him outside and took him
3  across the street. He basically was cussing
4  at Officer Ramirez, saying he was going to
5  fuck him up, do this and do that. I'm saying
6  to myself man, this dude's already locked up.
7  He's going to make it worse.
8         So somehow he ended up on the
9  ground. I didn't see how he got on the
10 ground, but I noticed that he was yelling real
11 loudly. But after that then some other police
12 came, some uniformed police came. And they
13 was supposed to lock him up, but they didn't.
14 The officer told me that if I wanted to press
15 charges, you know, I could. But then he
16 stated that if I press charges then I would
17 get locked up, too.
18        And I was like "No. Fuck that. I
19 ain't getting locked up for him. So I ain't
20 pressing no charges. He can just be barred."
21 So I went to Lieutenant Allman's car, got me
22 an ice pack for my bicep, and that's it. Took

Feder Reporting Company
(202) 863-0000