UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0002 (JDB) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

Upon consideration of the plaintiff's motion for leave to file a second amended complaint, the memorandum of points and authorities in support thereof, the oppositions and any reply thereto, it is by the Court this _____ day of _____, 2007,

ORDERED, that the motion for leave to file a second amended complaint is hereby DENIED.

_____
JOHN D. BATES
United States District Judge