UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
EMILE MAZLOUM,                      )
                                    )
            Plaintiff,              )   Civil Action No. 1:06 CV 00002
                                    )   (JDB)
      v.                            )
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
            Defendants.             )
_____)

**PLAINTIFF'S RENEWED
MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Emile Mazloum ("Mazloum") pursuant to Fed. R. Civ. P. 15(a) and Local Rule 15.1 of the United States District Court for the District of Columbia as well as this Court's May 15, 2007 Order, hereby renews his motion for leave to amend the First Amended Complaint, dated March 7, 2006. As noted in his Partial Withdrawal of his Prior Motion to Amend, Mazloum seeks leave to file a Second Amended Complaint (a true copy of which is attached hereto as Exhibit A), which merely (i) pleads diversity of jurisdiction, (ii) refines certain of his factual allegations, and (iii) formally removes claims that have been dismissed. Because such amendments are *de minimis*, and for the reasons previously stated in Mazloum's April 27th Motion, there is ample cause for granting leave to amend.

All of the four defendant "groups" in this lawsuit were contacted in advance of the filing of this renewed motion and provided another copy of the Second Amended Complaint for review. Only counsel for the off-duty police officers has objected to the relief requested, on the grounds that the request is untimely and prejudicial. Such objections are baseless. As previously noted in Plaintiff's

earlier motion to amend, Plaintiff's request is analogous to a motion under Rule 15(b) to conform the pleadings to the proof adduced at trial. Such a motion may be made at any time – even after judgment. Fed. R. Civ. P. 15(b). Since Plaintiff seeks to amend significantly in advance of trial, objections based on delay are not tenable.

Prejudice is also nonexistent. Plaintiff is only refining its formal recital of facts as adduced in discovery and known by all parties. These facts will be relied on to prove *existing* causes of action pled in the original complaint, such as battery. 3 Moore's Federal Practice § 15.18[2] (3d ed. 2007)(opposing party not prejudiced by evidence that only presents new legal theories based on causes of action contained in the original complaint); *see also Lebron v. WMATA,* 665 F. Supp. 923, 934-35 n.11 (D.D.C. 1987)(civil rights litigant permitted recovery of damages based on theory not formally asserted in complaint under Rule 15(b)). Notably, in their opposition brief to Mazloum's earlier Motion to Amend, counsel for the off-duty officers did not raise specific objections to these edits to the factual allegations – even though the proposed changes contained in the attached Second Amended Complaint are identical.

                                                  Respectfully submitted,

Dated: May 18, 2007                    /s/ _____

                                                  Brian H. Corcoran (Bar No. 456976)
                                                  Katten Muchin Rosenman LLP
                                                  1025 Thomas Jefferson St., NW
                                                  Suite 700 East Lobby
                                                  Washington, D.C.  20007
                                                  Ph: (202) 625-3500
                                                  Fax: (202) 298-7570
                                                  Brian.Corcoran@kattenlaw.com

                                                  Susan Huhta (Bar No. 453478)
                                                  Warren R. Kaplan (Bar No. 034470)
                                                  Washington Lawyers' Committee for
                                                  Civil Rights and Urban Affairs
                                                  11 Dupont Circle, NW
                                                  Suite 400
                                                  Washington, D.C.  20036
                                                  Ph: (202) 319-1000
                                                  Fax: (202) 319-1010
                                                  Sue_Huhta@washlaw.org
                                                  Warren_Kaplan@washlaw.org

                                                  Attorneys for Plaintiff
                                                  Emile Mazloum