# Exhibit 1

00001
1
1          UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF COLUMBIA
2
3
3    EMILE MAZLOUM          :
4                         :
4            Plaintiff  :
5                         :
5        vs.          :  Civil Action No.
6                     :  1:06:CV 00002
6                     :  (JDB)
7    DISTRICT OF COLUMBIA,    :
7      et al.          :
8                     :
8            Defendants :
9
9            Washington, D.C.
10            Monday, January 29, 2007
10
11   Videotaped Deposition of:
11
12            EMILE MAZLOUM
13   called for oral examination by counsel for
14   Defendants, pursuant to notice, at the offices
15   of the Attorney General, 441 4th Street, N.W,
16   6th Floor South, Washington, D.C. 20001,
17   before Renee A. Feder, CSR, a Notary Public in
18   and for the District of Columbia, beginning at
19   9:54 a.m., when were present on behalf of the
20   respective parties:
21
22

00100
1    one step down, and then somebody from behind,
2    he grabbed me.
3        Q.    Prior to that moment when somebody
4    grabbed you from behind, did any security
5    individual speak to you while you were dancing
6    on the stage?
7        A.    No.
8        Q.    So, as you began to walk down the
9    steps, you were grabbed from behind?
10       A.    Yes.
11       Q.    Can you describe how you were
12   grabbed?
13       A.    How do you want me to describe it?
14       Q.    Were you grabbed by somebody's
15   arms?
16       A.    Yes.
17       Q.    Where did that person put his or
18   her arms on your body when you were grabbed?
19       A.    In here, (Indicating.)
20       Q.    Around your arms?
21       A.    Around me.
22       Q.    So that person wrapped the arms

00101
1    around you?
2        A.    Yes.
3        Q.    And after the person did that,
4    what did you do?
5        A.    I was trying to turn to see who is
6    doing that to me.
7        Q.    Were you able to see who was doing
8    that to you?
9        A.    No.
10       Q.    Were you ever able to see who that
11   person was who grabbed you at the top of the
12   steps?
13       A.    No.
14       Q.    After the person grabbed you, what
15   happened then?
16       A.    I tried to lose.  So he -- he just
17   pushed me down to the floor, on the bottom of
18   the, on the bottom of the stairs.
19       Q.    He pushed you down the steps?
20       A.    Yes.  He pushed me on the floor.
21       Q.    You pushed you on the floor?
22       A.    Yes.

00102
```
1        Q.   Did he push you -- strike that.
2             Did he bring you down the steps
3    and then push you on the floor?
4        A.   No.  When I was moving, we went
5    maybe one or two steps down.  I think the
6    whole entire steps is like five or four.  It
7    is not that big.  And then he pushed me down.
8        Q.   So he let go of you when he pushed
9    you down?
10       A.   Yes.
11       Q.   Did he fall on top of you at all?
12       A.   No.
13       Q.   When you fell, how did you fall?
14       A.   On my side.
15       Q.   What was the first part of your
16   body that hit the floor when you fell?
17       A.   You are talking about my body or
18   my arms?
19       Q.   If your arms were the first part
20   to hit the floor --
21       A.   Yes.
22       Q.   -- that is what I am looking for.
```

00103
1      A.   Yes, my arm.  My hand.
2      Q.   So, when you fell, you landed on
3   your hand first?
4      A.   Yes.
5      Q.   Did your head hit the floor?
6      A.   No.
7      Q.   After you fell to the floor, what
8   happened after that?
9      A.   He came after me.
10     Q.   He is the security individual?
11     A.   Yes.
12     Q.   And what did he do?
13     A.   He was just trying to hold me
14   down, put me on the floor.  Like keep me
15   there.
16     Q.   Keep you on the floor?
17     A.   Yes.
18     Q.   Were you trying to get up?
19     A.   Yes.
20     Q.   How were you trying to get up?
21     A.   I was trying to push up, to get
22   up.  (Indicating.)  And he keep pushing me

00104
1   down.
2        Q.   Did you ever swing your arms at
3   him?
4        A.   I was facing down.
5        Q.   Okay.
6        A.   The floor.
7        Q.   So you weren't able to swing your
8   arms?
9        A.   I could be able to swing my arms
10  but not on him.  I was swinging all over the
11  place to try to stand up.  And he keep pushing
12  me down.
13       Q.   Did you use your feet to try to
14  stand up?
15       A.   I used everything.  My feet, my
16  arms, everything.
17       Q.   Were you able to stand up?
18       A.   No, because he get help from
19  another couple of guys.
20       Q.   So you were trying to get up and
21  he was pushing you down?
22       A.   Yes.

00105

1      Q.    And then a couple of other guys
2   came over?
3      A.    Yes.
4      Q.    Were you able to see these guys
5   when they came over?
6      A.    No.
7      Q.    Do you know how many guys came
8   over at that time?
9      A.    No.  But a few guys, three or
10   four.
11      Q.    Three or four?
12      A.    Yes.
13      Q.    When they came over, you were
14   facing the floor?
15      A.    Yes.
16      Q.    How did you become aware that
17   three or four guys had come over while you
18   were facing the floor?
19      A.    Because I can still turn my head
20   around and I can see them around me.  Because
21   everybody, most likely all of the people that
22   were in the club, they moved aside when they

00108
1      Q.    Were you able to see these men
2  during the time you were dragged across the
3  floor from the stairs that led to the stage to
4  the stairs that led to the tunnel?
5      A.    No.
6      Q.    When you say dragged, can you
7  describe where you were being held on your
8  body?
9      A.    My arms.
10     Q.    Just on your arms?
11     A.    Yes.
12     Q.    Was one man holding your left arm
13 or more than one man?
14     A.    One.
15     Q.    Was one man holding your right arm
16 or more than one?
17     A.    One.
18     Q.    Could you see -- strike that.
19 Were any of these men in front of you?
20     A.    No.
21     Q.    Were you handcuffed at this time?
22     A.    No.

00130

1    moment.
2       Q.   Did any of the other men with
3    Ramirez punch you or kick you?
4         THE INTEPRETER:  Did you say with
5    Ramirez?
6         MR. BRUCKHEIM:  Yes.
7         THE WITNESS:  Inside the club,
8    yes.
9         BY MR. BRUCKHEIM
10      Q.   Inside the club?
11      A.   Yes.
12      Q.   Can you tell me what happened
13    inside the club?
14      A.   When they were -- when they
15    handcuffed me, they just kicked me in my back.
16      Q.   Could you see who kicked you in
17    your back?
18      A.   No.
19      Q.   You don't know which man kicked
20    you in your back?
21      A.   No.
22      Q.   Aside from that, are there any

00131
1    other times when these men, not Ramirez, hit
2    you or kicked you?
3        A.   No.
4        Q.   When you were outside on the curb,
5    were there people outside?
6        A.   Yes.
7        Q.   Would you say there were a lot of
8    people?
9        A.   What do you mean by a lot?
10       Q.   Well, would you say there was more
11   than 20?
12       A.   Yes.
13       Q.   More than 50?
14       A.   No.
15       Q.   Between 20 and 50?
16       A.   Yes.
17       Q.   You talked about someone named
18   Sultan.  When was the first time that you saw
19   Sultan during this incident?
20       A.   When we were coming into the club.
21       Q.   You saw him when you were coming
22   into the nightclub?

00153
1        MR. CORCORAN:  I will just object
2    and say whatever our complaint, the amended
3    complaint sets forth are what the claims are
4    in this case.
5        MR. BRUCKHEIM:  I am asking what
6    his understanding is.
7        THE WITNESS:  I don't know what
8    this is.
9        BY MR. BRUCKHEIM
10       Q.   Is it your claim that Ramirez
11   attacked you because of your Arab ethnicity?
12       A.   I don't know.
13       Q.   I am going to ask you the same
14   question for each of my clients just so you
15   know what is coming.
16       Is it your claim that Modlin
17   attacked you because of your Arab ethnicity?
18       A.   I don't know.
19       Q.   Is it your --
20       MR. FITZSIMMONS:  I am sorry, what
21   was your answer?
22       THE WITNESS:  I don't know.

00154

1         MR. CORCORAN:  I will make my
2   objection for each.
3         MR. BRUCKHEIM:  I will give you a
4   standing objection for the next two guys.
5         BY MR. BRUCKHEIM
6     Q.   Is it your claim that Phillips
7   attacked you because of your Arab ethnicity?
8     A.   I don't know.
9     Q.   Is it your claim that Schneider
10  attacked you because of your Arab ethnicity?
11    A.   I don't know.
12    Q.   Do you think they would have
13  attacked you if you were not Arab?
14    A.   I don't know.
15        MR. BRUCKHEIM:  Just so everyone
16  knows, we have to change the videotape in ten
17  minutes.  When that happens we will take a
18  break.
19        BY MR. BRUCKHEIM
20    Q.   You went and filed a citizen
21  complaint report?
22    A.   Yes.