# Exhibit 2

```
00001
 1
 2          UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF COLUMBIA
 3
 3
 4   EMILE MAZLOUM              :
 4                             :
 5          Plaintiff :
 5                             :
 6   vs.              : Civil Action No.
 6                    : 1:06:CV 00002
 7   DISTRICT OF COLUMBIA,    : (JDB)
 7    et al.             :
 8                       :
 8          Defendants :
 9
 9          Washington, D.C.
10          Wednesday, October 4, 2006
10
11   Deposition of:
11
12          OFFICER RICHMOND PHILLIPS
13   called for oral examination by counsel for
14   Plaintiff, pursuant to notice, at the offices
15   of Katten Muchin Rosenman, LLP, 1025 Thomas
16   Jefferson Street, N.W., East Lobby, Suite 700,
17   Washington, D.C., before Zev V. Feder, CSR, a
18   Notary Public in and for the District of
19   Columbia, beginning at 9:34 a.m., when were
20   present on behalf of the respective parties:
21
22
```

00063
1   him, yes.
2        Q.    What did you see next happen?
3        A.    Officer Modlin walked over towards
4   the Plaintiff and he pulled him away from him,
5   grabbed him from behind.
6        Q.    So Officer Modlin grabbed the
7   Plaintiff?
8        A.    Yes.
9        Q.    Then what did the Plaintiff do?
10       A.    He put his hands over his, behind
11  his head.  And we escorted him off the stage.
12       Q.    So at that point you joined
13  Officer Modlin.
14       A.    Yes.  I walked with him when he
15  walked because I finally noticed what he was
16  looking at.
17       Q.    Again, you get over to the
18  Plaintiff.  Are there any other guys standing
19  there?
20       A.    There was a group of people there
21  but nobody was doing anything to help the
22  bouncer.  They were just standing there.

00064

1    Q.   Was anyone else involved with the

2  bouncer other than the Plaintiff?

3    A.  No.

4    Q.   You took the Plaintiff off the

5  stage.  How did you hold him?

6    A.   I didn't hold him.  I led the way.

7  I made a way so they could get out off the

8  stage.

9    Q.   You stood in front of Officer

10  Modlin?

11    A.   Yes.

12    Q.   What did the bouncer do at this

13  point?

14    A.   I don't know what he was doing.  I

15  guess he was probably trying to get his coat

16  off his head.  I don't know.

17    Q.   How was Officer Modlin holding the

18  Plaintiff?

19    A.   From behind with his arms behind

20  him.

21    Q.   In a headlock kind of thing?

22    A.   Not a headlock.  With his arms

00066
1      Q.   Officer Phillips, did you show
2   your badge at this point?
3      A.   Yes, I had my badge out.  I had it
4   on a chain.
5      Q.   Was it inside your shirt?
6      A.   Yes.
7      Q.   So at this point when you first
8   walked over you showed your badge?
9      A.   Yes.
10     Q.   Why did you do that?
11     A.   Because I wanted him to know we
12   were police when we were coming over to try to
13   resolve the situation.
14     Q.   Did you have any understanding of
15   what was happening other than seeing the coat
16   over the guy's head?
17     A.   No.
18     Q.   Did you have any opinion as to
19   what the Plaintiff was doing, or whether it
20   was illegal?
21     A.   It looked illegal to me.
22     Q.   How?  What would you have thought

00067
1    of it, as a police officer?
2        A.    It looked like the bouncer was
3    being assaulted.
4        Q.    Did you feel like you were going
5    to have to arrest the Plaintiff at this point?
6        A.    If being arrested was warranted,
7    yes.
8        Q.    What would make arrest be
9    warranted?
10       A.    If the individual that was being
11   assaulted were to file a complaint.
12       Q.    So only if the bouncer wanted to
13   file a complaint?
14       A.    Yes.
15       Q.    Why is that necessary before
16   arresting the Plaintiff under the
17   circumstances?
18       A.    Because he might not want to take
19   any police action.  He might just want him
20   thrown out of the club, which most bouncers,
21   that's what I have grown to see.  If it is not
22   something major, they just want him out of the

00071
1    when you saw the coat over the bouncer's head?
2        A.   No.
3        Q.   So you didn't understand what had
4    happened.
5        A.   No.
6        Q.   Now, what happened next as you
7    took the Plaintiff through the crowd?  Where
8    were you taking him?
9        A.   Out of the club.
10       Q.   And there's a staircase that leads
11   out?
12       A.   Yes.
13       Q.   And what happened as you were
14   taking him out of the club?
15       A.   Once we got to the stairwell to
16   take him up the stairs, he broke free of
17   Officer Modlin and turned around and started
18   fighting Officer Modlin.
19       Q.   What did he do specifically to
20   Officer Modlin?
21       A.   He broke away and he started
22   punching at him.

00072
1    Q.   Did he hit him?
2    A.   I don't know if he hit him.  He
3  didn't say anything about him being hit, but
4  he was swinging at him.
5    Q.   He was swinging at him.
6    A.   Yes.
7    Q.   What did Officer Modlin do?
8    A.   He was trying to grab his hands so
9  he wouldn't hit him, and he was moving his
10  head so he wouldn't hit him.
11    Q.   And then what happened next?
12    A.   After that Officer Ramirez came
13  with some handcuffs and we placed him under
14  arrest.  We put handcuffs on him.
15    Q.   Did anyone signal Officer Ramirez
16  to come over?
17    A.   No.  I don't know where he came
18  from.
19    Q.   He just saw what was happening,
20  most likely.
21    A.   Yes.
22    Q.   And you didn't know up to that

00073
1   point that he had his handcuffs with him.
2       A.   No.
3       Q.   But he produced them?
4       A.   Yes.
5       Q.   How did you subdue the Plaintiff
6   sufficiently to get the handcuffs on him?
7       A.   He grabbed his arms.  Once he
8   grabbed his arms, we turned him on his back
9   and we put handcuffs on his back from behind.
10      Q.   You put him down on his stomach or
11  his back?
12      A.   We had to turn him around because
13  he was on his back fighting on the steps.
14      Q.   So he was falling under the steps?
15      A.   He broke free of Officer Modlin
16  and turned around once we got to the steps.
17      Q.   Did he fall at any point?
18      A.   Not that I remember.
19      Q.   So when you put the handcuffs on
20  him was he standing?
21      A.   No.  He was on his stomach,
22  because we had to turn him around.

00092
1  anything to the Plaintiff?
2      A.   No.
3      Q.   He said nothing at all; he was
4  absolutely silent.
5      A.   I don't remember him saying
6  anything towards him.  I just remember him
7  saying -- oh, he was telling him, "Stop
8  calling me 'you fucking El Salvador.'"  I
9  remember him saying that.
10      Q.   Did he call the Plaintiff any
11  names?
12      A.   No, he did not.
13      Q.   Now, did the Plaintiff ever try to
14  stand up at any point after being sat down?
15      A.   Yes.
16      Q.   What happened?
17      A.   We sat him back on the curb.
18      Q.   Did he fall in the process of
19  being sat back down?
20      A.   No.
21      Q.   Nothing happened.  He sat right
22  down --

00093
1       A.    He sat down.  He sat on his butt.
2       Q.    So he never fell.  Did his head
3    ever touch the ground?
4       A.    No.
5       Q.    So at all times he was sitting
6    upright on the ground.
7       A.    He was leaning, he was rocking
8    back and forth while he was sitting on the
9    ground.
10      Q.    Why was he rocking back and forth?
11      A.    He was trying to get up.  And once
12   he found a way to get up, we sat him back
13   down.
14      Q.    How long did you wait until
15   uniformed officers in a patrol car arrived?
16      A.    Probably two or three minutes.
17   Probably not even that long.
18      Q.    And who came?
19      A.    The official that came was
20   Lieutenant Allman.  But the officers, it was
21   numerous officers there.
22      Q.    And you didn't recognize any of

00139
1    with?
2        A.    No.
3        Q.    Do you know if any of the other
4    officers had friends there?
5        A.    Not to my knowledge.
6        Q.    Officer Modlin, specifically?
7        A.    No.
8        Q.    Did you ever hear any officers
9    during the incident use any racial slurs
10    toward the Plaintiff?
11        A.    No.
12        Q.    Had you ever heard any of them use
13    any racial slurs at any time?
14        A.    Towards the Plaintiff?
15        Q.    Towards anybody.
16            MR. BRUCKHEIM:  Objection.  You
17    can answer.
18            THE WITNESS:  No.  I mean not
19    being, sort of jokingly in the locker room or
20    something like that, but not being serious.
21            BY MR. CORCORAN:
22        Q.    How about Officer Ramirez, had you