# Exhibit 4

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


EMILE MAZLOUM                    :
                                 :
            Plaintiff            :
                                 :
    vs.                          :  Civil Action No.
                                 :  1:06:CV 00002
DISTRICT OF COLUMBIA,            :  (JDB)
    et al.                       :
                                 :
            Defendants           :


                    Washington, D.C.
                    November 13, 2006

Deposition of:

       OFFICER LOUIS E. SCHNEIDER,
called for oral examination by counsel for
Plaintiff, pursuant to notice, at the offices
of Katten Muchin Rosenman, LLP, 1025 Thomas
Jefferson Street, N.W., East Lobby, Suite 700,
Washington, D.C., before Stephany L. Jerome,
RPR, a Notary Public in and for the District
of Columbia, beginning at 9:45 a.m., when were
present on behalf of the respective parties:

Page 87

1  A    The door was actually open. We
2  just walked down the stairs.
3       Q    Walked down onto the stage. How
4  many people were on the stage when you were
5  dancing?
6       A    It was crowded. I don't even
7  know.
8       Q    Was it dark in the club?
9       A    I think there was a light on the
10 stage for some reason. I think it was a
11 little brighter on the stage, but there was a
12 lot of people on the stage.
13      Q    Was it loud?
14      A    Yes. The music. You had the
15 music going.
16      Q    Could you hear conversations with
17 other people?
18      A    No. The music was loud. I mean,
19 we had to yell, I mean, to talk to each other.
20      Q    So it was very hard to hear
21 anything that was going on?
22      A    That I recall, yeah.

Feder Reporting Company
(202) 863-0000

Page 88

1  I think I even asked her, I said, "Where did
2  he go?"
3       And she's like, "Oh, I don't
4  know." So I assumed he went to get a drink or
5  something or maybe to the bathroom.
6       Q    Then what happened next after
7  that?
8       A    Then I think somebody said to me
9  there was a fight or something. I kind of
10 looked over and I just kind of saw a little
11 melee of people going on, but I continued to
12 dance with the girls. And then one of the
13 girls said to me, she said, "Aren't you going
14 to go help your friend?"
15      And I was like, "Help my friend."
16 I turned around, and I could kind of see,
17 like, the skirmish was going on. And at first
18 I wasn't even going to go over there because I
19 wasn't getting involved, and then I think
20 security or somebody else came up to me and
21 says, "Hey, your boys are over there. There's
22 a problem."

Feder Reporting Company
(202) 863-0000

Page 

1       Q    Now, when you're on the stage
2  dancing, did you see any security personnel at
3  that time?
4       A    There might have been a couple of
5  them standing on the stage, yes.
6       Q    And how did you know they were
7  security?
8       A    Because they all wear black. All
9  black like jackets and stuff, I believe, is
10 like their dress code for their security.
11      Q    Do you recall how many you might
12 have seen?
13      A    No.
14      Q    Now, how long were you dancing on
15 the stage before something happened related to
16 the incident at issue in this lawsuit?
17      A    Probably 10, 15 minutes.
18      Q    So what happened next?
19      A    We were dancing and Tony left,
20 like disappeared. I was with the one girl,
21 and I turned back around and he was gone.
22 Then her friend started dancing with me. And

Feder Reporting Company
(202) 863-0000

Page 89

1       And I was like, "All right." So I
2  went down there and went down the stairs. I
3  went to the other side of the stage to where I
4  could see the crowd was kind of moving.
5       Q    Now, you said you saw a little
6  melee going on. Was this on the stage?
7       A    No. This was down on the dance
8  floor down like where the stairs -- because I
9  came down the stairs, and it was like right
10 over there it was kind of stuff going on.
11      Q    So you didn't see anything
12 happening on the stage ever?
13      A    No. Because I was at the other
14 end of the stage back.
15      Q    Were you facing the direction of
16 the stairs that led out of the nightclub?
17      A    No. I had my back to it.
18      Q    So the first time you saw anything
19 relating to any kind of fight or problem, you
20 saw people struggling on the dance floor?
21      A    Yes.
22      Q    When you saw that the first time,

Feder Reporting Company
(202) 863-0000

Page 94

1  Q  Now, a couple of questions about
2  that. You saw John Fiorito standing on the
3  dance floor with you?
4  A  He was standing back while they
5  were trying to get the situation under
6  control.
7  Q  But he was right there near the
8  melee?
9  A  I believe so, yes.
10  Q  And you knew him, right?
11  A  Yes.
12  Q  And he waved you through the
13  nightclub security?
14  A  Yes.
15  Q  The plaintiff, you said, was down
16  on the ground at this point?
17  A  Yes.
18  Q  He was on the dance floor ground?
19  A  Yes.
20  Q  How close was he to the stairs
21  that lead up out of the nightclub?
22  A  Probably, I don't know, 10, 15

Feder Reporting Company
(202) 863-0000

Page 95

1  feet. I don't really know.
2  Q  He wasn't on the stairs?
3  A  No.
4  Q  When he was on the ground, how was
5  he, was he face down or face up?
6  A  When I first got there, he was on
7  his side punching and kicking, swinging, and
8  then they finally got him over and they got
9  one handcuff on him, but he was still kicking
10  and moving and trying to hide his hand so they
11  couldn't get it to the other handcuff. And
12  finally Tony or somebody got his hand, and I
13  just took the cuff and just clicked it real
14  quick once he got his hand there and clicked
15  the handcuff.
16  Q  Did you see any of the guys you
17  were with, Officer Ramirez or Modlin, turn the
18  plaintiff over to get his arms in a position
19  where they could handcuff him?
20  A  Yeah. I'm not sure which one it
21  was. Somebody flipped him over because they
22  had the handcuff on the one hand, and the

Feder Reporting Company
(202) 863-0000

Page 96

1  other handcuff kept going because he kept
2  trying to fight. So I believe Modlin grabbed
3  the one hand that was handcuffed and then I
4  just grabbed his wrist real quick and pulled
5  it over and snapped the other handcuff on.
6  Q  You were able to sort of just walk
7  in and do that?
8  A  Yeah. Because they pretty much
9  had him coming, and when they did I grabbed
10  the free handcuff, and when he brought his
11  hand, I just clicked it around real quick.
12  Q  Who was in physical contact with
13  him at this time when you walked into the
14  situation?
15  A  I believe it was Modlin and
16  Ramirez, and Phillips might have been there
17  to. Like I said, it was kind of like --
18  Q  It was hard to tell?
19  A  It was hard to tell. It was dark
20  and everybody was kind of -- I just saw arms
21  and legs swinging and kicking.
22  Q  The music was still playing?

Feder Reporting Company
(202) 863-0000

Page 97

1  A  I believe so, yes.
2  Q  And it was still pretty loud?
3  A  Uh-huh.
4  Q  Could you make out faces very
5  well?
6  A  Just the two guys that were -- I
7  just knew Tony was on one side and Modlin was
8  on the other. There was other people, but I
9  don't know who they were.
10  Q  Did they say anything to you to
11  get you involved or they were focused on the
12  situation?
13  A  They were focused. They didn't
14  know I even got there because like I said, I
15  got there at the very end and just handcuffed
16  him, helped them and then escorted him out.
17  Q  So did you see at this point any
18  FUR personnel struggling with the plaintiff at
19  all?
20  A  I don't recall.
21  Q  Did you ever see John Fiorito
22  touch the plaintiff?

Feder Reporting Company
(202) 863-0000

Page 182

BY MR. CORCORAN:
1  Q  It says that the First District
Watch Commander, Lieutenant Francis Altman,
and the Field Commander, Christopher Cummings,
were on the scene. What does that mean?
   A  They were on the scene with Ms.
Peterson. They were at the location, H2O
Nightclub, but I was gone by that point. I
was not even there.
   Q  They were called in or they
happened to be there?
   A  I called Lieutenant Altman to come
down because Sergeant Taggart was acting so
irate and screaming and yelling. I called him
to ask him, and then Lieutenant Altman stated
when he showed up that Ms. Peterson was
screaming at me and I was standing there, as
he put it, as quiet defiance, but I wasn't
saying or doing anything. So then she was out
of control. So he saw the end part of it.
   Q  So he saw some of it. And who's
Sergeant Taggert?

Feder Reporting Company
(202) 863-0000

Page 183

1  A  He's Ms. Peterson's husband now.
At the time she was kind of dating both of us,
but neither one of us knew about it. And then
toward the end it was kind of just a mess.
   Q  Is this somebody you worked with?
   A  I know him. He was transferred
over from 5-D so I really didn't know the guy.
I personally didn't like the guy, but --
   Q  It's understandable.
   A  But I have no relationship. I
mean, he's not a friend or anything else.
      MS. PHILLIPS:  Would you give me
the page numbers on the unmarked exhibit?
      MR. CORCORAN:  7777 and of 7778.
      MS. PHILLIPS:  So you were just
looking at the second page of the same exhibit
that you looked at the first time?
      MR. CORCORAN:  No.
      MS. PHILLIPS:  That was 83. Thank
you. I'm sorry.
   BY MR. CORCORAN:
   Q  Do you know of any civilians who

Feder Reporting Company
(202) 863-0000

Page 184

1  have given statements to either Skip Coburn or
the FBI about the incident on March 11?
   A  I believe some people at FUR, I
guess, gave statements that were there.
That's probably the only civilians that I
would think that gave any statements.
   Q  Do you know of an individual with
the last name of Hamm, H-A-M-M? Do you know
who that is?
   A  No.
   Q  Who may have given a statement?
   A  Hamm.
   Q  H-A-M-M, yes.
   A  No.
   Q  Do you know if Officer Phillips
had any friends with him in the nightclub that
may have observed the incident?
   A  Yes. I told you he had somebody
there. He introduced me, but I don't remember
the guy's name or anything.
   Q  Did you ever have any discussions
with those individuals about the incident?

Feder Reporting Company
(202) 863-0000

Page 185

1  A  No.
   Q  At any point during the night did
you hear either the plaintiff or any of your
fellow off-duty officers that you were with
make any slurs toward the other?
   A  No.
   Q  Did you ever hear Officer Ramirez
say anything inappropriate to the plaintiff?
   A  No.
   Q  Never heard the term al Qaeda used
to describe the plaintiff?
   A  No.
   Q  It's correct, is it not, you were
not outside that entire time that Officer
Ramirez was with the plaintiff, right?
   A  Correct.
   Q  And again, it's correct you did
not see how the incident began?
   A  No, I did not.
   Q  Nor did you see the initial
interaction of Officers Modlin, Phillips and
Ramirez with the plaintiff?

Feder Reporting Company
(202) 863-0000