# Exhibit 1

```
00001
 1
 1        UNITED STATES DISTRICT COURT
 2        FOR THE DISTRICT OF COLUMBIA
 2
 3
 3  EMILE MAZLOUM         :
 4                        :
 4        Plaintiff :
 5                        :
 5   vs.           : Civil Action No.
 6                 : 1:06:CV 00002
 6                 : (JDB)
 7  DISTRICT OF COLUMBIA,  :
 7   et al.                :
 8                        :
 8        Defendants :
 9
 9           Washington, D.C.
10           Monday, January 29, 2007
10
11  Videotaped Deposition of:
11
12           EMILE MAZLOUM
13  called for oral examination by counsel for
14  Defendants, pursuant to notice, at the offices
15  of the Attorney General, 441 4th Street, N.W,
16  6th Floor South, Washington, D.C. 20001,
17  before Renee A. Feder, CSR, a Notary Public in
18  and for the District of Columbia, beginning at
19  9:54 a.m., when were present on behalf of the
20  respective parties:
21
22
```

```
00115
 1   again?
 2       Q.   Do you know the name of which man
 3   hit you in the face?
 4       A.   Well, I saw the guy.  I didn't
 5   know at that moment what was his name until
 6   later on the next day.  I know, I know what
 7   was his name.
 8       Q.   And his name was?
 9       A.   Mr. Ramirez.
10       Q.   When you were hit in the face,
11   where in your face were you hit?
12       A.   My left eye and my nose.
13       Q.   After you were hit in the face,
14   what happened?
15       A.   Well, he hit me in the face with a
16   word saying shut up, you fucking al Qaeda.
17   And then I started bleeding.  And after that
18   they just, they dragged me outside and they
19   dropped me on the -- they took me from the
20   club, across the street, and they dropped me
21   on the ground.
22       Q.   Let me go back and ask a couple of
```

```
00160
 1            VIDEOGRAPHER:  The time is 3:11
 2   p.m.  We are going off the record of the
 3   continuing videotaped deposition of Emile
 4   Mazloum, end of Tape Number 2.
 5        (A recess was taken.)
 6            VIDEOGRAPHER:  The time is 3:26
 7   p.m. we are back on the record in the
 8   continuing videotaped deposition of Emile
 9   Mazloum, beginning Tape Number 3.
10            BY MR. BRUCKHEIM
11        Q.  Mr. Mazloum, did anyone from the
12   Metropolitan Police Department try to prevent
13   you from filing a citizen complaint report?
14            MR. KAPLAN:  You mean once he got
15   to the police station?
16            MR. BRUCKHEIM:  I will ask.
17            THE WITNESS:  No.
18            BY MR. BRUCKHEIM
19        Q.  And no one from the Metropolitan
20   Police Department tried to prevent you from
21   filing a citizen complaint report when you
22   arrived at the station?
```

```
00161
 1      A.  No.
 2      Q.  Mr. Mazloum, I am going to show
 3   you a document that your attorneys filed in
 4   this case.
 5           MR. BRUCKHEIM:  Can we have this
 6   marked as Exhibit Number 6?
 7           (Document referred to marked
 8   Deposition Exhibit No. 6 for identification
 9   and subsequently attached to the deposition.)
10           MR. CORCORAN:  Before you get to
11   that document, Mike, one clarification.  Your
12   first question was did the witness ever stop,
13   do you mean ever at any time during the
14   incident or just on the next day?
15           MR. BRUCKHEIM:  The question spoke
16   for itself and he answered it.  Then I asked
17   when he was at the station and he answered
18   that question, as well.
19           MR. CORCORAN:  I don't know
20   whether the witness understood the distinction
21   or not.
22           MR. BRUCKHEIM:  Well, I am
```

```
00417
 1      Q    Do you have any knowledge that
 2   Ramirez spoke to FUR Night Club for the
 3   purpose of assisting in the destruction of any
 4   videotaped evidence?
 5      A    No, sir.
 6      Q    I want to ask you briefly about
 7   whether you gave some other information to the
 8   FBI.  And this is with respect to your
 9   interview on or about February 23rd, 2006 here
10   in Washington, D.C. and in the presence of
11   your attorney.  There is a statement in this
12   report that reads as follows:  "Mazloum cannot
13   remember whether he paid for his drinks in
14   cash or put them on a debit card of some
15   sort."
16           My question to you is did you
17   provide that information to the FBI in that
18   interview?
19      A    I think so.
20      Q    Is it true then, sitting here
21   today, that you cannot remember if you paid
22   for your drinks in cash or with a debit or
```