UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0002 (JDB) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

<u>ORDER</u>

Upon consideration of the defendants Jose Acosta and David Smith's renewed motion for summary judgment, the memorandum of points and authorities in support thereof, and any opposition and reply thereto, it is by the Court this _____ day of _____, 2007,

ORDERED, that the defendants Jose Acosta and David Smith's renewed motion for summary judgment is hereby GRANTED; and it is,

FURTHER ORDERED, that summary judgment is entered in favor of defendants Acosta and Smith on plaintiff's claim under the D.C. Human Rights Act (Count IV). As regard to this claim against defendants Acosta and Smith, plaintiff's evidence is insufficient to show that he engaged in protected activity, that he suffered an adverse action, or that there is a causal connection between the two; and it is,

FURTHER ORDERED, that defendants Smith and Acosta are DISMISSED from this action.

_____
JOHN D. BATES
United States District Judge