UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0002 (JDB) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF JOSE ACOSTA

I, JOSE ACOSA, declare under penalty of perjury that the following is true and correct:

1.    I am employed as a police officer with the Metropolitan Police Department (MPD).

2.    I was an on-duty, uniformed MPD officer who responded to the FUR nightclub on the night of March 11-12, 2005.

3.    I did not hear that night plaintiff state that he wanted to make a complaint of discrimination, whether based on race, national origin or religion.

4.    I did not learn that night about any alleged discriminatory treatment by anyone of the plaintiff, whether based on race, national origin or religion.

5.    I did not learn that night about any alleged reference by anyone to plaintiff as "Al-Qaeda."

6.    I did not learn that night about any alleged discriminatory statement by anyone about the plaintiff, whether based on race, national origin or religion.

7.　　I did not treat the plaintiff differently in any way because of his race, national origin, or religion (to the extent that I even had any information or belief about his race, national origin or religion).

Executed on this ____25____ day of May, 2006.

_____
JOSE ACOSTA