UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,           )
                         )
        Plaintiff,       )
                         )
    v.                   ) Civil Action No. 06-0002 (JDB)
                         )
DISTRICT OF COLUMBIA, et al., )
                         )
        Defendants.      )
_____ )

## DECLARATION OF DAVID SMITH

I, DAVID SMITH, declare under penalty of perjury that the following is true and correct:

1. I am employed as a police officer with the Metropolitan Police Department (MPD).

2. I was an on-duty, uniformed MPD officer who responded to the FUR nightclub on the night of March 11-12, 2005.

3. I did not hear that night plaintiff state that he wanted to make a complaint of discrimination, whether based on race, national origin or religion.

4. I did not learn that night about any alleged discriminatory treatment by anyone of the plaintiff, whether based on race, national origin or religion.

5. I did not learn that night about any alleged reference by anyone to plaintiff as "Al-Qaeda."

6. I did not learn that night about any alleged discriminatory statement by anyone about the plaintiff, whether based on race, national origin or religion.

7. I did not treat the plaintiff differently in any way because of his race, national origin, or religion (to the extent that I even had any information or belief about his race, national origin or religion).

Executed on this __25__ day of May, 2006.

_____
DAVID SMITH