00001
1
1          UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF COLUMBIA
2
3
3   EMILE MAZLOUM           :
4                           :
4          Plaintiff  :
5                           :
5   vs.             :  Civil Action No.
6                   :  1:06:CV 00002
6                   :  (JDB)
7   DISTRICT OF COLUMBIA,     :
7    et al.               :
8                        :
8          Defendants :
9
9          Washington, D.C.
10          Monday, January 29, 2007
10
11   Videotaped Deposition of:
11
12          EMILE MAZLOUM
13   called for oral examination by counsel for
14   Defendants, pursuant to notice, at the offices
15   of the Attorney General, 441 4th Street, N.W,
16   6th Floor South, Washington, D.C. 20001,
17   before Renee A. Feder, CSR, a Notary Public in
18   and for the District of Columbia, beginning at
19   9:54 a.m., when were present on behalf of the
20   respective parties:
21
22

00122
1        A.    Can you say from where to where
2    exactly?
3        Q.    For the entire night, did you ever
4    call Mr. Ramirez an El Salvador at any time?
5        A.    Yes, I did.
6        Q.    And when was that?
7        A.    When we went outside and they
8    dropped me on the floor, on the ground, he --
9    I was screaming and yelling to -- I am asking
10   them why are you doing that to me, I didn't do
11   anything.  He keep telling me shut up.  And
12   then he kick me and he said shut up, you
13   fucking, al Qaeda.  And then I said you shut
14   up, I am a Catholic, you fucking El Salvador.
15       Q.    And this was outside?
16       A.    Yes.
17       Q.    Is it your testimony that Ramirez
18   called you an al Qaeda twice during the night?
19       A.    Yes.
20       Q.    When you were going up the steps
21   to the tunnel and then out of the club could
22   you see other people around you?

00195
1      Q.   Well, I am not sure from your
2   description you are actually describing
3   Officer Acosta, for example.  I don't want to
4   assume things for the record.
5      A.   Okay.
6      Q.   What is the first thing you
7   remember when the two uniformed officers
8   arrived?
9      A.   I remember he is standing on top
10  of me and he has his hands on his belt.
11     Q.   And, again, if you could be clear
12  which officer?  Was this the taller officer?
13     A.   Yes.  The taller officer.
14     Q.   Did the tall officer say anything
15  to you?
16     A.   No.
17     Q.   Did you say anything to the tall
18  uniformed officer at that point?
19     A.   No.
20     Q.   What happened next?
21     A.   He give his handcuffs to Mr.
22  Ramirez.

00196
1     Q.   Then what happened?
2     A.   Then Ramirez, he put the handcuffs
3   on me, the second handcuff and then he took --
4   Ramirez took his handcuff.  And then he went
5   with the tall police officer with the uniform,
6   they walked like 10 or 15 feet away from me.
7   And then they came back in like five, ten
8   minutes.
9     Q.   You mentioned that the tall
10  uniformed officer walked away with Ramirez.
11  Is that right?
12    A.   Yes.
13    Q.   Was anybody else with them?
14    A.   I don't think so.
15    Q.   Did you overhear anything that
16  might have been said between the tall
17  uniformed officer and Ramirez?
18    A.   No.
19    Q.   Could you even tell that they were
20  talking to each other?
21    A.   No.
22    Q.   And at some point the tall

00197
1   uniformed officer came back to where you were?
2       A.   Yes.
3       Q.   You said he had been gone for
4   about five or ten minutes?
5       A.   Yes.
6       Q.   Did anything happen in those five
7   to ten minutes?
8       A.   No.
9       Q.   What happened next after the tall
10  officer came back to where you were?
11      A.   He took the handcuff off of me and
12  then he walked with me on the sidewalk.
13      Q.   And when you say "he", you mean
14  the tall uniformed officer?
15      A.   Yes.
16      Q.   And before the tall uniformed
17  officer took off the handcuffs, had you been
18  sitting outside of the nightclub at that time?
19      A.   I was sitting on the street.
20      Q.   Then once the tall uniformed
21  officer took off your handcuffs, you got up
22  and you both walked to the side?

00198
1       A.    Yes.
2       Q.    What happened next?
3       A.    He asked me for my ID.
4       Q.    And this, again, is the tall
5    uniformed officer?
6       A.    Yes.
7       Q.    What happened next?
8       A.    I give him my ID.  And I told him
9    that I have the address on the back of my
10   driver's license.  He took the ID -- he handed
11   to the other police officer with the uniform,
12   the one that is a little bit shorter.  And
13   then he took the ID and he went to the police
14   car.
15      Q.    What happened next?
16      A.    He came back, he came back with
17   the ID.  And then he asked me, he asked me
18   what happened.  And then I said they -- I
19   pointed to the guys that they were there, I
20   told them that they assaulted me.
21      Q.    Let me stop you there.  How long
22   was the shorter uniformed officer gone with

00199
1   your ID?
2       A.   When the shorter officer, he took
3   the ID, I was telling the taller officer what
4   happened.
5       Q.   So, after the shorter uniformed
6   officer took your ID, the taller officer asked
7   you what happened?
8       A.   Yes.
9       Q.   What did you say?
10      A.   I told him the guys over there
11  with the black guy they assaulted me.
12      Q.   I am sorry, did you say the guys
13  over there with the black guy?
14      A.   Yes.
15      Q.   Did you point in a particular
16  direction?
17      A.   Yes.  They were like a couple of
18  feet away from us.
19      Q.   And when you say "they", who was a
20  couple of feet away from you?
21      A.   The guys that they assaulted me.
22      Q.   Was Ramirez one of the individuals

00200
1   a couple of feet away from you?
2       A.   Yes, sir.
3       Q.   How many others were there a
4   couple of feet away from you?
5       A.   I think there were four, five.  I
6   don't remember exactly.
7       Q.   Was one of them the person that
8   you now know as Michael Persons?
9       A.   I think so.
10      Q.   And you made reference in your
11  response to the taller officer's question to a
12  black guy or a big black guy?
13      A.   I was pointing to the guys that
14  they were standing there where there is black
15  guy was standing.  So they were altogether.
16      Q.   Was the black guy that you had in
17  mind Mr. Michael Persons?
18      A.   Yes.
19      Q.   And can you tell me the direction
20  you were pointing?  In other words, was it
21  towards the nightclub or towards the street,
22  for example?

00201
```
 1        A.    The nightclub was on the left.
 2   The guys they were there, (indicating.) and we
 3   were here.
 4        Q.    The guys were further down the
 5   sidewalk?
 6        A.    Yes.
 7        Q.    Did you say anything further in
 8   response to the question by the tall uniform
 9   officer what had happened?
10        A.    I don't remember.
11        Q.    Other than pointing and referring
12   to a black guy, did you give any further
13   description of any person who attacked you?
14        A.    No.  But I assumed that he knows
15   because he already talked to Ramirez.  He
16   was -- he came there when the guys, they were
17   around me.  So I assumed he already knows what
18   I am talking about when I pointed them.
19        Q.    But you had testified just a bit
20   earlier you weren't sure whether Ramirez and
21   the tall uniformed officer even talked to each
22   other when they went inside.  Is that right?
```

00202
1          MR. CORCORAN:  Objection.  I think
2     that mischaracterizes his testimony, but you
3     can clarify.
4          THE WITNESS:  He gives him his
5     handcuffs and he took, he took his handcuff.
6     He give him, the officer with the uniform, he
7     give the handcuff to Ramirez.  Ramirez took
8     the handcuff and put it on the top of the
9     other handcuff and he took his.  And he went,
10    with Ramirez and the uniformed police officer,
11    they went together.  I didn't hear them
12    talking.  But that there was something, there
13    was something there.  They were -- they were
14    doing something together.
15          BY MR. SCHIFFERLE
16       Q.   And, again, other than pointing
17    and referring to a black guy, did you give any
18    further description of the persons who
19    attacked you?
20       A.   No.  I only pointed them.
21       Q.   What happened then after you were
22    asked what happened and you gave your

00203
1  response?  What happened next?
2      A.   They asked me to go home.
3      Q.   Who is "they"?
4      A.   The police officer with the
5  uniform.
6      Q.   The tall uniformed officer?
7      A.   I don't remember which one.
8      Q.   And I should have asked, too, did
9  you give anything further in response when you
10  were asked what happened, anything about what
11  had happened?
12     A.   Yes, I did.  I told them that they
13  assaulted me.
14     Q.   Did you say anything further, any
15  more detail?
16     A.   No.  I told them I was bleeding.
17  Like I have blood all over my body, my
18  T-shirt.  Like bruises and cuts everywhere.
19  And I assumed when I said that they assaulted
20  me, they can see what has happened to me.
21     Q.   And we will get to that.  We will
22  get to that.  I just wanted to ask anything

00204
1  more that you specifically said.
2      A.   No.
3      Q.   Let me ask when the uniformed
4  officers arrived and you were speaking with
5  them, you were bleeding?
6      A.   I have blood on my face and on my
7  clothes.
8      Q.   Was there active bleeding or had
9  the bleeding stopped but the blood was still
10  there?
11      A.   No, I think it was stopped.
12      Q.   Where was there blood on you?
13      A.   I have on my face, and I have all
14  on my shirt, my pants, my shoes.  It was blood
15  here, on -- I have scratches on my shoulder.
16  And I have blood on my head here.  And I have
17  blood on my knee.  So many different places.
18  I couldn't -- I can't remember exactly where
19  now.
20      Q.   Was your clothing torn at all?
21      A.   Yes.
22      Q.   How so?

00205
1      A.   I still have it if you want to
2    take a look at it.
3      Q.   That was going to be my next
4    question.  You have preserved the clothing
5    that you were wearing that night?
6      A.   Yes.
7      Q.   And you would be willing to make
8    that available through your attorneys for us
9    to look at?
10     A.   Yes.
11     Q.   While you were outside of the club
12   speaking with the uniformed officers, did you
13   have any trouble speaking?  Were you slurring
14   your speech, for example?
15     A.   No.
16     Q.   Were you feeling dizzy or woozy?
17     A.   No.
18     Q.   Did you have any trouble
19   concentrating or understanding what was going
20   on?
21     A.   No.
22     Q.   Was your mind clear?

00206

```
 1      A.   Yes.
 2      Q.   You mentioned I believe that the
 3   tall uniformed officer had told you to go
 4   home?
 5      A.   I didn't know which one, but he
 6   said to go home.  But one of the guys, he
 7   says, yes, go home.  And he asked me where is
 8   your car.  I said I don't have my keys.  They
 9   took my keys.  And he said who took it.  I
10   said the guy, the guys that they assaulted me.
11   And then Imad was behind me.  He said, no,
12   they gave it to me.  I think Ramirez, Mr.
13   Ramirez he gave them the keys.  And he asked,
14   he asked Imad to go and get the car and take
15   him home.
16      Q.   Was Imad out there during the time
17   that the uniformed officers were out there
18   outside of the nightclub?
19      A.   I don't think so.  I don't
20   remember.
21      Q.   You talked before about a person
22   named Sultan?
```

00207
1      A.    Yes.
2      Q.    Sultan was outside of the club
3   while the uniformed officers were also out
4   there?
5      A.    What I know from Imad that Sultan,
6   he is always outside of the door.  So you can
7   see everything from what is happening.  So, it
8   wasn't his job or was close to us, he could
9   see them.  But, no, I didn't -- I didn't know
10  if he was there when they came.
11     Q.    Do you remember seeing Sultan
12  outside of the club at any point while the
13  uniformed officers were there?
14     A.    No.
15     Q.    Do you remember anybody else you
16  knew or you recognized outside of the club
17  while the uniformed officers were out there?
18     A.    No, sir.
19     Q.    Do you remember at any point
20  either of the uniformed officers writing down
21  any information in the notebook?
22     A.    No.

00208
1       Q.    Do you remember at any point any
2    of the uniformed officers asking whether you
3    needed an ambulance or you needed medical
4    attention?
5       A.    No.
6       Q.    Do you remember learning at any
7    point that an ambulance had been called for
8    you?
9       A.    No.  All he did he just asked Imad
10   to take me home.
11      Q.    Did you ask either of the
12   uniformed officers for an ambulance or for
13   medical attention?
14      A.    No.
15      Q.    Now, I want to ask about what Imad
16   said to the uniformed officers that you might
17   have heard.  What do you remember Imad first
18   saying to the uniformed officers?
19      A.    I don't remember.
20      Q.    Do you remember Imad at any point
21   offering to take you home?
22      A.    What I remember is just when they

00209
1   asked me to go home, I said I don't have my
2   keys.  And then Imad jumped from behind and he
3   said, no, I have got the keys.  They asked who
4   took the keys.  I said the guys that assaulted
5   me, they took my keys.  And then Imad said I
6   have the keys.  So he asked Imad to go and get
7   the car.
8       Q.    Who asked Imad to get the car?
9       A.    One of the two officer.
10      Q.    Imad agreed to do this?
11      A.    Yes.
12      Q.    Do you remember Imad saying
13  anything else before he left to go get the
14  car?
15      A.    I don't remember.
16      Q.    I think you mentioned it was about
17  five minutes before Imad came back.  Is that
18  right?
19      A.    Yes.
20      Q.    Did anything happen in those five
21  minutes?
22      A.    No.

00225
1      Q    What did you explain?
2      A    I told him that I need a report
3    for the assault that happened to me from the
4    guys that I pointed to him.
5      Q    Did you provide any further
6    explanation of what sort of report you wanted?
7      A    No.
8      Q    Did either uniformed officer ever
9    tell you that you could not file a report at a
10    police station?
11      A    Well, when I asked them I need it,
12    he said, "If I'm going to give it to you I
13    have to take you to jail."  So I asked him to
14    take me to jail and just give me the report.
15    And he say no.
16      Q    Did either uniformed officer tell
17    you, though, that you could not go to a police
18    station later and make a report?
19      A    No.
20      Q    Did either uniformed officer give
21    any further explanation why they would have to
22    take you to jail?

00231
1      Q    Do you remember the uniformed
2  officers ever at any point speaking with
3  Michael Persons?
4      A    I'm not sure.
5      Q    Do you remember the uniformed
6  officers ever at any point speaking with
7  anyone else you believe attacked you?
8      A    Well, I just saw one of the
9  officers and Mr. Ramirez, they went together.
10  But I don't know if -- I didn't hear if they
11  talk or not.
12      Q    And other than that particular
13  occasion, was there any time that you saw the
14  uniformed officers speaking to anybody who you
15  believe attacked you?
16      A    I don't remember.
17      Q    When Imad was driving you home,
18  did Imad tell you that at least some of the
19  people who attacked you were police officers?
20      A    Yes.
21      Q    And was that the first time that
22  you learned that it was police officers who

00236
1      Q     Do you believe that either
2   uniformed officer treated you or acted towards
3   you in some way because of your race or
4   national origin?
5      A   I don't know.
6      Q     Do you believe that either
7   uniformed officer treated you or acted towards
8   you in some way because of your religion,
9   either perceived or actual?
10      A   I don't know.
11      Q     At some point you obtained funds
12   from the Crime Victims Compensation Fund for
13   any injuries or expenses you sustained as a
14   result of this incident.
15      A   Yes.
16      Q   When was that?
17      A   I don't know the exact day, but I
18   can provide you with that information.
19      Q   Was it in the last year or are you
20   able to give any estimate?
21      A   Maybe like a couple weeks, a month
22   after the incident.  I don't remember exactly.