UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


EMILE MAZLOUM                    :

                                 :

                    Plaintiff   :

                                 :

       vs.                       :    Civil Action No.

                                 :    1:06:CV 00002

DISTRICT OF COLUMBIA,            :    (JDB)

   et al.                        :

                                 :

                 Defendants :


                      Washington, D.C.

                      February 26, 2007


Deposition of:

            IMAD ALKADI,

called for oral examination by counsel for

Plaintiff, pursuant to notice, at the Offices

of the Attorney General, 441 4th Street, N.W,

6th Floor South, Washington, D.C., before

Lynell C.S. Abbott, a Notary Public in and for

the District of Columbia, beginning at 9:28

a.m., when were present on behalf of the

respective parties:

Page 162

1  had that night before the incident?
2      **A    I have no idea.**
3      Q    So for all you know he could have
4  had five drinks?
5          MR. CYNAMON: Objection; calls for
6  speculation.
7          THE WITNESS: I don't know.  I
8  don't know.  I didn't see him, so he was on
9  his own.
10         BY MS. VALDES:
11     Q    Had you ever seen Emile in a fight
12  before that incident?
13     **A    Never in my life.**
14     Q    Had you ever seen Emile act the
15  way you saw him act that evening?
16     **A    Never.**
17     Q    Go ahead and tell me what happened
18  next.  I left you off where about five minutes
19  later the police officers came.
20     **A    The police officers came.  As soon**
21  **as they came, Ramirez took them on the side**
22  **and started whispering.**

Page 163

1      Q    How many officers came?
2      **A    Two.**
3      Q    They both came in one police car?
4      **A    One police car.  They came and**
5  **took Ramirez on the side.  Then what they did,**
6  **they basically talked to him.  They whispered,**
7  **you know.  I don't know what they were saying**
8  **because they were far.  Then they all came in.**
9  **They took the handcuffs off of Emile, gave**
10  **them to Ramirez.  They put back their own**
11  **handcuffs.**
12     Q    On Emile.
13     **A    Uh-huh.  Basically they switched.**
14     Q    How many officers came?  You said
15  two?
16     **A    Two.**
17     Q    When they came back, you meant the
18  two officers plus Officer Ramirez?
19     **A    Yes.**
20     Q    Where were the other two officers?
21     **A    I don't know.  Maybe they were**
22  **there, I don't remember.  I'm still trying to**

Page 164

1  **remember, but I didn't see them.**
2      Q    You know which officers I'm
3  talking about, right?
4      **A    Yeah, the ones who came in from**
5  **the incident when the fight started.**
6      Q    Right.  What about Mike, do you
7  know where he was?  Did you see him out there?
8      **A    Mike, he was complaining.  He was**
9  **trying to, he was talking to -- I mean I'm**
10  **going to go through -- whenever you're done**
11  **asking, I'll tell you.**
12     Q    No, go ahead.
13     **A    Okay.  Well, when the officers**
14  **switched the handcuffs, give Ramirez back his**
15  **handcuffs and they came, Mike was complaining,**
16  **saying that his elbow hurt.  And he's saying,**
17  **"I want to sue the guy because, you know, my**
18  **elbow hurts because of him."**
19     Q    When you say "the guy," you mean
20  Emile.
21     **A    Mike.**
22     Q    Mike was saying, "I want to sue

Page 165

1  the guy," meaning Emile.
2      **A    Yeah.  Mike was telling the cops,**
3  **the two uniformed police officers that his**
4  **elbow hurts and he wants to sue him.**
5      Q    "Him," meaning Emile.
6      **A    Yeah, he want to give a police**
7  **report.  And then the police officers, they**
8  **didn't know that I was, you know, like I knew**
9  **Emile.  I was just standing there hearing them**
10  **talking.  He was like, "No, no, man, don't."**
11  **He's like, "Don't start.  Look at this guy.**
12  **He's already beaten up.  You guys killed the**
13  **guy.  Look at him.  He's all bloodied and**
14  **stuff."**
15     Q    Which officer was saying this?
16     **A    I'm not sure the name, but there**
17  **was a tall one, a white guy, built, tall.  I**
18  **don't know his name.**
19     Q    That's the one that was saying,
20  "No, man, don't" --
21     **A    Yeah.  He was telling Mike,**
22  **because there was two uniformed, you know,**

1  bleeding badly."
2       A    Mmm-hmm.
3       Q    Did you hear Mr. Mazloum ask for a
4  doctor or an ambulance?
5       A    No.
6       Q    Did you call for an ambulance for
7  Mr. Mazloum?
8       A    No.
9       Q    Why not?
10      A    Because I was just trying to take
11  him home, trying to get him out of there
12  because he was just yelling and screaming and
13  cussing and he was getting hit, and I just
14  wanted to leave. I didn't want to stay there
15  anymore.
16      Q    Then lastly in the last line you
17  said, "...and took him to the Alexandria
18  Hospital," and you're referring to Mr.
19  Mazloum. Did you take Mr. Mazloum directly to
20  the Alexandria Hospital?
21      A    No. I took him to the house.
22      Q    And how did he get to the

1  hospital?
2       A    It was like right in the
3  neighborhood, like five blocks away from his
4  house. So I dropped him off at his car. And
5  what happened is I am the one who checked him
6  in. What happened is I went to pick up Marwan
7  from the club. But he wasn't there. He was
8  sitting in the waiting room. So when I walked
9  in, that's when there was a line, I checked
10  him in the hospital.
11      Q    But he went to the hospital on his
12  own.
13      A    Yes. He waited in the waiting
14  room. I'm the one who checked him in.
15      Q    Why didn't you take Mr. Mazloum
16  directly to the hospital? Earlier you said he
17  was bleeding in the car and that he looked
18  really bad. Why didn't you take him directly
19  to the hospital?
20      A    Because he didn't want to. He
21  said, "No, I'll go by myself. Go get Marwan."
22      Q    Okay.

1       A    Actually what happened, he was
2  telling me, he's like, "I don't want to go."
3  So I was thinking he was going to go to the
4  house. So when I brought Marwan back to the
5  house to find out, we didn't find him there.
6  So we were assuming he was in the hospital.
7  So we went to the hospital. He was there in
8  the waiting room. That's when I checked him
9  in.
10      MS. VALDES:  If you could mark
11  this as Exhibit 2.
12      (Document referred to marked
13  Deposition Exhibit No. 2 for identification
14  and subsequently attached to the deposition.)
15      BY MS. VALDES:
16      Q    If you'd just take a look at what
17  has been marked as Exhibit 2. And take your
18  time, because it is, I think it's four or five
19  pages long. Just for the record, it's really
20  nine pages long.
21      A    No, this is not my handwriting, I
22  mean it's not my -- I think the FBI agent made

1  it like a story.
2       Q    Yeah, I understand.
3       A    Yeah. There's some notes in here
4  that's not like right. I don't know if you
5  are going to go --
6       Q    Yeah, we'll go over it. Just read
7  it and then --
8       A    Yeah.
9       Q    Do you remember meeting with an
10  FBI agent regarding the March 11, 2005
11  incident?
12      A    Yes.
13      Q    Do you remember when that meeting
14  took place?
15      A    No.
16      Q    Was it a week after the incident?
17      A    Yeah, a couple weeks, maybe a week
18  or two.
19      Q    Where did the meeting take place?
20      A    At Marwan's house -- Emile's
21  house.
22      Q    Emile's house?

1    A    Marwan and the other roommates.

2    Q    Okay.  Was Emile present when you

3 gave the interview?

4    A    No, only me and her.  They both

5 like left somewhere.  I was with her alone.

6    Q    Why did you meet with her at

7 Marwan's apartment instead of yours?

8    A    Because she called Marwan and

9 Emile and said that she is going to be there,

10 she going to have an interview with all of

11 them.  So she had it with Marwan.  She had it

12 with Emile.  So like, you know, might as well

13 have it with me, not switch up to different

14 places, just do it in their house.

15    Q    Do you remember the name of the

16 agent that you met with?

17    A    No.

18    Q    Was the agent taking notes when

19 the agent met with you?

20    A    Yes.

21    Q    Was it a female or a male?

22    A    Female.

1    Q    Does the name Amylynn Miller sound

2 familiar to you?

3    A    No.  It doesn't sound familiar.

4 It's probably her, but I forgot her name.

5    Q    Had you spoken to the FBI before

6 you gave the statement?  Had somebody

7 contacted you already?

8    A    No.  Somebody called me a couple

9 months after this.

10    Q    After.

11    A    Yeah.

12    Q    Before this, had you been

13 contacted by the FBI?

14    A    No.

15    Q    How did you know that the FBI was

16 going to be at Marwan and Emile's apartment?

17    A    Marwan told me.

18    Q    When did he tell you?  The same

19 day?  The day before?

20    A    Yeah, the day before.

21    Q    The day before, what did he say to

22 you?

1    A    He just said that "There's a FBI

2 person going to come and talk to us, ask us

3 questions about what happened and get

4 information."

5    Q    Did he tell you that you had to be

6 there?

7    A    Yes.  He told me that I had to be

8 there so I can give her all the information

9 that I know.

10    Q    Let's take a look at the

11 statement.  And let's first look at the third

12 paragraph, the one that starts with "On

13 3/11/2005."

14    A    Okay.

15    Q    The third line of that paragraph

16 says, "His original assignment was to work

17 inside the VIP Room."  And I believe "his"

18 refers to you.

19    A    Mmm-hmm.

20    Q    Was your original assignment on

21 the night of March 11, 2005 to work inside the

22 VIP Room?

1    A    No.

2    Q    Did you tell the FBI agent that

3 your original assignment that night was to

4 work in the VIP Room?

5    A    What I told the FBI agent, I was

6 always working in the VIP Room but we had like

7 a special event, like I said earlier today.

8 So that's why they switched me to the stage,

9 to control the stage.

10    Q    When you went to work that evening

11 did you know that you were going to be

12 switched?

13    A    No.

14    Q    So that evening when you were

15 going to work you were expected to be at the

16 VIP Room.

17    A    Yes.

18    Q    Who switched you?

19    A    As soon as I walked in, Tony told

20 me, that's one of the guys that works at the

21 front door, he told me, "Hey, you're going to

22 be working at the stage tonight."  So I said,

1   "Okay."
2       Q      The next line says, "However, the
3   club was very crowded, so Imad went to help
4   his friend Marwan."  Did you tell the FBI that
5   the club was very crowded that night?
6       A    Yes.
7       Q      Did you tell the FBI agent that
8   you went to help Marwan?
9       A    Yes.
10      Q      When you said that the club was
11  very crowded, what did you mean by that?
12      A    It was busy.  There was a lot of
13  people in the club.
14      Q      Was it difficult to walk around?
15      A    Yes.
16      Q      You basically had to like --
17      A    Yeah.
18      Q      -- push people around and move
19  people around so you could get --
20      A    Some areas, yes.
21      Q      Which areas were like that?  You
22  said some areas.

1       A    The dance floors.
2       Q      Where are the dance floors?  Is
3   that the area that you first called, I think
4   you called it Room No. 1?
5       A    Yeah.  Yes.
6       Q      Was the stage crowded?
7       A    The stage wasn't crowded.  It was
8   just outside the stage, it's so busy to walk
9   in there.
10      Q      But the stage was not crowded?
11      A    It wasn't that crowded.  It was
12  busy, but it wasn't crazy.
13      Q      The second paragraph from the
14  bottom starts with, "Imad's friend, Emile,"
15  then it says, "was on the stage, drinking and
16  dancing."  Did you tell the FBI agent that
17  Emile was on the stage drinking?
18      A    Honestly, I don't remember telling
19  her that.  Like I was saying, there's a lot of
20  stuff in here that I didn't even say.  Like
21  she made it seem like it's a story and added a
22  lot of stuff that --

1       Q      Okay.  We'll go over what you
2   think you didn't say to her.  Did you tell the
3   FBI agent that Emile was dancing on the stage?
4       A    I don't remember.  I don't think I
5   did though, because I never seen Emile dance.
6       Q      The next sentence says, "The stage
7   was packed with people."  Did you tell the FBI
8   people that the stage was packed with people?
9       A    Yes, I did.
10      Q      Is "packed with people" the same
11  thing as "crowded"?
12      A    Yes.
13      Q      A minute ago I asked you was the
14  stage crowded and you said no, but now you're
15  saying you told the FBI agent that it was
16  packed.
17      A    Okay.  What I mean by crowded and
18  packed, it was like so busy, crazy, busy that
19  you cannot even move like it is on the floor.
20  I mean it's crowded, there's people on it, but
21  it's not super crowded like the floor is.
22  People can move and walk and stuff.  It's not

1   like you have to walk, you know, walk sideways
2   for you to fit.  I mean you can walk.  It's
3   busy, but not crazy crowded.  That's what I
4   meant.
5       Q      But you did tell the FBI agent
6   that the stage was packed with people.
7       A    Yes.
8       Q      Going to Page 2 and we're now,
9   it's the third paragraph from the bottom.  So
10  it starts with "Ramirez, Man 2 and Man 3."
11  The last sentence of that paragraph says,
12  "Ramirez hit Emile once in the back to keep
13  him moving."  Did you tell the FBI agent that
14  Ramirez hit Emile once in the back to keep him
15  moving?
16      A    Yes.
17      Q      Did you see anybody else, any of
18  the other two police officers hit Emile?
19      A    It was so crowded, like I said, I
20  could only see their hands.  I'm sure they
21  were, you know, because I saw hands, but I
22  don't know who was hitting.  But the first

Page 286

1  hear.  I was just like, I was far away, I was
2  just watching.  I wasn't close enough.
3      Q    You weren't close enough to hear
4  what was said.
5      A    Exactly.
6      Q    Then at some point you said the
7  taller officer came.  And was it the taller
8  officer who took the cuffs off of Mr. Mazloum?
9      A    That is correct.
10     Q    And then what did the taller
11 officer do?
12     A    He took them off and he gave them
13 to Ramirez and he put his own.  Then Mike, the
14 bouncer, told the tall officer that his elbows
15 hurted him.  So he told him, "Come on.  Let me
16 take care of you."  He took him in the back.
17 And I followed them.  I was with them, you
18 know.  And he gave him some first aid stuff to
19 put on his elbow.  I think it was like some
20 kind of something for the arm.  I don't know
21 what it was.
22         And he told him, "Man, I want to

Page 287

1  sue this guy."  That's Mike telling the police
2  officer.  He was like, "No, no.  Listen, man.
3  You don't want to do that.  We always have
4  problems here in the club, a lot of incidents
5  and we take care of it with Mike.  Don't
6  worry.  I'll go ahead and talk to Mike about
7  that.  And I'll have him take care of your
8  elbow for you."
9      Q    So once the taller uniformed
10 officer took off the handcuffs, did he and
11 Mike go somewhere to the side or where did
12 they go?
13     A    Yeah.  They went behind the car to
14 the trunk to get that first aid, like I said.
15 So they was like by themselves.  They were
16 talking.  There was nobody there, but I was
17 there.
18     Q    So they went to the police car.
19     A    Not inside, behind the car, yeah.
20     Q    And the shorter uniformed officer
21 stayed with Mr. Mazloum?
22     A    That is correct.

Page 288

1      Q    And then where did you go?
2      A    I followed them.  I was like with
3  Mike, because, see, what happened, Mike was
4  saying, "I want to sue.  I want to sue.  I
5  want him to get locked up," he was telling the
6  officers.  So I told Mike, "Come on, man,"
7  just like, you know, I was talking to Mike the
8  whole time, you know.  I was like, "Man, just
9  relax.  Nothing happened.  Just relax."  I was
10 just talking to Mike the whole time.
11         Then that's when the police came.
12 He was like, "Let me talk to you."  And I was
13 there.  I heard everything they said.
14     Q    Were you talking to Mike while
15 Mike was talking to the uniformed officer?
16     A    No.
17     Q    So once the uniformed officers
18 arrived, you had been quiet?
19     A    I was quiet, just listening to
20 them talking, because the police officer
21 thought I was one of the bouncers that worked
22 -- he didn't know like I am the one with

Page 289

1  Emile.  He thought I was one of the bouncers
2  that worked for the club.
3      Q    Okay.  So when the uniformed
4  officers arrived, you didn't come forward and
5  say, "Hey" --
6      A    Nothing.
7      Q    -- "talk to me.  I know
8  something."
9      A    (Nodding.)
10     Q    You did not come forward.
11     A    I didn't.  I didn't.
12     Q    Okay.  Now, when the taller
13 uniformed officer and Mike went to the back of
14 the police car, did the taller uniformed
15 officer get anything out of the police car?
16     A    Yes, he did.
17     Q    What did he get?
18     A    He got that first aid, I told you
19 about.  I don't know if it was like a wrap or
20 something that he could wrap around his arm, I
21 believe.
22     Q    And did they actually wrap it

1  around Mike's --
2     A    Yes.  They put it on his arm.  He
3  told him, "Don't worry.  I'll tell Mike to
4  take care of you."
5     Q    Do you know what kind of wrap it
6  was?  Can you give a further description?
7     A    I'm not sure, but it was out of
8  the first aid box they have, I think, in the
9  trunk.  Every police officer, I think they
10 have a first aid box.
11    Q    Did the taller uniformed officer
12 or Mike tell you at any point --
13    A    "Back off"?
14    Q    -- at this time to back off?
15    A    No, they didn't, no.
16    Q    So you were able to hear their
17 entire conversation?
18    A    Yes.
19    Q    Did the taller uniformed officer
20 ever tell Mike that he didn't believe that he
21 was injured or he was skeptical that Mike had
22 been injured?

1     A    No.
2     Q    Was there any physical sign that
3  Mike had been injured?
4     A    No, I didn't see any.
5     Q    Did you yourself have any reason
6  to believe or to doubt that Mike had been
7  injured?
8         MR. CYNAMON:  Objection.  You
9  asked a compound question there.
10        BY MR. SCHIFFERLE:
11    Q    Did you think Mike was injured?
12    A    Honestly, no, because I was there.
13 I fell the same way he fell.  And honestly, I
14 saw when he fell.  You know, I fell down, too.
15 And we both, like everybody fell on their -- I
16 was worried about myself, but I fell on my
17 elbow, too.  I mean it was hurting me.  But it
18 wasn't like injured, that it was broken or I
19 needed to go to the hospital, I couldn't move
20 it.  Because the guy was fine and I saw him
21 working the next day and he was working a
22 different club.  He was fine.  He wasn't like,

1  you know what I mean?  But I don't know what
2  he was trying to do, but.
3     Q    But you yourself, you didn't think
4  that Mike was really injured.
5     A    Yes, yes.  Maybe it was hurting
6  him at that time.  But it wasn't like
7  injured-injured.  It was just like, you know
8  how if you fell down, like off your chair, you
9  know, your hand start like hurting you for
10 like maybe 20 minutes, 30 minutes.  Then it
11 would go away.  That's what it was.  I mean
12 I'm guessing.  I'm not 100 percent sure, but
13 I'm saying.
14    Q    Right.  I'm just asking what you
15 thought and what you believed.
16    A    Yeah.
17    Q    Do you remember anything else then
18 that was said between Mike and the taller
19 uniformed officer?
20    A    That's about it.
21    Q    And how close were you standing to
22 Mike and the taller uniformed officer?

1     A    Like maybe not even one foot,
2  maybe like two feet, I'd say, close.
3     Q    Before I ask what happened next,
4  once the police officers arrived did you ever
5  go back inside the club?
6     A    I actually, yes, I did.  I went to
7  tell Marwan that "I'm taking Emile home."
8  Marwan is the other guy.  I went to tell him,
9  "I'm going home.  I'm going to take Emile home
10 and I'm going to come back and pick you up."
11    Q    Had that already happened by the
12 point that the uniformed police officer goes
13 to the back of the police car?
14    A    Yeah.  That was after.
15    Q    What was after?
16    A    I went inside the club after I saw
17 what Mike said and all that stuff.
18    Q    I just want to make sure --
19    A    Yeah.  I didn't miss anything.
20    Q    -- we go in order.  So what was
21 the next thing that happened after?
22    A    The next thing, I came back from