## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>           Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al*.,<br><br>           Defendants. | Civil Action No. 1:06 CV 00002 (JDB) |

## MOTION FOR SUMMARY JUDGMENT
## OF DEFENDANTS NIGHT AND DAY MANAGEMENT, LLC,
## MICHAEL REHMAN, JOHN FIORITO, AND MICHAEL PERSONS

Defendants Night and Day Management, LLC, Michael Rehman, John Fiorito, and Michael Persons (collectively, the "FUR Defendants") move this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment. For the reasons more fully stated in its supporting memorandum filed herewith, the FUR Defendants respectfully ask that summary judgment be granted in their favor as to the claims asserted against them in this action. Specifically, the FUR Defendants request that summary judgment be granted on: (1) the reckless/negligent spoliation of evidence claim against Mr. Rehman, Mr. Fiorito, and FUR; (2) the District of Columbia Human Rights Act claim against the FUR Defendants; and (3) the assault and battery claim against Mr. Persons and FUR.

Respectfully submitted,

/s/ Paul A. Fitzsimmons

_____
Thomas S. Schaufelberger, Bar No. 371934
Paul A. Fitzsimmons, Bar No. 444829
SAUL EWING LLP
2600 Virginia Avenue, N.W.
The Watergate—Suite 1000
Washington, D.C.  20037
Telephone: (202) 333-8800

Counsel for
Defendants Night & Day Management, LLC,
Michael Rehman, John Fiorito, and
Michael Persons