# EXHIBIT 1

1           UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF COLUMBIA
2
3
3    EMILE MAZLOUM                   :
4                                    :
4                   Plaintiff        :
5                                    :
5        vs.                         : Civil Action No.
6                                    : 1:06:CV 00002
6    DISTRICT OF COLUMBIA,           : (JDB)
7       et al.                       :
7                                    :
8                   Defendants       :
8
9                         Washington, D.C.
9                         November 17, 2006
10
10
11   Deposition of:
12         MICHAEL ANDRE PERSONS, JR.,
13   called for oral examination by counsel for
14   Plaintiff, pursuant to notice, at the offices
15   of Katten Muchin Rosenman, LLP, 1025 Thomas
16   Jefferson Street, N.W., East Lobby, Suite 700,
17   Washington, D.C., before Lynell C.S. Abbott, a
18   Notary Public in and for the District of
19   Columbia, beginning at 9:42 a.m., when were
20   present on behalf of the respective parties:
21
22

1  just depends on the event.  I'd have to look
2  at my schedule to tell you.  But usually they
3  have an event where I maybe work once a week.
4  So it all depends.
5       Q    When was the second time that you
6  were away for as much as a month?
7       A    About, probably around August.
8       Q    What year?
9       A    This year.
10      Q    And how long were you away in
11 August?
12      A    From August to like three weeks
13 ago, two weeks ago.  I just went back.
14      Q    So you are now doing security at
15 FUR?
16      A    Yeah.  I mean I've always done
17 security at FUR.
18      Q    All right.  What was the reason
19 that you took off in May of 2005?
20      A    Trying out for the Ravens.
21      Q    Trying out for the --
22      A    Baltimore Ravens.

1    Q    What was the reason you took off
2  in August of '06?
3    A    I had clients and I just needed a
4  break.  I just didn't like working for the
5  club right then.  I was doing something else.
6    Q    To your knowledge, does FUR employ
7  off-duty policemen?
8         MS. PHILLIPS:  Objection;
9  foundation.
10        THE WITNESS:  I don't know.
11        BY MR. KAPLAN:
12    Q    Are there any people that you know
13  working in security at FUR who are working off
14  duty but are policemen during some of the
15  shift?
16    A    No.  I mean they the police but
17  they not for D.C.
18    Q    Do off-duty policemen frequently
19  visit the club as patrons?
20        MS. PHILLIPS:  Objection;
21  foundation.
22        THE WITNESS:  Yes.  They visit all

1  clubs.

2              BY MR. KAPLAN:

3       Q     Does FUR encourage this?

4              MR. FITZSIMMONS:  Objection;

5  vague.

6              THE WITNESS:  Encourage what?

7              BY MR. KAPLAN:

8       Q     Do they encourage off-duty

9  policemen to come?

10             MR. FITZSIMMONS:  Same objection.

11             BY MR. KAPLAN:

12      Q     Do they give them free admission,

13  free drinks?

14             MR. FITZSIMMONS:  Objection;

15  foundation.

16             THE WITNESS:  I don't know.  I

17  don't work outside.

18             BY MR. KAPLAN:

19      Q     Has anyone ever told you that

20  off-duty policemen are given free admission or

21  free drinks?

22      A     No.

1   Q   When it was brought up did Dave
2   say that FUR had handled the situation badly?
3   A   No. Dave was just asking me, you
4   know, why didn't I do what I usually do. And
5   I told him I was in pain, I didn't feel like
6   doing it. So usually after a first incident,
7   a person is gone. But that particular night I
8   worked on my legs at the gym and I was sore.
9   I didn't feel like walking too much. So I
10  kind of was real lenient that night, you know.
11       But I'm sure you'll ask questions
12  about the incident later on, so I won't go
13  into it.
14  Q   Well, I want to know what you
15  meant when you said Dave said why don't you do
16  what you usually do?
17  A   Usually I'm not as tolerant of
18  people disobeying rules in the club, you know.
19  And that night I particularly was. It caused,
20  you know, a bad situation came out of it all
21  the way around, not because of the lawsuit but
22  I mean my suit got ripped up. I had a bicep

1   injury that kind of set me back about a month.
2   So I mean it was bad for me.  I mean I lost a
3   great suit out of the deal.  I liked that
4   suit.
5        Q    What did Dave say you should have
6   done that you didn't do?
7        A    I should have went with my first
8   instinct and just had this gentleman removed
9   from the club when I started to.  But it was
10  early and I just didn't, I figured he's a
11  grown man, you know, he had common sense.  You
12  know, he just didn't follow the rules.
13       Q    You should have removed him at
14  what point?
15       A    At the one point where he climbed
16  on the stage.
17       Q    And if you had tried to remove him
18  at that point, you think that the outcome
19  would have been different?
20       A    Yeah.  I wouldn't have had to deal
21  with him two other occasions.  I mean my suit
22  wouldn't have got ripped up.  I wouldn't be

1    sitting right here.  I'd probably be in the

2    gym.  So I mean you tell me, you know.

3          Q    Is there anything else that Dave

4    said you should have done that you didn't do?

5          A    No.  He said I handled it

6    professionally.

7          Q    He what?

8          A    He said I handled it

9    professionally.

10         Q    At the five or six meetings you

11   talked about, what else was discussed about

12   this incident?

13         A    He just basically wanted us to be,

14   you know, more aware of what goes on in the

15   club.  I mean at no time should leniency be

16   considered when working the night club.  Me of

17   all people should have, you know, knew that

18   because I been doing this for years, you know.

19              But just that particular night

20   because I was in so much pain from, you know,

21   working out at the gym that I didn't feel like

22   doing it.  I just wanted to get my night over

1    with so I could go home and rest.

2        Q    Before you came to the club you
3    had been to the gym?

4        A    Right.

5        Q    How long had you spent at the gym?

6        A    Two hours.

7        Q    And you were in pain?

8        A    Right.  My legs was sore.  I had
9    just leg-pressed 2000 pounds and I didn't feel
10   like going to work that night.

11       Q    You had pressed 2000 pounds.

12       A    Yeah.  I had just leg-pressed 2000
13   pounds and I really wasn't in the mind set to
14   go to work.  I wanted to just stay home.  And
15   I was sore.  But I had to, you know, go to
16   work.

17       Q    Did you tell anybody when you got
18   to work how you were feeling?

19       A    No.  Everybody knew I worked out.
20   So it wasn't an abnormal thing for me to be
21   sore.

22            MR. KAPLAN:  I'm going to move to

```
 1        Q     And on the night of March 11th did
 2   you come to work at 8:00 o'clock?
 3        A     No.  I never came to work at 8:00
 4   o'clock.
 5        Q     Well --
 6        A     You asked me what my normal
 7   working hours was.  You didn't ask me when I
 8   came.  You want to rephrase the question?
 9        Q     When did you come to work?
10        A     That night, I don't know.  Maybe
11   9:30, 10:00.  I don't know.
12        Q     Is that when you usually came to
13   work?
14        A     I came when I felt, when I
15   finished working out.  They knew that.  I mean
16   it was acceptable.  If they didn't like it, I
17   would quit because I work out first.
18        Q     When you came to work that night
19   where did you go first?
20        A     To the bistro.  There was food.
21        Q     How long were you there?
22        A     Probably 30 minutes.
```

```
 1        Q     What did you do next?
 2        A     Eat.  I ate my food, talked to
 3   some girls.
 4        Q     This is during that same 30
 5   minutes?
 6        A     You asked me what I did next.  I
 7   ate and talked to girls.
 8        Q     What did you do after that 30
 9   minutes?
10        A     I talked to girls.
11        Q     How long did you do that?
12        A     I don't know.  About an hour.
13        Q     Was this in the bistro?
14        A     No.  I was just on that floor, I
15   mean wherever they was at, I went to them.
16        Q     What did you do after that?
17        A     About 10:50 I went downstairs to
18   the main floor.
19        Q     How are you able to pinpoint that
20   it was 10:50?
21        A     Looked at my phone and saw it was
22   10:50.
```

1    he was the only guy and there was a bunch of
2    girls on stage. It would not be hard to miss
3    him in a bunch of girls.
4         Q    About what time was this?
5         A    About 11:30.
6         Q    Did there come a time sometime
7    later on when Mr. Mazloum was ejected from the
8    club?
9         A    Yeah. Probably like -- 11:30.
10   Yeah, probably two hours later.
11        Q    I'd like you to tell me everything
12   that you recall, everything you saw,
13   everything you heard, everything you did from
14   the time you first became aware of Mr. Mazloum
15   on the stage until the time he was ejected.
16             MR. FITZSIMMONS: Objection; calls
17   for a huge narrative answer.
18             BY MR. KAPLAN:
19        Q    You can answer.
20        A    All right. 11:30, I had already
21   had allowed girls to be on the stage. The
22   rule was only females were permitted on stage.

1  That wasn't just that night.  That was every
2  night.  About 11:30, maybe 11:35, I looked
3  over at the girls and I noticed that there was
4  a gentleman that looked just like this
5  gentleman here that was on stage.
6            So I roped off the steps.  I went
7  over to him.  I said, "Sir, you're not
8  supposed to be up here.  It's only for girls."
9  He made a little nasty comment.  I said, "You
10 got to get off the stage."  After that, maybe
11 about 20, 30 minutes later, I let more girls
12 on stage.  Somehow Mr. Mazloum or however he
13 pronounce his name, he was on the stage again.
14 So I went over to him.
15           But by this time I had let some
16 males on the stage.  They were off-duty police
17 officers.  I walked past them.  They saw I was
18 a little agitated.  They asked me was I all
19 right.  I said, "Yeah.  I'm just about to get
20 this guy off the stage that's not supposed to
21 be up here."
22           So I walked over to him.  He was

1  having a good little time dancing.  I said,

2  "Sir, I already asked you before to remove

3  yourself from the stage.  This will be your

4  last warning."  He basically was like -- may I

5  say it?

6              MR. FITZSIMMONS:  Go ahead.

7  Anything he said you get to say.

8              THE WITNESS:  He was basically

9  like "Fuck you," you know.  "You don't know

10 who you fucking with."  So I was like --

11 basically I just laughed to myself.  I'm like

12 this guy must think I'm fazed by his comments.

13 And as I began to assist him over to the

14 stairs, there were two of Masoud's employees

15 there.  I guess they recognized him.  I guess

16 they friends.

17             And, you know, he kind of shoved

18 me.  And I just laughed at him.  And they was

19 like they'll take care of it.  I was like,

20 "Just let him know he can't be on the stage."

21 So maybe like 40 minutes later, it may have

22 been an hour, you know, the club's main floor

1   was packed.  By this time there's definitely
2   people on the stage.  And once again,
3   Mr. Mazloum somehow climbs on the stage again.
4              So by this time I'm ready to eject
5   him from the club.  So I walked through a
6   crowd of people and I go over to him and I
7   said, "Sir, that's it.  This was your last
8   warning.  Now you got to leave."  He basically
9   started cussing, hooping and hollering and,
10  you know, of course with the loud music
11  playing there was no way for me to speak
12  softly to him.  So I had to yell it at him
13  because that's the only way he could hear me.
14             So as I got him towards the
15  stairway he gets to the bottom of the stairs
16  and stops.  So I'm like, you know, "Dude, keep
17  moving."  So he won't move.  And he turns
18  around and raises his hands at me.  And I'm
19  like, why we got to go through this tonight;
20  that's what I'm thinking to myself.
21             So I grabbed his hands.  And I'm
22  like, "Dude, calm down," you know.  And his

1  boys was like, you know, "We got him."  So I
2  said, "Look, tell your man to calm down.  He
3  got to go, but tell your man to calm down."
4  So I let him go and he lunges at me.  So I'm
5  on the steps and he's on top of me.
6           So I somehow made it to where I
7  was able to pull him up the steps.  And I had
8  him by the -- in the corner of the steps, by
9  the corner of the stage there's a big
10 stairwell sitting in the corner.  So I had him
11 pegged then and he took a swing at me, hit me
12 like, I don't know if it was the right or left
13 side of my face but he connected.  So I
14 connected where I swung back.
15          By this time his friends came up
16 and they was like, "We'll get him.  We'll get
17 him."  Instead of they getting him, they
18 grabbed me.  So we all three of us are now
19 tussling on the floor.  Mr. Mazloum pulls my
20 jacket over my head.  By this time I think the
21 off-duty police that were up there, I guess
22 they saw the incident and ran over and

Case 1:06-cv-00002-JDB   Document 114-3   Filed 05/30/2007   Page 17 of 20

Page 103

```
 1   identified -- they was yelling, you know,
 2   "MPD. Police."  And he attacks one of the
 3   police officers.
 4              So I grabbed the two of his
 5   friends which were working for Masoud, removed
 6   them from the stage.  And the next thing I
 7   know he's going at it with the police.  So by
 8   this time it was like two or three on stage
 9   and they tried to contain him.  But he was
10   just swinging at everybody, kicking and, you
11   know.  So we all kind of grabbed him, you
12   know, had him to the floor.
13              And once we grabbed him to pick
14   him up, take him down the steps, he started
15   head-butting people and kicking and swinging
16   some more.  So it was a tussle from the stage
17   area all the way down the steps towards the
18   stairway leading to the tunnel, which we was
19   going to take him out the front door.
20              From that time another police
21   officer came over, identified himself as a MPD
22   police officer.  I saw his badge.  And, you
```

Feder Reporting Company
(202) 863-0000

1   know, the crowd kind of got involved.  And
2   they was swinging at Mazloum and, you know, I
3   was trying to prevent anybody from jumping in.
4              So I let him go.  And once I
5   turned my back I could see him still tussling
6   with the police.  And I had to keep people
7   from hitting him.  So we got him by the
8   stairway and the officers had one handcuff on
9   him.  That's all they was able to get on him.
10  And once they lifted him up, he started
11  fighting again all the way up the steps.
12             So they fought up the steps and
13  back down the steps.  And by this time
14  everybody, between security and the police, we
15  all jumped on him.  And like I held his leg, I
16  held one of his legs.  Somebody else held his
17  legs.  There was about maybe nine guys on top
18  of him to hold him down to get him cuffed.
19  And once the police cuffed him, I let him go.
20  They walked him up the steps.  I stayed behind
21  them.  I noticed that he was bleeding already
22  but you know, I just looked at it.  I had

1   blood on my clothes.

2           We got him outside and took him
3   across the street.  He basically was cussing
4   at Officer Ramirez, saying he was going to
5   fuck him up, do this and do that.  I'm saying
6   to myself man, this dude's already locked up.
7   He's going to make it worse.

8           So somehow he ended up on the
9   ground.  I didn't see how he got on the
10  ground, but I noticed that he was yelling real
11  loudly.  But after that then some other police
12  came, some uniformed police came.  And they
13  was supposed to lock him up, but they didn't.
14  The officer told me that if I wanted to press
15  charges, you know, I could.  But then he
16  stated that if I press charges then I would
17  get locked up, too.

18          And I was like "No.  Fuck that.  I
19  ain't getting locked up for him.  So I ain't
20  pressing no charges.  He can just be barred."
21  So I went to Lieutenant Allman's car, got me
22  an ice pack for my bicep, and that's it.  Took

```
1    my bloody jacket off that was ripped up, you

2    know, rolled my sleeve up.  And I was pissed

3    off for the rest of the night because I had a

4    ripped up suit jacket.

5                BY MR. KAPLAN:

6         Q      Are you finished your answer?

7         A      I'm done.

8         Q      When you first saw Mr. Mazloum on

9    the stage, there were only women besides

10   Mr. Mazloum?

11        A      Right.

12        Q      About how many women, would you

13   say?

14        A      20.

15        Q      Were there tables on the stage?

16        A      Yeah.

17        Q      Were there people sitting at the

18   tables?

19        A      No.

20        Q      What was he doing?  Was he

21   dancing?

22        A      Yeah.
```