# EXHIBIT 2

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

2

3

3    EMILE MAZLOUM                    :

4                                     :

4                    Plaintiff   :

5                                     :

5       vs.                           :    Civil Action No.

6                                     :    1:06:CV 00002

6                                     :    (JDB)

7    DISTRICT OF COLUMBIA,            :

7       et al.                        :

8                                     :

8                    Defendants  :

9

9                    Washington, D.C.

10                   Monday, January 29, 2007

10

11   Videotaped Deposition of:

11

12                   EMILE MAZLOUM

13   called for oral examination by counsel for

14   Defendants, pursuant to notice, at the offices

15   of the Attorney General, 441 4th Street, N.W,

16   6th Floor South, Washington, D.C. 20001,

17   before Renee A. Feder, CSR, a Notary Public in

18   and for the District of Columbia, beginning at

19   9:54 a.m., when were present on behalf of the

20   respective parties:

21

22

1         Q.    As the evening got closer to

2    midnight, did the club become more crowded?

3         A.    Yes.

4         Q.    Were you still -- strike that.

5    When the time got closer to midnight, were you

6    still in the section that you talked about

7    that was right next to the main stage?

8         A.    Well, you are talking about

9    12:00 o'clock.  I don't know if 12:00 o'clock

10   I was in the area that is close to the stage

11   or on the stage.

12        Q.    So you believe that you were

13   either in the area or on the stage?

14        A.    Yes.

15        Q.    What were people doing on the

16   stage?

17        A.    What time?

18        Q.    Close to midnight.

19        A.    They were dancing.

20        Q.    Was the stage crowded?

21        A.    No.

22        Q.    Were there women dancing on the

Page 93

1    stage?

2        A.    Yes.

3        Q.    And when you were on the stage,

4    you were dancing, as well?

5        A.    Yes.

6        Q.    The first time that you went up

7    onto the stage to dance, how did you get on

8    the stage?

9        A.    I just climb.

10        Q.    You climbed?

11        A.    Yes.

12        MR. KAPLAN:    Excuse me.    Let me

13    interrupt.    Did you mean the first time he

14    tried to get up onto the stage?    Because that

15    would be a different question.

16        MR. BRUCKHEIM:    No, I meant the

17    first time he went up.

18        MR. KAPLAN:    The first time he

19    actually got to the top of the stage?

20        MR. BRUCKHEIM:    There came a point

21    when he was on the stage and I was asking how

22    he got there the first time.

1                     MR. KAPLAN:   Okay.   Fine.

2                     BY MR. BRUCKHEIM

3          Q.     You said you climbed onto the

4     stage?

5          A.     Yes.

6          Q.     Did you climb onto the stage from

7     the front of the stage?

8          A.     Yes.

9          Q.     Are there stairs that also lead up

10    onto the stage?

11         A.     Yes.

12         Q.     Before you climbed onto the stage,

13    did you try to access the stage from the

14    stairs?

15         A.     Yes.

16         Q.     When you tried to access the stage

17    from the stairs, what happened?

18         A.     There was two security there.   One

19    at the bottom of the stage and one at the top

20    of the stage.   The one at the bottom, there

21    was a chain there.   He took the chain and he

22    let me in.   I went up a couple of steps.   The

1          Q.    What did you do when you were at

2     the front of the stage?

3          A.    I left -- the guy, the security

4     guy, the one who was at the top of the stage,

5     he told me to wait or go back, or something

6     like that.  So I left.  I went to the area

7     that is so many people there.  I had

8     somebody -- I didn't have somebody.  I saw

9     somebody there that I can be able to dance

10    with.  So, I started dancing with her.  And

11    then, maybe 10 or 15 minutes she climbed the

12    stage.  And then she asked me to come with

13    her.  So I went with her.

14         Q.    So when you started dancing with

15    this woman, the two of you were on the floor

16    first?

17         A.    Yes.

18         Q.    And then she climbed onto the

19    stage?

20         A.    Yes.

21         Q.    And you followed?

22         A.    Yes.

Page 99

```
 1          Q.    And then you were dancing on the

 2    stage?

 3          A.    Yes.

 4          Q.    Did you have any contact with --

 5    strike that.  After you climbed onto the stage

 6    to begin dancing with this woman, did you have

 7    any contact with the security individual who

 8    was at the top of the steps?

 9          A.    No.

10          Q.    Did there come a time when someone

11    told you to get off of the stage?

12          A.    No.

13          Q.    How long did you dance on the

14    stage with this woman?

15          A.    Ten or 15 minutes.

16          Q.    After you danced with her for 10

17    or 15 minutes, did you get off of the stage?

18          A.    I was ready to go.

19          Q.    You were ready to leave the stage?

20          A.    Yes.

21          Q.    And did you leave the stage?

22          A.    I walked to the stairs.  I went
```

Page 100

1    one step down, and then somebody from behind,

2    he grabbed me.

3         Q.    Prior to that moment when somebody

4    grabbed you from behind, did any security

5    individual speak to you while you were dancing

6    on the stage?

7         A.    No.

8         Q.    So, as you began to walk down the

9    steps, you were grabbed from behind?

10        A.    Yes.

11        Q.    Can you describe how you were

12   grabbed?

13        A.    How do you want me to describe it?

14        Q.    Were you grabbed by somebody's

15   arms?

16        A.    Yes.

17        Q.    Where did that person put his or

18   her arms on your body when you were grabbed?

19        A.    In here, (Indicating.)

20        Q.    Around your arms?

21        A.    Around me.

22        Q.    So that person wrapped the arms

Page 101

1    around you?

2          A.    Yes.

3          Q.    And after the person did that,

4    what did you do?

5          A.    I was trying to turn to see who is

6    doing that to me.

7          Q.    Were you able to see who was doing

8    that to you?

9          A.    No.

10         Q.    Were you ever able to see who that

11   person was who grabbed you at the top of the

12   steps?

13         A.    No.

14         Q.    After the person grabbed you, what

15   happened then?

16         A.    I tried to lose.  So he -- he just

17   pushed me down to the floor, on the bottom of

18   the, on the bottom of the stairs.

19         Q.    He pushed you down the steps?

20         A.    Yes.  He pushed me on the floor.

21         Q.    You pushed you on the floor?

22         A.    Yes.

Page 102

1        Q.    Did he push you -- strike that.

2              Did he bring you down the steps

3    and then push you on the floor?

4        A.    No.  When I was moving, we went

5    maybe one or two steps down.  I think the

6    whole entire steps is like five or four.  It

7    is not that big.  And then he pushed me down.

8        Q.    So he let go of you when he pushed

9    you down?

10        A.    Yes.

11        Q.    Did he fall on top of you at all?

12        A.    No.

13        Q.    When you fell, how did you fall?

14        A.    On my side.

15        Q.    What was the first part of your

16    body that hit the floor when you fell?

17        A.    You are talking about my body or

18    my arms?

19        Q.    If your arms were the first part

20    to hit the floor --

21        A.    Yes.

22        Q.    -- that is what I am looking for.

1          A.     Yes, my arm.  My hand.

2          Q.     So, when you fell, you landed on

3     your hand first?

4          A.     Yes.

5          Q.     Did your head hit the floor?

6          A.     No.

7          Q.     After you fell to the floor, what

8     happened after that?

9          A.     He came after me.

10         Q.     He is the security individual?

11         A.     Yes.

12         Q.     And what did he do?

13         A.     He was just trying to hold me

14    down, put me on the floor.  Like keep me

15    there.

16         Q.     Keep you on the floor?

17         A.     Yes.

18         Q.     Were you trying to get up?

19         A.     Yes.

20         Q.     How were you trying to get up?

21         A.     I was trying to push up, to get

22    up.  (Indicating.)  And he keep pushing me

1    down.

2           Q.    Did you ever swing your arms at

3    him?

4           A.    I was facing down.

5           Q.    Okay.

6           A.    The floor.

7           Q.    So you weren't able to swing your

8    arms?

9           A.    I could be able to swing my arms

10   but not on him.  I was swinging all over the

11   place to try to stand up.  And he keep pushing

12   me down.

13          Q.    Did you use your feet to try to

14   stand up?

15          A.    I used everything.  My feet, my

16   arms, everything.

17          Q.    Were you able to stand up?

18          A.    No, because he get help from

19   another couple of guys.

20          Q.    So you were trying to get up and

21   he was pushing you down?

22          A.    Yes.

```
 1              Q.    And then a couple of other guys
 2      came over?
 3              A.    Yes.
 4              Q.    Were you able to see these guys
 5      when they came over?
 6              A.    No.
 7              Q.    Do you know how many guys came
 8      over at that time?
 9              A.    No.  But a few guys, three or
10      four.
11              Q.    Three or four?
12              A.    Yes.
13              Q.    When they came over, you were
14      facing the floor?
15              A.    Yes.
16              Q.    How did you become aware that
17      three or four guys had come over while you
18      were facing the floor?
19              A.    Because I can still turn my head
20      around and I can see them around me.  Because
21      everybody, most likely all of the people that
22      were in the club, they moved aside when they
```

1    start -- to see like there is a fight there or

2    something.

3              MR. BRUCKHEIM:  It is almost a

4    quarter of.  Would you like to take our break

5    now and we will come back?

6              MR. CORCORAN:  It is up to you.

7              MR. BRUCKHEIM:  I think this is a

8    good time to stop.

9              VIDEOGRAPHER:  We are off the

10   record at 12:41 p.m.

11              (The luncheon recess was taken.)

12       A-F-T-E-R-N-O-O-N    S-E-S-S-I-O-N

13              VIDEOGRAPHER:  Back on the record

14   at about 1:48 p.m.

15              BY MR. BRUCKHEIM

16        Q.    Mr. Madloum --

17              MR. KAPLAN:  Mazloum.

18              BY MR. BRUCKHEIM

19        Q.    I am sorry.  I was already

20   thinking of my next question, I am sorry about

21   that, Mr. Mazloum.  Obviously, I know your

22   name even if I can't speak it on occasion.

1          Before we took our break, you were

2    about to describe what had happened when you

3    said that three or four men came up behind you

4    while you were on the floor at the bottom of

5    the stage -- at the bottom of the stairs.

6    Excuse me.

7          A.    Yes.

8          Q.    Can you tell me what these men did

9    when they came up to you while you were on the

10   floor?

11         A.    They drag me from the bottom of

12   the stairs of the stage to the other bottom of

13   the stairs that goes up to the tunnel to go

14   out.

15         Q.    So, they dragged you across the

16   floor from the bottom of the steps that go up

17   to the stage to the next set of steps that

18   went up to the tunnel to leave the club?

19         A.    Yes.

20         Q.    Were you able to stand up and walk

21   at any time?

22         A.    No.

1        Q.    Were you able to see these men

2   during the time you were dragged across the

3   floor from the stairs that led to the stage to

4   the stairs that led to the tunnel?

5        A.    No.

6        Q.    When you say dragged, can you

7   describe where you were being held on your

8   body?

9        A.    My arms.

10       Q.    Just on your arms?

11       A.    Yes.

12       Q.    Was one man holding your left arm

13   or more than one man?

14       A.    One.

15       Q.    Was one man holding your right arm

16   or more than one?

17       A.    One.

18       Q.    Could you see -- strike that.

19   Were any of these men in front of you?

20       A.    No.

21       Q.    Were you handcuffed at this time?

22       A.    No.

1          Q.    Were you trying to stand up during

2    this time?

3          A.    Yes.

4          Q.    Were you trying to get your arms

5    free from the men who were holding your arms?

6          A.    Yes.

7          Q.    Is it fair to say you were

8    struggling as these men were dragging you

9    across the floor?

10         A.    My body, yes.

11         Q.    Were you trying to move your arms?

12         A.    Yes.

13         Q.    Were you yelling as you were being

14   dragged across the floor?

15         A.    Yes.

16         Q.    Is it fair to say you were

17   screaming as you were being dragged across the

18   floor?

19         A.    Yes.

20         Q.    Were you crying as you were being

21   dragged across the floor?

22         A.    No.

Page 110

1        Q.      Were you cursing at the men who

2    were dragging you across the floor?

3        A.      No.

4        Q.      Did you say any words while you

5    were being dragged across the floor?

6        A.      What do you mean by any words?

7        Q.      You had testified that you were

8    screaming.  Were you simply screaming or were

9    you saying actual words?

10       A.      I was asking them to leave me

11   alone.

12       Q.      Were you screaming anything else?

13       A.      No.

14       Q.      From the moment when the men

15   arrived when you were at the bottom of the

16   steps that led to the stage up to the moment

17   when you arrived at the stairs leading up to

18   the tunnel, did any of the men hit you with

19   their fists?

20       A.      Do you mean by the time that they

21   got me from the stairs to the other stairs?

22       Q.      Yes.  Only in that block of time.

1        A.    No.

2        Q.    What happened when you got to the

3   stairs that were leading up towards the

4   tunnel?

5        A.    I -- they turned my arms, they

6   turned -- he step on my back.  Actually, he

7   just hit his feet on my back.  He twist my arm

8   and he put the handcuffs on me.  And the same

9   thing, the other one, he pushed with his feet

10  on my back and he twist the other arm and he

11  handcuffed the other arm.  And then when I was

12  trying to turn my head to see who is doing

13  that, he punched me on my face with his --

14  what do you call it?  (Indicating.)

15            THE INTEPRETER:  Fist.

16            THE WITNESS:  Fist.

17            BY MR. BRUCKHEIM

18       Q.    When you were at the bottom of the

19  steps, were you able to see who put their foot

20  on your back before your arm was twisted

21  behind your back?

22       A.    I can't see his face, no.

Page 112

1          Q.      Which arm was your first arm that

2     was twisted behind your back?  Was it your

3     left or your right?

4          A.      My right hand.

5          Q.      Were you able to see the man who

6     took your right hand and twisted it behind

7     your back?

8          A.      No.

9          Q.      Were you able to see the man who

10    put the handcuff on your right wrist after it

11    was twisted behind your back?

12         A.      No.

13         Q.      How long was it after your right

14    hand was handcuffed before your left arm was

15    twisted behind your back and handcuffed?

16         A.      Seconds.

17         Q.      Were you able to see the man who

18    twisted your left arm behind your back and put

19    the handcuff over your left wrist?

20         A.      No.

21         Q.      Before these men came up to you --

22    I am going to go backwards a little bit.

1    Before these men came up to you when you were

2    at the bottom of the steps next to the stage,

3    had you seen them before at the nightclub?

4              A.    No.

5              Q.    Did you know who these men were

6    when they came up to you the first time when

7    you were at the bottom of the steps?

8              A.    No.

9              Q.    Did these men ever identify

10   themselves as police officers?

11             A.    No, they didn't.

12             Q.    When you testified about being

13   handcuffed, was that the first moment when you

14   realized that these men might be police

15   officers?

16             A.    No, I didn't know they were police

17   officers.

18             Q.    From the moment that these men

19   arrived when you were at the bottom of the

20   steps that led up to the stage up to the

21   moment when both of your hands were

22   handcuffed, can you recall anything that these

Page 114

1    men said to you?

2         A.    Yes.

3         Q.    What did they say to you?

4         A.    To shut up.

5         Q.    Did they say anything else?

6         A.    No.

7         Q.    So, it is your testimony that the

8    only words you heard from these four men from

9    the moment they arrived until the moment when

10   both of your arms were handcuffed behind your

11   back was shut up?

12        A.    Yes.

13        Q.    After both of your hands were

14   handcuffed, it is your testimony that one of

15   these men hit you in the face?

16        A.    Yes.

17        Q.    Could you see which man hit you in

18   the face?

19        A.    Yes.

20        Q.    To your knowledge, which of these

21   men hit your face?

22        A.    I am sorry.  Could you say it

1   again?

2           Q.    Do you know the name of which man

3   hit you in the face?

4           A.    Well, I saw the guy.  I didn't

5   know at that moment what was his name until

6   later on the next day.  I know, I know what

7   was his name.

8           Q.    And his name was?

9           A.    Mr. Ramirez.

10          Q.    When you were hit in the face,

11  where in your face were you hit?

12          A.    My left eye and my nose.

13          Q.    After you were hit in the face,

14  what happened?

15          A.    Well, he hit me in the face with a

16  word saying shut up, you fucking al Qaeda.

17  And then I started bleeding.  And after that

18  they just, they dragged me outside and they

19  dropped me on the -- they took me from the

20  club, across the street, and they dropped me

21  on the ground.

22          Q.    Let me go back and ask a couple of

1    questions about that.

2                It is your testimony that after

3    you were hit in the face, that Mr. Ramirez

4    said shut up, you fucking al Qaeda?

5                THE INTEPRETER:  You said after he

6    hit him in the face, right?

7                MR. BRUCKHEIM:  Yes.

8                THE WITNESS:  No, not after.  When

9    he was -- when he was hitting me, he said it

10   at the same moment when I was -- when I look

11   to see who was doing that, he hit me in the

12   face with the same time he was talking and he

13   said shut up, you fucking al Qaeda.

14               BY MR. BRUCKHEIM

15        Q.    So he said it at the same time he

16   hit you?

17        A.    Yes.

18        Q.    And this was at the bottom of the

19   stairs that led up to the tunnel?

20        A.    The bottom of the stairs inside

21   the club.

22        Q.    Inside the club.

1          After this happened, you said that

2   they -- did they drag you up the steps?

3        A.    Yes.

4        Q.    Was Mr. Ramirez one of the men who

5   was dragging you?

6        A.    No.

7        Q.    Can you identify which of the men

8   were dragging you up the steps?

9        A.    Yes.

10       Q.    Which men, if you know their

11   names, were dragging you up the steps?

12       A.    I don't know their names.

13       Q.    Can you recall what they looked

14   like?

15       A.    Yes.

16       Q.    Was one of the men African

17   American?

18       A.    Yes.

19       Q.    Did he have braided hair or

20   nonbraided hair?

21       A.    I don't remember.

22       Q.    Can you recall if he was taller or

Page 118

1    shorter than you?

2         A.    I think he was taller than me.

3         Q.    With respect to the other man, can

4    you recall if he was African American?

5         A.    No.

6         Q.    Was he white?

7         A.    Well, I can't call him white.  It

8    doesn't -- I think he has skin like my skin.

9         Q.    But it is your testimony that

10   Mr. Ramirez was not one of the men who was

11   dragging you up the steps?

12        A.    He was with them but he wasn't

13   holding me.  I don't know if he was behind.

14   Behind.  Like they were together all of them.

15        Q.    When you were being dragged up the

16   steps, were you screaming anything at these

17   men?

18        A.    No.

19        Q.    Were you struggling?

20        A.    No.

21        Q.    Were you using your feet to try to

22   walk up the steps?

1          A.      Yes.

2          Q.      When you got to the top of the

3      steps, did you use your feet to try to walk

4      out with them?

5          A.      Yes.

6          Q.      Were you able to walk out with

7      them while your hands were handcuffed behind

8      your back?

9          A.      Yes.

10         Q.      Were you falling over at any point

11     from the time when they began to take you up

12     the steps to the tunnel to the time when you

13     walked outside of the club, or left the club?

14     Excuse me.

15         A.      No.

16         Q.      When they had you by your arms and

17     were taking you up the steps, were you walking

18     up the steps with them?

19         A.      No.

20         Q.      When you got to the top of the

21     steps, and then were lead out of the club,

22     were you walking with them while they were

1    holding your arms?

2              THE INTEPRETER:  Would you repeat

3    that question, please?

4              BY MR. BRUCKHEIM

5         Q.    When you got to the top of the

6    steps up to the point when you left the club

7    were you walking with the men while they were

8    holding your arms?

9              THE INTEPRETER:  Sir, I have to

10   ask you to repeat it again.

11             MR. BRUCKHEIM:  I will do it this

12   way.

13             BY MR. BRUCKHEIM

14        Q.    From the moment when you got to

15   the top of the steps up to the point when you

16   left the club, were you walking with the men

17   while they held you by your arms?

18        A.    Yes.

19        Q.    Aside from the time when you say

20   that Mr. Ramirez hit you in your face, did any

21   of these men use their fists on you up to the

22   time when you left the club?

Page 121

1          A.    No.

2          Q.    At any time up to the point when

3    you left the club, did you scream that you

4    were going to sue the club and the police?

5          A.    I didn't, I didn't say that I am

6    going to sue the club.  And I didn't know they

7    were police.

8          Q.    From the time after you left the

9    club and were outside -- strike that.

10               From the moment that you left the

11   club, did you ever scream the words that you

12   were going to sue the nightclub and the

13   police?

14         A.    No.

15         Q.    At any time during this entire

16   incident inside and then outside, did you ever

17   scream the words fuck the police?

18         A.    No.

19         Q.    At any time during this incident

20   both inside the club and then outside of the

21   club, did you ever call Mr. Ramirez an El

22   Salvador?

Page 122

1            A.     Can you say from where to where

2    exactly?

3            Q.     For the entire night, did you ever

4    call Mr. Ramirez an El Salvador at any time?

5            A.     Yes, I did.

6            Q.     And when was that?

7            A.     When we went outside and they

8    dropped me on the floor, on the ground, he --

9    I was screaming and yelling to -- I am asking

10   them why are you doing that to me, I didn't do

11   anything.  He keep telling me shut up.  And

12   then he kick me and he said shut up, you

13   fucking, al Qaeda.  And then I said you shut

14   up, I am a Catholic, you fucking El Salvador.

15           Q.     And this was outside?

16           A.     Yes.

17           Q.     Is it your testimony that Ramirez

18   called you an al Qaeda twice during the night?

19           A.     Yes.

20           Q.     When you were going up the steps

21   to the tunnel and then out of the club could

22   you see other people around you?

1          A.     In one eye, yes.

2          Q.     At any time did you see -- strike

3     that.  From the moment that these men first

4     came to you when you were at the bottom of the

5     steps near the stage to the moment when you

6     exited the club, did you ever see Marwan?

7          A.     Yes.

8          Q.     At what point did you see Marwan?

9          A.     When the security of the club, he

10    pushed me down, he was still on the bottom of

11    the stairs.

12         Q.     Was he at the bottom of the stairs

13    when the other men came over?

14         A.     Yes.

15         Q.     Did you hear him say anything or

16    see him do anything after the men came over?

17         A.     After when I went down the stairs,

18    I didn't see him.  I just saw him when I was

19    going down.  That is it.  I didn't see him

20    after that.

21         Q.     Did you see him outside -- strike

22    that.

Page 124

```
 1              Did you see him when you were

 2    outside of the club?

 3         A.    No.

 4         Q.    At some point during this

 5    incident, did you see Imad?

 6         A.    No.

 7         Q.    Did you see Imad outside of the

 8    club?

 9         A.    Yes.

10         Q.    You did not see Imad while you

11    were inside the club after the three men came

12    over to you?

13              MR. CORCORAN:  Objection to form.

14              THE WITNESS:  No.

15              BY MR. BRUCKHEIM

16         Q.    When you exited the club, you say

17    these men took you across the street?

18         A.    Yes.

19         Q.    Were you walking with them while

20    they held you by your arms?

21         A.    Yes.

22         Q.    After you got across the street,
```

Page 125

1    what happened?

2         A.    They pushed me down.

3         Q.    Which men pushed you down?

4         A.    The two men that they were holding

5    my arms.

6         Q.    Ramirez did not push you down?

7         A.    No.

8         Q.    Do you know the names of the men

9    who did push you down?

10        A.    No.

11        Q.    When you say they pushed you down,

12   can you describe how that happened?

13        A.    My arms, they were back.  And then

14   they just pulled my arms up and then they

15   pushed me, (Indicating.)  They pushed me down

16   with my arms.  (Indicating.)

17        Q.    They pushed you with their arms?

18        A.    Yes.

19        Q.    Their hands were on your arms?

20        A.    Yes.  One each, one hand from here

21   and the other hand on my shoulder, and then

22   they pushed me down.  (Indicating.)

Page 126

1          Q.     When you say they pushed you down,

2     did you fall on the ground?

3          A.     Yes.

4          Q.     What part of your body hit the

5     ground first?

6          A.     Knee.

7          Q.     Did your head hit the ground?

8          A.     No.

9          Q.     After you are on the ground, what

10    did you do?

11         A.     I was -- I was asking them why

12    they are doing that.

13         Q.     And what did they say to you?

14         A.     They keep telling me to shut up.

15         Q.     Did any of the men have anymore

16    contact with you after this happened?

17         A.     Yes.

18         Q.     Can you describe what they did?

19         A.     They pushed me down.  I hurt my

20    knee.  And then I sit on the floor.  And then

21    I was asking them why they are doing that, I

22    didn't do anything.  He kept telling me to

1    shut up.  I said I want to know why you are

2    doing that.  He said shut up, you fucking al

3    Qaeda.  He kicked my feet, my leg.  Then I

4    said you shut up, I am a Catholic, you fucking

5    El Salvador.

6              And then also maybe a few minutes,

7    I tried to stand up.  When I was handcuffed, I

8    tried to stand up because the ground was cold

9    and my shirt was all the way up half naked.  I

10   was freezing.  I asked them, I said, can

11   anybody put my shirt down, I am freezing.

12   Nobody was listening to me.  And then there

13   was a guy there, I think I met him, I know his

14   name from Imad.  I asked him, I said, Sultan,

15   can you please put my shirt down?  I am

16   freezing.  And I speak in Arabic.  I told him

17   in Arabic.  I said please put my shirt down.

18   The guys, they looked at him, they say,

19   Sultan, he knows your name.  He says I don't

20   know him.

21              And I tried to stand up.  Mr.

22   Ramirez, he grabbed me from my hair and then

Page 128

1    he put me down and he slammed my head to

2    the --

3              THE INTEPRETER:  The sidewalk.

4              THE WITNESS:  The sidewalk.  And

5    then, I couldn't see anything after that

6    because I was dizzy.  I start crying and I

7    felt like I am dead.

8              BY MR. BRUCKHEIM

9        Q.    When Ramirez put his hand on your

10   head, were you trying to stand up at that

11   point or were you already standing?

12       A.    No, I was almost standing up.

13       Q.    As you were almost standing up he

14   pushed you down while holding onto your head?

15       A.    Yes.

16       Q.    And then he slammed your head onto

17   the sidewalk?

18       A.    Yes.  He keep holding on my hair

19   and then he slammed my head into the sidewalk.

20       Q.    After that happened, were you

21   bleeding?

22       A.    I was bleeding all that time,

1    since I went outside from the -- from when he

2    hit me the first time inside the club I was

3    bleeding all the time until I was outside.

4        Q.    Where were you bleeding from?

5        A.    I was bleeding from my nose and

6    then -- when he grabbed my hair and slammed

7    into the ground, I was bleeding from my head,

8    too.

9        Q.    Did anyone at any time wipe the

10   blood off of your face?

11       A.    No.

12       Q.    Just so I am clear, the three

13   times -- well, let me ask it this way.  You

14   have testified that Ramirez struck you three

15   times, that he punched you in your face, that

16   he kicked you in your leg, and that he grabbed

17   you by your hair and then slammed your head on

18   the sidewalk.

19            Are there any other times aside

20   from these where Ramirez hit you or touched

21   you?

22       A.    That is all I remember for this

1    moment.

2          Q.    Did any of the other men with

3    Ramirez punch you or kick you?

4                THE INTEPRETER:  Did you say with

5    Ramirez?

6                MR. BRUCKHEIM:  Yes.

7                THE WITNESS:  Inside the club,

8    yes.

9                BY MR. BRUCKHEIM

10         Q.    Inside the club?

11         A.    Yes.

12         Q.    Can you tell me what happened

13   inside the club?

14         A.    When they were -- when they

15   handcuffed me, they just kicked me in my back.

16         Q.    Could you see who kicked you in

17   your back?

18         A.    No.

19         Q.    You don't know which man kicked

20   you in your back?

21         A.    No.

22         Q.    Aside from that, are there any

Page 131

1    other times when these men, not Ramirez, hit

2    you or kicked you?

3         A.    No.

4         Q.    When you were outside on the curb,

5    were there people outside?

6         A.    Yes.

7         Q.    Would you say there were a lot of

8    people?

9         A.    What do you mean by a lot?

10        Q.    Well, would you say there was more

11   than 20?

12        A.    Yes.

13        Q.    More than 50?

14        A.    No.

15        Q.    Between 20 and 50?

16        A.    Yes.

17        Q.    You talked about someone named

18   Sultan.  When was the first time that you saw

19   Sultan during this incident?

20        A.    When we were coming into the club.

21        Q.    You saw him when you were coming

22   into the nightclub?

1         A.    Yes.

2         Q.    Did you say hi to him?

3         A.    No.

4         Q.    Have you had any conversations

5    with Sultan prior to the night of this

6    incident?

7         A.    No.

8         Q.    While you were sitting outside,

9    did there come a time when uniformed police

10   officers arrived?

11        A.    Yes.

12        Q.    From the moment in time when

13   Ramirez slammed your head against the

14   sidewalk, how much time went by before the

15   uniformed officers arrived?

16        A.    Maybe 10, 15 minutes.

17        Q.    During this 10 to 15 minutes, were

18   you sitting on the curb the whole time?

19        A.    No, I wasn't on the curb ever.

20        Q.    Okay.  Where were you?

21        A.    I was on the street.

22        Q.    Were you standing in the street or

1    were you sitting in the street?

2        A.    I was sitting in the street.

3        Q.    I am sorry?

4        A.    I was sitting in the street.

5        Q.    Were you sitting in the middle of

6    the street or towards the side of the street?

7        A.    Towards the sidewalk on the

8    street.

9        Q.    Did any cars pass by during this

10   10, 15 minutes?

11       A.    Maybe.

12       Q.    You are not sure?

13       A.    No.

14       Q.    During this 10 to 15 minutes when

15   you were outside, did you see Imad at all?

16       A.    No.

17       Q.    Did you see Marwan at all?

18       A.    No.

19       Q.    When the first uniformed officers

20   arrived, what happened?

21       A.    Two police officers, they came

22   with the uniform.  They stand -- I was looking

Page 134

1    at them.  I was down, sitting down, and they

2    were -- I was looking up.  And then he gave,

3    he took his handcuff and he hand it to Mr.

4    Ramirez.  He put the second handcuff on me.

5    And then he took another one.

6         Q.    Were these uniformed officers, did

7    you later learn them to be Officer Smith and

8    Officer Acosta?

9         A.    Yes.

10        Q.    When they were exchanging the

11   handcuffs, did they say anything to you?

12        A.    No.

13        Q.    Did you say anything to them?

14        A.    No.

15        Q.    Ramirez was right next to you at

16   that point?

17        A.    When they came?

18        Q.    Yes.

19        A.    Yes.

20        Q.    And during the handcuff exchange?

21        A.    He exchange it, Ramirez.

22        Q.    Did you tell Officers Smith and

1    Acosta that Ramirez had punched you in the

2    face?

3          A.     I told them that they assaulted

4    me.

5          Q.     Did you say the words they

6    assaulted me?

7          A.     Yes.

8          Q.     Did you point out to Officer Smith

9    and Acosta the men who had assaulted you?

10         A.     Yes.

11         Q.     Did you point out Officer Ramirez

12   to Officer Smith and Acosta?

13         A.     Well, they took me aside, like a

14   couple of feet away from the, from the four or

15   five guys that they were standing around me,

16   including Ramirez and the other four guys, and

17   then they asked me what happened.  I said the

18   guys that they were there, with the black guy,

19   they assaulted me.

20         Q.     Did you tell them about the al

21   Qaeda comments that Ramirez said to you?

22         A.     No.

Page 136

```
 1          Q.    To your knowledge, were all of the

 2     men who were involved in taking you out of the

 3     club outside of the club when Officer Smith

 4     and Acosta arrived?

 5               THE INTEPRETER:  (Indicating.)

 6               BY MR. BRUCKHEIM

 7          Q.    To your knowledge, were all of the

 8     men who took you out of the club outside of

 9     the club when Officer Smith and Acosta

10     arrived?

11          A.    I don't understand the question.

12     Can you repeat it, please?

13          Q.    I will ask it another way.

14               Officer Ramirez was outside when

15     Officer Smith and Acosta arrived?

16          A.    Ramirez was there.

17          Q.    Was Richmond Phillips there when

18     Smith and Acosta arrived?

19          A.    I don't know the names, but there

20     were a couple of guys there.

21          Q.    Do you know if these guys were the

22     off duty police officers or if they were
```

1    security working for FUR?

2              MR. KAPLAN:  Did he know or does

3    he know?

4              MR. BRUCKHEIM:  Did he know.

5              THE WITNESS:  Up to this moment I

6    didn't know that they were -- what they were

7    because they were wearing civilian clothes.

8              BY MR. BRUCKHEIM

9         Q.    Sitting here today, do you know

10   who the men were who were outside when Smith

11   and Acosta arrived?

12        A.    I know the faces, yes.

13        Q.    What did Officer Smith and Acosta

14   say to you after you told them that those men

15   had assaulted you?

16        A.    They asked me to go home.

17        Q.    When they asked you to do this,

18   were your hands still in handcuffs?

19        A.    No.

20        Q.    When did they take the handcuffs

21   off of you?

22        A.    When they arrived there, they

1    changed handcuffs on me.  And then Ramirez,

2    Mr. Ramirez, and Mr -- the two police officer,

3    they went for a couple, like five minutes

4    maybe, like maybe 15, 20 feet away from me,

5    and they were -- I don't know.  I think they

6    were talking together.  And then they came

7    back, they came back, the two officers, they

8    took the handcuffs off of me and they took me

9    outside, another 10 feet away from where I was

10   on the ground, and then they start asking

11   me -- they asked me for my ID.  And they -- I

12   give it to one of the officer.  And I told

13   them I have the address on the back of my

14   driver's license.  He went to his car.  And

15   then he came back with a camera and he wanted

16   to take a picture of me.  And then I told him

17   don't take any picture of me.  He said okay.

18   And then he handed me my ID.

19            Then I say, I told him that I --

20   those guys over there they assaulted me.  He

21   said, he said which guys?  I said those guys

22   over there.  And then he said, just go home.

Page 139

1    And then I said I don't -- I don't have my

2    keys.  They took my keys.  And then Imad was

3    behind me at that time, he came and he said I

4    got his keys -- he didn't say Ramirez, but

5    from the guys that were there.  And he asked

6    Imad to go and get the car.  And then he told

7    him to take him home.

8          Q.    Why didn't you want them to take

9    your picture?

10         A.    Well, for me, I think who take

11   pictures, especially police they take his

12   picture, he is like a criminal or something.

13   I am not a criminal.  And I have never done

14   anything wrong.  I have nothing to do with the

15   police.  And I have never been to a police

16   station in my life.  So that is one of the

17   reasons why I didn't want him to take a

18   picture of me.

19         Q.    You didn't want it to seem like

20   you were being arrested for a crime?

21         A.    I didn't want it be on the record

22   that I have been in a fight or something like

Page 252

1    out who she was?

2         A    No.

3         Q    And then I believe you testified

4    that she then climbed on the stage at some

5    point.  Is that correct?

6         A    Yes, sir.

7         Q    And then you climbed on the stage?

8         A    Yes, sir.

9         Q    And you continued to dance with

10   the same woman?

11        A    Yes, sir.

12        Q    How long were you on the stage

13   before anybody asked you to leave the stage?

14        A    Around ten or fifteen minutes.

15   But nobody told me to leave the stage.

16        Q    What caused you to start to walk

17   down the stairs?

18        A    I decided to leave on my own.

19        Q    Now, once you were grabbed from

20   behind, did you hear anybody identify

21   themselves as a police officer?

22        A    No, sir.

1    translate, that's fine.  But the ground rules

2    that we agreed upon was that she would

3    translate every question.

4              MR. FITZSIMMONS:  Well, I don't

5    remember the every question bit.  But --

6              MR. CORCORAN:  You weren't here

7    yesterday morning when we started then.

8              BY MR. FITZSIMMONS:

9         Q    Is there any aspect of what I've

10   asked you that you don't understand?

11        A    So far, no.

12        Q    Okay.  How did you become aware

13   that Mr. Alkadi met with Messrs. Rehman and

14   Fiorito?

15        A    He told me.

16        Q    Mr. Alkadi called you?

17        A    Told me, yes.

18        Q    Excuse me.  I thought you said

19   called.  You said told?

20        A    Yes, sir.

21        Q    That's just because it's a little

22   hard to hear here.

1          A        Okay.

2          Q        He told you.    Can you tell me when

3     Mr. Alkadi told you that he met with

4     Messrs. Fiorito and Rehman?

5                   MR. BRUCKHEIM:    I'm sorry.    Before

6     you answer that, for the record on behalf of

7     my clients, I would like every question be

8     interpreted, just because I don't want there

9     to be any questions later about his testimony.

10    If it's interpreted, we know he's going to

11    understand it.    He's not going to come back

12    later and say he didn't understand it.    That's

13    what we agreed to beforehand.    If he happens

14    to say or give an answer without saying he

15    needs an interpreter, then so be it.    But I

16    would like every question to be interpreted

17    for the record.

18                   MR. FITZSIMMONS:    Could we have

19    the question back, please.

20                   (The pending question was read.)

21                   (The interpreter resumed

22    translating the following questions.)

Page 306

1              THE WITNESS:  After when we went

2    to the station and -- after when we went to

3    the station and we filed complaint.

4              BY MR. FITZSIMMONS:

5        Q     After you went to the station.

6        A     Yes, sir.

7        Q     Your answer is a little vague.

8    How far after you went to the station?

9        A     Maybe the day after.

10       Q     The day after.  Why do you think

11   it was the day after?

12       A     Because he told me that,

13   Mr. Alkadi, he told me in the club on the

14   night, on FUR Night Club they already knew

15   that we already filed a complaint.

16       Q     Well, let me try my question

17   again.  Why do you think that he informed you

18   of this the day after?  Why do you think that

19   it was the next day as opposed to a month

20   later?

21       A     Because Imad Alkadi, he told me.

22       Q     He told you when?

Page 307

```
 1          A      The day after when we went to the
 2   police station and filed a complaint.
 3          Q      Where were you when he told you
 4   this?
 5          A      In my apartment.
 6          Q      He was there, too?
 7          A      I don't remember if he was there
 8   or he called me.
 9          Q      One or the other.
10          A      Yes, sir.
11          Q      What time of day was it when this
12   happened?
13          A      I don't know what time was it.
14          Q      Why are you so sure it was the
15   next day?
16          A      I just know it was the second day.
17          Q      What did Mr. Alkadi tell you about
18   this meeting?
19          A      He told me that they, they sent
20   him a message for me, for me to stop the
21   complaint.
22          Q      Well, let's try it another way.
```

Page 308

```
 1      What was the first thing he said to you about

 2      meeting Messrs. Fiorito and Rehman?

 3           A      He told me that the promoter of

 4      the club, Masoud, he called him and told him

 5      that he need to go to FUR Night Club to one of

 6      the -- I don't know.  What's his name, Fri --

 7      John?  What was the name of the guy?  Sorry.

 8           Q      No, you can continue.

 9           A      John Fiorito?

10           Q      Fiorito.

11           A      And he wanted, or Michael, they

12      wanted to talk to him.

13           Q      What else did Mr. Alkadi tell you?

14      What did he tell you next?

15           A      He said that if I keep going with

16      the complaint -- he said, "Tell your friend to

17      go and burn himself because he's not going to

18      get nothing.  And all the videotapes, they are

19      burned."

20           Q      Let's take another pass at this.

21      He told you to burn yourself?  Is that what it

22      was?
```

```
 1          A     Yes.

 2                MR. CORCORAN:  Objection.

 3                BY MR. FITZSIMMONS:

 4          Q     Mr. Alkadi literally said that the

 5    people at FUR suggested that you burn

 6    yourself?

 7          A     Yes, sir.

 8          Q     Is that an expression that's more

 9    common in Arabic than it is in English?

10          A     I don't know.  I can translate it

11    to her and see if she can say something else.

12          Q     Why don't you give that a try.  .

13                (Translation was provided by

14    witness to the interpreter.)

15                THE INTERPRETER:  It is to go and

16    burn himself.

17                BY MR. FITZSIMMONS:

18          Q     Well, that's a very unusual usage.

19                Whom did Mr. Alkadi purport to be

20    quoting in this respect?

21          A     I don't know who.

22          Q     Well, was it one of the FUR
```

1   people?

2          A      Yes, sir.

3          Q      But you don't know which one.

4          A      No, sir.

5          Q      What else did Mr. Alkadi have to

6   say about this meeting with Messrs. Fiorito

7   and Rehman?

8          A      That's all I remember at this

9   moment.

10          Q      You don't remember anything else.

11          A      No, sir.

12                 MR. FITZSIMMONS:  Madam reporter,

13   may I please have back the portion of his

14   answer that dealt with videotapes?

15                 (Record read by the reporter.)

16                 BY MR. FITZSIMMONS:

17          Q      Did Mr. Alkadi literally say, "All

18   the videotapes are burned"?

19          A      Yes, sir.

20          Q      Did Mr. Alkadi tell you how he

21   came by this information?

22          A      One of the guys at FUR that he met

1    that day or that night, they told him that.

2         Q    Is that what Mr. Alkadi

3    represented to you?

4         A    Yes, sir.

5         Q    This was the same day that you

6    were in touch with Lieutenant Allman regarding

7    your complaint.  Is that not correct?

8         A    I think so.

9         Q    Okay.  Did you contact Lieutenant

10   Allman and tell him that there were videotapes

11   that the police officers should be obtaining

12   from FUR?

13        A    No, sir.

14        Q    Did you have any such message for

15   anyone at the Metropolitan Police Department?

16        A    No.

17             MR. CORCORAN:  Objection to form.

18             THE WITNESS:  No, sir.

19             MR. FITZSIMMONS:  What's the

20   objection?

21             MR. CORCORAN:  Do you mean to say

22   did he deliver such message or did he express

1    such concern to anyone else?  That's the

2    question.

3                    BY MR. FITZSIMMONS:

4        Q     All right.  Let's go again.  Did

5    you talk with anyone at the Metropolitan

6    Police Department after you had spoken with

7    Mr. Alkadi about these videotapes and tell

8    anyone at the Metropolitan Police Department,

9    "As far as videotapes you should get them"?

10       A     No, sir.

11       Q     Did you talk with anyone outside

12   of the Metropolitan Police Department about

13   trying to obtain these tapes?

14                   MR. CORCORAN:  I caution the

15   witness not to disclose attorney-client

16   communications on this topic.

17                   THE WITNESS:  No, sir.

18                   BY MR. FITZSIMMONS:

19       Q     Do you recall the date when you

20   first hired legal counsel in this matter?

21       A     No, sir.

22       Q     Do you recall the month?

1    and answered.

2                    THE WITNESS:  No, sir.

3                    BY MR. FITZSIMMONS:

4         Q      Did you do anything on the night

5    in question that you regret having done?

6         A      No, sir.

7         Q      Mr. Mazloum, how many times did

8    you get on and off the stage on the night in

9    question?

10                   MR. CORCORAN:  Objection; asked

11   and answered.

12                   MR. FITZSIMMONS:  Brian, just for

13   the record, this is where it all starts up.

14   I'm going to do some reploughing.  If you want

15   to stand on the objection, that's fine.

16                   MR. CORCORAN:  I think I'll object

17   because we're now getting into the ten hour

18   mark.  I'm going to object when I see fit.

19   But I'll let you ask the question.  I didn't

20   tell him not to answer.

21                   BY MR. FITZSIMMONS:

22        Q      How many times?

1        A        Once.

2        Q        One time on and one time off?

3        A        Yes.

4        Q        How confident are you about that

5    recollection?

6        A        I'm very sure.

7        Q        You testified already, I believe,

8    that you went up one time to Mr. Persons and

9    he said, "No, you can't get on the stage," and

10   you went back down.  Is that correct?

11               MR. CORCORAN:  Objection; asked

12   and answered.

13               THE WITNESS:  I didn't go on the

14   stage the first time.  I just stepped one or

15   two steps up.  And then he asked me to wait.

16               BY MR. FITZSIMMONS:

17       Q        Didn't you say "wait or something"

18   yesterday?

19       A        Yes.

20       Q        Okay.  Well, you're not quite sure

21   what he said?  Is that the idea?

22       A        Yeah, I'm sure.

Page 318

1        Q       What did he say?

2        A       He said, "Wait.  Don't come here,"

3    or something like that, you know.

4        Q       Either "wait" or "don't come here"

5    or something.

6        A       He said, "Wait."  I don't know,

7    the noise there and everything.  But he said,

8    "Wait."  That's what I --

9        Q       Well, did he say, "Wait" or did he

10   say, "Don't come here"?

11               MR. CORCORAN:  Objection; asked

12   and answered.

13               THE WITNESS:  He said "Wait."

14               BY MR. FITZSIMMONS:

15       Q       Did you have any idea what he was

16   asking you to wait for?

17       A       No.

18       Q       Well, I take it since you said

19   there was one time when you were on the stage

20   and off the stage, that you weren't counting

21   that one time we just talked about with

22   Mr. Persons.

Page 334

1        A      The same way how you said it now.

2    I can't even, you know, say it like that.   I

3    don't understand the language to say those

4    couple words that you just said now.

5        Q      Well, did you tell them how you

6    got onto the stage?

7        A      I told them that I got onto the

8    stage.

9        Q      Did you tell them how you got onto

10   the stage?

11       A      I don't remember.

12       Q      Is it possible that you told them

13   that?

14       A      No.

15       Q      It's not possible?

16       A      No.

17       Q      Well, you've told us in your

18   testimony earlier in this deposition that you

19   got on by boosting yourself onto the stage.

20   Isn't that correct?

21       A      Yes, sir.

22       Q      And it's not possible that you

1              (Recessed at 3:47 p.m.)

2              VIDEOGRAPHER:  We're back on the

3    record at 3:02 p.m.)

4              BY MR. FITZSIMMONS:

5        Q    Sir, the report continues.

6    "Mazloum was dragged up the stairs through the

7    tunnel and out the front of the club."

8              Sir, did you give that information

9    to the FBI?

10       A    Not exactly.

11       Q    How is that statement incorrect?

12       A    When you say that they dragged me

13   up the stairs and the hallway and all the way

14   outside --

15       Q    That's incorrect?

16       A    That's incorrect.

17       Q    Okay.  What was correct about how

18   you got out of the club?

19             MR. CORCORAN:  Objection; asked

20   and answered.

21             THE WITNESS:  They hold me with my

22   two arms, they dragged me on the steps, and

1    then I walk outside.

2                BY MR. FITZSIMMONS:

3        Q      Okay.  When you got out the front

4    door of the FUR Night Club, there were steps

5    that led down to the sidewalk.  Is that

6    correct?

7        A      I think so.

8        Q      The men still had you by each arm

9    at that point?

10       A      I think so.

11       Q      But all three of you were walking?

12       A      Yes, sir.

13       Q      And you walked down the stairs

14   with the three men?

15       A      Yes, sir.

16       Q      While you were on the stairs, was

17   anybody -- excuse me.  Strike that.  While you

18   were on those -- strike that.

19              From the time that you exited

20   FUR's main front door to the time that you got

21   to the sidewalk in front of that front door,

22   was anyone hitting you?

Page 370

1              MR. CORCORAN:  Objection; asked

2    and answered yesterday.

3              THE WITNESS:  No, sir.

4              BY MR. FITZSIMMONS:

5         Q    At that same period of time was

6    anyone assaulting you other than in the sense

7    that they had you by the arms and were leading

8    you?

9         A    No, sir.

10        Q    The February 23, 2006 FBI report

11   continues.  "When uniformed MPD officers

12   arrived, Mazloum overheard Security 1 telling

13   the police that his hand had been injured in

14   the struggle."

15             Sir, did you give that information

16   to the FBI?

17        A    I don't remember.

18        Q    Is it possible you gave it to

19   them?

20        A    I don't remember.

21        Q    Do you have any reason to believe

22   when they write in their report "Mazloum