# EXHIBIT 3

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF COLUMBIA
 2
 3
 3   EMILE MAZLOUM                    :
 4                                    :
 4                 Plaintiff         :
 5                                    :
 5        vs.                         :   Civil Action No.
 6                                    :   1:06:CV 00002
 6                                    :   (JDB)
 7   DISTRICT OF COLUMBIA,           :
 7      et al.                        :
 8                                    :
 8                 Defendants :
 9
 9                      Washington, D.C.
10                      Tuesday, August 8, 2006
10
11   Videotaped Deposition of:
11
12              ANTHONY RAMIREZ
13   called for oral examination by counsel for
14   Plaintiff, pursuant to notice, at the offices
15   of Katten Muchin Rosenman, LLP, 1025 Thomas
16   Jefferson Street, N.W., East Lobby, Suite 700,
17   Washington, D.C. 20007-5201, before Renee A.
18   Feder, CSR, a Notary Public in and for the
19   District of Columbia, beginning at 9:30 a.m.,
20   when were present on behalf of the respective
21   parties:
22
```

1    told me no.  Obviously, that is going to give

2    me my answer.

3            Q.    So when you asked him for his

4    address, his Social Security number, his other

5    identifying information, it is your testimony

6    that you didn't know he was there to file a

7    complaint against you?

8            A.    That is correct.  I didn't know

9    until Lt. Taylor told me.

10           Q.    So after you took that

11    information, what happened next?

12           A.    I went back on the street.

13           Q.    So you took the personal

14    information.  Did you write -- what did you

15    write it in?

16           A.    Let me back up a little bit.

17    Because I had also called Lt. Allman and,

18    okay, asked him.  I said are you aware this

19    felon is in the station?  And was he arrested

20    last night?  And it was a rhetorical question,

21    I knew the answer.  He had told me he had

22    ordered Officer Smith and Acosta to place him

1        Q.     I thought you were in a conference

2   call with Smith.

3        A.     That was Acosta.

4        Q.     I am sorry.  Did Acosta deny that?

5        A.     Acosta said something to the

6   effect, dude, I am sorry, if my name comes up,

7   just give him my name.  I don't know what that

8   means.

9        Q.     So you called Modlin and you

10   called Fiorito's phone number?

11        A.     Yes.

12        Q.     John.  And you called John?

13        A.     I called John.

14        Q.     And tell me the conversation with

15   John.

16        A.     The best I can recall, I informed

17   him that Mr. Mazloum, you know -- I told him

18   the situation as I just related to you.  He

19   had come into the station, had not been placed

20   under arrest.  I wanted to know if he knew why

21   he had not been placed under arrest because he

22   had remained outside when Officer Phillips and

Page 178

1    I had returned inside the club.  He didn't

2    relay any information to me.  I asked him if

3    Mike Persons knew.  And he told me --

4          Q.    Wait a minute.  Before we get to

5    Mike Persons, you said he didn't relay any

6    information to you.  Did he say he didn't want

7    to discuss it?

8          A.    No, I mean, we really didn't know

9    what Smith and Acosta had done, or why they

10   didn't do what they should have done.

11         Q.    What did John say about what he

12   observed or what he thought should have been

13   done?

14         A.    I don't remember.  You need to ask

15   John.

16         Q.    All right.  Well, at some point we

17   will.

18         A.    Good.

19         Q.    So what do you recall in the

20   conversation with John?

21         A.    Just relaying that Mr. Mazloum was

22   in the station making a complaint.

1      Q.      And nothing else?

2      A.      That is it.

3      Q.      Okay.  And he said what to that?

4      A.      Oh.  Okay.  I mean, I don't

5   remember the very details.  It was just a

6   conversation that we had.

7      Q.      How long did this conversation

8   last?

9      A.      A minute, maybe two.

10      Q.      So, you told him that Mr. Mazloum

11   had come -- had made a complaint, had

12   apparently not been arrested.  He said he was

13   surprised to hear that.  And that was the end

14   of the conversation?

15      A.      To the best of my recollection,

16   yes.

17      Q.      Anything discussed in that -- who

18   did you speak to next?

19      A.      I believe I tried to get a hold of

20   Officer Phillips.  I don't remember being able

21   to reach him.  I believe that is it.

22      Q.      When you spoke to John, was there

Page 317

1          Q.     Yes?

2          A.     Correct.

3          Q.     Do you know whether John Fiorito

4    knew Lt. Taylor?

5          A.     I don't know.

6          Q.     Do you recall whether John Fiorito

7    said to you Lt. Taylor can come down to the

8    club, she can look around, she can look at the

9    security recordings, she can stop at CVS on

10   the way out and buy a disc to burn, whatever

11   she wants?

12         A.     I remember that.

13         Q.     You do remember that?

14         A.     I remember that.

15         Q.     Did you ever have any discussions

16   with Lt. Taylor about that invitation?

17         A.     No.  No, I did not.

18                MR. FITZSIMMONS:  I have no

19   further questions.  Thank you.

20                MS. PHILLIPS:  None.

21                MR. BRUCKHEIM:  Okay.  I just have

22   a couple of follow-up questions.