# EXHIBIT 4

1         UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF COLUMBIA
2
3
3   EMILE MAZLOUM                    :
4                                    :
4              Plaintiff             :
5                                    :
5       vs.                          :   Civil Action No.
6                                    :   1:06:CV 00002
6   DISTRICT OF COLUMBIA,            :   (JDB)
7     et al.                         :
7                                    :
8              Defendants            :
8
9                        Washington, D.C.
9                        February 26, 2007
10
10
11  Deposition of:
12              IMAD ALKADI,
13  called for oral examination by counsel for
14  Plaintiff, pursuant to notice, at the Offices
15  of the Attorney General, 441 4th Street, N.W,
16  6th Floor South, Washington, D.C., before
17  Lynell C.S. Abbott, a Notary Public in and for
18  the District of Columbia, beginning at 9:28
19  a.m., when were present on behalf of the
20  respective parties:
21
22

1  time. So I mean I would know.
2      Q    On occasions that evening when Mr.
3  Mazloum made his way on to the stage, do you
4  know by what means he got onto the stage?
5      A    I don't understand. What do you
6  mean by that?
7      Q    Well, there were stairs to the
8  stage. Right?
9      A    Yes.
10     Q    Did he go up the stairs to get
11 onto the stage on the occasions that he went
12 onto the stage?
13     A    Every time I saw him he was going
14 up the stairs.
15     Q    How many -- I'm sorry. Go ahead
16 if you're not finished.
17     A    I was going to ask you that. I
18 saw him twice, like I said earlier. I saw him
19 twice going up. I mean the first time he went
20 there and the second, I mean he went inside,
21 came out from the stairs, and the second time
22 the same thing.

```
 1        Q    Were you at the bottom of the
 2   stairs at the chain when that was occurring?
 3        A    No.  I was on the top.  Marwan was
 4   in the bottom.  Like I was saying, I was
 5   communicating with Marwan; like the whole time
 6   we were communicating.  Like, if I see
 7   somebody who is, you know, good looking, I'm
 8   like, "Yeah, go ahead.  Let them in."
 9   Basically Marwan's job was to just open the
10   rope and close it.  I'm the one who is making
11   the calls.
12        Q    Did you make the calls to let Mr.
13   Mazloum up?
14        A    No, because Marwan knows him.  I
15   didn't have to make the call.  He just let him
16   up.
17        Q    Did you see Marwan raise the chain
18   to let Mr. Mazloum up?
19        A    Yeah.
20        Q    How many times?
21        A    Twice.
22        Q    Do you know what approximate
```

```
 1   times?
 2        A    The first time he got in and then
 3   he left.  Then he came back in like 30 minutes
 4   and got back on again.  So it was like he
 5   maybe -- I mean he went inside the first time.
 6   He, you know, was roaming and maybe he didn't
 7   find anybody, he didn't find any girl that he
 8   likes or whatever.  He went and roamed in the
 9   club and came back again to the stage.  That's
10   what I'm guessing.
11        Q    You were on the stage this entire
12   time.
13        A    Yep.
14        Q    From what time did you start your
15   post on the stage?
16        A    Like 10:30.
17        Q    And from 10:30 until this incident
18   you were there the whole time?
19        A    Mmm-hmm.  We're supposed to be
20   there.
21        Q    I understand.  Well, strike that.
22   You were supposed to be there, but your
```

```
 1        A      No.
 2        Q      -- to the police?
 3        A      No.  The thing is I was dressed
 4   like a security because, you know, that's how
 5   I dress.  I always wear black suits.  So they
 6   thought we were security for the club.  I am a
 7   security for Masoud but not for FUR Night
 8   Club.  So whoever ask me, "What do you do
 9   here?" I tell them "I'm security, but not for
10   the club, for Masoud."
11        Q      So you think it was the police who
12   got the wrong impression --
13        A      Yes.
14        Q      -- that you were FUR security?
15        A      That's exactly what happened,
16   because when we went to the police station
17   they were telling me, they're like, "You know,
18   it's funny as a witness and this guy is
19   complaining saying that you guys beat him up
20   and hit him."  I'm like, "Not us.  You know,
21   we're not security for FUR Night Club.  We're
22   promoters for FUR Night Club.  We're security
```

```
 1    for Masoud but not for FUR Night Club."
 2    That's what I explained to, I guess it's the
 3    chief there at the police station.
 4         Q    Was it a man or woman?
 5         A    It's a lady.
 6         Q    Was it Lieutenant Taylor?
 7         A    I wish I can remember.  I don't
 8    remember.  She's black and she had like long
 9    hair.
10         Q    When you met with Michael Rehman
11    and John Fiorito that evening, did you take
12    any notes of that conversation?
13         A    No notes.  I didn't take anything.
14    Actually, I was at work.  So I had my headset
15    on and my radio.  I just came -- I drove.
16    It's like three minutes in the car.  I just
17    came with my radio and my headset.  I just
18    came.  I thought it was like a quick five
19    minutes they had questions for me and I had to
20    leave.  So I didn't take anything with me.
21         Q    So the answer is no.
22         A    No.  Sorry.  The answer is no,
```

1   Rehman that Mr. Fiorito wasn't talking to you
2   nicely?
3       A   Yes.
4       Q   Did Mr. Rehman ever tell you that
5   "John is very direct and you may not like what
6   he's saying but he's correct"?
7       A   No.
8       Q   Did he say any part of that?
9       A   He didn't say that.  He was like,
10  "Don't worry about what he's saying."  He was
11  basically saying, "Don't worry about him.
12  I'll call you and we'll talk about it."
13      Q   Did John Fiorito ever tell you
14  that you'd better be prepared to follow
15  through with what you told law enforcement
16  because if they found out you were lying you
17  could possibly be charged with making false
18  statements?
19      A   He actually told me that my friend
20  will, not me.  He said, "Your friend, he will
21  be, you know, sued for giving false
22  information," not to me, but my friend.

```
 1        Q    Did he ever call you an idiot in
 2   this conversation?
 3        A    Oh, no.
 4        Q    You're sure?  100 percent?
 5        A    He didn't call me an idiot.
 6        Q    Did he ever assert that you
 7   couldn't stay consistent even in what you were
 8   telling Michael and him?
 9        A    No.
10        Q    Did he ever say that a good
11   investigator was going to see through you?
12        A    No.
13        Q    Sir, let me direct your attention
14   to what has been marked as Alkadi Deposition
15   Exhibit No. 2.  And I direct you further to
16   the second page, which is Bates-stamped 1055.
17        A    Okay.
18        Q    Look particularly to the paragraph
19   that starts "Imad saw three men..."
20        A    Mmm-hmm.
21        Q    If you could please just skim this
22   paragraph and let me know when you're done.
```