# EXHIBIT 6

Page 1

1         UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF COLUMBIA
2
3
3    EMILE MAZLOUM                  :
4                                   :
4              Plaintiff            :
5                                   :
5         vs.                       :   Civil Action No.
6                                   :   1:06:CV 00002
6    DISTRICT OF COLUMBIA,          :   (JDB)
7       et al.                      :
7                                   :
8              Defendants           :
8
9                        Washington, D.C.
9                        October 25, 2006
10
10   Deposition of:
11
11              JOHN FIORITO,
12
13   called for oral examination by counsel for
14   Plaintiff, pursuant to notice, at the offices
15   of Katten Muchin Rosenman, LLP, 1025 Thomas
16   Jefferson Street, N.W., East Lobby, Suite 700,
17   Washington, D.C., before Zev V. Feder, CSR, a
18   Notary Public in and for the District of
19   Columbia, beginning at 9:41 a.m., when were
20   present on behalf of the respective parties:
21
22

```
 1      A.      No.
 2              (Discussion off the record.)
 3              BY MR. KAPLAN:
 4      Q.      What happened the next day?
 5      A.      Around 6:00 o'clock at night, my
 6  cell phone rang.  And it was Officer Ramirez
 7  calling me telling me that Mr. Mazloum and two
 8  of his friends were at the First District
 9  police station filing a complaint against him.
10  And I said, "Okay.  So why are you calling
11  me?"
12              He said, "Well, there are two guys
13  here saying they are with FUR Security."
14              I said, "Well, I don't know
15  anything about this.  I will call Dave.  I
16  will look into it for you and get back to
17  you."
18              I called Dave.  He said he had no
19  knowledge of this.
20              I contacted Ramirez back.  I said,
21  "I don't have any knowledge of FUR employees
22  down there with them."
```