# EXHIBIT 9

```
 1           UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF COLUMBIA
 2
 3
 3   EMILE MAZLOUM                  :
 4                                  :
 4               Plaintiff          :
 5                                  :
 5       vs.                        : Civil Action No.
 6                                  : 1:06:CV 00002
 6   DISTRICT OF COLUMBIA,          : (JDB)
 7      et al.                      :
 7                                  :
 8               Defendants         :
 8
 9                    Washington, D.C.
 9                    February 12, 2007
10
10
11   Deposition via Interpreter of:
12              MARWAN ABI-AAD,
13   called for oral examination by counsel for
14   Plaintiff, pursuant to notice, at the offices
15   of the Attorney General, 441 4th Street, N.W.,
16   6th Floor South, Washington, D.C., before
17   Lynell C.S. Abbott, a Notary Public in and for
18   the District of Columbia, beginning at 10:26
19   a.m., when were present on behalf of the
20   respective parties:
21
22
```

```
 1   were Middle Eastern.
 2        A     Correct.
 3        Q     Did you have any specific time in
 4   which you had to be at your shift by the
 5   stairs?
 6        A     Yes.  Around 10:00, 10:30.
 7        Q     And before it was time to take
 8   your shift, that's when you were just walking
 9   around the club?
10        A     Correct.
11        Q     During this time did you buy any
12   drinks?
13        A     No.
14        Q     Because you were going to be
15   working.
16        A     Correct.
17        Q     Did you buy any drinks for anyone
18   else to drink?
19        A     No.
20        Q     Did you observe Mr. Mazloum buying
21   any drinks?
22        A     Not at this moment.
```

1    Q    No.
2    A    It's a couple years ago.  If I'm
3  able to go back two years ago, then I'd
4  remember.
5    Q    You came back from the bathroom at
6  about 1:00 o'clock in the morning.
7    A    Mmm-hmm.
8    Q    And you went up the stairs?
9    A    Yes.
10   Q    For what reason?
11   A    Because that's my job.
12   Q    Your job was to be at the bottom
13 of the stairs, as I understood.
14   A    Yeah, I know.  Mr. Alkadi was down
15 the stairs.  So I want just to move my legs.
16 I went upstairs.
17   Q    How long was it from the time that
18 you got to the top of the stairs to the time
19 that you first saw Mr. Mazloum on the stage?
20   A    I'm not sure.
21   Q    Was it an hour?
22   A    I don't know.

```
 1      Q    It might have been an hour?
 2      A    I don't know.
 3      Q    Could it have been like a minute?
 4      A    I wish I knew, I would say, but I
 5 don't know.
 6      Q    What were you doing when you were
 7 at the top of the stairs?
 8      A    Checking the girls.
 9      Q    How did they look?
10      A    Awesome.
11      Q    Good?  Okay.  How many girls did
12 you look at?
13      A    That's a good question.  I don't
14 know.
15      Q    How much time did you spend per
16 girl?
17      A    I don't know.  I can't remember.
18      Q    You can't remember.
19      A    I can't.
20      Q    When you were at the top of the
21 stairs on the stage were you precisely looking
22 down at a position where you could look
```


Page 140

```
1    straight down the stairs or were you someplace
2    else?
3         A    No.  I was able to see down the
4    stairs.
5         Q    You were able to see straight down
6    the stairs from where you were at the top.
7         A    Yes.
8         Q    How close were you to the top of
9    where the stairs started going down?
10        A    Five foot.
11        Q    Five feet.  Five feet back from
12   it?
13        A    The stage, it's that high.  So
14   there is four or five steps.
15        Q    Yes.
16        A    So I was able to see like the
17   bottom of the stairs, everything.
18        Q    Let me try the question again.
19   There is a last portion of the stage before it
20   starts turning into steps.  Right?
21        A    Yeah.
22        Q    But you weren't on the steps at
```

1      A      Yeah.

2      Q      He walked down one step.

3      A      Yeah.

4      Q      And then he walked down another

5   step.

6      A      Yes.

7      Q      And he was down two steps and

8   Mr. Persons came up behind him.

9      A      Correct.

10     Q      Is your testimony that the first

11  time you saw Mr. Persons was when Mr. Mazloum

12  was on the second step down?

13     A      No.  I saw him before, I saw him

14  and I talked to him.

15     Q      No.  Let's try this again.  You

16  saw Mr. Mazloum go down the stairs.  Did you

17  see Mr. Persons with him as he was going down

18  the stairs?

19     A      No.  He was behind him.

20     Q      He was behind him, okay.  So when

21  you saw Mr. Mazloum's face for the first time

22  at that point at the top of the stairs,

1   Mr. Persons was behind him?

2        A    It took him a second to go the
3   first step and the second step.  And by that
4   time this other person came and he was pushing
5   him down.

6        Q    So until Mr. Mazloum hit the
7   second step you didn't see Mr. Persons at that
8   point.

9        A    No, because I was looking at
10  Emile.  So I didn't see the other guy.

11       Q    Is your testimony that Mr. Persons
12  was essentially chasing Mr. Mazloum down the
13  stairs?

14       A    No, no.

15       Q    He was following him, though?

16       A    I don't know.  However, when he
17  hit the second stair this is when he put his
18  hands on his back and he was hurrying him up.

19       Q    You saw Mr. Persons touch
20  Mr. Mazloum for the first time when
21  Mr. Mazloum was on the second step on the way
22  down?

```
1       A    Yes.
2       Q    And your testimony is that
3  Mr. Persons had never had any contact with him
4  up to that point.
5       A    I didn't see what happened.  I
6  hadn't seen him before.  All I saw when he
7  touched him when he was on the second step.
8       Q    We've got to try this again then.
9  You saw him touching him on the second step.
10 And your testimony is that before that point
11 of the second step touch, you had never seen
12 Mr. Persons having any physical contact with
13 Mr. Mazloum.
14      A    No, no.
15      Q    Do you know for a fact whether
16 Mr. Mazloum and Mr. Persons ever talked with
17 each other before you saw the two on the
18 stairs together that evening?
19      A    No.
20      Q    You don't know.
21      A    No.
22      Q    How long had you been working in
```

1    Mr. Mazloum is doing?

2          A     No. But if he put his hand so I
3    can be able to see through his hands, and
4    that's when he looked back and that's why I
5    think it happened like.

6          Q     I'm sorry, you lost me on that
7    one. Can you explain what you meant?

8          A     Okay. You said Mr. --

9          Q     Persons.

10         A     -- Persons is a big guy. He
11   wasn't between me and Emile.

12         Q     He was not?

13         A     Okay. He was pushing him. So I
14   don't know if you have been there.

15         Q     I have.

16         A     Okay. If you try to remember the
17   stairs, you can go here from the first step
18   and you can step from this side, also. So on
19   the second step he's not that low, Emile. So
20   the guy he's pushing him but I am able to see
21   between his hands like he's not doing like
22   this and pushing him. So he's pushing him.

1    There is space between Emile and Mr. Persons.
2    And I was on the wall, I was on this side.  So
3    I am able to see what's going on.
4         Q    How did Mr. Persons use his arms
5    and his hands as far as you could see?
6         A    In the beginning it was like he
7    put his hands on his shoulders like.
8         Q    Did it appear to you that
9    Mr. Persons was trying to push Emile down the
10   stairs?
11        A    Not pushing-pushing.  To rush him,
12   like --
13        Q    Like he was trying to escort him
14   out of the bar?
15             MR. CYNAMON:  Objection.  Go
16   ahead.  You can answer.
17             THE WITNESS:  Out of the stage.
18             BY MR. FITZSIMMONS:
19        Q    Okay, all right.  Both of his
20   hands you say were up at his shoulders?
21        A    Yes.
22        Q    Are you sure one wasn't at his