# EXHIBIT 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>        Defendants. | Civil Action No. 1:06 CV 00002 (JDB) |

## CERTIFICATE OF DIEGO SEQUEIRA

I, Diego Sequeira, do hereby declare and certify as follows:

1.  I am over the age of 18 years, am competent to execute this Certificate, and have knowledge of the statements made herein.

2.  I am the Operations Manager of Night and Day Management, LLC, d/b/a FUR Nightclub ("FUR").

3.  Until Plaintiff filed his Complaint in this action on January 4, 2006, FUR was unaware that Plaintiff planned to file an action against FUR itself and/or any FUR employee as a result of the altercations that occurred at FUR during the early morning of March 12, 2005.

4.  No one from the Metropolitan Police Department came to FUR to view or burn the video surveillance recordings made on March 11-12, 2005.

5.  The video surveillance cameras inside FUR are aimed at cash registers, the back door entrance, and the front door entrance.

6.  There is no camera aimed at the stage area, where an altercation between Michael Persons and Plaintiff began during the early morning of March 12, 2005.

7. There is no camera aimed at the Tunnel staircase inside FUR, where Plaintiff was handcuffed during the early morning of March 12, 2005.

8. I am one of the only two FUR employees—the second being David McLeod, FUR's Security Manager—with the four digit pin code to access FUR's computer-based video surveillance recordings.

9. Neither Mr. Rehman, Mr. Fiorito, nor anyone else at FUR even asked me to destroy any FUR video surveillance recording, including any recording from March 11-12, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

_____
Diego Sequeira

Executed: May 30, 2007

7. There is no camera aimed at the Tunnel staircase inside FUR, where Plaintiff was handcuffed during the early morning of March 12, 2005.

8. I am one of the only two FUR employees—the second being David McLeod, FUR's Security Manager—with the four digit pin code to access FUR's computer-based video surveillance recordings.

9. Neither Mr. Rehman, Mr. Fiorito, nor anyone else at FUR even asked me to destroy any FUR video surveillance recording, including any recording from March 11-12, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

_____
Diego Sequeira

Executed: May 30, 2007

2