UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>            Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>            Defendants. | Civil Action No. 1:06 CV 00002 (JDB) |

**ORDER**

**UPON CONSIDERATION OF** the Motion for Summary Judgment of Defendants Night and Day Management, LLC, Michael Rehman, John Fiorito, and Michael Persons (collectively, the "FUR Defendants"), the memorandum of points and authorities in support, any opposition thereto, and the entire record therein, it is this ____ day of _____, 2007 hereby:

**ORDERED** that the FUR Defendants' Motion for Summary Judgment be and is hereby **GRANTED** as to the reckless/negligent spoliation of evidence claim against Mr. Rehman, Mr. Fiorito, and FUR;

**ORDERED** that the FUR Defendants' Motion for Summary Judgment be and is hereby **GRANTED** as to the District of Columbia Human Rights Act claim against the FUR Defendants;

**ORDERED** that the FUR Defendants' Motion for Summary Judgment be and is hereby **GRANTED** as to the assault and battery claim against Mr. Persons and FUR; and it is further

**ORDERED** that Plaintiff's Complaint is hereby dismissed with prejudice as to the claims asserted against the FUR Defendants.

                                                                                                              _____  
                                                                                                              Judge, United States District Court  
                                                                                                              for the District of Columbia