UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-00002 (JDB) |
| | * | |
| DISTRICT OF COLUMBIA, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA
FOR AN EXTENSION OF TIME TO FILE ITS RESPONSE TO
THE SECOND AMENDED COMPLAINT**

Defendant District of Columbia, by and through the Office of the Attorney General, hereby moves this Court pursuant to Fed. R. Civ. Pro. 6 (b) (1) and LCvR 7 (m) for an order extending the time to file its response to the Second Amended Complaint from June 4, 2007 up to and including Friday June 8, 2007. The District states that there is just cause to grant this motion. In support of this motion the District rely on the attached Memorandum of Points and Authorities.

Respectfully submitted,

LINDA SINGER
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH [471953]
Assistant Attorney General
Civ. Lit. Div., Chief Section II

/s/DAVID A. JACKSON/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-00002 (JDB) |
| | * | |
| DISTRICT OF COLUMBIA, *et al*., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DISTRICT'S CONSENT MOTION FOR AN EXTENSION OF TIME
FILE ITS RESPONSE TO THE SECOND AMENDED COMPLAINT**

Federal Rules of Civil Procedure 6(b) (1) permits an extension of time when a request is made prior to the expiration of the time originally prescribed. In this case, this motion is timely as the date for the District to file its response to the Second Amended Complaint is today, June 4, 2007. The District seeks only a four day extension up to and including Friday June 8, 2007. No prejudice will result to the other parties, as all respective counsel have given their consent to this motion.

As a result of undersigned counsel's very busy trial calendar, undersigned counsel will not be able to meet the June 4, 2007, deadline to file the District's response to the Second Amended Complaint. During the past month, undersigned counsel has had two trials in the United Sates District Court for District of Columbia and trial preparation had consumed all of undersigned counsel's time.

The first trial, *Settles et al., v. District of Columbia*, CA No. 04-00288 (JR), was reverse discrimination case involving twenty-three (23) plaintiffs. The trial in the *Settles* case was held from

May 1, 2007 through May 4, 2007. Several weeks prior to the *Settles* trial, the court allowed Plaintiff to amend his complaint but also allowed the defendant to re-deposed twelve (12) of the twenty-three plaintiffs.

Immediately following the *Settles* case, undersigned counsel continued to prepare for his second trial, *Bowie v. Maddox, et al.*, CA No. 03-948 (RCL). The *Bowie* case commenced on May 14, 2007 and concluded on May 25, 2007. On several occasions undersigned counsel was called back to court to respond to questions from the jury.

Needless to say, trial preparation for the *Settles* and *Bowie* and the trials themselves have had a significant impact on undersigned counsel's ability to handle other pending matters.

Immediately following the *Bowie* trial, undersigned counsel had to complete two (2) summary judgment motions; *Cotton v. District of Columbia et al*, 05-1047 (RMU), motion filed May 31, 2007; *Jackson v. District of Columbia, et al*, 04-929 (EGS), motion filed June 1, 2007. In both of these cases, the respective judges extended the motion deadline due to undersigned counsel's trial schedule.

On June 4, 2007, undersigned contacted all counsel for the parties and each counsel gave consent to this motion. If this motion is granted it will not interfere with any future court dates in this matter.

WHEREFORE, the District requests that this motion be granted.

Respectfully submitted,

LINDA SINGER
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH [471953]
Assistant Attorney General
Civ. Lit. Div., Chief Section II


/s/DAVID A. JACKSON/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov