UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   C.A. No. 06-00002 (JDB) |
| | * |
| DISTRICT OF COLUMBIA, *et al*., | * |
| | * |
| Defendants. | * |
| | * |

**PROPOSED ORDER**

Upon consideration of Defendant District of Columbia's Consent Motion for an Extension of Time to File its Response to the Second Amended Complaint, the Memorandum of Points and Authorities in Support thereof, the consent of all counsel, and the entire record herein, it is this _____ day of June, 2007,

ORDERED that the District's Motion is GRANTED; and further

ORDERED that the District shall file its Response to the Second Amended Complaint on or before June 8, 2007.

_____
Judge John D. Bates
United States District Court
District of Columbia