# IN THE UNITED STATES DISTRICT COURT
## Civil Division

| | |
|---|---|
| EMILE MAZLOUM ) | |
| ) | |
| Plaintiff, ) | Civil Action No: 06-0002 |
| ) | |
| v. ) | Judge: John D. Bates |
| ) | |
| DISTRICT of COLUMBIA ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## AFFIDAVIT OF MIA POWELL LILEY

I, MIA POWELL LILEY, being duly sworn, states that the following is true to the best of my knowledge, information and belief:

1.  I am the Manager, Settlements and Judgments for the Tort Liability Division, District of Columbia Office of Risk Management. The Tort Liability Division receives, processes and investigates potential claims against the District of Columbia, pursuant to D.C. Official Code § 12-309 (2001 ed.). The Office of Risk Management commenced to receive potential claims on January 15, 2004.

2.  Receipt of written notice of claims against the District of Columbia, are forwarded directly to the Tort Liability Division for processing. When the Tort Liability Division receives notices of claims either from the Mayor's Office or directly, the Tort Liability Division records the receipt of such notice in its claims management system.

3. Claims previously handled by the Claims Unit for the Office of the Attorney General still under investigation as of January 15, 2004, were also transferred to the Office of Risk Management and recorded in its claims management system.

4. I have conducted a diligent search of the records placed in the Risk Management system in the DC Office of Risk Management. The result of this search has revealed that the Tort Liability Division of the District of Columbia Office of Risk Management, has not received a claim notice from Emile Mazloum that referred to claims described in the complaint in Civil Action No. 06-0002, On March 11th 2005 at the Fur Night Club in Washington D.C.

_____
MIA POWELL LILEY

**DISTRICT OF COLUMBIA, ss:**

I, Susana Suarez, a Notary Public in and for the District of Columbia, do hereby certify that MIA POWELL LILEY, whose name is signed to the foregoing affidavit, bearing the date of the 8 day of June, 2007, personally appeared before me and executed the said release, and acknowledged the same to be her act and deed.

Given under my hand and official seal this 8 day of June, 2007.

_____
NOTARY PUBLIC

My Commission Expires: _____

SUSANA SUAREZ
NOTARY PUBLIC OF COLUMBIA
My Commission Expires
August 14, 2010