UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-00002 (JDB) |
| | * | |
| DISTRICT OF COLUMBIA, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**PROPOSED ORDER**

Upon consideration of Defendant District of Columbia's Motion for Summary Judgment, the Memorandum of Points and Authorities in Support thereof, the Opposition thereto, the Reply, if any, and the entire record herein, it is this _____ day of _____ 2007,

ORDERED that the District's Motion is GRANTED; and further

ORDERED that Counts II, III and IV of the Second Amended Complaint shall be and hereby are DISMISSED against the District of Columbia.

So Ordered

_____
Judge John D. Bates
United States District Court
District of Columbia