UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-00002 (JDB) |
| | * | |
| DISTRICT OF COLUMBIA, *et al.*, | * | |
| | * | |
| Defendants. | * | |
| | * | |

**CONSENT PRAECIPE REGARDING DEADLINES FOR OPPOSITIONS AND REPLIES TO DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

On June 4, 2007, the Defendant District of Columbia filed a consent motion seeking a four (4) day extension of time to file its response to the Second Amended Complaint. In seeking an extension of time, the District's motion failed to request that the Plaintiff's deadline to file oppositions and replies to the District's motions also be extended accordingly.

This Court granted the District's motion and extended the date for the District to respond to the Second Amended Complaint up to and including June 8, 2007. In light of the extension of time granted to the District , the District hereby consents to extending the deadlines for oppositions up to and including July 9, 2007 and replies up to and including July 23, 2007. Counsel for all parties have agreed that the July 9, 2007 and July 23, 2007 extension shall apply only to oppositions and replies to the District's motions and all other deadlines previously established by this Court shall remain in effect.

A proposed order is attached.

Respectfully submitted,

LINDA SINGER
Attorney General

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH [471953]
Assistant Attorney General
Civ. Lit. Div., Chief Section II

/s/DAVID A. JACKSON/s/
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C.  20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail:  davida.jackson@dc.gov