UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | * |
| Plaintiff, | * |
| v. | *   C.A. No. 06-00002 (JDB) |
| DISTRICT OF COLUMBIA, *et al*., | * |
| Defendants. | * |

## **PROPOSED ORDER**

Upon consideration of the Defendant District of Columbia's Consent Praecipe Regarding Deadlines for Oppositions and Replies to Defendant District of Columbia's Motion to Dismiss or in the Alternative for Summary Judgment, the consent of counsel for the parties, and the entire record herein, it is this _____ day of _____ 2007,

ORDERED that the deadlines for Oppositions and Replies to the District's Motion to Dismiss or in the Alternative for Summary Judgment shall be extended as follows:

Oppositions shall be due on or before July 9, 2007;

Replies shall be due on or before July 23, 2007,

All other deadlines previously set by this Court shall remain in effect.

So Ordered

_____
Judge John D. Bates
United States District Court
District of Columbia