UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


| | | |
|---|---|---|
| EMILE MAZLOUM | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Civil Action No. |
| | : | 1:06:CV 00002 |
| | : | (JDB) |
| DISTRICT OF COLUMBIA, | : | |
| et al. | : | |
| | : | |
| Defendants | : | |


Washington, D.C.

Monday, January 29, 2007


Videotaped Deposition of:


EMILE MAZLOUM

called for oral examination by counsel for
Defendants, pursuant to notice, at the offices
of the Attorney General, 441 4th Street, N.W,
6th Floor South, Washington, D.C. 20001,
before Renee A. Feder, CSR, a Notary Public in
and for the District of Columbia, beginning at
9:54 a.m., when were present on behalf of the
respective parties:

Page 10

1   of you, please let me know.
2       A.   Okay.
3       Q.   We do have, as you can see, an
4   interpreter here to assist you.  If you answer
5   a question that I pose to you, I am going to
6   assume that you have understood the question.
7       A.   Okay.
8       Q.   We have a court reporter here that
9   will be taking down everything you say.
10      A.   Okay.
11      Q.   So, for her benefit, I would ask
12  that when you answer a question, please give a
13  verbal response instead of nodding your head
14  or just saying uh-huh.
15      A.   Okay.
16      Q.   We will be taking breaks today.
17  If you need to take a break, please let me
18  know and we can go off the record.
19          And I would also ask at this time,
20  madam court reporter, if you can swear in the
21  interpreter, as well.
22          (The interpreter, Ghada Attieh,

Feder Reporting Company
(202) 863-0000

Page 11

1   was sworn to translate the questions and
2   answers accurately and completely.)
3          BY MR. BRUCKHEIM
4       Q.   Mr. Mazloum, let's begin with a
5   basic question, which is could you just please
6   state your full name and spell it for the
7   record?
8       A.   My name is Emile Mazloum.
9   E-M-I-L-E.  M-A-Z-L-O-U-M.
10      Q.   Where were you born, sir?
11      A.   In Lebanon.
12      Q.   Were you raised in Lebanon?
13      A.   Yes.
14      Q.   How long did you live in Lebanon?
15      A.   Until, like, when I was 14 or 15
16  years old.
17          MR. FITZSIMMONS:  Mr. Mazloum,
18  pardon me, the ambient noise in this room is
19  pretty high.  Can you keep your voice up,
20  please?
21          THE WITNESS:  Sure.
22          BY MR. BRUCKHEIM

Feder Reporting Company
(202) 863-0000

Page 12

1       Q.   When you were 14 or 15, where did
2   you move to?
3       A.   I moved to Saudi Arabia.
4       Q.   And how long did you live in Saudi
5   Arabia?
6       A.   I got there on 1986 until 1999.
7       Q.   Did you come to the United States
8   from Saudi Arabia?
9       A.   Yes.
10      Q.   Did you have any family in the
11  United States?
12      A.   No.
13      Q.   Do you still have family in Saudi
14  Arabia?
15      A.   Yes.
16      Q.   How about Lebanon?
17      A.   Yes.
18      Q.   Brothers and sisters?
19      A.   Yes.
20      Q.   How many?
21      A.   Three sisters and three brothers.
22      Q.   Some live in Saudi Arabia and some

Feder Reporting Company
(202) 863-0000

Page 13

1   live in Lebanon?
2       A.   No, they are all in Lebanon.
3       Q.   In Lebanon?
4       A.   Yes.
5       Q.   Have you ever gone by any other
6   names other than Emile Mazloum?
7       A.   No.
8       Q.   When you came to the United
9   States, where was the first place that you
10  settled to live?
11      A.   I stayed in a hotel in Virginia.
12      Q.   Where did you go from the hotel in
13  Virginia?
14      A.   To an apartment with a guy that
15  they introduced me to.
16      Q.   You moved into an apartment with
17  someone you just met?
18      A.   Yes.
19      Q.   What is this person's name?
20      A.   Afif.
21      Q.   Are you friends with this person?
22      A.   Yes.

Feder Reporting Company
(202) 863-0000

Page 86

1   **A.   No, I pay by cash.**
2   Q.   Over the course of the night, from
3   the time you walked into the club until the
4   time that you left the club, how many drinks
5   did you consume on that evening?
6   **A.   I had two or three beers.**
7   Q.   So, for the entire night you had
8   two or three beers during the time you were
9   inside the club?
10  **A.   Are you talking about the club?**
11  Q.   I am talking just about the club,
12  not about before the club.
13  **A.   Yes.**
14  Q.   Forgive me, I know we discussed
15  this before.  Can you recall what time you
16  entered the club when you first arrived?
17  **A.   I don't know exactly, but around
18  10:00 o'clock, 10:05, or five minutes before.
19  I don't know exactly the minutes.**
20  Q.   When you left the club, that was
21  because of the incident that had happened.  Is
22  that right?

Page 87

1   **A.   Yes.**
2   Q.   Can you recall what time you left
3   the club?
4   **A.   Do you mean left the club or left
5   the street?**
6   Q.   When you left the club and got out
7   on the street, about what time was that, would
8   you say?
9   **A.   I don't know.  I was draggen out.
10  I don't have watch.  I lost my cell phone.
11  They was dragging me out.  They dropped me
12  outside.  They didn't give me a chance to look
13  at what time it was.**
14  Q.   Can you recall how long you were
15  in the club before the incident began inside
16  the nightclub?
17  **A.   Yes.**
18  Q.   How long?
19  **A.   Around two hours.**
20  Q.   Prior to the evening of March 11,
21  2005, have you ever been intoxicated before?
22  **A.   No.**

Page 88

1   Q.   Is it your testimony that -- let
2   me ask you this.  In your entire life, have
3   you ever been intoxicated before?
4   **A.   I never intoxicated.**
5   THE INTEPRETER:  I just want to --
6   intoxicated, you mean drunk?  It doesn't have
7   a different level?
8   MR. BRUCKHEIM:  I was going to
9   follow-up by asking are you familiar with the
10  term drunk?
11  THE INTEPRETER:  That is what I
12  translated.
13  THE WITNESS:  I never get drunk in
14  my life.
15  BY MR. BRUCKHEIM
16  Q.   You had testified about the amount
17  of alcohol that you had consumed in the
18  nightclub before the incident happened.  My
19  question to you is, did you feel like this
20  alcohol influenced you in any way?
21  **A.   No.**
22  Q.   Are you familiar with the term

Page 89

1   tipsy?
2   **A.   Yes.**
3   Q.   Were you tipsy on the evening of
4   March 11, 2005?
5   **A.   No.**
6   Q.   Prior to March 11, 2005, have you
7   ever been in a fistfight with anyone?
8   **A.   No.**
9   Q.   To your knowledge, prior to
10  March 11, 2005 has Imad ever been in a
11  fistfight?
12  **A.   Since when?**
13  Q.   I will state it another way.
14  Before March 11, 2005, did you
15  ever see Imad involved in a fistfight with
16  another person?
17  **A.   No.**
18  Q.   Prior to March 11, 2005, did Imad
19  ever tell you that he had been in a fistfight
20  with another person?
21  **A.   No.**
22  Q.   I am going to ask the same

Page 94

1          MR. KAPLAN:  Okay.  Fine.
2     BY MR. BRUCKHEIM
3     Q.    You said you climbed onto the
4  stage?
5     **A.    Yes.**
6     Q.    Did you climb onto the stage from
7  the front of the stage?
8     **A.    Yes.**
9     Q.    Are there stairs that also lead up
10  onto the stage?
11     **A.    Yes.**
12     Q.    Before you climbed onto the stage,
13  did you try to access the stage from the
14  stairs?
15     **A.    Yes.**
16     Q.    When you tried to access the stage
17  from the stairs, what happened?
18     **A.    There was two security there.  One**
19  **at the bottom of the stage and one at the top**
20  **of the stage.  The one at the bottom, there**
21  **was a chain there.  He took the chain and he**
22  **let me in.  I went up a couple of steps.  The**

Page 95

1  **other guy who is on top, he said wait.  So I**
2  **left.**
3     Q.    Did you recognize the security who
4  was at the top of the stairs?
5     **A.    Not at that moment.**
6     Q.    Did he eventually become known to
7  you as Michael Persons?
8          THE INTEPRETER:  (Indicating.)
9     MR. BRUCKHEIM:  Did he eventually
10  become known to him as Michael Persons?
11          THE INTEPRETER:  Michael Persons?
12     MR. BRUCKHEIM:  Yes.
13          THE WITNESS:  Yes.  After his
14  deposition.
15          BY MR. BRUCKHEIM
16     Q.    Did you know the security that was
17  working at the bottom of the stairs?
18     **A.    Yes.**
19     Q.    Who was the security working at
20  the bottom of the stairs?
21     **A.    Marwan Abi-Aad.**
22     Q.    Did you see Marwan let other

Page 96

1  people go up the stairs to the stage?
2     **A.    Yes.**
3     Q.    Did you see Marwan let other men
4  go up the stairs to the stage?
5     **A.    Yes.**
6     Q.    Was this right before you went to
7  Marwan to go up the stairs to the stage?
8     **A.    Yes.**
9     Q.    And when you got to the top of the
10  stairs, the bouncer told you not to go on the
11  stage?
12          MR. FITZSIMMONS:  Objection to the
13  characterization.
14          THE INTEPRETER:  Sorry, sir, you
15  have to repeat your question.
16          MR. BRUCKHEIM:  I will rephrase
17  it.
18          BY MR. BRUCKHEIM
19     Q.    When you got to the top of the
20  stairs, did the bouncer let you in --
21          MR. FITZSIMMONS:  Objection to the
22  characterization, the bouncer.

Page 97

1          BY MR. BRUCKHEIM
2     Q.    Did the security individual let
3  you onto the stage or tell you to go back
4  down?
5     **A.    No, he asked me to, (Indicating,)**
6  **To wait.**
7     Q.    He asked you to wait?
8     **A.    Yes.**
9     Q.    On the steps?
10     **A.    I don't know what he mean.  He**
11  **said wait.  (Indicating.)**
12     Q.    And when he said wait, what did
13  you do?
14     **A.    I left.**
15     Q.    And you went back down the stairs?
16     **A.    Yes.**
17     Q.    And did you go to the front of the
18  stage?
19     **A.    Yes.**
20     Q.    And you climbed onto the stage
21  from the front?
22     **A.    No.**

Page 98

1    Q.    What did you do when you were at
2  the front of the stage?
3    A.    I left -- the guy, the security
4  guy, the one who was at the top of the stage,
5  he told me to wait or go back, or something
6  like that. So I left. I went to the area
7  that is so many people there.  I had
8  somebody -- I didn't have somebody.  I saw
9  somebody there that I can be able to dance
10  with. So, I started dancing with her. And
11  then, maybe 10 or 15 minutes she climbed the
12  stage. And then she asked me to come with
13  her. So I went with her.
14    Q.    So when you started dancing with
15  this woman, the two of you were on the floor
16  first?
17    A.    Yes.
18    Q.    And then she climbed onto the
19  stage?
20    A.    Yes.
21    Q.    And you followed?
22    A.    Yes.

Feder Reporting Company
(202) 863-0000

Page 99

1    Q.    And then you were dancing on the
2  stage?
3    A.    Yes.
4    Q.    Did you have any contact with --
5  strike that. After you climbed onto the stage
6  to begin dancing with this woman, did you have
7  any contact with the security individual who
8  was at the top of the steps?
9    A.    No.
10    Q.    Did there come a time when someone
11  told you to get off of the stage?
12    A.    No.
13    Q.    How long did you dance on the
14  stage with this woman?
15    A.    Ten or 15 minutes.
16    Q.    After you danced with her for 10
17  or 15 minutes, did you get off of the stage?
18    A.    I was ready to go.
19    Q.    You were ready to leave the stage?
20    A.    Yes.
21    Q.    And did you leave the stage?
22    A.    I walked to the stairs. I went

Feder Reporting Company
(202) 863-0000

Page 100

1  one step down, and then somebody from behind,
2  he grabbed me.
3    Q.    Prior to that moment when somebody
4  grabbed you from behind, did any security
5  individual speak to you while you were dancing
6  on the stage?
7    A.    No.
8    Q.    So, as you began to walk down the
9  steps, you were grabbed from behind?
10    A.    Yes.
11    Q.    Can you describe how you were
12  grabbed?
13    A.    How do you want me to describe it?
14    Q.    Were you grabbed by somebody's
15  arms?
16    A.    Yes.
17    Q.    Where did that person put his or
18  her arms on your body when you were grabbed?
19    A.    In here, (Indicating.)
20    Q.    Around your arms?
21    A.    Around me.
22    Q.    So that person wrapped the arms

Feder Reporting Company
(202) 863-0000

Page 101

1  around you?
2    A.    Yes.
3    Q.    And after the person did that,
4  what did you do?
5    A.    I was trying to turn to see who is
6  doing that to me.
7    Q.    Were you able to see who was doing
8  that to you?
9    A.    No.
10    Q.    Were you ever able to see who that
11  person was who grabbed you at the top of the
12  steps?
13    A.    No.
14    Q.    After the person grabbed you, what
15  happened then?
16    A.    I tried to lose. So he -- he just
17  pushed me down to the floor, on the bottom of
18  the, on the bottom of the stairs.
19    Q.    He pushed you down the steps?
20    A.    Yes. He pushed me on the floor.
21    Q.    You pushed you on the floor?
22    A.    Yes.

Feder Reporting Company
(202) 863-0000

Page 102

1     Q.   Did he push you -- strike that.

2          Did he bring you down the steps

3 and then push you on the floor?

4     **A.   No.  When I was moving, we went**

5 **maybe one or two steps down.  I think the**

6 **whole entire steps is like five or four.  It**

7 **is not that big.  And then he pushed me down.**

8     Q.   So he let go of you when he pushed

9 you down?

10     **A.   Yes.**

11     Q.   Did he fall on top of you at all?

12     **A.   No.**

13     Q.   When you fell, how did you fall?

14     **A.   On my side.**

15     Q.   What was the first part of your

16 body that hit the floor when you fell?

17     **A.   You are talking about my body or**

18 **my arms?**

19     Q.   If your arms were the first part

20 to hit the floor --

21     **A.   Yes.**

22     Q.   -- that is what I am looking for.

Page 103

1     **A.   Yes, my arm.  My hand.**

2     Q.   So, when you fell, you landed on

3 your hand first?

4     **A.   Yes.**

5     Q.   Did your head hit the floor?

6     **A.   No.**

7     Q.   After you fell to the floor, what

8 happened after that?

9     **A.   He came after me.**

10     Q.   He is the security individual?

11     **A.   Yes.**

12     Q.   And what did he do?

13     **A.   He was just trying to hold me**

14 **down, put me on the floor.  Like keep me**

15 **there.**

16     Q.   Keep you on the floor?

17     **A.   Yes.**

18     Q.   Were you trying to get up?

19     **A.   Yes.**

20     Q.   How were you trying to get up?

21     **A.   I was trying to push up, to get**

22 **up.  (Indicating.)  And he keep pushing me**

Page 104

1 **down.**

2     Q.   Did you ever swing your arms at

3 him?

4     **A.   I was facing down.**

5     Q.   Okay.

6     **A.   The floor.**

7     Q.   So you weren't able to swing your

8 arms?

9     **A.   I could be able to swing my arms**

10 **but not on him.  I was swinging all over the**

11 **place to try to stand up.  And he keep pushing**

12 **me down.**

13     Q.   Did you use your feet to try to

14 stand up?

15     **A.   I used everything.  My feet, my**

16 **arms, everything.**

17     Q.   Were you able to stand up?

18     **A.   No, because he get help from**

19 **another couple of guys.**

20     Q.   So you were trying to get up and

21 he was pushing you down?

22     **A.   Yes.**

Page 105

1     Q.   And then a couple of other guys

2 came over?

3     **A.   Yes.**

4     Q.   Were you able to see these guys

5 when they came over?

6     **A.   No.**

7     Q.   Do you know how many guys came

8 over at that time?

9     **A.   No.  But a few guys, three or**

10 **four.**

11     Q.   Three or four?

12     **A.   Yes.**

13     Q.   When they came over, you were

14 facing the floor?

15     **A.   Yes.**

16     Q.   How did you become aware that

17 three or four guys had come over while you

18 were facing the floor?

19     **A.   Because I can still turn my head**

20 **around and I can see them around me.  Because**

21 **everybody, most likely all of the people that**

22 **were in the club, they moved aside when they**

Page 106

1  **start -- to see like there is a fight there or**
2  **something.**
3  MR. BRUCKHEIM:  It is almost a
4  quarter of.  Would you like to take our break
5  now and we will come back?
6  MR. CORCORAN:  It is up to you.
7  MR. BRUCKHEIM:  I think this is a
8  good time to stop.
9  VIDEOGRAPHER:  We are off the
10  record at 12:41 p.m.
11  (The luncheon recess was taken.)
12  A-F-T-E-R-N-O-O-N   S-E-S-S-I-O-N
13  VIDEOGRAPHER:  Back on the record
14  at about 1:48 p.m.
15  BY MR. BRUCKHEIM
16  Q.  Mr. Madloum --
17  MR. KAPLAN:  Mazloum.
18  BY MR. BRUCKHEIM
19  Q.  I am sorry.  I was already
20  thinking of my next question, I am sorry about
21  that, Mr. Mazloum.  Obviously, I know your
22  name even if I can't speak it on occasion.

Page 107

1  Before we took our break, you were
2  about to describe what had happened when you
3  said that three or four men came up behind you
4  while you were on the floor at the bottom of
5  the stage -- at the bottom of the stairs.
6  Excuse me.
7  A.  Yes.
8  Q.  Can you tell me what these men did
9  when they came up to you while you were on the
10  floor?
11  A.  **They drag me from the bottom of**
12  **the stairs of the stage to the other bottom of**
13  **the stairs that goes up to the tunnel to go**
14  **out.**
15  Q.  So, they dragged you across the
16  floor from the bottom of the steps that go up
17  to the stage to the next set of steps that
18  went up to the tunnel to leave the club?
19  A.  Yes.
20  Q.  Were you able to stand up and walk
21  at any time?
22  A.  No.

Page 108

1  Q.  Were you able to see these men
2  during the time you were dragged across the
3  floor from the stairs that led to the stage to
4  the stairs that led to the tunnel?
5  A.  No.
6  Q.  When you say dragged, can you
7  describe where you were being held on your
8  body?
9  A.  My arms.
10  Q.  Just on your arms?
11  A.  Yes.
12  Q.  Was one man holding your left arm
13  or more than one man?
14  A.  One.
15  Q.  Was one man holding your right arm
16  or more than one?
17  A.  One.
18  Q.  Could you see -- strike that.
19  Were any of these men in front of you?
20  A.  No.
21  Q.  Were you handcuffed at this time?
22  A.  No.

Page 109

1  Q.  Were you trying to stand up during
2  this time?
3  A.  Yes.
4  Q.  Were you trying to get your arms
5  free from the men who were holding your arms?
6  A.  Yes.
7  Q.  Is it fair to say you were
8  struggling as these men were dragging you
9  across the floor?
10  A.  My body, yes.
11  Q.  Were you trying to move your arms?
12  A.  Yes.
13  Q.  Were you yelling as you were being
14  dragged across the floor?
15  A.  Yes.
16  Q.  Is it fair to say you were
17  screaming as you were being dragged across the
18  floor?
19  A.  Yes.
20  Q.  Were you crying as you were being
21  dragged across the floor?
22  A.  No.

Page 110

1      Q.   Were you cursing at the men who
2   were dragging you across the floor?
3      **A.   No.**
4      Q.   Did you say any words while you
5   were being dragged across the floor?
6      **A.   What do you mean by any words?**
7      Q.   You had testified that you were
8   screaming.  Were you simply screaming or were
9   you saying actual words?
10     **A.   I was asking them to leave me**
11  **alone.**
12     Q.   Were you screaming anything else?
13     **A.   No.**
14     Q.   From the moment when the men
15  arrived when you were at the bottom of the
16  steps that led to the stage up to the moment
17  when you arrived at the stairs leading up to
18  the tunnel, did any of the men hit you with
19  their fists?
20     **A.   Do you mean by the time that they**
21  **got me from the stairs to the other stairs?**
22     Q.   Yes.  Only in that block of time.

Feder Reporting Company
(202) 863-0000

Page 111

1      **A.   No.**
2      Q.   What happened when you got to the
3   stairs that were leading up towards the
4   tunnel?
5      **A.   I -- they turned my arms, they**
6   **turned -- he step on my back.  Actually, he**
7   **just hit his feet on my back.  He twist my arm**
8   **and he put the handcuffs on me.  And the same**
9   **thing, the other one, he pushed with his feet**
10  **on my back and he twist the other arm and he**
11  **handcuffed the other arm.  And then when I was**
12  **trying to turn my head to see who is doing**
13  **that, he punched me on my face with his --**
14  **what do you call it?  (Indicating.)**
15        THE INTEPRETER:  Fist.
16        THE WITNESS:  Fist.
17        BY MR. BRUCKHEIM
18     Q.   When you were at the bottom of the
19  steps, were you able to see who put their foot
20  on your back before your arm was twisted
21  behind your back?
22     **A.   I can't see his face, no.**

Feder Reporting Company
(202) 863-0000

Page 112

1      Q.   Which arm was your first arm that
2   was twisted behind your back?  Was it your
3   left or your right?
4      **A.   My right hand.**
5      Q.   Were you able to see the man who
6   took your right hand and twisted it behind
7   your back?
8      **A.   No.**
9      Q.   Were you able to see the man who
10  put the handcuff on your right wrist after it
11  was twisted behind your back?
12     **A.   No.**
13     Q.   How long was it after your right
14  hand was handcuffed before your left arm was
15  twisted behind your back and handcuffed?
16     **A.   Seconds.**
17     Q.   Were you able to see the man who
18  twisted your left arm behind your back and put
19  the handcuff over your left wrist?
20     **A.   No.**
21     Q.   Before these men came up to you --
22  I am going to go backwards a little bit.

Feder Reporting Company
(202) 863-0000

Page 113

1   Before these men came up to you when you were
2   at the bottom of the steps next to the stage,
3   had you seen them before at the nightclub?
4      **A.   No.**
5      Q.   Did you know who these men were
6   when they came up to you the first time when
7   you were at the bottom of the steps?
8      **A.   No.**
9      Q.   Did these men ever identify
10  themselves as police officers?
11     **A.   No, they didn't.**
12     Q.   When you testified about being
13  handcuffed, was that the first moment when you
14  realized that these men might be police
15  officers?
16     **A.   No, I didn't know they were police**
17  **officers.**
18     Q.   From the moment that these men
19  arrived when you were at the bottom of the
20  steps that led up to the stage up to the
21  moment when both of your hands were
22  handcuffed, can you recall anything that these

Feder Reporting Company
(202) 863-0000

Page 114

1   men said to you?
2   **A.   Yes.**
3   Q.   What did they say to you?
4   **A.   To shut up.**
5   Q.   Did they say anything else?
6   **A.   No.**
7   Q.   So, it is your testimony that the
8   only words you heard from these four men from
9   the moment they arrived until the moment when
10  both of your arms were handcuffed behind your
11  back was shut up?
12  **A.   Yes.**
13  Q.   After both of your hands were
14  handcuffed, it is your testimony that one of
15  these men hit you in the face?
16  **A.   Yes.**
17  Q.   Could you see which man hit you in
18  the face?
19  **A.   Yes.**
20  Q.   To your knowledge, which of these
21  men hit your face?
22  **A.   I am sorry.  Could you say it**

Feder Reporting Company
(202) 863-0000

Page 115

1   **again?**
2   Q.   Do you know the name of which man
3   hit you in the face?
4   **A.   Well, I saw the guy.  I didn't**
5   **know at that moment what was his name until**
6   **later on the next day.  I know, I know what**
7   **was his name.**
8   Q.   And his name was?
9   **A.   Mr. Ramirez.**
10  Q.   When you were hit in the face,
11  where in your face were you hit?
12  **A.   My left eye and my nose.**
13  Q.   After you were hit in the face,
14  what happened?
15  **A.   Well, he hit me in the face with a**
16  **word saying shut up, you fucking al Qaeda.**
17  **And then I started bleeding.  And after that**
18  **they just, they dragged me outside and they**
19  **dropped me on the -- they took me from the**
20  **club, across the street, and they dropped me**
21  **on the ground.**
22  Q.   Let me go back and ask a couple of

Feder Reporting Company
(202) 863-0000

Page 116

1   questions about that.
2   It is your testimony that after
3   you were hit in the face, that Mr. Ramirez
4   said shut up, you fucking al Qaeda?
5   THE INTEPRETER:  You said after he
6   hit him in the face, right?
7   MR. BRUCKHEIM:  Yes.
8   THE WITNESS:  No, not after.  When
9   he was -- when he was hitting me, he said it
10  at the same moment when I was -- when I look
11  to see who was doing that, he hit me in the
12  face with the same time he was talking and he
13  said shut up, you fucking al Qaeda.
14  BY MR. BRUCKHEIM
15  Q.   So he said it at the same time he
16  hit you?
17  **A.   Yes.**
18  Q.   And this was at the bottom of the
19  stairs that led up to the tunnel?
20  **A.   The bottom of the stairs inside**
21  **the club.**
22  Q.   Inside the club.

Feder Reporting Company
(202) 863-0000

Page 117

1   After this happened, you said that
2   they -- did they drag you up the steps?
3   **A.   Yes.**
4   Q.   Was Mr. Ramirez one of the men who
5   was dragging you?
6   **A.   No.**
7   Q.   Can you identify which of the men
8   were dragging you up the steps?
9   **A.   Yes.**
10  Q.   Which men, if you know their
11  names, were dragging you up the steps?
12  **A.   I don't know their names.**
13  Q.   Can you recall what they looked
14  like?
15  **A.   Yes.**
16  Q.   Was one of the men African
17  American?
18  **A.   Yes.**
19  Q.   Did he have braided hair or
20  nonbraided hair?
21  **A.   I don't remember.**
22  Q.   Can you recall if he was taller or

Feder Reporting Company
(202) 863-0000

Page 118

1  shorter than you?
2      A.   I think he was taller than me.
3      Q.   With respect to the other man, can
4  you recall if he was African American?
5      A.   No.
6      Q.   Was he white?
7      A.   Well, I can't call him white.  It
8  doesn't -- I think he has skin like my skin.
9      Q.   But it is your testimony that
10  Mr. Ramirez was not one of the men who was
11  dragging you up the steps?
12      A.   He was with them but he wasn't
13  holding me.  I don't know if he was behind.
14  Behind.  Like they were together all of them.
15      Q.   When you were being dragged up the
16  steps, were you screaming anything at these
17  men?
18      A.   No.
19      Q.   Were you struggling?
20      A.   No.
21      Q.   Were you using your feet to try to
22  walk up the steps?

Page 119

1      A.   Yes.
2      Q.   When you got to the top of the
3  steps, did you use your feet to try to walk
4  out with them?
5      A.   Yes.
6      Q.   Were you able to walk out with
7  them while your hands were handcuffed behind
8  your back?
9      A.   Yes.
10      Q.   Were you falling over at any point
11  from the time when they began to take you up
12  the steps to the tunnel to the time when you
13  walked outside of the club, or left the club?
14  Excuse me.
15      A.   No.
16      Q.   When they had you by your arms and
17  were taking you up the steps, were you walking
18  up the steps with them?
19      A.   No.
20      Q.   When you got to the top of the
21  steps, and then were lead out of the club,
22  were you walking with them while they were

Page 120

1  holding your arms?
2          THE INTEPRETER:  Would you repeat
3  that question, please?
4          BY MR. BRUCKHEIM
5      Q.   When you got to the top of the
6  steps up to the point when you left the club
7  were you walking with the men while they were
8  holding your arms?
9          THE INTEPRETER:  Sir, I have to
10  ask you to repeat it again.
11          MR. BRUCKHEIM:  I will do it this
12  way.
13          BY MR. BRUCKHEIM
14      Q.   From the moment when you got to
15  the top of the steps up to the point when you
16  left the club, were you walking with the men
17  while they held you by your arms?
18      A.   Yes.
19      Q.   Aside from the time when you say
20  that Mr. Ramirez hit you in your face, did any
21  of these men use their fists on you up to the
22  time when you left the club?

Page 121

1      A.   No.
2      Q.   At any time up to the point when
3  you left the club, did you scream that you
4  were going to sue the club and the police?
5      A.   I didn't, I didn't say that I am
6  going to sue the club.  And I didn't know they
7  were police.
8      Q.   From the time after you left the
9  club and were outside -- strike that.
10          From the moment that you left the
11  club, did you ever scream the words that you
12  were going to sue the nightclub and the
13  police?
14      A.   No.
15      Q.   At any time during this entire
16  incident inside and then outside, did you ever
17  scream the words fuck the police?
18      A.   No.
19      Q.   At any time during this incident
20  both inside the club and then outside of the
21  club, did you ever call Mr. Ramirez an El
22  Salvador?

Page 122

1    **A.    Can you say from where to where**
2    **exactly?**
3        Q.    For the entire night, did you ever
4    call Mr. Ramirez an El Salvador at any time?
5        **A.    Yes, I did.**
6        Q.    And when was that?
7        **A.    When we went outside and they**
8    **dropped me on the floor, on the ground, he --**
9    **I was screaming and yelling to -- I am asking**
10   **them why are you doing that to me, I didn't do**
11   **anything.  He keep telling me shut up.  And**
12   **then he kick me and he said shut up, you**
13   **fucking, al Qaeda.  And then I said you shut**
14   **up, I am a Catholic, you fucking El Salvador.**
15       Q.    And this was outside?
16       **A.    Yes.**
17       Q.    Is it your testimony that Ramirez
18   called you an al Qaeda twice during the night?
19       **A.    Yes.**
20       Q.    When you were going up the steps
21   to the tunnel and then out of the club could
22   you see other people around you?

Feder Reporting Company
(202) 863-0000

Page 123

1        **A.    In one eye, yes.**
2        Q.    At any time did you see -- strike
3    that.  From the moment that these men first
4    came to you when you were at the bottom of the
5    steps near the stage to the moment when you
6    exited the club, did you ever see Marwan?
7        **A.    Yes.**
8        Q.    At what point did you see Marwan?
9        **A.    When the security of the club, he**
10   **pushed me down, he was still on the bottom of**
11   **the stairs.**
12       Q.    Was he at the bottom of the stairs
13   when the other men came over?
14       **A.    Yes.**
15       Q.    Did you hear him say anything or
16   see him do anything after the men came over?
17       **A.    After when I went down the stairs,**
18   **I didn't see him.  I just saw him when I was**
19   **going down.  That is it.  I didn't see him**
20   **after that.**
21       Q.    Did you see him outside -- strike
22   that.

Feder Reporting Company
(202) 863-0000

Page 124

1        Did you see him when you were
2    outside of the club?
3        **A.    No.**
4        Q.    At some point during this
5    incident, did you see Imad?
6        **A.    No.**
7        Q.    Did you see Imad outside of the
8    club?
9        **A.    Yes.**
10       Q.    You did not see Imad while you
11   were inside the club after the three men came
12   over to you?
13       MR. CORCORAN:  Objection to form.
14       THE WITNESS:  No.
15       BY MR. BRUCKHEIM
16       Q.    When you exited the club, you say
17   these men took you across the street?
18       **A.    Yes.**
19       Q.    Were you walking with them while
20   they held you by your arms?
21       **A.    Yes.**
22       Q.    After you got across the street,

Feder Reporting Company
(202) 863-0000

Page 125

1    what happened?
2        **A.    They pushed me down.**
3        Q.    Which men pushed you down?
4        **A.    The two men that they were holding**
5    **my arms.**
6        Q.    Ramirez did not push you down?
7        **A.    No.**
8        Q.    Do you know the names of the men
9    who did push you down?
10       **A.    No.**
11       Q.    When you say they pushed you down,
12   can you describe how that happened?
13       **A.    My arms, they were back.  And then**
14   **they just pulled my arms up and then they**
15   **pushed me, (Indicating.)  They pushed me down**
16   **with my arms.  (Indicating.)**
17       Q.    They pushed you with their arms?
18       **A.    Yes.**
19       Q.    Their hands were on your arms?
20       **A.    Yes.  One each, one hand from here**
21   **and the other hand on my shoulder, and then**
22   **they pushed me down.  (Indicating.)**

Feder Reporting Company
(202) 863-0000

Page 126

1    Q.    When you say they pushed you down,
2    did you fall on the ground?
3    **A.    Yes.**
4    Q.    What part of your body hit the
5    ground first?
6    **A.    Knee.**
7    Q.    Did your head hit the ground?
8    **A.    No.**
9    Q.    After you are on the ground, what
10   did you do?
11   **A.    I was -- I was asking them why**
12   **they are doing that.**
13   Q.    And what did they say to you?
14   **A.    They keep telling me to shut up.**
15   Q.    Did any of the men have anymore
16   contact with you after this happened?
17   **A.    Yes.**
18   Q.    Can you describe what they did?
19   **A.    They pushed me down.  I hurt my**
20   **knee.  And then I sit on the floor.  And then**
21   **I was asking them why they are doing that, I**
22   **didn't do anything.  He kept telling me to**

Page 127

1    **shut up.  I said I want to know why you are**
2    **doing that.  He said shut up, you fucking al**
3    **Qaeda.  He kicked my feet, my leg.  Then I**
4    **said you shut up, I am a Catholic, you fucking**
5    **El Salvador.**
6    **        And then also maybe a few minutes,**
7    **I tried to stand up.  When I was handcuffed, I**
8    **tried to stand up because the ground was cold**
9    **and my shirt was all the way up half naked.  I**
10   **was freezing.  I asked them, I said, can**
11   **anybody put my shirt down, I am freezing.**
12   **Nobody was listening to me.  And then there**
13   **was a guy there, I think I met him, I know his**
14   **name from Imad.  I asked him, I said, Sultan,**
15   **can you please put my shirt down?  I am**
16   **freezing.  And I speak in Arabic.  I told him**
17   **in Arabic.  I said please put my shirt down.**
18   **The guys, they looked at him, they say,**
19   **Sultan, he knows your name.  He says I don't**
20   **know him.**
21   **        And I tried to stand up.  Mr.**
22   **Ramirez, he grabbed me from my hair and then**

Page 128

1    **he put me down and he slammed my head to**
2    **the --**
3    THE INTEPRETER:  The sidewalk.
4    THE WITNESS:  The sidewalk.  And
5    then, I couldn't see anything after that
6    because I was dizzy.  I start crying and I
7    felt like I am dead.
8    BY MR. BRUCKHEIM
9    Q.    When Ramirez put his hand on your
10   head, were you trying to stand up at that
11   point or were you already standing?
12   **A.    No, I was almost standing up.**
13   Q.    As you were almost standing up he
14   pushed you down while holding onto your head?
15   **A.    Yes.**
16   Q.    And then he slammed your head onto
17   the sidewalk?
18   **A.    Yes.  He keep holding on my hair**
19   **and then he slammed my head into the sidewalk.**
20   Q.    After that happened, were you
21   bleeding?
22   **A.    I was bleeding all that time,**

Page 129

1    **since I went outside from the -- from when he**
2    **hit me the first time inside the club I was**
3    **bleeding all the time until I was outside.**
4    Q.    Where were you bleeding from?
5    **A.    I was bleeding from my nose and**
6    **then -- when he grabbed my hair and slammed**
7    **into the ground, I was bleeding from my head,**
8    **too.**
9    Q.    Did anyone at any time wipe the
10   blood off of your face?
11   **A.    No.**
12   Q.    Just so I am clear, the three
13   times -- well, let me ask it this way.  You
14   have testified that Ramirez struck you three
15   times, that he punched you in your face, that
16   he kicked you in your leg, and that he grabbed
17   you by your hair and then slammed your head on
18   the sidewalk.
19   Are there any other times aside
20   from these where Ramirez hit you or touched
21   you?
22   **A.    That is all I remember for this**

Page 130

1  **moment.**
2    Q.   Did any of the other men with
3  Ramirez punch you or kick you?
4          THE INTEPRETER:  Did you say with
5  Ramirez?
6          MR. BRUCKHEIM:  Yes.
7          THE WITNESS:  Inside the club,
8  yes.
9          BY MR. BRUCKHEIM
10    Q.   Inside the club?
11   **A.   Yes.**
12    Q.   Can you tell me what happened
13  inside the club?
14   **A.   When they were -- when they**
15  **handcuffed me, they just kicked me in my back.**
16    Q.   Could you see who kicked you in
17  your back?
18   **A.   No.**
19    Q.   You don't know which man kicked
20  you in your back?
21   **A.   No.**
22    Q.   Aside from that, are there any

Page 131

1  other times when these men, not Ramirez, hit
2  you or kicked you?
3   **A.   No.**
4    Q.   When you were outside on the curb,
5  were there people outside?
6   **A.   Yes.**
7    Q.   Would you say there were a lot of
8  people?
9   **A.   What do you mean by a lot?**
10    Q.   Well, would you say there was more
11  than 20?
12   **A.   Yes.**
13    Q.   More than 50?
14   **A.   No.**
15    Q.   Between 20 and 50?
16   **A.   Yes.**
17    Q.   You talked about someone named
18  Sultan. When was the first time that you saw
19  Sultan during this incident?
20   **A.   When we were coming into the club.**
21    Q.   You saw him when you were coming
22  into the nightclub?

Page 132

1   **A.   Yes.**
2    Q.   Did you say hi to him?
3   **A.   No.**
4    Q.   Have you had any conversations
5  with Sultan prior to the night of this
6  incident?
7   **A.   No.**
8    Q.   While you were sitting outside,
9  did there come a time when uniformed police
10  officers arrived?
11   **A.   Yes.**
12    Q.   From the moment in time when
13  Ramirez slammed your head against the
14  sidewalk, how much time went by before the
15  uniformed officers arrived?
16   **A.   Maybe 10, 15 minutes.**
17    Q.   During this 10 to 15 minutes, were
18  you sitting on the curb the whole time?
19   **A.   No, I wasn't on the curb ever.**
20    Q.   Okay.  Where were you?
21   **A.   I was on the street.**
22    Q.   Were you standing in the street or

Page 133

1  were you sitting in the street?
2   **A.   I was sitting in the street.**
3    Q.   I am sorry?
4   **A.   I was sitting in the street.**
5    Q.   Were you sitting in the middle of
6  the street or towards the side of the street?
7   **A.   Towards the sidewalk on the**
8  **street.**
9    Q.   Did any cars pass by during this
10  10, 15 minutes?
11   **A.   Maybe.**
12    Q.   You are not sure?
13   **A.   No.**
14    Q.   During this 10 to 15 minutes when
15  you were outside, did you see Imad at all?
16   **A.   No.**
17    Q.   Did you see Marwan at all?
18   **A.   No.**
19    Q.   When the first uniformed officers
20  arrived, what happened?
21   **A.   Two police officers, they came**
22  **with the uniform.  They stand -- I was looking**

Page 134

1    at them.  I was down, sitting down, and they
2    were -- I was looking up.  And then he gave,
3    he took his handcuff and he hand it to Mr.
4    Ramirez.  He put the second handcuff on me.
5    And then he took another one.
6        Q.    Were these uniformed officers, did
7    you later learn them to be Officer Smith and
8    Officer Acosta?
9        A.    Yes.
10       Q.    When they were exchanging the
11   handcuffs, did they say anything to you?
12       A.    No.
13       Q.    Did you say anything to them?
14       A.    No.
15       Q.    Ramirez was right next to you at
16   that point?
17       A.    When they came?
18       Q.    Yes.
19       A.    Yes.
20       Q.    And during the handcuff exchange?
21       A.    He exchange it, Ramirez.
22       Q.    Did you tell Officers Smith and

Page 135

1    Acosta that Ramirez had punched you in the
2    face?
3        A.    I told them that they assaulted
4    me.
5        Q.    Did you say the words they
6    assaulted me?
7        A.    Yes.
8        Q.    Did you point out to Officer Smith
9    and Acosta the men who had assaulted you?
10       A.    Yes.
11       Q.    Did you point out Officer Ramirez
12   to Officer Smith and Acosta?
13       A.    Well, they took me aside, like a
14   couple of feet away from the, from the four or
15   five guys that they were standing around me,
16   including Ramirez and the other four guys, and
17   then they asked me what happened.  I said the
18   guys that they were there, with the black guy,
19   they assaulted me.
20       Q.    Did you tell them about the al
21   Qaeda comments that Ramirez said to you?
22       A.    No.

Page 136

1        Q.    To your knowledge, were all of the
2    men who were involved in taking you out of the
3    club outside of the club when Officer Smith
4    and Acosta arrived?
5        THE INTEPRETER:  (Indicating.)
6    BY MR. BRUCKHEIM
7        Q.    To your knowledge, were all of the
8    men who took you out of the club outside of
9    the club when Officer Smith and Acosta
10   arrived?
11       A.    I don't understand the question.
12   Can you repeat it, please?
13       Q.    I will ask it another way.
14       Officer Ramirez was outside when
15   Officer Smith and Acosta arrived?
16       A.    Ramirez was there.
17       Q.    Was Richmond Phillips there when
18   Smith and Acosta arrived?
19       A.    I don't know the names, but there
20   were a couple of guys there.
21       Q.    Do you know if these guys were the
22   off duty police officers or if they were

Page 137

1    security working for FUR?
2        MR. KAPLAN:  Did he know or does
3    he know?
4        MR. BRUCKHEIM:  Did he know.
5        THE WITNESS:  Up to this moment I
6    didn't know that they were -- what they were
7    because they were wearing civilian clothes.
8    BY MR. BRUCKHEIM
9        Q.    Sitting here today, do you know
10   who the men were who were outside when Smith
11   and Acosta arrived?
12       A.    I know the faces, yes.
13       Q.    What did Officer Smith and Acosta
14   say to you after you told them that those men
15   had assaulted you?
16       A.    They asked me to go home.
17       Q.    When they asked you to do this,
18   were your hands still in handcuffs?
19       A.    No.
20       Q.    When did they take the handcuffs
21   off of you?
22       A.    When they arrived there, they

Page 138

1  changed handcuffs on me. And then Ramirez,
2  Mr. Ramirez, and Mr -- the two police officer,
3  they went for a couple, like five minutes
4  maybe, like maybe 15, 20 feet away from me,
5  and they were -- I don't know. I think they
6  were talking together. And then they came
7  back, they came back, the two officers, they
8  took the handcuffs off of me and they took me
9  outside, another 10 feet away from where I was
10  on the ground, and then they start asking
11  me -- they asked me for my ID. And they -- I
12  give it to one of the officer. And I told
13  them I have the address on the back of my
14  driver's license. He went to his car. And
15  then he came back with a camera and he wanted
16  to take a picture of me. And then I told him
17  don't take any picture of me. He said okay.
18  And then he handed me my ID.
19       Then I say, I told him that I --
20  those guys over there they assaulted me. He
21  said, he said which guys? I said those guys
22  over there. And then he said, just go home.

Feder Reporting Company
(202) 863-0000

Page 139

1  And then I said I don't -- I don't have my
2  keys. They took my keys. And then Imad was
3  behind me at that time, he came and he said I
4  got his keys -- he didn't say Ramirez, but
5  from the guys that were there. And he asked
6  Imad to go and get the car. And then he told
7  him to take him home.
8       Q.   Why didn't you want them to take
9  your picture?
10       A.   Well, for me, I think who take
11  pictures, especially police they take his
12  picture, he is like a criminal or something.
13  I am not a criminal. And I have never done
14  anything wrong. I have nothing to do with the
15  police. And I have never been to a police
16  station in my life. So that is one of the
17  reasons why I didn't want him to take a
18  picture of me.
19       Q.   You didn't want it to seem like
20  you were being arrested for a crime?
21       A.   I didn't want it be on the record
22  that I have been in a fight or something like

Feder Reporting Company
(202) 863-0000

Page 140

1  that. I want my record to be clean all my
2  life.
3       Q.   When Imad appeared with the car
4  keys, was that the first time that you saw him
5  since this incident began?
6       A.   Yes.
7       Q.   Did Imad then go and get your car?
8       A.   Yes.
9       Q.   While Imad was getting the car,
10  did you have any further conversation with
11  Officer Smith and Acosta?
12       A.   No.
13       Q.   How long did it take Imad to --
14  strike that.
15       Did Imad arrive next to you with
16  your car?
17       A.   He was on the street and I was on
18  the sidewalk.
19       Q.   Did you see him pull the car up?
20       A.   No.
21       Q.   But he did arrive in the car at
22  some point?

Feder Reporting Company
(202) 863-0000

Page 141

1       A.   Well, I didn't see him when he
2  pulled up, but I see him when he came. I saw
3  him when he came.
4       Q.   Okay. How long did it take him to
5  get the car?
6       A.   Around five minutes.
7       Q.   And during this time you were just
8  waiting for him?
9       A.   Yes.
10       Q.   And during this time you had no
11  further conversation with Officer Smith and
12  Acosta?
13       A.   No.
14       Q.   Now, when Imad arrived with the
15  car, what happened next?
16       A.   I walked -- I was walking to the
17  car. And then Imad asked me did they give you
18  any -- did they give you any report? I said,
19  no. He said maybe you should get a report.
20  And then I said okay. So I -- the two police
21  officer, they were already in the police car.
22  So I went there. He opened the window. I

Feder Reporting Company
(202) 863-0000

Page 142

1    said, officer, I need a report for what
2    happened to me tonight.  He said I can't give
3    you a report.  He said -- well, I have to get
4    a report.  The guys there they assaulted me
5    and I have to have the report.  He said, well,
6    if I am going to give you that report, I have
7    to take you to jail.  I opened up the police
8    car, the back door, I sit inside, and I said,
9    okay, take me to jail, just give me the
10   report.  They opened the doors.  They get out.
11   They came to my door.  They opened my door and
12   they took me out.  And Imad was behind me,
13   took me to the car and they put me inside the
14   car and they asked Imad to take me home.
15       Q.   When you got into the police car,
16   was it moving or was it standing still?
17       A.   No, it was parking.
18       Q.   When you say it was parking, was
19   it parked?  Was it standing still?  Or was it
20   moving slowly?
21       A.   It was on park.
22       Q.   The police car was in park?

Page 143

1        A.   Yes.
2        Q.   And you opened the door and got
3    into the police car?
4        A.   Yes.
5        Q.   Did you close the door?
6        A.   Yes.
7        Q.   And you asked them to take you to
8    jail?
9        A.   Yes.
10       Q.   Because you wanted a report?
11       A.   Yes.
12       Q.   And Officer Smith and Acosta did
13   not take you to jail?
14       A.   No.
15       Q.   And they took you out of their
16   car?
17       A.   Yes.
18       Q.   They did not strike you in any
19   way?
20       A.   No.
21       Q.   And this was on the morning of
22   March 12, 2005?

Page 144

1        A.   Yes.
2        Q.   Now, you got into your vehicle
3    with Imad?
4        A.   No.  They opened the back door and
5    they put me inside.
6        Q.   So you got into the back of your
7    car?
8        A.   Yes.
9        Q.   And Imad drove the car?
10       A.   Yes.
11       Q.   Where did Imad take you?
12       A.   To my house.
13       Q.   When he took you to the house, did
14   he stay with you?
15       A.   No.
16       Q.   Up to -- you had already testified
17   about how you were bleeding.
18       A.   Yes.
19       Q.   And that no one wiped the blood
20   off of your face?
21       A.   Yes.
22       Q.   Did you ever wipe the blood off of

Page 145

1    your face?
2        A.   No.
3        Q.   Did anyone wipe the blood off of
4    your face?
5        A.   Not that I remember.
6        Q.   So, from the moment when you left
7    the club to the moment when Imad dropped you
8    off at your apartment, no one had wiped the
9    blood off of your face?
10       A.   I don't think so.
11       Q.   I think I asked you this already.
12   When you got to your apartment, did Imad stay
13   with you or did he leave?
14       A.   I didn't go to the apartment.
15       Q.   Let me back up a little bit.  I
16   asked you where Imad took you when you left
17   FUR.
18       A.   He took me to the apartment, but
19   we didn't get in.
20       Q.   So he took you to your apartment
21   but you didn't go inside your apartment?
22       A.   No.

Page 154

1    MR. CORCORAN:  I will make my
2    objection for each.
3    MR. BRUCKHEIM:  I will give you a
4    standing objection for the next two guys.
5    BY MR. BRUCKHEIM
6    Q.    Is it your claim that Phillips
7    attacked you because of your Arab ethnicity?
8    A.    I don't know.
9    Q.    Is it your claim that Schneider
10   attacked you because of your Arab ethnicity?
11   A.    I don't know.
12   Q.    Do you think they would have
13   attacked you if you were not Arab?
14   A.    I don't know.
15   MR. BRUCKHEIM:  Just so everyone
16   knows, we have to change the videotape in ten
17   minutes.  When that happens we will take a
18   break.
19   BY MR. BRUCKHEIM
20   Q.    You went and filed a citizen
21   complaint report?
22   A.    Yes.

Feder Reporting Company
(202) 863-0000

Page 155

1    Q.    I will show that to you.
2    MR. BRUCKHEIM:  And ask that this
3    be marked as Exhibit Number 5.
4    (Document referred to marked
5    Deposition Exhibit No. 5 for identification
6    and subsequently attached to the deposition.)
7    BY MR. BRUCKHEIM
8    Q.    Mr. Madloum -- Mr. Mazloum.  I am
9    sorry, I don't know why I keep saying Madloum.
10   Would you please take a look at this and let
11   me know if you recognize this document?
12   A.    Yes.
13   Q.    This is the citizen complaint that
14   you filed for this case?
15   A.    Yes.
16   Q.    And this is your signature on the
17   complaint?
18   A.    Yes.
19   Q.    Certifying that to the best of
20   your knowledge and belief the information is
21   true and correct?
22   A.    This document, it was prepared on

Feder Reporting Company
(202) 863-0000

Page 156

1    my neighbor's apartment with the help of my
2    neighbor and a friend of mine.  Because of my
3    English is not that good I asked them to
4    translate it and write it down for me and I
5    have a very short time I have to give it to
6    the police.  So I say yes.
7    Q.    Who helped you prepare this
8    report?
9    A.    One of my neighbors.  Her name is
10   Terry.  And one of my friend, his name is
11   David.  And a friend of my neighbor, her name
12   is France.
13   Q.    Did you say France?
14   A.    Yes.
15   Q.    Did you review this document
16   before you signed it?
17   A.    Yes.
18   Q.    And it appeared to be true and
19   accurate as to what happened?
20   A.    Yes.
21   Q.    Now, you received -- did you hand
22   in this report to the police on March 10,

Feder Reporting Company
(202) 863-0000

Page 157

1    2005?
2    A.    No.  I faxed it to Lieutenant
3    Allman.
4    Q.    When did you fax it to Lieutenant
5    Allman?
6    A.    On the 13th I guess.
7    Q.    On March 13th?
8    A.    Yes.
9    Q.    Is it fair to say that this
10   statement is a fresh recollection by you as to
11   what happened that night?
12   A.    Most likely, yes.
13   Q.    Now, when you arrived at the
14   station to make a report, who did you see?
15   A.    When I was going -- when we were
16   going in, I saw Mr. Ramirez.  He was leaving
17   the station.
18   Q.    Did you recognize him?
19   A.    Yes.
20   Q.    Did you approach him?
21   A.    When he was walking out and we
22   were going in, yes.

Feder Reporting Company
(202) 863-0000

Page 158

1      Q.    And you asked him for his name?

2      A.    No. I followed him to his car.

3  He was leaving. I asked him to give me -- I

4  asked him may I have your name, officer?

5      Q.    And did he give you his name?

6      A.    He said -- he didn't look at me.

7  He said how can I help you? I say I just want

8  to know your name, officer. And then he

9  turned and he looked at me and he said, oh,

10 they didn't arrest you last night? I said,

11 oh, that was you then. May I have your name,

12 please? He said, go inside I will be there.

13     Q.    Did you go inside?

14     A.    I went inside. There was another

15 officer and a reception in the station. I

16 asked him for his name. He said what do you

17 want from him? I said this is the guy that he

18 assaulted me last night and I need to talk to

19 his supervisor.

20     Q.    Did you talk to his supervisor?

21     A.    He said give me five minute. And

22 then he went, he went inside, he came back and

Page 159

1  he said she is not here, but she is going to

2  be here in like 25, 20, 25 minutes, you can

3  wait for her. I said, okay, thank you.

4      Q.    Ramirez said that to you?

5      A.    No, the other officer that was in

6  the reception.

7      Q.    Did Ramirez ever tell you you

8  could not file a report?

9      A.    No.

10     Q.    Did he ever tell you to leave?

11     A.    No.

12     Q.    Did he ever refuse to give you his

13 information?

14     A.    He didn't give me his information.

15     Q.    Did he refuse to give you his

16 name?

17     A.    Yes, he asked me to go inside and

18 he would come.

19          VIDEOGRAPHER: One minute until

20 the end of the tape.

21          MR. BRUCKHEIM: Why don't we stop

22 here and take a break for ten minutes.

Page 160

1          VIDEOGRAPHER: The time is 3:11

2  p.m. We are going off the record of the

3  continuing videotaped deposition of Emile

4  Mazloum, end of Tape Number 2.

5          (A recess was taken.)

6          VIDEOGRAPHER: The time is 3:26

7  p.m. we are back on the record in the

8  continuing videotaped deposition of Emile

9  Mazloum, beginning Tape Number 3.

10          BY MR. BRUCKHEIM

11     Q.    Mr. Mazloum, did anyone from the

12 Metropolitan Police Department try to prevent

13 you from filing a citizen complaint report?

14          MR. KAPLAN: You mean once he got

15 to the police station?

16          MR. BRUCKHEIM: I will ask.

17          THE WITNESS: No.

18          BY MR. BRUCKHEIM

19     Q.    And no one from the Metropolitan

20 Police Department tried to prevent you from

21 filing a citizen complaint report when you

22 arrived at the station?

Page 161

1      A.    No.

2      Q.    Mr. Mazloum, I am going to show

3  you a document that your attorneys filed in

4  this case.

5          MR. BRUCKHEIM: Can we have this

6  marked as Exhibit Number 6?

7          (Document referred to marked

8  Deposition Exhibit No. 6 for identification

9  and subsequently attached to the deposition.)

10          MR. CORCORAN: Before you get to

11 that document, Mike, one clarification. Your

12 first question was did the witness ever stop,

13 do you mean ever at any time during the

14 incident or just on the next day?

15          MR. BRUCKHEIM: The question spoke

16 for itself and he answered it. Then I asked

17 when he was at the station and he answered

18 that question, as well.

19          MR. CORCORAN: I don't know

20 whether the witness understood the distinction

21 or not.

22          MR. BRUCKHEIM: Well, I am

Page 198

1    **A.   Yes.**
2    Q.   What happened next?
3    **A.   He asked me for my ID.**
4    Q.   And this, again, is the tall
5    uniformed officer?
6    **A.   Yes.**
7    Q.   What happened next?
8    **A.   I give him my ID.  And I told him**
9    **that I have the address on the back of my**
10   **driver's license.  He took the ID -- he handed**
11   **to the other police officer with the uniform,**
12   **the one that is a little bit shorter.  And**
13   **then he took the ID and he went to the police**
14   **car.**
15   Q.   What happened next?
16   **A.   He came back, he came back with**
17   **the ID.  And then he asked me, he asked me**
18   **what happened.  And then I said they -- I**
19   **pointed to the guys that they were there, I**
20   **told them that they assaulted me.**
21   Q.   Let me stop you there.  How long
22   was the shorter uniformed officer gone with

Page 199

1    your ID?
2    **A.   When the shorter officer, he took**
3    **the ID, I was telling the taller officer what**
4    **happened.**
5    Q.   So, after the shorter uniformed
6    officer took your ID, the taller officer asked
7    you what happened?
8    **A.   Yes.**
9    Q.   What did you say?
10   **A.   I told him the guys over there**
11   **with the black guy they assaulted me.**
12   Q.   I am sorry, did you say the guys
13   over there with the black guy?
14   **A.   Yes.**
15   Q.   Did you point in a particular
16   direction?
17   **A.   Yes.  They were like a couple of**
18   **feet away from us.**
19   Q.   And when you say "they", who was a
20   couple of feet away from you?
21   **A.   The guys that they assaulted me.**
22   Q.   Was Ramirez one of the individuals

Page 200

1    a couple of feet away from you?
2    **A.   Yes, sir.**
3    Q.   How many others were there a
4    couple of feet away from you?
5    **A.   I think there were four, five.  I**
6    **don't remember exactly.**
7    Q.   Was one of them the person that
8    you now know as Michael Persons?
9    **A.   I think so.**
10   Q.   And you made reference in your
11   response to the taller officer's question to a
12   black guy or a big black guy?
13   **A.   I was pointing to the guys that**
14   **they were standing there where there is black**
15   **guy was standing.  So they were altogether.**
16   Q.   Was the black guy that you had in
17   mind Mr. Michael Persons?
18   **A.   Yes.**
19   Q.   And can you tell me the direction
20   you were pointing?  In other words, was it
21   towards the nightclub or towards the street,
22   for example?

Page 201

1    **A.   The nightclub was on the left.**
2    **The guys they were there, (indicating.) and we**
3    **were here.**
4    Q.   The guys were further down the
5    sidewalk?
6    **A.   Yes.**
7    Q.   Did you say anything further in
8    response to the question by the tall uniform
9    officer what had happened?
10   **A.   I don't remember.**
11   Q.   Other than pointing and referring
12   to a black guy, did you give any further
13   description of any person who attacked you?
14   **A.   No.  But I assumed that he knows**
15   **because he already talked to Ramirez.  He**
16   **was -- he came there when the guys, they were**
17   **around me.  So I assumed he already knows what**
18   **I am talking about when I pointed them.**
19   Q.   But you had testified just a bit
20   earlier you weren't sure whether Ramirez and
21   the tall uniformed officer even talked to each
22   other when they went inside.  Is that right?

Page 210

1    Q.   Then what happened once Imad came
2  back?
3    A.   They went to the, the two police
4  officers they went to the police car.  And I
5  went to -- I was walking to my car, where Imad
6  he was parking.  And when I got there, Imad,
7  he asked me if they gave me a report.  I said
8  no.  And then he suggest maybe we should
9  have -- you should get a report from them for
10  what happened, for what they did to you.  So I
11  went to the police car.  When I get there, he
12  opened the window.  And then I asked him, I
13  said I need a report.  And then he said, I am
14  not going to give you the report.  I said,
15  well, I need the report.  I am not, I am not
16  going to leave until you give me the report.
17  He said, if I have to give you a report, then
18  I have to take you to jail.  So, I opened the
19  back door of the police car, I sit in the
20  inside.  I closed the door.  And I said, okay,
21  take me to jail, just give me the report.  And
22  then they opened the doors, they came to my

Page 211

1  door, they opened it, they took me from inside
2  and they put me on my car and they asked Imad
3  to take me home.  And then they left.
4    Q.   Do you remember Imad or anyone
5  else saying that you were drunk?
6    MR. KAPLAN:  To whom?
7    MR. SCHIFFERLE:  To anyone.
8    BY MR. SCHIFFERLE
9    Q.   Outside of the club.
10    A.   No.
11    Q.   Do you remember Imad or anyone
12  else saying while you were outside of the club
13  that you get like this when you are drunk, or
14  something to that effect?
15    A.   No.
16    Q.   While you were outside of the
17  club, do you remember Imad or anyone else
18  apologizing for your behavior?
19    A.   No.
20    Q.   Did you ever tell either the
21  uniformed officers that you fell down stairs
22  inside the club?

Page 212

1    A.   No.
2    Q.   Did you ever tell either uniformed
3  officer that you just wanted to go home?
4    A.   No.  He asked me to go home.
5    Q.   Did you ever say that you wanted
6  to go home?
7    A.   No.
8    Q.   Did you ever say to either
9  uniformed officer that you were sorry?
10    A.   No, sir.
11    Q.   After the uniformed officers first
12  went back to their car and you went to Imad,
13  it was Imad who suggested that you get a
14  report from the uniformed officers?
15    MR. CORCORAN:  Let me just object.
16  You know, I am trying to give you leeway
17  because, obviously, there is overlap between
18  what the defendants want to ask the witness.
19  We understand that.  However, we are starting
20  to repeat testimony over and over again from
21  this witness.  And I urge counsel tomorrow,
22  especially, to try to limit their questioning

Page 213

1  to things that the witness has not already
2  been asked.
3    MR. SCHIFFERLE:  I am trying not
4  to be repetitive, but I do want to go in order
5  so we understand where everything fits in
6  relations to everything --
7    MR. CORCORAN:  He has already
8  testified to the fact that Imad suggested that
9  to him.
10    MR. KAPLAN:  Two times.
11    MR. SCHIFFERLE:  That is correct.
12    THE WITNESS:  Yes.
13    BY MR. SCHIFFERLE
14    Q.   Did you understand more
15  specifically what he meant by getting a
16  report?
17    A.   Yes.  Like a complaint.
18    Q.   Now, when you went back to the
19  uniformed officers, when they were in their
20  car, was the car, the police car, in a parking
21  spot or was it in a traffic lane?
22    A.   No, it was in the street.

Page 216

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


EMILE MAZLOUM                    :

                                 :

                Plaintiff   :

                                 :

        vs.                      :   Civil Action No.

                                 :   1:06:CV 00002

                                 :   (JDB)

DISTRICT OF COLUMBIA,            :

   et al.                        :

                                 :

                Defendants :


                        Washington, D.C.

                        Tuesday, January 30, 2007


Videotaped Deposition of:


                    EMILE MAZLOUM

called for oral examination by counsel for

Defendants, pursuant to notice, at the offices

of the Attorney General, 441 4th Street, N.W,

6th Floor South, Washington, D.C. 20001,

before Lynell C.S. Abbott, a Notary Public in

and for the District of Columbia, beginning at

9:39 a.m., when were present on behalf of the

respective parties:

Page 221

1        VIDEOGRAPHER:  Would the court
2   reporter please swear in the interpreter.
3        (Whereupon, the interpreter was
4   duly sworn by the Notary.)
5        (Except where noted, all questions
6   were translated by the interpreter and the
7   witness provided answers without the aid of
8   the interpreter.)
9   EXAMINATION FOR DEFENDANTS ACOSTA AND SMITH
10       BY MR. SCHIFFERLE:
11    Q    Good morning, Mr. Mazloum.
12    A    **Good morning.**
13    Q    I want to jump back in time a
14  little bit from where we ended yesterday.  Did
15  you say at some point the shorter uniformed
16  officer wanted to take your picture with a
17  camera?
18    A    **Yes.**
19    Q    Did that officer say why he wanted
20  to take your photo.
21    A    **No.**
22    Q    After the taller uniformed officer

Page 222

1   asked you what had happened, did at any point
2   after that either uniformed officer ask for
3   more information from you?
4     A    **Yes.**
5     Q    What was asked?
6     A    **They asked me what happened.**
7     Q    Right.  And after they asked you
8   what happened and you gave your response, did
9   either uniformed officer after that ever ask
10  you for more information about what happened
11  and who had attacked you?
12    A    **They asked me what happened.  And
13  I pointed the guys, that they were there.  And
14  I told them that they assaulted me.  And
15  that's it.**
16    Q    And after you gave that response,
17  at any point after that neither of the
18  uniformed officers asked you for more
19  information, to give a more detailed response?
20    A    **No.**
21    Q    When you were asked by one of the
22  uniformed officers to go home, did you have a

Page 223

1   response to that?
2     A    **Yes.**
3     Q    What did you say?
4     A    **I told him that the guys,** that
5   **they assaulted me, they took my car keys.**
6     Q    And after that you saw Imad and he
7   indicated he had your car keys?
8     A    **Yes.**
9     Q    Did you ever tell Imad to go
10  inside the club, not to get involved, anything
11  like that?
12    A    **I don't remember.**
13    Q    Now, jumping a little forward in
14  time to where we left off yesterday, we were
15  discussing when you went up to the police car
16  after the police officers had gotten back into
17  their car.
18       When you went up to the police
19  car, was it in a traffic lane on the street or
20  was it in a parking lane on the street?
21       MR. CORCORAN:  Objection; asked
22  and answered.

Page 224

1        THE WITNESS:  It was on the
2   street.
3        BY MR. SCHIFFERLE:
4     Q    Was there, in the direction that
5   the police car was pointed, a parking lane
6   along the curb as well as a travel lane for
7   traffic?
8     A    **I think so.**
9     Q    There was both a parking lane and
10  a traffic lane?
11    A    **I don't remember.**
12    Q    Was the engine of the police car
13  running when you went up to the police car?
14    A    **Yes.**
15    Q    Who was driving the police car?
16    A    **I think the taller officer.**
17    Q    And is it the taller officer that
18  you spoke with through the window?
19    A    **Yes.**
20    Q    Did you explain to that officer
21  what type of report you wanted him to take?
22    A    **Yes.**

Page 225

1    Q    What did you explain?
2    A    I told him that I need a report
3  for the assault that happened to me from the
4  guys that I pointed to him.
5    Q    Did you provide any further
6  explanation of what sort of report you wanted?
7    A    No.
8    Q    Did either uniformed officer ever
9  tell you that you could not file a report at a
10  police station?
11    A    Well, when I asked them I need it,
12  he said, "If I'm going to give it to you I
13  have to take you to jail." So I asked him to
14  take me to jail and just give me the report.
15  And he say no.
16    Q    Did either uniformed officer tell
17  you, though, that you could not go to a police
18  station later and make a report?
19    A    No.
20    Q    Did either uniformed officer give
21  any further explanation why they would have to
22  take you to jail?

Page 226

1    A    No, no.
2    Q    Did either uniformed officer tell
3  you that you hadn't done anything wrong?
4    A    No.
5    Q    Did either uniformed officer tell
6  you something to the effect that they were not
7  a taxi service?
8    A    No.
9    Q    And then you opened the back door
10  of the police car and got inside.
11    A    Yes.
12    Q    Did you ask permission of either
13  uniformed officer to get inside their car?
14    A    They told me that they are going
15  to take me to jail if I need the report. And
16  I wanted the report, so I thought that I
17  should be inside so they could take me to jail
18  and give me the report.
19    Q    Did you, before opening the door
20  to the police car, ask them specifically if it
21  was okay if you got inside?
22    A    No.

Page 227

1    Q    And you told the officers to take
2  you to jail.
3        MR. CORCORAN:  Objection; asked
4  and answered.
5        THE WITNESS:  Yes.
6  BY MR. SCHIFFERLE:
7    Q    Were you screaming or yelling or
8  raising your voice during this time?
9    A    No.
10    Q    Did either uniformed officer
11  during this time ask you for more information
12  or a further description of who attacked you?
13    A    I don't remember at this moment.
14    Q    Once you got in the car, did
15  either uniformed officer tell you to get out
16  of the car?
17    A    No.
18    Q    Did they give you, that is, did
19  either uniformed officer give you any warning
20  at all before they attempted to remove you
21  from the car?
22    A    No.

Page 228

1    Q    When the uniformed officers tried
2  to remove you from the car, did you resist
3  them?
4    A    No.
5    Q    Did you grab onto the seat or
6  headrest or any part of the car to try to stay
7  in the car?
8    A    No.
9    Q    How did they get you out of the
10  car?
11    A    They hold my hands and they pulled
12  me out.
13    Q    And you complied, you did not
14  resist with that?
15    A    No.
16    Q    No, you did not resist?
17    A    No, I didn't resist.
18    Q    Did you notice whether either
19  uniformed officer was startled, surprised when
20  you got into the car?
21    A    I don't know.
22    Q    Did you tell them that you were