UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


EMILE MAZLOUM                   :

                               :

              Plaintiff  :

                               :

     vs.                       :   Civil Action No.

                               :   1:06:CV 00002

DISTRICT OF COLUMBIA,          :   (JDB)

  et al.                       :

                               :

              Defendants :


                    Washington, D.C.

                    February 26, 2007


Deposition of:

          IMAD ALKADI,

called for oral examination by counsel for

Plaintiff, pursuant to notice, at the Offices

of the Attorney General, 441 4th Street, N.W,

6th Floor South, Washington, D.C., before

Lynell C.S. Abbott, a Notary Public in and for

the District of Columbia, beginning at 9:28

a.m., when were present on behalf of the

respective parties:

Page 38

1  Love Night Club.
2      A    No.
3      Q    You're not working at FUR.
4      A    No.
5      Q    You're not working at any other
6  club.
7      A    No.  Sometimes I do promotions at
8  different clubs.  Like I said, like when they
9  gave me the offer and I have something, I just
10 go ahead and do it.  Like at Love I just had
11 an offer but I was busy.  I didn't do it.
12 Home Night Club, same thing.  So I can't say
13 I'm not working because, you know, promotion
14 is always when there's a special offer they
15 give you, you just go and start doing it.
16 They tell you, "I want you to throw a party
17 this date."  You just go and do it.  So I'm
18 basically on call.  I don't have a contract
19 with them or anything, but I always have
20 people going there throwing parties and stuff.
21     Q    Tell me all the clubs that you
22 have worked for Masoud since you started.

Page 39

1      A    I worked at Home Night Club.  I
2  worked at FUR.  I worked at Dream Night Club.
3  I worked at, you know, promotion at 1223.
4  That's it.
5      Q    And Lima Lounge.
6      A    And Lima Lounge now.
7      Q    Any others that you can recall?
8      A    No.
9      Q    How many times before March 11,
10 2005 had you worked at FUR Night Club?  And
11 March 11, 2005 is the date of the incident,
12 between March 11, 2005 and March 12.  It was
13 in the evening.  So before that date -- which
14 you said earlier that was the last time you
15 worked at FUR.  Is that correct?
16     A    Yes.
17     Q    Before that date, how many times
18 had you worked at FUR?
19     A    I worked at FUR for like three
20 months, four months.
21     Q    And how many times actually --
22     A    Every Friday.

Page 40

1      Q    Every Friday.  So for three months
2  every Friday you are working at FUR.
3      A    Mmm-hmm.
4      Q    At the same time were you working
5  at any other clubs?
6      A    Dream Night Club.  I was doing
7  Thursdays and Saturdays at Dream and Fridays I
8  was doing at FUR.
9      Q    In what capacity were you working
10 at FUR during those three months?
11     A    You mean how many people were
12 there?
13     Q    No.  What were you doing?
14     A    Oh, I'm sorry.  Basically, on
15 Thursdays and Saturdays I was floating,
16 basically.  Sometimes I work on the first
17 floor security, you know, just floating,
18 making sure there's -- just, you know,
19 security job like a bouncer.
20     Q    Is that at Dream Night Club?
21     A    That's at Dream Night Club, yes.
22     Q    I asked about FUR.

Page 41

1      A    Oh, FUR.  Basically FUR, my job
2  was I used to work in like the VIP area.  I do
3  like small stuff because I wasn't security for
4  the club, so I didn't have any like radio or
5  anything.  Basically, my job was just like to
6  assist, assist like security, bouncers, do
7  promotions.  Basically my job was to be a
8  promoter.
9          But when I bring all the people in
10 there, I mean, we cannot party there.  So we
11 have to do something like help assisting the
12 bouncers like, you know, control the VIP area,
13 basically.  What I mean by that is like I just
14 stand at my door and just let people in who
15 got stamps who are VIP only.
16     Q    Okay.  Let me see if I understood
17 this.  As a promoter you basically went around
18 giving people cards or fliers or something
19 like that about an upcoming party or an
20 upcoming event at a club.
21     A    Exactly.
22     Q    But on the night of the event, you

Page 42

1 actually went to the club where you were doing
2 the work for.
3    A    Yes.  And I used to work in the
4 club for Masoud.  And my job basically was to
5 assist like security in there and make sure
6 like, you know, help out.
7    Q    Okay.  Before March 11, 2005 did
8 you see any patron, someone that was at the
9 party being removed from the FUR Night Club?
10    A    Yes, a lot of times.
11    Q    And tell me about those times.  Or
12 tell me at least about one of those times.
13    A    Yeah, a lot of times.  At the club
14 it's always you find like people who get in
15 fights, get in problems.  So they always take
16 them out.  What they do is, bouncer just grab
17 the guy and just, you know, take him outside
18 and he cannot come in for the rest of the
19 night.  He's banned for that one day.  It
20 depends on how big is the fight.  I mean if
21 it's a major fight, cops would get involved.
22 If it's a small fight, just the guy will be

Page 43

1 banned for that one night.  He can come back
2 the following week.
3    Q    How often would you see that on
4 any given night?
5    A    It was almost every night.
6    Q    Almost every night?
7    A    Mmm-hmm.
8    Q    One time?
9    A    Yeah.  Actually, yeah, one time.
10 I mean you can say one time, two times.
11    Q    More than two times per night?
12    A    Yeah.
13    Q    What's the maximum times that you
14 saw somebody, on any given evening someone was
15 being taken out?
16    A    Three.
17    Q    So between one and three times on
18 any given Friday at FUR Night Club somebody
19 was being removed.
20    A    Yeah.  That's what I seen, but I'm
21 sure there's more than that.
22    Q    Sure, sure.  Other than fighting,

Page 44

1 did you see anybody else being removed from
2 FUR for any other reason that you know of?
3    A    No.
4    Q    At any time while you were working
5 at FUR before March 11, 2005, did you ever see
6 someone being removed for being intoxicated?
7    A    Yes.
8    Q    How often would you say that would
9 happen on any given night?
10    A    That always happened at night, and
11 I lost count.  Many.  Like a lot of people get
12 drunk, so they try to escort them outside.
13    Q    You said earlier that before March
14 11, 2005 you will see at least between one and
15 three people being removed on any given night
16 for fighting.
17    A    Yeah.
18    Q    How many people would you see
19 being removed for being drunk or too
20 intoxicated?
21    A    Well, when I said by saying they
22 take them out, they're not like, they're not

Page 45

1 kicking them out.  But they're just too drunk.
2 You know, they just have to make sure they're
3 okay.  They go outside to their car, you know
4 what I mean?  So they're not really getting
5 kicked out.  That's why, you know, when I say
6 kicked out, I meant like fights and problems.
7 But people who are drunk, they take it easy on
8 them.  They don't really kick them out, like,
9 "Hey, get out." They tell them, you know, "Do
10 you have a ride?  Somebody is taking you
11 home?"
12    Q    So they escort them outside of the
13 club.
14    A    Yes, exactly.
15    Q    Have you ever been arrested?
16    A    One time in my life.
17    Q    What were you arrested for?
18    A    I was working at Rack Room Shoes
19 and I was 18 years old at that time and I was
20 giving shoes away to friends.  So basically
21 embezzlement.
22    Q    What year was that?

1   Q   Then what happened?

2   A   Then I called my dad. He came and
3 took me out. And they said that, you know,
4 I'm going to have to go to court. So I got an
5 attorney. And he talked to the Rack Room
6 Shoes people, told them, "Hey, how can he fix
7 the problem" and everything. And they just
8 told him, "If he come up with the money, we'll
9 just drop everything." And basically we just
10 gave them, it was like almost $2,000. Then it
11 was done.

12  Q   Were you convicted of anything?

13  A   No. I mean they basically, it was
14 like a misdemeanor and they dropped the case
15 because we came up with the money. So I don't
16 think, I don't think, you know, I was
17 convicted.

18  Q   You were not convicted?

19  A   No, I don't think so.

20  Q   Did you plead or did you enter a
21 plea of any sort in the case?

22  A   No, I didn't. Basically I was,

1 the thing was, I was young, and my attorney
2 was talking the whole time. So I wasn't
3 really...

4   Q   Let me make sure. You were not
5 convicted of the case. You were not
6 convicted.

7   A   No.

8   Q   Did you ever go back to court?

9   A   No.

10  Q   You never went back to court.

11  A   No.

12  Q   So basically when they released
13 you from jail, you never went back to court at
14 all.

15  A   Well, when they released me from
16 jail I have to go to court.

17  Q   You did go to court.

18  A   Yes, I did go to court.

19  Q   What happened in court?

20  A   The judge was like, he just,
21 because, you know, we gave him the money
22 before we went to court.

1   Q   You gave who the money?

2   A   They gave the Rack Room Shoes, the
3 people, we gave them the money. Then we went
4 to court. They were like, "Okay, you're free
5 to go." They didn't say anything about --

6   Q   So you were never sentenced?

7   A   No.

8   Q   And you were not convicted?

9   A   No.

10  Q   Nobody said you were guilty.

11  A   No.

12  Q   And you did not enter a plea of
13 any sort --

14  A   No.

15  Q   -- agreeing to a guilty plea at
16 all.

17  A   No.

18  Q   Do you know what the FBI is?

19  A   Yes.

20  Q   What is the FBI?

21  A   Federal Bureau of Investigation.

22  Q   What is your opinion of the FBI?

1   A   My opinion.

2       MR. CYNAMON: Object, but you can
3 answer the question.

4       THE WITNESS: What do you mean my
5 opinion?

6       BY MS. VALDES:

7   Q   What do you think of them?

8   A   They're good people. They're here
9 to help.

10  Q   Do you know what the FBI does?

11  A   They investigate like big cases.

12  Q   Let me ask you a question. If an
13 FBI agent came to your house to ask you some
14 questions because you were a witness to an
15 incident, would you tell them everything that
16 you saw during that incident?

17  A   Of course.

18  Q   Why would you tell them that?

19  A   Because I'm sure they know
20 everything. I mean I have to tell them
21 everything. I have to say the truth. I have
22 to say everything like I saw. I mean I want

Page 54

1  to help them out.  That's why I tell them
2  everything.
3      Q    Would you tell them everything
4  that you heard during that incident that
5  they're there investigating?
6      A    Of course.
7      Q    And why is that?
8      A    Because I want to tell the truth.
9  I want to help them out.  I want to tell them
10  everything I saw, everything that happened.
11      Q    Do you know what would happen if
12  you lied to the FBI?
13      A    I don't know, no.
14      Q    Do you know what would happen if
15  the FBI came over to ask you some questions
16  and you knew some information and you didn't
17  give it to them?
18      A    No.
19      Q    Do you know the Plaintiff in this
20  case, Emile Mazloum?  I think you said yes
21  earlier.
22      A    Do I know?  I'm sorry.

Page 55

1      Q    Do you know Emile Mazloum in this
2  case?
3      A    Yes.
4      Q    And I apologize.  I'm probably
5  mispronouncing his name and I apologize for
6  that ahead of time.  When did you first meet
7  him?
8      A    I met him sometime in like 2004.
9      Q    How did you meet him?
10      A    I met him through Marwan.
11      Q    How did Marwan know him?
12      A    Marwan and Emile were roommates
13  and I used to go to Marwan's house all the
14  time.  And like he was there.
15      Q    Where did Marwan used to live
16  around this time?
17      A    Alexandria, Virginia.
18      Q    Same building as you?
19      A    No.  It's like five minutes away.
20      Q    Do you remember the address?
21      A    I know how to get there but I
22  don't know the address.  I know it was at

Page 56

1  Newport Village.  That's the complex name.
2      Q    So you knew Marwan before you knew
3  Emile.
4      A    Yes.
5      Q    When did you meet Marwan?
6      A    I met him in 2002, 2003, about
7  that time.
8      Q    Where did you meet him?
9      A    I met him at his aunt's house,
10  because my brother was married to his cousin.
11  So we used to go, my whole family used to go
12  to their house.  So that's how we met there.
13      Q    And around that time your brother
14  was already married?
15      A    Yes.
16      Q    So you met Marwan there and then
17  through Marwan you met Mr. Mazloum.
18      A    Yes.
19      Q    When was the last time you spoke
20  to Mr. Mazloum?
21      A    Actually I saw him over my --
22  Marwan, he live with my brother now.  So I saw

Page 57

1  him over my brother's house.  I went there one
2  time; he was there, and I saw him.
3      Q    Marwan currently is living with
4  your brother?
5      A    Mmm-hmm.
6      Q    And that's your brother who is
7  married to his cousin.
8      A    Yes.
9      Q    You only have one brother?
10      A    Yes.
11      Q    So when was this?  When did you go
12  to your brother's house and see Emile there?
13      A    That was like a couple months ago,
14  a couple months, maybe like three or four
15  months ago.
16      Q    Was it after the holidays, after
17  Christmas, after the holidays or before?
18      A    Before.
19      Q    Was it before or after
20  Thanksgiving?
21      A    Before.
22      Q    So it was before the holiday

Page 62

1    Q    This was for Emile's wedding?
2    **A    Yes.**
3    Q    Did you receive any tips or
4  anything like that while you were there?
5    **A    Oh, no.**
6    Q    You mentioned the last time you
7  saw Emile was sometime last year before the
8  holidays.  Was that before or after you had
9  met with Mr. Kaplan to give a statement?
10   **A    After.**
11   Q    After you had already met with
12 him?
13   **A    Mmm-hmm.**
14   Q    How long after?
15   **A    Maybe eight months, seven months,**
16 **eight months.**
17   Q    I don't know if you said this; and
18 if you did, forgive me for asking you again.
19 When was the last time that you spoke to Emile
20 on the telephone?
21       MR. CYNAMON:  Objection.  That was
22 asked and answered.  But you can answer it

Page 63

1  again.
2        THE WITNESS:  It was long time
3  ago.  I don't remember.  It was like seven,
4  maybe like seven, eight months ago, you can
5  say.
6        BY MS. VALDES:
7    Q    Okay.  And what did you talk
8  about?
9    **A    I was just talking to him.  "How**
10 **is married life?  Are you happy?"  Just**
11 **regular questions.  Nothing about the case.**
12   Q    Did you call him or did he call
13 you?
14   **A    Actually, I was with my brother**
15 **and he called my brother.  So I got on the**
16 **phone, I took the phone from him.  "How are**
17 **you?"  I talked to him over the phone.  He**
18 **didn't call me.  I changed my number, so**
19 **nobody had my phone number.  So maybe he tried**
20 **to call me, but he didn't have my phone**
21 **number.  And I actually didn't have his phone**
22 **number, but he was like more closer to Marwan**

Page 64

1  **and because Marwan lives with my brother, so**
2  **he used to come there all the time.  So I**
3  **never did like really talk to him on the phone**
4  **or something.  Just like when he's talking to**
5  **my brother on the phone, I would say, "Let me**
6  **say hi to Emile."**
7    Q    Did you ask him how this case was
8  doing?
9    **A    I actually didn't ask him, no.  I**
10 **honestly kind of forgot about the whole thing,**
11 **the case and stuff.  I don't know what**
12 **happened.  Because I remember like, it was**
13 **like on the news and everything, so I thought**
14 **the court was done and everything.** I didn't
15 know what happened.  So I never like asked
16 him.
17   Q    Have you ever lived with Mr.
18 Mazloum?  Were you ever roommates?
19   **A    No.**
20   Q    To your knowledge, before March
21 2005 was Emile working?
22   **A    He was doing construction, I**

Page 65

1  **believe.**
2    Q    When you say construction, what do
3  you mean by that?
4    **A    He does, I don't really know**
5  **what's his job.  I know he like fixes stuff**
6  **like, you know, kitchens, bathrooms,**
7  **construction work.  I know he does that.**
8    Q    Do you and Emile have any kind of
9  arrangement where if you refer a job to him he
10 pays you, maybe he gives you a commission or
11 percentage?
12   **A    No.**
13   Q    Have you ever referred any jobs
14 though Emile?
15   **A    No.**
16   Q    Did Emile ever borrow money from
17 you?
18   **A    No.**
19   Q    I'm not sure if I asked you this.
20 When did you meet Emile?
21       MR. CYNAMON:  Objection; asked and
22 answered.

Page 66

1      THE WITNESS:  Yeah.

2      BY MS. VALDES:

3      Q      When did you meet him?  I'm sorry.

4      **A      Sometime in 2004.**

5      Q      Prior to March 11, 2005 how many

6  times had you been at FUR Night Club with

7  Emile?

8      **A      I'm sorry.  Can you repeat that**

9  **one more time.**

10      Q      Sure.  Prior to March 11, 2005 --

11  that is the night of the incident that we're

12  here for today.  Prior to that time -- I think

13  you said earlier that you had been working

14  there for approximately three months and that

15  you were going there every Friday to work?

16      **A      Mmm-hmm.**

17      Q      Prior to March 11, how many times

18  had you been at FUR with Emile?

19      **A      Well, he used to come a lot.  He**

20  **came like maybe three, four times.  But I**

21  **wasn't really with him.  He was just on his**

22  **own, you know, partying.  I was working.**

Page 67

1  **Maybe like four times.**

2      Q      So basically he was there and you

3  saw him.

4      **A      I saw him, but I was not like**

5  **really talking to him.  Just he was there**

6  **partying.  "What's up?  What's going on?"**

7      Q      When you say he was there

8  partying, what do you mean by that?

9      **A      Basically he was just there.  You**

10  **know when people go to the club they walk**

11  **around the club and maybe talk to girls,**

12  **basically clubbing.  I mean I wasn't really**

13  **focused on him like, you know, what he was**

14  **doing.**

15      Q      You always worked on Friday

16  nights.  Was it only Friday nights that you

17  worked at FUR?

18      **A      Yes.**

19      Q      So is it fair to say every time

20  you saw Emile there it was always on a Friday

21  night?

22      **A      Yes.**

Page 68

1      Q      Did you ever see Emile drinking

2  before March 11, 2005 while at FUR Night Club?

3      **A      I don't remember.  I wasn't really**

4  **focusing on him.  So I don't remember.**

5      Q      What about, not necessarily at FUR

6  but at any time that you got together with

7  Emile before March 11, 2005, whether it was a

8  dinner or anywhere else?

9      **A      Yeah.  I mean, yes.  I seen him,**

10  **he drink like, I mean like I never saw him**

11  **like, you know, drunk.  He have like a beer or**

12  **two.  I mean we had a beer together, but I**

13  **don't see him like drinking like that.**

14      Q      Did you ever see him drinking

15  anything other than beer?  And when I mean

16  drinking I mean alcoholic beverages.

17      **A      I don't remember, no.  I don't**

18  **think so.  I don't remember, though.**

19      Q      While you were working at FUR were

20  you also like dancing and stuff like that or

21  you're not allowed to do that while you were

22  there?

Page 69

1      **A      No, actually I was.  I was always**

2  **dancing, partying, because I wasn't like**

3  **security for the club.  I was working for**

4  **Masoud, so.**

5      Q      So you were not required to be

6  anywhere in particular?

7      **A      I was, but it wasn't like strictly**

8  **-- you know, like where I am right now I have**

9  **to be there.  I cannot dance.  I cannot drink.**

10  **I cannot do anything.  And there I wasn't**

11  **allowed to drink but, you know, I can like**

12  **move around, go up and down, whatever.**

13      Q      You said there you were not

14  allowed to drink.  When you say "there," what

15  do you mean?

16      **A      At the club.  Like if you are**

17  **working, you're supposed to be focused.  You**

18  **cannot have alcohol.  You cannot drink.**

19      Q      Let's go to the night of March 11,

20  2005.  Were you working that night?

21      **A      Yes, I was.**

22      Q      What was your shift that night?

1  When were you supposed to be there?
2      A   **It was 10:00 o'clock, 9:30, 10:00**
3  **o'clock.**
4      Q   In the evening?
5      A   **Yes.**
6      Q   How did you get to FUR Night Club?
7      A   **That night?**
8      Q   Yes, that night.
9      A   **That night we were at Marwan's**
10 **house.  And that night we were just there.  We**
11 **were having dinner and stuff.  And then Marwan**
12 **said that Emile wanted to go to the club.  So**
13 **instead of us, you know, going in three cars,**
14 **I was like "We can just go in one car."  And**
15 **Emile was like, "Yeah.  Let's just take my**
16 **car."  So he gave us a ride there.  We all**
17 **arrived there together.**
18     Q   So you said "we were there."  So
19 who was there?  Marwan?
20     A   **Marwan, me and Emile.**
21     Q   And where were you guys at?
22     A   **We were at Marwan's house.**

1      Q   How did it come about that you
2  went to Marwan's house?  Why were you going
3  there?
4      A   **I used to go there all the time to**
5  **Marwan's house.  He always, you know, cook and**
6  **we have like barbecues.  Like he have like a**
7  **little deck.  So we have barbecues.  I used to**
8  **go there and hang out all the time with**
9  **Marwan.**
10     Q   And Emile used to live with him at
11 that time?
12     A   **Yeah.  But Emile was always like**
13 **out.  He wasn't there at the house all the**
14 **time.  He was always like, I don't know, maybe**
15 **with his girlfriend.  He wasn't in the house**
16 **that much.  He comes sometimes, but.**
17     Q   But he was there the night of
18 March 11, 2005.
19     A   **Yes.**
20     Q   And you said you were having
21 dinner.  What were you guys eating, do you
22 remember?

1      A   **We had like a barbecue, like I**
2  **said, chicken and meat, chicken and like steak**
3  **or something, I forgot, but barbecue.**
4      Q   Did you have anything to drink
5  that night?
6      A   **Yeah.  Well, see me, I don't**
7  **really drink that much.  So I had like one**
8  **beer, I believe it was, that one day.**
9      Q   What about Emile?  That night.
10     A   **When I saw him he was drinking**
11 **beer.  He had like one beer.  I didn't see him**
12 **like drinking anything --**
13     Q   I'm still referring to the time
14 you were at Marwan's house.
15     A   **Yes.**
16     Q   So you only saw him have one beer.
17     A   **Mmm-hmm.**
18     Q   Did you see him drink anything
19 else?
20     A   **No.**
21     Q   What about Marwan?
22     A   **He had like one beer.**

1      Q   Do you know what kind of beer it
2  was?
3      A   **I believe it was either Heineken**
4  **or Coronas.**
5      Q   Was it in a bottle or a can?
6      A   **Bottle.**
7      Q   Was it just a regular-sized
8  bottle?
9      A   **Yeah.**
10     Q   Then you said that Marwan said
11 Emile wanted to go to the club.
12     A   **Yes.**
13     Q   What exactly did Marwan tell you?
14     A   **He just said, "We don't have to**
15 **take, you know, two cars or three cars,**
16 **because Emile is going there.  So we can just**
17 **go in one car so we can avoid the parking**
18 **issues," because at the club is a big issue**
19 **for parking.  So with just one car you park**
20 **and then we can all leave together.**
21     Q   So when you went to Marwan's house
22 did you know that you guys were going to the

1  club together that night?
2      A    No, I didn't know.
3      Q    So during the evening it just came
4  about that Emile wanted to go to the club.
5      A    Yeah, because we were just eating,
6  sitting watching TV and stuff and having fun.
7  And, "Yeah, okay. Let's go to the club, all
8  of us." So we just decided to all go
9  together.
10     Q    When you went to Marwan's house
11 that night, were you expected? Did they know
12 you were coming or you just showed up
13 unexpectedly?
14     A    No. They knew I was coming.
15     Q    So you had made plans to meet
16 there.
17     A    Yeah.
18     Q    But you didn't know you were going
19 to the club that night with them.
20     A    I know I was going with Marwan,
21 but I didn't know that Emile was going.
22     Q    So you had made plans with Marwan

1  to meet at his house, and then Marwan was
2  either going to go with you in your car to the
3  club or you were going to go in his car to the
4  club.
5      A    Exactly. That's what we do every
6  Friday.
7      Q    So every Friday you went with
8  either Marwan or Marwan and Emile?
9      A    No. I never went with Emile like
10 to the club like in one car. We always were,
11 like every time I go to work, I go pick up
12 Marwan or he comes and picks me up. We go in
13 one car, me and Marwan, all the time. And
14 that one night we went there and Emile wanted
15 to go to the club. So he wanted to drive, so
16 we took his car.
17     Q    So that was the only time that you
18 went with Emile in his car to FUR Night Club.
19     A    Yes.
20     Q    The first and only time.
21     A    Yes.
22     Q    Was Marwan working for FUR at the

1  time?
2      A    He was working with me. It wasn't
3  for FUR, for Masoud. Just like I am doing,
4  same thing.
5      Q    He was also a promoter.
6      A    Yes.
7      Q    Was he also a promoter during the
8  three months that you had been working there?
9      A    Yes.
10     Q    Who started working as a promoter
11 first, you or him?
12     A    Me.
13     Q    Did you get the job for him?
14     A    Yes.
15     Q    When did he start working for
16 Masoud?
17     A    I think it was like maybe a couple
18 weeks after. I'm not sure exactly. I don't
19 know if it was the same time or a couple weeks
20 after, because I be working for Masoud for a
21 long time. So I just told him that, "Hey,
22 Marwan" -- I call him my cousin, Marwan. He's

1  not my real cousin, but I just call him cousin
2  because he's, you know, family relative. So I
3  told him, "I have my cousin. He want to work.
4  And I just brought him in." But I'm not sure
5  exactly the time. I believe it is when I
6  started working at FUR he started working with
7  me is what I believe.
8      Q    And you had been working for
9  Masoud before FUR for how long?
10     A    Since 2002, 2003.
11     Q    And you are still working for him
12 now, you said.
13     A    Yeah.
14     Q    What time approximately did you
15 leave Marwan's house that day?
16     A    9:30.
17     Q    Do you remember who drove?
18     A    That day? Emile drove.
19     Q    Where were you sitting? Do you
20 remember if you sat in the passenger seat or
21 in the back seat?
22     A    I want to say I was in the back

Page 78

1   that day, back seat. I'm not sure if it was
2   the front or the back. I think in the back.
3       Q    So you left approximately 9:30.
4   How long did it take to get to FUR?
5       A    10 to 15 minutes.
6       Q    So you were there sometime between
7   9:40 and 9:45?
8       A    Yeah.
9       Q    So what time were you supposed to
10  be at work that evening?
11      A    10:00 o'clock.
12      Q    So you got there a little earlier
13  than --
14      A    Yeah. It was like from 9:30,
15  10:00 o'clock. We don't have like a time --
16  we had to be there before 10:00.
17      Q    When you got to the club, who were
18  you supposed to report to? Who did you let
19  know that you were there?
20      A    Tony. He's one of the guys who
21  takes the money at the front door.
22      Q    So you checked in with him?

Page 79

1       A    Yeah. We don't have to really
2   clock in, clock out. You just have to let him
3   know that you are there. So we said, "Hey,
4   how are you," and we walked in.
5       Q    It took you approximately 10 to 15
6   minutes to get to the club. Where did you
7   park, do you remember? Where was the car
8   parked?
9       A    We parked somewhere on the street
10  like before we get to FUR. It was somewhere
11  on the street because we don't want to pay for
12  like valet parking. It is like $20. So we
13  just parked on the street.
14      Q    How far from the club was that?
15      A    About three minutes walking. It
16  wasn't far.
17      Q    More than a block?
18      A    A block.
19      Q    Did you drink anything on the way
20  to the club in the car?
21      A    Oh, no.
22      Q    What about Emile?

Page 80

1       A    No.
2       Q    Did Marwan drink anything on the
3   way to the club?
4       A    No.
5       Q    Tell me what happened once you
6   parked the car, once Emile parked the car, and
7   you got off.
8       A    We parked the car. We all got out
9   of the car and we just walked in, all of us
10  together, walked in the club. And we went
11  inside and we were just there. I walked to my
12  spot where I stand like by the VIP, up by the
13  stage. Marwan took his spot and I took my
14  spot.
15      Q    When you got to the club, is there
16  a cover charge to get into the club?
17      A    There is.
18      Q    On that night was there a cover
19  charge?
20      A    It's always a cover charge there,
21  yeah.
22      Q    Did you pay to get in the club?

Page 81

1       A    No, because I work there.
2       Q    Did Marwan pay?
3       A    No.
4       Q    Did Emile pay?
5       A    No.
6       MR. KAPLAN: When you come to a
7   convenient breaking point, can we have a
8   five-minute break?
9       MS. VALDES: We can stop right
10  now. I mean I don't have a problem.
11      MR. KAPLAN: Thank you.
12      (Recessed from 10:30 to 10:36
13  a.m.)
14      BY MS. VALDES:
15      Q    We're back on the record. You saw
16  Mr. Kaplan ask for a break. So if you need a
17  break, you're welcome to do the same thing.
18      A    Oh, thank you.
19      Q    You don't have to wait for us to
20  ask for a break. So when we left off, you
21  said that Marwan, you and Emile got into the
22  club and neither of you paid.

Page 90

1  had to get it before going up the steps.
2      A    Yes.  Well, usually the people who
3  goes there on the stage, they have tables.
4  And when I say, by tables, like they have
5  table reservations.  They buy like bottles.
6  So they got their own bottles there.  So they
7  don't need to go to the bar.  They can just
8  pour in the cups whatever and drink.
9      Q    Do they take the bottle upstairs
10  with them or is it already on the table that's
11  been reserved for them?
12     A    It's already on the table.
13     Q    And this is the way it was on
14  March 11, 2005.
15     A    Yeah.
16     Q    Is there also or was there also a
17  dancing area on the stage on March 11, 2005?
18     A    Well, everybody was dancing on the
19  stage.
20     Q    How big is the stage?
21     A    I mean it's the same size as this
22  room, just a little bigger.  Like sidewise,

Feder Reporting Company
(202) 863-0000

Page 91

1  it's bigger.
2      Q    And your position that evening was
3  on the stage right after you pass the stairs.
4      A    Mmm-hmm.
5      Q    What was your job that evening?
6      A    Just like I said earlier, just
7  monitor, make sure it's not too crazy in
8  there, not too packed, like limit the people,
9  and also like only bring like good looking
10  people.  We don't want people like looking
11  crazy on the stage dancing, because people are
12  paying a lot of money to get that table.  They
13  don't want to be like, you know, freaking out.
14     Q    So you got to the club and then
15  you said you took your position and Marwan
16  took his position.
17     A    Yeah.
18     Q    Does that mean that you got to the
19  club and Marwan went to the bottom of the
20  stairs?
21     A    Yeah.
22     Q    And you went up the steps.

Feder Reporting Company
(202) 863-0000

Page 92

1      A    Yes.
2      Q    Where did Emile go?
3      A    I don't know where he went that
4  night.  That night he was just like floating
5  all over.  I wasn't really paying attention.
6      Q    Do you know if Emile purchased any
7  drinks, alcoholic drinks that evening?
8      A    I didn't see him.
9      Q    You didn't see him purchase any
10  alcoholic drinks.  Does that mean that you
11  don't know?
12     A    I don't know.
13     Q    So there's no way you can tell one
14  way or the other.
15     A    No.
16     Q    Did you purchase or did you
17  consume any alcoholic drinks at the club
18  before you took your position?
19     A    We're not allowed to.  We can't.
20  You can lose your job if you drink.
21     Q    I know you're not allowed to, but
22  did you --

Feder Reporting Company
(202) 863-0000

Page 93

1      A    Did I ever?  No, I didn't.
2      Q    Did Marwan?
3      A    No.
4      Q    Do you know one way or the other?
5  Are you sure he didn't?
6      A    I'm sure he didn't.
7      Q    And why are you sure?
8      A    Because I know he was with me when
9  we walked in.  Unless he left maybe when he
10  went to the bathroom, got a drink, I don't
11  know.  But when he was with me, I didn't see
12  him drink.
13     Q    Did you have a cell phone with you
14  that evening?
15     A    Yeah, of course.
16     Q    Did you have it with you at all
17  times?
18     A    Yes.
19     Q    I should have asked you this
20  earlier.  Let me just go back for one minute.
21  Before you left Marwan's house or while you
22  were at Marwan's house, did you consume any

Feder Reporting Company
(202) 863-0000

Page 98

1  wasn't really paying attention, but I thought
2  I saw him going up and down like twice.
3      Q    You mentioned that the people that
4  were on stage or the ones that were supposed
5  to be up there were people who had paid to
6  reserve a table.
7      A    Uh-huh.
8      Q    Or people that were nice looking.
9      A    Yeah.
10     Q    You know, did not dance crazy.
11  Why was Emile up there?
12     A    Because --
13     Q    Did he have a reservation for one
14  of those tables?
15     A    No.  My job, basically I can
16  choose who can go there.  I mean somebody who
17  was the ugliest guy in the world, if I want
18  him to go on the stage, okay, fine.  If I know
19  the guy, I can let him in.  I mean it wasn't
20  like strictly you have to have somebody who is
21  so gorgeous to get on the stage.  You have
22  options, like whoever you want to, you know.

Feder Reporting Company
(202) 863-0000

Page 99

1          And Emile, I mean out of respect,
2  I know the guy.  I mean we were having dinner
3  at home.  You know, I cannot tell him, "Oh,
4  wait.  You're too ugly.  You cannot come in."
5  I mean the guy, I mean he is -- I mean, no
6  comments, but he's a good guy.  So I'm like,
7  "Yeah, that's fine.  You know, go ahead."  I
8  have no problem with him being on the stage.
9      Q    Was the stage area considered a
10  VIP area?
11     A    Yes.
12     Q    What does that mean?
13     A    VIP means that, like a lot of
14  people trying -- you know, it's like a small
15  place.  It's on the stage.  Everybody is
16  dancing.  So everybody wants to go on stage to
17  show off their dancing and stuff, because
18  everybody can see you.  So a lot of people
19  were trying to get on there.  "Oh, let me up.
20  Let me up."  And I'm like, "No, I cannot let
21  you up," because we have to keep it like, you
22  know, not really packed.

Feder Reporting Company
(202) 863-0000

Page 100

1      Q    How did you know who was supposed
2  to be there and who wasn't?
3          MR. CYNAMON:  Objection; asked and
4  answered.
5          THE WITNESS:  Yeah.
6      BY MS. VALDES:
7      Q    Other than the ones that you
8  selected because they looked good or whatever,
9  how else did you know that someone was
10  supposed to be up there?
11         MR. CYNAMON:  Objection; asked and
12  answered.
13         THE WITNESS:  I actually didn't
14  know.  I mean what happens is they just tell
15  me, "I have a table.  We have a table."  So
16  I'm like, "Okay.  Which table is yours?"  I
17  ask them which table.  They're like, "There."
18  I go there, like, you know, "Is this guy, is
19  he okay?"  "Yeah, he's fine."  So basically
20  people who got tables, they had control over
21  me to let people in.  But I always give them a
22  limit.  I'm like, "Hey, your limit is like 10,

Feder Reporting Company
(202) 863-0000

Page 101

1  15 people.  I cannot have more than that."
2      BY MS. VALDES:
3      Q    Did the people that have a table
4  have some kind of pass?
5      A    No.
6      Q    Did they have some kind of wrist
7  band?
8      A    No.  Actually, we have wrist
9  bands, yeah.
10     Q    People who came up to the stairs
11  to get on stage had a wrist band.
12     A    For the tables only.
13     Q    For the tables only.
14     A    Uh-huh.
15     Q    So if you had a table reserved
16  there, you had a wrist band.
17     A    Yeah.  The wrist band is for you
18  to sit on that table.
19     Q    Okay.
20     A    So, you know, for you to be okay,
21  because every table have like five seats or
22  something, you can sit on it.  If you don't

Feder Reporting Company
(202) 863-0000

Page 106

1  "No, no, no. He's good."
2      When he grabbed Emile, they were
3  about to fall down. So I got involved. I got
4  in the middle. I'm like, "Wait. I got him.
5  I got him." So we all fell on the floor, all
6  of us.
7      Q    Go ahead.
8      A    So we all fell down on the floor.
9  And then I got up and I saw three guys coming
10 towards me. They had like drinks in their
11 hands. They're like, they looked like regular
12 people, like, you know. So they came in and
13 tried to get involved in the fight. I mean it
14 wasn't like a fight. In the problem. And I'm
15 like, "Whoa. Don't worry, guys. We got
16 this."
17     I'm like, you know, "Back off. I
18 got it." He's like, "No. You back off."
19 That's the time when Officer Ramirez showed
20 his badge, like, "I'm a police officer." So
21 when I saw the badge I was like "Whoa, you
22 know, police." So I'm out of the picture. I

Page 107

1  just backed off.
2      So all of them, the police
3  officers and the bouncer, took Emile out and
4  walked outside, walked upstairs. But at that
5  time, you know, like the whole time he was
6  saying, like, you know, "What did I do? What
7  did I do wrong?" They were like, "Just shut
8  up." That's the time when they hit him on the
9  back, "Just shut up, shut up," the whole time.
10 They were hitting him on the back and just
11 took him outside, because he was refusing to
12 go out because he didn't do anything.
13     Q    Let me stop you for a minute. You
14 said at that time you were at the bottom of
15 the stairs. But you first told me you were on
16 stage, on top. How did you get to the bottom?
17     A    No, no. I was talking, I was,
18 like I said, I was talking -- like you know,
19 the whole time I'm like, the stairs, like I'm
20 not even like two feet away from the stairs.
21 So I am like by the corner, you know what I
22 mean? So I was talking to Marwan and I just

Page 108

1  looked back and I saw the incident. You know
2  what I mean?
3      Q    Okay. So you were still --
4      A    Halfway on the stage and halfway
5  on the stairs, basically.
6      Q    But Marwan was at the bottom of
7  the stairs?
8      A    Yes, at the bottom.
9      Q    So Marwan was at the bottom. You
10 were kind of like halfway on the stairs,
11 halfway on the stage.
12     A    Yeah.
13     Q    Where did the incident start?
14     A    It started like on the stage, on
15 the corner by the stairs.
16     Q    How close to you, would you say?
17     A    You could say maybe like five to
18 six feet.
19     Q    Was it crowded on the stage?
20     A    It was crowded, yeah.
21     Q    Did you see the incident when it
22 started?

Page 109

1      A    Yes.
2      Q    What started the incident?
3      A    I saw, the only thing I saw was
4  the bouncer grabbing him from the back, trying
5  to take him out.
6      Q    So you don't know what happened.
7      A    I don't know what happened. I
8  don't know what happened. But I asked Mike.
9  I'm like, "What happened?" He was like, "I
10 told this guy he cannot be here," just like
11 that. And I'm like, "Okay. Don't worry.
12 He's okay." He's like choking him, you know.
13 So the guy was like "Just get off me," or
14 whatever. I was like, "Don't worry. I'll
15 take him outside." And that's when we fell
16 down.
17     Q    Let's go back a couple of steps.
18 Where were you looking? Were you looking
19 somewhere? Were you looking down? Were you
20 talking to Marwan?
21     A    I was talking to Marwan. I was
22 actually not talking to Marwan. I was just

Page 110

1  looking like at the crowd.

2    Q  At the crowd below the stage or

3  the crowd on the stage?

4    A  On the stage. I was like on the

5  stairs looking in front of me at the crowd.

6  And then it happened. I looked back. When I

7  looked back that's, when I saw Mike grabbing

8  Emile.

9    Q  So you didn't see anything that

10  happened before you saw Mike grabbing Emile.

11    A  I didn't see anything that

12  happened.

13    Q  And you at that moment didn't know

14  why Mike was grabbing Emile.

15    A  No, I didn't.

16    Q  Then what happened?

17    A  Then I went to Mike. I'm like,

18  "Mike," you know, "what happened? What's

19  going on?" He's like, "I told him," you know,

20  he's like, "The guy have to go. He have to

21  leave." I'm, "Okay, fine. I got him." And

22  you know, he's holding him, like choking him

Feder Reporting Company
(202) 863-0000

Page 111

1  and talking to him. And I'm like, "I got

2  him."

3    That's when Emile turned. He was

4  like trying to get out. So I went and got

5  between them to break them apart. And that's

6  when like Mike kind of grabbed me and grabbed

7  like Emile together and we all fell on the

8  floor.

9    Q  Did you fall all four steps down?

10    A  No. We fell on the stage.

11    Q  So you fell on the stage.

12    A  Uh-huh.

13    Q  Then what happened?

14    A  When we fell on the stage, we all

15  got up. When I got up, I saw the three guys

16  coming towards me. And I saw them there

17  earlier. They were partying. But I didn't

18  know they were like police officers. They

19  actually surprised me when they came in and

20  they told me they were police officers.

21    When I saw they had like badges,

22  that's when I backed off. I don't know what

Feder Reporting Company
(202) 863-0000

Page 112

1  to do then. I don't want to get involved in

2  stuff because, I mean because I work there and

3  because I know the guy. He's not like my best

4  friend, but I know him. And if I go outside

5  with him I'm going to look bad, like, "Hey,

6  look, this guy is bringing people here who

7  have fights and problems," because I don't

8  know what happened, you know what I mean.

9    So I just backed off. And the guy

10  was like, "Back off. We're police officers."

11  And he just took him and took him outside.

12    Q  So did you see the three guys, you

13  say came to you, did you see them get on the

14  stage? Were you the person who let them on

15  stage?

16    A  No. It wasn't me.

17    Q  Do you know how long they'd been

18  on stage?

19    A  No.

20    Q  Did you see them before you saw

21  them that evening when they were coming

22  towards you?

Feder Reporting Company
(202) 863-0000

Page 113

1    A  I saw them when they were on

2  stage, but I didn't see them how they got in

3  there.

4    Q  Was there any other way to get on

5  stage?

6    A  From the back way, I don't know,

7  maybe somebody can jump from the back and

8  come. Me, I didn't see them come in. Maybe

9  they were there before we got in the club,

10  before we got to the stage.

11    Q  Okay.

12    A  Because there was already a lot of

13  people when we got in there.

14    Q  Okay.

15    A  So I didn't see them. And I saw

16  them there partying, but I don't know how they

17  got in.

18    Q  Before this happened, did you see

19  Emile dancing on stage?

20    A  No.

21    Q  You never saw him dancing on

22  stage.

Feder Reporting Company
(202) 863-0000

1      **A    Mmm-hmm.**
2      Q     Did you ever see him get told not
3  to go on stage?
4      **A    No.**
5      Q     You never saw him getting told,
6  "You cannot go on stage."
7      **A    No.**
8      Q     Where was Mike when you got there
9  that evening?
10     **A    He was roaming on the stage.**
11     Q     So he was basically just walking
12  around the stage.
13     **A    Mmm-hmm.**
14     Q     Was Emile, the whole time that you
15  were at your post was Emile the whole time on
16  stage?
17     **A    I wasn't paying attention.  I**
18  **don't remember, but -- no, I don't remember,**
19  **to be honest with you.**
20     Q     So he could have gone down the
21  stage and you didn't see him.
22     **A    Yeah.**

1      Q     So you were near the stairs.  You
2  saw, you were looking down, talking to Marwan,
3  then you saw something, did you say, behind
4  you?  Did you see something or did you hear
5  something?
6      **A    I saw something.**
7      Q     What did you see?
8          MR. CYNAMON:  Objection.  That's
9  been answered twice now.
10         BY MS. VALDES:
11     Q     Go ahead.
12     **A    I saw him grabbing Emile.**
13     Q     Tell me how he grabbed Emile.
14     **A    He had his arms on his, you know,**
15  **on his throat, trying to take him out, almost**
16  **like choking the guy.  And the guy was like,**
17  **"Hey, just get off me."  He didn't even know**
18  **who was behind him.**
19     Q     Again, just to make sure, you said
20  that you don't know why Emile was grabbed by
21  the bouncer.
22     **A    I don't know.**

1      Q     What was Emile doing while the
2  bouncer was grabbing him?
3      **A    He was freaking out.  He was like,**
4  **you know, he was like, "Get off me," you know.**
5      Q     What do you mean by freaking out?
6      **A    He was just like looking like,**
7  **"Oh, man," like up in the air, like, "Oh, my**
8  **God."  You know, somebody trying to choke you,**
9  **you know, you know how you freak out, you**
10  **know, like, "Get off me."**
11     Q     Was he struggling?
12     **A    Yeah, he was struggling.**
13     Q     Was he moving his arms?
14     **A    Yeah.**
15     Q     What about his feet?  Was he
16  trying to --
17     **A    He was struggling, trying to get**
18  **off the guy.**
19     Q     Was he shouting?
20     **A    No.**
21     Q     He wasn't saying anything at all?
22     **A    He was saying like, "Get off me,"**

1  **that kind of thing.**
2      Q     Was he cursing?
3      **A    I don't know.  I didn't hear him**
4  **curse.  Maybe he did, but I didn't hear him.**
5      Q     Did you see him at any time try to
6  talk to the bouncer?
7      **A    No.**
8      Q     Did you see him trying to pull
9  away from the bouncer?  Let's call him Mike.
10         MR. CYNAMON:  You mean when he was
11  in the bouncer's grip?
12         MS. VALDES:  Yes.
13         MR. CYNAMON:  That's been answered
14  multiple times.  You can do it again.  It is
15  true that with an objection he still gets to
16  answer, but I think there ought to be some
17  limit to the number of times the same exact
18  question gets asked.
19         MS. VALDES:  I don't think I asked
20  any questions.  I think the witness actually
21  gave a narrative of what happened.  And I'm
22  now pinpointing to certain areas to make sure

Page 122

1   Q   How did Emile fall?

2   **A   I don't remember.**

3   Q   How did Mike fall?

4   **A   Honestly, I was just worried about**

5 **myself. So I don't know how they fell.**

6   Q   Did any of you fall on top of each

7 other?

8   **A   No.**

9   Q   So the three of you went in

10 different directions when you fell?

11   **A   Yeah.**

12   Q   Then what happened?

13   **A   Then that's when I got up. The**

14 **three guys, like they came in, the police**

15 **officers came in. And honestly, I'll wait for**

16 **you to ask because I say this thing maybe six**

17 **times, the same thing.**

18   Q   That's fine. You got up. Did

19 Emile get up?

20   **A   Yes.**

21   Q   Did Mike get up?

22   **A   Yes.**

Page 123

1   Q   So all three of you got up.

2   **A   Yes.**

3   Q   And then what happened?

4   **A   When we all got up, the police**

5 **officer came, showed me the badge saying he**

6 **was a police officer. I backed off.**

7   Q   What did the three guys who you

8 are calling the police officers look like?

9   **A   I honestly forgot how they looked**

10 **like. But I know Officer Ramirez. He's like**

11 **Spanish looking. He's kind of bald, short,**

12 **not real short. Maybe like 5'9", 5'10" maybe,**

13 **5'9". There was another black guy, tall,**

14 **built. The third guy, honestly I forgot how**

15 **he looked like.**

16   Q   When you said you had seen them

17 earlier on stage, when you saw them earlier

18 what were they doing on stage?

19   **A   They were just like checking out**

20 **girls.**

21   Q   Kind of like just standing around?

22   **A   Yeah.**

Page 124

1   Q   What else did you see them doing

2 on stage?

3   **A   Just walking around whispering and**

4 **talking and stuff.**

5   Q   At this point in time when this

6 incident was taking place, was the night club

7 crowded?

8   **A   Yes, it was.**

9   Q   And when you say crowded, is this

10 beyond the "getting crowded" that you

11 mentioned earlier?

12   **A   Almost there. It was like busy.**

13   Q   Busy.

14   **A   Yes.**

15   Q   Was it loud?

16   **A   Yes.**

17   Q   Music playing loud?

18   **A   Real loud.**

19   Q   Real loud. Why do you remember

20 Officer Ramirez specifically? What makes you

21 remember him and not the other two that well?

22   **A   Because, I'm going to go through**

Page 125

1 **this, when I went outside I saw him and I**

2 **talked to him. He was the one that gave me**

3 **the keys. So I talked to him face-to-face.**

4   Q   Did Emile ever fall down the steps

5 going down the stage?

6   **A   No.**

7   Q   At this point in time when the

8 three police officers come towards you, what

9 was Emile doing?

10   **A   All I heard was Emile saying,**

11 **"What did I do? What did I do?"**

12   Q   Was he yelling?

13   **A   Yeah. He was like, "What did I**

14 **do? What did I do? Why are you taking me**

15 **out," the whole time yelling at the guys,**

16 **"What did I do? I didn't do anything."**

17   Q   Was he cursing?

18   **A   Maybe he was outside, but I didn't**

19 **hear him curse when he was there.**

20   Q   At any time did you hear him

21 saying, "Fine. I'll just go out. You don't

22 have to push me anymore"? Did you ever hear

Page 134

1 **together. They all were like just trying to**
2 **take him out.**
3     Q    You got ahead of me again. I'm
4 still at the stage going down the steps.
5     **A    Okay.**
6     Q    At that moment they are going down
7 the steps, Mike has Emile by the neck.
8     **A    Okay.**
9     Q    Is that correct? No, I'm asking
10 you. Is that correct?
11    **A    That is correct, yes.**
12    Q    Where is Officer Ramirez at this
13 time?
14    **A    Officer Ramirez was on the side.**
15    Q    On the side of Mike and Emile.
16    **A    Yes.**
17    Q    On the left or on the right?
18    **A    I don't remember.**
19    Q    But he was on the side.
20    **A    Yeah.**
21    Q    Where were the other two officers?
22    **A    Like I said, they were all trying**

Page 135

1 **to take him out. So I wasn't really -- I**
2 **don't remember off the top of my -- I don't**
3 **remember.**
4     Q    So as you sit here today, can you
5 say that anybody else was grabbing Emile as
6 they were going down the steps -- we're only
7 going down the steps -- other than Mike?
8     **A    No.**
9     Q    Now, we went down the steps. What
10 happened then?
11    **A    They were trying to take him**
12 **outside. They were trying to take him**
13 **upstairs. So they all grabbed him. I'm not**
14 **sure how, you know, like they all got**
15 **together. They're like, "Come on. Let's go.**
16 **Let's take him out." So I don't know how they**
17 **grabbed him. Like one guy grabbed him from**
18 **the one shoulder, the other guy grabbed him**
19 **from the other shoulder, and they tried to**
20 **take him out.**
21    Q    Was it crowded in the area, when
22 you go down the steps, that open area before

Page 136

1 they reached the next --
2     **A    Yes, it was crowded.**
3     Q    It was crowded.
4     **A    Mmm-hmm.**
5     Q    Was the crowd moving apart to let
6 them go through?
7     **A    Yes. That's what I'm saying. One**
8 **guy was in the front trying to make a clear --**
9 **I want to say it was Mike. I want to say it**
10 **was Mike. He was just trying to clear the**
11 **area for everybody to, you know, open up space**
12 **for them to go up.**
13    Q    What was Emile doing after he got
14 down the steps?
15    **A    He was just going up. He was just**
16 **like leaving with them.**
17    Q    Was he saying anything?
18    **A    I didn't hear him.**
19    Q    Did you hear any of the other --
20    **A    I didn't hear.**
21    Q    You didn't hear anybody saying
22 anything.

Page 137

1     **A    No, because I was on the stage**
2 **then and there is a distance and the music is**
3 **so loud, so I can't hear anything.**
4     Q    Were you still looking --
5     **A    Of course.**
6     Q    -- at the incident. How long did
7 you follow the incident with your --
8     **A    The whole time.**
9     Q    The whole time --
10    **A    For like five -- it was like one**
11 **minute, two minutes.**
12    Q    What happened once they went
13 through the crowd?
14    **A    They were like pushing him,**
15 **hitting him in the back, you know, like,**
16 **"Move," hitting him in the back.**
17    Q    Where on the back?
18    **A    On the back.**
19    Q    On his actual back.
20    **A    Yes.**
21    Q    Who was hitting him on the back?
22    **A    I didn't see. Honestly, I didn't**

1    **A    When I walked outside, the first**
2  **thing I saw, he kicked him on like here, like,**
3  **you know, on the chest.**
4    Q    Was Emile sitting down?
5    **A    He was sitting down.  He was like**
6  **covered, you know.**
7    Q    What do you mean by covered?
8    **A    He was trying to cover himself.**
9    Q    Where were the handcuffs?
10    **A    He was sitting there like covering**
11  **himself like that.  His hands was like this,**
12  **trying to cover himself.**
13    Q    So his hands were behind his back?
14    **A    Of course because he's handcuffed.**
15  **He was trying to cover himself, and he got hit**
16  **on his shoulders.  And then he got up and then**
17  **he kicked him so hard that he fell back.**
18  **That's when I was like, "What are you doing?"**
19  **He kicked him so hard that Emile flew and he**
20  **hit his head like on the floor, you know.**
21    **That's when I heard that sound.**
22  **You know, if a baby fell on the floor you can**

1  hear his head, you know, that sound.  It was
2  so loud.  That's when I was like freaking out.
3  I am like, "What are you doing?"  I went up to
4  him, to Ramirez.  I'm like, "What are you
5  doing, man?"  He's just, "Go back inside.
6  Just back off," like that.  I'm like -- and I
7  was like, I don't know what to do.  I was just
8  sitting there because I mean, it was like in a
9  shocking moment, you know.
10    So I sat there.  I'm like, "Stop
11  doing that."  He was like, "Just go inside."
12  That's when there was John and this other guy
13  named Soltan, he was like, "Man, just go
14  inside.  Just go inside.  We got this.  We got
15  this."  See, they didn't know like I know the
16  guy.
17    Q    Let me ask you a question.  Did
18  you ever tell Officer Ramirez that you knew
19  the guy, that you knew Emile?
20    **A    No.**
21    Q    Why didn't you tell him?  I mean
22  that was your friend.  Why didn't you tell

1  him, "Hey, that's my friend.  I'll take care
2  of it"?
3    **A    Because like I said, I don't want**
4  **to, I don't want to be like embarrassed by**
5  **this guy in the club.  I was just shocked.  I**
6  **don't know.  Then it was like just a shocking**
7  **thing.  You know what I mean?**
8    Q    Why would you be embarrassed?
9    **A    Because the whole scene that**
10  **happened, you know, all the stuff, like he**
11  **went outside and everybody was watching and**
12  **all this stuff.  So I didn't say anything to**
13  **him.  Honestly, actually, no.  Ramirez knew I**
14  **knew him.**
15    Q    How did Ramirez know you knew him?
16    **A    I told Ramirez, "I got him."**
17  **That's why he gave me the keys.  Yeah,**
18  **actually.  Ramirez knew I knew him.**
19    Q    Wait.  You told Ramirez "I got
20  him" when?
21    **A    When after he hit him, I came in.**
22  **I'm like, "What are you doing, man?"  He was**

1  like, "No.  Go back inside."
2    Q    Okay.
3    **A    When -- I'm just trying to**
4  **remember the whole thing.  Officer Ramirez,**
5  **when he hit Emile, I came.  Like I'm like, "I**
6  **got him.  I got him."**
7    Q    Okay.
8    **A    And then --**
9    Q    Then he told you to go back
10  inside?
11    **A    He told me to go back inside.**
12  **He's like, "No.  Don't worry about it.  I got**
13  **him," you know, like that.  And I was just**
14  **shocked, just sitting there, just waiting.**
15    Q    When did you tell him that you
16  knew him?
17    **A    I told him I knew him when the**
18  **police officers arrived.**
19    Q    So how long after you were
20  standing there did the police officers arrive?
21  Let me stop you for a minute.  When Ramirez
22  told you to go back inside, did you go back

Page 146

1  inside?
2      A    No, I didn't go back inside.
3      Q    How long did you stay out there?
4      A    For like ten minutes.
5      Q    Is that how long it took the
6  police to get there?
7      A    Yeah.  It was like five minutes,
8  ten minutes.
9      Q    So basically while Ramirez was out
10  there and Emile was sitting there, you didn't
11  tell Ramirez that he was your friend.
12      A    I mean there was no -- I mean the
13  guy was not listening to anybody.
14      Q    I understand, but did you tell
15  him?
16      A    I didn't tell him.  But even if I
17  tell him, "He's my friend," there is nothing
18  he's going to do.  So it was pointless.
19      Q    How did you know there was nothing
20  he was going to do?
21      A    I mean if you see somebody hitting
22  a guy, are you going to tell him like, "Hey,

Page 147

1  don't hit this guy, I know him"?  I mean he
2  already hit the guy.  He already did it.  He
3  done everything.  So I don't think he going to
4  listen to me if I tell him, "I know this guy."
5      Q    So you said that you saw Officer
6  Ramirez kick Emile in his chest.
7      A    Mmm-hmm.
8      Q    Then you say you saw him kick --
9  where else did he kick him?
10      A    He kicked him on the back and he
11  kicked him on the chest.
12      Q    He kicked him on the chest how
13  many times?
14      A    I saw him kick him once.  He was
15  basically kicking the guy.  When he kicked him
16  in the chest, the guy is in like handcuffs, he
17  was covering himself.  I don't know how to
18  describe it, but he was trying to cover
19  himself.  So he fell down on his chest.  So he
20  started kicking him on the ribs on the back.
21      Q    How many times did you see him
22  kick him on the ribs?

Page 148

1      A    Like three, four times.
2      Q    Did you see him kick him anywhere
3  else?
4      A    Just that one time when he kicked
5  him so hard that he fell back on his head.
6  That's it.
7      Q    Where did he kick him so hard that
8  he fell on his head?
9      A    I'm not sure if it was on his back
10  or his side.  But all I saw, the guy was like,
11  he like flew, hit his head back on the step.
12      Q    How many people were outside while
13  this was going on?  First of all, where was
14  Emile sitting?  If you step out of the club
15  where was he sitting?  Was he sitting facing
16  you?
17      A    Right in front of the club.
18      Q    Facing you or his back was --
19      A    He was facing me.
20      Q    So was he sitting in the sidewalk?
21      A    Mmm-hmm.
22      Q    Just in the middle of the sidewalk

Page 149

1  in the corner?  Explain.
2      A    He was sitting in the sidewalk on
3  the middle.
4      Q    Right outside the door to the
5  club.
6      A    Yes.
7      Q    Were there people coming in and
8  out of the club?
9      A    Yes.
10      Q    Who else was out there?
11      A    There was John.  There was Soltan.
12  There was one of the managers there named
13  David.  And also there was like the people who
14  work for Masoud, like the people, staff were
15  there watching.
16      Q    Approximately how many people were
17  there other than Emile?
18      A    There was a lot.  There was like
19  maybe 50 people there.
20      Q    Around outside?
21      A    Yeah.
22      Q    Was it like a circle and Emile was

1  in the middle?  Describe it for me.
2      A     The thing is they did it in front
3  of the club and the people were still coming
4  to the club.  There was long lines.  If you
5  want to count how many, maybe like four or 500
6  people.
7      Q     When you stepped outside did you
8  immediately see Emile?
9      A     I saw a scene.  They had like a
10  circle.  They were trying to back people off,
11  you know.
12      Q     Did you have to like push people
13  around so that you could get to the front to
14  see what was happening?
15      A     No.  I didn't have to push
16  anybody.  I just walked inside.
17      Q     So you were able to walk in right
18  to the front.
19      A     Mmm-hmm.  And I walked inside and
20  I saw the whole thing.
21      Q     You mean you walked outside.
22      A     I mean I walked outside.

1      Q     What else happened thereafter?
2  Let me stop you again.  I apologize.  What was
3  Emile doing during this time?  Was he cursing?
4      A     He was trying.  He was like, "I
5  didn't do nothing," the whole time, "I didn't
6  do nothing.  Why are you hitting me?  I didn't
7  do anything."  He would just like, he was like
8  bruised up and his shirt was ripped and he was
9  bleeding so bad and his nose was like bleeding
10  and his pants was all ripped.
11          He was crying loud.  When he hit
12  him, I told you, on the side and he fell down,
13  I believe on the side, when he kicked him and
14  he fell down on his head, he was like crying,
15  you know, screaming.  He was like, "I didn't
16  do nothing.  I didn't do nothing."  That was
17  the time like when the officer was like
18  calling him names, you know, he was like
19  telling him like, "Hey, you are Al-Qaeda,"
20  like, you know, making fun of the guy.
21      Q     What was Emile saying during this
22  time?

1      A     He was cussing him.  I mean --
2      Q     You can go ahead and say exactly
3  what he was saying.  You can use the same
4  language.
5      A     Okay.  He was like, "Fuck you.
6  Fuck you," like that, you know.  Emile was
7  cussing him.  The guy, Emile was cussing the
8  guy.
9      Q     So he was cussing him out.
10      A     He was cussing him out.  He was
11  getting beat, so Emile was really cussing.  He
12  was like, you know, he was like, "Fuck you,
13  motherfuckers.  You guys are" -- you know, he
14  was like, "I didn't do nothing to you guys."
15  He was crying and cussing them out.
16      Q     Was he kicking?
17      A     Huh?
18      Q     Was he kicking?
19      A     He was on the floor.  He couldn't
20  kick because the guy was like on top of him,
21  you know, he was hitting him.  And every time
22  Emile cusses the guy out, when he cuss him,

1  Ramirez come and hit him.  You know what I
2  mean?  Like he was sitting down.  He was like,
3  "Fuck you, you motherfucker."  He cussed him
4  out.  And Ramirez would get up and kick him,
5  like kick him on the chest or on the stomach.
6  Every time he gets cussed out he comes and
7  hits him.  I was telling Emile, "Stop, stop,"
8  like, "Stop cussing, stop cussing."
9      Q     Did he stop cussing?
10      A     No, he didn't stop cussing.  He
11  kept on cussing.
12      Q     Had you ever seen Emile act like
13  this before, cursing?
14      A     That was the first time I ever
15  seen -- this guy, like I never seen him like
16  cuss.  I was so shocked like seeing him like
17  cussing and all this stuff.  I never seen him
18  like this.  That's why I was kind of shocked.
19  I didn't know what to do.  I didn't know what
20  to talk to.  I was trying to, I wanted to take
21  him away.  That's what I wanted to do.  I was
22  just like, "I want to take him home.  Just

1    Q    John who?

2    A    John, he's one of -- I don't know

3 what is his exact job. I heard he was a part

4 owner of the club or something. I'm not sure

5 what he does there. He was one of the

6 managers. And I walked inside. He was giving

7 me weird looks. I just wanted to talk to him.

8 I'm like, "I see you guys have nice cameras

9 there," because they have like a big screen of

10 cameras. It's all digital. They can see

11 everything.

12    Q    Had you ever seen those cameras

13 before?

14    A    No.

15    Q    Had you ever been in that room

16 before?

17    A    No.

18    Q    How did you know that they could

19 see everything?

20    A    Because I can see it.

21    Q    You can see what was there then?

22    A    I can see the cameras's movement

1 and everything. I can see like they can see

2 the stage. They can see in every room. They

3 have everything. They can see everything

4 outside. They had that TV. They had

5 like a big flat plasma TV in the office and

6 literally have over maybe 40 spots. They can

7 see everything. It's digital. Like you can

8 see everything. And they can move and

9 everything.

10        So I was like, "Wow, you guys have

11 some nice camera systems here." And he looked

12 at me and smiled and shaked his head. I'm

13 sitting down. I see Mike walking in, the

14 bouncer Mike. And then David, he was one of

15 the managers that came in, and Mike came in.

16 And the room is so small. It's half the size

17 of this room. The office is so small.

18 Basically it's like the camera room, so small.

19        So they all came in. They all

20 sitting around me. And I'm just sitting

21 there. I'm just looking around like, "Okay."

22 And he was like -- then Mike, I mean Mike was

1 so nice and polite. He talked to me nicely.

2    Q    What's Mike's last name?

3    A    They call him Mike Romeo, but I

4 don't know what is his last name.

5    Q    But that's not the same Mike who

6 is the bouncer.

7    A    No. So I'm sitting there and John

8 comes up to me and tells me like, "You think

9 you smart. What did you do, man?" like that,

10 with attitude. I'm like, "I'm sorry. What

11 are you saying?" He was like, "You went to

12 the police station today to file a complaint?"

13 I'm like, "Yes, I did." He was like, "Why did

14 you do that?" I'm like, "Well, because, you

15 know, this guy got hit by the police officer

16 and he shouldn't get hit by the police

17 officer."

18        He says, "You know what you're

19 doing, man? You know what kind of trouble

20 you're getting yourself into?" like that. I

21 was like, "First of all, I don't know who you

22 are, but I don't appreciate you talking to me

1 like this because I came to see Mike. I

2 didn't come to see you."

3        Then that's when Mike got mad at

4 John. He was like, "Whoa, man. Don't talk to

5 him. Let me talk to him." He was like "No,

6 no, no. I just want to let him know that he's

7 put himself in a big, big problem. And his

8 friend, too, the guy who got hit, he think

9 he's smart, but his friend is going to get

10 burned," just like that.

11    Q    Was there anybody from the

12 District of Columbia Police Department there

13 at the time?

14    A    No.

15    Q    Was any of the officers that had

16 been involved in the incident the night before

17 there?

18    A    Only Mike, the bouncer. No, not

19 officers.

20    Q    Did the officers ever respond to

21 the -- the uniformed officers that arrived,

22 were they there at the time?

Page 226

1  certain portions.  The first line says, "On
2  March 11th I was working on the main floor by
3  the stage and I saw one of the security guys
4  trying to take Mr. Mazloum out of the club."
5  Is this the security guy that you referred to
6  earlier as Mike?
7     A    Yes.
8     Q    And this is the security guy that
9  was approximately five or six feet away from
10 where you were standing.  Is that correct?
11    A    Yes.
12    Q    When you wrote in the statement
13 "trying to take Mr. Mazloum out of the club,"
14 what did you mean by that?
15    A    Just like I wrote it.  He was just
16 trying to take him out.  He tried to take him
17 out of the club.
18    Q    How did you know that they were
19 trying to take him out of the club?  At that
20 time how did you know they were trying to take
21 him out of the club?
22    A    From the way he grabbed him.  When

Page 227

1  they grab a guy from the back, they're pushing
2  him, that means they're trying to take him out
3  of the club.
4     Q    Did you recognize the person who
5  was trying to take Mr. Mazloum out of the
6  club, did you know that he was Mike or did you
7  learn that he was Mike afterwards?
8     A    No.  I knew it was Mike.
9     Q    You knew it was him and you knew
10 that he worked for FUR at that moment?
11    A    Yeah.
12    Q    If you go down to, I guess it's
13 the third sentence, it starts, at the end of
14 the third sentence it says, "and I went there
15 to help out."  Do you see that in the
16 statement?
17    A    Yes.
18    Q    What did you mean "I went there to
19 help out"?
20    A    I went there to tell them that,
21 you know, "I can talk to him and have him go
22 out by himself.  You don't have to grab him

Page 228

1  this way, you know, to take him out, because
2  we can talk to him nice to get out and he'll
3  get out, because he's a good guy.  He's not
4  the kind of guy that you have to fight with
5  him or push him or hit him to come out.  You
6  can just talk to him nicely and he can leave
7  the club."  That's what I mean by that.
8     Q    Okay.  Now, I think immediately
9  after that it says, "All over the sudden,"
10 which I mean -- did you mean "all of a
11 sudden"?
12    A    Yeah.
13    Q    "I see three guys on the stage
14 coming to me holding alcohol drinks."  Do you
15 see that?
16    A    Mmm-hmm.
17    Q    "Trying to help me out so that we
18 can take the guy out of the club."
19    A    Mmm-hmm.
20    Q    Could you describe the three guys?
21 I think you described one of them.  Did you
22 say it was Officer Ramirez?

Page 229

1     A    (Nodding.)
2     Q    Okay.
3     A    Yes.
4     Q    And the other two guys you were
5  not able to describe.
6     A    No.  One I did.
7     Q    Which one was that again?
8     A    The black guy.
9     Q    And the other guy?
10    A    I don't remember how he looked
11 like.
12    Q    Was he African-American?
13    A    No.  Honestly, I forgot.  Sorry.
14    Q    If you don't remember, you don't
15 remember.  When you said that they were
16 holding alcoholic drinks, what exactly were
17 they holding in their hands?
18    A    They had like, you know, cups of
19 like liquor, liquor cups.
20    Q    So they were like cups that the
21 club provides when you buy a drink?
22    A    Yes.

Page 270

1    Q    Why didn't you tell it to the FBI?
2    A    Because I didn't think that was
3  like really a big problem.
4    Q    Did you write that in your
5  statement to the D.C. Police Department?
6    A    No.
7    Q    Why not?
8    A    Because I didn't think it was a
9  big problem.  Like I said, basically, see, I
10  wasn't worried about the talk, because, see,
11  for me, I don't know about like lawsuits and
12  laws and all this stuff.  I mean I know if
13  somebody is getting hit, that's a problem.
14  But talk, because I mean, I know the guy was
15  calling him Al-Qaeda.  I also know Emile was
16  calling him an El Salvadorean motherfucker.
17  So I wasn't really worried about the talk.
18    Q    When did you become aware that the
19  talk was important?
20    A    I actually, the talk, when I saw
21  the, when I read the article.
22    Q    When you read which article?

Page 271

1    A    They actually have it on the news
2  and have it on the Internet.
3    Q    What article?
4    A    If you go on washingtonpost.com,
5  when they had it on Internet, I read the
6  article that said that, you know, the officer,
7  you know, was calling him, you know, names and
8  all this stuff.  He was calling him Al-Qaeda
9  and calling him racist and stuff.  That's when
10  I knew it was --
11    Q    Did the article also say that
12  Emile was calling the officer an El
13  Salvadorean motherfucker?
14    A    No, it didn't say that.
15    Q    So it only said what the officer
16  was saying.
17    A    Exactly.
18    Q    But it didn't say anything that
19  Emile said to the officer.
20    A    No, it didn't say.
21    Q    When you were giving the statement
22  to Mr. Kaplan, did you remember that Officer

Page 272

1  Ramirez had called Emile a fucking Al-Qaeda or
2  did someone ask you if he had called Emile a
3  fucking Al-Qaeda?
4    A    Somebody asked me.
5    Q    So you yourself did not volunteer
6  that information.
7    A    No.
8    Q    Somebody during the meeting said
9  to you --
10    A    He was asking me, he was like what
11  was said.  And I told him, well -- well, he
12  asked me what happened, like what was the talk
13  that went on.  And I told him that, you know,
14  that the guy was telling him, you know, he
15  didn't even call -- he called him Al-Qaeda and
16  he called him a terrorist.  He told him, you
17  know, "You fucking terrorist, Al-Qaeda
18  fucker."  That's what he called him the whole
19  time.  He was calling him, terrorist names he
20  called him.  And then Emile was like, "Shut
21  up, you El Salvadorean fucker.  I'll send you
22  back to El Salvador."

Page 273

1    The officer was like laughing.  He
2  was like, "I was born here."  That's when the
3  whole thing happened.  But I never, you know,
4  said that.  I mean I know it happened, but I
5  never mentioned it because I didn't think it
6  was like a big deal, like I said, because I
7  didn't know.
8    Q    To your knowledge, other than the
9  names that you've mentioned today, is there
10  anybody else who witnessed the incident that
11  we're here for today, either inside or outside
12  the club?
13    A    There was a lot of people, like
14  that guy Soltan.  I mean he was there.  He
15  heard, I'm sure he knows.  He heard him when
16  he was calling him "Al-Qaeda" and stuff.  Even
17  John himself, I can tell you if he's here.  He
18  was there when that incident happened.  And
19  David was there, too.
20    Q    So John, David and Soltan were
21  outside.
22    A    They were outside in front of the

1  whole scene.
2      Q    Who else was out there?  Did you
3  say David?
4      A    David, yeah.
5      Q    He was outside, too?
6      A    Yeah, David, Soltan and John.
7  They were there.  But see, that's the thing.
8  I wasn't even worried, like I said, I wasn't
9  really worried about what they were saying,
10 like the, you know, calling names and stuff.
11 I was just worried about the guy getting hit.
12 So I wasn't really focused on it, you know.  I
13 mean I heard them saying that.  I know they
14 were calling each other names the whole time.
15 The guy was like, "Shut up.  Fuck you, you
16 Salvadorean fuck.  And the other guy was like,
17 "Shut up, you terrorist Al-Qaeda."
18     Q    Who called who a name first?
19 After you got there.  Who started with the
20 name calling?
21     A    I'm not sure.  I mean I am not
22 going to just say something that's false

1  because I don't remember, to be honest with
2  you.
3      Q    So you don't remember who was the
4  first one who said "fucking El Salvadorean" or
5  "fucking Al-Qaeda"?
6      A    I don't remember who was saying
7  that.  But like I said, I heard the guy
8  calling him "terrorist."  The whole time he
9  was saying, "You terrorist.  Fuck you,
10 terrorist."  And then he was saying, you know,
11 "You fucking El Salvadorian."  And the guy, I
12 don't think was from El Salvador.  He was just
13 saying that.
14     Q    Okay.  Just for clarification,
15 other than the few times that you saw Emile at
16 FUR Night Club before March 11, 2005 and the
17 night of March 11, 2005, did you ever
18 socialize with Emile other than when you went
19 to Marwan's house and you sat there and spoke
20 to him, did you ever go anywhere with him?
21     A    No.
22     Q    So you guys never went out to

1  dinner together?
2      A    No.  I mean like I said, it was
3  with Marwan and like family.  But I never went
4  out with him to eat or talk with him or
5  whatever.
6      Q    I am asking before March 11, 2005,
7  not necessarily after.
8      A    No.
9      Q    So you and Emile never socialized
10 before March 11, 2005 other than when you were
11 at Marwan's house?
12     A    Like I said, if we go out
13 somewhere -- we went out to eat and he was
14 there but, like I said, he was closer to my
15 brother, because my brother is older than me.
16 So he's closer to my brother than I am.  I was
17 closer to Marwan.  So when we all go out and
18 eat, we all just go out and eat.
19     Q    Approximately how many times did
20 you go out to eat with Emile before the
21 incident?
22     A    I went out with him just like I

1  said, once or twice.
2      Q    Okay.  When you went out with him,
3  who paid?  Who paid for the meals?
4      A    A lot of time my brother did.
5  Sometimes Marwan did.  I didn't see Emile
6  paid.  I mean a lot of times I paid.
7      Q    Did you ever see Emile pay?
8      A    I don't remember, but I want to
9  say yes.  I mean the guy, he is like a giving
10 guy.  He always gives.  So I want to say yes,
11 but I don't remember.
12     Q    What do you mean by a giving guy?
13     A    I mean like he's a very good guy.
14 I mean like he's not like cheap.  He offers
15 always.  We get the bill.  When the bill comes
16 in, you know, he always likes tries to take
17 the bill.  "No, I got this.  I'll pay for it."
18 So that's what I mean, like he's not a cheap
19 guy.  Because some people when you go out to
20 eat, they go to the bathroom or they run away
21 or they have stomachaches, you know.  This guy
22 is like, he kind of always try to offer money.

1  that much.  It was the tall guy.
2     Q    It was only the tall uniformed
3  officer that said that?
4     A    Yeah.
5     Q    Did I understand correctly that
6  when Mr. Mazloum said he wanted to go to jail
7  that one or both of the uniformed officers
8  laughed at that response?
9     A    Yeah.  And there was more people
10 there.  They were like making it seem like it
11 was funny.  "Oh, my God.  Can you believe that
12 guy?  He don't want to go home.  He want to go
13 to jail."  He ran and jumped in his car, in
14 the tall officer's car.
15    Q    Which uniformed officer laughed?
16    A    They were both laughing.
17    Q    And then one or both of the
18 uniformed officers then spoke to somebody else
19 in the crowd about that?
20    A    There was a lot of crowd over
21 there.  And I think it was the short guy, he
22 made a comment.  He was like, you know, "Look

1  at this guy.  You know, he don't want to go
2  home.  He want to get locked up," because
3  everybody was like, wow, they're watching.
4  They were like drunk people in the street.
5     Q    Do you know who that comment was
6  made to?
7     A    To the people.  There was a lot of
8  people there just watching the scene.  So you
9  know, I don't know, maybe they were just
10 trying to tell them, trying to show them they
11 were trying to let him go and Emile is trying
12 to go to jail.  You know what I mean?
13    Q    Do you remember anything else said
14 between Mr. Mazloum and the police officers at
15 that point?
16    A    Yeah.  He kept on saying, "I want
17 a police report.  I want a report.  I want,"
18 you know, "I want to go to jail.  Just take me
19 with you guys to the police station."  And
20 they were like, "No.  Just go home.  We don't
21 want to.  Just go home."  Then that's when
22 they took him and they just threw him in my

1  car.
2     Q    Well, I want to ask when you're
3  telling me about this conversation between Mr.
4  Mazloum and the police officers, had you
5  already gone to get the car at that point?
6     A    Yes.  I went and got -- okay.
7  That's what happened.
8     Q    Right.  I want to make sure we go
9  in order.
10    A    Exactly.  They were talking, okay?
11 So I told the officer, the tall officer, "I'm
12 going to go get the car.  I'll be back."  He's
13 like, "Okay."  So I went and got the car and
14 came back.  And that's when I parked the car
15 right in front of the police officer's car.
16 And I got out of the car to get him in.
17       And he kept on telling him, "Man,
18 just go get in your car.  Get in your car."
19 And Emile was telling the police officer, "No.
20 I want to go with you.  Take me with you.  I
21 need a report, a police report."  Then the guy
22 was like, "You crazy, man.  Just get in your

1  car."  And then he just didn't listen.  That's
2  when I told Emile, "Just get in the car, man.
3  Just go," because they were not trying to give
4  him a police report.  So I was like, "Just get
5  in the car."
6     Q    So the first time you heard
7  anything said between Mr. Mazloum and the
8  uniformed police officers was after you had
9  gone to get the car and come back.
10    A    Actually, no.  The first time it
11 started, they were arguing about the police
12 report and stuff.  That's when I left.  And
13 I'm like, I'm going to go get the car while
14 they finish.  And I came back and they were
15 still talking about it.
16    Q    Okay.  Then why don't you just
17 tell me anything else that was said or
18 anything else that happened once you came back
19 with the car.
20    A    Nothing happened.  They didn't say
21 anything, which was the same thing, police
22 report, police report.

Page 334

1    **A    No, he didn't, because he had to**
2    **watch the crowd.  He had to watch the ropes.**
3    **He couldn't leave it.**
4        Q    Had you seen any encounter before
5    this between Mr. Persons and Mr. Mazloum that
6    evening?
7        **A    No.**
8        Q    Had you ever seen them speaking
9    together before that time?
10       **A    No.**
11       Q    Had you ever seen Mr. Persons
12   escorting Mr. Mazloum off the stage before
13   this tussle of theirs?
14       **A    No.**
15       Q    Were you situated on the stage
16   such that Mr. Persons could have escorted him
17   out on one or more occasions and you not
18   notice it?
19       **A    I don't think, so because I was**
20   **there the whole time, I mean before the**
21   **incident happened.  I didn't go to the**
22   **bathroom or anything.  I was there the whole**

Feder Reporting Company
(202) 863-0000

Page 335

1    **time.  So I mean I would know.**
2        Q    On occasions that evening when Mr.
3    Mazloum made his way on to the stage, do you
4    know by what means he got onto the stage?
5        **A    I don't understand.  What do you**
6    **mean by that?**
7        Q    Well, there were stairs to the
8    stage.  Right?
9        **A    Yes.**
10       Q    Did he go up the stairs to get
11   onto the stage on the occasions that he went
12   onto the stage?
13       **A    Every time I saw him he was going**
14   **up the stairs.**
15       Q    How many -- I'm sorry.  Go ahead
16   if you're not finished.
17       **A    I was going to ask you that.  I**
18   **saw him twice, like I said earlier.  I saw him**
19   **twice going up.  I mean the first time he went**
20   **there and the second, I mean he went inside,**
21   **came out from the stairs, and the second time**
22   **the same thing.**

Feder Reporting Company
(202) 863-0000

Page 336

1        Q    Were you at the bottom of the
2    stairs at the chain when that was occurring?
3        **A    No.  I was on the top.  Marwan was**
4    **in the bottom.  Like I was saying, I was**
5    **communicating with Marwan; like the whole time**
6    **we were communicating.  Like, if I see**
7    **somebody who is, you know, good looking, I'm**
8    **like, "Yeah, go ahead.  Let them in."**
9    **Basically Marwan's job was to just open the**
10   **rope and close it.  I'm the one who is making**
11   **the calls.**
12       Q    Did you make the calls to let Mr.
13   Mazloum up?
14       **A    No, because Marwan knows him.  I**
15   **didn't have to make the call.  He just let him**
16   **up.**
17       Q    Did you see Marwan raise the chain
18   to let Mr. Mazloum up?
19       **A    Yeah.**
20       Q    How many times?
21       **A    Twice.**
22       Q    Do you know what approximate

Feder Reporting Company
(202) 863-0000

Page 337

1    times?
2        **A    The first time he got in and then**
3    **he left.  Then he came back in like 30 minutes**
4    **and got back on again.  So it was like he**
5    **maybe -- I mean he went inside the first time.**
6    **He, you know, was roaming and maybe he didn't**
7    **find anybody, he didn't find any girl that he**
8    **likes or whatever.  He went and roamed in the**
9    **club and came back again to the stage.  That's**
10   **what I'm guessing.**
11       Q    You were on the stage this entire
12   time.
13       **A    Yep.**
14       Q    From what time did you start your
15   post on the stage?
16       **A    Like 10:30.**
17       Q    And from 10:30 until this incident
18   you were there the whole time?
19       **A    Mmm-hmm.  We're supposed to be**
20   **there.**
21       Q    I understand.  Well, strike that.
22   You were supposed to be there, but your

Feder Reporting Company
(202) 863-0000

Page 398

1    Q    Well, had you been in there
2  before?
3    A    No.
4        MR. CYNAMON:  Objection; asked and
5  answered.
6        BY MR. FITZSIMMONS:
7    Q    How many chairs in that room?
8    A    Everybody was standing.  I was the
9  only one who was sitting.  And John was
10  sitting down.  Mike, David and the other Mike
11  were all standing behind me.
12    Q    Michael Rehman was in the office
13  when you came in to it?
14    A    No.
15    Q    Where was Michael Rehman when you
16  first saw him that evening?
17    A    Well, I came in the office.  I sat
18  down with John.  Then I saw David, Mike Romeo
19  -- Mike Romeo or Rehman?
20    Q    It's one in the same.  Michael
21  Romeo/Rehman?
22    A    Okay.  Okay.  I'll call him Mike

Page 399

1  Romeo.  Came in with David and Mike, the
2  bouncer Mike.  They all came in together and
3  closed the door.  It was like so small.  We
4  all like were there.
5    Q    Was John Fiorito present during
6  the entire meeting?
7    A    Yeah, of course.
8    Q    Was Michael Rehman present for the
9  entire meeting?
10    A    Yes.
11    Q    Was Dave McLeod present for the
12  entire meeting?
13    A    Yes.
14    Q    You're 100 percent on that?
15    A    Yes.
16    Q    Michael Persons was there for the
17  whole meeting?
18    A    Actually, let me repeat that --
19  no.  Yeah.  Mike left at the end.  He left.
20  The last ten minutes he left.  They told him,
21  "No.  You're good to go.  Just leave."
22    Q    How long did the meeting last?

Page 400

1    A    Like 20 minutes, 25 minutes.
2    Q    And Dave McLeod, how long was he
3  present at the meeting?
4    A    He was there until like, the last
5  three or four minutes he left.  At the end he
6  left, the last four minutes.
7    Q    Sir, let me direct your attention
8  back to Alkadi Deposition No. 2, particularly
9  Page 7, marked as Bates No. 1060.
10    A    Okay.
11    Q    And I want to direct your
12  attention to the third full paragraph that
13  starts out, "Imad clocked in at Dream."  It
14  talks about how you went from Dream to FUR,
15  and you've already testified about that.
16  Right?
17    A    Mmm-hmm, yes.
18    Q    The next sentence starts out,
19  "When he arrived at FUR, Romeo asked if he
20  wanted a drink."  Is that correct?
21    A    Yeah.
22    Q    You told that to the FBI?

Page 401

1    A    Yes.
2    Q    The next sentence reads, "Romeo
3  escorted Imad to the office."  Did you tell
4  that to the FBI?
5    A    That is correct.  Yes.
6    Q    The next sentence reads, "John was
7  inside the office, playing with the digital
8  security cameras that cover all of the club."
9  Sir, did you give that information to the FBI?
10    A    Yes, I did.
11    Q    How do you contend he was playing
12  with the cameras?
13    A    Because I was there watching the
14  digital cameras he got.  And he was playing
15  with the views.  He can make the picture
16  bigger and smaller.  So he was like focusing
17  the cameras.  He was making them bigger and
18  smaller.  He was just playing with the
19  cameras.
20    Q    The FBI report continues, "Imad
21  said, '"Nice camera system.'"  Sir, did you
22  give that information to the FBI?

1    **A    That wasn't my job.**

2    Q    That wasn't my question.

3    **A    No, I don't.**

4    Q    You did not have it at the time.

5    **A    No.**

6    Q    Did you ever call up records from

7    the Dream security system while you were

8    working there?

9    **A    Actually we had a meeting one time**

10    **of an incident that happened, and they were in**

11    **the office and just got it and showed it to us**

12    **on the camera, on the TV.  So we saw**

13    **everything.  I mean we -- how could I say**

14    **this.  There was a fight in the club and they**

15    **wanted to show it to us in the meeting.  So**

16    **they just went and got that scene and put it**

17    **on the big screen TV so we could see it.**

18    Q    I appreciate that explanation, but

19    it wasn't quite what I was aiming for.  And

20    maybe it was my fault.  Did you personally

21    have occasion to pull from the Dream video

22    recording system any video records?

1    **A    No, sir.**

2    Q    Okay.  Did you ever have any

3    occasion to operate the FUR video camera

4    security system?

5    **A    No.**

6    Q    Did you have any hand in

7    installing the FUR video recording system?

8    **A    No.**

9    Q    Sir, the FBI report continues,

10    "David (last name unknown), the head of club

11    security, came into the office, as did the

12    bouncer named Mike and Mike Romeo."  Sir, did

13    you give that information to the FBI?

14    **A    Yes.**

15    Q    The next sentence continues.

16    "John asked Imad if he had been at the police

17    station that day."  Sir, did you give that

18    information to the FBI?

19    **A    Yes.**

20    Q    The next sentence reads, "Imad

21    said yes."  I take it you gave that

22    information to the FBI.

1    **A    Yes.**

2    Q    The next sentence reads, "John

3    asked who had gone with him to the police

4    station."  Sir, did you give that information

5    to the FBI?

6    **A    Yes.**

7    Q    The report continues.  "Imad

8    replied, 'Why are you talking to me?  I'm here

9    to talk to Mike Romeo.'"  Sir, did you give

10    that information to the FBI?

11    **A    Yes.**

12    Q    The report continues.  "John said

13    he had heard that Imad was at the police

14    station with two men, that Imad had described

15    himself as a bouncer at FUR, and that Imad had

16    alleged that a police officer hit his friend.

17    Imad agreed."  Did you give that information

18    to the FBI?

19    **A    I didn't -- one second.  Yes, I**

20    **did.**

21    Q    Sir, the next sentence reads,

22    "John said, 'You're not a bouncer, you're a

1    promoter and a guest of the club.  You should

2    have checked with us before going to the

3    police station.'"  Sir, did you give that

4    information to the FBI?

5    **A    Yes, sir.**

6    Q    Sir, on the top of the next page,

7    Bates 1061, marked Page 8, the first paragraph

8    begins, "John said, 'Do you know what you're

9    getting into?  You're not going to get hurt,

10    but your friend's going to get burned.'"

11    **A    Yes.**

12    Q    Sir, did you give that information

13    to the FBI?

14    **A    Yes.**

15    Q    The report continues.  "Imad said,

16    'Really?  Why do you say that?'"  Sir, did you

17    give that information to the FBI?

18    **A    Yes.**

19    Q    The next sentence reads, "John

20    replied, 'Because your friend went to the

21    police station and made a false call

22    (report).'"  Sir, did you give that

1    A    Yes.
2    Q    Sir, the next paragraph begins,
3  "John told Mike to shut up." Sir, did you
4  give that information to the FBI?
5    A    Yes.
6    Q    The next sentence reads, "John
7  said that Imad's actions could get Masoud in
8  trouble if Masoud pays Imad in cash." Sir,
9  did you give that information to the FBI?
10    A    Yes.
11    Q    Sir, the statement continues.
12  "John said to Imad, 'Maybe you don't have
13  legal papers to work here. If I was you, I'd
14  back off and not be a witness to nothing.'"
15  Sir, did you give that information to the FBI?
16    A    Yes.
17    Q    The next sentence reads, "Imad
18  said that the club's cameras had been
19  capturing everything" --
20    MR. CYNAMON:  "Watching
21  everything."
22    MR. FITZSIMMONS:  Excuse me. I

1  misspoke. Let me take it from the top.
2    BY MR. FITZSIMMONS:
3    Q    Sir, the report continues, "Imad
4  said that the club's cameras had been watching
5  everything." Sir, did you give that
6  information to the FBI?
7    A    Yes.
8    Q    Sir, the report continues.  "John
9  replied that he didn't think the cameras would
10  have captured what happened." Sir, did you
11  give that information to the FBI?
12    A    Yes.
13    Q    The report continues. "John's
14  reply made Imad think that John was about to
15  delete or already had deleted the camera's
16  footage from the previous night, which was
17  stored IN files on the computer." Sir, did
18  you give that information to the FBI?
19    A    No.
20    Q    Did you say anything to the FBI
21  about any sort of deletion of footage?
22    A    Yes.

1    Q    What did you say?
2    A    I told them that, when I asked
3  them about the camera, like you guys are
4  asking, "Like you don't know what happened.
5  Why don't you just go back to the tape and see
6  everything on camera?" And he's like, "What
7  camera? What are you talking about? We have
8  nothing here." And I told him, "Are you going
9  to tell me all these cameras, all this footage
10  you have on the system, you cannot find
11  anything? You cannot see anything?" And he
12  just didn't answer. He just ignored me.
13    So basically he's telling me like,
14  you know, "We have nothing." But I didn't say
15  anything about, you know, like I didn't tell
16  them that he deleted everything.
17    Q    You didn't tell them that he
18  deleted everything?
19    A    I didn't tell them he deleted
20  everything. He just said, "What are you
21  talking about? There is nothing. Everything
22  is gone."

1    Q    Well, "there is nothing,
2  everything is gone," what did you understand
3  "everything is gone" to mean?
4    A    Okay. What he tried to say -- he
5  didn't say it like, "Oh, yeah. I deleted, you
6  know, the footage. It's not on the computer
7  anymore." He basically said it in a way, you
8  know, that he never got it from the beginning.
9  He's saying he never had it on the system, you
10  know, never captured it.
11    Q    Well, did you ever hear him say,
12  "Everything is gone"?
13    A    Yes.
14    Q    I really don't understand. Why do
15  you think that he would say, "Everything is
16  gone" when what he meant was "We never had
17  anything"?
18    A    Well, see, I got myself confused.
19  When I was there, when I was in the meeting,
20  when I was talking to John, he told me, he was
21  like -- I'm like, "You should go ahead and
22  open up the cameras, because you guys have

1   everything. You guys have everything saved."
2   And he was like, "What are you talking about?"
3   I'm like, "Well, look in the cameras." He was
4   like, "I don't have it anymore. Everything is
5   gone."
6       Q    This was the next day.
7       A    That's the next day.
8       Q    And he said to you, "I don't have
9   it anymore. Everything is gone."
10      A    Yep. That was his words.
11      Q    What did you understand him to
12  mean by that?
13      A    This means he don't have, he
14  basically got rid of all the evidence.
15      Q    That's what you understood him to
16  mean?
17      A    Yep. If somebody is telling you,
18  "I don't have it in the system anymore," what
19  is that supposed to mean? It means everything
20  is gone. Everything is deleted. He don't
21  have it in the system anymore.
22      Q    Just previously you indicated you

1   thought he might have been telling you that it
2   might never have been captured.
3       A    Well, that was afterwards. After
4   he noticed that what he said was wrong, he was
5   trying to fix it. He was telling me it wasn't
6   even captured.
7       Q    But, in fact, you don't know
8   whether any image was ever captured.
9       A    I didn't see anything. I don't
10  know.
11      Q    No. That wasn't what I asked.
12  You don't know whether any image was captured
13  of any aspect of this incident.
14      A    Nope.
15      Q    Let me turn to Alkadi No. 3.
16  Given the hour, let's turn to the fourth page.
17      A    Okay.
18      Q    There's a sentence in the middle
19  of this page. "I looked at the screens," and
20  you're referencing the video surveillance
21  screens, "and said they could see on the tape
22  that Emile never hit anybody." You said that

1   to all present at that meeting?
2       A    Yes. I told them. They didn't
3   show me anything of Emile. I just tell them
4   -- you know, that's basically what I just said
5   earlier. I told them like "You're going to
6   tell me from all the footage you have in here
7   you cannot rewind and see what happened?"
8   That's basically what, the meaning of my
9   words, what I said.
10      Q    I mean isn't it possible that you
11  are just really ignorant of the way that their
12  system works?
13      A    Honestly, no, because you can see
14  -- I mean they have cameras, right? And the
15  cameras they have, they can see everything.
16  Trust me. They can see, like if you're
17  holding a phone, they can zoom, they can zoom
18  that picture to see what numbers you are
19  dialing. They're not going to find out who is
20  getting hit outside. I mean trust me. If
21  they want to find out, they'll find out.
22      Q    Well, forgive me, but we're not

1   really talking about trust here. We're
2   talking about what you know.
3       A    And I told you what I know.
4       Q    Do you have any idea what the
5   square footage of FUR Night Club is?
6       A    Okay. Well, when I was there he
7   was playing with the screens.
8       Q    No, no. Answer my question first,
9   please. Do you have any idea the square
10  footage of FUR Night Club?
11      A    No.
12      Q    Do you have any idea how many
13  operational security cameras they have in FUR
14  Night Club?
15      A    No.
16      Q    Do you have any idea whether the
17  security cameras in FUR Night Club are capable
18  of being redirected remotely?
19      A    No.
20      Q    Do you know whether the cameras
21  are in a fixed position in all the locations
22  that exist?