Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM                 :
                              :
            Plaintiff         :
                              :
    vs.                       :  Civil Action No.
                              :  1:06:CV 00002
DISTRICT OF COLUMBIA,         :  (JDB)
  et al.                      :
                              :
            Defendants        :

Washington, D.C.

February 12, 2007

Deposition via Interpreter of:

MARWAN ABI-AAD,

called for oral examination by counsel for Plaintiff, pursuant to notice, at the offices of the Attorney General, 441 4th Street, N.W., 6th Floor South, Washington, D.C., before Lynell C.S. Abbott, a Notary Public in and for the District of Columbia, beginning at 10:26 a.m., when were present on behalf of the respective parties:

Page 22

1  and Imad, so each Friday was supposed to be in
2  the club.
3      Q    So each Friday you were going to
4  be at FUR nightclub.
5      A    Yeah.
6      Q    And that was for work.
7      A    Correct.
8      Q    On March 11th, 2005 Mr. Mazloum
9  went with you to FUR nightclub.
10     A    Correct.
11     Q    When you went to FUR nightclub
12 that night, did you leave from your apartment
13 to go to FUR nightclub?
14     A    Yes.
15     Q    Do you recall what time you left
16 your apartment?
17     A    I'm not sure, but I think between
18 8:30 and 9:00, 9:30.
19     Q    When you left the apartment did
20 you leave with Mr. Mazloum and Mr. Alkadi?
21     A    Yes.
22     Q    Before you left the apartment what

Feder Reporting Company
(202) 863-0000

Page 23

1  were the three of you doing in the apartment
2  before you left?
3      A    We were cooking.
4      Q    Were you drinking?
5      A    We had beer.
6      Q    You did?
7      A    Bottle of beer.
8      Q    Did you observe Mr. Mazloum
9  drinking?
10     A    I guess he had two.
11     Q    Two beers?
12     A    Yeah.
13     Q    How about Mr. Alkadi?
14     A    Maybe one.
15     Q    Maybe one beer?
16     A    Like one.  We're not supposed to
17 drink, but...
18     Q    Okay.  Before March 11th, 2005 had
19 you ever observed Mr. Mazloum consuming any
20 alcoholic beverages?
21     A    I don't remember.
22     Q    You don't know if you've seen

Feder Reporting Company
(202) 863-0000

Page 24

1  Mr. Mazloum drink any alcoholic beverages
2  before March 11th, 2005?
3      A    Like can you be more specific?
4  Like before one day or for the time since I
5  met him?
6      Q    I'll put it to you like this:  On
7  March 11th, 2005 you testified that
8  Mr. Mazloum had maybe two beers.  Is that
9  right?
10     A    Right.
11     Q    Was that the first time you ever
12 saw him drink a beer?
13     A    No.
14     Q    You've seen him drink beers prior
15 to that evening?
16     A    No.  I see him, I saw him drinking
17 before this date, like since I met him.
18     Q    So you've seen him drink before.
19     A    Yeah.
20     Q    Would Mr. Mazloum drink alcohol
21 when he would go out with you to FUR nightclub
22 before March 11th?

Feder Reporting Company
(202) 863-0000

Page 25

1      A    No.
2      Q    You never saw him drink alcohol?
3      A    I saw him but not when we go out.
4      Q    Not when you're at the club.
5      A    If we drink we going to stay home.
6  When we start to drink we stay home.  We don't
7  go out.
8      Q    So you decided just to stay home
9  and drink on a number of occasions?
10     A    Sometimes, yeah, we decided.
11     Q    If you didn't feel like going out.
12     A    Correct.
13     Q    Okay.  This is somewhat of a
14 direct question but I have to lay a foundation
15 for my next question.  Have you ever been
16 drunk before?
17     A    No.
18     Q    You have not?
19     A    (Shaking head.)
20     Q    Have you ever seen people who to
21 you appeared to be drunk before?
22     A    Yeah.

Feder Reporting Company
(202) 863-0000

Page 30

1  Q    But there was a moment when you
2  did observe him buy drinks?
3  A    I saw him once drinking.
4  Q    You saw him drinking.
5  A    Once.
6  Q    Did you ever observe him at the
7  bar buying a drink?
8  A    No.
9  Q    When you observed him drinking was
10 that before you began your shift?
11 A    No, while I was working.
12 Q    While you were working, okay. And
13 was he drinking a beer when you saw him?
14 A    I'm not sure.
15 Q    You couldn't see?
16 A    They don't serve beer in a bottle.
17 They put the beer in the cups.
18 Q    So you saw him drinking from a
19 cup.
20 A    (Nodding.)
21 Q    And it could have been beer, it
22 could have been --

Feder Reporting Company
(202) 863-0000

Page 31

1  A    Water.
2  Q    Right.
3  A    Tea.
4  Q    When you saw him drinking did you
5  think that he was drinking beer?
6  A    I don't know. I can't tell.
7  Q    At any time that evening did you
8  observe Mr. Mazloum buying a drink?
9  A    No.
10 Q    Have you ever observed Mr. Mazloum
11 buying drinks before March 11th, 2005, on
12 other nights perhaps when you may have been
13 out?
14 A    I'm not sure, but I don't think --
15 no.
16 Q    To your knowledge, has Mr. Mazloum
17 ever run a tab before at a bar when you've
18 been out?
19 A    I don't know, I'm not sure,
20 because I was not going out with him that
21 often.
22 Q    Have you ever been involved in a

Feder Reporting Company
(202) 863-0000

Page 32

1  fight before at a nightclub before March 11th,
2  2005?
3  A    No, not at all.
4  Q    Have you ever observed Mr. Mazloum
5  involved in a fight before at a nightclub?
6  A    No.
7  Q    Have you ever observed Mr. Alkadi
8  involved in a fight in a nightclub before?
9  A    No.
10 Q    Are you familiar with the term
11 "VIP"?
12 A    Yes.
13 Q    Some of my questions may be simple
14 and somewhat obvious, but I have to ask them
15 to kind of lay a foundation for more questions
16 that I want to ask.
17 A    Okay.
18 Q    What is your understanding as to
19 what a VIP is with respect to FUR nightclub?
20 A    I don't know. I didn't understand
21 your question exactly. What do you mean by
22 that?

Feder Reporting Company
(202) 863-0000

Page 33

1  Q    What is a VIP?
2  A    It's a very important person.
3  Q    For your shift you monitor stairs
4  that lead up to the stage at FUR nightclub.
5  Is that right?
6  A    Yes.
7  Q    On March 11th, 2005 were VIPs
8  permitted to be on the stage that evening?
9  A    I don't know.
10 Q    Could just anybody get up onto the
11 stage to dance?
12 A    Anyone can go, but Masoud told us
13 to let the girls go up. So I think the guys
14 are not excluded. It's not like you are not
15 VIP, you cannot go. Anybody can go, but the
16 girls can go more than the guys. And actually
17 like you always let the girls go up.
18 Q    So if you are female you would be
19 let up onto the stage.
20 A    Yeah.
21 Q    If you were a male how would you
22 be able to get on the stage?

Feder Reporting Company
(202) 863-0000

Page 38

1   A   Correct.
2   Q   The second time you saw him, was
3   that the time you mentioned before, at around
4   1:00 a.m. when you saw him on the stage?
5   A   Yes.
6   Q   When you saw him that time on the
7   stage, you had said that he was trying to
8   leave the stage?
9   A   Correct.
10  Q   So you saw him walking towards
11  you?
12  A   He was next to me.  I was on the
13  stairs.  He was next to me.
14  Q   And he was going down the stairs?
15  A   Yes.
16  Q   And did you see him go down the
17  stairs?
18  A   Yeah.
19  Q   Is this when the incident
20  happened?
21  A   Yes.
22  Q   Why don't you tell me what you saw

Feder Reporting Company
(202) 863-0000

Page 39

1   happen after you saw him start to go down the
2   steps.
3   A   Okay.  He was about to leave and
4   the security guy, the bouncer, I don't know
5   why, what happened was the reason to put his
6   hands on his back and try to push him or to
7   like to rush him.  And it was like two steps
8   to be out.  The stairs is actually like four
9   steps.  But he was in the middle of the stairs
10  when he put his hands on his back.  So he
11  turned, trying to take his hands out.  And I
12  don't know what happened, but they get into
13  fight in like one second.  It's not a fight.
14  It's like he grabbed him and he put him on the
15  floor.
16  Q   The security person who grabbed
17  him, where was he posted when this happened?
18  A   He was on the stage.
19  Q   Was he at the top of the steps?
20  A   Yes.
21  Q   So he was at the top and you were
22  at the bottom.

Feder Reporting Company
(202) 863-0000

Page 40

1   A   Okay.  He was on the stage like --
2   yeah, he was on the top.  So that's why he
3   tried to push him.
4   Q   So Mr. Mazloum had maybe two steps
5   to go before he got to the bottom of the
6   steps.
7   A   Correct.
8   Q   And that was where you were
9   posted.
10  A   Correct.
11  Q   And you saw the security person
12  grab his arms?
13  A   Not grab.  Like he was pushing
14  him, put his hands on his back and like...
15  Q   Okay.  So you saw the security
16  person kind of put his hands behind
17  Mr. Mazloum's back -- strike that.
18      You saw the security person put
19  Mr. Mazloum's hands behind Mr. Mazloum's back
20  and push him?
21      MR. CYNAMON:  Objection.
22      THE WITNESS:  I'm not sure.

Feder Reporting Company
(202) 863-0000

Page 41

1       BY MR. BRUCKHEIM:
2   Q   Did you see the security person
3   grab Mr. Mazloum while Mr. Mazloum was still
4   on the steps?
5   A   He tried to push him on the
6   stairs.  He didn't grab him.  He tried to push
7   him, to rush him.  But when Emile turned
8   around to take the security guard's hands out
9   of him, I don't know what happened, but then
10  the security grabbed him and he put him on the
11  floor.
12  Q   So you saw Emile turn around to
13  take the security person's hands off of him?
14  A   Yeah.  He was looking like, you
15  know, like would happen to anybody.
16  Q   Did you see Mr. Mazloum swing his
17  arms in the direction of the security person?
18      MR. KAPLAN:  Can we have all these
19  questions interpreted now because we're in an
20  important area.
21      MR. BRUCKHEIM:  Sure.
22      THE INTERPRETER:  Could you repeat

Feder Reporting Company
(202) 863-0000

Page 42

1  your question?
2      BY MR. BRUCKHEIM:
3      Q    Did you see Mr. Mazloum swing his
4  arms in the direction of the security person?
5      A    I'm not sure.
6      Q    You did see Mr. Mazloum turn.
7      A    Yes.
8      Q    Did you see Mr. Mazloum do
9  anything with his hands?
10     A    I'm not sure.
11     Q    So you are not sure what happened
12 from the time Mr. Mazloum turned to the time
13 when the security person grabbed Mr. Mazloum.
14     A    The whole thing happened very
15 quickly, and I don't remember what happened in
16 the details second by second.
17     Q    When you saw the bouncer grab
18 Mr. Mazloum, how did he grab him?
19     A    He grabbed him from his back --
20 okay.  Would you please repeat your question
21 and be more specific when you say when he
22 grabbed him.  Do you mean when he was on the

Feder Reporting Company
(202) 863-0000

Page 43

1  stairs or when he was put on the floor?
2      Q    When he was on the stairs, you
3  said the security person grabbed Mr. Mazloum.
4          MR. CYNAMON:  Objection.
5          MR. FITZSIMMONS:  Objection;
6  mischaracterizes.
7          THE WITNESS:  Okay.  He tried to
8  push him.  He was pushing him to make him go
9  faster, go down the stairs faster.  So now
10 what's your question regarding the grabbing?
11         BY MR. BRUCKHEIM:
12     Q    You said that he was pushing him
13 and at some point Mr. Mazloum turned and did
14 something that you can't recall:
15     A    Yes, that's true.
16     Q    After Mr. Mazloum turned, what did
17 the security person do?
18     A    He tried to get away from him.
19 However, he held him from the back, again,
20 grabbed him from the back and then put him on
21 the floor of the stage.
22     Q    The security person put him on the

Feder Reporting Company
(202) 863-0000

Page 44

1  floor of the stage?
2      A    Yes.
3      Q    Or was it on the floor of the
4  dance club?
5      A    Stage, on the stage.
6      Q    Did they go back up the steps?
7      A    Two steps.
8      Q    Did the security person pull
9  Mr. Mazloum back up the steps?
10     A    Yes.
11     Q    And after he pulled him on the
12 steps did he push him to the ground?
13     A    He didn't drag him because there
14 were only two steps and he is not a heavy
15 person.  So he pulled him to the stage.
16     Q    And after he pulled him to the
17 stage what happened?
18     A    He put him on the floor.
19     Q    He put him on the floor?
20     A    Yeah, and -- he put him on the
21 floor.
22     Q    Did you see how he put him on the

Feder Reporting Company
(202) 863-0000

Page 45

1  floor?  In other words, did the security
2  person take Mr. Mazloum's legs out from under
3  him?
4      A    I'm not sure.  I forgot.
5      Q    Did you see Mr. Mazloum hit the
6  floor?
7      A    Yes.
8      Q    How did he hit the floor?
9      A    The security put him on the floor.
10     Q    What part of Mr. Mazloum's body
11 hit the floor first?
12     A    I don't know.  I wasn't able to
13 see.
14     Q    Were you still at your post when
15 this was happening?
16     A    Yes.
17     Q    After Emile was put onto the
18 floor, was he struggling?
19     A    I'm not sure.
20     Q    Did you see him moving his arms or
21 his legs?
22     A    I'm not sure.

Feder Reporting Company
(202) 863-0000

Page 54

1  hit Mr. Mazloum's body?
2      A    I wasn't able to see any of the
3  lower body, because in this moment I was down,
4  I went down on the stairs, so I won't be able
5  to see like only the heads and from here.
6      Q    So my question to you is did you
7  ever see a fist or a foot from any of these
8  men make contact with any part of
9  Mr. Mazloum's body?
10     A    I didn't see clearly. However, it
11 was -- I saw that he was beating him from his
12 hand movements.
13     Q    You saw one of the men's hands
14 moving up and down?
15     A    Yes.
16     Q    How many times?
17     A    I'm sure at least twice.
18     Q    And you are not sure which man it
19 was who was doing that movement?
20     A    No.
21     Q    Did this happen close to the
22 stairs or in the middle of the dance floor?

Feder Reporting Company
(202) 863-0000

Page 55

1      A    Close to the stairs, on the
2  stairs, on the first step.
3      Q    Were there people around on the
4  dance floor and by the stairs?
5      A    Yes.
6      Q    People who were dancing?
7      A    Yes.
8      Q    After you saw this happen, what
9  did you see next?
10     A    Nothing.
11     Q    Did you see the men take
12 Mr. Mazloum out of the club?
13     A    I last saw them when they were on
14 top of the stairs, and I have not seen
15 anything after that.
16     Q    That was the last time you saw
17 Mr. Mazloum inside the club.
18     A    Yes, that's correct.
19     Q    And when was the next time you saw
20 Mr. Mazloum?
21     A    At the hospital.
22     Q    Did you see how Mr. Mazloum got up

Feder Reporting Company
(202) 863-0000

Page 56

1  the steps to go out?
2      A    Yes. They were pulling him. They
3  were pulling him.
4      Q    Was he using his feet at all to
5  get up the steps?
6      A    With difficulty. He didn't have
7  time to put his feet on the stairs because
8  they were pulling him.
9      Q    Did you see him at all on the
10 steps?
11     A    I'm not sure.
12     Q    After the last moment when you saw
13 Mr. Mazloum, what did you do?
14     A    Nothing.
15     Q    Did you go back to your post?
16     A    Yes. I stayed in my post
17 position.
18     Q    Did you ever see the security
19 person when you went back to your post?
20     A    No.
21     Q    The security person who was
22 involved.

Feder Reporting Company
(202) 863-0000

Page 57

1      A    He went up with the other guys.
2      Q    Where did you think they were
3  taking him?
4           MR. CYNAMON:  Objection.
5           THE WITNESS:  To the detox room,
6  to the room where they take people who are
7  drunk.
8           BY MR. BRUCKHEIM:
9      Q    There's a room where they take
10 people who are drunk?
11     A    Yeah.
12     Q    Have you been inside that room
13 before?
14     A    No, never.
15     Q    I didn't mean because you yourself
16 were drunk, just have you ever seen the room
17 before.
18     A    No.
19     Q    Why did you think they were taking
20 him there?
21     A    Usually when there is a problem
22 this is where they take people waiting for one

Feder Reporting Company
(202) 863-0000

Page 58

1  of their friends to come and pick them up.
2    Q   Because they're drunk.
3    A   Either because they're drunk or
4  because there is a problem.
5    Q   Did you know where this room was
6  in the club?
7    A   No.
8    Q   Did you ask anybody at the club
9  about where you could get to this room?
10   A   No.
11   Q   Did Emile appear to be drunk to
12 you at this time?
13   A   No.
14       MR. BRUCKHEIM:  Why don't we take
15 a break for ten minutes.  I'm definitely more
16 than halfway done.  I probably have a
17 half-hour, give or take, for my questioning
18 here.
19       MR. CYNAMON:  But I'm sure you're
20 not the only one asking questions.
21       MR. BRUCKHEIM:  No.
22       (Recessed from 11:47 to 11:58

Feder Reporting Company
(202) 863-0000

Page 59

1  a.m.)
2        BY MR. BRUCKHEIM:
3    Q   Mr. Abi-Aad, did you ever see
4  Mr. Mazloum bleeding while he was in the
5  nightclub?
6    A   No.
7    Q   Did there come a time when you
8  visited the police station with Mr. Mazloum
9  and Mr. Alkadi?
10   A   Yes.
11   Q   And you provided a statement to
12 the police station at that time?
13   A   Yes.
14       MR. BRUCKHEIM:  Could I have this
15 marked as Exhibit No. 1, please.
16       (Document referred to marked
17 Deposition Exhibit No. 1 for identification
18 and subsequently attached to the deposition.)
19       BY MR. BRUCKHEIM:
20   Q   Mr. Abi-Aad, take a look at
21 Exhibit No. 1.  Could you tell me what this
22 is, if you recognize it?

Feder Reporting Company
(202) 863-0000

Page 60

1    A   I filled it out, I wrote those.
2  It's after one day the accident happened with
3  Mr. Mazloum.
4    Q   The date on this document is March
5  12th, 2005.
6    A   Yes.
7    Q   And is that your signature that's
8  at the bottom?
9    A   Yes.
10   Q   And did you write the statement
11 that's contained in November 14?
12   A   Yes.
13   Q   That's your handwriting?
14   A   Yes.
15   Q   I wanted to ask you about a few of
16 the statements you made here.  In the second
17 paragraph there's a sentence that says,
18 "Suddenly I saw three guys pulling out their
19 badges from their necks."  And your next
20 statement is, "They were partying and dancing
21 before that thing happened."
22   A   Yes, correct.

Feder Reporting Company
(202) 863-0000

Page 61

1    Q   Now, you had seen these three men
2  before they came over and pulled their badges
3  out?
4    A   No.
5    Q   When they came over and pulled
6  their badges out that was the first time you
7  saw them that evening?
8    A   Yes.
9    Q   So you never saw them dancing or
10 drinking before anything happened.
11   A   Drinking, drinking.
12   Q   So you did see them drinking?
13   A   Holding cups.
14   Q   So is it your testimony that you
15 saw them before they came over and pulled
16 their badges out?
17   A   No, because when they came they
18 were holding.
19   Q   So when they came over and pulled
20 their badges out they were all holding drinks.
21   A   I'm not sure if all of them, but
22 two of them at least, they were holding

Feder Reporting Company
(202) 863-0000

Page 62

1  drinks.
2  Q    Did you see them drinking from the
3  cup while they were dealing with Mr. Mazloum?
4  A    No.
5  Q    Did you ever see any of the men
6  take a drink from a cup at any time that
7  evening?
8  A    No.
9  Q    Did you ever see them dancing at
10 any time that evening?
11 A    **They were on the stage when**
12 **everybody on the stage was dancing. Nobody**
13 **was standing still.**
14 Q    You say they were on the stage
15 when everybody else was dancing?
16 A    **Yes, they got on stage to dance.**
17 Q    Are you saying this because when
18 they came over and pulled their badges out
19 they did it while they were on stage?
20 A    Yes.
21 Q    Did you ever actually see them
22 dancing with your own eyes before they came

Page 63

1  over and pulled out their badges?
2  A    No.
3  Q    If you look at the next sentence,
4  it says, "They took Emile out of the stage,
5  and I saw one of them hitting him on his face
6  on his head."
7  A    Or.
8  Q    "Or his head," excuse me. The
9  next sentence says, "I couldn't make sure
10 because it was so crowded around me." What do
11 you mean when you say that you couldn't make
12 sure?
13 A    **It's not -- it's one sentence.**
14 **It's I saw one of them hitting him on his face**
15 **or his head, I couldn't make sure because it**
16 **was so crowded around me.**
17 Q    So you couldn't make sure that he
18 was being hit on his face or his head?
19 A    **Or his head.**
20 Q    Because it was so crowded around
21 you.
22 A    (Nodding.)

Page 64

1  MR. SCHIFFERLE: Sorry. Was that
2  a yes?
3  THE WITNESS: Yes.
4  BY MR. BRUCKHEIM:
5  Q    After this incident happened and
6  Mr. Mazloum had left the club, did you speak
7  to anyone at the club about what had happened?
8  A    No.
9  Q    Did anyone at the club mention
10 this incident to you?
11 A    No.
12 Q    After March 12th of 2005 did you
13 have any conversations with Mr. Alkadi about
14 this incident?
15 A    Yes.
16 Q    When did you have your first
17 conversation with him about this incident?
18 A    **On the way home.**
19 Q    From the hospital?
20 A    **From the club.**
21 Q    From the club?
22 A    Yeah.

Page 65

1  Q    Did Mr. Alkadi tell you what he
2  had seen?
3  A    **It was, actually, he was**
4  **describing Emile, how he was. And I'm not**
5  **sure if he did, like if he went through the**
6  **story what he saw outside. But he was saying**
7  **about Emile's position.**
8  Q    He said that he had described
9  Emile, like how he was?
10 A    Yes.
11 Q    What did he tell you about that?
12 What did he say?
13 A    **He told me about like his clothes,**
14 **his nose, nothing specific like -- he**
15 **described him to me in general terms, nothing**
16 **specific.**
17 Q    Did he describe how Emile was
18 acting?
19 A    **Yes, he told me.**
20 Q    What did he say?
21 A    **He was crying outside.**
22 MR. KAPLAN: He was what?

Page 174

```
 1    A    They were drinking. And they took
 2  Mr. Mazloum out of the stage after this. They
 3  were holding drink.
 4    Q    You remember seeing their badge
 5  and you saw a drink, is that what you said?
 6    A    Yes.
 7    Q    And then what did they do?
 8    A    They took Emile out of the stage.
 9    Q    Were they holding a drink while
10  they were taking him out?
11    A    No.
12    Q    No.
13    A    No.
14    Q    Did they pick him off the floor?
15    A    Yeah.
16    Q    Your testimony is that they picked
17  him up off the floor.
18    A    Yeah. Yes, they lifted him off
19  the ground.
20    Q    And what happened next?
21    A    They took him and they got him out
22  of the club.
```

Feder Reporting Company
(202) 863-0000

Page 175

```
 1    Q    One step at a time, though. They
 2  picked him up and then they did what, they
 3  started to walk to the stairs?
 4    A    They didn't carry him. What I
 5  meant is they pulled him up to stand and then
 6  I don't remember what happened after that.
 7    Q    Well, do you remember whether they
 8  walked down the stairs from the stage?
 9    A    I'm not sure.
10    Q    Well, let me ask you this: Where
11  were you at the point where they picked him
12  up?
13    A    I was on the stage.
14    Q    Were you on the stage when they
15  took him down from the stage?
16    A    I don't remember.
17    Q    You don't remember. It's possible
18  you were gone by that point?
19    A    No, I was there. However, I don't
20  remember if I was up or down.
21    Q    You might have been off of the
22  stage at the point that they were bringing him
```

Feder Reporting Company
(202) 863-0000

Page 176

```
 1  down the stairs?
 2    A    Yes, that's true.
 3    Q    What's the next point where you
 4  remember seeing these gentlemen and
 5  Mr. Mazloum together?
 6    A    On the second stair, stairs.
 7    Q    On the second set of stairs, you
 8  mean?
 9    A    The one, the big stairs, the exit
10  stairs.
11    Q    The ones that lead from the main
12  floor to the tunnel.
13    A    Yeah.
14    Q    Okay. That's the next time you
15  remember seeing them.
16    A    Mmm-hmm, yes.
17    Q    What was your vantage point when
18  you saw them at that point?
19         THE INTERPRETER: What do you mean
20  by advantage point?
21         MR. FITZSIMMONS: The word is
22  "vantage," not "advantage." It's "vantage."
```

Feder Reporting Company
(202) 863-0000

Page 177

```
 1  Where were you standing.
 2         THE INTERPRETER: Oh, vantage
 3  point.
 4         THE WITNESS: On the floor down.
 5         BY MR. FITZSIMMONS:
 6    Q    You were on the main floor.
 7    A    Yeah.
 8    Q    How far away was it from where you
 9  were standing to where Mr. Mazloum was when
10  you first saw him then?
11    A    About 20 feet.
12    Q    It was pretty crowded that night,
13  wasn't it?
14    A    Yes, it was full.
15    Q    Pardon me?
16    A    Yeah, kind of.
17    Q    Kind of crowded?
18    A    It's always crowded but not too,
19  too crowded.
20    Q    So from 20 feet away on the dance
21  floor you were able to see him with the three
22  gentlemen or so going towards the steps
```

Feder Reporting Company
(202) 863-0000

Page 178

1  leading out to the tunnel?
2      A    Yes.
3      Q    Was your view obscured by any
4  people in the audience?
5      A    I didn't see their body. I was
6  seeing their upper bodies, from their
7  shoulders up.
8      Q    What do you remember seeing next?
9      A    I saw one of the guys beating him.
10     Q    At what stage was that?
11     A    On the beginning of the stairs.
12     Q    Beginning of the stairs leading to
13 the tunnel.
14     A    Yeah.
15     Q    If I recall your testimony earlier
16 correctly, you couldn't identify who that
17 person was. Is that right?
18     A    Yes, it's true.
19     Q    Could you tell whether the person
20 was white or black?
21     A    No.
22     Q    Could you tell whether the person

Page 179

1  was male or female?
2      A    Yes, male.
3      Q    What do you remember seeing
4  exactly?
5      A    I saw someone beating him, and
6  this happened during ten seconds.
7      Q    I'm afraid you didn't understand
8  my question. Did the person have a fist?
9      A    I don't know. I'm not sure.
10     Q    Did he have anything in his hand
11 like a pistol?
12     A    I'm not sure. I'm not sure.
13     Q    Did you see this assailant's hand
14 moving?
15     A    Yes.
16     Q    How many times did you see it move
17 up and down?
18     A    At least twice.
19     Q    At least twice. Did you see this
20 hand make contact with Mr. Mazloum?
21     A    No.
22     Q    What was the last thing that you

Page 180

1  remember seeing on the stage during this
2  incident?
3      A    I don't know.
4      Q    You remember seeing them, the
5  police, people who turned out to be the
6  police, picking your friend off the floor.
7      A    Yeah.
8      Q    Do you remember seeing them
9  standing with him?
10     A    I'm not sure.
11         MR. KAPLAN: Excuse me, Paul. Can
12 we have a five-minute break when you get to a
13 convenient point?
14         MR. FITZSIMMONS: Sure.
15         BY MR. FITZSIMMONS:
16     Q    Did you see any blood on
17 Mr. Mazloum on the stage?
18     A    No.
19         MR. FITZSIMMONS: We can break
20 now, thank you.
21         (Recessed from 3:48 to 3:58 p.m.)
22         BY MR. FITZSIMMONS:

Page 181

1      Q    Mr. Mazloum, referring you to your
2  Exhibit 2, Page 68, Paragraph 1, Sentence 2 --
3          MR. CORCORAN: You don't mean
4  Mr. Mazloum, do you?
5          MR. FITZSIMMONS: Did I misspeak?
6  I'm sorry. It's a little dyslexia.
7          BY MR. FITZSIMMONS:
8      Q    You'd been asked about a little
9  bit of this, sir, but I don't believe you were
10 asked did you tell the FBI that Mr. Mazloum
11 "could still walk and dance"?
12     A    Yes.
13     Q    Have you ever seen anybody who is
14 drunk?
15     A    Yes.
16     Q    You have. Once or twice?
17     A    Almost.
18     Q    Pardon me?
19     A    Almost, like 40 or 50 times.
20     Q    40 or 50 times.
21     A    Yeah.
22     Q    But were these people who in your