UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM                  :
                               :
            Plaintiff          :
                               :
     vs.                       :   Civil Action No.
                               :   1:06:CV 00002
DISTRICT OF COLUMBIA,          :   (JDB)
   et al.                      :
                               :
            Defendants         :

                    Washington, D.C.
                    November 13, 2006

Deposition of:

     OFFICER LOUIS E. SCHNEIDER,
called for oral examination by counsel for
Plaintiff, pursuant to notice, at the offices
of Katten Muchin Rosenman, LLP, 1025 Thomas
Jefferson Street, N.W., East Lobby, Suite 700,
Washington, D.C., before Stephany L. Jerome,
RPR, a Notary Public in and for the District
of Columbia, beginning at 9:45 a.m., when were
present on behalf of the respective parties:

Page 6

1  Schneider, please give us your work address.
2    A   310 McMillan Drive, N.W.,
3  Washington, D.C.
4    Q   Did you do anything to prepare for
5  your deposition today?
6    A   I met with Michael -- last week,
7  was it -- last week and I just went over some
8  of the stuff.
9    Q   Other than meeting with your
10 counsel, did you do anything to prepare for
11 your testimony today?
12   A   No.
13   Q   You didn't review any materials on
14 your own?
15   A   No, I did not.
16   Q   You didn't have any discussions
17 with anybody beyond your attorney?
18   A   No.
19   Q   Are you married, Officer
20 Schneider?
21   A   No. I'm single.
22   Q   Have you ever been married?

Feder Reporting Company
(202) 863-0000

Page 7

1    A   No.
2    Q   Can you provide me your
3  educational history, starting with high
4  school?
5    A   I finished high school, and I did
6  a year and a half of college.
7    Q   Where did you attend high school?
8    A   South Brunswick High School in New
9  Jersey, Middlesex County.
10   Q   What year did you graduate from
11 high school?
12   A   1991.
13   Q   Then where did you go to college?
14   A   Mercer County Community College.
15   Q   You went for a year and a half,
16 you said?
17   A   Went for a year and a half, yes.
18   Q   Did you obtain any sort of degree?
19   A   No.
20   Q   Did you have any kind of
21 post-high-school degree?
22   A   No, I do not.

Feder Reporting Company
(202) 863-0000

Page 8

1    Q   Have you ever been arrested?
2    A   Yes.
3    Q   When?
4    A   2002, 2003.
5        MR. BRUCKHEIM: I'm going to
6  object as to relevance to all questions
7  regarding any arrest and anything that follows
8  from that, if you want to give a standing
9  objection.
10       MR. CORCORAN: Standing objection.
11       MR. BRUCKHEIM: Thank you.
12       BY MR. CORCORAN:
13   Q   What were the circumstances of
14 this arrest?
15   A   DWI.
16   Q   Where did it occur?
17   A   Fairfax, Virginia.
18   Q   What happened to lead to your
19 arrest?
20   A   I was driving home and got into a
21 slight fender bender on 95, and I was placed
22 under arrest for DWI. And the outcome, they

Feder Reporting Company
(202) 863-0000

Page 9

1  dropped it down to reckless driving.
2    Q   Is there any sort of penalty
3  associated with this conviction?
4    A   Yes. I had to pay a $1,000 fine
5  and loss of license for six months, but they
6  gave me a special license to drive back and
7  forth to work.
8    Q   Is this the only time in your
9  entire life you've been arrested?
10   A   Yes.
11   Q   Did it have any consequences with
12 respect to your job as a police officer?
13   A   Yes. They suspended me for ten
14 days without pay.
15       MR. BRUCKHEIM: Same objection.
16       BY MR. CORCORAN:
17   Q   Do you know what your alcohol
18 level was when you were arrested for DUI?
19   A   It was point 08 -- I'm sorry,
20 point 09.
21   Q   Now what was the basis for your
22 being suspended for ten days? What was the

Feder Reporting Company
(202) 863-0000

Page 34

1  A   Yes. I always carry them. You
2  always carry spare ones because you always got
3  to take reports constantly.
4  Q   You take reports when you're
5  patrolling, fair to say, from civilians?
6  A   Correct.
7  Q   So you have the capacity to do it
8  when you're on Club Zone?
9  A   Yes.
10  Q   Now, you are aware of the
11  incidents that are at issue in this lawsuit,
12  correct?
13  A   Yes, I am.
14  Q   And I'd like to ask you some
15  questions about the night of March 11th, 2005.
16  You're familiar with the FUR Nightclub, right?
17  A   Yes, I am.
18  Q   Had you been there prior to March
19  11, 2005?
20  A   Yes, I had.
21  Q   In what capacity had you been to
22  FUR?

Feder Reporting Company
(202) 863-0000

Page 35

1  A   Just going there as a patron.
2  Q   How many times do you think you'd
3  been there?
4  A   Probably about four times -- three
5  or four times.
6  Q   Do you know when you first went
7  there?
8  A   When it first opened. Maybe two
9  weeks after it was open, I stopped in there
10  one night just to see it.
11  Q   Do you recall when that was?
12  A   No, I don't.
13  Q   Each time that you went to FUR
14  before the night in question, had you been
15  with other police officers?
16       MR. BRUCKHEIM: Objection as to
17  relevance, but you can answer.
18       THE WITNESS: Yes. But not every
19  time. Sometimes I went with just regular
20  friends that are civilians.
21       BY MR. CORCORAN:
22  Q   How did you become aware that FUR

Feder Reporting Company
(202) 863-0000

Page 36

1  was a place you could go to once it opened?
2  How did you learn about it?
3  A   I used to work Club Zone in front
4  of Insomnia nightclub when that was there, and
5  I met Michael Romeo. And one night he was
6  passing out fliers -- and I was actually
7  working the front of Platinum -- promoting the
8  new club that was opening. He handed me a
9  flier. He said, "Hey, my new club's opening
10  up," and he handed me a flier, and I was like
11  oh, okay. And that's when I became aware that
12  it was open.
13  Q   How well do you know Michael
14  Romeo?
15  A   I just know him in passing just by
16  face. I know him by name, but, I mean, other
17  than that just passing, saying hello.
18  Q   And is he somebody that you've
19  ever socialized with?
20  A   No.
21  Q   Have you seen him when you've been
22  a patron in a nightclub?

Feder Reporting Company
(202) 863-0000

Page 37

1  A   Yes.
2  Q   Where?
3  A   I seen him when I went to FUR.
4  Q   Had you ever seen him when you
5  were doing Club Zone detail?
6  A   Yes.
7  Q   The circumstances you just
8  testified about, is that when; he was passing
9  out fliers?
10  A   Yeah. And he used to run Insomnia
11  Nightclub so I used to see him when he'd go in
12  and out of there because he was either the
13  manager or the owner of that club, and when we
14  used to work in front of there, I would see
15  him occasionally.
16  Q   Are you familiar with any of the
17  other individuals who manage or are associated
18  with FUR?
19  A   I know John Fedorito (phonetic), I
20  believe his last name is.
21  Q   Fiorito?
22  A   Yes.

Feder Reporting Company
(202) 863-0000

Page 38

1  Q  Who's he?
2  A  I know he used to work for MPD.
3  One night I was at the club I met him.
4  Somebody told me they used to work with him.
5  I believe he worked in the Fourth District.
6  And he was like oh, he used to be a police
7  officer and I met him that night for the first
8  time.
9  Q  Have you ever socialized with him?
10 A  No.
11 Q  When's the last time you saw him?
12 A  I saw him probably about six
13 months ago in front of the courthouse.
14 Actually Michael's office at 441 4th Street.
15 I was heading to the Police Headquarters, and
16 he happened to be walking down the sidewalk
17 and I ran into him.
18 Q  Did you talk to him about this
19 case?
20 A  All I said to him, I said, "What
21 are you doing here?" And he just said that he
22 was -- I believe he was speaking with Michael.

Feder Reporting Company
(202) 863-0000

Page 39

1  And then that's all that was said. I said,
2  "Oh, okay." And I had to get going because I
3  had to make a meeting in headquarters.
4  Q  You mean speaking with Michael
5  Romeo?
6  A  No.
7  Q  Michael who?
8  A  I'm sorry, John. John Fedorito is
9  the one I saw in front of there.
10 Q  And he was speaking, though, to
11 Michael Romeo, he said?
12 A  No. Michael Romeo wasn't even
13 there. I got the names switched. When I was
14 walking to Police Headquarters, John Fedorito
15 was walking on the sidewalk in front of 441
16 4th Street, and I just happened to see him and
17 he's like hey. And I was like "Hey. What are
18 you doing here?"
19    And he said that he was just
20 upstairs speaking with Michael, and I said,
21 "Oh, all right."
22    And he's like, "I'll talk to you

Feder Reporting Company
(202) 863-0000

Page 40

1  later." And then he left and I haven't seen
2  him since.
3  Q  Mr. Bruckheim, you mean?
4  A  Yes. He was upstairs, I believe,
5  talking to him.
6  Q  Did he tell you what they were
7  talking about?
8  A  No. He just said that he had to
9  go up there to talk about it. I was like all
10 right.
11 Q  And when was this?
12 A  Probably six months ago or maybe a
13 little longer. It was back in the summertime.
14 I know that.
15 Q  So early June?
16 A  Yes, probably June. Maybe
17 beginning of July, but I think it was probably
18 June.
19 Q  And with respect to Michael Romeo,
20 when's the last time you saw him?
21 A  Probably about a year ago, maybe a
22 little longer than that. I haven't seen him

Feder Reporting Company
(202) 863-0000

Page 41

1  in a long time.
2  Q  The fall of 2005?
3  A  Probably, yes.
4  Q  Where did you see him?
5  A  I don't remember where I even seen
6  him because it's been so long. Because I
7  haven't even been back to the nightclub since
8  then.
9  Q  When was the last time you went to
10 FUR?
11 A  The night that this happened.
12 Q  March 11th?
13 A  Yes.
14 Q  Why haven't you been back there?
15 A  Because I've been going through my
16 own things, and there's just no need to go
17 there.
18 Q  Was this around the time you were
19 having problems with this ex-girlfriend that
20 you described earlier?
21 A  Yes.
22 Q  Had she obtained a restraining

Feder Reporting Company
(202) 863-0000

Page 42

1  order against you at the time of the incident?
2      MR. BRUCKHEIM: Objection.
3      THE WITNESS: No.
4      MR. CORCORAN: Did you obtain one
5  against her?
6      MR. BRUCKHEIM: Same objection.
7      THE WITNESS: I obtained one in
8  January and this happened in March.
9      BY MR. CORCORAN:
10  Q   Of '05?
11  A   Of '05.
12  Q   So that would have been right
13  before the night in question, correct?
14  A   Correct.
15  Q   You certainly weren't on speaking
16  terms with her the night that you went to FUR?
17  A   No.
18  Q   Now, the night that you went
19  there, do you recall if you paid a cover to
20  get in?
21  A   Yes, I believe I did.
22  Q   Do you know how much you paid?

Feder Reporting Company
(202) 863-0000

Page 43

1  A   Five, ten dollars. I don't
2  remember.
3  Q   Did you pay a cover every time you
4  went there?
5  A   Yeah.
6  Q   Who were you with when you went
7  into the nightclub that night?
8  A   It was me, Officer Ramirez,
9  Officer Modlin. We all rode together there,
10 and then we met up with several other
11 officers. But I walked in -- they were
12 stopped talking to, I think, some of the guys
13 that were working Club Zone or somebody. And
14 I walked in, paid my cover, and then I waited
15 at the front lobby, and then they came in
16 behind me.
17 Q   Do you know if they paid covers to
18 get in?
19 A   No, I don't.
20 Q   Was there a metal detector that
21 you had to pass through to get in the
22 nightclub?

Feder Reporting Company
(202) 863-0000

Page 44

1  A   Yes.
2  Q   You went through it?
3  A   Yes.
4  Q   Did they go through it as well?
5  A   I believe they did because it was
6  right in the front door as soon as you walk
7  in, I believe.
8  Q   Did you know the guy who was
9  running security for FUR that night?
10 A   One guy I did know from him
11 working at other clubs. I don't remember what
12 his name is though. I just know him by face.
13 Q   Then when you went into the club,
14 did you have your badge with you?
15 A   Yes.
16 Q   Do you always need to carry your
17 badge with you, even when you're off duty?
18 A   I usually carry it in my wallet.
19 Q   That has some metal components,
20 correct?
21 A   Yes.
22 Q   So that you had to take that out

Feder Reporting Company
(202) 863-0000

Page 45

1  in order to go through the metal detector?
2  A   No. For some reason I don't think
3  it went off when I went through.
4  Q   You didn't have a weapon with you,
5  correct?
6  A   No.
7  Q   Did you have handcuffs with you
8  when you went through?
9  A   No.
10 Q   Now, do you ever carry handcuffs
11 when you're off duty?
12 A   No.
13 Q   Why not?
14 A   I have no reason to. Usually I
15 don't get -- well, when I'm off duty, I'm off
16 duty.
17 Q   You're not looking to make
18 citizens' arrests or anything?
19 A   No.
20 Q   Do you know other officers who
21 carry handcuffs with them when they're off
22 duty?

Feder Reporting Company
(202) 863-0000

Page 90

1  you didn't make any identification of who was
2  involved or what?
3     A   No.
4     Q   And you had no idea if any police
5  officers were involved?
6     A   No, I didn't.
7     Q   And it's also fair to say you
8  never saw the start of this altercation,
9  right?
10    A   No, I did not.
11    Q   So you had no firsthand personal
12 knowledge of how it began?
13    A   No.
14    Q   Just what people have told you?
15    A   Yes, just what people have told
16 me.
17    Q   So you then left the stage and
18 went down to go see what was going on?
19    A   Yes.
20    Q   Now, you said a security guy came
21 up to you and said, hey, your friends are in
22 trouble or having a problem?

Feder Reporting Company
(202) 863-0000

Page 91

1     A   Yeah. I think he said, hey, your
2  friends are down there or the other police
3  officers are down there and there's a problem.
4  And I was like all right. So then I wanted to
5  go over to see what was going on.
6     Q   Who was the person who told you
7  this?
8     A   I don't even remember. I just
9  know it was one of the security. Like I said,
10 I don't really know anybody so....
11    Q   Was it the bouncer who you later
12 saw outside?
13    A   I couldn't even tell you. I just
14 know he worked there. I know he's one of the
15 bouncers, but I'm not sure exactly.
16    Q   Somebody told you?
17    A   Yes.
18    Q   And how did he know it was people
19 you were with?
20    A   Because he saw me with them -- I
21 guess he saw me when I walked in with them,
22 like I said, or I might have known him from

Feder Reporting Company
(202) 863-0000

Page 92

1  another club. I don't really know. Like I
2  said, I couldn't even pick you out who it was.
3  I just remember somebody came up and, after
4  the girls said something to me, he said
5  something. And then I was like all right, let
6  me go over there and see what's going on.
7     Q   Now, you're saying somebody you
8  might have met when you were in Club Zone
9  detail?
10    A   Yes, it might have been. I don't
11 remember how he knew me, but, like I say, I
12 know a lot of guys by faces, not by names or
13 anything.
14    Q   Sure. But he recognized you, and
15 you think he knew you were a police officer?
16    A   Yes.
17    Q   So you went down and got off the
18 stage, right?
19    A   Correct.
20    Q   Did you have to go through any
21 security to get off the stage? Did anybody
22 say wait a second or stop?

Feder Reporting Company
(202) 863-0000

Page 93

1     A   No.
2     Q   Now when you get over to the
3  melee, what do you see?
4     A   I see security's like around in a
5  circle a little bit. Like there's some guys
6  just standing there, and I remember, I
7  believe, Michael was there, Fedorito, or
8  whatever his last name.
9     Q   John Fiorito?
10    A   Or John Fiorito. I'm sorry, John.
11 John was standing there and I walked up next
12 to him, and a guy went to stop me and John's
13 like, "No. He's a police officer." And I
14 walked up and I saw the guy, I guess the
15 complainant, was on the ground kicking and
16 punching and Modlin and Ramirez was on the
17 ground. They had one handcuff on him and they
18 were trying to get the second handcuff, and he
19 kept fighting and kicking.
20        I walked over, grabbed his hand,
21 put it in the handcuff and clicked it, and
22 that was it. And then we picked him up.

Feder Reporting Company
(202) 863-0000

Page 94

1   Q   Now, a couple of questions about
2   that. You saw John Fiorito standing on the
3   dance floor with you?
4   A   He was standing back while they
5   were trying to get the situation under
6   control.
7   Q   But he was right there near the
8   melee?
9   A   I believe so, yes.
10  Q   And you knew him, right?
11  A   Yes.
12  Q   And he waved you through the
13  nightclub security?
14  A   Yes.
15  Q   The plaintiff, you said, was down
16  on the ground at this point?
17  A   Yes.
18  Q   He was on the dance floor ground?
19  A   Yes.
20  Q   How close was he to the stairs
21  that lead up out of the nightclub?
22  A   Probably, I don't know, 10, 15

Feder Reporting Company
(202) 863-0000

Page 95

1   feet. I don't really know.
2   Q   He wasn't on the stairs?
3   A   No.
4   Q   When he was on the ground, how was
5   he, was he face down or face up?
6   A   When I first got there, he was on
7   his side punching and kicking, swinging, and
8   then they finally got him over and they got
9   one handcuff on him, but he was still kicking
10  and moving and trying to hide his hand so they
11  couldn't get it to the other handcuff. And
12  finally Tony or somebody got his hand, and I
13  just took the cuff and just clicked it real
14  quick once he got his hand there and clicked
15  the handcuff.
16  Q   Did you see any of the guys you
17  were with, Officer Ramirez or Modlin, turn the
18  plaintiff over to get his arms in a position
19  where they could handcuff him?
20  A   Yeah. I'm not sure which one it
21  was. Somebody flipped him over because they
22  had the handcuff on the one hand, and the

Feder Reporting Company
(202) 863-0000

Page 96

1   other handcuff kept going because he kept
2   trying to fight. So I believe Modlin grabbed
3   the one hand that was handcuffed and then I
4   just grabbed his wrist real quick and pulled
5   it over and snapped the other handcuff on.
6   Q   You were able to sort of just walk
7   in and do that?
8   A   Yeah. Because they pretty much
9   had him coming, and when they did I grabbed
10  the free handcuff, and when he brought his
11  hand, I just clicked it around real quick.
12  Q   Who was in physical contact with
13  him at this time when you walked into the
14  situation?
15  A   I believe it was Modlin and
16  Ramirez, and Phillips might have been there
17  to. Like I said, it was kind of like --
18  Q   It was hard to tell?
19  A   It was hard to tell. It was dark
20  and everybody was kind of -- I just saw arms
21  and legs swinging and kicking.
22  Q   The music was still playing?

Feder Reporting Company
(202) 863-0000

Page 97

1   A   I believe so, yes.
2   Q   And it was still pretty loud?
3   A   Uh-huh.
4   Q   Could you make out faces very
5   well?
6   A   Just the two guys that were -- I
7   just knew Tony was on one side and Modlin was
8   on the other. There was other people, but I
9   don't know who they were.
10  Q   Did they say anything to you to
11  get you involved or they were focused on the
12  situation?
13  A   They were focused. They didn't
14  know I even got there because, like I said, I
15  got there at the very end and just handcuffed
16  him, helped them and then escorted him out.
17  Q   So did you see at this point any
18  FUR personnel struggling with the plaintiff as
19  all?
20  A   I don't recall.
21  Q   Did you ever see John Fiorito
22  touch the plaintiff?

Feder Reporting Company
(202) 863-0000

Page 98

1    A   No.
2    Q   Did you see the plaintiff strike
3 anyone else?
4    A   I saw he was hitting Modlin and
5 Ramirez when I got there because he was still
6 kicking.
7    Q   Was it just from his flailing
8 around that he was striking them accidentally?
9    A   Well, he was yelling -- I heard
10 him yelling. He was yelling and he was
11 kicking and punching, but that's -- I don't
12 know exactly what he was saying, but I know he
13 was punching. And they kept saying, "Give me
14 your hand, give me your hand."
15        And I told him, I think, when I
16 came up, I was like, "Quit resisting. Just
17 give them your hand." Because at that point
18 it was pointless to keep struggling with them.
19 So I believe -- I know I was yelling, "Quit
20 resisting. Just give them your hand." And
21 then I was able to get his hand handcuffed.
22    Q   You had not at this point seen

Feder Reporting Company
(202) 863-0000

Page 99

1 this individual, the plaintiff, do anything
2 particularly wrong, correct?
3    A   No. I never seen him at all.
4    Q   You just saw him in the struggle?
5    A   Correct.
6    Q   So you didn't know why Ramirez and
7 Modlin were attempting to handcuff him at this
8 point, right?
9    A   No.
10    Q   So did you just instinctually get
11 involved in the situation in the training?
12    A   Yeah. Training to go back up
13 another officer if you see them struggling and
14 trying to handcuff somebody, yes.
15    Q   You didn't have time to ask a
16 question about what was happening?
17    A   No.
18    Q   So you didn't know if they had
19 good reason or bad to be handcuffing him,
20 correct?
21    A   I had no knowledge of anything.
22    Q   You were able to just quickly jump

Feder Reporting Company
(202) 863-0000

Page 100

1 in and out?
2    A   Yes.
3    Q   And not to repeat your testimony,
4 but you didn't see anywhere in this scene the
5 bouncer that you later saw outside the
6 nightclub, correct?
7    A   Not that I recall, no. He might
8 have been there; he might not. I don't
9 remember.
10    Q   Now, were there any other
11 individuals involved in this melee besides the
12 ones you just identified when you interceded?
13    A   There was other people there that
14 were trying to hold -- like try to get him
15 under control, but I'm not sure who they were
16 because at the point I came over, pretty much
17 they kind of backed off and, like I said, it
18 was dark and, I don't know, it was just arms.
19    Q   Were there any other FUR security
20 personnel involved in trying to subdue the
21 individual?
22    A   I think so at first there were. I

Feder Reporting Company
(202) 863-0000

Page 101

1 think there was other -- I'm not positive, but
2 I assume there were.
3    Q   And how did you know that they
4 were FUR people?
5    A   Because they all had black jackets
6 on and the outfits that they wear are pretty
7 much all identical.
8    Q   Now, the night that you were at
9 the nightclub, did you know anything about a
10 promoter who was promoting some sort of event
11 there?
12    A   They always have promoters, but I
13 didn't know exactly what event it was.
14    Q   Have you ever heard of an
15 individual by the name of Masoud A?
16    A   I want to say I probably have just
17 from working in front of the nightclubs in
18 promoting other nightclubs, but, like, I don't
19 know him.
20    Q   Do you know what, if any,
21 relationship he had that night with the
22 operation of the FUR nightclub when you were

Feder Reporting Company
(202) 863-0000

Page 102

1 there?
2  A   No.
3  Q   Do you know if he had separate
4 personnel in the nightclub that night when you
5 were there?
6  A   I have no idea.
7  Q   Would you have any way of
8 distinguishing between security that were
9 working for FUR and individuals that might
10 have been assisting Masoud A that night in the
11 nightclub?
12      MR. BRUCKHEIM:  Objection.
13 Foundation.  You can answer.
14      THE WITNESS:  I have no idea.
15      BY MR. CORCORAN:
16  Q   If you saw somebody dressed in a
17 black jacket and dark clothes, you would
18 assume they were FUR personnel, correct?
19  A   Right.  Because a lot of them had,
20 I think, ear pieces and stuff too.
21  Q   And did you see any civilians,
22 like not FUR security personnel and not police

Page 103

1 officers and not your friends, involved in
2 this altercation?
3  A   The only person I saw at the end
4 of it all was, I guess, his friend was outside
5 trying to calm him down, but I couldn't even
6 tell you what the guy even looked like.  I
7 just remember him there.
8  Q   His friend, you saw him outside,
9 but did you see him at the time of the
10 altercation?
11  A   No.
12  Q   Now, you testified you had had two
13 drinks at this point?
14  A   Yes, probably two, maybe three
15 drinks.  I don't recall.  It was a long time
16 ago.
17  Q   All beer?
18  A   Yes.
19  Q   What about your friends, do you
20 know much they had had to drink at this point?
21  A   I have no idea.
22  Q   You weren't paying attention?

Page 104

1  A   No.
2  Q   Now, did you hear or see any of
3 your friends that were involved in the
4 altercation identify themselves as police
5 officers to the plaintiff?
6  A   I think they had their badges out
7 when I got there, so I assume that they did;
8 but I didn't see them or -- I mean, like I
9 said, I showed up at the very end, so what
10 happened before I couldn't tell you.
11  Q   Did you pull your badge out?
12  A   No, I didn't.
13  Q   You didn't need to do it?
14  A   No.  I think I had it in my wallet
15 so I don't think I pulled it out.
16  Q   Now you saw the handcuffs.  Were
17 you surprised to see them?
18  A   Yes.  I didn't know whose
19 handcuffs they were or where they came from.
20 I just know that he had one on.
21  Q   So you just sort of like shut down
22 and did your job?

Page 105

1  A   Correct.
2  Q   Did you ever ask later or find out
3 later whose handcuffs they were?
4  A   Yeah, I found out, I think once we
5 got outside, that they were Tony's.
6  Q   How did you find that out?
7  A   Because we had the handcuffs on
8 him and I might have asked, I said, "Where did
9 these come from?"
10      And I think Tony said, "Oh, I had
11 them."  And I was like, "You had handcuffs?"
12      Because I was like -- I mean, I
13 don't carry handcuffs so, I mean, I was kind
14 of shocked that it was there.
15  Q   It surprised you that you saw that
16 he had handcuffs?
17  A   Yes.  But, like I said, other
18 officers do it.  I just don't personally do
19 it.
20  Q   There's no need to do it when
21 you're off duty, right?
22      MR. BRUCKHEIM:  Objection.  You