**TABLE OF OFFENSES AND PENALTIES**                                    Page 1 of 5

# TABLE OF OFFENSES AND PENALTIES

A.  **OFFENSES**

Conduct described below is prohibited, and shall serve as the basis for an Official Reprimand, or Adverse Action.

1. Drinking "alcoholic beverage" or "beverage" as described in Section 25-101, subsection (5) of the D.C. Code, District of Columbia Alcoholic Beverage Control Act, or being under the influence of "alcoholic beverage" or "beverage", while on duty.

2. Drinking "alcoholic beverage" or "beverage" as described in Section 25-101, subsection (5) of the D.C. Code, District of Columbia Alcoholic Beverage Control Act, "while in uniform off duty"; or being under the influence of "alcoholic beverage" when off duty.

3. The taking of any drug or substance, on or off-duty, as described in the D.C. Uniform Controlled Substances Act of 1981, unless taken upon the prescription of a licensed physician, or registered practitioner authorized to dispense a controlled substance during the course of professional practice.

4. Malingering or feigning illness or disability in order to evade the performance of duty.

5. Willfully disobeying orders, or insubordination.

6. Willfully and knowingly making an untruthful statement of any kind in any verbal or written report pertaining to his/her official duties as a Metropolitan Police Officer to, or in the presence of, any superior officer, or intended for the information of any superior officer, or making an untruthful statement before any court or any hearing.

7. Conviction of any member of the force in any court of competent jurisdiction of any criminal or quasi-criminal offense, or of any offense in which the member either pleads guilty, receives a verdict of guilty or a conviction following a plea of *nolo contendere*, or is deemed to have been involved in the commission of any act which would constitute a crime, whether or not a court record reflects a conviction. Members who are accused of criminal or quasi-criminal offenses shall promptly report, or have reported their involvement to their commanding officers.

8. Inefficiency as evidenced by repeated and well-founded complaints from superior officers, or others, concerning the performance of police duty, or the neglect of duty. Three sustained Adverse Actions within a 12-month

    period upon charges involving misconduct, as provided in this section, shall be prima facie evidence of inefficiency. The Adverse Action charges need not be related.

9. Receiving money, or other valuable consideration, contrary to the rules and regulations of the Department, or the laws in force in the District of Columbia.

10. AWOL (Absent Without Leave), i.e., reporting late for duty more than six (6) times within a one-year period, an absence from duty without official leave in excess of the first four (4) hours of a scheduled tour of duty, or any unexcused absence from a scheduled duty assignment that is not in the category of "lateness."

11. Using unnecessary and wanton force in arresting or imprisoning any person, or being discourteous, or using unnecessary violence toward any person(s), or the public.

12. Conduct unbecoming an officer, including acts detrimental to good discipline, conduct that would adversely affect the employee's or the agency's ability to perform effectively, or violations of any law of the United States, or of any law, municipal ordinance, or regulation of the District of Columbia.

13. Willful failure to promptly report to the Chief of Police, or the Assistant Chief, Office of Professional Responsibility, through channels or directly, any disloyalty, or suspected disloyalty, to the United States or to the Government of the District of Columbia; or to promptly report any violation by any person whomsoever, without or within the Metropolitan Police Department, of the Criminal Code of either the United States, or the District of Columbia; or to report the violation of any section of the rules and regulations of the Department.

14. Neglect of duty to which assigned, or required by rules and regulations adopted by the Department.

15. Compromising a felony or any other unlawful act, or to participate in, assent to, aid, or assist any person suspected of a crime to escape full judicial examination by failing to give known facts, or reasonable causes of suspicion, or withdrawing any information relative to the charge or suspicion from the proper judicial authorities; or in any manner to receive any money, property, favor, or other compensation from, or on account of, any person arrested, or subject to arrest, for any crime or supposed crime; or to permit any such person to go at large without due effort to secure an investigation of such supposed crime.

**TABLE OF OFFENSES AND PENALTIES**                    Page 4 of 5

B.  **PENALTIES**

The following Table of Penalties Guide shall be used as specified in this order. Use of this guide shall be mandatory as applicable. Where an individual order or directive provides for penalties, such penalties will supersede those contained in this Table of Penalties Guide. However, the Chief of Police, or the Assistant Chief, Office of Human Services (as appropriate), may, without regard to the provisions of this section, in extraordinary circumstances when confronted by a unique factual situation:

1.  Determine that a penalty less than that established in the Table of Penalties shall be imposed, provided that such authority finds that, under all circumstances of the case, the mitigating considerations outweigh the aggravating considerations, or;

2.  Determine that a penalty greater than that established in the Table of Penalties shall be imposed, provided that such authority finds that, under all the circumstances of the case, the aggravating considerations outweigh the mitigating considerations. Such considerations shall be set forth on the record with particularity, and such findings shall be made by a preponderance of the evidence.

### TABLE OF OFFENSES AND PENALTIES GUIDE

| # | Violation (abbreviated) | 1st | 2nd | 3rd |
|---|---|---|---|---|
| 1. | On-Duty Alcohol | Suspension for 3 days to removal | Suspension for 10 days to removal | Removal |
| 2. | Off-Duty Alcohol | Suspension for 3 days to removal | Suspension for 10 days to removal | Removal |
| 3. | Drug Use | Removal | | |
| 4. | Malingering | Reprimand to removal | Removal | |
| 5. | Insubordination | Suspension for 10 days to removal | Suspension for 15 days to removal | Removal |
| 6. | Untruthful Statement | Suspension for 15 days to removal | Suspension for 30 days to removal | Removal |
| 7. | Conviction | Removal | | |
| 8. | Inefficiency | Reprimand to removal | Suspension for 10 days to removal | Removal |
| 9. | Receiving consideration/gratuity | Reprimand to removal | Removal | |
| 10. | AWOL | Reprimand to removal | Suspension for 5 days to removal | Removal |
| 11. | Unnecessary or Wanton Force | Suspension for 3 days to removal | Suspension for 10 days to removal | Removal |
| 12. | Conduct Unbecoming | Suspension for 3 days to removal | Suspension for 5 days to removal | Removal |
| 13. | Failure to Report Certain Violations | Reprimand to removal | Suspension for 10 days to removal | Removal |
| 14. | Neglect of Duty | Reprimand to removal | Suspension for 15 days to removal | Removal |
| 15. | Compromising a Felony | Removal | | |

## TABLE OF OFFENSES AND PENALTIES

Page 5 of 5

| 16. | Failure to Obey Orders & Directives of COP | Reprimand to removal | Suspension for 1 day to removal | Suspension for 15 days to removal |
|---|---|---|---|---|
| 17. | Fraud in appt. or falsification of records | Suspension for 30 days to removal | Removal | |
| 18. | Improper political activity or strike | Removal | | |
| 19. | Misuse or mutilation of D.C. property or funds | Reprimand to removal | Suspension for 10 days to removal | Removal |
| 20. | Misuse of position | Removal | | |
| 21. | Undependability (Tardiness) | Reprimand to Removal | | |
| 22. | Negligent Use or Loss of Firearm, radios, badges, or other Department-issued equipment | Suspension for 10 days to removal | Suspension for 20 days to removal | Removal |
| 23. | Refusal to Submit to Urinalysis/Breathalyzer/ Intoxilyzer | Removal | | |
| 24. | Sustained EEO Complaint | Reprimand to Removal | Removal | |
| 25. | Prejudicial Conduct | Reprimand to removal | Suspension for 15 days to removal | Removal |