Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM              :
                           :
           Plaintiff       :
                           :
   vs.                     :  Civil Action No.
                           :  1:06:CV 00002
DISTRICT OF COLUMBIA,      :  (JDB)
   et al.                  :
                           :
           Defendants      :

                    Washington, D.C.
                    November 17, 2006

Deposition of:
        MICHAEL ANDRE PERSONS, JR.,
called for oral examination by counsel for
Plaintiff, pursuant to notice, at the offices
of Katten Muchin Rosenman, LLP, 1025 Thomas
Jefferson Street, N.W., East Lobby, Suite 700,
Washington, D.C., before Lynell C.S. Abbott, a
Notary Public in and for the District of
Columbia, beginning at 9:42 a.m., when were
present on behalf of the respective parties:

Page 62

1  Q   All right. Did Masoud's employees
2  ever assist in any security operations?
3  A   No. They wasn't allowed to.
4  Q   Does FUR require its security
5  people to be licensed?
6       MR. FITZSIMMONS: Objection;
7  foundation.
8       THE WITNESS: No. They require
9  employees to have a police clearance before
10 they get hired.
11      BY MR. KAPLAN:
12 Q   Other than a police clearance, do
13 you have any license to work as a security
14 guard?
15 A   I do. But at the club I'm not a
16 security guard. Those are two different
17 things. I'm not a security guard for the
18 night club.
19 Q   Would you explain the difference
20 between those two things?
21 A   A security guard is an individual
22 hired by a company that is either uniformed or

Feder Reporting Company
(202) 863-0000

Page 63

1  un-uniformed that may protect people, property
2  or things. 100 percent of the time a security
3  officer in D.C. has to go through an SOMB,
4  which is the Security Officer's Management
5  Branch, to get a license to work as a security
6  guard.
7       Clubs hire doormen or bouncers. A
8  doorman is a person that is the greeter,
9  whether it be male or female. They check
10 ID's. They are the first person you see. A
11 bouncer is a term used for a person that is
12 the aggressor that is removing a person from
13 the club. Most of the time when people use
14 the term "bouncer" they use it in a negative
15 way. But the correct terminology for a
16 bouncer is a person that is the aggressive
17 form of the club. They are the aggressor of
18 the club.
19 Q   And a security guard gets a
20 license but a bouncer doesn't. Is that right?
21 A   I mean it all depends. I mean I
22 don't consider myself a bouncer. So I really

Feder Reporting Company
(202) 863-0000

Page 64

1  can't answer that question for you. If I was
2  doing security guard work, then I would be
3  licensed under D.C. or just depending on who I
4  worked for what they required.
5  Q   You say you are not a bouncer at
6  the club?
7  A   No.
8  Q   Then what are you at the club?
9  You're not a doorman. Are you a doorman?
10      MR. FITZSIMMONS: Objection; asked
11 and answered.
12      THE WITNESS: I told you I was a
13 host.
14      BY MR. KAPLAN:
15 Q   Well, on the night of March 11th
16 what was --
17 A   I was a host.
18 Q   So you didn't consider yourself a
19 bouncer on that night?
20 A   I just told you I was a host.
21 Q   And what are the duties of a host?
22 A   I basically just greet people. I

Feder Reporting Company
(202) 863-0000

Page 65

1  was there, I mean, I got that position because
2  I was -- I don't know. I'm territorial. So I
3  was a person that could handle the frequent
4  people coming asking me, "Could I get on
5  stage?" I could deal with the situation
6  better than I guess most of the people they
7  had working there. Basically that was their
8  main VIP area.
9       Various people, various patrons
10 that came to the club, you know, they came to
11 the stage first. And the majority of the time
12 if I was recognized they would probably buy a
13 table on the stage. And I was the guy that
14 was put in charge of directing that.
15      MR. KAPLAN: Would you read back
16 that answer?
17      (Record read by the reporter.)
18      BY MR. KAPLAN:
19 Q   How would a person go about buying
20 a table on the stage?
21 A   I mean if they wanted a table on
22 the stage they would probably tell the person

Feder Reporting Company
(202) 863-0000

Page 66

1  outside. But most of the frequent customers
2  that came on Fridays, I mean basically they'd
3  come see me and ask if there's a table
4  available. I would either say yes or no. And
5  if it was, they bought it. If it wasn't, then
6  I would give them access to the stage, because
7  they were frequent customers.
8      But it had to be at a specific
9  time because how I did it was usually if there
10 was a FUR Dancers, only females were allowed
11 to go on the stage until I decided there was a
12 time for males to come on the stage.
13     Q    So females would be dancing with
14 females on the stage?
15     A    Right. But only at a certain
16 time. If the floor opened up at 11:00, maybe
17 at 12:00 o'clock, if there wasn't an event
18 going on or a fashion show and we didn't have
19 dancers on the stage, then I would allow some
20 girls to come on stage. But only girls, no
21 guys.
22     Q    If someone came into the club and

Page 67

1  saw you up on the stage and thought, "Oh,
2  there's my buddy Mike, I think I'd like to buy
3  a table," would they have to go outside to buy
4  the table?
5      A    Nobody called me Mike at the club.
6  They called me Big Mike. Nobody ever
7  addressed me as Mike. I just wouldn't allow
8  it. And they wouldn't do that. I mean they
9  would just come and have a conversation with
10 me. And if they wanted a table they would
11 just ask me was there availability on the
12 table. And I would call on the radio or I
13 would send them to the right person they would
14 have to talk to.
15     Q    All right. Where would they have
16 to go to buy the table?
17     A    I have no idea. I mean I call the
18 person on the radio, whoever it was that was
19 in charge of that, and they would meet them
20 somewhere in the club.
21     Q    And they called you Big Mike for a
22 reason. How big are you?

Page 68

1      A    I mean you look at me and tell me
2  how big I am.
3      Q    No. How tall are you and how much
4  do you weigh?
5      A    I'm 5'11", 280.
6      Q    What do you understand is the
7  policy of FUR for dealing with intoxicated
8  patrons?
9      A    Well, if a person is too
10 intoxicated, they couldn't, I guess, conduct
11 themselves in an orderly fashion, usually they
12 would be ejected from the club. The majority
13 of the time if they were on the main floor
14 they went out the back door or the side doors
15 and were not given access back to the club.
16 Usually there's always a police officer
17 outside. So I guess that kind of deters the
18 people from coming back. But once they was
19 out, I went back inside.
20     Q    How would you determine whether
21 someone needed to be --
22     A    Ejected?

Page 69

1      Q    Ejected.
2      A    By their actions. If a person is
3  asleep on the floor, it's time for them to go.
4  If a person is, I guess, touching people in
5  the club where they feel it's offensive,
6  usually what I would do is I would address the
7  problem. If it was a female and she said that
8  she was inappropriately touched, then if she
9  can point the guy out and you know -- he
10 didn't even have to admit that he did it. But
11 I can tell by a guy's actions if he had
12 inappropriately touched a female. Then I
13 would immediately eject him from the club.
14     It just all depends on the person,
15 I mean. I would say I was rather fair. I
16 know people paid to get in the club. So most
17 of the time I gave them a warning. But if
18 they were just too intoxicated, it was just
19 time for them to leave. Nobody needs to, I
20 mean to keep drinking more and more. I mean
21 it's bad enough they're already drunk. So,
22 you know, I would just tell people to go there

Page 70

1  and leave for the night.
2      Q    Was this up to you or did the
3  bouncers have discretion to make this
4  decision?
5          MR. FITZSIMMONS: Objection;
6  compound.
7          THE WITNESS: It was something
8  that was informed by the club. But it was at
9  our discretion. Being that I was in charge of
10 the floor, I mean they sensed that I had a
11 good sense of judgment when it came to that.
12 And 90 percent of the time I never was
13 challenged about ejecting somebody from the
14 club.
15         BY MR. KAPLAN:
16     Q    If one of the six bouncers who
17 worked under you felt that someone should be
18 ejected, would they have authority to make
19 that decision or would they have to get
20 permission from you?
21         MR. FITZSIMMONS: Objection to
22 characterization, mischaracterization of the

Feder Reporting Company
(202) 863-0000

Page 71

1  testimony.
2          THE WITNESS: It all depended if
3  it was to a point where I couldn't immediately
4  get to it and they made the call. And I never
5  overrided them. But they never took anybody
6  out by themselves. I mean that was just
7  something that we never did, just for a safety
8  reason.
9          BY MR. KAPLAN:
10     Q    You mean it always took two people
11 to take someone out?
12     A    We always required that.
13     Q    And were you always one of the two
14 people?
15     A    Was I always required?
16     Q    Were you one of the two?
17     A    Yeah, either me or somebody on the
18 floor. It didn't matter. As long as it was
19 two people that was visible.
20     Q    Did FUR have a policy, to your
21 knowledge, concerning use of force by bouncers
22 or hosts?

Feder Reporting Company
(202) 863-0000

Page 72

1      A    You keep saying bouncers. FUR
2  does not hire bouncers. We have a meeting
3  every Friday and Saturday on security policies
4  and how they want security to handle certain
5  situations of the club. So there were
6  frequent meetings about, you know, actions
7  that were taken.
8          If somebody took a particular
9  action that was maybe not advisable by Dave,
10 then he would address it. But the majority of
11 the time -- I mean we never had an incident
12 that was so chaotic other than, like I said,
13 this March incident to where it was addressed
14 at every meeting. I mean so.
15     Q    This incident was addressed at
16 every meeting?
17     A    It was definitely addressed at
18 every meeting.
19     Q    How many meetings do you think it
20 was addressed in?
21     A    Probably for the next five or six
22 weeks.

Feder Reporting Company
(202) 863-0000

Page 73

1      Q    Hmm. Tell me about the first time
2  you recall this incident was addressed.
3      A    I didn't go. I heard about it
4  through a text message. I didn't go to it. I
5  was late.
6      Q    What did you hear through the text
7  message?
8      A    They just mentioned my name and
9  the incident that happened. That's all I was
10 told. I didn't particularly care about it
11 because I got tired of hearing about it. I
12 heard about the incident every single day from
13 the Metropolitan Police Department to the FBI.
14 I just basically was just sick of hearing
15 about it. So basically when it was addressed
16 to me, I just kind of blocked it out, you
17 know.
18     Q    Of the five or six times when it
19 was brought up, would this be brought up by
20 Dave?
21     A    Dave and, you know, just other
22 people talking at security.

Feder Reporting Company
(202) 863-0000

Page 74

1    Q    When it was brought up did Dave
2  say that FUR had handled the situation badly?
3    A    No.  Dave was just asking me, you
4  know, why didn't I do what I usually do.  And
5  I told him I was in pain, I didn't feel like
6  doing it.  So usually after a first incident,
7  a person is gone.  But that particular night I
8  worked on my legs at the gym and I was sore.
9  I didn't feel like walking too much.  So I
10 kind of was real lenient that night, you know.
11        But I'm sure you'll ask questions
12 about the incident later on, so I won't go
13 into it.
14   Q    Well, I want to know what you
15 meant when you said Dave said why don't you do
16 what you usually do?
17   A    Usually I'm not as tolerant of
18 people disobeying rules in the club, you know.
19 And that night I particularly was.  It caused,
20 you know, a bad situation came out of it all
21 the way around, not because of the lawsuit but
22 I mean my suit got ripped up.  I had a bicep

Feder Reporting Company
(202) 863-0000

Page 75

1  injury that kind of set me back about a month.
2  So I mean it was bad for me.  I mean I lost a
3  great suit out of the deal.  I liked that
4  suit.
5    Q    What did Dave say you should have
6  done that you didn't do?
7    A    I should have went with my first
8  instinct and just had this gentleman removed
9  from the club when I started to.  But it was
10 early and I just didn't, I figured he's a
11 grown man, you know, he had common sense.  You
12 know, he just didn't follow the rules.
13   Q    You should have removed him at
14 what point?
15   A    At the one point where he climbed
16 on the stage.
17   Q    And if you had tried to remove him
18 at that point, you think that the outcome
19 would have been different?
20   A    Yeah.  I wouldn't have had to deal
21 with him two other occasions.  I mean my suit
22 wouldn't have got ripped up.  I wouldn't be

Feder Reporting Company
(202) 863-0000

Page 76

1  sitting right here.  I'd probably be in the
2  gym.  So I mean you tell me, you know.
3    Q    Is there anything else that Dave
4  said you should have done that you didn't do?
5    A    No.  He said I handled it
6  professionally.
7    Q    He what?
8    A    He said I handled it
9  professionally.
10   Q    At the five or six meetings you
11 talked about, what else was discussed about
12 this incident?
13   A    He just basically wanted us to be,
14 you know, more aware of what goes on in the
15 club.  I mean at no time should leniency be
16 considered when working the night club.  Me of
17 all people should have, you know, knew that
18 because I been doing this for years, you know.
19       But just that particular night
20 because I was in so much pain from, you know,
21 working out at the gym that I didn't feel like
22 doing it.  I just wanted to get my night over

Feder Reporting Company
(202) 863-0000

Page 77

1  with so I could go home and rest.
2    Q    Before you came to the club you
3  had been to the gym?
4    A    Right.
5    Q    How long had you spent at the gym?
6    A    Two hours.
7    Q    And you were in pain?
8    A    Right.  My legs was sore.  I had
9  just leg-pressed 2000 pounds and I didn't feel
10 like going to work that night.
11   Q    You had pressed 2000 pounds.
12   A    Yeah.  I had just leg-pressed 2000
13 pounds and I really wasn't in the mind set to
14 go to work.  I wanted to just stay home.  And
15 I was sore.  But I had to, you know, go to
16 work.
17   Q    Did you tell anybody when you got
18 to work how you were feeling?
19   A    No.  Everybody knew I worked out.
20 So it wasn't an abnormal thing for me to be
21 sore.
22       MR. KAPLAN:  I'm going to move to

Feder Reporting Company
(202) 863-0000

Page 102

1  boys was like, you know, "We got him." So I
2  said, "Look, tell your man to calm down. He
3  got to go, but tell your man to calm down."
4  So I let him go and he lunges at me. So I'm
5  on the steps and he's on top of me.
6       So I somehow made it to where I
7  was able to pull him up the steps. And I had
8  him by the -- in the corner of the steps, by
9  the corner of the stage there's a big
10 stairwell sitting in the corner. So I had him
11 pegged then and he took a swing at me, hit me
12 like, I don't know if it was the right or left
13 side of my face but he connected. So I
14 connected where I swung back.
15      By this time his friends came up
16 and they was like, "We'll get him. We'll get
17 him." Instead of they getting him, they
18 grabbed me. So we all three of us are now
19 tussling on the floor. Mr. Mazloum pulls my
20 jacket over my head. By this time I think the
21 off-duty police that were up there, I guess
22 they saw the incident and ran over and

Feder Reporting Company
(202) 863-0000

Page 103

1  identified -- they was yelling, you know,
2  "MPD. Police." And he attacks one of the
3  police officers.
4       So I grabbed the two of his
5  friends which were working for Masoud, removed
6  them from the stage. And the next thing I
7  know he's going at it with the police. So by
8  this time it was like two or three on stage
9  and they tried to contain him. But he was
10 just swinging at everybody, kicking and, you
11 know. So we all kind of grabbed him, you
12 know, had him to the floor.
13      And once we grabbed him to pick
14 him up, take him down the steps, he started
15 head-butting people and kicking and swinging
16 some more. So it was a tussle from the stage
17 area all the way down the steps towards the
18 stairway leading to the tunnel, which we was
19 going to take him out the front door.
20      From that time another police
21 officer came over, identified himself as a MPD
22 police officer. I saw his badge. And, you

Feder Reporting Company
(202) 863-0000

Page 104

1  know, the crowd kind of got involved. And
2  they was swinging at Mazloum and, you know, I
3  was trying to prevent anybody from jumping in.
4       So I let him go. And once I
5  turned my back I could see him still tussling
6  with the police. And I had to keep people
7  from hitting him. So we got him by the
8  stairway and the officers had one handcuff on
9  him. That's all they was able to get on him.
10 And once they lifted him up, he started
11 fighting again all the way up the steps.
12      So they fought up the steps and
13 back down the steps. And by this time
14 everybody, between security and the police, we
15 all jumped on him. And like I held his leg, I
16 held one of his legs. Somebody else held his
17 legs. There was about maybe nine guys on top
18 of him to hold him down to get him cuffed.
19 And once the police cuffed him, I let him go.
20 They walked him up the steps. I stayed behind
21 them. I noticed that he was bleeding already
22 but you know, I just looked at it. I had

Feder Reporting Company
(202) 863-0000

Page 105

1  blood on my clothes.
2       We got him outside and took him
3  across the street. He basically was cussing
4  at Officer Ramirez, saying he was going to
5  fuck him up, do this and do that. I'm saying
6  to myself man, this dude's already locked up.
7  He's going to make it worse.
8       So somehow he ended up on the
9  ground. I didn't see how he got on the
10 ground, but I noticed that he was yelling real
11 loudly. But after that then some other police
12 came, some uniformed police came. And they
13 was supposed to lock him up, but they didn't.
14 The officer told me that if I wanted to press
15 charges, you know, I could. But then he
16 stated that if I press charges then I would
17 get locked up, too.
18      And I was like "No. Fuck that. I
19 ain't getting locked up for him. So I ain't
20 pressing no charges. He can just be barred."
21 So I went to Lieutenant Allman's car, got me
22 an ice pack for my bicep, and that's it. Took

Feder Reporting Company
(202) 863-0000

Page 106

1  my bloody jacket off that was ripped up, you
2  know, rolled my sleeve up. And I was pissed
3  off for the rest of the night because I had a
4  ripped up suit jacket.
5       BY MR. KAPLAN:
6    Q   Are you finished your answer?
7    A   I'm done.
8    Q   When you first saw Mr. Mazloum on
9  the stage, there were only women besides
10 Mr. Mazloum?
11   A   Right.
12   Q   About how many women, would you
13 say?
14   A   20.
15   Q   Were there tables on the stage?
16   A   Yeah.
17   Q   Were there people sitting at the
18 tables?
19   A   No.
20   Q   What was he doing? Was he
21 dancing?
22   A   Yeah.

Feder Reporting Company
(202) 863-0000

Page 107

1    Q   Did you see how he had come up
2  onto the stage?
3    A   No. I knew how he came up.
4  There's no other way to come on the stage
5  other than the stairway or him climbing up
6  there.
7    Q   Is it possible he came up on the
8  steps?
9    A   No. He would have had to walk
10 past me.
11   Q   Is there another way to get onto
12 the stage other than the steps or climbing up
13 on the stage?
14   A   Yeah. It is now. Back then it
15 wasn't.
16   Q   And what is the way now?
17   A   They have a back door, they have a
18 back door from the back door of the club. But
19 at that time that back part of that club was
20 closed off. It wasn't even opened yet.
21   Q   When did it open?
22   A   I don't remember. I know it

Feder Reporting Company
(202) 863-0000

Page 108

1  wasn't opened then.
2    Q   Is it fair to say that the music
3  was loud at the club that night?
4       MR. FITZSIMMONS: Objection to the
5  form; vague.
6       THE WITNESS: Yeah. It was
7  enjoyable.
8       BY MR. KAPLAN:
9    Q   It was so loud that you had to
10 shout to talk to anyone?
11   A   I mean --
12   Q   You had to yell?
13   A   You got to yell, period. You're
14 in the club. You got a lot of music. If you
15 turn your radio up in your car and you got
16 somebody in the car, you either going to turn
17 the radio down to talk to them or you going to
18 yell at them so they can hear you. You going
19 to speak at a tone that the person can hear
20 you at. So between the music playing loud,
21 that's the only way to talk.
22   Q   When you went over to Mr. Mazloum,

Feder Reporting Company
(202) 863-0000

Page 109

1  what did you say to him?
2       MR. FITZSIMMONS: Objection;
3  vague.
4       THE WITNESS: "Sir, you're not
5  supposed to be on the stage. You need to get
6  off."
7       BY MR. KAPLAN:
8    Q   What did he say?
9    A   "Fuck you" or something. I mean
10 he said something, you know, negatively. But
11 I didn't respond to it. I didn't really care
12 what he said. I just wanted him off the
13 stage. It was obvious that he was a guy, they
14 were girls. You know, maybe if he had a skirt
15 on or something he might have looked good to
16 them. But he was a guy. He didn't have no
17 breasts. He didn't look sexy to me. That's
18 not my lifestyle. So he wouldn't have been
19 hard to miss.
20   Q   Did he say anything else?
21   A   If he did, I can't recall it.
22   Q   What did you say?

Feder Reporting Company
(202) 863-0000

Page 114

```
 1  saw him the second time when you walked over
 2  to him, you walked past some off-duty police?
 3     A    Mmm-hmm.
 4     Q    Where were they?
 5     A    They was like in front of the
 6  couches on stage.
 7     Q    Were they dancing?
 8     A    Yeah.  They were dancing with some
 9  girls.
10     Q    Did you know them?
11     A    I mean I didn't know them like I
12  know them now, but I knew they was the police
13  because I had cleared them through Mike Romeo
14  because, like I said, when no guys were
15  supposed to be on the stage Mike was like
16  "They all right.  They the police, you know.
17  They can come on stage."
18     Q    When had you first seen them that
19  evening?
20     A    Probably like, I don't know the
21  time but it was way before the second time
22  that I put him off stage.
```
Feder Reporting Company
(202) 863-0000

Page 115

```
 1     Q    Was it before the first time?
 2     A    No.  It was after the first time.
 3     Q    So sometime in between --
 4     A    The first and second time.
 5     Q    Sometime in between 11:30 and
 6  12:00 --
 7     A    Mmm-hmm.  It was after 12:00.  So
 8  it might have been 11:45.
 9     Q    How many off-duty policemen were
10  there?
11     A    On the stage?
12     Q    Yeah.
13     A    I thought it was three, but I'm
14  not sure.  I knew one and I figured the other
15  two was the police.  So I let them come on
16  stage.
17     Q    What one did you know?
18     A    Modlin.
19     Q    Do you know now who the other two
20  were?
21     A    I mean I still don't know them -
22  know them, but I know their faces.
```
Feder Reporting Company
(202) 863-0000

Page 116

```
 1     Q    You don't know their names?
 2     A    No.
 3     Q    So these three off-duty police had
 4  come to the steps and tried to come up the
 5  steps?
 6          MR. FITZSIMMONS:  Objection;
 7  mischaracterizes the testimony.
 8          BY MR. KAPLAN:
 9     Q    Is that correct?
10     A    I don't know if all three of them
11  was the police.  I just know one of them was
12  the police.
13     Q    But the three of them had come
14  together?
15     A    Oh, yeah, yeah.
16     Q    And they had come up by way of the
17  steps?
18     A    Mmm-hmm.
19     Q    And you had challenged them until
20  Mike Romeo told you they were okay?
21     A    They asked me could they come on
22  stage.  And I was like, "No, I can't let no
```
Feder Reporting Company
(202) 863-0000

Page 117

```
 1  dude come up here yet."  They was like, "Mike
 2  said it was all right."  I was like, "Give me
 3  a second and let me clear it."  So I got on
 4  the radio and Mike cleared it.  So I was like,
 5  "All right."
 6     Q    So they had been sitting there for
 7  about 15 or 20 minutes before the second --
 8     A    They was, yeah, they was already
 9  on stage partying.
10     Q    You say when you walked past them
11  one of them said to you, "Are you all right?"
12     A    Mmm-hmm.
13     Q    And what did you understand they
14  meant by that?
15     A    They wanted to know was I all
16  right.  I mean if I asked you are you okay,
17  I'm simply concerned, making sure you're all
18  right.
19     Q    Was there any reason that you know
20  of why they might have been concerned whether
21  you were all right?
22     A    They're the police.
```
Feder Reporting Company
(202) 863-0000

Page 118

1      MR. BRUCKHEIM: Objection; calls
2 for speculation.
3      THE WITNESS: They're the police.
4 That's their job to sense problems. They're
5 trained to do that.
6      BY MR. KAPLAN:
7   Q   Was there anything, did they give
8 you any indication of why they thought you
9 might not be all right?
10  A   Evidently, I must have given an
11 indication that I wasn't all right.
12  Q   And had you given them any
13 indication?
14  A   Why don't you ask them. I don't
15 know. I'm not them. I'm not the police.
16  Q   As far as you know, had you given
17 them any indication that you were not all
18 right?
19  A   I am not the police. They asked
20 me a question. I said I was fine. That's it.
21 I mean they ask me whatever they want to ask
22 me. They don't have to be the police to ask

Feder Reporting Company
(202) 863-0000

Page 119

1 me am I all right. They just asked me was I
2 all right. I guess it was a courtesy, I don't
3 know.
4   Q   Had you given them any indication
5 that you know of -- let me finish the
6 question.
7   A   Go ahead.
8   Q   Had you given them any indication
9 that you know of which might have given them
10 concern about whether you were all right?
11     MR. BRUCKHEIM: Objection;
12 speculation.
13     THE WITNESS: I don't know.
14     BY MR. KAPLAN:
15  Q   Did you hear them ask anyone else
16 that night if they were all right?
17  A   No.
18  Q   Did they say anything other than
19 "Are you all right"?
20  A   That's it. I mean they said
21 something to themselves, but not to me.
22  Q   Anything that you heard?

Feder Reporting Company
(202) 863-0000

Page 120

1   A   No.
2   Q   Did they make any offer to help
3 you or do anything for you?
4   A   They just said, "If you need me,
5 I'm right here."
6   Q   Who said that?
7   A   Modlin.
8   Q   Oh. Is there some reason you
9 didn't tell me that in answer to my previous
10 question?
11     MR. FITZSIMMONS: What question
12 was that?
13     MR. KAPLAN: "What else did they
14 say?"
15     THE WITNESS: That was just later.
16 I mean that was something they said to me way
17 before they got on stage. It wasn't then.
18 You asked me what they said then. That's all
19 they said to me then. They been asking me
20 that the whole night.
21     BY MR. KAPLAN:
22  Q   What did they say to you before

Feder Reporting Company
(202) 863-0000

Page 121

1 they went on stage?
2   A   "If you need me, I'm up here." I
3 was like fine.
4   Q   They said that before they went on
5 the stage.
6   A   Yeah. They the police. I mean
7 they let me know, "Look, you know, you got a
8 problem, I got your back. Don't worry about
9 it." I'm saying, hey, what better person than
10 to have the police.
11  Q   This was all before they went on
12 the stage.
13  A   Mmm-hmm.
14  Q   When they asked you, "Are you all
15 right," did you ask them, "Why are you asking
16 that"?
17  A   Nope. I didn't ask them any
18 questions.
19  Q   What did you say?
20  A   I said I was fine, for the one
21 thousandth time.
22  Q   How many people were on the stage

Feder Reporting Company
(202) 863-0000

Page 130

1  Q   Were there a lot of males on the
2  stage by this point?
3  A   There was more males. I wouldn't
4  say a lot.
5  Q   How many would you say?
6  A   I can't recall.
7  Q   More than ten?
8  A   I can't recall.
9  Q   More than 20?
10 A   I can't recall.
11 Q   How many tables are on the stage?
12 A   Three, four maybe.
13 Q   Were people sitting at the tables?
14 A   Everybody was dancing. Nobody was
15 sitting down.
16 Q   I'm sorry?
17 A   Nobody was sitting down.
18 Everybody was dancing.
19 Q   Was the music at this point
20 louder, less loud or about the same as it had
21 been?
22 A   Same level.

Feder Reporting Company
(202) 863-0000

Page 131

1  Q   Had you authorized all the males
2  on the stage to be on the stage?
3  A   No. I authorized some males. And
4  then the rest of them probably had tables. So
5  they had already had rights to be on stage.
6      MR. KAPLAN: What was the last
7  sentence he said?
8      (Record read by the reporter.)
9      BY MR. KAPLAN:
10 Q   If you saw a male dancing on the
11 stage whom you had not authorized to go up on
12 the stage, how would you know whether he had a
13 table?
14 A   They would have came past me on
15 the steps.
16 Q   So you would have authorized them?
17 A   No.
18 Q   If they came past you on the
19 steps, didn't you have to authorize them?
20 A   Not if they had a table, no. It
21 was already authorized.
22 Q   How would you know that they had a

Feder Reporting Company
(202) 863-0000

Page 132

1  table?
2  A   I was told by the greeter, by
3  another host that greeted them at the entrance
4  or whoever they bought a table from, they
5  would come down and say, "Big Mike, they have
6  a table. They have four people," or five
7  people or whatever. And I would say, "All
8  right, fine." They would have a VIP mark on
9  their hand or a band, depending on what color
10 band it would be, to let me know that they had
11 a table, that they had rights to be on stage.
12 Q   Did people who had a right to be
13 on the stage get a stamp on their hand when
14 they came in?
15 A   Yeah, I think then they had a VIP
16 stamp or a stamp that you had to have a black
17 flashlight to look at it.
18 Q   And if you had the stamp you could
19 go anywhere in the club?
20 A   I don't know about anywhere in the
21 club. I just know about the stage.
22 Q   Did you have the kind of a light

Feder Reporting Company
(202) 863-0000

Page 133

1  that would enable you to see that mark on the
2  hand?
3  A   I did. That night I didn't
4  because the people that went on stage that
5  night I already knew. They already bought
6  tables previously from previous dates. So
7  they were the same people. But they were
8  never, they was never him. I mean even if he
9  did have a table, he couldn't come back on
10 stage no more. He was done from the stage.
11 Q   This is now the third time when
12 you're up on the stage and you see Mazloum,
13 you see he's over the right side of the stage.
14 You walked over to him and you told him, "Now
15 you've got to leave." And what did he say?
16 A   He said, "Fuck you," again. But
17 that time I really wasn't trying to hear what
18 he had to say. I needed him to get to the
19 steps. Once he got to the steps I would have
20 called another security person over to me,
21 would have walked him out the door, and that
22 would have been it. But that didn't happen

Feder Reporting Company
(202) 863-0000

Page 134

1  that way.
2  Q   Do you actually recall what he
3  said this third time or are you just assuming?
4  A   It's two years ago. I can't
5  recall what happened two years ago verbatim.
6  I mean it's two years ago.
7  Q   Did you have any difficulty in
8  getting him from the corner of the stage to
9  the steps?
10 A   No.
11 Q   Did you have your hands on him?
12 A   Mmm-hmm.
13 Q   Where did you have your hands this
14 time?
15 A   Right hand behind his back.
16 Q   Did he walk of his own accord?
17 A   Yeah.
18 Q   Didn't have any trouble walking
19 this time either. Right?
20 A   No.
21 Q   And what happened when you got to
22 the steps?

Feder Reporting Company
(202) 863-0000

Page 135

1  A   He stopped.
2  Q   Where did he stop?
3  A   At the last of the bottom step.
4  Q   And you were right behind him?
5  A   Mmm-hmm.
6  Q   And then what happened?
7  A   I told him to keep going.
8  Q   What did he say?
9  A   He didn't do nothing. He just
10 stood there. And he turned around, had his
11 fist balled up. I grabbed both of his arms
12 and was like, "Dude, calm down." His friends
13 said, "We got him. We got him," period. I'm
14 done.
15 Q   Who said "we got him"?
16 A   His friends, Masoud's people.
17 Q   They were, once again, at the
18 bottom of the steps?
19 A   Right. They was on the floor.
20 Q   On the floor?
21 A   Right.
22 Q   And what happened next?

Feder Reporting Company
(202) 863-0000

Page 136

1  A   I let him go and he lunged at me.
2  When he lunged at me, I was taken off balance.
3  My back was on the steps. So I had to use a
4  little bit of force to get him off me so I
5  could get up. I got up, pulled him up the
6  steps, contained him by a large sub-woofer.
7  His friends came up on stage. Once again they
8  said, "We got him," but I wasn't going to let
9  him go that time. They grabbed me. We all
10 three tussled on the floor. My jacket got
11 ripped in the process. My jacket got pulled
12 over my head. That's when the off-duty police
13 officers got involved.
14 Q   When he lunged at you, did you
15 fall down?
16 A   Yeah.
17 Q   On the steps?
18 A   Yeah.
19 Q   But you got up and pulled him up
20 the steps?
21 A   Right.
22 Q   And the reason you pulled him up

Feder Reporting Company
(202) 863-0000

Page 137

1  the steps rather than down is what?
2  A   I needed a flat base.
3  Q   Wasn't the floor flat?
4  A   No, not to me.
5  Q   Well, was the floor of the stage
6  different from the main floor?
7  A   The floor of the stage was the
8  safest and securest place for me to go.
9  Q   And in what way was the floor of
10 the stage different from the floor of the
11 main --
12 A   There were less people.
13 Q   Less people, okay. So you dragged
14 him back up on the stage. His friends said,
15 "We got him," but this time you didn't let him
16 go.
17 A   No.
18 Q   And what happened next?
19 A   They grabbed me.
20 Q   Both of them?
21 A   Right.
22 Q   Where did they grab you?

Feder Reporting Company
(202) 863-0000

Page 138

1  A  One on each side of me, my arms.
2  Q  One grabbed each arm?
3  A  Right.
4  Q  And so they were holding your
5  arms?
6  A  They were trying to get me off of
7  him so they could get him. But I was going to
8  take him out. They wasn't going to take him
9  out. I was determined to take him out. But
10 because they grabbed me it turned into a three
11 against one situation, and we all three went
12 tussling on the floor.
13 Q  How did you end up on the floor?
14 A  We were tussling, but I said this
15 in a previous statement. Prior to me having
16 him on the sub-woofer, he had took a swing at
17 me and connected in my face. So I took a
18 swing at him and connected. And that was
19 right before his friends came up the steps.
20 But I said that in the previous page so you
21 can't say --
22 Q  How did you end up on the floor?

Feder Reporting Company
(202) 863-0000

Page 139

1  A  We were tussling, I mean, you
2  know.
3  Q  Were you on top of them? Were
4  they on top of you?
5  A  I was on top of him. They was on
6  my back. But I pulled him to the direction of
7  my left and we ended up -- once my jacket got
8  ripped, I was unable to move. So I don't even
9  remember how we got on the floor. But that
10 just was the easiest way for me to defend
11 myself was on the floor.
12 Q  Were you angry when your jacket
13 got ripped?
14 A  Hell, yeah, I was angry. Somebody
15 ripped your jacket you going to be angry.
16 Q  This is an expensive suit?
17 A  Yeah. I mean I'm a big guy. All
18 my clothes is expensive.
19 Q  How much did you pay for that
20 suit?
21 A  About $600.
22 Q  The suit was ruined?

Feder Reporting Company
(202) 863-0000

Page 140

1  A  Yeah. After the jacket was
2  ruined, I mean I wasn't going to have nobody
3  fix it. It was done. I didn't want the
4  jacket anyway.
5  Q  Did FUR ever replace the jacket?
6  A  No. I didn't even care about the
7  suit no more. I more cared about the injury
8  to my arm. That was my main concern.
9  Q  At what point did your arm get
10 injured?
11 A  During the tussle.
12 Q  Up on the stage?
13 A  Mmm-hmm.
14 Q  So your testimony was you were
15 tussling on the floor. And then what
16 happened?
17 A  We all were fighting on the floor.
18 Q  Then what happened?
19 A  Somewhere, maybe a minute, two
20 minutes, that's when one of the off-duty
21 police officers came. And they grabbed him
22 and pulled him from underneath me. And I

Feder Reporting Company
(202) 863-0000

Page 141

1  grabbed his friends, I grabbed both of them
2  and took them off the stage, directed them off
3  the stage. I mean they left.
4  Q  Did you see them again that night?
5  A  Who, the police?
6  Q  The two friends.
7  A  No. That was it.
8  Q  Did you make any effort to eject
9  them from the club?
10 A  No. My main concern was Mazloum.
11 Q  You what?
12 A  My main concern was him.
13 Q  When the police came over, how
14 many of the police came over?
15 A  Modlin was first. And then the
16 other ones, they assisted him pulling Mazloum
17 off the floor, well, pulling him from
18 underneath me, because the end result was he
19 was at the bottom, I was on top of him and the
20 two guys, his friends, was on my back, you
21 know, beating on my back. But I didn't feel
22 them. But their main concern was getting him,

Feder Reporting Company
(202) 863-0000

Page 162

1    A    No. I think I just went to the
2    middle of the street and I think that's about
3    as far as I went.
4    Q    You went to the middle of the
5    street and then what?
6    A    I was surrounded by other security
7    asking me what happened.
8    Q    Other security people from FUR?
9    A    Right.
10   Q    And then what happened?
11   A    I explained to them briefly and
12   then I asked them for an ice pack for my arm.
13   Q    You asked who for an ice pack?
14   A    Some other security. I asked them
15   for some ice for my arm.
16   Q    Did someone go to get it?
17   A    No. I waited -- nobody never got
18   it. I know a couple people went to go get
19   some towels and a couple of shirts to wipe his
20   face off, because he had blood on his face.
21   Q    How long were you out there in the
22   middle of the street?

Feder Reporting Company
(202) 863-0000

Page 163

1    A    Maybe two or three minutes.
2    Q    And then what?
3    A    Then I walked over back in front
4    of the club.
5    Q    You went back on the club side not
6    the other side?
7    A    Right.
8    Q    And what did you do when you were
9    in front of the club?
10   A    Just stood there.
11   Q    So you were across the street from
12   where Mr. Mazloum and the others were. Right?
13   A    Right.
14   Q    And how long did you stay there on
15   that side of the street?
16   A    Until some of the uniformed
17   officers pulled up.
18   Q    How come you didn't go across the
19   street with the officers and Mr. Mazloum?
20   A    I didn't have to.
21   Q    Were you able to hear the
22   conversation that was going on across the

Feder Reporting Company
(202) 863-0000

Page 164

1    street?
2    A    No. I mean I just heard him
3    yelling.
4    Q    Did you hear any conversation on
5    the part of any of the officers to
6    Mr. Mazloum?
7    A    No, that I can recall.
8    Q    So you stayed there until
9    Lieutenant Allman came? Who came first?
10   A    I'm not sure. Lieutenant Allman
11   parked across the, in a private parking area
12   in front of the club. And I walked over there
13   and told him and asked him for an ice pack.
14   But I don't know who came first.
15   Q    Were you there when Officers
16   Acosta and Smith arrived?
17   A    I sure was.
18   Q    Did you know them?
19   A    I mean I knew them from the
20   conversation but I didn't know them
21   personally.
22   Q    When did you first notice blood on

Feder Reporting Company
(202) 863-0000

Page 165

1    Mr. Mazloum's face?
2    A    When we was taking him from the
3    stage area.
4    Q    He was already bloody on the
5    stage. Right?
6    A    Right.
7    Q    How would you describe the amount
8    of blood?
9    A    It was like a bloody nose. It was
10   smeared in his face around this area. I mean
11   nothing excessive.
12   Q    What would you consider excessive?
13   A    If he had have been maybe, you
14   know, just piles of blood just dripping from
15   his face or something. I mean I don't know,
16   whatever you consider excessive. It wasn't
17   excessive to me. When my nose bleeds, you
18   know, from occurring incidents -- I mean it
19   didn't seem excessive to me.
20   Q    Was he complaining of pain at any
21   time?
22   A    No.

Feder Reporting Company
(202) 863-0000

Page 166

1  Q   So what happened after the police
2  arrived?  Did you have a conversation with the
3  police?
4     A   Yeah.  I just went to Lieutenant
5  Allman's car, asked him for an ice pack.  He
6  asked me was I all right.  I said, "I'm good,
7  other than the pain in my right bicep."  And
8  he asked me did I want to call the ambulance.
9  And I was like, "No.  I mean I don't need an
10 ambulance for that."  And that was it.
11    Q   Did you have any conversation with
12 the other uniformed officers?
13    A   They had a bald-headed officer.
14 He asked me what happened.
15    Q   Was that Acosta or Smith?
16    A   I don't know.
17    Q   The bald-headed one, okay.
18    A   Right.  He asked me what happened.
19 When I begin to tell him, he cut me off.  And
20 he said, "Well, what did my officers do?"  And
21 I'm saying to myself, "I don't see no stripes
22 or no bars.  What do you mean what did your

Page 167

1  officers do?"  He said, "Well, did the
2  officers do anything out of line?"  I was
3  like, "Not from what I saw.  They did
4  everything they was supposed to do."
5         He said, "All right.  Give me a
6  few minutes."  Then he came back.  He said,
7  "Do you want to press charges?"  I was like,
8  "Yeah.  What do I have to do?"  He said,
9  "Well, you got to go to the station and file a
10 report."  And I was like, "All right. I'll do
11 it when I get off."  Then he said, "Well, if
12 you file a report I have to place you under
13 arrest because I don't know who started it,
14 you know, the incident."
15         So I was like, "Well, he assaulted
16 me.  Why do I got to get locked up?"  I was
17 like, "Well, fuck that.  I'm not getting
18 locked up.  I'll just bar him from the club."
19 And that was like it.
20    Q   He said, "Give me a few minutes,"
21 and he walked away?
22    A   Yeah.

Page 168

1  Q   Who did he talk to?
2  A   I don't know.
3  Q   Did you see where he went?
4  A   No.
5  Q   He came back and asked you if you
6  wanted to press charges.
7  A   Right.
8  Q   And when you said, "No, I'm not
9  going to press charges; he'll just be barred
10 from the club" --
11 A   Right.
12 Q   -- what did the officer say?
13 A   "Fine."
14 Q   Did you understand then that
15 Mr. Mazloum was not going to be locked up
16 either?
17 A   I didn't care.  I just knew I
18 wasn't going to jail for his actions against
19 me.  And you know, if barring him was going to
20 eliminate that then that's what I did.
21 Q   Did you understand that without
22 you pressing charges they weren't going to

Page 169

1  lock up Mr. Mazloum?
2  A   No.  I didn't care about that
3  understanding at that time.
4  Q   Did you have any further
5  conversation with anyone out there in the
6  street after that?  What did you do after
7  that?
8  A   I don't remember.  I probably did.
9  But I can't recall.
10 Q   You went back inside at some
11 point?
12 A   Right.
13 Q   When you went back inside was
14 Mr. Mazloum still out there with the other
15 officers?
16 A   I don't know.  I can't recall.
17 Q   Were the officers still out there?
18 A   Yeah.  There was a lot of police
19 out there.
20 Q   Who?
21 A   There were a lot of police
22 officers out there.