FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   02/24/2006

      EMILE MAZLOUM, 4910 Leavensworth Road, Annandale, Virginia 22003; telephone (703) 606-8484 was interviewed at the United States Attorney's Office in Washington, D.C. Also present were MAZLOUM's civil attorney, Brian H. Corcoran, 1025 Thomas Jefferson Street, East Lobby Suite 700, Washington, D.C. 20007, telephone (202) 625-3679 and Assistant United States Attorney LYNN HOLLIDAY. After being advised of the identity of the interviewing agent and nature of the interview, MAZLOUM provided the following information:

      On March 11, 2005, MAZLOUM went to FUR nightclub with friends MARWAN ABI-AAD and IMAD ALKADI. MARWAN worked at FUR nightclub, and IMAD worked with a promoter who had work at FUR, so IMAD was present in a working capacity as well that evening.

      During the course of the evening, MAZLOUM consumed several alcoholic drinks but does not consider himself to have ever been out of control or drunk. MAZLOUM recalls buying a couple of alcoholic drinks for MARWAN and a couple of alcoholic drinks for different women but did not purchase any beverages of any type for IMAD during this visit. IMAD generally does not drink alcohol.

      FUR had a show on stage that evening followed by a female singer on stage. The female singer concluded her show by midnight or 1:00 AM, and the stage was opened up for dancing. MARWAN was working the chain at the bottom of the stairs leading to the stage, and MAZLOUM walked up the stairs to get on the stage. SECURITY 1 told MAZLOUM the stage was too crowded and ordered him off the stage. MAZLOUM complied and went to get another alcoholic beverage. Approximately 15 minutes later, MAZLOUM returned to the stage area after consuming the alcoholic beverage and noticed that SECURITY 1 was no longer posted at the top of the stage stairs. MAZLOUM does not recall whether he used the stairs or boosted himself up onto the stage from another point, but he does remember getting up on the stage and dancing. SECURITY 1 roams around the stage area during the night, patrolling around the entire stage but never leaving the stage unattended.

---

Investigation on   02/23/2006   at Washington, D.C.

File #   282A-WF-231445 -3/                                   Date dictated   02/24/2006

by   SA Jay Greenberg  JG

—7641

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

282A-WF-231445

ontinuation of FD-302 of ____EMILE MAZLOUM_____ , On _02/23/2006_ , Page __2__

    After dancing for about 15 minutes, MAZLOUM walked to the stairs leading off the stage and walked down the first step or two. MARWAN was still working the chain at the bottom of the stairs leading to the stage, and MAZLOUM paused on the first or second step down the stairs to let people entering the stage pass him.

    While he waited on the first or second stair from the top, MAZLOUM was grabbed from behind in a bear hug, and MAZLOUM did not know the identity of the person holding him. MAZLOUM began twisting to free himself from the hold and saw that it was SECURITY 1 who was restraining him. After attempting to twist himself free of the hold, MAZLOUM ducked, bending his legs and bouncing up and down while twisting to break the grip of SECURITY 1. SECURITY 1 ripped the shirt sleeve off of MAZLOUM's left arm and subsequently lost his grip and either let go of or pushed MAZLOUM in the back. MAZLOUM does not know whether he was pushed or simply lost his balance. MAZLOUM then fell down the stairs leading down from the stage and landed in the open area between the stairs leading down from the stage and the stairs leading up to the tunnel towards the front door of the night club.

    Four or five people jumped onto MAZLOUM's back while he lay prone, face-down on the floor. At least three of the people on MAZLOUM turned out to be FUR security personnel, who all wear dark suits and have ear pieces. The other two who were involved in the struggle were not identified at the time but turned out to be off-duty Metropolitan Police Department (MPD) officers. MAZLOUM struggled to free himself from the four or five people holding him down. Because he did not know why he was being attacked or whom his attackers were, MAZLOUM continued to struggle against his assailants. MAZLOUM never tried to punch or kick anyone but was twisting on the floor in attempt to free himself from the people attempting to restrain him. Club patrons formed a circle around the struggle, which lasted for approximately three to five minutes. MAZLOUM's hands were ultimately handcuffed behind his back, and two men each took one of MAZLOUM's arms and began dragging him to the stairs leading up to the tunnel and to the front door. When MAZLOUM's head was approximately on the level of the third step, his feet continued to drag along the ground as he was being dragged by one male on each side. MAZLOUM turned his head to the left to look behind him and to see who was holding him, and ANTHONY RAMIREZ, an off-duty MPD police officer, hit him with a closed fist one time on

D-302a (Rev. 10-6-95)

282A-WF-231445

Continuation of FD-302 of __EMILE MAZLOUM__ , On 02/23/2006 , Page __3__

the left side of his face. This blow caused MAZLOUM pain in his eye and broke his nose.

MAZLOUM was dragged up the stairs, through the tunnel, and out of the front of the club. MAZLOUM was thrown down on the sidewalk near the front bumper of a car across from the front of FUR. MAZLOUM was very cold and asked for any of the gentlemen to put his sleeve back on his arm to cover him up. RAMIREZ told MAZLOUM, "Shut up, you fucking Al-Qaeda." All of the gentlemen ignored his request, and MAZLOUM saw Soltan Last Name Unknown (LNU), who works at the club and is a friend of IMAD's. MAZLOUM asked Soltan LNU to put his sleeve back on his arm. Soltan LNU pretended not to know and/or to ignore MAZLOUM.

MAZLOUM attempted to stand up at this point, and RAMIREZ grabbed his hair and slammed MAZLOUM onto his head on the sidewalk. MAZLOUM was in a lot of pain and began crying, and he was dazed by the blow to his head.

When uniformed MPD officers arrived, MAZLOUM overheard SECURITY 1 telling the police that his hand had been injured in the struggle. MAZLOUM has no idea how SECURITY 1 could have been injured or where any property damage may have occurred as a result of the struggle involving him.

At the time of the incident, MAZLOUM did not know where IMAD was located. IMAD later told MAZLOUM that IMAD was trying to pull people off of MAZLOUM during the struggle between the two sets of stairs, but MAZLOUM never saw IMAD. MAZLOUM did not know anyone involved in the struggle with him to be police until IMAD told him in the car on the drive home.

Neither MARWAN nor IMAD is employed by FUR or any businesses associated with FUR any longer.

MAZLOUM cannot remember whether he paid for his drinks in cash or put them on a debit card of some sort. MAZLOUM typically pays in cash because he does not like to leave his card behind the bar while running a tab. MAZLOUM occasionally uses a debit card to buy drinks if he does not have enough cash.

MAZLOUM marked locations of the struggle and ensuing activities on two sketches SA GREENBERG created of the club. These sketches are preserved in the 1-A envelope containing the original notes of the interview.

7643