FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  03/25/2005

MARWAN JEBRAN ABI-AAD (hereafter MARWAN), white male, born 01/15/1976 in Beirut, Lebanon, Social Security number 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, cell phone 571-277-4545, was interviewed at his home, 4874 West Braddock Road, apartment 11, Alexandria, Virginia. After being advised of the identity of the interviewing agent and the purpose of the interview, he provided the following information:

MARWAN came to the United States in July 2001 on a tourist visa. He later changed his visa to an F-1 student visa. MARWAN works as a drywall technician for EVERGREEN CONSTRUCTION, which is based in Alexandria, Virginia. He also works at Aladdin Eatery in Shirlington, Virginia, where he is in training to be a waiter. From 01/14/2005 until about two weeks ago, MARWAN worked at FUR nightclub on Patterson Street in Washington, DC. MARWAN did security work for the head of promotions at FUR.

On a Friday night about two weeks ago, MARWAN and his friend, IMAD KADI (hereafter IMAD), were working at FUR. They went to FUR with MARWAN's roommate, EMILE (known to the writer to be EMILE MAZLOUM, hereafter EMILE). The three men got to the club around 9:30 p.m. or 10 p.m. MARWAN's usual job at the nightclub is to monitor the stairs leading to the stage. When the men arrived at the nightclub, the area containing the stage wasn't open yet, so EMILE and MARWAN walked around the main part of the floor, visiting with friends. MARWAN did not keep track of IMAD's whereabouts.

Around 10:30 p.m. or 11 p.m., MARWAN went to his post at the foot of the stairs leading to the stage. His job was to prevent men from getting on the stage to dance. Women were permitted to go onto the stage, as were people with VIP tables. Limited numbers of people were allowed on the stage because the stage is small, and club managers didn't want to have any problems due to overcrowding.

Around 1 a.m., IMAD took MARWAN's place so that MARWAN could go to the restroom. When MARWAN returned, he went to the top of the stage stairs. At the time, EMILE was dancing on the stage.

EMILE passed by MARWAN, going down the stairs. MARWAN saw a bouncer grab EMILE from behind while EMILE was on the stairs. The bouncer (hereafter SECURITY 1) wore black pants, a black T-shirt,

---

Investigation on  03/24/2005  at  Alexandria, Virginia

File #  282A-WF-231445-3

Date dictated

by  SA Amylynn J. Miller

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

7661

FD-302a (Rev. 10-6-95)

282A-WF-231445

Continuation of FD-302 of __Marwan Jebran Abi-Aad__, On __03/24/2005__, Page __2__

and a black jacket. He was a black man in his 30s and taller than MARWAN. He was muscular but had a fat belly.

SECURITY 1 was between MARWAN and EMILE. EMILE was trying to twist around to see who was holding him. MARWAN tried to tell SECURITY 1, "It's OK, he's my friend," but SECURITY 1 either didn't listen or couldn't hear MARWAN. The music was very loud.

MARWAN tried to touch SECURITY 1 to get his attention. SECURITY 1 somehow turned EMILE around and took him down to the floor of the stage. MARWAN could not hear SECURITY 1 saying anything to EMILE.

MARWAN tried to pull SECURITY 1 away, saying, "It's OK." After EMILE was on the ground, MARWAN saw three men (hereafter THREE MEN) moving towards EMILE, saying, "Back off, back off" many times. The three men were wearing civilian clothes. At least two of the three pulled badges out from around their necks.

MARWAN had seen THREE MEN dancing earlier with girls on the stage. One of the men (hereafter MAN 1) was Hispanic, in his early 30s, with a medium build. He was about the same height as EMILE. His head was shaved. It was MAN 1 and one of the others who pulled out their badges. MARWAN could not recall the appearances of the two men with MAN 1.

When MARWAN looked back towards EMILE, EMILE was standing up. MARWAN did not know how EMILE came to be standing. SECURITY 1, MAN 1, and MAN 1's two friends moved EMILE quickly down the stage stairs and over to another staircase near the club's front door, where the group stopped. While the group was moving, MARWAN didn't hear EMILE or SECURITY 1 say anything. There were people dancing in the 25 feet or so that separated the two staircases.

The group was stopped at the second staircase for 10 or 20 seconds. During this time, one of the THREE MEN hit EMILE with his hand once or twice in the face or head. Then THREE MEN and SECURITY 1 pulled EMILE up the second staircase.

MARWAN was angry about what had happened. He thought that EMILE had been taken to a separate area of the club for detoxification. EMILE had been drinking and was a little tipsy, but not completely drunk -- he could still walk and dance.

7662

FD-302a (Rev. 10-6-95)

282A-WF-231445

Continuation of FD-302 of ___Marwan Jebran Abi-Aad___ , On 03/24/2005 , Page __4__

    The three friends waited for a supervisor, and a woman came. MARWAN and IMAD composed written statements about the incident and gave the statements to the woman.

    During the interview, MARWAN drew a sketch of the FUR nightclub. He signed and dated the sketch, which has been placed in the 1A section of the case file.