Nazir Mazloum
766 148776
5-9 M
10-(4-71
4894 W Park Rd
Alexandria VA 22311
703 606 8484

X _____