Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM           :
                        :
        Plaintiff       :
                        :
   vs.                  :  Civil Action No.
                        :  1:06:CV 00002
DISTRICT OF COLUMBIA,   :  (JDB)
   et al.               :
                        :
        Defendants      :

Washington, D.C.
February 23, 2007

Deposition of:
    NIGHT AND DAY MANAGEMENT, LLC
       Designated Representative
           JOHN FIORITO,
called for oral examination by counsel for
Plaintiff, pursuant to notice, at the offices
of Katten Muchin Rosenman, LLP, 1025 Thomas
Jefferson Street, N.W., East Lobby, Suite 700,
Washington, D.C., before Lynell C.S. Abbott, a
Notary Public in and for the District of
Columbia, beginning at 1:46 p.m., when were
present on behalf of the respective parties:

Page 66

```
 1  fight, curse, scream and use profanity and
 2  resist and failed to comply; then was escorted
 3  and walked out the door while other
 4  metropolitan police officers that were on duty
 5  came and maybe did not perform their jobs
 6  exactly according to department procedures or
 7  follow up appropriately.
 8         But the conclusion is that
 9  Mr. Mazloum's behavior was unacceptable,
10  unprofessional, inappropriate, and completely
11  out of control that night.
12     Q   And on what basis does the FUR
13  base its opinion?
14     A   On all the witnesses from
15  Mr. Coburn's investigation, and on my
16  eyewitness of what I saw being that I had
17  nothing to drink that night and that I was a
18  neutral party just walking down the tunnel
19  when all of this was going on.
20     Q   Just to step back for a second,
21  your wife has a five percent interest in the
22  club.  Correct?
```

Feder Reporting Company
(202) 863-0000

Page 67

```
 1     A   Correct.
 2     Q   What did you see?
 3     A   What did I see?
 4     Q   Yeah.
 5     A   It's been almost two years, you'll
 6  have to refer to my statement exactly to what
 7  I exactly saw.  But to sum it up in a
 8  nutshell, I saw two individuals escorting
 9  Mr. Mazloum, who I knew to be metropolitan
10  police officers, towards the stairs.  As they
11  came towards the stairs Mr. Mazloum went face
12  first into the stairs, got up and continued to
13  scuffle.  Two more police officers appeared
14  out of the crowd, one with a badge around his
15  neck, and they continued to exchange words and
16  they continued to struggle and try to subdue
17  him and get him handcuffed and escort him out
18  of the building.
19         And then after he was escorted out
20  of the building, he sat out on a curb and got
21  up, started kicking and screaming more.  When
22  they tried to put him back on the ground, he
```

Feder Reporting Company
(202) 863-0000

Page 68

```
 1  fell backwards.  He hit the ground hard, as I
 2  told you in my earlier deposition, started
 3  crying, okay?  When Officers Smith and Acosta
 4  got there, Mr. Mazloum got up, went towards
 5  them.  Officer David Smith put his hand out
 6  like this, told him to stop.
 7         Lieutenant Allman was there.  I
 8  stood outside for a couple minutes.
 9  Lieutenant Allman spoke to me based on what
10  had happened, because I was extremely
11  concerned because there was four off-duty
12  officers involved in an altercation of some
13  sort.  Plus, I was concerned about any person
14  that I would see getting hurt and it needed to
15  be investigated.
16         So I made the notifications and I
17  felt that I had done all that I was required
18  to do, and I was hoping that they were going
19  to continue a proper investigation.  But they
20  spoke to us for a couple minutes and they
21  said, "You can go back inside.  You're
22  dismissed."
```

Feder Reporting Company
(202) 863-0000

Page 69

```
 1     Q   Who was that?
 2     A   Lieutenant Allman and the police
 3  officers that arrived on the scene, Smith and
 4  Acosta.
 5     Q   You said that there were two
 6  off-duty officers that you saw initially
 7  scuffling with Mr. Mazloum.  Do you recall who
 8  those two officers were?
 9     A   It was Modlin and Richmond
10  Phillips.
11     Q   And then two others came out of
12  the crowd.  Who were those two?
13     A   Schneider and Ramirez.
14     Q   And when Mr. Mazloum -- you said
15  that you saw him fall into the stairs?
16     A   He fell face first.
17     Q   Face first into the stairs?
18     A   Right.
19     Q   And were those the stairs leading
20  out of the club or were those --
21     A   The ones at the tunnel.
22     Q   Yes.
```

Feder Reporting Company
(202) 863-0000