INOVA ALEXANDRIA HOSPITAL - EMERGENCY DEPARTMENT
4320 Seminary Road -- Alexandria, VA 22304 -- Phone: 703-504-3066

INSTRUCTIONS FOR << MAZLOUM, EMILE - MRN: 3740274 >>

Our doctors and staff appreciate your choosing Alexandria Hospital for your emergency medical care needs. Read these aftercare instructions carefully. Please call us if you have any questions about your medical problem. We are here to serve you.

---

CONTUSIONS:
You have a deep bruise (contusion). Contusions are areas of tenderness and swelling in the soft tissues. They are the result of trauma and bleeding in the injured area. Minor trauma will give you a painless bruise; more severe contusions may stay painful and swollen for a few weeks. Treatment includes:
* Rest the injured area until the pain and swelling are better.
* Apply ice packs every few hours for 2-3 days, then moist heat.
* Elevate the injury to reduce swelling.
* Compression bandages also help reduce swelling and motion.

A hematoma may form in large contusions; this is a collection of blood in the deep tissues. Hematomas are usually reabsorbed by the body naturally, but sometimes they need to be drained. Please see your doctor or go to the emergency room right away if your contusion shows signs of infection (increased redness, swelling, pain), of if the area becomes numb, cold, blue, or much more painful.

---

WOUND CARE:
Good wound care will help reduce pain and prevent infection. Puncture wounds and deep cuts are more likely to cause problems than scrapes and abrasions. General treatment includes:
* Rest and elevate the injured area until the pain and swelling are better.
* All foreign material like bits of dirt must be washed off.
* Wounds should be cleaned daily with tap water and a gentle soap; dressings may be needed to protect the wound from further damage.
* Watch for signs of infection: increased redness or swelling, pus drainage, or increased pain.
* A tetanus shot may be needed if you are due for a booster.

Call your doctor or go to the emergency room promptly if you think your wound is infected or if you have any other concern about your injury.

---

FRACTURED NOSE:
Your exam shows you have a broken nose. This will usually cause a nosebleed and a great deal of local swelling. A minor fracture without deformity will usually heal in 2-3 weeks. If the nasal bone is pushed out of place, it will need to be fixed to avoid permanent deformity. Fixing a nasal fracture is often done after the swelling goes down, but within one week of the injury.

Use ice packs on the nose frequently over the next 2-3 days to reduce pain and swelling. It also helps to keep your head elevated on several pillows. Notify your doctor or return here right away if you have any of the following problems:
* Uncontrolled nosebleed, severe pain or headache.
* Persistent deformity or difficulty breathing through your nose.

* Unusual clear, watery nasal discharge, increasing pain or swelling around the nose.
* Fever, chills, or other signs of infection.

Remember to contact the doctor who will check your nose within the next 5 days in case surgery is necessary to correct a deformity.

---

PRESCRIPTIONS:
Fill all the prescriptions ordered by your doctor and take them as directed. Generic medicines are as good as brand names, and often less expensive.
* If you have been given an antibiotic, be sure to take all of it.
* Keep your drugs out of the reach of children, in a cool, dry, dark place.
* Don't give your medicine to other people or use it for other illnesses.
* Stop your medicine and call us right away if you have drug allergy symptoms or bad side-effects. Call also if you vomit or cannot swallow the medicine.
* Bring your medicines with you any time you go to emergency for treatment.
Ask your doctor or pharmacist about drug or food interactions that may be important to know about when taking your prescription or herbal medicines.

---

CEPHALOSPORIN ANTIBIOTICS:
You have been prescribed a cephalosporin drug. Examples of these antibiotics are: Ceclor, Ceftin, Duricef, Keflex, Suprax, Zinacef. These are given for infections of the skin, ear, respiratory tract, and urinary system. They are usually well-tolerated, but if they upset your stomach, take them with food. If you are allergic to penicillin, there is a small risk you will have a similar reaction to cephalosporin antibiotics. Be sure to take antibiotics until all the medicine is gone unless you develop severe side effects.

Please note that birth control pills may not work as well as normal when you are taking an antibiotic. The most common side effects of these drugs are: diarrhea, indigestion, stomach cramps, and vomiting; women can get yeast infections with antibiotic treatment. Please stop taking your medicine and call your doctor right away if you have severe side effects, or any symptoms of drug allergy: hives, itching, rash, fever, or breathing problems. Cephalosporins have not been shown to be completely safe in pregnancy.

---

ANTI-INFLAMMATORY PAIN MEDICINE:
Your doctor has prescribed a medicine to relieve both pain and inflammation from your injury or illness. Examples are: Anaprox, Ansaid, Dolobid, Feldene, Orudis, Indocin, Motrin, Naprosyn, Relafen, Lodine, Tolectin, Celebrex, Toradal, and Vioxx. They are used to treat many conditions including injuries (sprains, strains, bruises), tendonitis, bursitis, gout attacks, arthritis, and menstrual cramps. These medicines can upset your stomach, but if you take them with a full glass of water or milk, or with meals, this side effect can be lessened.

Anti-inflammatory medicines are not completely safe during pregnancy or in people who are allergic to aspirin or have active stomach ulcer disease. The most common side effects include: heartburn, nausea, drowsiness, and headache. Be sure you know how you react to your medicine before you drive a car or operate dangerous equipment. Avoid aspirin and alcohol while on treatment to reduce stomach irritation. Contact your doctor or return here right away if you develop the following symptoms:

&lt;&lt; MAZLOUM,EMILE - MRN: 3740274 &gt;&gt;                                    P. 3

* Allergy reaction (itching, rash, hives, fever, swelling in the mouth, breathing difficulty, wheezing, chest tightness, or fainting).
* Severe stomach pain, vomiting, black or bloody stools.
* Severe headache, blurred vision, confusion, mental depression.
* Ringing or buzzing in ears or decrease in hearing.

---

ADDITIONAL INSTRUCTIONS:
   follow-up with dr abidin in 2-3 days.
   take presciptions written earlier today

---

FOLLOW-UP CARE:
You were evaluated today by CUSHING M.D. / ATHEARN PA-C

For follow-up care you have been referred to the following doctor or clinic:

   MICHAEL R. ABIDIN   M.D.    (ENT)         Phone: 703 313-7700
   6355 WALKER LANE SUITE 308, ALEXANDRIA,   VA. 22310

Please make an appointment for further treatment in 2-3 days, particularly if you are not improving.
Be sure to tell your referral doctor or clinic that we have sent you, and bring your medicines and instructions to the office.  If you had x-rays, an EKG, or lab tests today, they have been reviewed by your doctor.  We will contact you at once if other important findings are noted after further review by our staff. If you do not continue to improve or if your condition worsens, please call your doctor or the emergency department right away so you can be examined.

I acknowledge receipt of these instructions.  I understand that my condition may require more care and will arrange for further treatment as recommended.


_____          _____
       Staff Signature                 Patient or Representative Signature
            Saturday, March 12, 2005 - 02:41 PM

INOVA ALEXANDRIA HOSPITAL - EMERGENCY DEPARTMENT
4320 Seminary Road -- Alexandria, VA 22304 -- Phone: 703-504-3066

INSTRUCTIONS FOR << MAZLOUM,EMILE - MRN: 3740274 >>

Our doctors and staff appreciate your choosing Alexandria Hospital for your emergency medical care needs. Read these aftercare instructions carefully. Please call us if you have any questions about your medical problem. We are here to serve you.

---

MUSCLE STRAIN:
Your exam shows you have a strained muscle. This means there is a tear or pull in the muscle due to over-exertion or stretching. Most muscle pulls heal in just a few days; more severe strains may require weeks to heal. Treatment for muscle strains includes:
* Rest and protect the affected area until pain with motion is gone.
* Apply ice packs every few hours for the next 2-3 days. After two days you can also use heat to relieve muscle spasms.
* Compression wraps help control swelling and limit movement.
* Elevate the injured area (above the level of the heart if possible).
* Medicine to reduce pain and inflammation may be prescribed.

Avoid strenuous activities that tend to bring on muscle pain. Exercises to strengthen and stretch the injured muscle, however, can help heal the strain and prevent repeated injury. Begin range-of-motion exercises and gentle stretching after 1-2 days of rest. After the pain and swelling are gone you may begin gradual strengthening exercises. Please see your doctor if your strained muscle is not improving after one week of treatment, or if you have any other concerns about your injury.

---

BACK PAIN & INJURY:
Your exam shows that your back pain is most likely caused by a strain of the muscles or ligaments that support the spine. This is a very common injury. Back strains cause pain and trouble moving because of muscle spasms. They may take several weeks to heal, although they are usually much better after 2-3 days. Treatment for back pain includes:
* Rest - Get bedrest as needed over the next day or two. Use a firm mattress and lie on your side with your knees slightly bent. If you lie on your back, put a pillow under your knees.
* Early movement - Back pain improves most rapidly if you remain active. It is much more stressful on the back to sit or stand in one place than it is to move around. Do not sit, drive or stand in one place for more than 30 minutes at a time. Take short walks on level surfaces as soon as pain will allow.
* Limit bending and lifting - Don't bend over or lift anything over 20 pounds until you are completely better. Learn to lift by bending your knees and using your leg muscles to help. Keep the load close to your body and avoid twisting, reaching and overhead work.
* Medicines - Medicine to reduce pain and inflammation are helpful and muscle-relaxing drugs may also be prescribed.
* Therapy - Put ice packs on your back every few hours for the first 2-3 days after your injury; after that ice or heat may be used to reduce pain and spasm. Back exercises and gentle massage may be of some benefit.

You should be examined again if your back pain is not better in one week. If

<< MAZLOUM, EMILE - MRN: 3740274 >>                                    P. 2

you have pain that radiates from your back into your legs, any new bowel or
bladder control problems, or unusual weakness or numbness, this may be a sign
of a herniated lumbar disc. Please call your doctor or the emergency room if
you have any of these more serious symptoms.
--------------------------------------------------------------------------------
PRESCRIPTIONS:
  Fill all the prescriptions ordered by your doctor and take them as directed.
  Generic medicines are as good as brand names, and often less expensive.
    * If you have been given an antibiotic, be sure to take all of it.
    * Keep your drugs out of the reach of children, in a cool, dry, dark place.
    * Don't give your medicine to other people or use it for other illnesses.
    * Stop your medicine and call us right away if you have drug allergy symptoms
      or bad side-effects. Call also if you vomit or cannot swallow the medicine.
    * Bring your medicines with you any time you go to emergency for treatment.
  Ask your doctor or pharmacist about drug or food interactions that may be
  important to know about when taking your prescription or herbal medicines.
--------------------------------------------------------------------------------
IBUPROFEN:
  Your doctor has prescribed ibuprofen for you.  Examples of this drug include:
  Advil or Motrin. Ibuprofen helps reduce pain and inflammation from injuries
  (sprains, strains, bruises) or illnesses (arthritis, bursitis, tendonitis,
  menstrual cramps). This medicine is most effective when it is taken on an
  empty stomach, but if it causes you stomach upset, you should take it with
  meals, milk, or antacids. Ibuprofen suspension (Children's Advil, PediaProfen)
  can be used for fever and pain in children. Adults may take three 200 mg
  (total 600 mg) or four 200 mg (total 800 mg) over-the-counter Ibuprofen every
  6-8 hours for pain. This is the equivalent of a prescription dose of Ibuprofen.

  Ibuprofen is not safe to take if you are pregnant or if you have an allergy
  to aspirin.  The most common side effects of treatment are:  heartburn,
  nausea, drowsiness, headache.  Be sure you know how you react to your
  medicine before you drive a car or operate dangerous equipment.  Avoid
  aspirin while taking Ibuprofen to reduce stomach irritation.  Please call
  your doctor or return here right away if you have any of the following
  symptoms:
         * Allergy reaction (itching, rash, hives, fever, breathing problems).
         * Severe stomach pain, vomiting, black or bloody stools.
         * Severe headache, blurred vision, confusion, mental depression.
--------------------------------------------------------------------------------
SKELETAL MUSCLE RELAXANTS:
  Your doctor has prescribed a muscle relaxant for you.  These drugs can help
  reduce painful muscle spasms and improve motion in neck and back injuries.
  They are effective only for a brief period following an injury, because
  muscle spasm does not usually last a long time.  These medicines add to the
  effects of alcohol, pain pills, antihistamines, and tranquilizers.

  We advise you not to drive a car or operate dangerous equipment while
  taking this medicine.  Common side effects include: drowsiness, dry
  mouth, dizziness, mental depression. These medicines should not be taken
  during pregnancy.  Contact your doctor right away if you have any allergy
  symptoms (itching, rash, hives, fever) or other troublesome side effects.
--------------------------------------------------------------------------------

<< MAZLOUM,EMILE - MRN: 3740274 >>                                    P. 3


ADDITIONAL INSTRUCTIONS:
  REST AND TAKE THE MEDICATION AS DIRECTED, FOLLOW-UP WITH DR WHITE IN 5-7
  DAYS
------------------------------------------------------------------------------
FOLLOW-UP CARE:
 You were evaluated today by NOWAK M.D. / ATHEARN PA-C

 For follow-up care you have been referred to the following doctor or clinic:

        JOSEPH B. WHITE   M.D. (ORTHOPEDICS)     Phone: 703 671-2225
        5203 LEESBURG PIKE, #1601, FALLS CHURCH , VA. 22041

 Please make an appointment for further treatment in 5-7 days,
 particularly if you are not improving.
 Be sure to tell your referral doctor or clinic that we have sent you, and
 bring your medicines and instructions to the office.  If you had x-rays, an
 EKG, or lab tests today, they have been reviewed by your doctor.  We will
 contact you at once if other important findings are noted after further
 review by our staff. If you do not continue to improve or if your condition
 worsens, please call your doctor or the emergency department right away so you
 can be examined.

 I acknowledge receipt of these instructions.  I understand that my condition
 may require more care and will arrange for further treatment as recommended.


 _____           _____
        Staff Signature                  Patient or Representative Signature
              Monday, March 28, 2005 - 09:52 PM