

 **METROPOLITAN POLICE DEPARTMENT**
*Office of Professional Responsibility*




JUN **15** 2006

## MEMORANDUM:

TO:          Director
                 Disciplinary Review Office

SUBJECT:    Final Investigative Report Recommending Adverse Action for Lieutenant Francis Allman of the First District (IS #05-0347 & IAD 06-105)

Your attention is invited to the attached investigative report submitted by Agent James V. McGuire of the Internal Affairs Division (IAD). This report concerns an allegation of misconduct by Lieutenant Allman.

As a result of the investigation, it was concluded that the allegation that Lieutenant Allman failed to properly supervise the scene of the incident involving Mr. Mazloum be classified as **SUSTAINED**. It is also recommended that the allegation that Lieutenant Allman failed to obtain Incident Summary numbers within one hour of perceived officer misconduct be classified as **SUSTAINED**.

Agent McGuire concluded his report with a recommendation, with which I concur, that Lieutenant Allman be cited for Adverse Action for the violation set forth in this investigation.

On May 28, 2006, Officer Allman retired from the police department.

*William R. Ponton*
William R. Ponton
Assistant Chief of Police

Attachment


