UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| EMILE MAZLOUM, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 1:06 CV 00002 (JDB) |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF BRIAN H. CORCORAN

Pursuant to 28 U.S.C. § 1746, Brian H. Corcoran declares as follows:

1. I am an attorney at Katten Muchin Rosenman, LLP, 1025 Thomas Jefferson Street, NW, Washington, D.C., 20002.

2. On July 26, 2007, Plaintiff's counsel conducted an inspection, pursuant to Rule 34(a)(2) of the Federal Rules of Civil Procedure, of FUR Nightclub (hereinafter "FUR"), located at 33 Patterson Street, NE.

3. The declarations that I make herein are based on notes taken on July 26, 2007 during the Rule 34(a)(2) inspection, as well as on my personal knowledge and perceptions from that day.

4.      During the Rule 34(a)(2) inspection of FUR, we inspected not only the premises, but also the video surveillance system located in a video surveillance room at FUR.

5.      The FUR video surveillance system comprises three flat-screen computer monitors that display footage from a large number of video cameras located inside and outside of FUR. The monitors are arranged one next to the other from right to left such that there is a left-hand monitor, a center monitor and a right-hand monitor. The footage from each camera is displayed on a 4 x 4 grid on each of the monitors.

6.      The portion on the 4 x 4 grid labeled "Camera 03," on the left-hand monitor, shows a view of the "tunnel" at FUR. The "tunnel" connects the main floor of FUR with the stairs leading down to the lower floor of FUR, where the dance floor is located. The "tunnel" is located approximately 20 feet from the foyer that is immediately inside the entrance to FUR that faces 33 Patterson Street. This camera would have captured footage showing Mr. Mazloum being taken through the "tunnel" on his way to the front door.

7.      The portion on the 4 x 4 grid labeled "Camera 02," on the center monitor, shows a view of the foyer, immediately inside the entrance to FUR that faces 33 Patterson Street. One can clearly see a floor mat displaying the FUR logo from that camera. This camera would have captured footage showing Mr. Mazloum being taken out the front door of FUR.

8.      The portion on the 4 x 4 grid labeled "Camera 09," on the left-hand monitor, shows a view immediately outside the entrance of FUR that faces 33 Patterson Street. This camera would

have captured footage showing Mr. Mazloum being taken out the front door of FUR.

9.  The portion on the 4 x 4 grid labeled "Camera 01," on the left-hand monitor, shows a view from the side of 33 Patterson Street opposite FUR—the side of the street where Mr. Mazloum was taken by Mr. Ramirez. This camera would have captured footage of any activity across the street from FUR.

10. Plaintiff's counsel confirmed that the cameras described above would have captured Mr. Mazloum's progress through FUR on the night of March 11, 2005, by having an associate walk through the "tunnel," through the entrance of FUR that faces 33 Patterson Street, and then across the street from FUR. Images were captured showing the associate moving from the "tunnel," through the entrance, and then across the street from FUR.

Dated: June 29, 2007

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
**Brian H. Corcoran**