Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM                  :
                               :
          Plaintiff            :
                               :
     vs.                       :  Civil Action No.
                               :  1:06:CV 00002
DISTRICT OF COLUMBIA,          :  (JDB)
   et al.                      :
                               :
          Defendants           :

Washington, D.C.

February 16, 2007

Deposition of:

     MASOUD ABOUGHADDAREH

called for oral examination by counsel for Plaintiff, pursuant to notice, at the offices of Katten Muchin Rosenman, LLP, 1025 Thomas Jefferson Street, N.W., East Lobby, Suite 700, Washington, D.C., before Zev V. Feder, CSR, a Notary Public in and for the District of Columbia, beginning at 10:52 a.m., when were present on behalf of the respective parties:

Page 42

1  extent, opinion-wise, I think, yes, that's how
2  it is. But it is not a huge decision who goes
3  up there or not. As I said, as long as it is
4  not overwhelmingly packed up there, it is not
5  a big decision.
6          BY MR. MORAN
7      Q   Do you know if a bouncer works
8  around the stairs or the stage?
9          MR. FITZSIMMONS: Objection.
10 Characterization.
11         THE WITNESS: I didn't understand
12 the question. I am sorry.
13         BY MR. MORAN
14     Q   Do you know if any FUR security
15 personnel works around the stairs of the
16 stage?
17     A   Any specific one?
18     Q   Any one.
19     A   I don't understand the question.
20 I will ask the wrong question. Do I know any
21 specific?
22     Q   Do you know if there is ever any

Page 43

1  FUR security personnel that works the stairs?
2      A   Yes.
3      Q   How about that night?
4      A   There is always, when the club is
5  open, there is one for security. Actually,
6  there is more than one.
7      Q   At the stairs?
8      A   There is one person down on the
9  stairs. Again, it all depends on what is
10 going on the stage.
11     Q   Do you know if security personnel
12 typically honors a decision by one of your
13 people that works the stairs when they let
14 somebody up? Male or female.
15     A   Do they honor a decision? I mean,
16 depends what the decision is. I really don't
17 know.
18     Q   Do you know of any situations
19 where one of your people has decided to allow
20 someone up on the stage that perhaps the
21 security personnel didn't think should be on
22 the stage?

Page 44

1      A   I am sure that that happened.
2      Q   Do you know if it happened at all
3  that night?
4      A   No. I don't know.
5      Q   I am sorry if I repeat myself.
6          You are familiar with this
7  lawsuit, the subject matter of this lawsuit?
8      A   Not entirely.
9      Q   Are you aware that Mr. Mazloum was
10 at FUR Nightclub? And without characterizing
11 anything, he was hurt that night; are you
12 aware of that?
13     A   I heard about it.
14     Q   Who did you hear this from?
15     A   I think the first person that I
16 heard from, I didn't even know who was
17 involved but I heard there was a situation
18 inside the place. And then it got carried
19 over to the outside. That's what I heard
20 initially.
21     Q   When did you hear about it?
22     A   I think I heard at the end of the

Page 45

1  night, late. Tony told me, Tony told me that
2  there was a fight, pretty much generalizing
3  the situation.
4      Q   Do you know if Tony was there for
5  the fight?
6      A   I don't know but I am assuming
7  that he was to a certain part of it if it was
8  outside. I don't know exactly where it
9  happened on the outside, or where, whether he
10 could see it or not. Because 99.9 percent of
11 the time he is outside, at the front door.
12     Q   Do you know if he witnessed this
13 fight?
14     A   I really don't know.
15     Q   Did you hear anything about the
16 fight from anyone else?
17     A   That night, no.
18     Q   How about the following day?
19     A   The following day -- during the
20 day, no. I didn't hear anything because
21 nobody thought it was a big deal. I didn't
22 think it was that bad. The way I was

Page 46

1  explained, there was a fight, they kicked him
2  out, there was a scuffle or something outside.
3  That's what I heard.
4       But next time I heard something, I
5  think it was from John Fiorito, the Saturday
6  night after the event.
7       Q    The following night?
8       A    Correct.
9       Q    On March 12, 2005?
10      A    Yes.
11      Q    Did he call you?
12      A    He called me.
13      Q    What did he say?
14      A    He was really asking me what was
15 going on, and who is this guy. It was really
16 not very clear. He was trying to find out
17 what was going on.
18      Q    What did you tell him?
19      A    I didn't know.
20      Q    What else did you tell him?
21      A    He asked me about Imad, and Imad
22 was working for Dream. I asked him to go and

Page 47

1  see John, that he will try to find out what
2  was happening. The only person I knew that
3  would have known sort of firsthand was Imad.
4       Q    How would he have known?
5       A    He was there. I mean, to what I
6  have known, he was there. I asked him, "Were
7  you there?" He said, "Yes. I'm going to go
8  talk to John, see what is going on."
9       Q    Did you know if he saw anything?
10      A    Firsthand, I didn't know. But I
11 had heard that he was there. I don't know was
12 he involved, was he just standing. I really
13 don't know details like that.
14      Q    Did John Fiorito tell you to
15 figure out who may have been involved?
16      A    I don't know how to answer that.
17 I didn't understand.
18      Q    Did John Fiorito tell you to
19 figure out who, of your people, might have
20 seen what happened?
21      A    No, not in that context, no.
22      Q    Did he communicate to you that he

Page 48

1  had an idea of who was involved, who may have
2  seen what happened?
3       A    To what I recall, the conversation
4  was based on something that -- this is a long
5  time ago but he had told me that, I guess,
6  Imad or his cousin, they had done something
7  the next day or they went to try to sue. I'm
8  like, okay, well, I don't know what the
9  situation was but they have a right to do
10 whatever they got to do. But he didn't know
11 exactly what the situation was and he was very
12 upset about the whole situation.
13      Q    Did he communicate to you why he
14 was upset?
15      A    He was upset because he worked
16 there, he was part of FUR. If this would
17 jeopardize, you know, even as a customer, for
18 customers. He was upset about the situation
19 that happened.
20      Q    What else did he say?
21      A    He asked me to talk to Imad, to
22 send him over there, because he wanted to talk

Page 49

1  to him to see what was going on and why they
2  are doing this.
3       Honestly, Imad would know
4  firsthand what conversation they had and what
5  he said.
6       Q    Did he mention -- he mentioned
7  Imad by name, though?
8       A    I doubt it. I think he described
9  him and I knew who he was talking about.
10      Q    Did John Fiorito describe the
11 person?
12      A    (Pause.)
13      Q    Did John Fiorito describe the
14 person?
15      A    Yes.
16      Q    Did you know from that who he was
17 talking about?
18      A    Correct.
19      Q    And that person was?
20      A    Imad.
21      Q    Was Imad working at Dream that
22 night?

Page 58

```
 1    Q   Did you tell him that he couldn't
 2  work at FUR anymore?
 3    A   Not really, but I think after he
 4  went and talked to John, I think it was pretty
 5  much mutually understood, you know.
 6    Q   Do you know if it was his decision
 7  not to work at FUR anymore?
 8    A   I think it was.
 9    Q   But he still worked for you, just
10  not at FUR?
11    A   No, he didn't work for me.  After
12  FUR, he worked at Dream.  He worked for Dream.
13  And for the longest time.  Then I left Dream.
14  When I opened Lima, about three, four months
15  ago, he came to see me, said, "Look, I am
16  looking for a job."  So I gave him a job.
17    Q   Did you make any decision to let
18  him go, so to speak?
19    A   No.
20    Q   Did Fiorito ever say, we don't
21  want this guy anymore at FUR?
22    A   Yes, I'm pretty sure.  Like I
```
Feder Reporting Company
(202) 863-0000

Page 59

```
 1  said, he didn't tell me but I am pretty sure
 2  it was mutually understood after the
 3  conversation.  I don't think it was a lovely
 4  conversation between them.  So I am assuming
 5  that Imad was uncomfortable even working
 6  there, even if he wasn't told not to work
 7  there.  Do you know what I mean?
 8    Q   I understand, I think.
 9        What gives you the impression that
10  that was not a lovely conversation between
11  Fiorito and Imad?
12    A   Based on the conversation I had
13  with John.  Like I said, he was upset.  He was
14  upset when he was referring to Imad.
15    Q   What did he say?
16    A   I don't know exactly what he said
17  but he didn't sound like he was happy with
18  him.
19    Q   What words did he use to
20  communicate his displeasure?
21    A   I don't know.  I am sure he did
22  say -- F'ing something.  He was upset on the
```
Feder Reporting Company
(202) 863-0000

Page 60

```
 1  phone.
 2        MR. MORAN:  Let's just take a two
 3  minute break.
 4        (A recess was taken from 12:07
 5  p.m. to 12:15 p.m.)
 6        BY MR. MORAN
 7    Q   You said you spoke to John Fiorito
 8  on March 12, 2005.  You said that he was
 9  upset.  Or at least that's the perception that
10  you got.
11    A   Yes.
12    Q   What was he so upset about?
13        MR. FITZSIMMONS:  Objection.
14  Foundation.
15        THE WITNESS:  I mean, I am
16  assuming.  I was upset.  Anybody would have
17  been upset.  He was upset about the entire
18  situation.
19        BY MR. MORAN
20    Q   What is the entire situation?
21    A   That there was an incident, there
22  was a fight.  He didn't know who was involved,
```
Feder Reporting Company
(202) 863-0000

Page 61

```
 1  who did what.  He was upset that this had
 2  happened in his place.
 3    Q   So, as far as you know, the only
 4  thing he was upset about was the incident and
 5  the fact that it happened at his place?
 6        MR. FITZSIMMONS:  Objection.
 7  Leading.
 8        THE WITNESS:  Yes.
 9        BY MR. MORAN
10    Q   He didn't communicate any other --
11    A   He didn't tell me this is what he
12  was upset about.  I am assuming that would
13  have been the only or the main reason why he
14  was upset, generally.  I would have been
15  upset, you know.
16    Q   But what did he say, what did he
17  say to you that conveyed to you that he was
18  upset?  Aside from using expletives.
19    A   He was screaming.  He was loud.
20  He didn't sound happy.  There was not specific
21  words that I can tell you that I remember that
22  he would say.
```
Feder Reporting Company
(202) 863-0000

Page 62

1  Q  Did he communicate to you, I'm
2  upset because reason one, two, three, four?
3  A  (Pause).
4  Q  What was it that Imad did that
5  upset him?
6     MR. FITZSIMMONS: Objection.
7  Foundation. Speculation.
8     THE WITNESS: I don't think he
9  knew what had occurred. He didn't know -- at
10 that point, I would assume he was upset with
11 me. He was upset with anybody he talked to
12 about it. He didn't know who was involved or
13 not, but he was just upset. When you are
14 upset, you are upset. People passing by, you
15 might cuss them out. So he was upset.
16    BY MR. MORAN
17 Q  Did he give you any reasons?
18 A  Like I said, not any specific
19 reason that I can remember. I didn't ask him
20 for a reason because I knew and I assumed. So
21 I didn't ask him for a reason. I knew what he
22 was upset about, which was the incident that

Feder Reporting Company
(202) 863-0000

Page 63

1  happened the night before, and the fact
2  that -- this is, again, my opinion -- that it
3  was not a small incident. Somebody had gotten
4  hurt.
5     So I guess he was trying to find
6  out the negligence of whom, what happened,
7  what the situation was.
8  Q  Did he tell you to fire whoever it
9  was that was involved in the incident?
10 A  No, he didn't specifically ask me
11 to fire anybody.
12 Q  Did he tell you that this person
13 was no longer welcome at FUR?
14 A  I don't recall -- no. I don't
15 think he told me such a thing, in actual
16 words. But this is, again, an assumption from
17 my part, since he was unhappy. Afterwards, I
18 really think Imad didn't want to work there,
19 if that's what you are referring to.
20 Q  He didn't express any concern for
21 the person that got hurt that night?
22 A  The person who got hurt that

Feder Reporting Company
(202) 863-0000

Page 64

1  night, that night? Do you mean March 12 when
2  I talked to him?
3  Q  Did John Fiorito express any
4  concern for the wellbeing of the person that
5  got hurt?
6  A  I don't recall any specific thing
7  that he would say. He didn't say, "Oh, I'm so
8  concerned about the guy." He didn't say that.
9  Q  He didn't say that?
10 A  No.
11 Q  Let's go back. How did you ever
12 start working doing promotions at FUR?
13 A  How did I ever start?
14 Q  How did you get involved with FUR
15 and doing promotions there?
16 A  I had a meeting with Michael. Sat
17 down. I think John was there, too. We just
18 talked. Their Fridays weren't doing as well,
19 so they needed help. So I helped them
20 promote.
21 Q  Did they communicate to you why
22 they weren't doing well?

Feder Reporting Company
(202) 863-0000

Page 65

1  A  They weren't doing terrible. They
2  could have used four, 500 extra people.
3  Q  Do you know how everyone gets paid
4  on these nights? Everyone that works for you,
5  do you know how they get paid?
6  A  Everyone that works for me?
7  Q  Yes.
8  A  What do you mean, how do they get
9  paid?
10 Q  How do they get paid at the end of
11 the night?
12 A  By money.
13 Q  Does someone say, okay, we made X
14 amount, here is your cut? How do you
15 determine who gets paid what?
16 A  It depends.
17 Q  Depends on what?
18 A  Depends on what they do. Deejays
19 get paid a specific amount.
20 Q  How much do deejays typically get
21 paid?
22 A  A deejay will get anywhere between

Feder Reporting Company
(202) 863-0000