Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM              :
                           :
           Plaintiff       :
                           :
    vs.                    :  Civil Action No.
                           :  1:06:CV 00002
                           :  (JDB)
DISTRICT OF COLUMBIA,      :
   et al.                  :
                           :
           Defendants  :

                    Washington, D.C.
                    Tuesday, February 27, 2007

Deposition of:

            SULTAN Al-HOMOUD

called for oral examination by counsel for Defendants, pursuant to notice, at the offices of the Attorney General, 441 4th Street, N.W, 6th Floor South, Washington, D.C. 20001, before Renee A. Feder, CSR, a Notary Public in and for the District of Columbia, beginning at 11:18 a.m., when were present on behalf of the respective parties:

Page 10

1    A.    Yes.
2    Q.    If you walk in the front door,
3  where are the VIP rooms?
4    A.    **The first door to your right would**
5  **be the VIP room.**
6    Q.    So, you would shift between the
7  VIP rooms and the front door?
8    A.    **Correct.**
9    Q.    Would you ever be standing
10 outside?
11   A.    **Most of the night I would be.**
12   Q.    Were you standing outside on the
13 night of March 11th?
14   A.    **Yes.**
15   Q.    When you were at FUR nightclub on
16 that evening, did you see anything that
17 happened inside the nightclub that caught your
18 attention?
19   A.    **Not inside, no.**
20   Q.    Did you see anything outside the
21 nightclub that caught your attention?
22   A.    **In regards to that?**

Feder Reporting Company
(202) 863-0000

Page 11

1    Q.    If that is what you saw. I will
2  be getting to questions about that, but I just
3  want -- I just want to know what you saw.
4    A.    **I saw the doors get pushed out.**
5  **And, you know, apparently, he was causing a**
6  **ruckus inside and the security at that club**
7  **were pushing him out. And he was screaming**
8  **and yelling. And they put him down to the**
9  **sidewalk. And he was like I am going to call**
10 **the police. I am going to call the police.**
11 **They said we are officers. A couple of the**
12 **guys there said we are officers. And he**
13 **started yelling and screaming and cussing**
14 **people out. And they just put him in**
15 **handcuffs and told him to calm down.**
16   Q.    I will back up a little bit and
17 ask you this in little bits and pieces what it
18 is you just told me.
19        You said they had pushed him out
20 of the door of the nightclub?
21   A.    **Yes.**
22   Q.    When this happened, where were you

Feder Reporting Company
(202) 863-0000

Page 12

1  standing?
2    A.    **At the front door.**
3    Q.    So you saw the door open?
4    A.    **Yes.**
5    Q.    And they came out?
6    A.    **Yes.**
7    Q.    This individual who came out, was
8  he the first person that you saw coming out of
9  the door?
10   A.    **Yes.**
11   Q.    How many other individuals were
12 with him when he came out the door?
13   A.    **He came out alone with security of**
14 **the club. And maybe a couple of the officers.**
15 **I didn't know who they were, but they came**
16 **out. And they left him outside and they went**
17 **back to do their jobs, the security guards.**
18 **That is mostly what they do, they push you out**
19 **and they walk back in.**
20   Q.    Did you recognize any of the
21 security personnel who had taken him outside
22 of the club?

Feder Reporting Company
(202) 863-0000

Page 13

1    A.    **Obviously, there are too many**
2  **fights a night. I can't remember that exact**
3  **one.**
4    Q.    Were there a lot of fights on that
5  night?
6    A.    **It is a nightclub, sir. There are**
7  **at least two to three at a nightclub, it takes**
8  **4000 people. Two to three a night that can**
9  **happen.**
10   Q.    As far as the security personnel
11 that came outside, sitting here today, you
12 can't recall who they were?
13   A.    **I can't tell you the exact**
14 **persons, no.**
15   Q.    When they took him outside of the
16 door, did you notice anything about his
17 physical appearance?
18   A.    **I noticed they were pushing him**
19 **outside of the door and he was pushing back**
20 **in. And he was -- basically, if you put your**
21 **hands on security while they are pushing you**
22 **out, they have a right to get physical with**

Feder Reporting Company
(202) 863-0000

Page 22

1    Q.   You had mentioned your father
2  works at the Saudi Embassy.  Are you Saudi?
3    A.   Yes.
4    Q.   Are you Muslim, sir?
5    A.   Yes.
6    Q.   If you had heard any comments that
7  you thought were offensive to Muslims, do you
8  think that is something that you would have
9  remembered?
10   A.   Of course.  I mean, it offends
11 you.  You would remember something like that.
12   Q.   The individual who was taken out
13 of the club, do you have any knowledge as to
14 what his ethnic background is?
15   A.   He is Middle Eastern.  I know
16 that.
17   Q.   Do you know that for sure or do
18 you know that just based on how he appears to
19 you?
20   A.   No, I know that for sure.  Because
21 he was talking to me in Arabic and he was
22 asking me to do something about it and help

Feder Reporting Company
(202) 863-0000

Page 23

1  him out.  I said I don't know what you did, I
2  am not going to get involved in this.
3    Q.   When did he say that to you?
4    A.   When he was on the ground he was
5  screaming my name.  And they actually asked me
6  do you know this guy.  I said, no.  He said he
7  is screaming your name.
8        As me being the front VIP guy,
9  whatever you want to call it, most of the
10 people who try to get into the VIP room, they
11 mostly know my name because I have access to
12 those places in the club.  He was screaming my
13 name and I don't know how he knows it.  And I
14 went up to him and he was asking me can you
15 help me.  And I said I can't help you, I don't
16 know what you did.  And I just kind of stood
17 far away until the police car came.  They
18 asked all of us to leave the front door and
19 that is what we did.
20   Q.   Did you notice if he was bleeding
21 at any time?
22   A.   Not bleeding.  But his shirt was

Feder Reporting Company
(202) 863-0000

Page 24

1  just kind of -- the buttons were a bit, from
2  the pushing and shoving, might have popped
3  out.
4    Q.   All of the conversation that you
5  told me about, what this individual said to
6  you, did he say all of these words in Arabic?
7    A.   Yes.
8    Q.   Did he say anything to you in
9  English?
10   A.   No.  Mostly he was just telling me
11 to help him in Arabic.  He was screaming my
12 name.  That is the only thing he did say in
13 Arabic.  And I told him -- and I responded in
14 English I don't know what you did, you are on
15 your own.  That is basically it.  I don't know
16 who he is.  I know him by face, I don't know
17 his name.
18       MR. BRUCKHEIM:  I don't think I
19 have anymore questions at this time.  I may
20 have some more later on.  But these other
21 gentlemen here probably have some questions
22 for you.

Feder Reporting Company
(202) 863-0000

Page 25

1        MR. SCHIFFERLE:  I will go next.
2  EXAMINATION BY COUNSEL FOR DEFENDANTS ACOSTA and
3                    SMITH
4        BY MR. SCHIFFERLE
5    Q.   Again, my name is Carl Schifferle
6  and I am the attorney who is representing two
7  of the defendants in this case who are
8  uniformed police officers named Acosta and
9  Smith.
10       First off, do you know Officers
11 Jose Acosta and David Smith?
12   A.   I know Smith, yes.
13   Q.   How do you know Officer David
14 Smith?
15   A.   Just from being at the front door.
16 They sometimes pass by for the problems that
17 we have at the clubs and stuff.  We know them
18 by face.  They kind of arrest the people if we
19 are having a problem, they arrest the people
20 outside the front door.
21   Q.   Did you see Officer David Smith
22 that night on March 11th?

Feder Reporting Company
(202) 863-0000