UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06 CV 00002 |
| ) | (JDB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF RICARDO J. MORAN

Pursuant to 28 U.S.C. § 1746, Ricardo J. Moran declares as follows:

1. I am employed as an associate at Katten Muchin Rosenman, LLP, 1025 Thomas Jefferson Street, NW, Washington, D.C., 20002.

2. In January of 2006, I placed advertisements with *The Washington Post Express* and with *The Washington City Paper*. The advertisements called for any potential witnesses to the beating of Mr. Emile Mazloum (identified only as a "patron" in the advertisements) at Fur Nightclub on March 11, 2005 to come forth and to call me at my office number. *See, e.g.*, a true and correct copy of the advertisement that appeared in *The Washington Post Express* on January 17, 2006 attached hereto.

3.  To the best of my knowledge, the advertisements ran for the entire week of January 16-20, 2006.

4.  I did not receive any calls either that week or at any time thereafter from any potential witnesses.

Dated: June 28, 2007

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
NAME

2