Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM                    :
                                 :
            Plaintiff            :
                                 :
    vs.                          :   Civil Action No.
                                 :   1:06:CV 00002
DISTRICT OF COLUMBIA,            :   (JDB)
    et al.                       :
                                 :
            Defendants           :

                    Washington, D.C.
                    February 23, 2007

Deposition of:

        HUMBERTO ALEXANDER TRAPERO,

called for oral examination by counsel for
Defendants, pursuant to notice, held at the
Office of the Attorney General, Government of
the District of Columbia, 441 4th Street,
N.W., 6th Floor South, Washington, D.C.,
beginning at 10:18 a.m., before Lynell C.S.
Abbott, a Notary Public in and for the
District of Columbia, when were present on
behalf of the respective parties:

Page 34

1  A   No, I don't know that.
2  Q   Just so I'm clear on your
3  testimony, Mr. Mazloum never said that he was
4  drunk.  Correct?
5  A   He never said that he was drunk.
6  Q   Okay.  And did the bouncer
7  associate who drove him to the hospital, did
8  he ever say that Mr. Mazloum was drunk?
9  A   No.
10 Q   Did you speak with anyone at the
11 hospital staff about Mr. Mazloum?
12 A   I don't recall that.
13 Q   If you could, could you repeat for
14 me some of the characteristics --
15 A   Who?
16 Q   Some of the characteristics you
17 described when you said you thought he was
18 intoxicated, what led you to that conclusion?
19 A   My training and experience.
20 Q   What specifically about
21 Mr. Mazloum's appearance, demeanor, would you
22 say led you to that conclusion?

Feder Reporting Company
(202) 863-0000

Page 35

1  A   Well, like I said, the smells I'd
2  given, strong smell of alcoholic beverage from
3  his person.  Every time that he spoke I could
4  smell a stronger smell of alcoholic beverage
5  coming from his breath.  I did observe some
6  red, bloodshot eyes.  They were glassy as
7  well.  He was agitated.  He was excited,
8  agitated and he kept on repeating the same
9  thing, that he was attacked, attacked,
10 attacked.  I asked him to calm down.  He kept
11 on saying it.  He appeared very agitated, yes.
12 Q   Would you say that some of these
13 conditions you are describing, the bloodshot
14 eyes, the agitation, could be consistent with
15 a physical assault as well?
16    MR. JACKSON:  Objection.
17    THE WITNESS:  No, I wouldn't say
18 that.  I mean based on my experience, I did
19 have several people that were assaulted and
20 were not intoxicated and they didn't smell
21 like that.
22    BY MR. ROSANS:

Feder Reporting Company
(202) 863-0000

Page 36

1  Q   Okay.  But aside from the smell,
2  would bloodshot eyes ever be consistent with a
3  physical assault?
4  A   It could.  If he was assaulted on
5  both eyes, yes, he could have both eyes red,
6  yes.
7  Q   And would someone's agitation as
8  you described it possibly be consistent with a
9  physical assault?
10 A   It could be, yes.
11 Q   When you said that Mr. Mazloum
12 never stood up, that he was always lying down
13 on a stretcher --
14 A   Right.
15 Q   Is that correct, am I --
16 A   Yes, yes.
17 Q   Did you ask him why he wasn't
18 getting up?
19 A   No, I didn't ask him that.
20 Q   Is it possible that he wasn't
21 getting up because of some other physical
22 injuries?

Feder Reporting Company
(202) 863-0000

Page 37

1     MR. BRUCKHEIM:  Objection.  You
2  can answer.
3     THE WITNESS:  I am not a doctor.
4  I cannot tell you that.
5     BY MR. ROSANS:
6  Q   At the end of your meeting with
7  Mr. Mazloum, you did say that he should go
8  file some sort of complaint with the D.C.
9  police.  Correct?
10 A   No.  I told him that he needs to
11 go back to D.C. and go to the District
12 wherever the incident happened and fill out a
13 report or attempt to talk to a supervisor.  I
14 didn't mention anything about complaint.
15 Q   Okay.  Why did you suggest that he
16 go fill out a report?
17 A   Why?  Because obviously there was
18 something that happened.  He had some physical
19 injuries.  In my city we always take report
20 for that.
21 Q   So based on your observations
22 there were obvious physical injuries --

Feder Reporting Company
(202) 863-0000