**METROPOLITAN POLICE DEPARTMENT**
Office of Professional Responsibility
Internal Affairs Division

**MEMORANDUM**

TO: Assistant Chief of Police
Office of Professional Responsibility

THRU: Director
Internal Affairs Division

THRU: Captain
Police Misconduct Branch

THRU: Lieutenant
Police Investigative Unit-3

DATE: June 6, 2006

SUBJECT: Final Investigative Report Concerning an Allegation of Excessive Force Against First District Officer Anthony Ramirez, **CS 05-0347, OIA 06-105**

### Chronological Narrative Section

On March 12, 2005, Mr. Emile Mazloum of 4874 West Braddock Road, Apartment 11, Annandale, Virginia, reported to Lieutenant Pamela Taylor of the First District that Officer Ramirez assaulted him. Mr. Mazloum reported on a PD 99 that on March 11, 2005, he went to FUR Nightclub at approximately 10:00 PM. Mr. Mazloum stated in part that, "I tried to turn around to see who grabbed me. Then four of five guys came and pulled me down the stairs onto the floor. They pulled my right hand behind my back and then they pulled my left hand behind my back and handcuffed me. While I was face down on the floor, someone began hitting me and they began punching me in my face. I tried to turn and see who was hitting me and they began punching me in my face. I could not see who was hitting me or if it was more than one person. Mr. Mazloum alleged that he was dragged across the floor of the nightclub, up a flight of stairs and out of the nightclub. Mr. Mazloum stated that he was dropped and hit his head on the street. Mr. Mazloum stated that he was then told to, "shut up you fucking Al-Qaeda" by a "Latin" looking male. Mr. Mazloum alleged that as a result of this incident he suffered a broken nose, bloody left eye, scrapes on his ears and face, swelling on the left side of his neck where he was grabbed, cuts, bruises, and bumps on his head **(Attachment #1)**.

In a statement taken on March 22, 2005, by Special Agent Amylynn J. Miller of the FBI, Mr. Mazloum reported that on March 12, 2005, he was patronizing the Fur Night Club located at 33 Patterson Street, Northeast. At 1:00 AM the club was packed and loud. Mr. Mazloum was on a stage inside of the club but he decided to leave the stage. He stated that he walked down one or two steps and stopped to wait for people to come up the stairs because the stairs are narrow. Mr. Mazloum was then grabbed in a bear hug from behind. Mr. Mazloum tried to turn around to

905

see who was holding him but he was being held in such a way that he could not move. As Mr. Mazloum was trying to turn around three other men came towards him but they did not look like nightclub security. A forth man who looked like he worked security also came up to Mr. Mazloum as he was still twisting.

All five of the men quickly put Mr. Mazloum face down on the stage floor while he was trying to twist around. Someone then pulled Mr. Mazloum's arms behind him and handcuffed him. Mr. Mazloum reported that while four of the men held onto him Officer Rameriz used his hand to hit him twice in the face. One blow hit him in the eye and the other blow hit him on the nose. Mr. Mazloum stated that he did not try to hit or kick anyone. All five men then pulled Mr. Mazloum's arms while his feet dragged on the floor. The men pulled him outside of the nightclub. At one point Officer Ramirez told Mr. Mazloum to, "Shut up you fucking Al Qaeda." To which Mr. Mazloum replied, "I'm not a terrorist, I'm Catholic, you fucking Salvador." Eventually Mr. Mazloum was able to stand up and when he did Officer Ramirez grabbed his head and put him back down on the ground, then hit his head the ground.

Two uniform police officers arrived on the scene and one of them gave Officer Ramirez his handcuffs and he put them on Mr. Mazloum. Officer Ramirez took his handcuffs off of Mr. Mazloum and then walked away with both of the officers. Both of the uniform officers came back to Mr. Mazloum and one of them took the handcuffs off of him.

One of the uniform police officers told Mr. Mazloum to go home but he stated that he needed a police report to be taken. The officer told Mr. Mazloum that he was not going to take a report and that he should just go home. Both officers then walked to their police cruiser. Mr. Mazloum then walked up to the police cruiser and both officers were already in the cruiser. One of the officers opened the cruisers window and Mr. Mazloum again asked for a police report. He was again told no and to go home. Mr. Mazloum stated that he was not going home without a report. The other officer said that, "If I am going to give you a report, I have to take you to jail." Mr. Mazloum then opened the driver's side rear door to the police cruiser and sat in the back seat and closed the door. The officers then removed Mr. Mazloum from the police cruiser and took him to his vehicle. They opened the driver's side rear door and put him inside.

Mr. Mazloum's friend Mr. Imad Alkadi transported him to Inova Alexandria Hospital, located in Alexandria, Virginia, where was treated for the injuries he allegedly sustained during this incident. While at Inova Alexandria Hospital, Mr. Mazloum was interviewed by Officer Alex Trapero, of the Alexandria Police Department. Mr. Mazloum indicated that Officer Trapero contacted the MPD and requested an MPD Officer come to the Hospital. Two hours later Officer Trapero told Mr. Mazloum that no one from the MPD would be coming to the hospital. Mr. Mazloum left the hospital at approximately 7:30 AM.

On March 12, 2005, at approximately 7:45 PM, Mr. Mazloum responded to the First District to file a PD 99. Upon entering the First District, Mr. Mazloum observed Officer Ramirez in full police uniform exiting the building. Mr. Mazloum asked a police officer who was working behind the front desk what Officer Ramirez's name was. The officer asked Mr. Mazloum what he wanted to know for and Mr. Mazloum stated that "the guy in the car beat me up last night, and I want to talk to his supervisor."

Lieutenant Pamela Taylor of the First District interviewed Mr. Mazloum and she gave him a statement form to fill out. Mr. Mazloum did not fill the forms out at the station because he wanted to be thorough in his retelling of what happened. Lieutenant Taylor gave Mr. Mazloum Lieutenant Frank Allman's fax number and told him that he should send the report to him. Lieutenant Taylor told Mr. Mazloum that an officer would come and take photographs of him. Approximately an hour and a half later an officer came and took the photographs.

Lieutenant Allman contacted Mr. Mazloum and told him that he had received the fax and he would take a statement from Officer Ramirez and notify the United States Attorney's Office to begin an investigation **(Attachment #2)**.

On February 23, 2006, Mr. Mazloum provided a statement to Special Agent Jay Greenberg of the FBI. In his statement Mr. Mazloum provided the following information **(Attachment #3)**.

Mr. Mazloum stated that during the course of the evening he consumed several alcoholic drinks but does not consider himself to have ever been out of control or drunk. Mr. Mazloum reported that a bouncer told him that the stage was too crowded and ordered him off. Mr. Mazloum complied and went to get another drink. He then returned to the stage and started dancing. After dancing for approximately fifteen minutes Mr. Mazloum walked to the stairs leading off of the stage and walked down the first step or two. While he was waiting on the first step or two he was grabbed from behind in a bear hug. Mr. Mazloum did not know the identity of the person that grabbed him.

Mr. Mazloum began twisting to free himself and noticed that it was a bouncer that was holding him. Mr. Mazloum stated that he ducked and bounced up and down while twisting to break the grip of the bouncer. The bouncer ripped the shirt sleeve off of Mr. Mazloum's left arm and subsequently lost his grip and either let go of or pushed Mr. Mazloum in the back. Mr. Mazloum does not know whether he was pushed or simply lost his balance. Mr. Mazloum then reported that he fell down the stairs leading down from the stage and the stairs leading up to the tunnel towards the front door of the nightclub.

Four or five people then jumped on Mr. Mazloum's back while he lay prone, face down on the floor. Two of the people that were involved in the struggle were not identified at the time but turned out to be MPD officers. Mr. Mazloum stated that he never tried to punch or kick anyone but was twisting on the floor in an attempt to free himself from the people attempting to restrain him. Mr. Mazloum stated that he was handcuffed and two men dragged him from the stairs to the front door of the nightclub. Mr. Mazloum reported that he turned his head to the left to see who was holding him and Officer Ramirez hit him with a closed fist one time on the left side of his face. Mr. Mazloum stated that Officer Ramirez stated to him "shut up you fucking Al-Qaeda."

Mr. Mazloum stated that he attempted to stand up and Officer Ramirez grabbed his hair and slammed his head onto the sidewalk. Mr. Mazloum then began to cry and was dazed from the blow to the head.

The three other off duty police officers that were with Officer Ramirez were identified as First District Officers Thaddeus Modlin, Richmond Phillips, and Louis Schnieder. The two uniform officers who arrived on the scene were identified as Officers Jose Acosta and David Smith of the First District.

On March 16, 2005, the Office of Internal Affairs forwarded a Complaint Summary Sheet bearing CS 05-0347 to the Force Investigation Team (FIT).

On March 18, 2005, the case was assigned to FIT Sergeant William Mack for investigation.

On March 29, 2005, Officer Ramirez was placed in a non-contact status

On March 31, 2005, Sergeant Mack presented this case to Assistant United States Attorney (AUSA) Judith Kidwell for a prosecutorial review. Captain Marcus Westover of FIT also spoke to AUSA Kidwell and she advised Captain Westover that the FBI is the lead agency investigating the facts and circumstances surrounding this incident. FBI Agent Kimberly Alaniz was assigned

as the lead investigator for the FBI.

In a memo dated March 28, 2006, the FBI closed the case against Officer Ramirez with a determination that the case lacked prosecutorial merit **(Attachment #4)**.

On, March 31, 2006, AUSA Jeffrey Ragsdale forwarded a Letter of Declination regarding criminal prosecution of the officers involved in this incident **(Attachment #5)**.

On May 2, 2006, this case was reassigned to Sergeant James V. McGuire of the Police Misconduct Branch, Internal Affairs Division (IAD).

## Members Involved

**Anthony Ramirez**                                 Badge # 2038 (provided a statement to the FBI)

*Duty & Uniform Status:*                            Off Duty, Civilian Clothing
*Personal:*

*Assignment:*                                       First District
*Appointed to MPD*                                  June 16, 2003 (Resigned February 2, 2006)
*FOP/Attorney Involvement*                          No FOP involvement / Attorney Harold Martin
*Current Duty Status:*                              Resigned
*Impairment:*                                       Unknown
*UFIR*                                              Did not complete a UFIR

**Thaddeus Modlin**                                 Badge # 2038 (provided a statement to the FBI)

*Duty & Uniform Status:*                            Off Duty, Civilian Clothing
*Personal:*

*Assignment:*                                       First District
*Appointed to MPD*                                  July 3, 2000, six year member
*FOP/Attorney Involvement*                          No FOP involvement / Attorney Harold Martin
*Current Duty Status:*                              Full duty
*Impairment:*                                       Unknown
*UFIR*                                              Did not complete a UFIR

**Lewis Schneider**                                 Badge # 2038 (provided a statement to the FBI)

*Duty & Uniform Status:*                            Off Duty, Civilian Clothing
*Personal:*

*Assignment:*                                       First District
*Appointed to MPD*                                  September 24, 2001, five year member
*FOP/Attorney Involvement*                          No FOP involvement / Attorney Harold Martin
*Current Duty Status:*                              Full duty
*Impairment:*                                       Unknown
*UFIR*                                              Did not complete a UFIR

**Richmond Phillips**                               Badge # 2038 (provided an audio-taped