## METROPOLITAN POLICE DEPARTMENT
## CRIME SCENE EXAMINATION SECTION
## EVIDENCE REPORT

| CSES NUMBER | COMPLAINT NUMBERS | TECHNICIAN | UNIT | DATE |
|---|---|---|---|---|
| 05-2317 | | Edward R. Wise | Crime Scene Search | March 12, 2005 |

| COMPLAINANT OR DECEDENT | OFFENSE | TIME |
|---|---|---|
| Mazloum, Emile | Police Investigation | 2026 hrs. |

| LOCATION OF OFFENSE |
|---|
| Unit block of Patterson St. S.W. PSA 104 |

| TO: | FROM: |
|---|---|
| Commanding Officer, First District | Commanding Officer Forensic Science Division |
| ATTENTION: | SECTION: |
| Lieutenant Pamela Taylor | Crime Scene Search Unit |
| THRU: | UNIT/DIVISION |
| Forensic Science Division | M.C.L.U., Forensic Science Division |

MCL 05-2317

On Saturday, March 12, 2005, at 2026 hours, Technician E.R. Wise arrived on the scene of 415 4th St. S.W. in reference to a Police Investigation. The following services were rendered:

One roll of Kodak 120-color film was taken of the scene, which includes several lacerations and bruises to the complainant's face and torso. The filmstrip number is Z19-675.

**Technician Notes:**
Lieutenant Pamela Taylor, #L-185 of the First District is the investigating official.

**NO ADDITIONAL SERVICES WERE RENDERED AT THIS TIME.**

| NAME OF MEMBER PREPARING REPORT | BADGE NO. | REVIEWING OFFICAL | UNIT |
|---|---|---|---|
| Edward R. Wise | 3346 | | FSD |

FOR ID USE ONLY

| Latents are of no value | Following Latent Prints are of Value: | |
|---|---|---|
| Per: | _ FINGERS _ PALMS _ TIPS | Forwarded_____ By_____ |
| Date: | Per: | Entered_____ By_____ |
| | Date: | Property Book No ____ Page No ____ |

3