UN-938 Rev. 1/04



# METROPOLITAN POLICE DEPARTMENT
## Office of Internal Affairs
### *Complaint Summary Sheet*



| ☐FIT | | | | ☐OCCR - # | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐REFERRAL (Unit) | | | | CS #: | **05-0347** | | | |
| ☐OIA INTAKE – Agent | | | | OIA CASE #: | | | | |
| ☐EEO | *–Shaded Areas for Operations Staff Use Only–* | | | INTEL #: | | | | |

| | Rank: | Element: | Badge#: | SSN: | Race: | Sex: | Revoked? |
|---|---|---|---|---|---|---|---|
| Name: **Unknown Officers** | **MPO** | | | | | | |
| Name: | Rank: | Element: | Badge#: | SSN: | Race: | Sex: | Revoked? |

*Use additional CS Sheet(s) to add names, completing only relevant portions with additional information. Be sure to enter relevant CS number on all supplemental CS sheets used.*

Location of Incident: **Fur Night Club 1st & M Street Ne.**

Date of Incident: **3-12-05**          Time of Incident: **0100 Hours**

MPD Member First Receiving Complaint: **Lt. Pamela Taylor**          Date Notified: **3-12-05**

| Type of Complaint: | ☒Citizen Complaint (PD-99) | ☐Civil Action | ☐DOMVI |
|---|---|---|---|
| *(Check all that apply)* | ☐Use of Force | ☐Excessive Force | ☐EEO | ☐Other _____ |

Name of Complainant(s)/Source(s): **Mazloum, Emile**

Complainant/Source Address: **4874 West Bradock Rd #11 Alexandria Va 22311**

Complainant/Source Arrested? **N**   Charge(s)          If Arrested, Complainant/Source: Race: **O**   Sex: **M**

Complainant Phone Numbers: Work: Cell **(703) 606-8484**          Home:          Other:

OPR Member Receiving Complaint: **Marable, Wayne K.**          Date Rec'd: **3-12-05**    Time Rec'd: **1945**

Unit Official Notifying OPR: **Lt. Taylor**          Element: **1D**    Phone Number: **2/409-7090**

Allegation(s): Assault / *Excessive Force*          Member(s) Arrested? **N**   Charge(s):

SYNOPSIS: C-1 stated while inside the Fur nightclub he was being held by one of the clubs bouncers. Plain clothes MPD Officers approached C-1 and handcuffed him. C-1 said that the officers began punching him in the head. C-1 was taken outside were officers banged his head against the ground and kicked him several times. Uniformed officers arrived on the scene and switched handcuffs on the complainant. The plain clothes returned inside the club. C-1 requested that a report be taken by the uniformed officers. Uniformed officers refused to take a report and advised C-1 that he would be arrested if a report was taken. C-1 asked to be arrested and jumped in the back seat of the scout car. The uniformed officers took C-1 out of the vehicle and threw him to the ground. C-1 had a friend at the scene who took him to the hospital

| UFIR Completed? | Date UFIR Completed: | UFIR Declination Date: | Reverse-Garrity Issued? |
|---|---|---|---|

INSTRUCTIONS: On ALL Use of Force incidents, ascertain whether a Use of Force Incident Report (UFIR) was completed. If so, indicate "Y" and enter the date completed, and direct the notifying official to FAX a copy to FIT 202-576-7514 prior to being relieved from duty. If not, direct the notifying official to immediately contact a FIT official, who will approve or deny the issuance of Reverse-Garrity. Whether approved or denied, the notifying official shall *then* call back and notify the OIA agent accordingly, and obtain the CS numbers. If FIT denies issuance of Reverse-Garrity, instruct the official to prepare and forward a preliminary report to OPR, recommending USAO review.

| *Forwarded to:* | ☐PCU1 | ☐PCU2 | ☐PCU3 | ☐PIU | ☐EEO | *Date:* | CS Entry By: | *Date:* **MAR 14 2005** |
|---|---|---|---|---|---|---|---|---|
| *Referral Approved By:* | | | | | | *Date Assigned:* | | |
| Intel Approved By: | | | | | | Date Assigned: | | |
| Case Approved By: | | | | | | Date Assigned: | | |
| Disposition: | | | Signature: | | | | Date: | |

2