UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>            Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>            Defendants. | Civil Action No. 1:06 CV 00002 (JDB) |

**CONSENT MOTION TO EXCEED PAGE LIMITATIONS FOR REPLY BRIEF**

Defendants Night & Day Management, LLC t/a The FUR Factory, Michael Rehman, John Fiorito, and Michael Persons (collectively, the "FUR Defendants"), by and through undersigned counsel, respectfully move the Court for leave to submit a reply brief in support of their motion for summary judgment in excess of the page limitations set by United States District Court for the District of Columbia Rule 7(e). In support of this Motion, the FUR Defendants state:

    1.    On May 30, 2007, the FUR Defendants filed their Motion for Summary Judgment and supporting papers, and, on June 29, 2007, Plaintiff filed his opposition thereto.

    2.    The FUR Defendants' Reply brief is due on July 13, 2007, and, pursuant to Rule 7(e), it may not exceed twenty-five (25) pages absent leave of this Court.

    3.    The FUR Defendants seek an extension of the twenty-five page limitation of up to ten additional pages. In good faith, the FUR Defendants represent that they require this extension to respond adequately to the legal arguments presented by Plaintiff's opposition brief.

    4.    Plaintiff's counsel Brian H. Corcoran has given his consent to the FUR Defendants' request herein.

WHEREFORE, the FUR Defendants respectfully request that the Court grant a ten-page extension for their Reply brief.

>Respectfully submitted,
>
>/s/ Paul A. Fitzsimmons
>_____
>Thomas S. Schaufelberger, Bar No. 371934
>Paul A. Fitzsimmons, Bar No. 444829
>SAUL EWING LLP
>2600 Virginia Avenue, N.W.
>The Watergate—Suite 1000
>Washington, D.C. 20037
>Telephone: (202) 333-8800
>*Counsel for Defendant Night & Day Management, LLC t/a The Fur Factory, Michael Rehman, John Fiorito and Michael Persons*