UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>               Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>               Defendants. | Civil Action No. 1:06 CV 00002 (JDB) |

**PROPOSED ORDER**

Upon consideration of the Consent Motion To Exceed Page Limitations For Reply Brief filed by Defendants Night & Day Management, LLC t/a The FUR Factory, Michael Rehman, John Fiorito, and Michael Persons (collectively, the "FUR Defendants"), it is hereby

ORDERED, that the FUR Defendants' Motion is hereby GRANTED.

                                                              _____
                                                              United States District Judge

Dated: July \_\_\_\_, 2007.