# EXHIBIT 1

1            UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF COLUMBIA

2

3

3    EMILE MAZLOUM                    :

4                                     :

4                   Plaintiff   :

5                                     :

5        vs.                     :    Civil Action No.

6                                :    1:06:CV 00002

6                                :    (JDB)

7    DISTRICT OF COLUMBIA,           :

7       et al.                       :

8                                     :

8                   Defendants :

9

9                    Washington, D.C.

10                   Monday, January 29, 2007

10

11   Videotaped Deposition of:

11

12                    EMILE MAZLOUM

13   called for oral examination by counsel for

14   Defendants, pursuant to notice, at the offices

15   of the Attorney General, 441 4th Street, N.W,

16   6th Floor South, Washington, D.C. 20001,

17   before Renee A. Feder, CSR, a Notary Public in

18   and for the District of Columbia, beginning at

19   9:54 a.m., when were present on behalf of the

20   respective parties:

21

22

1    one step down, and then somebody from behind,

2    he grabbed me.

3        Q.    Prior to that moment when somebody

4    grabbed you from behind, did any security

5    individual speak to you while you were dancing

6    on the stage?

7        A.    No.

8        Q.    So, as you began to walk down the

9    steps, you were grabbed from behind?

10       A.    Yes.

11       Q.    Can you describe how you were

12   grabbed?

13       A.    How do you want me to describe it?

14       Q.    Were you grabbed by somebody's

15   arms?

16       A.    Yes.

17       Q.    Where did that person put his or

18   her arms on your body when you were grabbed?

19       A.    In here, (Indicating.)

20       Q.    Around your arms?

21       A.    Around me.

22       Q.    So that person wrapped the arms

1     around you?

2          A.     Yes.

3          Q.     And after the person did that,

4     what did you do?

5          A.     I was trying to turn to see who is

6     doing that to me.

7          Q.     Were you able to see who was doing

8     that to you?

9          A.     No.

10         Q.     Were you ever able to see who that

11    person was who grabbed you at the top of the

12    steps?

13         A.     No.

14         Q.     After the person grabbed you, what

15    happened then?

16         A.     I tried to lose.  So he -- he just

17    pushed me down to the floor, on the bottom of

18    the, on the bottom of the stairs.

19         Q.     He pushed you down the steps?

20         A.     Yes.  He pushed me on the floor.

21         Q.     You pushed you on the floor?

22         A.     Yes.

1    again?

2        Q.    Do you know the name of which man

3    hit you in the face?

4        A.    Well, I saw the guy.  I didn't

5    know at that moment what was his name until

6    later on the next day.  I know, I know what

7    was his name.

8        Q.    And his name was?

9        A.    Mr. Ramirez.

10        Q.    When you were hit in the face,

11    where in your face were you hit?

12        A.    My left eye and my nose.

13        Q.    After you were hit in the face,

14    what happened?

15        A.    Well, he hit me in the face with a

16    word saying shut up, you fucking al Qaeda.

17    And then I started bleeding.  And after that

18    they just, they dragged me outside and they

19    dropped me on the -- they took me from the

20    club, across the street, and they dropped me

21    on the ground.

22        Q.    Let me go back and ask a couple of

1    shut up.  I said I want to know why you are

2    doing that.  He said shut up, you fucking al

3    Qaeda.  He kicked my feet, my leg.  Then I

4    said you shut up, I am a Catholic, you fucking

5    El Salvador.

6             And then also maybe a few minutes,

7    I tried to stand up.  When I was handcuffed, I

8    tried to stand up because the ground was cold

9    and my shirt was all the way up half naked.  I

10   was freezing.  I asked them, I said, can

11   anybody put my shirt down, I am freezing.

12   Nobody was listening to me.  And then there

13   was a guy there, I think I met him, I know his

14   name from Imad.  I asked him, I said, Sultan,

15   can you please put my shirt down?  I am

16   freezing.  And I speak in Arabic.  I told him

17   in Arabic.  I said please put my shirt down.

18   The guys, they looked at him, they say,

19   Sultan, he knows your name.  He says I don't

20   know him.

21            And I tried to stand up.  Mr.

22   Ramirez, he grabbed me from my hair and then

Page 128

1    he put me down and he slammed my head to

2    the --

3                    THE INTEPRETER:  The sidewalk.

4                    THE WITNESS:  The sidewalk.  And

5    then, I couldn't see anything after that

6    because I was dizzy.  I start crying and I

7    felt like I am dead.

8                    BY MR. BRUCKHEIM

9        Q.    When Ramirez put his hand on your

10   head, were you trying to stand up at that

11   point or were you already standing?

12       A.    No, I was almost standing up.

13       Q.    As you were almost standing up he

14   pushed you down while holding onto your head?

15       A.    Yes.

16       Q.    And then he slammed your head onto

17   the sidewalk?

18       A.    Yes.  He keep holding on my hair

19   and then he slammed my head into the sidewalk.

20       Q.    After that happened, were you

21   bleeding?

22       A.    I was bleeding all that time,

Page 129

1    since I went outside from the -- from when he

2    hit me the first time inside the club I was

3    bleeding all the time until I was outside.

4         Q.    Where were you bleeding from?

5         A.    I was bleeding from my nose and

6    then -- when he grabbed my hair and slammed

7    into the ground, I was bleeding from my head,

8    too.

9         Q.    Did anyone at any time wipe the

10   blood off of your face?

11        A.    No.

12        Q.    Just so I am clear, the three

13   times -- well, let me ask it this way.  You

14   have testified that Ramirez struck you three

15   times, that he punched you in your face, that

16   he kicked you in your leg, and that he grabbed

17   you by your hair and then slammed your head on

18   the sidewalk.

19             Are there any other times aside

20   from these where Ramirez hit you or touched

21   you?

22        A.    That is all I remember for this

1    floor?

2         A    It's maybe a little bit higher

3    than this table.

4         Q    Can you just for the record state

5    that in feet how high you think the stage is

6    from the floor?

7         A    I didn't measure but maybe four, a

8    little bit less.  I don't know.

9         Q    When you say four, you're talking

10   about four feet?

11        A    Yes, sir.

12        Q    You indicated yesterday that

13   initially, that you saw a woman on the floor

14   that you knew and you started to dance with

15   her.  Is that correct?

16        A    I didn't know her, no.

17        Q    Oh, you did not know her.

18        A    No.

19        Q    As of today do you know who she

20   was?

21        A    No.

22        Q    Have you made any attempts to find

1    out who she was?

2         A    No.

3         Q    And then I believe you testified

4    that she then climbed on the stage at some

5    point.  Is that correct?

6         A    Yes, sir.

7         Q    And then you climbed on the stage?

8         A    Yes, sir.

9         Q    And you continued to dance with

10   the same woman?

11        A    Yes, sir.

12        Q    How long were you on the stage

13   before anybody asked you to leave the stage?

14        A    Around ten or fifteen minutes.

15   But nobody told me to leave the stage.

16        Q    What caused you to start to walk

17   down the stairs?

18        A    I decided to leave on my own.

19        Q    Now, once you were grabbed from

20   behind, did you hear anybody identify

21   themselves as a police officer?

22        A    No, sir.

Page 338

1    still working the chain at the bottom of the

2    stairs leading to the stage, and Mazloum

3    paused on the first or second step down the

4    stairs to let people entering the stage pass

5    him."

6              Sir, did you give this information

7    to the FBI?

8         A    I think so.

9         Q    The report continues.  "While he

10   waited on the first or second stair from the

11   top, Mazloum was grabbed from behind in a bear

12   hug and Mazloum did not know the identity of

13   the person holding him."

14             Sir, did you give this information

15   to the FBI?

16        A    Yes.

17        Q    Sir, the report continues.

18   "Mazloum began twisting to free himself from

19   the hold and saw that it was Security 1 who

20   was restraining him."

21             Sir, did you give this information

22   to the FBI?

Page 368

1              (Recessed at 3:47 p.m.)

2              VIDEOGRAPHER:  We're back on the

3     record at 3:02 p.m.)

4              BY MR. FITZSIMMONS:

5         Q     Sir, the report continues.

6     "Mazloum was dragged up the stairs through the

7     tunnel and out the front of the club."

8              Sir, did you give that information

9     to the FBI?

10        A     Not exactly.

11        Q     How is that statement incorrect?

12        A     When you say that they dragged me

13    up the stairs and the hallway and all the way

14    outside --

15        Q     That's incorrect?

16        A     That's incorrect.

17        Q     Okay.  What was correct about how

18    you got out of the club?

19             MR. CORCORAN:  Objection; asked

20    and answered.

21             THE WITNESS:  They hold me with my

22    two arms, they dragged me on the steps, and

1      then I walk outside.

2                  BY MR. FITZSIMMONS:

3          Q      Okay.  When you got out the front

4      door of the FUR Night Club, there were steps

5      that led down to the sidewalk.  Is that

6      correct?

7          A      I think so.

8          Q      The men still had you by each arm

9      at that point?

10         A      I think so.

11         Q      But all three of you were walking?

12         A      Yes, sir.

13         Q      And you walked down the stairs

14     with the three men?

15         A      Yes, sir.

16         Q      While you were on the stairs, was

17     anybody -- excuse me.  Strike that.  While you

18     were on those -- strike that.

19                From the time that you exited

20     FUR's main front door to the time that you got

21     to the sidewalk in front of that front door,

22     was anyone hitting you?

1          MR. CORCORAN:  Objection; asked

2     and answered yesterday.

3          THE WITNESS:  No, sir.

4          BY MR. FITZSIMMONS:

5     Q     At that same period of time was

6     anyone assaulting you other than in the sense

7     that they had you by the arms and were leading

8     you?

9     A     No, sir.

10    Q     The February 23, 2006 FBI report

11    continues.  "When uniformed MPD officers

12    arrived, Mazloum overheard Security 1 telling

13    the police that his hand had been injured in

14    the struggle."

15          Sir, did you give that information

16    to the FBI?

17    A     I don't remember.

18    Q     Is it possible you gave it to

19    them?

20    A     I don't remember.

21    Q     Do you have any reason to believe

22    when they write in their report "Mazloum