# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM :
:
Plaintiff :
:
vs. : Civil Action No.
: 1:06:CV 00002
: (JDB)
DISTRICT OF COLUMBIA, :
et al. :
:
Defendants :

Washington, D.C.
Tuesday, August 8, 2006

Videotaped Deposition of:

ANTHONY RAMIREZ

called for oral examination by counsel for Plaintiff, pursuant to notice, at the offices of Katten Muchin Rosenman, LLP, 1025 Thomas Jefferson Street, N.W., East Lobby, Suite 700, Washington, D.C. 20007-5201, before Renee A. Feder, CSR, a Notary Public in and for the District of Columbia, beginning at 9:30 a.m., when were present on behalf of the respective parties:

A. Not until mid August.

Q. On the night you went to FUR Nightclub, the night of the incident, were you aware that you had criminal charges pending against you?

A. No.

Q. You had testified that you spoke, albeit very briefly, with your wife on the phone that day with respect to the children. Is that correct?

A. That is correct.

Q. At any time during that conversation did she tell you that she was going to file a criminal complaint against you?

A. No.

Q. When you spoke to her, did she sound upset to you about any events that may have happened over the past few days?

A. No.

Q. Again skipping subjects, you had testified that when you first observed

Mr. Mazloum you noted that his face was bloody?

A. In the nightclub?

Q. In the nightclub.

A. Yes.

Q. Did you see how his face became bloody?

A. No.

Q. Further jumping around, when the squad car arrived at the scene, so now we are outside of FUR nightclub, Mr. Mazloum is outside of FUR Nightclub in handcuffs, the squad car arrived and you testified it was Lt. Allman who had arrived on the scene?

A. Correct.

Q. Can you recall how soon after Lt. Allman arrived that you went back inside FUR nightclub?

A. It would have been minutes.

Q. Minutes?

A. Literally, five minutes.

Q. When you went back inside FUR