# EXHIBIT 3

```
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF COLUMBIA
 2
 3
 3   EMILE MAZLOUM                    :
 4                                    :
 4                    Plaintiff      :
 5                                    :
 5       vs.                          :   Civil Action No.
 6                                    :   1:06:CV 00002
 6                                    :   (JDB)
 7   DISTRICT OF COLUMBIA,            :
 7      et al.                        :
 8                                    :
 8                    Defendants :
 9
 9                    Washington, D.C.
10                    Tuesday, February 27, 2007
10
11   Deposition of:
11
12        NIGHT and DAY MANAGEMENT, LLC
12          DESIGNATED REPRESENTATIVE
13                    DAVID McLEOD
14   called for oral examination by counsel for
15   Plaintiff, pursuant to notice, at the offices
16   of Katten Muchin Rosenman, LLP, 1025 Thomas
17   Jefferson Street, N.W., East Lobby, Suite 700,
18   Washington, D.C. 20007-5201, before Renee A.
19   Feder, CSR, a Notary Public in and for the
20   District of Columbia, beginning at 1:47 p.m.,
21   when were present on behalf of the respective
22   parties:
```

Page 72

1    the same conversation?

2         A.    I am trying to think if both of

3    them were together.  They could have been

4    together.  I can't recall.

5         Q.    What was the system for

6    preservation of what was caught in the

7    cameras, if you wanted to preserve something?

8         A.    If I wanted to preserve something?

9         Q.    Yes.

10        A.    I could burn it.

11        Q.    How would you do that?

12        A.    It is a computer -- it is

13   computerized.  The same way you want to

14   download a file, I download what I need to

15   burn.

16        Q.    If you didn't download and burn

17   something, what would happen?

18        A.    It falls off.

19        Q.    It falls off?

20        A.    Meaning it disappears.  It just

21   erases within three days.

22        Q.    Does everyone know that -- well,

Page 160

1          Q.    Did Mr. Fiorito ask you to look at

2    the tape?

3          A.    They both was there.

4          Q.    They both was there.  When did

5    they ask you to review the tape?

6          A.    The next day.

7          Q.    And when did you actually review

8    the tape?

9          A.    Saturday.

10          Q.    What did you see when you reviewed

11    the tape?

12          A.    I seen the patron coming out, four

13    guys around him, walking down the steps.

14          Q.    Did you see this group from any

15    other vantage?

16          A.    You also see them walking out of

17    the club from the camera that is pointed

18    directly toward the front door.

19          Q.    Who did you see exactly in this

20    tape?

21          A.    Well, I saw the Spanish cop, I saw

22    the -- it is the Spanish cop.  There is

Page 161

1    Modlin.  It a white cop that I don't know.

2    And it is another cop, a black cop, a black

3    cop that I don't know.  I guess that is

4    Phillips.  I assume, I don't know.  And your

5    patron, the patron is in the middle of these

6    four cops.

7        Q.    How long in hours or minutes or

8    seconds did these people appear on the OC

9    camera screen?

10       A.    Second.  Seconds.

11       Q.    How many seconds?

12       A.    I am going to say maybe 30

13   seconds, if that is the most, walking.  You

14   see them walking, and walking down.

15       Q.    You are talking about both

16   cameras, you see them for 30 seconds?

17       A.    Yes, both cameras.  You see them

18   walk out and walk down.

19       Q.    You say walked out.  Did you see

20   Mr. Mazloum getting dragged out?

21       A.    No.  He walked out on his own

22   recognizance.

Page 162

1        Q.    You can tell that from looking at

2    the tape?

3        A.    Yes.  You can tell that by looking

4    at the tape.  You can see him walking out with

5    four guys around him.  He gets to the steps.

6    You can see him walking down the steps with

7    four guys around him.

8        Q.    Did you make any kind of report to

9    Mr. Fiorito about what you looked at after you

10   looked at this tape?

11       A.    I let him know he walked out.

12   That is the only report I can give him.

13       Q.    Did you report to him that you saw

14   cops beating Mr. Mazloum as he was walking

15   down the stairs?

16       A.    No, I never saw that.

17       Q.    Other than these guys walking down

18   the stairs, was there anything happening?

19       A.    No, they walked him out.

20       Q.    By what means did you review this

21   tape for this purpose?  How did you do it?

22       A.    What do you mean?  Well, you

Page 164

1    Q.    You mean into the monitors?

2    A.    Into the monitors.

3    Q.    What kind of code?

4    A.    It is a four digit pin code.

5    Q.    Who has the four digit pin code at

6    FUR?

7    A.    Myself and Diego.

8    Q.    Does Michael Rehman have it?

9    A.    No.

10    Q.    Does John Fiorito have it?

11    A.    No.

12    Q.    Does anyone else have it besides

13    you and Diego?

14    A.    No, Diego and myself.

15    Q.    Did you ever tell it to anybody

16    else?

17    A.    No.

18    Q.    Did Michael Rehman ever ask you to

19    destroy any footage of what happened that

20    night?

21    A.    No.  You can't destroy it anyway.

22    But no.

Page 165

1          Q.    Did John Fiorito ever ask you to

2     destroy any footage from that night?

3          A.    No.

4          Q.    Did anyone ever ask you to destroy

5     any footage from that night?

6          A.    No.

7          Q.    Did you ever report to anybody

8     that you had seen something on the tape that

9     suggested to you that it needed to be saved as

10    evidence?

11         A.    No.

12              MR. FITZSIMMONS:   I have no

13    further questions.

14   EXAMINATION BY COUNSEL FOR DEFENDANTS ACOSTA AND

15                      SMITH

16              BY MR. SCHIFFERLE

17         Q.    Mr. McLeod, my name is Carl

18    Schifferle.  I am the attorney who is

19    representing two officers, Officer Acosta and

20    Officer Smith.

21              It is my understanding that you

22    know Officer Jose Acosta?