# EXHIBIT 5

Page 1

1              UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF COLUMBIA
2
3
3    EMILE MAZLOUM                    :
4                                     :
4                   Plaintiff   :
5                                     :
5       vs.                       :    Civil Action No.
6                                 :    1:06:CV 00002
6    DISTRICT OF COLUMBIA,        :    (JDB)
7       et al.                    :
7                                 :
8                   Defendants :
8
9                       Washington, D.C.
9                       February 26, 2007
10
10
11   Deposition of:
12               IMAD ALKADI,
13   called for oral examination by counsel for
14   Plaintiff, pursuant to notice, at the Offices
15   of the Attorney General, 441 4th Street, N.W,
16   6th Floor South, Washington, D.C., before
17   Lynell C.S. Abbott, a Notary Public in and for
18   the District of Columbia, beginning at 9:28
19   a.m., when were present on behalf of the
20   respective parties:
21
22

Page 182

1    Emile more than I do.  And he knows Marwan

2    more because they're related kind of.  So my

3    brother was like "Just take him to the police

4    station so we can file a report there so they

5    can see what happened, because he got hit by

6    the cops.  He shouldn't be getting hit by the

7    cops like that."

8          Q      So you called your brother and he

9    came to the hospital.

10         A      He came to the hospital.  Then we

11   all went to D.C.

12         Q      In which car?

13         A      We went in -- oh, my God.  What

14   car was it.  I think it was Marwan's car.

15         Q      Marwan drove?

16         A      Yes.

17         Q      So all four of you went to the

18   D.C.  Police station.

19         A      Yes.

20         Q      Where was the D.C. police station

21   located?

22         A      Well, we went all over.  First, we

1    went to the FBI police.  It was here in this

2    area.  I think it was Division 1.  Is that

3    what it is called?  I don't know what it is

4    called.

5         Q     The FBI?

6         A     No, the police -- oh.  District 1,

7    I think.  I think that's what it's called.  We

8    went all over.  Every time we go to one, they

9    sent us somewhere else.  First, we went to the

10   FBI thing.  It was wrong.  "Oh, you have to go

11   to" -- I'm sorry.  We went to the Capitol

12   police and they sent us somewhere else.  And

13   then we were across for like two hours.

14   Finally we found, I don't know if it's

15   District 1 or District 3.  We walked inside.

16   That's where I saw Ramirez walking out.

17        Q     Where was the station located?  Do

18   you remember the name of the road, the street?

19        A     It was in this area here somewhere

20   where I came, I remember.  It was -- I don't

21   remember.  I'm not good with police stations.

22   It was here somewhere.  We walked in and right

1    you left.

2          A      Yes.

3          Q      And you went back to Dream?

4          A      Uh-huh.

5          Q      Was that the last time you were at

6    FUR?

7          A      Yes, because I was going to tell

8    you what they told me.  Should I?

9          Q      Okay.

10         A      When I was there he was telling

11   me, he was like, "You know you're not going to

12   be able to come here anymore."  I was like,

13   "Honestly, I don't really care."  I was like,

14   "I'm here to have fun.  I'm not here for the

15   money," because they were paying me like 75,

16   Masoud was giving me like $75, sometimes $80.

17   It depends on people I bring in from the

18   promotion.

19              I told him, you know, like, "I

20   don't really care about this whole FUR thing.

21   I'm here for fun, just to have fun and just

22   like extra cash on the side.  I'm an Arabic

1   singer.  I can sing in concerts.  I can make

2   like $5,000, $6,000 every concert.  I don't

3   really care about this whole job.  I'm here

4   just to have fun."

5           And he was like, "You're not able

6   to come here anymore until the case is over,"

7   just like that.  I was like, "Well, you know

8   what?  That's fine then."  And I was about to

9   walk out.  Then Mike Romeo, he come in.  He

10  was like, "Listen, man.  Don't worry about

11  this guy.  I'm really sorry.  Give me your

12  phone number.  I'm going to call you.  We're

13  going to talk, me and you."  I gave him my

14  phone number; never heard from anybody.

15      Q    So you left there that might and

16  you went back to the Dream Night Club.

17      A    Yes.

18      Q    After that night, when was the

19  next time you spoke to Emile?

20      A    I actually spoke to him the next

21  day.

22      Q    That was the day after you went to

Page 335

1    time.  So I mean I would know.

2        Q      On occasions that evening when Mr.

3    Mazloum made his way on to the stage, do you

4    know by what means he got onto the stage?

5        A      I don't understand.  What do you

6    mean by that?

7        Q      Well, there were stairs to the

8    stage.  Right?

9        A      Yes.

10       Q      Did he go up the stairs to get

11   onto the stage on the occasions that he went

12   onto the stage?

13       A      Every time I saw him he was going

14   up the stairs.

15       Q      How many -- I'm sorry.  Go ahead

16   if you're not finished.

17       A      I was going to ask you that.  I

18   saw him twice, like I said earlier.  I saw him

19   twice going up.  I mean the first time he went

20   there and the second, I mean he went inside,

21   came out from the stairs, and the second time

22   the same thing.

Page 336

1          Q      Were you at the bottom of the

2     stairs at the chain when that was occurring?

3          A      No.  I was on the top.  Marwan was

4     in the bottom.  Like I was saying, I was

5     communicating with Marwan; like the whole time

6     we were communicating.  Like, if I see

7     somebody who is, you know, good looking, I'm

8     like, "Yeah, go ahead.  Let them in."

9     Basically Marwan's job was to just open the

10    rope and close it.  I'm the one who is making

11    the calls.

12         Q      Did you make the calls to let Mr.

13    Mazloum up?

14         A      No, because Marwan knows him.  I

15    didn't have to make the call.  He just let him

16    up.

17         Q      Did you see Marwan raise the chain

18    to let Mr. Mazloum up?

19         A      Yeah.

20         Q      How many times?

21         A      Twice.

22         Q      Do you know what approximate

Page 337

1    times?

2         A      The first time he got in and then

3    he left.  Then he came back in like 30 minutes

4    and got back on again.  So it was like he

5    maybe -- I mean he went inside the first time.

6    He, you know, was roaming and maybe he didn't

7    find anybody, he didn't find any girl that he

8    likes or whatever.  He went and roamed in the

9    club and came back again to the stage.  That's

10   what I'm guessing.

11        Q      You were on the stage this entire

12   time.

13        A      Yep.

14        Q      From what time did you start your

15   post on the stage?

16        A      Like 10:30.

17        Q      And from 10:30 until this incident

18   you were there the whole time?

19        A      Mmm-hmm.  We're supposed to be

20   there.

21        Q      I understand.  Well, strike that.

22   You were supposed to be there, but your

Page 341

1              I don't know what happened.  I

2    don't know what happened there.  But, you

3    know, me and Mike, we work together.  I mean

4    he's my friend.  I mean we work there.  So I

5    know if something happen, you know, if

6    whoever, if it's my brother and he's making a

7    problem, I'm going to have to take him out.

8    And he said, "This guy's got to go."  So I

9    will take him out.

10        Q      The first time you noticed Michael

11    Persons and Emile Mazloum together on the

12    stage, was there any distance separating them?

13        A      Like five, six inches because, you

14    know, he was behind him.

15        Q      They were touching at that point.

16        A      Mmm-hmm.

17        Q      So the first time you saw them

18    together, they were already physically engaged

19    with each other?

20        A      That is correct.

21        Q      So you didn't see anything that

22    happened before they were physically engaged

1    with each other.

2         A      That is correct.

3         Q      And your testimony is that that

4    occurred on the stage rather than on the

5    steps?

6         A      That is correct, on the stage.

7         Q      Did you hear any talking between

8    Mr. Persons and Mr. Mazloum?

9         A      No.

10        Q      Did you hear any yelling between

11   them?

12        A      No.

13        Q      Did you hear any cussing between

14   them?

15        A      No.

16        Q      Did you ever see Mr. Mazloum

17   taking a swing at Mr. Persons?

18        A      Oh, no.

19        Q      Did you ever see Mr. Persons

20   taking a swing at Mr. Mazloum?

21        A      No.

22        Q      Did you ever see Mr. Mazloum

1    flailing his arms at Mr. Persons?

2         A     No.   The only thing I saw, I don't

3    think Emile knew who grabbed him from the

4    back, because Emile was just lost, because

5    Mike grabbed him from his neck.   He just came

6    from behind him and grabbed him.   And Emile

7    was just going crazy with his hands, like, you

8    know, "Wait, wait," you know.   If somebody

9    grabs you from behind you'll freak out, like

10   who is grabbing you, and just try and take him

11   out.

12        Q     Isn't that just speculation on

13   your part?

14             MR. CYNAMON:   Objection.

15             MR. FITZSIMMONS:   You can answer.

16             MR. CYNAMON:   I know he can, but

17   I'm objecting.

18             THE WITNESS:   I mean I saw that --

19   that's the thing.   I don't know what happened.

20   I don't know what happened.   I mean I don't

21   know why until now.   It's funny.   I don't know

22   why Mike tried to take out Emile, I don't know

1    why.  I don't know what was the reason.

2              BY MR. FITZSIMMONS:

3        Q    Okay.

4        A    I don't know.  Maybe he didn't

5    like the guy.  Maybe the guy was just too ugly

6    for him to be there.  I don't know why he take

7    him out.  Maybe the guy, he talked to some

8    girl that Mike likes.  Maybe Emile grabbed

9    some girl's butt.  I have no idea what

10   happened.  All I saw that Mike was trying to

11   take Emile out.  But he took him, you know,

12   like in the wrong way, and Emile was just

13   freaking out.  I didn't see any fighting.  I

14   didn't see them throwing punches, nothing,

15   none of that stuff.

16       Q    Well, you don't know whether they

17   talked at all before that incident, do you?

18       A    Yeah, I don't.  That's what I'm

19   saying, I don't know.

20       Q    You don't know whether Mike

21   escorted him out two times before that, do

22   you?

1    Rehman that Mr. Fiorito wasn't talking to you

2    nicely?

3         A    Yes.

4         Q    Did Mr. Rehman ever tell you that

5    "John is very direct and you may not like what

6    he's saying but he's correct"?

7         A    No.

8         Q    Did he say any part of that?

9         A    He didn't say that.  He was like,

10   "Don't worry about what he's saying."  He was

11   basically saying, "Don't worry about him.

12   I'll call you and we'll talk about it."

13        Q    Did John Fiorito ever tell you

14   that you'd better be prepared to follow

15   through with what you told law enforcement

16   because if they found out you were lying you

17   could possibly be charged with making false

18   statements?

19        A    He actually told me that my friend

20   will, not me.  He said, "Your friend, he will

21   be, you know, sued for giving false

22   information," not to me, but my friend.