# EXHIBIT 6

```
 1           UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF COLUMBIA
 2
 3
 3   EMILE MAZLOUM                  :
 4                                  :
 4                 Plaintiff        :
 5                                  :
 5       vs.                        :  Civil Action No.
 6                                  :  1:06:CV 00002
 6   DISTRICT OF COLUMBIA,          :  (JDB)
 7     et al.                       :
 7                                  :
 8                 Defendants       :
 8
 9                     Washington, D.C.
 9                     October 25, 2006
10
10   Deposition of:
11
11              JOHN FIORITO,
12
13   called for oral examination by counsel for
14   Plaintiff, pursuant to notice, at the offices
15   of Katten Muchin Rosenman, LLP, 1025 Thomas
16   Jefferson Street, N.W., East Lobby, Suite 700,
17   Washington, D.C., before Zev V. Feder, CSR, a
18   Notary Public in and for the District of
19   Columbia, beginning at 9:41 a.m., when were
20   present on behalf of the respective parties:
21
22
```

1       A.      No.

2               (Discussion off the record.)

3               BY MR. KAPLAN:

4       Q.      What happened the next day?

5       A.      Around 6:00 o'clock at night, my

6    cell phone rang.  And it was Officer Ramirez

7    calling me telling me that Mr. Mazloum and two

8    of his friends were at the First District

9    police station filing a complaint against him.

10   And I said, "Okay.  So why are you calling

11   me?"

12              He said, "Well, there are two guys

13   here saying they are with FUR Security."

14              I said, "Well, I don't know

15   anything about this.  I will call Dave.  I

16   will look into it for you and get back to

17   you."

18              I called Dave.  He said he had no

19   knowledge of this.

20              I contacted Ramirez back.  I said,

21   "I don't have any knowledge of FUR employees

22   down there with them."

1          Ramirez described one of them to

2    him.  I said, "Well, maybe that's his friend."

3          He said, "Well, they are in here

4    making allegations."

5        Q.    What was the description he gave

6    you?

7        A.    Short, stocky guy.  He described

8    him as the guy that I always saw wearing

9    certain glasses and a jacket at night at FUR

10   when I saw him.  So I figured, I kind of

11   figured out who it was.

12       Q.    He said short, stocky, wearing

13   glasses?

14       A.    Yes, that wore glasses at night.

15   Sunglasses at night.

16       Q.    And a jacket?

17       A.    Yes.  Always dressed nicely.  I

18   said, "I think I know who you are talking

19   about."

20       Q.    Did he say he was wearing glasses

21   at the police station?

22       A.    No.

1      Q.      Anyone else?

2      A.      That's it.

3      Q.      How long did the meeting last?

4      A.      Ten, 15 minutes.

5      Q.      Just the three of you?  You,

6   Michael and Mr. Alkadi.  Is that right?

7      A.      That's what I said.

8      Q.      Tell me everything that you recall

9   that was said by each of you during that

10  conversation.

11     A.      We sat down and Michael let me

12  lead the question with the questions.  And I

13  asked him what was going on, why was he down

14  at the metropolitan police station

15  representing himself as a FUR employee.  And

16  can you please fill us in on what is going on,

17  because, as I said, we have already initiated

18  a call to have this incident investigated.

19          So, he said that the officers hit

20  his friend.  And I said, "Well, can you tell

21  me when this occurred?  Because I was with you

22  outside.  When did this happen?  Did this

1   happen when I wasn't around, at the stage, or

2   when did this go down?"  And he said,

3   "Outside, when he was in handcuffs."

4           I said, "Okay, when did he hit

5   your friend?"  I said, "I never saw that."  I

6   said, "You were out there less time than I

7   was."

8           And he said, "He knocked him right

9   in front of you."

10          I said, "What do you mean by

11  knocking?"  I said to him -- "They slammed him

12  down on the ground."

13          I said, "Okay, I think you are

14  misunderstanding striking somebody and

15  physically assaulting them from controlling

16  somebody who is out of control and being

17  violent.  You can still hurt someone with your

18  feet.  You can headbutt someone."

19          And I tried to explain to him

20  that, "Yes, I saw your friend get dropped down

21  on the ground.  And he went backwards and he

22  hit the ground hard.  But that is a difference

Page 127

1    from intentionally assaulting somebody and

2    controlling the suspect's violent behavior,

3    whether they are in handcuffs or not."

4                He disagreed with me.  At that

5    point he started turning to Mike and saying,

6    "You are nice.  He is mean.  I don't want to

7    talk to him.  He is covering up for these

8    cops."

9                And I looked at him and I said,

10   "Nobody is covering up for these cops."

11               He then -- in my statement, I

12   didn't bother to put in the fact that he

13   mumbled off about an irrelevant comment such

14   as that he is a singer, he worked three jobs,

15   because I felt it had no part of what we were

16   looking into or the incident that we were

17   going to start looking into the facts.

18               I told him, I said, "You know, you

19   better have your story straight when you are

20   with the police and telling people things,

21   because all the lies are going to come out at

22   the end if you got to start making things up."

Page 128

1          He said, "I'm not."  He said, "He

2    hit my friend."

3          And I said, "Okay."

4          He then went on about how he was

5    at the police station and I said, "Well, what

6    happened on the stage?  What caused all this

7    to lead up to this?"

8          He said, "My friend tried to get

9    up there.  He was a little bit out of

10   control."

11         I said, "Well, what did you do

12   about it?"

13         He said, "I even grabbed my friend

14   in a choke hold and dropped him to the ground,

15   myself."

16         I said, "Did you tell Lieutenant

17   Taylor that?"

18         He said, "Yes, I did."

19         I said, "How do you know some of

20   the injuries to your friend didn't get

21   obtained from you dropping him to the ground?"

22         He said, "I don't."

Page 129

```
 1              I said, "Listen."  I said, "I

 2    think this is just an incident that didn't get

 3    handled properly."  I said, "I'm not

 4    disagreeing with you at the end result of what

 5    happened out front once Smith and Acosta

 6    arrived, but there is a proper way to go about

 7    getting an internal investigation done."

 8              He continued to storm out and told

 9    Michael he was nice, trying to change the

10    topic.  He continued to avoid any further

11    questioning from me.

12              At that point I told him he was an

13    idiot.  I told him that his perception of the

14    facts are wrong.  I said, "Obviously, you

15    don't know anything about use of force, or

16    proper police procedures, or any type of

17    self-defense."  I told him, "Have a good

18    night."  I told him, "Don't come back here

19    anymore until this is resolved."  I said, "We

20    can't have you discussing this with anybody

21    else."

22              That was the end of it.  Then I
```

Page 130

1    documented a written statement, a short

2    synopsis of what happened in that.

3         Q.    Have you completed your answer?

4         A.    Yes.

5         Q.    Have you now told us everything

6    that was said between you and Mr. Alkadi and

7    Mr. Rehman in that conversation?

8         A.    Yes.

9         Q.    Was there any mention at all of

10   the video cameras, the video security system?

11        A.    No.

12        Q.    Did you ever see Mr. Alkadi after

13   that?

14        A.    No, that was it.

15        Q.    Did you have any conversation with

16   anyone after Mr. Alkadi left?

17        A.    No.

18        Q.    Did you have conversation with

19   Masoud?

20        A.    No.

21        Q.    Mr. Ramirez?

22        A.    No.