# EXHIBIT 7

```
                                                          Page 1
 1          UNITED STATES DISTRICT COURT
 2         FOR THE DISTRICT OF COLUMBIA
 2
 3
 3   EMILE MAZLOUM                :
 4                                :
 4             Plaintiff          :
 5                                :
 5      vs.                       :  Civil Action No.
 6                                :  1:06:CV 00002
 6                                :  (JDB)
 7   DISTRICT OF COLUMBIA,        :
 7      et al.                    :
 8                                :
 8             Defendants         :
 9
 9                       Washington, D.C.
10                       Tuesday, October 3, 2006
10
11   Deposition of:
11
12          THADDEUS M. MODLIN, JR.
13   called for oral examination by counsel for
14   Plaintiff, pursuant to notice, at the offices
15   of Katten Muchin Rosenman, LLP, 1025 Thomas
16   Jefferson Street, N.W., East Lobby, Suite 700,
17   Washington, D.C. 20007-5201, before Renee A.
18   Feder, CSR, a Notary Public in and for the
19   District of Columbia, beginning at 9:40 a.m.,
20   when were present on behalf of the respective
21   parties:
22
```

1   through the crowd.

2       Q.      Holding your drink, you had to
3   protect it?

4       A.      Sort of.  Typical.  Typical
5   nightclub drink juggling.

6       Q.      You got back on the stage.  You
7   found Officer Phillips?

8       A.      Yes.

9       Q.      And then what happened next?

10      A.      Me and Phillips just sat there and
11  were checking out the women in the club.  And
12  just talked to each other.  And at that time
13  out of my peripheral vision I saw one of the
14  bouncers and I guess the plaintiff having a
15  verbal altercation.  At that time I really
16  wasn't even paying attention to it.  You know,
17  that is their job.  They are bouncers.  That
18  is what they do.

19      Q.      That wasn't why you were at the
20  nightclub that night?

21      A.      No.  No.

22      Q.      And this is, the person who was

Page 95

1  having the altercation, this is the individual
2  you identified as Michael?
3        A.    Yes.
4        Q.    And he was on the stage?
5        A.    Yes.
6        Q.    And you just saw them talking?
7        A.    It looked like they were having --
8  a lot of hand gestures and a lot of -- it
9  looked like yelling.  At that point I just
10 went back talking to Phillips and never paid
11 attention again until it got into actual
12 fighting.
13       Q.    They weren't fighting at that
14 time?
15       A.    No, sir.
16       Q.    And you didn't see any reason to
17 involve yourself in it?
18       A.    No, sir.
19             MR. CORCORAN:  Let's take about
20 five minutes.
21             MS. PHILLIPS:  Do you want to take
22 it at 11:00 o'clock?

Page 96

1                (Discussion off the record.)
2                BY MR. CORCORAN
3        Q.      So you didn't see any reason to
4    get involved in their discussion?
5        A.      No, not at that time.
6        Q.      And there was no physical
7    involvement in their discussion, they were
8    just --
9        A.      It was, like I said, a lot of hand
10   gestures and things at that time.  So I didn't
11   deem it necessary for me to interlope into
12   their conversation.
13       Q.      If you recall, how much time
14   passed from when you first saw them having a
15   discussion and then when you saw the
16   altercation at issue in this lawsuit?
17       A.      Roughly, a minute, two minutes.
18       Q.      What did you first see?
19       A.      Well, actually, at first I didn't
20   see anything.  I felt a female, like, fall
21   into me and almost fall off of the stage.  And
22   at that time I looked over and I saw both of

1    them involved in a physical altercation.  And
2    then two more individuals jumped on to the
3    bouncer.  And at that time I saw him fall
4    backwards.  And then that is when the feet and
5    hands started coming into play and it became a
6    felony.  So I had no choice but to get
7    involved.  And I tapped Officer Phillips and
8    told him to hold my drink.  He looked at me as
9    if I was silly because he is police also.  So
10   we both sat our drinks down and went over and
11   attempted to break the fight up and grab the
12   most aggressive person at that time.
13        Q.    Why did he look at you silly?
14   What do you mean?
15        A.    Because, I mean, he is a police
16   officer.  He is not going to sit there and
17   watch me try to break up a fight without him
18   getting involved also.
19        Q.    He was sort of thinking you are
20   being dumb, let me help you?
21        A.    Yes.  Yes.
22        Q.    Now, you said you saw the bouncer

Page 98

1  fall?

2     A.   Yes.  He fell back on to his hand
3  like this, (Indicating.)  At which time I saw
4  the plaintiff and his other friends continue
5  to throw punches and start to kick him.

6     Q.   Did he fall on the stage?

7     A.   Yes.

8     Q.   This is all on top of the stage?

9     A.   Yes, this is all on the stage.

10    Q.   And did people clear away?

11    A.   As I said, an Asian female almost
12 fell off of the stage.  And I guess people
13 started to make way as they saw a fistfight
14 occurring.

15    Q.   And you said that you saw the
16 plaintiff doing something to the bouncer.
17 What did you see him do?

18    A.   I saw him throwing punches and
19 kicks.

20    Q.   Did any of these connect?

21    A.   Yes.

22    Q.   Where were they connecting on the

1  bouncer?

2      A.    I saw one punch hit his face.  And
3  I saw, when he fall backwards, I saw him kick
4  in the, like, shin area.

5      Q.    You said there were two other
6  individuals involved?

7      A.    Yes.

8      Q.    Had you seen them before that
9  night?

10     A.    No, sir.

11     Q.    What did they look like?  Who were
12 they?

13     A.    They both looked like -- well, all
14 three of them looked like they were from the
15 Middle East descent.  But I had never seen
16 them before.

17     Q.    What were they doing?

18     A.    They were participating in the
19 assault.

20     Q.    How?

21     A.    Punches and kicks.

22     Q.    And they were connecting as well?

```
1      A.    Yes.

2      Q.    And what was the bouncer doing?
3  Trying to defend himself?

4      A.    Yes.

5      Q.    And this is all on the stage?

6      A.    Yes, it is.

7      Q.    Did you see the bouncer hit
8  anybody in response?

9      A.    I saw the bouncer connect with the
10 plaintiff, like, maybe once or twice, before
11 he fell backwards.  And after that, when he
12 fell backwards, I guess he was at a
13 disadvantage and that is when we interceded.
14 We intervened.

15     Q.    Did you see the bouncer hit any of
16 the other guys that were involved in this
17 fight, according to you?

18     A.    I don't remember.

19     Q.    Did Officer Phillips also see, if
20 you know, did he also see the other two
21 individuals hit the bouncer?

22     A.    I don't know.
```