# EXHIBIT 8

Page 1

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

2

3

3   EMILE MAZLOUM                    :

4                                    :

4                      Plaintiff     :

5                                    :

5      vs.                           :   Civil Action No.

6                                    :   1:06:CV 00002

6   DISTRICT OF COLUMBIA,            :   (JDB)

7      et al.                        :

7                                    :

8                      Defendants :

8

9                      Washington, D.C.

9                      November 17, 2006

10

10

11  Deposition of:

12          MICHAEL ANDRE PERSONS, JR.,

13  called for oral examination by counsel for

14  Plaintiff, pursuant to notice, at the offices

15  of Katten Muchin Rosenman, LLP, 1025 Thomas

16  Jefferson Street, N.W., East Lobby, Suite 700,

17  Washington, D.C., before Lynell C.S. Abbott, a

18  Notary Public in and for the District of

19  Columbia, beginning at 9:42 a.m., when were

20  present on behalf of the respective parties:

21

22

1    he was the only guy and there was a bunch of

2    girls on stage.  It would not be hard to miss

3    him in a bunch of girls.

4        Q    About what time was this?

5        A    About 11:30.

6        Q    Did there come a time sometime

7    later on when Mr. Mazloum was ejected from the

8    club?

9        A    Yeah.  Probably like -- 11:30.

10   Yeah, probably two hours later.

11       Q    I'd like you to tell me everything

12   that you recall, everything you saw,

13   everything you heard, everything you did from

14   the time you first became aware of Mr. Mazloum

15   on the stage until the time he was ejected.

16            MR. FITZSIMMONS:  Objection; calls

17   for a huge narrative answer.

18            BY MR. KAPLAN:

19       Q    You can answer.

20       A    All right.  11:30, I had already

21   had allowed girls to be on the stage.  The

22   rule was only females were permitted on stage.

1    That wasn't just that night.  That was every

2    night.  About 11:30, maybe 11:35, I looked

3    over at the girls and I noticed that there was

4    a gentleman that looked just like this

5    gentleman here that was on stage.

6              So I roped off the steps.  I went

7    over to him.  I said, "Sir, you're not

8    supposed to be up here.  It's only for girls."

9    He made a little nasty comment.  I said, "You

10   got to get off the stage."  After that, maybe

11   about 20, 30 minutes later, I let more girls

12   on stage.  Somehow Mr. Mazloum or however he

13   pronounce his name, he was on the stage again.

14   So I went over to him.

15             But by this time I had let some

16   males on the stage.  They were off-duty police

17   officers.  I walked past them.  They saw I was

18   a little agitated.  They asked me was I all

19   right.  I said, "Yeah.  I'm just about to get

20   this guy off the stage that's not supposed to

21   be up here."

22             So I walked over to him.  He was

1    having a good little time dancing.  I said,

2    "Sir, I already asked you before to remove

3    yourself from the stage.  This will be your

4    last warning."  He basically was like -- may I

5    say it?

6              MR. FITZSIMMONS:  Go ahead.

7    Anything he said you get to say.

8              THE WITNESS:  He was basically

9    like "Fuck you," you know.  "You don't know

10   who you fucking with."  So I was like --

11   basically I just laughed to myself.  I'm like

12   this guy must think I'm fazed by his comments.

13   And as I began to assist him over to the

14   stairs, there were two of Masoud's employees

15   there.  I guess they recognized him.  I guess

16   they friends.

17              And, you know, he kind of shoved

18   me.  And I just laughed at him.  And they was

19   like they'll take care of it.  I was like,

20   "Just let him know he can't be on the stage."

21   So maybe like 40 minutes later, it may have

22   been an hour, you know, the club's main floor

1    was packed.  By this time there's definitely

2    people on the stage.  And once again,

3    Mr. Mazloum somehow climbs on the stage again.

4             So by this time I'm ready to eject

5    him from the club.  So I walked through a

6    crowd of people and I go over to him and I

7    said, "Sir, that's it.  This was your last

8    warning.  Now you got to leave."  He basically

9    started cussing, hooping and hollering and,

10   you know, of course with the loud music

11   playing there was no way for me to speak

12   softly to him.  So I had to yell it at him

13   because that's the only way he could hear me.

14            So as I got him towards the

15   stairway he gets to the bottom of the stairs

16   and stops.  So I'm like, you know, "Dude, keep

17   moving."  So he won't move.  And he turns

18   around and raises his hands at me.  And I'm

19   like, why we got to go through this tonight;

20   that's what I'm thinking to myself.

21            So I grabbed his hands.  And I'm

22   like, "Dude, calm down," you know.  And his