# EXHIBIT 9

Page 1

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

2

3

3   EMILE MAZLOUM                    :

4                                    :

4            Plaintiff   :

5                                    :

5      vs.                :   Civil Action No.

6                         :   1:06:CV 00002

6   DISTRICT OF COLUMBIA,   :   (JDB)

7     et al.              :

7                                    :

8            Defendants :

8

9                    Washington, D.C.

9                    February 12, 2007

10

10

11   Deposition via Interpreter of:

12                MARWAN ABI-AAD,

13   called for oral examination by counsel for

14   Plaintiff, pursuant to notice, at the offices

15   of the Attorney General, 441 4th Street, N.W.,

16   6th Floor South, Washington, D.C., before

17   Lynell C.S. Abbott, a Notary Public in and for

18   the District of Columbia, beginning at 10:26

19   a.m., when were present on behalf of the

20   respective parties:

21

22

Page 152

1    Mr. Persons was behind him?

2         A    It took him a second to go the

3    first step and the second step.  And by that

4    time this other person came and he was pushing

5    him down.

6         Q    So until Mr. Mazloum hit the

7    second step you didn't see Mr. Persons at that

8    point.

9         A    No, because I was looking at

10   Emile.  So I didn't see the other guy.

11        Q    Is your testimony that Mr. Persons

12   was essentially chasing Mr. Mazloum down the

13   stairs?

14        A    No, no.

15        Q    He was following him, though?

16        A    I don't know.  However, when he

17   hit the second stair this is when he put his

18   hands on his back and he was hurrying him up.

19        Q    You saw Mr. Persons touch

20   Mr. Mazloum for the first time when

21   Mr. Mazloum was on the second step on the way

22   down?

Page 153

```
1          A      Yes.

2          Q      And your testimony is that

3    Mr. Persons had never had any contact with him

4    up to that point.

5          A      I didn't see what happened.  I

6    hadn't seen him before.  All I saw when he

7    touched him when he was on the second step.

8          Q      We've got to try this again then.

9    You saw him touching him on the second step.

10   And your testimony is that before that point

11   of the second step touch, you had never seen

12   Mr. Persons having any physical contact with

13   Mr. Mazloum.

14         A      No, no.

15         Q      Do you know for a fact whether

16   Mr. Mazloum and Mr. Persons ever talked with

17   each other before you saw the two on the

18   stairs together that evening?

19         A      No.

20         Q      You don't know.

21         A      No.

22         Q      How long had you been working in
```

Page 154

1    nightclubs at that point?

2        A    Five to six months.

3        Q    Had you ever seen any security

4    people escort people out of the establishments

5    you were working in?

6        A    No.

7        Q    No?

8        A    No.

9        Q    Did it appear to you that

10   Mr. Persons was trying to escort Mr. Mazloum

11   out of the bar?

12       A    No.

13       Q    What would cause you to say no to

14   that question?

15       A    Because he did not create any

16   problems.  He wasn't into any fight.

17       Q    Well, with all due respect, you

18   hadn't seen him before.  Right?

19       A    Yeah.

20       Q    So you don't really know whether

21   he had started anything or not.

22       A    Well, no, I don't know.

Page 157

1    Mr. Mazloum is doing?

2        A    No.  But if he put his hand so I

3    can be able to see through his hands, and

4    that's when he looked back and that's why I

5    think it happened like.

6        Q    I'm sorry, you lost me on that

7    one.  Can you explain what you meant?

8        A    Okay.  You said Mr. --

9        Q    Persons.

10       A    -- Persons is a big guy.  He

11   wasn't between me and Emile.

12       Q    He was not?

13       A    Okay.  He was pushing him.  So I

14   don't know if you have been there.

15       Q    I have.

16       A    Okay.  If you try to remember the

17   stairs, you can go here from the first step

18   and you can step from this side, also.  So on

19   the second step he's not that low, Emile.  So

20   the guy he's pushing him but I am able to see

21   between his hands like he's not doing like

22   this and pushing him.  So he's pushing him.

Page 158

1    There is space between Emile and Mr. Persons.

2    And I was on the wall, I was on this side.  So

3    I am able to see what's going on.

4         Q    How did Mr. Persons use his arms

5    and his hands as far as you could see?

6         A    In the beginning it was like he

7    put his hands on his shoulders like.

8         Q    Did it appear to you that

9    Mr. Persons was trying to push Emile down the

10   stairs?

11        A    Not pushing-pushing.  To rush him,

12   like --

13        Q    Like he was trying to escort him

14   out of the bar?

15             MR. CYNAMON:  Objection.  Go

16   ahead.  You can answer.

17             THE WITNESS:  Out of the stage.

18             BY MR. FITZSIMMONS:

19        Q    Okay, all right.  Both of his

20   hands you say were up at his shoulders?

21        A    Yes.

22        Q    Are you sure one wasn't at his