UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06 CV 00002 |
| ) | (JDB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF RICARDO J. MORAN

Pursuant to 28 U.S.C. § 1746, Ricardo J. Moran declares as follows:

1. I am employed as an associate at Katten Muchin Rosenman, LLP, 1025 Thomas Jefferson Street, NW, Washington, D.C., 20002.

2. The attached image is a true still reproduction taken from the video footage Plaintiff's counsel took of the video surveillance system located in a video surveillance room at Fur Nightclub (hereinafter "FUR") on July 26, 2006 during Plaintiff's counsel's Rule 34(a)(2) inspection of FUR.

3.      The attached image shows the north side of 33 Patterson Street, NE opposite FUR—the side of the street where Mr. Mazloum was taken by Mr. Ramirez. An associate of the Katten Muchin Rosenman LLP firm, Kaveh Noorishad, appears in the attached image.

Dated: July 25, 2007

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Ricardo J. Moran

