## ALCOHOLIC BEVERAGE REGULATION ADMINISTRATION

### CASE REPORT



| Investigation Number #7463 | Date of Occurrence Friday March 24, 2006 | License Number #60626 | Application Number #50211 |
|---|---|---|---|
| Trade Name Fur Factory | | Owner/Licensee (List Sole Owner or Principal) Michael Romeo (Owner) | |
| Address 33 PATTERSON ST NE | | License Description Retailer CN 01 | Date of Complaint 2/27/2006 |
| Investigator Name Charles Woolridge | | Type of Report [X] Investigative   [ ] Supplemental   [ ] Information | |
| Alleged Violation(s) and Code/Regulation Citation | | | Substantiated Yes/No |
| 1. DC Code 25-823 Revocation or suspension for violations of this title or misuse of licensed | | | |
| 2. DC Code 25-826 Summary revocation or Suspension | | | |

Manager-in-charge/Owner's name at the time of inspection and identification:
Michael Romeo- Owner *(Owner and ABC manager were present during both monitoring visits)*
David McLeod Jr. - ABC manager/Security Director (License # 32518/Application # 41448)

All Licenses in Compliance:   [X] Yes   [ ] No   [ ] Not Applicable

**SUMMARY:**

This Investigator able to substantiate that two patrons of Fur Night club were arrested for assaulting a police officer in the street in front of the establishment on Friday, March 24, 2006.

**DETAILS:**

This Investigative report is based on a PD-251 report (CCN# 037949) taken by the First District MPD on Friday, March 24, 2006 at 2:45 am. The PD-251 report states the following:

- R-1 reports the assault on C-1 and C-2 ( First District Sergeant Joseph Massey and Officer Joseph Thomas) by S-1 thru S-3 on the listed date, time, and location (33 Patterson St. NE).
- C-1 and C-2 while standing outside of the listed location in full MPD uniform observed S-1 thru S-3 become involved in a physical altercation with other unknown patrons of "Fur" Nightclub.
- C-1 and C-2 after calling for assistance intervened in order to keep the peace, during which S-1 punched C-1 about the left side of his face multiple times with a closed fist causing the listed injuries.
- During S-1's assault of C-1, S-3 discharged a chemical spray towards the face of C-1. S-2 was observed by C-2 quickly entering a vehicle while enraged and began erratically maneuvering it through the crowded street.
- C-2 tactfully ordered S-2 to stop the vehicle and exit, S-2 then backed the vehicle past C-2 then drove forward directly at C-2 striking him in the left leg causing pain.
- S-1 and S-2 were safely apprehended without further incident, S-3 fled in an unknown manner.



On Wednesday, April 5, 2006, this Investigator spoke with the reporting officer Steven Greene. Officer Greene stated that he responded to the scene near the end of the incident. Officer Greene stated that Sgt. Massey (C-1) and Officer Thomas were working overtime detail at the establishment. Officer Greene stated a group of individuals were fighting in front the club. Officer Greene stated that Sgt. Massey and Officer Thomas were attempting to break up the fight when one of the individuals (S-1) grabbed Sgt. Massey and proceeded to punch him (Sgt. Massey) in the face. Officer Greene stated that another individual (S-2) ran to his (S-2) vehicle and tried to hit Officer Thomas. Officer Greene stated that both individuals were arrested and were heavily intoxicated. Officer Greene further stated that Fur Nightclub was in the process of closing when the incident occurred. Officer Greene also stated that management, staff, and security of Fur Nightclub are very professional and cooperative with MPD.

On Monday, April 10, 2006, this Investigator received an e-mail (exhibit #2) regarding the incident from Sgt. Joseph Massey (C-1). Sgt. Massey stated that he was working overtime detail on the night of the incident. Sgt. Massey stated that he does not know why the parties involved were fighting. Sgt. Massey stated that the incident occurred directly in front of the club, on the street. Sgt. Massey stated that he believes the incident was over some guy looking at or talking to another guy's girl. Sgt. Massey stated that the suspects were intoxicated. Sgt. Massey stated that the incident occurred at 2:45 am, the club had closed, and almost all the patrons had left. Sgt. Massey conducted a quick walk thru to make sure that the club was empty. Sgt. Massey stated that as he was exiting the club, he observed Officer Thomas in the middle of 4 males and 2 females fighting. Sgt. Massey stated that he went to help break up the fight when the subject grabbed him and punched him in the face. Sgt. Massey stated that his first thought was that he (S-1) didn't realize that he (Sgt. Massey) was a Police Officer, then the suspect grabbed Sgt. Massey by the shirt and hit him 4 more times. Sgt. Massey stated that this subject was then subdued and placed under arrest.

Regarding the operations of the club, Sgt. Massey stated that the staff of the club has a strict rule about any altercations that occur outside the club, they are not to get involved. Sgt. Massey stated in this case he believes this was for the best because additional units had already been called and were responding. Sgt. Massey stated that had the staff attempted to intervene, then they or an officer may have been injured by "friendly fire" (sort of speaking). Sgt. Massey further stated that the staff was very concerned about this matter and has offered the use of outside video tape to help in the criminal prosecution of this case.

On Tuesday, April 11, 2006, this Investigator spoke with the ABC manager, David McLeod. Mr. McLeod stated that he had full knowledge of the incident. Mr. McLeod stated that he was inside closing the club at the time of the incident but was informed by his security. Mr. McLeod further stated that he also spoke with Sgt. Massey regarding the incident. Mr. McLeod had no comments regarding the intoxication of the patrons.

2

## ATTACHMENTS

Exhibit 1. PD-251 report #037949 (dated 3/24/2006).

Exhibit 2. E-mail response from Sgt. Joseph Massey regarding the incident (dated 4/10/2006).

## HISTORY OF VIOLATIONS

Case #7379- 2/27/2006- Complaint- sales to minors and operating after hours.
  (On 4/12/2006, the Board decided no ABRA violation.)

Case #7350- 2/20/2006- PD-251 report #022863-ADW Bottle (*Pending Board Review.*)

Case #7332- 2/11/2006- PD-251 report #019051-Patron arrested for disorderly conduct outside the establishment. (On 4/12/2006, the Board decided no ABRA violation.)

Case #7331- 2/11/2006- PD-251 report #019041-Patron arrested for disorderly conduct outside the establishment. (*Pending Board Review.*)

Case #7268- 1/16/2006- PD-251 report #006968- Sale to intoxicated patrons.
  (On 3/15/2006, Board decided no further action.)

Case #7267- 1/16/2006- PD-251 report #006966-Disorderly crowd/Overcrowding.
  (On 3/15/2006, Board decided no further action.)

Case #7138- 1/5/2006- Complaint- Sale to minor. (On 1/11/2006, Board decided no further action.)

Case #7096- 10/22/2005- Alleged Disorderly fight/Overcrowding (Howard Univ. Homecoming Event)
  (On 4/5/2006, a Fact Finding Hearing was held and the Board decided no violations found.)

Case #7058- 10/15/2005- PD-251 report # 140516-Large fight outside of the establishment.
  (On 1/18/2006, Board decided no further action.)

Case #3470- 3/5/2005- Complaint- Sale to minor/Selling after hours.
  (On 4/27/2005, the Board decided no further action.)

Case #1169- 10/24/2004- PD-251 report #147366- Patron alleged assault by security.
  (On 4/20/2005, the Board decided no further action.)

Investigator's Printed Name **Charles Wooldridge** Signature and Date *Charles Wooldridge 4/26/06*

Reviewed By Printed Name _____ Signature and Date _____

Approved By Printed Name **LaVerne Fletch** Signature and Date *4/27/06*

3

Mar-28-06  10:19pm  From-METROPOLITAN POLICE DEPT 1st District    202-727-4026        T-224  P.001/006  F-547

# METROPOLITAN POLICE DEPARTMENT
## Regional Operations Command – Central

### First District Station

*Assign — Assault on P.O.*

6626 (done)



**Commander Diane Groomes**

415 4th Street SW
Washington, DC 20024

202-698-0505 (office)
202-727-4026 (fax)

TO: ABRA – ATTN Maria Delaney
FROM: Commander Groomes
REMARKS: Sent by OFC Wendy Owens
Contact # 202 698 0313
FAX # 202 727 4026

This fax consists of this cover sheet and _____ pages.

4

Mar-28-06  10:19pm  From-METROPOLITAN POLICE DEPT 1st District  202-727-4026  T-224  P.002/006  F-547

## PART I - CLASSIFICATION OF EVENT

**1. TYPE OF REPORT:** ● Offense ○ Incident

**2. DATE AND TIME OF EVENT — Start Date / Start Time:** 2 / 4 / 06 / 02:45

**3. DATE OF REPORT:** 2 / 4 / 06 / 04:00

**5. DISTRICT:** 1
**7. BEAT:** (illegible)
**8. COMPLAINT NUMBER:** 037949 (approx.)

**9. EVENT LOCATION ADDRESS:** 33 Patterson St NE
● In front of

**10. REPORT RECEIVED BY:** ● On-scene
**11. IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?** ● No
**12. PROPERTY TYPE:** ● Public

**13. EVENT NO. 1:** Assault on a Police Officer
**14. EVENT NO. 2:** ABC Incident

**16. FORCED ENTRY:** ● No
**17. POINT OF ENTRY:** N/A
**18. a. Method Used:** Strike  **b. Tools Used:** Fist / Vehicle
**19. WEATHER CONDITIONS:** ● Clear

**20. SUSPECTED HATE CRIME?** ● None

**22. LOCATION TYPE:** ● Street/Highway/Road

**23. DESIGNATED AREAS:** ● W/in 1 block of public housing

### PART II - VICTIM INFORMATION

**24. NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** Massey, Joseph (#5302)
**26. VICTIM TYPE:** ● Police officer
**27. DATE OF BIRTH:** On File
**29. SEX:** ● Male
**30. HOME PHONE:** On File
**33. HOME ADDRESS:** On File
**35. OCCUPATION:** Police Officer
**36. IS EVENT RELATED TO OCCUPATION?** ● Yes

**38. NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** Thomas, Joseph (#3916)
**40. VICTIM TYPE:** ● Police officer
**41. DATE OF BIRTH:** On File
**43. SEX:** ● Male
**44. HOME PHONE:** On File
**47. HOME ADDRESS:** On File
**49. OCCUPATION:** Police Officer
**50. IS EVENT RELATED TO OCCUPATION?** ● Yes

**52. STATUS:** ● Closed by arrest, attach PD-252

PD-251 4/99                                    Printed in U.S.A.                         PAGE 1

#7463

| 66 IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE RATE AND WHERE LOCATED: | 67 CLASSIFICATION ☐ Critical ☐ Non-critical | 68 CLASSIFIED BY: | 63 COMPLAINT NUMBER 03-79... |
| --- | --- | --- | --- |
| 69 PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 NAME OF PARENT/GUARDIAN | |
| 72 ADDRESS OF PARENT/GUARDIAN | 73 IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 MISSING PERSON SECTION NOTIFIED (Name) | |

**75 NARRATIVE** Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

R-1 reports the assault on C-1 and C-2 by S-1 thru S-3 on the listed date, time, and location. C-1 and C-2 while standing outside of the listed location in full MPD uniform observed S-1 thru S-3 become involved in a physical altercation with other unknown patrons of the "FUR" nightclub. C-1 and C-2 after calling for assistance, intervened in order to keep the peace, during which S-1 punched C-1 about the left side of his face multiple times with a closed fist causing the listed injuries. During S-1's assault of C-1, S-3 discharged a chemical spray toward the face of C-1. S-2 was observed by C-2 quickly entering a vehicle while enraged and began irradically maneuvering it through the crowded street. C-2 tactfully ordered S-2 to stop the vehicle and exit, S-2 then backed the vehicle past C-2 then drove forward directly at C-2 striking him in the left leg causing pain. S-1 and S-2 were safely apprehended without further incident, S-3 fled in an unknown manner.

ABRA notified

| 76 EVIDENCE TECHNICIAN/CSES # #9230 Wilson | 77 NAME OF INVESTIGATOR NOTIFIED ID 12 Det White | 79 TELETYPE NOTIFIED (Name) | 78 TELETYPE # |
| --- | --- | --- | --- |
| 80 REPORTING OFFICER'S SIGNATURE Greene 52 | 81 ELEMENT 1-D | 81 OTHER POLICE AGENCY ☐ USOP ☐ USSS ☐ METRO TRANSIT ☐ OTHER | 82 SECOND OFFICER'S NAME |

Ofc. Steven Greene

Mar-28-06  10:21pm  From-METROPOLITAN POLICE DEPT 1st District  202-727-4026  T-224  P.005/008  F-547

## NUMBER OF THE REPORTING PERSON

Address: 415 4th St SW

Tel Code: 202-698-0555

**Did the reported event occur as a result of an intra-family matter?** ☐ Yes  ☒ No

**Was PD Form 378A issued?** ☐ Yes  ☒ No

**Is CPO/TPO outstanding?** ☐ Yes  ☒ No  ☐ Unknown

**INJURIES** Use the following codes to denote the injuries. (Mark all that apply)
- N = None Visible
- M = Apparent Minor Injury
- B = Apparent Broken Bones
- O = Other Major Injury
- I = Possible Internal Injury
- G = Gunshot
- L = Severe Laceration
- T = Loss of Teeth
- U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD/AMB | DCFD AMB # | STATUS |
|---|---|---|---|---|---|---|---|---|
| Victim | ①②③④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | Laceration/Bruising/Pain Left Side of Face | N/A | N/A | ☐ Yes ☒ No | | Admitted/Released |
| Suspect | ①②③④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ☐ Yes ☒ No | | Admitted/Released |
| Victim | ①②③④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | Pain Left Leg | N/A | N/A | ☐ Yes ☒ No | | Admitted/Released |
| Suspect | ①②③④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ☐ Yes ☐ No | | Admitted/Released |
| Victim | ①②③④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ☐ Yes ☐ No | | Admitted/Released |
| Suspect | ①②③④ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ☐ Yes ☐ No | | Admitted/Released |

## PART III - PROPERTY

Codes: S = Stolen, E = Evidence, R = Recovered, F = Found, I = Impounded, V = Vehicle from which theft occurred, D = Alleged drug type, L = Lost, P = Suspected proceeds of crime, O = Other

a. Property Book & Page No.   b. Location of Property Book

| Code | Description of Item(s) | Serial Number/Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| | N/A | | | | | | | | |

## VEHICLE INFORMATION

Vehicle operated/used by: ☐ Victim ☐ Suspect ☐ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No/State/Year | VIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

### #1 Suspect/Missing

a. Race: ☐ Asian ☐ White ☐ Black ☒ Latino/Hispanic ☐ Other
b. Sex: ☒ Male ☐ Female ☐ Unknown
c. Exact Age or Range: 25
d. Height: 5'10"
e. Weight: 195
f. Eyes: Brn
g. Hair: Blk

Complexion: Med  Scars: N/A  Mustache: N/A  Facial Hair: N/A  Hat: N/A  Coat/Jacket: N/A  Pants: Blue  Blouse/Shirt: White

p. Perpetrator Suspected of Using: ☒ Alcohol ☐ Drugs ☐ Computer ☐ N/A

**Firearms:** ☐ Handgun ☐ Shotgun ☐ Revolver ☐ Semi-automatic ☐ Automatic ☐ Other firearm

**Weapons Used in Offense (Mark all that apply):** ☐ Cutting Instrument ☒ Hands/Feet/Teeth ☐ Blunt object ☐ None ☐ Motor vehicle ☐ Unknown ☐ Other (specify): _____

Color: __ Make: __ Model: __ Caliber: __

### #2 Suspect/Missing

a. Race: ☐ Asian ☐ White ☐ Black ☒ Latino/Hispanic ☐ Other
b. Sex: ☒ Male ☐ Female ☐ Unknown
c. Exact Age or Range: 21
d. Height: 6'1"
e. Weight: 205 lbs
f. Eyes: Brn
g. Hair: Blk

Complexion: Med  Scars: N/A  Mustache: N/A  Facial Hair: N/A  Hat: N/A  Coat/Jacket: N/A  Pants: Blue  Blouse/Shirt: Grey

p. Perpetrator Suspected of Using: ☒ Alcohol ☐ Drugs ☐ Computer ☐ N/A

**Firearms:** ☐ Handgun ☐ Shotgun ☐ Revolver ☐ Semi-automatic ☐ Automatic ☐ Other firearm

**Weapons Used in Offense (Mark all that apply):** ☐ Cutting instrument ☐ Hands/Feet/Teeth ☒ Other (specify): Vehicle ☐ Blunt object ☐ None ☐ Motor vehicle ☐ Unknown

Color: __ Make: __ Model: __ Caliber: __

### #3 Suspect/Missing

a. Race: ☐ Asian ☐ White ☐ Black ☒ Latino/Hispanic ☐ Other
b. Sex: ☐ Male ☒ Female ☐ Unknown
c. Exact Age or Range: Early 20's
d. Height: __
e. Weight: __
f. Eyes: Unk
g. Hair: Brn

Complexion: __  Scars: N/A  Mustache: N/A  Facial Hair: N/A  Hat: N/A  Coat/Jacket: N/A  Pants: Blue  Blouse/Shirt: Pink

p. Perpetrator Suspected of Using: ☒ Alcohol ☐ Drugs ☐ Computer ☐ N/A

**Firearms:** ☐ Handgun ☐ Shotgun ☐ Revolver ☐ Semi-automatic ☐ Automatic ☐ Other firearm

**Weapons Used in Offense (Mark all that apply):** ☐ Cutting Instrument ☐ Hands/Feet/Teeth ☒ Other (specify): Chemical Spray ☐ Blunt object ☐ None ☐ Motor vehicle ☐ Unknown

Color: __ Make: __ Model: __ Caliber: __

*Make of vehicles to be entered by Information Processing section*

CCN 837949

PAGE 2

7

Mar-28-06   10:20pm   From-METROPOLITAN POLICE DEPT 1st District   202-727-4026        T-224  P.003/006  F-547

| Classification changed | ☒ Additional Information | | | 5. DATE OF THIS REPORT 3/24/2006 | | APO | | 7. REPORTING ELEM. 1-D | 8. CLASSIFICATION OF REPORT CHANGED TO: APO | | | 3. COMPLAINT NUMBER 037-949 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9. DATE AND TIME OF EVENT 3/24/06 05:43 | | | 10. DATE AND TIME OF ORIG. RPT. 3/24/2006 05:43 | | 11. EVENT LOCATION 33 Patterson St. NE | | | | | 12. PROPERTY TYPE | | |
| 13. PVO(S) RECEIVED | | | 14. DESCRIBE LOCATION | | | 15. WHERE ENTERED | | 16. TOOLS/WEAPONS | | 17. METHODS | | |
| COMPLAINANT/MISSING PERSON/FIRM Massey, Joseph | | | SEX | RACE | DATE OF BIRTH Adult | COMPLAINANT/MISSING PERSON/FIRM Thomas Joseph | | | | SEX | RACE | DATE OF BIRTH Adult |
| SUSPECT / MISSING PERSON | RACE Hispan | SEX Ma | AGE | HEIGHT 5'10 | WEIGHT 195 | EYES Brn | HAIR Bk | COMPLEXION Light | SCARS None | HAT N/A | COAT N/A | JACKET N/A | PANTS Blue | SHIRT White |
| SUSPECT / MISSING PERSON | RACE | SEX | AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | SCARS | HAT | COAT | JACKET | PANTS | SHIRT |

SOLVABILITY FACTORS — Complete each item below. If additional space is needed, use the narrative section. If necessary, use PD Form 251-A. Refer to the specific item numbers when continuing information in the narrative section or on PD Form 251-A.

| | | | |
|---|---|---|---|
| IS THERE A WITNESS? | ☐ YES ☐ NO | If yes, enter name(s), address(es), phone number(s), hours of availability and brief account. | |
| IS A SUSPECT NAMED? | ☒ YES ☐ NO | Enter the name and include any nickname used. Ruiz, Eric Jordany None | |
| IS THE STOLEN PROPERTY TRACEABLE? | ☐ YES ☐ NO | Include reason why or why not. | |
| IS PHYSICAL EVIDENCE AT PROPERTY? | ☐ YES ☐ NO | Describe it. | |
| IS THE PERPETRATOR KNOWN TO THE VICTIM? | ☐ YES ☐ NO | If yes, describe the relationship. | |
| WAS A REFERRAL FORM GIVEN TO THE COMPLAINANT? | ☐ YES ☐ NO | | |
| DURING WHAT HOURS IS COMPLAINANT AVAILABLE FOR INTERVIEW | | | |
| IS AN MO OR PATTERN INDICATED? ☐ YES ☐ NO | | DESCRIBE MO OR PATTERN | |

**Case Closed With Arrest**

21. ADDITIONAL STOLEN PROPERTY

| CODE | ITEM | SERIAL NO./OPERATION ID NO. | MODEL NO. | COMP. VALUE | AGE | MPDC VALUE | Property Book |
|---|---|---|---|---|---|---|---|
| | | | | | | | BOOK/PAGE NO. |
| | | | | | | | ADDITIONAL VALUE |
| | | | | | | | ORIGINAL VALUE |
| YEAR | MAKE | MODEL | COLOR | BODY | TAG/STATE/YEAR | VEHICLE IDENTIFICATION NO. | TOTAL PROP. VALUE |

22. NARRATIVE: Record your activity and all developments in the case subsequent to your last report. List the names, addresses, sex, race, age, and arrest numbers of all arrested persons. Explain any change in classification. List the names, addresses, and telephone numbers of all witnesses and suspects.

Closed with the arrest of Ruiz, Eric Jordany a Hispanic Male of 3115 Wispring Pine Dr. Silver Spring, Md. 20161, social security ___-__-1563, date of birth 05/18/83, arrest number 010601739.

Closed with the arrest of Ruiz, Melvin a Hispanic male of 3115 Wispering Pine Dr. Silver Spring md 20161, ___-53-1164, DOB 12/23/84, arrest # 010601740

| STATUS ☐ PRIOR CLOSED ☒ CLOSED | ☐ UNFOUNDED (EXPLAIN IN NO. 22) ☐ SUSPENDED (EXPLAIN IN NO. 22) | 24. TELETYPE NO. | 25. SOLVABILITY RATING | 26. SOLVABILITY CLASSIFICATION |
|---|---|---|---|---|
| INVESTIGATIVE OFFICER'S RECOMMENDATION ☐ SUSPEND ☐ INVESTIGATE FURTHER | | 27. SUPERVISOR'S RECOMMENDATION ☐ SUSPEND ☒ INVESTIGATE FURTHER | | |
| REPORTING MEMBER'S SIGNATURE | BADGE/ELEM | 30. INVESTIGATOR'S SIGNATURE    BADGE/ELEM | 31. SUPERVISOR'S SIGNATURE    BADGE/ELEM | 5-5-06 |
| INVESTIGATIVE REVIEW OFFICER | | 33. SUPERVISOR    BADGE/ELEM | 34. REVIEWER | 35. DISTRIBUTION |

Notifications will be entered by the Information Processing Section, Data Processing Division.

Page ___ of ___ Pages

**Woolridge, Charles (ABRA)**

From: Massey, Joseph (MPD) [joseph.massey@dc.gov]
Sent: Monday, April 10, 2006 5:24 AM
To: Woolridge, Charles (ABRA)
Subject: RE: Incident at Fur Nightclub

Sorry about the delay in my response, here is the answers to the questions you posed

Was there an altercation inside of Fur Nightclub prior to your incident with the individuals? Location of the incident? Distance from the club? **NO, we still don't know why the parties involved were fighting. This occurred directly in front of the club, on the street. I believe it was over some guy looking at or talking to another guys girl. (don't mix women, testosterone, and booze)**

Were you patrolling the area or working the overtime detail at Fur Nightclub?

**Overtime**

Were the suspects intoxicated?

**Yes**

Have you spoken to the owner or manager of Fur Nightclub regarding the incident?

**Yes**

Was Fur Nightclub open or closed at the time of the incident?

**It Occurred at 0245, the club had closed and almost all the patrons had left. I did a quick walk thru to make sure that the club was empty. As I was exiting the club, I observed Officer Thomas in the middle of 4 males and 2 females fighting. I went to help break this up when the subject grabbed me and punched me in the face. My first thought was that he didn't realize that I was a Police officer, then as he was grabbing my shirt he hit me 4 more times. This subject was then subdued and placed under arrest.**

Would you like to add any other information regarding the incident and/or regarding the operations of the establishment?

4/11/2006

9

No

Do you think that the establishment failed to do something that may have led to the incident?

No, the staff of the club has a strict rule about any altercations that occur outside the club, they are not to get involved. In this case I believe this was for the best because additional units had already been called and were responding. Had the staff attempted to intervene then they or another officer may have been injured by "friendly fire" (sort of speaking). The staff was very concerned about this matter and has offered the use of outside video tape to help in the criminal prosecution of this case.

---

**From:** Woolridge, Charles (ABRA) [mailto:Charles.Woolridge@dc.gov]
**Sent:** Wed 4/5/2006 9:18 PM
**To:** Massey, Joseph (MPD)
**Subject:** Incident at Fur Nightclub

Officer Massey,

This is Investigator Woolridge with the Alcoholic Beverage Regulation Administration (ABRA). I am investigating the incident (APO) that occurred at Fur Nightclub on Friday, March 24, 2006 at 2:45 AM. The PD-251 report is CCN #037949. I have already left a voicemail message with the reporting officer (Greene). I would also speak to Officer Thomas as well since you are both listed as complainants on the report. Could you please call me in the office, on my cell, or respond via e-mail to the questions below?

I would like to know:

Was there an altercation inside of Fur Nightclub prior to your incident with the individuals? Location of the incident? Distance from the club?

Were you patrolling the area or working the overtime detail at Fur Nightclub?
Were the suspects intoxicated?

Have you spoken to the owner or manager of Fur Nightclub regarding the incident?
Was Fur Nightclub open or closed at the time of the incident?

Would you like to add any other information regarding the incident and/or regarding the operations of the establishment? Do you think that the establishment failed to do something that may have led to the incident?

4/11/2006

Thanks,

Inv. Woolridge

Supervisory Investigator Charles Woolridge
Government Of The District Of Columbia
Alcoholic Beverage Regulation Administration
941 North Capitol Street NE
Washington, D.C. 20002
Office Phone: (202) 442-4314
Cell Phone: (202) 329-6354
Fax #: (202)727-4052

4/11/2006