UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMILE MAZLOUM,**<br><br>　　　**Plaintiff,**<br><br>　　　　v.<br><br>**DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, et al.,**<br><br>　　　**Defendants.** | Civil Action No.  06-0002 (JDB) |

## ORDER

Upon consideration of the defendants' various motions for summary judgment and partial summary judgment, the oppositions and replies thereto, and the entire record herein, and for the reasons explained in the Memorandum Opinion issued on this date, it is this 6th day of November, 2007 hereby:

　　1.  **ORDERED** that the [111] motion for summary judgment by defendants Phillips, Modlin, and Schneider is hereby **GRANTED IN PART** and **DENIED IN PART** with respect to Count I, and **DENIED** with respect to Counts II, III, and IV; it is further

　　2. **ORDERED** that the [112] motion for partial summary judgment by defendant Ramirez is hereby **GRANTED** with respect to Counts I and VI, **GRANTED IN PART** and **DENIED IN PART** with respect to Count IV, and **DENIED** with respect to Count III; it is further

　　3. **ORDERED** that the [113] motion for summary judgment by defendants Acosta and Smith is hereby **GRANTED** and the complaint is **DISMISSED** with respect to them; it is further

　　4. **ORDERED** that the [119] motion to dismiss, or in the alternative for summary judgment,

by defendant District of Columbia is hereby **GRANTED** with respect to Count III and **DENIED** with respect to Counts II and IV; and it is further

    5. **ORDERED** that the [114] motion for summary judgment by defendants Night and Day Management, LLC, Michael Rehman, John Fiorito, and Michael Persons is hereby **GRANTED** with respect to Counts IV and V and **DENIED** with respect to Count II.

    **SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:   November 6, 2007