# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0002 (JDB) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| METROPOLITAN POLICE DEP'T, *et al.*, | ) |
|     Defendants. | ) |

## NOTICE OF APPEAL

Defendants, Richmond Phillips, Thaddeus Modlin, and Louis Schneider, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order and Memorandum Opinion (Docket Entries 138 and 139) entered on November 6, 2007, denying their motion to dismiss constitutional claims against them based on qualified immunity, and any and all orders merged therein.

                                                  Respectfully submitted,

                                                  LINDA SINGER
                                                  Attorney General

                                                  /s/ Todd S. Kim
                                                  TODD S. KIM
                                                  Solicitor General

                                                 /s/ Donna M. Murasky
                                                 DONNA M. MURASKY
                                                 Deputy Solicitor General
                                                 Office of the Attorney General
                                                 for the District of Columbia
                                                 One Judiciary Square -- Sixth Floor South
                                                 441 Fourth Street, N.W.
                                                 Washington, D.C. 20001
                                                 Tel. Nos. (202) 724-5692/727-6252

/s/ Michael Bruckheim_____
MICHAEL BRUCKHEIM [455192]
Assistant Attorney General
441 4th Street, N.W., 6th Floor North
Washington, DC 20001
(202) 724-6649; (202) 727-6295
(202) 727-3625 (fax)
E-mail: Michael.bruckheim@dc.gov