DEPOSITION EXHIBIT #3 Mazloum 04 1/29/07

Carteret Mortgage Corporation

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: ☐ VA ☐ FHA ☒ Conventional ☐ USDA/Rural Housing Service ☐ Other (explain): | | | Agency Case Number | Lender Case Number |
|---|---|---|---|---|
| Amount $ 437,700.00 | Interest Rate 7.250 % | No. of Months 360 | Amortization Type: ☐ Fixed Rate ☐ GPM ☒ Other (explain): 30 Fixed IO ☐ ARM (type): | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) 8834 Stark Road, Annandale, VA 22003 County: Fairfax | No. of Units 1 |
|---|---|
| Legal Description of Subject Property (attach description if necessary) See Title Work | Year Built |

Purpose of Loan: ☒ Purchase ☐ Construction ☐ Other (explain): ☐ Refinance ☐ Construction-Permanent

Property will be: ☒ Primary Residence ☐ Secondary Residence ☐ Investment

*Complete this line if construction or construction-permanent loan.*

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

*Complete this line if this is a refinance loan.*

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| | $ | $ | | Cost $ |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| Emile N Mazloum | Single man | ☒ Fee Simple ☐ Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
CheckingSavings

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) Emile N Mazloum | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Social Security Number 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 · Home Phone (incl. area code) 703-606-8484 · DOB (MM/DD/YYYY) 10/14/71 · Yrs. School 12 | Social Security Number · Home Phone (incl. area code) · DOB (MM/DD/YYYY) // · Yrs. School |
| ☐ Married ☒ Unmarried (include single, divorced, widowed) ☐ Separated · Dependents (not listed by Co-Borrower) no. ages | ☐ Married ☐ Unmarried (include single divorced, widowed) ☐ Separated · Dependents (not listed by Borrower) no. ages |
| Present Address (street, city, state, ZIP) ☐ Own ☒ Rent No. Yrs. 8M<br>4874 West Braddock Road #11<br>Alexandria, VA 22311 | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |
| Mailing Address, if different from Present Address<br>4874 West Braddock Road #11<br>Alexandria,VA 22311 | Mailing Address, if different from Present Address |

*If residing at present address for less than two years, complete the following:*

| Borrower | Co-Borrower |
|---|---|
| Former Address (street, city, state, ZIP) ☒ Own ☐ Rent No. Yrs. 3Y<br>4627 Logsdon Drive<br>Annandale, VA 22003 | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent No. Yrs. |

## IV. EMPLOYMENT INFORMATION

| Borrower | | | Co-Borrower | | |
|---|---|---|---|---|---|
| Name & Address of Employer ☒ Self Employed<br>C&R Painting Services<br>4827 West Braddock Road #11<br>Alexandria, VA 22311 | | Yrs. on this job 3Y<br>Yrs. employed in this line of work/profession 6 | Name & Address of Employer ☐ Self Employed | | Yrs. on this job<br>Yrs. employed in this line of work/profession |
| Position/Title/Type of Business Owner | Business Phone (incl. area code) 703-606-8484 | | Position/Title/Type of Business | Business Phone (incl. area code) | |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Borrower | | | Co-Borrower | | |
|---|---|---|---|---|---|
| Name & Address of Employer ☐ Self Employed | | Dates (from-to)<br>Monthly Income $ | Name & Address of Employer ☐ Self Employed | | Dates (from-to)<br>Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |
| Name & Address of Employer ☐ Self Employed | | Dates (from-to)<br>Monthly Income $ | Name & Address of Employer ☐ Self Employed | | Dates (from-to)<br>Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |

# Carteret Mortgage Corporation

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 10,833.00 | $ | $ 10,833.00 | Rent | $ 1,585.00 | |
| Overtime | | | | First Mortgage (P&I) | | $ 2,644.44 |
| Bonuses | | | | Other Financing (P&I) | | 750.00 |
| Commissions | | | | Hazard Insurance | | 60.00 |
| Dividends/Interest | | | | Real Estate Taxes | | 342.00 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 10,833.00 | $ | $ 10,833.00 | Total | $ 1,585.00 | $ 3,786.44 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Described Other Income *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed ☒ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value |
|---|---|
| Cash deposit toward purchase held by: | $ |
| *List checking and savings accounts below* | |
| Name and address of Bank, S&L, or Credit Union: BB&T | |
| Acct. no. 0005231120450 | $ 73,000.00 |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Name and address of Bank, S&L, or Credit Union | |
| Acct. no. | $ |
| Stocks & Bonds (Company name/number & description) | $ |
| Life insurance net cash value | $ |
| Face amount: $ | |
| Subtotal Liquid Assets | $ 73,000.00 |
| Real estate owned (enter market value from schedule of real estate owned) | $ |
| Vested interest in retirement fund | $ |
| Net worth of business(es) owned (attach financial statement) | $ |
| Automobiles owned (make and year) | $ |
| Other Assets (itemize) | $ |
| Total Assets a. | $ 73,000.00 |

Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property.

| LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|
| Name and address of Company: WELLS FARGO HOME MORTG<br>Acct. no. 7080187670112 | $ Payment/Months *955.00 | $ *131,953.00 |
| Name and address of Company: G M A C<br>Acct. no. 020901158215 | $ Payment/Months 296.00 | $ 10,305.00 |
| Name and address of Company: MBNA AMERICA<br>Acct. no. 5490351983865323 | $ Payment/Months 67.00 | $ 3,163.00 |
| Name and address of Company: PROGRESSIVE MANAGEME<br>Acct. no. 2FF85033 | $ Payment/Months 0.00 | $ 26.00 |
| Name and address of Company<br>Acct. no. | $ Payment/Months | $ |
| Name and address of Company<br>Acct. no. | $ Payment/Months | $ |
| Name and address of Company<br>Acct. no. | $ Payment/Months | $ |
| Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Job-Related Expense (child care, union dues, etc.) | $ | |
| Total Monthly Payments | $ 363.00 | |
| Net Worth (a minus b) $ -72,467.00 | Total Liabilities b. | $ 145,467.00 |

# Carteret Mortgage Corporation

## VI. ASSETS AND LIABILITIES (cont.)

Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|---|
| | | | $ | $ | $ | $ | $ | $ |
| | | | | | | | | |
| | | | | | | | | |
| | | Totals | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase Price | $ 547,125.00 |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | 5,878.44 |
| f. Estimated closing costs | 4,233.73 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 557,237.17 |
| j. Subordinate financing | 82,068.00 |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 437,700.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 437,700.00 |
| p. Cash from / to Borrower (subtract j, k, l & o from i) | 37,469.17 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ | ☒ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☒ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☒ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☒ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☒ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☒ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☒ | ☐ | ☐ |
| j. Are you a U.S. citizen? | ☐ | ☒ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☒ | ☐ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ☒ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☒ | ☐ | ☐ | ☐ |
| (1) What type of property did you own – principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home – solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges, that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X [signature] | 04-28-05 | | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER** ☐ I do not wish to furnish this information.

**Ethnicity:** ☐ Hispanic or Latino ☒ Not Hispanic or Latino

**Race:** ☐ American Indian or Alaska native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☒ White

**Sex:** ☐ Female ☒ Male

**CO-BORROWER** ☐ I do not wish to furnish this information.

**Ethnicity:** ☐ Hispanic or Latino ☐ Not Hispanic or Latino

**Race:** ☐ American Indian or Alaska native ☐ Asian ☐ Black or African American ☐ Native Hawaiian or Other Pacific Islander ☐ White

**Sex:** ☐ Female ☐ Male

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: ☒ Face-to-face interview ☐ Mail ☐ Telephone ☐ Internet | Louie Mrad<br>Interviewer's Signature [signature] Date 4/28/05<br>Interviewer's Phone Number (incl. area code) 703-406-8200 | Carteret Mortgage Corporation<br>46165 Westlake Drive #200<br>Potomac Falls, VA 20165<br>(P) 703-406-8200<br>(F) 703-406-8220 |

## Carteret Mortgage Corporation

### Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark **B** for Borrower or **C** for Co-Borrower. | Borrower: Emile N Mazloum | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| X [signature] | 04-28-05 | X | |

DEPOSITION EXHIBIT
#4 McGowan
RF 1/29/07

# OCCUPANCY AFFIDAVIT AND FINANCIAL STATUS

BEFORE ME, the undersigned authority, on this day, personally appeared Borrower, known to me to be the person(s) whose name(s) is/are subscribed below and after being duly sworn by me did each on his or her oath state the following:

1. **Occupancy Status.** *[Check applicable box.]*

   [X] **Primary Residence.** The Property is or will be Borrower's primary residence. This means that at least one of the Borrowers shall occupy, establish and use the Property as Borrower's primary residence within 60 days after (i) the execution of the Security Instrument and other loan documents in connection with this loan, or (ii) the Completion Date and shall continue to occupy the Property as Borrower's primary residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

   [ ] **Secondary Residence.** The Property is/will be Borrower's secondary residence. A secondary residence is a single-family property that is currently or will be occupied by at least one (1) Borrower in addition to that Borrower's primary residence. It will not be income producing property.

   [ ] **Investment Property.** The Property is/will be investment property. The Property will not be occupied or claimed as a primary or secondary residence by any Borrower, and may produce revenue. Each Borrower now owns, resides, uses, and claims another property or properties as that Borrower's residential homestead.

2. **Financial Status.** Borrower understands that Lender is granting the Loan based on the representations made in the loan application given by Borrower to Lender. Borrower hereby certifies that all statements related to the loan application, including but not limited to, financial, marital, and employment status, have not changed and, to the best of Borrower's knowledge, will not change in the foreseeable future. If the Property is being purchased by Borrower, the funds for down payment and closing costs are being paid from the source stated on the loan application and there is no secondary financing in this transaction that has not been disclosed to Lender. Borrower certifies that if the loan application states that other real estate was to be sold, that such transaction has taken place and Borrower no longer has title to that real estate. If the Property is currently owned by Borrower, Borrower certifies that there are no delinquent state, county, city, school, water district, utility district, or other governmental taxes or assessments due or owing against the Property and that no tax suit has been filed by any state, county, municipality, water district, utility district, or other governmental agency for taxes or assessments levied against Borrower which have not been disclosed in writing to Lender. Borrower also certifies that there are no unpaid paving assessments or delinquent owner association dues. There are no suits filed by or pending against Borrower in any federal or state court which have not been disclosed in writing to Lender.

Borrower acknowledges that this Affidavit is given as a material inducement to cause Lender to make the Loan to Borrower. Borrower understands that any false statements, misrepresentations, or material omissions may result in civil and criminal penalties. The agreements and covenants contained herein shall survive the closing of this loan transaction.

05-27-05

EMILE MAZLOUM (Borrower)(Date) (Borrower)(Date)

(Borrower)(Date) (Borrower)(Date)

Subscribed and sworn to before me on 5/27/05.

Notary Public

MARCUS SIMON - NOTARY PUBLIC
COUNTY OF FAIRFAX
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JULY 31, 2006