## Corcoran, Brian H.

| | |
|---|---|
| **From:** | Corcoran, Brian H. |
| **Sent:** | Friday, August 31, 2007 10:36 AM |
| **To:** | Fitzsimmons, Paul A. |
| **Cc:** | Warren Kaplan |
| **Subject:** | Mazloum - inquiry re limited re-opening of discovery |

Paul -

I hope you've had a pleasant summer. I wanted to put something on your radar screen. Based on FUR's summary judgment papers, it appears FUR will be relying on the testimony of Mr. Diego Sequeira in attempting to explain the functioning of its security camera system. Although we believe there are reasonable grounds to strike his declaration and/or any testimony from this witness due to the fact that he was not previously designated during discovery, if the Court does not agree we will want to depose this individual. With trial not scheduled until January, this could easily be done in September or early October (the next red-letter date in the case does not arrive until the end of October).

Accordingly, please let me know if you would agree to permit the Plaintiff to reopen discovery for this limited purpose. It would be our intent solely to depose this witness - although we must also reserve the right to pursue any reasonable limited discovery that might stem from his testimony, in the event he identifies documents or other witnesses not previously disclosed (we do not anticipate this would happen).

Regards,

BHC


Brian H. Corcoran
Katten Muchin Rosenman LLP
(202) 625-3679 (phone)
(202) 298-7570 (facsimile)
Brian.Corcoran@Kattenlaw.com

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer

11/13/2007