

# Katten
Katten Muchin Rosenman LLP

1025 Thomas Jefferson Street, NW
East Lobby, Suite 700
Washington, DC 20007-5201
202.625.3500 tel
202.298.7570 fax

BRIAN H. CORCORAN
brian.corcoran@kattenlaw.com
202.625.3679 direct
202.339.8290 fax

October 15, 2007

**VIA ELECTRONIC MAIL**

Paul A. Fitzsimmons, Esq.
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000 - The Watergate
Washington, D.C. 20037-1922

Re:  *Emile Mazloum v. District of Columbia, et al.*, No. 06-00002 (JDB)

Dear Paul:

I sent you an e-mail on August 31, 2007 in which I asked that you agree to make available for deposition Mr. Diego Sequeira. I am writing in a more formal manner to you because you did not respond to that e-mail. As you are aware, in bulwarking its summary judgment motion, FUR proffered a declaration from Mr. Sequeira in which he makes statements based on his heretofore-undisclosed detailed knowledge of the operation and orientation of the FUR security system cameras. Although Plaintiff has asked the Court to strike and/or preclude from evidence this declaration, in the event that relief is denied, we believe it would be appropriate to permit Plaintiff to depose Mr. Sequeira sometime this fall.

With trial less than three months away and with many pretrial matters soon pending, we would like to calendar this deposition for a mutually convenient date in November. Accordingly, please let us know immediately if you would oppose this requested discovery. If you refuse this reasonable request and/or ignore (again) our efforts at communication, we will bring the issue before the Court.

Very truly yours,

Brian H. Corcoran

cc: Warren Kaplan, Esq.

WASHINGTON, DC   CHARLOTTE   CHICAGO   IRVING   LONDON   LOS ANGELES   NEW YORK   PALO ALTO   WWW.KATTENLAW.COM
LONDON AFFILIATE: KATTEN MUCHIN ROSENMAN CORNISH LLP
A limited liability partnership including professional corporations