## Corcoran, Brian H.

| | |
|---|---|
| **From:** | Fitzsimmons, Paul A. [PFitzsimmons@saul.com] |
| **Sent:** | Monday, October 22, 2007 11:09 AM |
| **To:** | Corcoran, Brian H. |
| **Subject:** | RE: Mazloum - discussion today |

Brian:

I had thought we were in agreement that addressing DS's deposition should be postponed till after the court's anticipated SJM rulings because that dep would be a waste of time were the court to rule in our favor on spoliation.

Your email "(note)" parenthetical below has, though, changed that understanding. It beats the hell out of me what sort of adverse inference damaging to FUR would be possible as to a battery claim concerning FUR/Persons (perhaps the only remaining claim against it after SJM rulings) regarding cameras which were nowhere near their downstairs "tussle" area.

I am, of course, still willing to make DS available should the court rule against us on spoliation, but, absent further compelling discussions in this regard, we would not agree to present him otherwise.

Paul

**Paul A. Fitzsimmons**
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000 - The Watergate
Washington, D.C. 20037-1922
Telephone 202-295-6621
Fax  202-295-6721
E-mail: pfitzsimmons@saul.com

---

**From:** Corcoran, Brian H. [mailto:brian.corcoran@kattenlaw.com]
**Sent:** Monday, October 22, 2007 10:57 AM
**To:** Fitzsimmons, Paul A.
**Cc:** Warren Kaplan
**Subject:** Mazloum - discussion today

Paul - this will confirm that we will for now hold off scheduling any deposition of Mr. Sequeira's deposition while we await rulings on the pending summary judgment motions, based on our agreement that we can schedule the deposition sometime this year before trial.

(note - we will want to depose Mr. Sequeira even if your motion to dismiss the spoliation claim is granted, since we will still under such circumstances seek an adverse inference at trial that the video evidence, had it been preserved, would have been damaging to FUR/supportive of Mazloum's claims).

Brian H. Corcoran
Katten Muchin Rosenman LLP
(202) 625-3679 (phone)
(202) 298-7570 (facsimile)

11/13/2007

Brian.Corcoran@Kattenlaw.com

CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer

==================================================================
CIRCULAR 230 DISCLOSURE: Pursuant to Regulations Governing Practice Before the Internal Revenue Service, any tax advice contained herein is not intended or written to be used and cannot be used by a taxpayer for the purpose of avoiding tax penalties that may be imposed on the taxpayer.
==================================================================
CONFIDENTIALITY NOTICE:
This electronic mail message and any attached files contain information intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information may be subject to legal restriction or sanction. Please notify the sender, by electronic mail or telephone, of any unintended recipients and delete the original message without making any copies.
==================================================================
NOTIFICATION: Katten Muchin Rosenman LLP is an Illinois limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).
==================================================================

"Saul Ewing LLP <saul.com>" made the following annotations:

~~~~~~~~~~~~~~~~~~~~~~~~~
NEW IRS RULES RESTRICT WRITTEN FEDERAL TAX ADVICE FROM LAWYERS AND ACCOUNTANTS. WE INCLUDE THIS STATEMENT IN ALL OUTBOUND EMAILS BECAUSE EVEN INADVERTENT VIOLATIONS MAY BE PENALIZED. NOTHING IN THIS MESSAGE IS INTENDED TO BE USED, OR MAY BE USED, TO AVOID ANY PENALTY UNDER FEDERAL TAX LAWS. THIS MESSAGE WAS NOT WRITTEN TO SUPPORT THE PROMOTION OR MARKETING OF ANY TRANSACTION. CONTACT THE SENDER IF YOU WISH TO ENGAGE US TO PROVIDE FORMAL WRITTEN ADVICE AS TO TAX ISSUES.

THIS E-MAIL MAY CONTAIN PRIVILEGED, CONFIDENTIAL, COPYRIGHTED, OR OTHER LEGALLY PROTECTED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT (EVEN IF THE E-MAIL ADDRESS ABOVE IS YOURS), YOU MAY NOT USE, COPY, OR RETRANSMIT IT. IF YOU HAVE RECEIVED THIS BY MISTAKE PLEASE NOTIFY US BY RETURN E-MAIL, THEN DELETE. THANK YOU. SAUL EWING'S WEB SITE IS WWW.SAUL.COM .
~~~~~~~~~~~~~~~~~~~~~~~~~

11/13/2007