UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>              Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al*.,<br><br>              Defendants. | Civil Action No. 1:06 CV 00002 (JDB) |

**MOTION IN LIMINE
OF DEFENDANTS NIGHT AND DAY MANAGEMENT, L.L.C. AND
MICHAEL PERSONS TO PRECLUDE PLAINTIFF FROM INTRODUCING
EVIDENCE RELATING TO RELATING TO FUR'S
VIDEO SURVEILLANCE SYSTEM**

      Defendants Night and Day Management, L.L.C. ("Night & Day Management" or "N&D") and Michael Persons (together, the "FUR Defendants") move to preclude Plaintiff Emile Mazloum ("Plaintiff") from introducing evidence relating to the video surveillance system at N&D's place of business, a nightclub called The Fur Factory ("FUR"). Pursuant to Federal Rule of Evidence 402, evidence relating to the video surveillance system is irrelevant to Plaintiff's assault and battery claim against the FUR Defendants, the only claim remaining against the FUR Defendants in this action. Moreover, pursuant to Federal Rule of Evidence 403, such evidence would be unduly prejudicial and might tend to cause confusion and mislead the jury as to the assault and battery claim at issue in this action.

      Accordingly, and as more fully set forth in the FUR Defendant's Memorandum in Support of Motion in Limine filed herewith, evidence relating to the video surveillance system in place at FUR should be excluded from evidence.

Dated: November 14, 2007

                                  Respectfully submitted,

                                  /s/ Paul A. Fitzsimmons
                                _____
                                Thomas S. Schaufelberger, Bar No. 371934
                                Paul A. Fitzsimmons, Bar No. 444829
                                SAUL EWING LLP
                                2600 Virginia Avenue, N.W.
                                The Watergate—Suite 1000
                                Washington, D.C.  20037
                                Telephone: (202) 333-8800

                                Counsel for
                                Defendants Night & Day Management, LLC,
                                Michael Rehman, John Fiorito, and
                                Michael Persons