# EXHIBIT 2

Page 1

```
 1          UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF COLUMBIA
 2
 3
 3   EMILE MAZLOUM                :
 4                                :
 4              Plaintiff         :
 5                                :
 5      vs.                       :  Civil Action No.
 6                                :  1:06:CV 00002
 6                                :  (JDB)
 7   DISTRICT OF COLUMBIA,        :
 7       et al.                   :
 8                                :
 8              Defendants        :
 9
 9              Washington, D.C.
10              Monday, January 29, 2007
10
11   Videotaped Deposition of:
11
12              EMILE MAZLOUM
13   called for oral examination by counsel for
14   Defendants, pursuant to notice, at the offices
15   of the Attorney General, 441 4th Street, N.W,
16   6th Floor South, Washington, D.C. 20001,
17   before Renee A. Feder, CSR, a Notary Public in
18   and for the District of Columbia, beginning at
19   9:54 a.m., when were present on behalf of the
20   respective parties:
21
22
```

```
 1                    (Recessed at 3:47 p.m.)
 2              VIDEOGRAPHER:  We're back on the
 3    record at 3:02 p.m.)
 4              BY MR. FITZSIMMONS:
 5         Q    Sir, the report continues.
 6    "Mazloum was dragged up the stairs through the
 7    tunnel and out the front of the club."
 8              Sir, did you give that information
 9    to the FBI?
10         A    Not exactly.
11         Q    How is that statement incorrect?
12         A    When you say that they dragged me
13    up the stairs and the hallway and all the way
14    outside --
15         Q    That's incorrect?
16         A    That's incorrect.
17         Q    Okay.  What was correct about how
18    you got out of the club?
19              MR. CORCORAN:  Objection; asked
20    and answered.
21              THE WITNESS:  They hold me with my
22    two arms, they dragged me on the steps, and
```

1   then I walk outside.
2              BY MR. FITZSIMMONS:
3         Q    Okay. When you got out the front
4   door of the FUR Night Club, there were steps
5   that led down to the sidewalk. Is that
6   correct?
7         A    I think so.
8         Q    The men still had you by each arm
9   at that point?
10        A    I think so.
11        Q    But all three of you were walking?
12        A    Yes, sir.
13        Q    And you walked down the stairs
14  with the three men?
15        A    Yes, sir.
16        Q    While you were on the stairs, was
17  anybody -- excuse me. Strike that. While you
18  were on those -- strike that.
19             From the time that you exited
20  FUR's main front door to the time that you got
21  to the sidewalk in front of that front door,
22  was anyone hitting you?

```
 1              MR. CORCORAN:  Objection; asked
 2     and answered yesterday.
 3              THE WITNESS:  No, sir.
 4              BY MR. FITZSIMMONS:
 5        Q     At that same period of time was
 6     anyone assaulting you other than in the sense
 7     that they had you by the arms and were leading
 8     you?
 9        A     No, sir.
10        Q     The February 23, 2006 FBI report
11     continues.  "When uniformed MPD officers
12     arrived, Mazloum overheard Security 1 telling
13     the police that his hand had been injured in
14     the struggle."
15              Sir, did you give that information
16     to the FBI?
17        A     I don't remember.
18        Q     Is it possible you gave it to
19     them?
20        A     I don't remember.
21        Q     Do you have any reason to believe
22     when they write in their report "Mazloum
```