UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>     Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al*.,<br><br>     Defendants. | Civil Action No. 1:06 CV 00002 (JDB) |

**MOTION IN LIMINE
OF DEFENDANTS NIGHT AND DAY MANAGEMENT, L.L.C. AND
MICHAEL PERSONS TO PRECLUDE PLAINTIFF FROM INTRODUCING
EVIDENCE OF FUR'S POLICIES AND
PRACTICES IN DEALING WITH CUSTOMERS**

  Defendant Night and Day Management, L.L.C. ("Night & Day Management") and Michael Persons (together the "FUR Defendants") move to preclude Plaintiff Emile Mazloum ("Plaintiff") from introducing evidence relating to any FUR policies and practices in dealing with customers. Pursuant to Federal Rule of Evidence 402, any evidence relating to these policies and practices is irrelevant to Plaintiff's assault and battery claim against the FUR Defendants—the only claim remaining against the FUR Defendants in this action. Moreover, pursuant to Federal Rule of Evidence 403, such evidence would be unduly prejudicial and might tend to cause confusion and mislead the jury as to the assault and battery claim at issue in this action.

  Accordingly, and as more fully set forth in the FUR Defendant's Memorandum in Support of Motion in Limine filed herewith, evidence relating to FUR's policies and practices in dealing with customers should be excluded from evidence.

Date:  November 14, 2007

                                                   Respectfully submitted,

/s/ Paul A. Fitzsimmons
_____
Thomas S. Schaufelberger, Bar No. 371934
Paul A. Fitzsimmons, Bar No. 444829
SAUL EWING LLP
2600 Virginia Avenue, N.W.
The Watergate—Suite 1000
Washington, D.C.  20037
Telephone: (202) 333-8800

Counsel for
Defendants Night & Day Management, LLC,
Michael Rehman, John Fiorito, and
Michael Persons