UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>  Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>  Defendants. | Civil Action No. 1:06 CV 00002 (JDB) |

**ORDER**

This matter is before the Court on Motion In Limine Of Defendants Night And Day Management, L.L.C. And Michael Persons To Preclude Plaintiff From Introducing Evidence Of Any FUR Policies and Practices In Dealing With Customers ("Motion In Limine").

Upon consideration of the Motion In Limine, any opposition thereto, and the record herein;

It appearing to the Court that good cause exists to do so, it is

ORDERED that the Motion In Limine is GRANTED, and evidence relating to any FUR policies and practices in dealing with customers is excluded from evidence at trial.

Entered on this____ day of _____, 2007.

　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge