

# Employee Manual:
# FOR ALL STAFF
# REVISED
# VERSION

FUR00272

When a guest has finished a drink, emptied a bottle, put a bev-nap, sip-straw or garnish to the side, the bartender must remove the unwanted item immediately in an effort to keep the bar top neat, clean and attractive at all times.

All glass bottle beer is to be poured into a pilsner and the bottle is to be disposed of.

Drink service to the cocktail server is an important part of the bartender's job. What the bartender must remember is that the guests at the table rely on both the server and the bartender for prompt and efficient drink service. Not only must the bartender be attentive to the servers, but quick to approach and serve them.

No drinks are to be made without the server having produced a "dupe" that corresponds to the drinks ordered.

The bartender should review the check and total to see that all orders have been rung up and clearly printed.

## Security Policies & Procedures

As a member of the security staff, you are highly visible to our customers and in many instances, the first person a customer has contact with. The first impression the customer has of our club is the image you project. Body language and appearance are extremely important.

The security staff as a group or unit act throughout the shift as the eyes and ears of the management. The security staff must be able to make fast and good judgment calls.

All security staff members are responsible for familiarizing themselves with the entire physical layout of the property. You must be aware of all emergency exits, fire alarms and telephones.

## Uniform

Uniforms are to be clean, pressed and in good repair and in "like new" condition at all times. A neat, well-groomed and immaculate

appearance is required of the staff at all times. Uniforms consist of a Fur Security button down shirt, black slacks, black socks, black shoes, black blazer, flashlight (no longer than eight inches,) and earpiece.

## Basic Rules/Responsibilities

- Security must treat all guests courteously and with respect. When greeting a customer, security and front door staff will welcome all patrons to Fur Nightclub and always address customers using the words sir and Maim.  Please and Thank you will also be used when communicating with all customers and employees.
- Security must not leave their post without authorization from a Security Manager.
- Smoking, drinking intoxicating beverages, and use of drugs are not permitted at any time while working.
- Security personnel are responsible for keeping their surrounding area clean of debris and dangerous objects.
- Security must keep all fire exits clear and available for our guests.
- It is of the utmost importance, that Security handle altercations quickly and responsibly in the club.  Security must remember that they are to promote a safe club environment and defuse hostile situations using no physical force, unless a customer strikes or becomes combative towards them or another guest. Remember that all security will use the utmost minimum force necessary to protect the disorderly guest and other patrons at the nightclub.

## Proper Altercation Procedures

If a disturbance occurs on the property, the following action should be taken:

Signal an additional security staff member and respond to the area.

VERBAL ALTERCATIONS
If the disturbance is verbal, each security staff member should speak to one of the individuals involved. While talking, continue to separate the subjects further apart. This can be done with no physical contact.

Ask the subject to come with you and go to an area of the club that will not be loud or visible to curious onlookers.

Both subjects should be escorted out of the club for the remainder of the evening. Both subjects should not be escorted from the club at the same time.

PHYSICAL ALTERCATIONS
If the disturbance is of a physical nature, your job is to separate the subjects. Escort them to a different area. Determine if medical assistance is required or requested. If medical assistance is requested, a manager should be notified immediately. The subject's identification (i.e. Name, address, DOB and telephone number) is to be acquired. The police department and rescue are to be notified. If there are witnesses to the altercation, their information should be attained.

<u>At no time does Fur Nightclub authorize the use of force by any staff members.</u>

## Front Door Procedures

In the position of greeter at the entrance, you are responsible for checking identification. We only accept the following identifications:

- A valid state picture operator's license.
- A valid state picture ID
- A valid military picture ID
- A valid passport with picture attached.

We do not accept any form of college ID

## Refusing Entrance

If, for whatever reason, you do not believe an ID to be the subject's and a subject does not have reasonable backup to their identity, you have the right to refuse entrance.

If you confiscate a subject's identification, which you feel positively is not belonging to the individual, you are to complete the appropriate