UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM            :
                         :
         Plaintiff       :
                         :
    vs.                  :  Civil Action No.
                         :  1:06:CV 00002
DISTRICT OF COLUMBIA,    :  (JDB)
  et al.                 :
                         :
         Defendants :

Washington, D.C.
November 17, 2006

Deposition of:
        MICHAEL ANDRE PERSONS, JR.,
called for oral examination by counsel for Plaintiff, pursuant to notice, at the offices of Katten Muchin Rosenman, LLP, 1025 Thomas Jefferson Street, N.W., East Lobby, Suite 700, Washington, D.C., before Lynell C.S. Abbott, a Notary Public in and for the District of Columbia, beginning at 9:42 a.m., when were present on behalf of the respective parties:

Page 62

1  Q  All right. Did Masoud's employees
2  ever assist in any security operations?
3  A  No. They wasn't allowed to.
4  Q  Does FUR require its security
5  people to be licensed?
6     MR. FITZSIMMONS: Objection;
7  foundation.
8     THE WITNESS: No. They require
9  employees to have a police clearance before
10 they get hired.
11    BY MR. KAPLAN:
12 Q  Other than a police clearance, do
13 you have any license to work as a security
14 guard?
15 A  I do. But at the club I'm not a
16 security guard. Those are two different
17 things. I'm not a security guard for the
18 night club.
19 Q  Would you explain the difference
20 between those two things?
21 A  A security guard is an individual
22 hired by a company that is either uniformed or

Feder Reporting Company
(202) 863-0000

Page 63

1  un-uniformed that may protect people, property
2  or things. 100 percent of the time a security
3  officer in D.C. has to go through an SOMB,
4  which is the Security Officer's Management
5  Branch, to get a license to work as a security
6  guard.
7     Clubs hire doormen or bouncers. A
8  doorman is a person that is the greeter,
9  whether it be male or female. They check
10 ID's. They are the first person you see. A
11 bouncer is a term used for a person that is
12 the aggressor that is removing a person from
13 the club. Most of the time when people use
14 the term "bouncer" they use it in a negative
15 way. But the correct terminology for a
16 bouncer is a person that is the aggressive
17 form of the club. They are the aggressor of
18 the club.
19 Q  And a security guard gets a
20 license but a bouncer doesn't. Is that right?
21 A  I mean it all depends. I mean I
22 don't consider myself a bouncer. So I really

Feder Reporting Company
(202) 863-0000

Page 64

1  can't answer that question for you. If I was
2  doing security guard work, then I would be
3  licensed under D.C. or just depending on who I
4  worked for what they required.
5  Q  You say you are not a bouncer at
6  the club?
7  A  No.
8  Q  Then what are you at the club?
9  You're not a doorman. Are you a doorman?
10    MR. FITZSIMMONS: Objection; asked
11 and answered.
12    THE WITNESS: I told you I was a
13 host.
14    BY MR. KAPLAN:
15 Q  Well, on the night of March 11th
16 what was --
17 A  I was a host.
18 Q  So you didn't consider yourself a
19 bouncer on that night?
20 A  I just told you I was a host.
21 Q  And what are the duties of a host?
22 A  I basically just greet people. I

Feder Reporting Company
(202) 863-0000

Page 65

1  was there, I mean, I got that position because
2  I was -- I don't know. I'm territorial. So I
3  was a person that could handle the frequent
4  people coming asking me, "Could I get on
5  stage?" I could deal with the situation
6  better than I guess most of the people they
7  had working there. Basically that was their
8  main VIP area.
9     Various people, various patrons
10 that came to the club, you know, they came to
11 the stage first. And the majority of the time
12 if I was recognized they would probably buy a
13 table on the stage. And I was the guy that
14 was put in charge of directing that.
15    MR. KAPLAN: Would you read back
16 that answer?
17    (Record read by the reporter.)
18    BY MR. KAPLAN:
19 Q  How would a person go about buying
20 a table on the stage?
21 A  I mean if they wanted a table on
22 the stage they would probably tell the person

Feder Reporting Company
(202) 863-0000

Page 66

1  outside. But most of the frequent customers
2  that came on Fridays, I mean basically they'd
3  come see me and ask if there's a table
4  available. I would either say yes or no. And
5  if it was, they bought it. If it wasn't, then
6  I would give them access to the stage, because
7  they were frequent customers.
8      But it had to be at a specific
9  time because how I did it was usually if there
10 was a FUR Dancers, only females were allowed
11 to go on the stage until I decided there was a
12 time for males to come on the stage.
13     Q   So females would be dancing with
14 females on the stage?
15     A   Right. But only at a certain
16 time. If the floor opened up at 11:00, maybe
17 at 12:00 o'clock, if there wasn't an event
18 going on or a fashion show and we didn't have
19 dancers on the stage, then I would allow some
20 girls to come on stage. But only girls, no
21 guys.
22     Q   If someone came into the club and

Feder Reporting Company
(202) 863-0000

Page 67

1  saw you up on the stage and thought, "Oh,
2  there's my buddy Mike, I think I'd like to buy
3  a table," would they have to go outside to buy
4  the table?
5      A   Nobody called me Mike at the club.
6  They called me Big Mike. Nobody ever
7  addressed me as Mike. I just wouldn't allow
8  it. And they wouldn't do that. I mean they
9  would just come and have a conversation with
10 me. And if they wanted a table they would
11 just ask me was there availability on the
12 table. And I would call on the radio or I
13 would send them to the right person they would
14 have to talk to.
15     Q   All right. Where would they have
16 to go to buy the table?
17     A   I have no idea. I mean I call the
18 person on the radio, whoever it was that was
19 in charge of that, and they would meet them
20 somewhere in the club.
21     Q   And they called you Big Mike for a
22 reason. How big are you?

Feder Reporting Company
(202) 863-0000

Page 68

1      A   I mean you look at me and tell me
2  how big I am.
3      Q   No. How tall are you and how much
4  do you weigh?
5      A   I'm 5'11", 280.
6      Q   What do you understand is the
7  policy of FUR for dealing with intoxicated
8  patrons?
9      A   Well, if a person is too
10 intoxicated, they couldn't, I guess, conduct
11 themselves in an orderly fashion, usually they
12 would be ejected from the club. The majority
13 of the time if they were on the main floor
14 they went out the back door or the side doors
15 and were not given access back to the club.
16 Usually there's always a police officer
17 outside. So I guess that kind of deters the
18 people from coming back. But once they was
19 out, I went back inside.
20     Q   How would you determine whether
21 someone needed to be --
22     A   Ejected?

Feder Reporting Company
(202) 863-0000

Page 69

1      Q   Ejected.
2      A   By their actions. If a person is
3  asleep on the floor, it's time for them to go.
4  If a person is, I guess, touching people in
5  the club where they feel it's offensive,
6  usually what I would do is I would address the
7  problem. If it was a female and she said that
8  she was inappropriately touched, then if she
9  can point the guy out and you know -- he
10 didn't even have to admit that he did it. But
11 I can tell by a guy's actions if he had
12 inappropriately touched a female. Then I
13 would immediately eject him from the club.
14     It just all depends on the person,
15 I mean. I would say I was rather fair. I
16 know people paid to get in the club. So most
17 of the time I gave them a warning. But if
18 they were just too intoxicated, it was just
19 time for them to leave. Nobody needs to, I
20 mean to keep drinking more and more. I mean
21 it's bad enough they're already drunk. So,
22 you know, I would just tell people to go there

Feder Reporting Company
(202) 863-0000

Page 70

1  and leave for the night.
2      Q    Was this up to you or did the
3  bouncers have discretion to make this
4  decision?
5          MR. FITZSIMMONS: Objection;
6  compound.
7          THE WITNESS: It was something
8  that was informed by the club. But it was at
9  our discretion. Being that I was in charge of
10 the floor, I mean they sensed that I had a
11 good sense of judgment when it came to that.
12 And 90 percent of the time I never was
13 challenged about ejecting somebody from the
14 club.
15         BY MR. KAPLAN:
16     Q    If one of the six bouncers who
17 worked under you felt that someone should be
18 ejected, would they have authority to make
19 that decision or would they have to get
20 permission from you?
21         MR. FITZSIMMONS: Objection to
22 characterization, mischaracterization of the

Feder Reporting Company
(202) 863-0000

Page 71

1  testimony.
2          THE WITNESS: It all depended if
3  it was to a point where I couldn't immediately
4  get to it and they made the call. And I never
5  overrided them. But they never took anybody
6  out by themselves. I mean that was just
7  something that we never did, just for a safety
8  reason.
9          BY MR. KAPLAN:
10     Q    You mean it always took two people
11 to take someone out?
12     A    We always required that.
13     Q    And were you always one of the two
14 people?
15     A    Was I always required?
16     Q    Were you one of the two?
17     A    Yeah, either me or somebody on the
18 floor. It didn't matter. As long as it was
19 two people that was visible.
20     Q    Did FUR have a policy, to your
21 knowledge, concerning use of force by bouncers
22 or hosts?

Feder Reporting Company
(202) 863-0000

Page 72

1      A    You keep saying bouncers. FUR
2  does not hire bouncers. We have a meeting
3  every Friday and Saturday on security policies
4  and how they want security to handle certain
5  situations of the club. So there were
6  frequent meetings about, you know, actions
7  that were taken.
8               If somebody took a particular
9  action that was maybe not advisable by Dave,
10 then he would address it. But the majority of
11 the time -- I mean we never had an incident
12 that was so chaotic other than, like I said,
13 this March incident to where it was addressed
14 at every meeting. I mean so.
15     Q    This incident was addressed at
16 every meeting?
17     A    It was definitely addressed at
18 every meeting.
19     Q    How many meetings do you think it
20 was addressed in?
21     A    Probably for the next five or six
22 weeks.

Feder Reporting Company
(202) 863-0000

Page 73

1      Q    Hmm. Tell me about the first time
2  you recall this incident was addressed.
3      A    I didn't go. I heard about it
4  through a text message. I didn't go to it. I
5  was late.
6      Q    What did you hear through the text
7  message?
8      A    They just mentioned my name and
9  the incident that happened. That's all I was
10 told. I didn't particularly care about it
11 because I got tired of hearing about it. I
12 heard about the incident every single day from
13 the Metropolitan Police Department to the FBI.
14 I just basically was just sick of hearing
15 about it. So basically when it was addressed
16 to me, I just kind of blocked it out, you
17 know.
18     Q    Of the five or six times when it
19 was brought up, would this be brought up by
20 Dave?
21     A    Dave and, you know, just other
22 people talking at security.

Feder Reporting Company
(202) 863-0000

Page 74

```
 1     Q    When it was brought up did Dave
 2  say that FUR had handled the situation badly?
 3     A    No. Dave was just asking me, you
 4  know, why didn't I do what I usually do. And
 5  I told him I was in pain, I didn't feel like
 6  doing it. So usually after a first incident,
 7  a person is gone. But that particular night I
 8  worked on my legs at the gym and I was sore.
 9  I didn't feel like walking too much. So I
10  kind of was real lenient that night, you know.
11          But I'm sure you'll ask questions
12  about the incident later on, so I won't go
13  into it.
14     Q    Well, I want to know what you
15  meant when you said Dave said why don't you do
16  what you usually do?
17     A    Usually I'm not as tolerant of
18  people disobeying rules in the club, you know.
19  And that night I particularly was. It caused,
20  you know, a bad situation came out of it all
21  the way around, not because of the lawsuit but
22  I mean my suit got ripped up. I had a bicep
```

Feder Reporting Company
(202) 863-0000

Page 75

```
 1  injury that kind of set me back about a month.
 2  So I mean it was bad for me. I mean I lost a
 3  great suit out of the deal. I liked that
 4  suit.
 5     Q    What did Dave say you should have
 6  done that you didn't do?
 7     A    I should have went with my first
 8  instinct and just had this gentleman removed
 9  from the club when I started to. But it was
10  early and I just didn't, I figured he's a
11  grown man, you know, he had common sense. You
12  know, he just didn't follow the rules.
13     Q    You should have removed him at
14  what point?
15     A    At the one point where he climbed
16  on the stage.
17     Q    And if you had tried to remove him
18  at that point, you think that the outcome
19  would have been different?
20     A    Yeah. I wouldn't have had to deal
21  with him two other occasions. I mean my suit
22  wouldn't have got ripped up. I wouldn't be
```

Feder Reporting Company
(202) 863-0000

Page 76

```
 1  sitting right here. I'd probably be in the
 2  gym. So I mean you tell me, you know.
 3     Q    Is there anything else that Dave
 4  said you should have done that you didn't do?
 5     A    No. He said I handled it
 6  professionally.
 7     Q    He what?
 8     A    He said I handled it
 9  professionally.
10     Q    At the five or six meetings you
11  talked about, what else was discussed about
12  this incident?
13     A    He just basically wanted us to be,
14  you know, more aware of what goes on in the
15  club. I mean at no time should leniency be
16  considered when working the night club. Me of
17  all people should have, you know, knew that
18  because I been doing this for years, you know.
19          But just that particular night
20  because I was in so much pain from, you know,
21  working out at the gym that I didn't feel like
22  doing it. I just wanted to get my night over
```

Feder Reporting Company
(202) 863-0000

Page 77

```
 1  with so I could go home and rest.
 2     Q    Before you came to the club you
 3  had been to the gym?
 4     A    Right.
 5     Q    How long had you spent at the gym?
 6     A    Two hours.
 7     Q    And you were in pain?
 8     A    Right. My legs was sore. I had
 9  just leg-pressed 2000 pounds and I didn't feel
10  like going to work that night.
11     Q    You had pressed 2000 pounds.
12     A    Yeah. I had just leg-pressed 2000
13  pounds and I really wasn't in the mind set to
14  go to work. I wanted to just stay home. And
15  I was sore. But I had to, you know, go to
16  work.
17     Q    Did you tell anybody when you got
18  to work how you were feeling?
19     A    No. Everybody knew I worked out.
20  So it wasn't an abnormal thing for me to be
21  sore.
22          MR. KAPLAN: I'm going to move to
```

Feder Reporting Company
(202) 863-0000

Page 78

1  another topic. Let's take a five-minute break
2  here.
3          (Recessed from 10:51 to 11:05
4  a.m.)
5          BY MR. KAPLAN:
6      Q   Mr. Persons, when is the last time
7  you actually worked as a host doing security
8  at FUR?
9          MR. FITZSIMMONS: Objection to
10 characterization.
11         THE WITNESS: It probably was last
12 year sometime. Yeah, sometime last year. I
13 don't know the exact date. But probably
14 sometime last year. Now, I went back -- when
15 did I go back. I mean I went back in January
16 or something like that. Then I was one of the
17 main supervisors for the main floor. And now
18 I only work there when they have go-go's up
19 there. That's only on Wednesdays.
20         BY MR. KAPLAN:
21     Q   So from January until August. You
22 say you went back in January of this year?

Page 79

1      A   I am just guessing. I don't know
2  the exact.
3      Q   When you went back in
4  approximately January, how long had you been
5  off?
6      A   I mean it varies. I mean, you
7  know, I would -- I don't know the exact hit or
8  miss days. It just depends on my schedule,
9  you know. I set my schedule every week. So
10 it all depends on what my schedule entails.
11 If my schedule freed me up to work at FUR, I
12 worked at FUR. If it didn't, I didn't.
13     Q   When you said you went back in
14 January, I take it you had been off for some
15 period of time. Is that right?
16     A   I just said I have to check my
17 schedule. I don't know. I mean it varied. I
18 don't have an exact date.
19     Q   You said you were off work from
20 August of this year until about two weeks ago.
21 Is that correct?
22     A   Yeah.

Page 80

1      Q   Did you work at FUR from January
2  until August?
3      A   Off and on, yeah.
4      Q   And were you the host doing the
5  host job on the stage during that time?
6      A   No. I was doing, I was
7  supervising for the main floor. So I ran the
8  whole entire floor. My position, I moved
9  around. I made sure my guys were okay on the
10 floor. That's basically what I did. I made
11 sure the floor ran correctly.
12     Q   Is supervisor for the main floor a
13 higher level position than the host position
14 that you were in?
15     A   I mean if you want to,
16 quote-unquote, call it that, yeah. But I
17 always carried that position. I mean whenever
18 I come in that club I don't care who it is
19 that's on that floor, but they know when I
20 step foot on that floor I run the floor.
21 That's just how it works.
22     Q   And that's always been true since

Page 81

1  you have been at the club?
2      A   Yeah. That's just something that
3  I said, I mean, you know, I'm the biggest guy
4  on the floor. So I mean I know the floor
5  better than them. So I just take charge.
6      Q   Who is now the host on the stage,
7  the position that you used to have?
8      A   I don't know.
9      Q   You said you came back two weeks
10 ago. For the last two weeks what have you
11 been doing?
12     A   Security. I mean if you can call
13 it that. I don't do -- I mean I stand -- I
14 just move around. When they have go-go's I
15 move around in the event making people do what
16 they supposed to do. That's it. So far
17 nothing has happened, so I haven't done
18 nothing.
19     Q   How did you happen to come back to
20 work just two weeks ago?
21     A   I just went up there and asked
22 them what they had going on and they told me;