# Exhibit 1

00001
1

1           UNITED STATES DISTRICT COURT
2           FOR THE DISTRICT OF COLUMBIA
2

3
3    EMILE MAZLOUM           :
4                            :
4           Plaintiff :
5                            :
5    vs.            : Civil Action No.
6                   : 1:06:CV 00002
6                   : (JDB)
7    DISTRICT OF COLUMBIA,     :
7      et al.         :
8                    :
8           Defendants :
9
9           Washington, D.C.
10          Monday, January 29, 2007
10
11   Videotaped Deposition of:
11
12           EMILE MAZLOUM
13   called for oral examination by counsel for
14   Defendants, pursuant to notice, at the offices
15   of the Attorney General, 441 4th Street, N.W,
16   6th Floor South, Washington, D.C. 20001,
17   before Renee A. Feder, CSR, a Notary Public in
18   and for the District of Columbia, beginning at
19   9:54 a.m., when were present on behalf of the
20   respective parties:
21
22

00042
1      Q.   I just divided that by 12.  And
2    $480 is the monthly income.  That is based on
3    what you filed with the IRS.
4      A.   The car was tax deductible.  The
5    car is included in the deductible.
6      Q.   Okay.  How about the home
7    mortgages?
8      A.   Which one?
9      Q.   Well, again, I am just going by
10    what you had filed with the IRS.  But, for the
11    year you claimed deductions for mortgage and
12    tax of $25,586.  So, again, you divide that by
13    12, I don't have the exact number, I think you
14    get approximately 2000 a month, maybe.
15      A.   Well, I don't know really exactly
16    what is -- I have to review it.  You know,
17    that is in 2005 tax return.  I am going to
18    have to review it.  If you give me a couple of
19    minutes to review that, I will be happy to
20    answer you.
21      Q.   Okay.  If you want to take some
22    time to take a look at the tax return.  Just

00043
1   so you know, my question to you is how you
2   were able to afford the monthly mortgage
3   payments around $2000 a month when your income
4   was only $480 a month.
5        A.   Well, if you go back to how much I
6   used to make, I told you 360 to $800.  That is
7   a week.  And until when I had the accident,
8   the incident which is on March 11, I stopped
9   working for a couple of months.  And I used
10  some of the money that I got from the house to
11  pay for, actually, on the beginning for my
12  medication from the incident, and for the
13  couple of months that I stay home, I didn't --
14  I couldn't work because of what happened on
15  FUR Nightclub on March 11.
16       Q.   So you weren't earning any wages
17  during that time when you were home after the
18  nightclub incident?
19       A.   No.
20       Q.   You were earning some?
21       A.   No.
22       Q.   Well, let me make sure we are

00044
1   clear. You testified that you didn't work for
2   several months after the incident at FUR
3   Nightclub. Is that true?
4       A.   Did you say seven or several?
5       Q.   Several.
6           MR. CORCORAN: What do you mean?
7   Two, three, four?
8           MR. BRUCKHEIM: However many he
9   can say.
10          BY MR. BRUCKHEIM
11      Q.   Before your answer your attorney
12   actually had a better question, which is after
13   the incident at FUR Nightclub how many months
14   did you not work?
15      A.   From March 11, 2005, until maybe
16   September of 2005.
17      Q.   So, during that time you did not
18   work at all?
19      A.   No.
20      Q.   Did you earn any income at all
21   from your business, for example, if you had
22   crews doing jobs for you?

00173
1       Q.   Are you claiming that this back
2   pain that you have been feeling is as a result
3   of what happened during the incident?
4       A.   Yes.
5       Q.   And did you not work at all from
6   the time of the incident until late August,
7   early September that year?
8       A.   Yes.
9       Q.   When you started working again,
10  did you do so because a doctor told you you
11  could?
12      A.   The doctor told me that I can work
13  any time but don't, don't carry something, I
14  told you, more than 20 pounds.
15          And it is not just because of my
16  back.  Because after the incident, what
17  happened to me, I was thinking all the time
18  about what happened.  I could be dead on that
19  time, I didn't feel like doing anything.  Plus
20  I lost a couple, a couple of jobs that I was
21  ready to do.  I called the people that wanted
22  to do the jobs, I told them I can't do it.  I

00262
1       Q    Any other businesses that you lost
2    immediately after March 11, 2005?
3       A    Well, I couldn't do anything.  I
4    couldn't work for a couple months.  So of
5    course.  I couldn't even -- I wasn't able to
6    be looking for job.
7       Q    And you were a contractor, as I
8    understand your testimony yesterday, at that
9    time.  Is that correct?
10      A    Yes, sir.
11      Q    How many contracts did you have
12   prior to March 11th that you were going to
13   complete or begin, I should say begin at some
14   point after March 11th?
15      A    I don't do contracts.
16      Q    What do you mean you don't do
17   contracts?
18      A    I don't have any contract with
19   anybody.
20      Q    How many jobs did you discuss with
21   somebody that you had agreed to begin at some
22   point after March 11th?

00423
1    you yourself were unable to work?
2        A    No, sir.
3        Q    Why not?
4        A    I didn't have any jobs.
5        Q    During the year 2005 did you hire
6    anyone to do any construction jobs for you?
7        A    For what?
8        Q    For any jobs you had in 2005.
9        A    Yes, sir.
10       Q    During the time that you could not
11   work did you make any effort to find business
12   so that you could get an income?
13       A    No, sir.
14           MR. BRUCKHEIM:  That's it.  Thank
15   you.
16           MR. CORCORAN:  I'm going to ask
17   one clarification for the testimony you just
18   elicited.
19       EXAMINATION BY COUNSEL FOR PLAINTIFF
20           BY MR. CORCORAN:
21       Q    Mr. Mazloum, what day did you go
22   to the police station and make your complaint?