# Exhibit 2

```
*************** -COMM. JOURNAL- ******************* DATE JAN-23-2007 ***** TIME 12:11 **********

           MODE = MEMORY TRANSMISSION          START=JAN-23 12:09    END=JAN-23 12:11

           FILE NO.=498

    STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.           PAGES      DURATION
    NO.           ABBR NO.

    001   OK        8          917139806237                   005/005    00:01:08
```

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Office of the Attorney General



Civil Litigation Division
General Litigation Section IV

## FACSIMILE COVER SHEET

The information in this facsimile is privileged and confidential. It is intended solely for the person or office to which it is addressed. Any other use of this communication is strictly prohibited. If you are not the intended recipient, you must not read, use or disseminate the information. If you have received this facsimile in error, please notify my office immediately at (202) 442-9845.

**DATE:** January 23, 2007            **TIME:** 11:10 a.m.

**TO:** Mr. Leonard Wahlquist
Registered Agent
JLM Direct Funding LTD

**FAX:** (713) 980-6237

**FROM:** Leticia L. Valdes, Assistant Attorney General
Phone: (202) 442-9845 / Fax: (202) 727-3625

**RE:** *Emile Mazloum*

**PAGES:** 5 including cover sheet

If difficulty is experienced during transmission of this facsimile, or if you do not receive all of the pages, please call (202) 442-9845.

**SEND RETURN FACSIMILE TO: 202-727-3625.**

---

441 4th Street, N.W., Sixth Floor South, Washington, D.C. 20001
(202) 442-9845 / fax (202) 727-3625; e-mail: leticia.valdes@dc.gov

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Office of the Attorney General



**Civil Litigation Division**
**General Litigation Section IV**

## FACSIMILE COVER SHEET

The information in this facsimile is privileged and confidential. It is intended solely for the person or office to which it is addressed. Any other use of this communication is strictly prohibited. If you are not the intended recipient, you must not read, use or disseminate the information. I f you have received this facsimile in error, please notify my office immediately at (202) 442-9845.

**DATE:** January 23, 2007                **TIME:** 11:10 a.m.

**TO:** Mr. Leonard Wahlquist
Registered Agent
JLM Direct Funding LTD

**FAX:** (713) 980-6237

**FROM:** Leticia L. Valdes, Assistant Attorney General
Phone: (202) 442-9845 / Fax: (202) 727-3625

**RE:** *Emile Mazloum*

**PAGES:** 5 including cover sheet

If difficulty is experienced during transmission of this facsimile, or if you do not receive all of the pages, please call (202) 442-9845.

**SEND RETURN FACSIMILE TO: 202-727-3625.**

---

441 4th Street, N.W., Sixth Floor South, Washington, D.C. 20001
(202) 442-9845 / fax (202) 727-3625; e-mail: leticia.valdes@dc.gov

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Office of the Attorney General



**Civil Litigation Division**
**Section IV**

**January 23, 2007**

Leonard Wahlquist
Registered Agent
JLM Direct Funding LTD
9235 Katy Freeway
Suite 160
Houston, TX 77024

        Re:   *Emile Mazloum*
               *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*
               *Mazloum v. District of Columbia, et al., Case No.:* 06-0002

Dear Mr. Wahlquist:

Pursuant to our telephone conversation, enclosed please find a subpoena issued to JLM Direct Funding LTD. JLM served as a lender in a mortgage obtained by Emile Mazloum, Social Security Number 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. The property was purchased May 2005, in Annandale, Virginia.

This subpoena requests information regarding the mortgage application, including the original and final application signed at closing; pay stubs or any other form of proof of income provided by Mr. Mazloum; bank account statements; and the HUD documents.

You do not need to appear at the required time. Instead, you can fax or email the records to Leticia.Valdes@dc.gov or (202) 727-3625. After faxing them, kindly mail the records to:

Leticia L. Valdes
Assistant Attorney General
Office of the Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001

---

441 4th Street, N.W., Sixth Floor South, Washington, D.C. 20001
(202) 442-9845 / FAX (202) 727-3625; e-mail: leticia.valdes@dc.gov

If you have any questions concerning this matter, do not hesitate to contact me.

Sincerely,

LINDA SINGER
Acting Attorney General for the District of Columbia

BY: _____
LETICIA L. VALDES
Assistant Attorney General

2
441 4th Street, N.W., Sixth Floor South, Washington, D.C. 20001
(202) 442-9845 / FAX (202) 727-3625; e-mail: leticia.valdes@dc.gov

Issued by the
# UNITED STATES DISTRICT COURT

### DISTRICT OF COLUMBIA
## SUBPOENA IN A CIVIL CASE

**Emile Mazloum v. District of Columbia, et al.**
**CASE NUMBER 06-CV-0002 (JDB)**
**TO:** JLM Direct Funding LTD
9235 Katy Freeway
Suite 160
Houston, TX 77024

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to produce documents in the above case. Please see attached notice to produce. **(You do not have to appear on February 02, 2007, if the documents requested in Attachment A, Notice to Produce are produced prior to that date).**

| PLACE OF PRODUCTION OF DOCUMENTS | DATE AND TIME |
|---|---|
| Office of the Attorney General for the District of Columbia<br>One Judiciary Square<br>441 4th Street, N.W., Sixth Floor South<br>Washington, D.C. 20001 | February 02, 2007<br>10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Leticia L. Valdes<br>Assistant Attorney General (Attorney for Defendant) | DATE AND TIME<br>1/23/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Leticia Valdes, Esq., Assistant Attorney General, (202) 442-9845; Michael Bruckheim, Esq., Assistant Attorney General, (202) 724-6649, 441 4th Street, NW, Washington, DC, 20001

(See Rule 45, Federal Rules of Civil Procedure, Parts C&D on Reverse)
If action is pending in district other than district of issuance, state district under case number.
AO 88 (Rev. 1/94) Subpoena In a Civil Case

ATTACHMENT A
NOTICE TO PRODUCE

**Emile Mazloum v. District of Columbia, et al.**
**CASE NUMBER 06-CV-0002 (JDB)**

Subpoena     Leonard Wahlquist
             Registered Agent
             JLM Direct Funding LTD

Please provide the following documents regarding a mortgage loan obtained by Emile Mazloum, Social Security Number 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, in 2005 for a property located in Annandale, Virginia:

1. Any and all documents provided by Emile Mazloum including pay stubs, W-2's or any other proof of income.

2. The original application and final application signed at closing by Emile Mazloum.

3. HUD Documents.

4. Any and all financial documents obtained from or about Mr. Emile Mazloum including bank statements, credit reports, and the like.