UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM                    :
                                 :
            Plaintiff            :
                                 :
    vs.                          :  Civil Action No.
                                 :  1:06:CV 00002
DISTRICT OF COLUMBIA,            :  (JDB)
    et al.                       :
                                 :
            Defendants           :

Washington, D.C.

February 26, 2007

Deposition of:

IMAD ALKADI,

called for oral examination by counsel for Plaintiff, pursuant to notice, at the Offices of the Attorney General, 441 4th Street, N.W, 6th Floor South, Washington, D.C., before Lynell C.S. Abbott, a Notary Public in and for the District of Columbia, beginning at 9:28 a.m., when were present on behalf of the respective parties:

Page 414

1   A   Yes.
2   Q   Sir, the next paragraph begins,
3  "John told Mike to shut up." Sir, did you
4  give that information to the FBI?
5   A   Yes.
6   Q   The next sentence reads, "John
7  said that Imad's actions could get Masoud in
8  trouble if Masoud pays Imad in cash." Sir,
9  did you give that information to the FBI?
10  A   Yes.
11  Q   Sir, the statement continues.
12 "John said to Imad, 'Maybe you don't have
13 legal papers to work here. If I was you, I'd
14 back off and not be a witness to nothing.'"
15 Sir, did you give that information to the FBI?
16  A   Yes.
17  Q   The next sentence reads, "Imad
18 said that the club's cameras had been
19 capturing everything" --
20      MR. CYNAMON:  "Watching
21 everything."
22      MR. FITZSIMMONS:  Excuse me.  I

Feder Reporting Company
(202) 863-0000

Page 415

1  misspoke. Let me take it from the top.
2       BY MR. FITZSIMMONS:
3   Q   Sir, the report continues, "Imad
4  said that the club's cameras had been watching
5  everything." Sir, did you give that
6  information to the FBI?
7   A   Yes.
8   Q   Sir, the report continues. "John
9  replied that he didn't think the cameras would
10 have captured what happened." Sir, did you
11 give that information to the FBI?
12  A   Yes.
13  Q   The report continues. "John's
14 reply made Imad think that John was about to
15 delete or already had deleted the camera's
16 footage from the previous night, which was
17 stored IN files on the computer." Sir, did
18 you give that information to the FBI?
19  A   No.
20  Q   Did you say anything to the FBI
21 about any sort of deletion of footage?
22  A   Yes.

Feder Reporting Company
(202) 863-0000

Page 416

1   Q   What did you say?
2   A   I told them that, when I asked
3  them about the camera, like you guys are
4  asking, "Like you don't know what happened.
5  Why don't you just go back to the tape and see
6  everything on camera?" And he's like, "What
7  camera? What are you talking about? We have
8  nothing here." And I told him, "Are you going
9  to tell me all these cameras, all this footage
10 you have on the system, you cannot find
11 anything? You cannot see anything?" And he
12 just didn't answer. He just ignored me.
13      So basically he's telling me like,
14 you know, "We have nothing." But I didn't say
15 anything about, you know, like I didn't tell
16 them that he deleted everything.
17  Q   You didn't tell them that he
18 deleted everything?
19  A   I didn't tell them he deleted
20 everything. He just said, "What are you
21 talking about? There is nothing. Everything
22 is gone."

Feder Reporting Company
(202) 863-0000

Page 417

1   Q   Well, "there is nothing,
2  everything is gone," what did you understand
3  "everything is gone" to mean?
4   A   Okay. What he tried to say -- he
5  didn't say it like, "Oh, yeah. I deleted, you
6  know, the footage. It's not on the computer
7  anymore." He basically said it in a way, you
8  know, that he never got it from the beginning.
9  He's saying he never had it on the system, you
10 know, never captured it.
11  Q   Well, did you ever hear him say,
12 "Everything is gone"?
13  A   Yes.
14  Q   I really don't understand. Why do
15 you think that he would say, "Everything is
16 gone" when what he meant was "We never had
17 anything"?
18  A   Well, see, I got myself confused.
19 When I was there, when I was in the meeting,
20 when I was talking to John, he told me, he was
21 like -- I'm like, "You should go ahead and
22 open up the cameras, because you guys have

Feder Reporting Company
(202) 863-0000

Page 418

```
1   everything. You guys have everything saved."
2   And he was like, "What are you talking about?"
3   I'm like, "Well, look in the cameras." He was
4   like, "I don't have it anymore. Everything is
5   gone."
6       Q   This was the next day.
7       A   That's the next day.
8       Q   And he said to you, "I don't have
9   it anymore. Everything is gone."
10      A   Yep. That was his words.
11      Q   What did you understand him to
12  mean by that?
13      A   This means he don't have, he
14  basically got rid of all the evidence.
15      Q   That's what you understood him to
16  mean?
17      A   Yep. If somebody is telling you,
18  "I don't have it in the system anymore," what
19  is that supposed to mean? It means everything
20  is gone. Everything is deleted. He don't
21  have it in the system anymore.
22      Q   Just previously you indicated you
```
Feder Reporting Company
(202) 863-0000

Page 419

```
1   thought he might have been telling you that it
2   might never have been captured.
3       A   Well, that was afterwards. After
4   he noticed that what he said was wrong, he was
5   trying to fix it. He was telling me it wasn't
6   even captured.
7       Q   But, in fact, you don't know
8   whether any image was ever captured.
9       A   I didn't see anything. I don't
10  know.
11      Q   No. That wasn't what I asked.
12  You don't know whether any image was captured
13  of any aspect of this incident.
14      A   Nope.
15      Q   Let me turn to Alkadi No. 3.
16  Given the hour, let's turn to the fourth page.
17      A   Okay.
18      Q   There's a sentence in the middle
19  of this page. "I looked at the screens," and
20  you're referencing the video surveillance
21  screens, "and said they could see on the tape
22  that Emile never hit anybody." You said that
```
Feder Reporting Company
(202) 863-0000

Page 420

```
1   to all present at that meeting?
2       A   Yes. I told them. They didn't
3   show me anything of Emile. I just tell them
4   -- you know, that's basically what I just said
5   earlier. I told them like "You're going to
6   tell me from all the footage you have in here
7   you cannot rewind and see what happened?"
8   That's basically what, the meaning of my
9   words, what I said.
10      Q   I mean isn't it possible that you
11  are just really ignorant of the way that their
12  system works?
13      A   Honestly, no, because you can see
14  -- I mean they have cameras, right? And the
15  cameras they have, they can see everything.
16  Trust me. They can see, like if you're
17  holding a phone, they can zoom, they can zoom
18  that picture to see what numbers you are
19  dialing. They're not going to find out who is
20  getting hit outside. I mean trust me. If
21  they want to find out, they'll find out.
22      Q   Well, forgive me, but we're not
```
Feder Reporting Company
(202) 863-0000

Page 421

```
1   really talking about trust here. We're
2   talking about what you know.
3       A   And I told you what I know.
4       Q   Do you have any idea what the
5   square footage of FUR Night Club is?
6       A   Okay. Well, when I was there he
7   was playing with the screens.
8       Q   No, no. Answer my question first,
9   please. Do you have any idea the square
10  footage of FUR Night Club?
11      A   No.
12      Q   Do you have any idea how many
13  operational security cameras they have in FUR
14  Night Club?
15      A   No.
16      Q   Do you have any idea whether the
17  security cameras in FUR Night Club are capable
18  of being redirected remotely?
19      A   No.
20      Q   Do you know whether the cameras
21  are in a fixed position in all the locations
22  that exist?
```
Feder Reporting Company
(202) 863-0000