FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  05/26/2005

John David Fiorito, date of birth: August 19, 1968, home address: 2701 Calvert Street, Northwest #702, cellular telephone: 305-321-5199, was interviewed at the Northern Virginia Resident Agency of the Federal Bureau of Investigation. After being advised of the identity of the interviewing agent and the nature of the interview, Fiorito provided the information which follows.

Fiorito's wife, Melissa, owns a 10% membership interest in FUR Nightclub. Fiorito does the lighting and the sound at FUR. Michael and Lilyan Rehman are the 90% owners of FUR. Michael Rehman goes by the name Romeo. Romeo's cellular telephone number is 202-489-9099. Fiorito has known Romeo for ten to twelve years.

On the evening of March 11th and the morning of March 12, 2005, Fiorito was at FUR. He had gotten there between 8:00 and 9:00 p.m. on March 11, 2005. Fiorito will go to FUR at least once a week to maintain the sound and lighting systems. During hours of operation, Fiorito travels throughout the club ensuring that the systems are working properly and will fix equipment if needed.

Between 1:00 and 2:00 a.m. on March 12, 2005, Fiorito walked through the tunnel and looked to his left and saw Thaddeus Modlin and Richmond Phillips, off duty Metropolitan Police Department (MPD) officers, attempting to subdue an unidentified male patron (hereinafter referred to as Male 1). Modlin and Phillips had Male 1 in a controlled hold and were dragging him and wrestling with him to get him through the crowd. When Fiorito reached the bottom of the stairs, Modlin, Phillips, and Male 1 all fell to the floor. Male 1 landed on the bottom of the stairs with Modlin and Phillips on top of Male 1. Within 30 seconds, off duty MPD officers, Anthony Ramirez and Louis Schneider joined Modlin and Phillips. Fiorito thought it was Ramirez who pulled out his handcuffs. It took the officers several minutes to subdue Male 1, who was "fighting hard," and place him in handcuffs. Male 1 was not compliant even after being placed in handcuffs.

Fiorito was unable to see Male 1's face inside the nightclub, one, due to the lighting conditions, two, it was hard to see him while they were in the pile on the floor, and three, Male 1 and the officers were in front of him as Male 1 was escorted out. Modlin and Phillips proceeded with Male 1 up the stairs, through

Investigation on  5/24/05  at  Falls Church, VA

File # 282A-WF-231445-15      Date dictated

by   SA Kimberly Alaniz

7664

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

D-302a (Rev. 10-6-95)

282A-WF-231445

Continuation of FD-302 of __John David Fiorito__ , On __5/24/05__ , Page __6__

that violated procedures and they did not fail to protect Male 1 from harm.

When Male 1 hit the stairs face first was when Male 1 probably injured his face and nose. Fiorito repeated he saw Male 1 go down face forward with the other officers.

There is a camera that covers the stairs leading to the tunnel. Fiorito drew on the map where the camera is located and the area it covers. The camera shows who comes down and who goes up the stairs. It is difficult to clearly make out individuals in the crowd of people that gather in front of the stairs. There is also a camera located outside the front door of the club. Since the incident occurred, more cameras have been installed. Every 48 to 72 hour period the cameras are set to re-record over the previous time period, so whatever is previously recorded is gone. Fiorito did go back and look at the video; however, he did not observe any of the activity in question. He did not recall if the camera located at the front of the club caught the activity as they exited the club. Fiorito questioned why no one from MPD came by to request the video. The video was not preserved from the night in question.

When Male 1 was taken outside the club, Fiorito recalled there were people outside, but he did not recall there being any lines or a large crowd of people. The activity outside involving Male 1 did not draw alot of attention. Fiorito is not aware of any patrons coming forward as witnesses.

The head of security for the nightclub is Dave McCloud. He can be reached at 240-793-5796. McCloud is at the nightclub on Thursday, Friday and Saturday, from between 7:00 and 8:00 p.m., until closing. McCloud will know who was stationed in front of the club.

J.C. was asked to provide a statement for Moss. McCloud will be able to provide telephone numbers for J.C. and Mike LNU.

Fiorito believes Male 1 targeted Ramirez because he saw him at the nightclub as well as at the 1st District the following day.

From 1989 until 2000, with the exception of 1995 through 1998, Fiorito has worked in law enforcement. From 1989 until 1991, Fiorito was an MPD officer. In 2000, Fiorito left law enforcement

7669