UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
EMILE MAZLOUM,                      )
                                    )
           Plaintiff,               )    Civil Action No. 1:06 CV 00002
                                    )    (JDB)
     v.                             )
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
           Defendants.              )
_____ )

### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiff Emile Mazloum, by and through counsel, hereby moves, pursuant to Fed. R. Civ. P. 6(b), to enlarge his time to file his Reply Brief in support of his Motion *in Limine* to Preclude the Admission or Use of Financial Evidence, and respectfully states as follows:

1. For the past three weeks, the parties to this lawsuit have been diligently briefing several pretrial motions *in limine* on evidentiary matters. Among the motions filed on November 14, 2007 (as per this Court's October 16, 2007 minute order) was Plaintiff's Motion *in Limine* to Preclude the Off-Duty Police Officer Defendants from use at trial of certain financial evidence introduced at Plaintiff's January 2007 deposition.

2. The Off-Duty Police Officer Defendants filed their opposition brief to this motion, pursuant to that same October 16th Minute Order, on November 21, 2007. Replies in support of all motions *in limine* are due November 28, 2007. The Plaintiff respectfully requests an enlargement of time of two days, or until November 30, 2007, to file his reply.

3. Plaintiff requires this short enlargement of time due to unanticipated work load burdens resulting from Plaintiff's counsel's attention to other matters parallel with this one. The

requested period of enlargement is modest and will not cause any delay in the forward progress of this action, or require any other pending scheduled dates to shift. Accordingly, good cause exists for granting this enlargement.

4.      Pursuant to Local Rule 7.1(m), counsel for the Plaintiff contacted counsel for the Off-Duty Police Officer Defendants in advance of making this motion. Those Defendants have graciously consented to the enlargement of time requested herein.

WHEREFORE, Plaintiff accordingly requests that he be granted an enlargement of time to file his Reply Brief in support of his Motion *in Limine* to Preclude the Admission or Use of Financial Evidence through and including November 30, 2007. A proposed order is attached.

Respectfully submitted,

Dated: November 28, 2007

/s/
Brian H. Corcoran (Bar No. 456976)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C. 20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com

Susan Huhta (Bar No. 453478)
Warren R. Kaplan (Bar No. 034470)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036
Ph: (202) 319-1000
Fax: (202) 319-1010
Warren_Kaplan@washlaw.org

Attorneys for Plaintiff
Emile Mazloum

2