## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06 CV 00002 |
| ) | (JDB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Unopposed Motion to enlarge his time to file his Reply Brief in support of his Motion *in Limine* to Preclude the Admission or Use of Financial Evidence and the memorandum in support thereof, it is, this __ day of November, 2007, hereby

**ORDERED AND ADJUDGED**, that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's time to file his Reply Brief in support of his Motion *in Limine* to Preclude the Admission or Use of Financial Evidence shall be and it hereby is enlarged from November 28, 2007 through and including November 30, 2007.

**ORDERED** in Chambers, this _____ day of _____, 2007.

_____
The Honorable John D. Bates
United States District Judge