AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

EMILE MAZLOUM,

       Plaintiff(s)  )  **APPEARANCE**

vs.  )  CASE NUMBER   06-002 (JDB)
DISTRICT OF COLUMBIA, et al.,  )

       Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Katherine Gillespie   as counsel in this
                        (Attorney's Name)

case for:   Emile Mazloum
       (Name of party or parties)

December 12, 2007
Date

*(signature)* Katherine A. Gillespie
Signature

Katherine Gillespie
Print Name

480013
BAR IDENTIFICATION

Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Suite 400
Address

Washington   DC   20036
City   State   Zip Code

202-319-1000
Phone Number