UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMILE MAZLOUM,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, et al.,**<br><br>    **Defendants.** | Civil Action No. 06-0002 (JDB) |

**ORDER**

Upon consideration of the parties' several motions *in limine*, the oppositions and replies thereto, and the entire record herein, and for the reasons explained in the Memorandum Opinion issued on this date, it is this 16th day of January, 2008 hereby:

1. **ORDERED** that [141] plaintiff's motion *in limine* to preclude the admission or use of financial evidence is **GRANTED IN PART** and **DENIED IN PART**; it is further

2. **ORDERED** that [142] plaintiff's motion *in limine* to re-open discovery for the purpose of deposing Mr. Diego Sequeira is **GRANTED**; it is further

3. **ORDERED** that [143] the FUR defendants' motion *in limine* to preclude evidence of the video surveillance system is **DENIED**; and it is further

4. **ORDERED** that [144] the FUR defendants' motion *in limine* to preclude evidence of FUR's employee manual is **GRANTED**.

    **SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  January 16, 2008