## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   Civil Action No. 06-002 (JDB) |
| | : |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| | : |
| Defendants. | : |

### NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Michael P. Bruckheim and Leticia L. Valdes, Assistant Attorney Generals, on behalf of the Defendant District of Columbia, and **withdraw** the appearance of David Jackson, Assistant Attorney General.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\_\_\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

\_\_\_\s\_____
MICHAEL P. BRUCKHEIM [455192]
LETICIA L. VALDES [461327]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202/724-6649; 202-442-9845; 202-727-6295
E-mail: Michael.bruckheim@dc.gov; Leticia.valdes@dc.gov