UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

         Plaintiff,

v.

DISTRICT OF COLUMBIA *et al.*,

         Defendants.

Civil Action No. 1:06 CV 00002 (JDB)

**CONSENT MOTION OF DEFENDANTS
NIGHT AND DAY MANAGEMENT, L.L.C. AND MICHAEL PERSONS
TO EXTEND THE DEADLINE FOR THE FILING
OF THE PRETRIAL STATEMENTS OF THE PARTIES HEREIN**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendants Night and Day Management, L.L.C. ("Night & Day Management") and Michael Persons (together, the "FUR Defendants"), by and through undersigned counsel, hereby submit this Consent Motion To Extend The Deadline For The Filing Of The Pretrial Statements Of The Parties Herein. For cause, the Fur Defendants state as follows:

    1.    Pursuant to the Scheduling Order, the Pretrial Statements of the parties are due on February 29, 2008.

    2.    Because of unforeseen time constraints on counsel's schedule, the parties are requesting a three-day extension to March 3, 2008 to file their pretrial statements.

    3.    All of the parties hereto consent to the relief sought herein.

**WHEREFORE**, the parties respectfully request that they be granted a three-day extension, until March 3, 2008, to file their pretrial statements.

Respectfully submitted,

/s/ Paul A. Fitzsimmons
_____
Thomas S. Schaufelberger, Bar No. 371934
Paul A. Fitzsimmons, Bar No. 444829
SAUL EWING LLP
2600 Virginia Avenue, N.W.
The Watergate—Suite 1000
Washington, D.C.  20037
Telephone: (202) 333-8800

Counsel for
Defendants Night & Day Management, LLC and
Michael Persons

Date:  February 27, 2008

## STATEMENT OF POINTS AND AUTHORITIES

1. Rule 6 of the Federal Court Rules of Civil Procedure.

2. The record herein.