UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>        Defendants. | Civil Action No. 1:06 CV 00002 (JDB) |

**ORDER**

This matter is before the Court on the Consent Motion of Defendants Night And Day Management, L.L.C. And Michael Persons To Extend The Deadline For The Filing Of The Pretrial Statements Of The Parties Herein (the "Motion"). Upon consideration of the Motion, it is this _____ day of _____, 2008, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the pretrial statements of the parties are now due on or before March 3, 2008.

_____
Judge