EX. A-1

## PLAINTIFF'S LIST OF EXHIBITS – "WILL USE" DOCUMENTS

**("DC" refers to documents produced by the Plaintiff; "D" refers to those produced by the District of Columbia and all affiliated defendants; "FUR" refers to documents produced by the FUR Defendants)**

| EX. # | DATE | BATES | DESCRIPTION | OBJECTION? | ADMITTED |
|---|---|---|---|---|---|
| 1 | 3/12/05 | DC 000115 - 00118 | Citizen Complaint Report | | |
| 2 | 3/12/05 | DC 000056-112 | Photographs of Mazloum's Injuries taken by Emile Mazloum | | |
| 3 | 3/12/05 | D 14 - 28 | Photographs of Mazloum's Injuries taken by MPD | | |
| 4 | 3/12/05 | DC 000002 - 000048 | Records of Mazloum Emergency Department visit at INOVA Alexandria Hospital | | |
| 5 | 3/18/05 | DC 000029 - 000048 | Operative Report and related records from Mazloum's Nasal Reduction Surgery at INOVA Franconia Springfield Surgery Center | | |
| 6 | 10/20/05 | DC 000049 - 000050 | Progress Notes of Dr. Heydarian re Nasal obstruction and congestion | | |
| 7 | 3/28/05 | DC 000148 - 000149 | Mazloum Receipt for ER Deposit | | |
| 8 | 4/22/05 | DC 000150 - 000152 | Statement for Anesthesia Services and Proof of Payment | | |
| 9 | 4/25/05 | DC 000153 - 000161 | Compilation of Bills from 03/12/2005 Emergency Department Visit | | |
| 10 | | DC 000162 - 000164 | Compilation of Bills from 03/18/2005 Nasal Reduction Surgery | | |
| 11 | 4/06/05 | DC 000165 - 000166 | Bills from 03/28/05 Spine Lumbosacral | | |
| 12 | 3/26/05 | DC 000168 | Statement for 03/12/2005 Emergency Department Visit | | |
| 13 | 4/27/05 | DC 000169 | Statement for 03/18/2005 Nasal Reduction Surgery | | |
| 14 | 5/05/05 | DC 000170 | Patient Ledger, INOVA Franconia Springfield Surgery Center | | |
| 15 | 3/15/05 | DC 000172 | Receipt for $110 Payment | | |
| 16 | 4/23/05 | DC 000173 - 000175 | Statement for 3/12/05 Emergency Department Visit and proof of payment | | |

| EX. # | DATE | BATES | DESCRIPTION | OBJECTION? | ADMITTED |
|---|---|---|---|---|---|
| 17 | 4/08/05 | DC 000176 - 000177 | Statement for 03/28/05 INOVA visit | | |
| 18 | 3/22/05 | DC 000178 | Statement for 03/22/05 Eye Exam | | |
| 19 | 6/15/05 | DC 000179 - 000180 | Letter from DC Crime Victims Compensation Program | | |
| 20 | 3/28/05 | DC 000181 | Dr. Orfaly Prescription | | |
| 21 | 4/28/05 | DC 000182 - 000183 | Letter from Office of Police Complaints | | |
| 22 | 3/16/05 | D 1 | Referral of investigation by MPD Office of Professional Responsibility | | |
| 23 | 3/14/05 | D 2 | MPD Complaint Summary Sheet | | |
| 24 | 3/22/05 | DC 000187 - 000188 | Invoice and Receipt for Eye Exam | | |
| 25 | 10/20/05 | DC 000189 | Dr. Heydarian Statement | | |
| 26 | 8/01/05 | DC 000190 - 000197 | Records from Mazloum Visit to Henrico Doctors' Hospital in Richmond, Va. | | |
| 27 | 3/28/05 | | Application for Crime Victims Compensation Program | | |
| 28 | 5/18/05 | | Letter from DC Crime Victims Compensation Program and attachment | | |
| 29 | 6/01/05 | | Letter from DC Crime Victims Compensation Program and attachments | | |
| 30 | 6/15/05 | | Letter from FBI to DC Crime Victims Compensation Program and attachments | | |
| 31 | 6/16/05 | | Letter from DC Crime Victims Compensation Program | | |
| 32 | | | Compilation of Medical Bills paid through DC Crime Victims Compensation Program | | |
| 33 | 7/11/05 | | Faxed letter from FBI to DC Crime Victims Compensation Program re Mazloum | | |
| 34 | 9/08/05 | | Letter from DC Crime Victim Compensation Program to Medicredit | | |
| 35 | 3/29/05 | | DC Crime Victim Compensation Program Law Enforcement Verification Form | | |
| 36 | 3/18/05 | | Mazloum Payment Agreement at INOVA Surgery Center | | |

| EX. # | DATE | BATES | DESCRIPTION | OBJECTION? | ADMITTED |
|---|---|---|---|---|---|
| 37 | | FUR 00272 - 00296 | FUR Employee Manual | | |
| 38 | April 1, 2004 | D 327 - 330 | MPD Special Order (SO-04-07): "Carrying Service Firearms While Off-Duty in the District of Columbia" | | |
| 39 | 10/27/02 | D 354 - 363 | MPD General Order (GO - RAR - 901.07) "Use of Force" | | |
| 40 | 3/16/06 | D 416 - 420 | MPD "Table of Offenses and Penalties" | | |
| 41 | 7/26/06 | | Excerpts from Video taken during Rule 34 Inspection of FUR Nightclub | | |
| 42 | | | Demonstrative exhibit summarizing Mazloum hospital and medical expenses | | |
| 43 | | | Demonstrative Exhibits Depicting FUR Nightclub floorplan and camera positioning within | | |
| 44 | 1/22/06 | | Excerpt from video taken by Skip Coburn at FUR Nightclub | | |
| 45 | 4/08/06 | | FUR Nightclub 2005 Tax Return | | |
| 46 | 3/05 | | Items of Clothing worn by Emile Mazloum at FUR Nightclub on March 11-12, 2005 | | |
| 47 | 7/24/05 | | Medical Record from Mazloum's Emergency Department Visit to Henrico Doctors' Hospital | | |

Ex. A-2

## PLAINTIFF'S LIST OF EXHIBITS – "MAY USE" DOCUMENTS
**(Other than documents to be used for impeachment or rebuttal)**

| EX. # | DATE | BATES | DESCRIPTION | OBJECTION? | ADMITTED |
|---|---|---|---|---|---|
| | 3/12/05 | DC 000113 - 000114 | MPD Witness Statement of Imad Alkadi | | |
| | 3/12/05 | DC 000119-000120 | MPD Witness Statement of Marwan Abi-Aad | | |
| | 2/24/06 | D 7641 - 43 | FBI Statement of Emile Mazloum | | |
| | 3/25/05 | D 7661-63 | FBI Statement of Marwan Abi-Aad | | |
| | 7/28/05 | D 7634-35 | FBI Statement of David McLeod | | |
| | 1/30/06 | D 7636 - 38 | FBI Statement of Skip Coburn | | |
| | 3/23/05 | D 7645 - 51 | FBI Statement of Emile Mazloum | | |
| | 5/26/05 | D 7664 - 7671 | FBI Statement of John Fiorito | | |
| | 3/25/05 | D 7682 - 89 | FBI Statement of Imad Alkadi | | |
| | 5/2/05 | D 7690 - 7702 | FBI Statement of Anthony Ramirez | | |
| | 10/31/05 | D 7703 - 7707 | FBI Statement of Thaddeus Modlin | | |
| | 11/21/05 | D 7708 - 7713 | FBI Statement of Louis Schneider | | |
| | 7/26/05 | D 7714 - 7718 | FBI Statement of Michael Persons | | |
| | | | Audio tape of March 10, 2005 phone answering machine message left by Anthony Ramirez | | |
| | | | Transcript of March 10, 2005 phone answering machine message left by Anthony Ramirez | | |
| | | | Transcript of September 5, 2006 trial proceedings in *Arizona v. Ramirez* (No. 20059036831) | | |
| | 6/22/06 | | Interrogatory Responses of FUR Defendants | | |
| | 1/26/07 | | FUR Defendants' Responses to Plaintiff's Requests for Admission | | |
| | 9/26/06 | | Interrogatory Responses of Anthony Ramirez | | |
| | 9/19/06 | | Anthony Ramirez's Responses to Plaintiff's First and Second Requests for Admission | | |

| EX. # | DATE | BATES | DESCRIPTION | OBJECTION? | ADMITTED |
|---|---|---|---|---|---|
| | | | Responses of Off-Duty Officers to Plaintiff's Requests for Admission | | |
| | 6/09/06 | | Off-Duty Officer Defendants' Rule 26(a) Disclosures | | |
| | 6/30/06 | | Off-Duty Officer Defendants' Amended Rule 26(a) Disclosures | | |
| | | | FUR Defendants' Rule 26(a) Disclosures | | |
| | 5/31/07 | | Ramirez's Answer to Second Amended Complaint | | |
| | 6/4/07 | | FUR Defendants' Answer to Second Amended Complaint | | |
| | 8/08/06 | | Deposition Testimony of Anthony Ramirez | | |
| | 10/03/06 | | Deposition Testimony of Thaddeus Modlin | | |
| | 10/04/06 | | Deposition Testimony of Richmond Phillips | | |
| | 11/13/06 | | Deposition Testimony of Louis Schneider | | |
| | 11/17/06 | | Deposition Testimony of Michael Persons | | |
| | 2/27/07 | | Deposition Testimony of David McLeod | | |
| | 2/14/08 | | Deposition Testimony of Diego Sequiera | | |