# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
EMILE MAZLOUM,                          )
                                        )
        Plaintiff,          )          Civil Action No. 1:06 CV 00002
                                        )          (JDB)
        v.                  )
                                        )
DISTRICT OF COLUMBIA, *et al.*,         )
                                        )
        Defendants.         )
_____)


## PLAINTIFF'S PROPOSED STANDARD JURY INSTRUCTIONS


**Taken From Standardized Civil Jury Instructions for the District of Columbia (Richard W. Stevens ed., 2007):**


| | | |
|---|---|---|
| 1. | 2-1 | Evidence in the Case |
| 2. | 2-6 | Jury's Recollection Controls |
| 3. | 2-8 | Burden of Proof |
| 4. | 3-1 | Jury To Determine Credibility of Witnesses |
| 5. | 3-2 | Number of Witnesses |
| 6. | 3-8 | Impeachment By Prior Inconsistent Statements |
| 7. | 4-5 | Consideration of the Evidence—Corporate Party's Agents and Employees |
| 8. | 12-1 | Damages—Jury to Award |
| 9. | 12-2 | Extent of Damages—Proximate Cause |
| 10. | 12-3 | Burden of Proof—Speculative Damages |

11.      12-5          Damage Verdict—Multiple Defendants

12.      13-1          Damages—Elements [omitting number 10]

13.      13-2          Permanent Injury Absent  Medical Testimony

14.      13-3          Medical Treatment—Past and Present

15.      16-3          Computation of Punitive Damage Award