UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
EMILE MAZLOUM,                      )
                                    )
            Plaintiff,              )    Civil Action No. 1:06 CV 00002
                                    )    (JDB)
      v.                            )
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
            Defendants.             )
_____)

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

1. Are you acquainted with or related to any of the parties?  The witnesses?  The lawyers?

2. Have you ever been in a nightclub during the past five years?

3. Are you familiar with FUR Nightclub?  Have you ever been there before?

4. Do you think that police officers tend to be more truthful than other people?

5. If a police officer were to testify that a certain thing happened, and a regular citizen (not a police officer) were to testify that the certain thing did not happen, would you be more apt to believe the police officer?

6. Are you or any of your friends or members of your family employed by law enforcement agencies, or have you (they) been so employed in the past?

7. Are your, or any of your friends or members of your immediate family, employed in a bar or nightclub or other place of business, or have you (they) ever been so employed ?

8.  Do you own or manage a business with employees?

9. Do you believe that police should be given more leeway in  arresting or otherwise dealing with  a person who appears to be of Muslim or Arab ethnicity?

10. Do you believe that  Muslims or Arabs living in this country are likely to be sympathetic with the terrorists who caused the devastation on Sept. 11, 2001?

11. Do you believe that there are too many immigrants in this country who do not speak English, or do not speak English as well as they should?

12. Do you think the government makes too many concessions to immigrants who do not speak English, and that as a result these people delay learning, or never learn to speak English?

13. Do you believe that immigrants from other countries tend to be less truthful than native-born Americans?

14. Do you believe people from middle eastern countries are less truthful than native-born Americans?

15. Is there any reason you feel you could not be impartial toward a plaintiff who emigrated from the Middle East?

16. Is there any reason you cannot be impartial toward a plaintiff from an Arab country of origin?

17. Do you have trouble understanding people with accents?

18. Is there any reason you feel you cannot be impartial toward a litigant or witness who speaks with an accent or is not completely fluent in English?

19. Do you believe that many people bring lawsuits in court which do not have a valid factual basis?

20. Do you have any bias or prejudice against people who file lawsuits in court to recover damages for personal injuries?

21. Do you believe that if you found the facts to be as they plaintiff alleges, you would be able to fully and fairly compensate plaintiff to the full extent of his damages, even though that might be a large number?

22. Do any of you have any beliefs, whether they may be moral, religious, philosophical or otherwise, that would prevent you from being a fair and impartial juror in this case?

23. Have any of you heard or read anything about this case on television, radio, the Internet, or in the newspaper?

    a. If so, based on what you have read or heard, have you formed an opinion as to what, if anything, really happened?

24. Have you discussed any aspect of this case with anyone who claimed to have knowledge of what actually occurred?

    a. If so, with whom and under what circumstances?

    b. What knowledge did this person claim to have?

    c. Have you formed some opinion based on what this person told you?

25. Do any of you have any physical or mental disability that will interfere with your service as a juror, or will prevent you from reading the documents that are introduced into evidence or from hearing the testimony that will come from the witness chair over there?

26. Are you currently taking medication of any kind that in any way may affect your attention or your ability to understand, consider, or weigh the evidence in this particular case?