UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EMILE MAZLOUM, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:06 CV 00002 (JDB) |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**<u>PLAINTIFF'S PROPOSED VERDICT FORM</u>**

**CLAIMS AGAINST DISTRICT OF COLUMBIA DEFENDANTS**

I. **Claims against Anthony Ramirez**

    A.    On the claim of Emile Mazloum against Anthony Ramirez for assault and battery, for whom do you find?

           Emile Mazloum ____        Anthony Ramirez _____

        1.    If you answered this question in favor of Emile Mazloum, what amount of damages do you award to Emile Mazloum against Anthony Ramirez?

           $_____

    B.    On the claim of Emile Mazloum against Anthony Ramirez for deprivation of his constitutional rights to be free from wrongful arrest and excessive use of force under the Fourth Amendment to the Constitution of the United States, for whom do you find?

           Emile Mazloum ____        Anthony Ramirez _____

        1.    If you answered this question in favor of Emile Mazloum, what amount of damages do you award to Emile Mazloum against Anthony Ramirez?

           $_____

    C.    On the claims of Emile Mazloum against Anthony Ramirez for discrimination on the basis of actual or perceived race, appearance, religion or national origin, for whom do you find?

           Emile Mazloum ____        Anthony Ramirez _____

    1.    If you answered this question in favor of Emile Mazloum, what amount of damages do you award to Emile Mazloum against Anthony Ramirez?

    $_____

## II. Claims Against Thaddeus Modlin

    A.    On the claim of Emile Mazloum against Thaddeus Modlin for assault and battery, for whom do you find?

    Emile Mazloum _____    Thaddeus Modlin _____

    1.    If you answered this question in favor of Emile Mazloum, what amount of damages do you award to Emile Mazloum against Thaddeus Modlin?

    $_____

    B.    On the claim of Emile Mazloum against Thaddeus Modlin for deprivation of his constitutional rights to be free from wrongful arrest and excessive use of force under the Fourth Amendment to the Constitution of the United States, for whom do you find?

    Emile Mazloum _____    Thaddeus Modlin _____

    1.    If you answered this question in favor of Emile Mazloum, what amount of damages do you award to Emile Mazloum against Thaddeus Modlin?

    $_____

    C.    On the claims of Emile Mazloum against Thaddeus Modlin for discrimination on the basis of actual or perceived race, appearance, religion or national origin, for whom do you find?

    Emile Mazloum _____    Thaddeus Modlin _____

      1.      If you answered this question in favor of Emile Mazloum, what amount of damages do you award to Emile Mazloum against Thaddeus Modlin?

           $_____

III.    **Claims against Richmond Phillips**

    A.    On the claim of Emile Mazloum against Richmond Phillips for assault and battery, for whom do you find?

           Emile Mazloum ____       Richmond Phillips _____

      1.      If you answered this question in favor of Emile Mazloum, what amount of damages do you award to Emile Mazloum against Richmond Phillips?

           $_____

    B.    On the claim of Emile Mazloum against Richmond Phillips for deprivation of his constitutional rights to be free from wrongful arrest and excessive use of force under the Fourth Amendment to the Constitution of the United States, for whom do you find?

           Emile Mazloum ____       Richmond Phillips _____

      1.      If you answered this question in favor of Emile Mazloum, what amount of damages do you award to Emile Mazloum against Richmond Phillips?

           $_____

    C.    On the claims of Emile Mazloum against Richmond Phillips for discrimination on the basis of actual or perceived race, appearance, religion or national origin, for whom do you find?

           Emile Mazloum ____       Richmond Phillips _____

        1.      If you answered this question in favor of Emile Mazloum, what amount of damages do you award to Emile Mazloum against Richmond Phillips?

            $_____

IV.    **Claims against Louis Schneider**

    A.    On the claim of Emile Mazloum against Louis Schneider for assault and battery, for whom do you find?

        Emile Mazloum _____        Louis Schneider _____

        1.      If you answered this question in favor of Emile Mazloum, what amount of damages do you award to Emile Mazloum against Louis Schneider?

            $_____

    B.    On the claim of Emile Mazloum against Louis Schneider for deprivation of his constitutional rights to be free from wrongful arrest and excessive use of force under the Fourth Amendment to the Constitution of the United States, for whom do you find?

        Emile Mazloum _____        Louis Schneider _____

        1.      If you answered this question in favor of Emile Mazloum, what amount of damages do you award to Emile Mazloum against Louis Schneider?

            $_____

    C.    On the claims of Emile Mazloum against Louis Schneider for discrimination on the basis of actual or perceived race, appearance, religion or national origin, for whom do you find?

    Emile Mazloum \_\_\_\_    Louis Schneider \_\_\_\_\_

1. If you answered this question in favor of Emile Mazloum, what amount of damages do you award to Emile Mazloum against Louis Schneider?

    $_____

V. **Punitive Damages**

Do you find that punitive damages should be awarded against any or all of the individuals listed below, and if so, in what amount?

Anthony Ramirez: Yes \_\_\_\_\_ Amount: _____ No: _____

Thaddeus Modlin: Yes \_\_\_\_\_ Amount: _____ No: _____

Richmond Phillips: Yes \_\_\_\_\_ Amount: _____ No: _____

Louis Schneider: Yes \_\_\_\_\_ Amount: _____ No: _____

If you find for Emile Mazloum on any of the above questions, proceed to VI. If you did not find for Emile Mazloum on any of the above claims, proceed to VII.

VI. **Claims against District of Columbia**

    A.    Under the law as given to you in the instructions, regarding each of the four police officer defendants mentioned above, do you find that they were acting within the scope of their employment as police officers for the District of Columbia when they engaged in discrimination on the basis of actual or perceived race, appearance, religion or national origin on March 12, 2005?

Ramirez:    Yes _____    No _____

Modlin:    Yes _____    No _____

Phillips:    Yes _____    No ____

Schneider:    Yes _____    No _____

    B.    Under the law as given to you in the instructions, regarding each of the four police officer defendants mentioned above, do you find that they were acting in connection with their employment and that their conduct was not unforeseeable in view of their employment duties, even if their conduct was not authorized, when they committed assault and battery on Emile Mazloum on March 12, 2005?

    Ramirez:    Yes _____    No _____

    Modlin:    Yes _____    No _____

    Phillips:    Yes _____    No _____

    Schneider:    Yes _____    No _____

**CLAIMS AGAINST FUR DEFENDANTS**

VII.   **Claims against Michael Persons**

    A.   Under the law as given to you on the claim of Emile Mazloum against Michael Persons for assault and battery, for whom do you find?

        Emile Mazloum _____   Michael Persons _____

    1.   If you answered this question in favor of Emile Mazloum, what amount of damages do you award to Emile Mazloum against Michael Persons?

        $_____

VIII.   **Punitive Damages against Michael Persons**

Do you find that punitive damages should be awarded against Michael Persons, and if so, in what amount?

Michael Persons:   Yes _____   Amount: _____   No: _____

If you find for Emile Mazloum against Michael Persons on question VII.A., proceed to the next two questions.

IX.   **Claims against Night & Day LLC**

    A.   Do you find that Michael Persons was acting in connection with his employment as a bouncer and that his conduct was not unforeseeable in view of his employment duties, even if his conduct was not authorized, when he committed assault and battery on Emile Mazloum on March 12, 2005?

        Yes _____   No _____

X.  **Punitive Damages against Night & Day LLC**

    A.  Under the law as given to you in the instructions, do you find that punitive damages should be awarded against Night & Day LLC, and if so, in what amount(s)?

        Yes _____    Amount:_____    No _____