UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
EMILE MAZLOUM,                  )
                                )
            Plaintiff,          )   Civil Action No. 1:06 CV 00002
                                )   (JDB)
       v.                       )
                                )
DISTRICT OF COLUMBIA, *et al.*, )
                                )
            Defendants.         )
_____)

**PLAINTIFF'S PROPOSED SPECIAL INTERROGATORIES
TO AID THE COURT'S QUALIFIED IMMUNITY DETERMINATION**

Please answer the following questions by checking Yes or No.

1. Prior to the Off-Duty Officers' intervention in the incident between Mr. Mazloum and the Defendant Persons, do you find it more likely than not that Mr. Mazloum had engaged in any level of criminal conduct sufficient to attract or involve the police?

    Yes _____       No _____

2. Do you find it more likely than not that Mazloum was attacked by the Defendant Persons?

    Yes _____       No _____

3. Do you find it more likely than not that Mazloum was pinned to the ground prior to the Off-Duty Officers' intervention?

    Yes _____       No _____

4. Do you find it more likely than not that the Off-Duty Officers did not witness the start of the interaction between Mr. Mazloum and Defendant Persons?

    Yes _____       No _____

5. Do you find it more likely than not that Mazloum was not a threat to the safety of the Off-Duty Officers before they became involved in the incident?

    Yes _____       No _____

6. Do you find it more likely than not that Mazloum was not a threat to the safety of other patrons at the FUR Nightclub before the Off-Duty Officers became involved in the incident?

    Yes _____       No _____

7. Do you find it more likely than not that Mazloum was pushed and hit by the Off-Duty Officers?

    Yes _____       No _____

8. Do you find it more likely than not that Mazloum did not provoke the Off-Duty Officers after they intervened?

    Yes _____       No _____

9. Do you find it more likely than not that Defendant Ramirez punched Mr. Mazloum after he was handcuffed?

   Yes _____     No _____

10. Do you find it more likely than not that the Off-Duty Officers were drinking alcohol the evening of March 11, 2005?

    Yes _____     No _____

*Halcomb v. Washington Metro. Trans. Auth.*, 2007 WL 3406754, at *1-2 & n.2 (D.D.C. Nov. 14, 2007) (noting qualified immunity is a pure question of law and that trial court may separately ask jury to decide disputed factual issues before the court makes its own legal conclusion); *Pitt v. District of Columbia*, 491 F.3d 494, 509 (D.C. Cir. 2007) (citing *Knussman v. Maryland*, 272 F.3d 625, 634 (4th Cir. 2001) for proposition that ultimate legal question of qualified immunity is for the court, not the jury); *Ansley v. Heinrich*, 925 F.2d 1339, 1348 (11th Cir. 1991) (trial court should not mention qualified immunity to court).