UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-002 (JDB) |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS ANTHONY RAMIREZ, THADDEUS MODLIN, RICHMOND PHILLIPS AND LOUIS SCHNEIDER'S PROPOSED JURY INSTRUCTIONS**

DEFENDANT'S PROPOSED JURY INSTRUCTION NO. 1

**Plaintiff has the burden of proof**

Plaintiff has the burden of proof. If you find that the evidence is evenly balanced, then plaintiff has not met his burden. In that event, you must return a verdict for the defendant. *Lam v. Lam*, 188 S.E.2d 89, 90 (Va. 1972).

DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 2

**Do not consider attorney fees or costs.**

Should you find for the plaintiff and award damages in this case, you are instructed that such damages may <u>not</u> include any amount for attorney fees or for court costs.

Any award of fees and costs is entirely separate from the issues to be decided by you.

The court, at a later time, will determine the proper amount, if any of attorney's fees and court costs to award plaintiff.

*In Re. E.Q.B.,* 617 A.2d 199, 201, fn. 2 (D.C. App. 1992)

*District of Columbia v. Jerry M.,* 580 A.2d 1270, 1273 (D.C. App. 1990)

### DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 3

**Equality of Litigants**

You must consider and decide this case as an action between persons of equal standing in the community and of equal worth.  A municipal corporation, such as the District of Columbia, has the same right to a fair trial at your hands as a private individual has.  The law is no respecter of persons.  All persons, including municipal corporations, stand equal before the law and are to be dealt with as equals in a court of justice.

### DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 4

**No income taxes need be paid**

You are instructed that any monetary award granted to plaintiff is not subject to income taxation.  Therefore, you should not consider to what extent income taxes might reduce the amount to which plaintiff may be entitled.

*Psychiatric Institute v. Allen*, 509 A.2d 619 (D.C. 1986)

*Norfolk & Western Railroad v. Liepelt*, 444 U.S. 490 (1980).

### DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 5

**Punitive Damages Against the District of Columbia**

You are instructed that punitive damages are not allowed against the District of Columbia.  In other words, you are not to make any award against the District to send a message

to the District of Columbia employees, to teach them a lesson, or to punish the offender and to deter others from committing similar wrongs.

*Newport v. Fact Concerts, Inc.*, 453 U.S. 247 (1981)

*Smith v. District of Columbia*, 336 A.2d 831 (D.C. 1987)

## DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 6

You are instructed that no inference of liability whatever arises from the mere happening of an injury to the plaintiff. You are not to infer, just because the plaintiff may have been injured, that the District of Columbia or its employees acted improperly. On the contrary, the legal presumption is that reasonable conduct was exercised by the District and its employees. The burden of proof is on the party alleging wrongdoing, in this case the plaintiff, to overcome this presumption of reasonable conduct by a preponderance of the evidence and to prove that the conduct of the defendants, if established, was the proximate cause of the injury.

*Cf. F.W. Woolworth Co. v. Williams*, 41 F.2d 970 (D.C. Cir. 1930).
*Annie Martin v. United States*, 225 F.2d 945 (D.C. Cir. 1955).

## DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 7

You are instructed that the law provides that the police shall have the power and authority to immediately arrest, without warrant, and to take into custody, any person who shall commit, or threaten or attempt to commit, in the presence of the officer or within his view, any offense directly prohibited by Act of Congress, or by any law or ordinance in force in the District of

Columbia. Furthermore, you are instructed that should any member of the police fail to make an arrest for an offense against the law committed in his presence, such officer shall be deemed guilty of a misdemeanor and shall be punished.

D.C. Official Code § 5-115.03 (2001).
D.C. Official Code § 23-581 (2001).

## DEFENDANTS' PROPOSED JURY INSTRUCTION NO. 8

You are instructed that you must look at the alleged incident from the point of view of the officer on the scene rather than with the 20/20 vision of hindsight. You must allow for the fact that police officers are often forced to make split-second judgments about the level of response that is necessary in a particular situation, under circumstances that are tense, uncertain and rapidly-evolving.

*Graham v. Connor*, 109 S.Ct. 1865, 1872 (1989).

*Hudson v. McMillan*, 112 S.Ct. 995, 998 (1992).

                      Respectfully submitted,

                      PETER J. NICKLES
                      Interim Attorney General for the District of Columbia

                      GEORGE C. VALENTINE
                      Deputy Attorney General
                      Civil Litigation Division

                      _____\s_____
                      PATRICIA A. JONES [428132]
                      Chief, General Litigation Sec. IV

By: _____\\s\\_____
MICHAEL P. BRUCKHEIM [455192]
LETICIA VALDES [461327]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-442-9845;202-727-6295
E-mail: Michael.bruckheim@dc.gov;
Leticia.valdes@dc.gov
Counsel for Defendants District of
Columbia, Ramirez, Modlin,
Phillips and Schneider