UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | * |
| | * |
|     Plaintiff, | * |
| | * |
|         v. | *   C.A. No. 06-00002 (JDB) |
| | * |
| DISTRICT OF COLUMBIA, *et al.*, | * |
| | * |
|     Defendants. | * |
|   | * |

NOTICE OF WITHDRAWAL

THE CLERK WILL PLEASE withdraw the appearance of Assistant Attorney General David A. Jackson as counsel for Defendant District of Columbia as Michael P. Bruckheim has entered his appearance on behalf of the Defendant District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/
DAVID A. JACKSON
Assistant Attorney General
Bar Number 471535
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov