UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
EMILE MAZLOUM,                )
                              )
        Plaintiff,            )   Civil Action No. 1:06 CV 00002
                              )   (JDB)
    v.                        )
                              )
DISTRICT OF COLUMBIA, *et al.*,)
                              )
        Defendants.           )
_____)

**PLAINTIFF'S UNOPPOSED EMERGENCY MOTION
TO CONTINUE PRETRIAL CONFERENCE**

Plaintiff Emile Mazloum, by and through counsel, hereby moves, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 16.1(b), to continue the pretrial conference, presently scheduled for March 7, 2008 at 9:15 a.m., to the next date mutually convenient to the Court and the parties, and respectfully states as follows:

1.  By this Court's December 14, 2007 Order, the final pretrial conference in this matter was set for March 7, 2008, with trial to commence on April 23, 2008.

2.  A member of one of the Plaintiff's co-counsel's extended family died this week. The funeral has been set for the afternoon of Friday, March 7th in Delaware, which will entail travel on the part of the affected counsel. As a result, Plaintiff's complete trial team would have a difficult time attending the pretrial conference as presently scheduled.

3.  Good cause exists for the requested continuance. With trial over six weeks away, there remains time in March to reschedule the pretrial conference. Moreover, as the Court is aware, there are lingering issues relating to the interlocutory appeal brought by Defendant Off-Duty Officers which will impact the trial. Specifically, Plaintiff's motion to dismiss the interlocutory

appeal is pending, but is likely to be ruled upon before the end of the month (and in fact Plaintiff has requested expedited resolution of the motion by March 21, 2008). Since the resolution of that motion will affect what claims are tried, it may make sense to set the pretrial conference for a date after the date by which the D.C. Circuit's ruling is anticipated.

    4.    Pursuant to Local Rule 7(m), counsel for the Plaintiff contacted all Defendants' counsel in advance of making this motion. The Defendants have graciously consented to the continuance requested herein.

WHEREFORE, Plaintiff requests that the pretrial conference, presently scheduled for March 7, 2008, be scheduled to the next date mutually convenient to the Court and the parties. A proposed order is attached.

Respectfully submitted,

Dated: March 6, 2008

/s/
Brian H. Corcoran (Bar No. 456976)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C. 20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com

Susan Huhta (Bar No. 453478)
Warren R. Kaplan (Bar No. 034470)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C. 20036
Ph: (202) 319-1000
Fax: (202) 319-1010
Warren_Kaplan@washlaw.org

Attorneys for Plaintiff
Emile Mazloum