## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06 CV 00002 |
| ) | (JDB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

UPON CONSIDERATION of Plaintiff's Unopposed Emergency Motion to Continue the March 7, 2008 Pretrial Conference, and the memorandum in support thereof, it is, this __ day of March, 2008, hereby

**ORDERED AND ADJUDGED**, that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED**, that the pretrial conference in this matter, presently scheduled for March 7, 2008 at 9:15 a.m., be and it hereby is continued to _____, 2008.

**ORDERED** in Chambers, this _____ day of _____, 2008.

_____
The Honorable John D. Bates
United States District Judge