UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | ) | |
| | ) | |
| Plaintiff, | ) | 06-CV-0002 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk of said Court will please **enter** the appearance of Shameka L. Gainey, Special Assistant Attorney General, on behalf of defendants Anthony Ramirez, Thaddeus Modlin, Richmond Phillips, Louis Schneider, and the District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Patricia A.Jones_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

/s/ Shameka L. Gainey_____
SHAMEKA L. GAINEY [493891]
Special Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6520; 202-724-6295
Shameka.gainey@dc.gov