A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

EMILE MAZLOUM,

    Plaintiff(s)

vs.

DISTRICT OF COLUMBIA, et al.,

    Defendant(s)

**APPEARANCE**

CASE NUMBER 06-002 (JDB)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Katherine Gillespie of WilmerHale LLP  as counsel in this
    (Attorney's Name)

case for: Emile Mazloum
    (Name of party or parties)

March 21, 2008
Date

Signature (Katherine Gillespie)

Katherine Gillespie
Print Name

480013
BAR IDENTIFICATION

Wilmer Cutler Pickering Hale and Dorr LLP
Address

1875 Pennsylvania Ave, NW, Wash DC 20006
City    State    Zip Code

202-663-6575
Phone Number