# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-7169**  **September Term, 2007**

06cv00002

Filed On: March 19, 2008

Emile Mazloum,
     Appellee

v.

District of Columbia, et al.,
     Appellees

Thaddeus Modlin, et al.,
     Appellants



**BEFORE:** Henderson, Rogers, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion to dismiss or for summary affirmance, which includes a request to expedite proceedings; the response thereto; and the reply, it is

**ORDERED** that the motion to dismiss be referred to the merits panel to which this appeal is assigned. The parties are directed to address in their briefs the issues presented in the motion to dismiss rather than incorporate those arguments by reference. It is

**FURTHER ORDERED** that the motion for summary affirmance be denied. It is

**FURTHER ORDERED** that the request to expedite consideration of the motion to dismiss or for summary affirmance be denied.

**Per Curiam**