UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM                    :
                                 :
           Plaintiff             :
                                 :
    vs.                          : Civil Action No.
                                 : 1:06:CV 00002
DISTRICT OF COLUMBIA,            : (JDB)
  et al.                         :
                                 :
           Defendants            :

Washington, D.C.

February 23, 2007

Deposition of:

    NIGHT AND DAY MANAGEMENT, LLC

      Designated Representative

        JOHN FIORITO,

called for oral examination by counsel for Plaintiff, pursuant to notice, at the offices of Katten Muchin Rosenman, LLP, 1025 Thomas Jefferson Street, N.W., East Lobby, Suite 700, Washington, D.C., before Lynell C.S. Abbott, a Notary Public in and for the District of Columbia, beginning at 1:46 p.m., when were present on behalf of the respective parties:

Page 6

```
 1  prior?
 2      A   My attorney that represents Night
 3  and Day went over the document, the
 4  questionnaire that you have.
 5          MR. FITZSIMMONS:  This is the
 6  30(b)(6) Notice.
 7          THE WITNESS:  Right.
 8          BY MR. NAPOLI:
 9      Q   The Exhibit A to the 30(b)(6)
10  notice.
11      A   Yes, sir.
12      Q   No other documents?
13      A   No.
14      Q   What is your relation to Defendant
15  FUR?
16      A   I install and design the lighting
17  and sound system for the venue, and initially
18  set it up.
19      Q   When you say initially set it up,
20  do you mean the company, the sound and
21  lighting?  What are you referring to?
22      A   I set up the sound, the lighting,
```
Feder Reporting Company
(202) 863-0000

Page 7

```
 1  and acted as a consultant to assist him in
 2  setting up procedures like his employee manual
 3  and tracking down the right people to assist
 4  him.
 5      Q   And when you say "him," you are
 6  referring to?
 7      A   Mr. Rehman.
 8      Q   Mr. Rehman, Michael Rehman?
 9      A   Michael Rehman.
10      Q   So at that time you assisted
11  Mr. Rehman with the lighting, sound, the
12  employee manual.  Anything else?
13      A   Setting up the Club Zone for the
14  police, writing a letter for him.
15      Q   We'll get back to the Club Zone a
16  little later.  Anything else?  Any other
17  advice you gave him?
18      A   No.
19      Q   Do you have any other positions
20  with FUR?
21      A   No.
22      Q   Are you an employee?
```
Feder Reporting Company
(202) 863-0000

Page 8

```
 1      A   No.
 2      Q   Ownership interest?
 3      A   My spouse has ownership interest
 4  in it.
 5      Q   Do you still provide the lighting
 6  and sound for the FUR?
 7      A   It's in there.  It's been in there
 8  for two years now.  But I don't do anything
 9  anymore for them except occasionally maintain
10  it.  But now I don't even have to come up here
11  and maintain it because my sound and lighting
12  company that I'm affiliated with does
13  everything for me.
14      Q   Then how are you paid for those
15  services?
16      A   My wife is given a fixed
17  distribution.
18      Q   So you perform the services and
19  then your wife receives a fixed distribution?
20      A   Correct.  But the services were a
21  contribution initially.  They were the initial
22  contribution of the equipment and the
```
Feder Reporting Company
(202) 863-0000

Page 9

```
 1  installation.  There's nothing after that.
 2      Q   What do you mean there's nothing
 3  after that?
 4      A   It's a sound system.  You turn it
 5  on, you turn it off.
 6      Q   Right.  But I thought you said
 7  that you maintained it for a period of time.
 8      A   I did, but I didn't get
 9  compensated for that.  My wife was given --
10  that was included in the original agreement,
11  that I would make sure that the system
12  functioned correctly.
13      Q   So the actual physical system, the
14  initial install of that system, and I'm sure
15  probably a couple follow-ups to make sure it
16  was, you know, in tuned, that was all part of
17  what you would call your capital
18  contribution --
19      A   Correct.
20      Q   -- to the FUR, okay.  And through
21  that capital contribution your wife actually
22  has an ownership interest in FUR.
```
Feder Reporting Company
(202) 863-0000