## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | ) |
| Plaintiff, | ) Civil Action No. 1:06 CV 00002 |
| | ) (JDB) |
| v. | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion *In Limine* to Preclude the FUR Defendants from Using John Fiorito's Deposition Testimony at Trial, and the memorandum in support thereof, it is, this __ day of March, 2008, hereby

**ORDERED AND ADJUDGED**, that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED**, that Fiorito's deposition testimony may not be used in lieu of live testimony. If the FUR Defendants wish to offer his testimony, it must be in the form of either (a) a pre-videotaped direct and cross examination, (b) a live feed video hookup at the time of trial, or (c) live testimony with the witness in court

**ORDERED** in Chambers, this _____ day of _____, 2008.

_____
The Honorable John D. Bates
United States District Judge