# EXHIBIT 1

```
 1           UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF COLUMBIA
 2
 3
 3    EMILE MAZLOUM              :
 4                               :
 4              Plaintiff        :
 5                               :
 5       vs.                     :  Civil Action No.
 6                               :  1:06:CV 00002
 6                               :  (JDB)
 7    DISTRICT OF COLUMBIA,      :
 7       et al.                  :
 8                               :
 8              Defendants       :
 9
 9              Washington, D.C.
10              Tuesday, January 30, 2007
10
11    Videotaped Deposition of:
11
12              EMILE MAZLOUM
13    called for oral examination by counsel for
14    Defendants, pursuant to notice, at the offices
15    of the Attorney General, 441 4th Street, N.W,
16    6th Floor South, Washington, D.C. 20001,
17    before Lynell C.S. Abbott, a Notary Public in
18    and for the District of Columbia, beginning at
19    9:39 a.m., when were present on behalf of the
20    respective parties:
21
22
```

Page 317

1  A  Once.
2  Q  One time on and one time off?
3  A  Yes.
4  Q  How confident are you about that
5  recollection?
6  A  I'm very sure.
7  Q  You testified already, I believe,
8  that you went up one time to Mr. Persons and
9  he said, "No, you can't get on the stage," and
10 you went back down. Is that correct?
11       MR. CORCORAN: Objection; asked
12 and answered.
13       THE WITNESS: I didn't go on the
14 stage the first time. I just stepped one or
15 two steps up. And then he asked me to wait.
16       BY MR. FITZSIMMONS:
17 Q  Didn't you say "wait or something"
18 yesterday?
19 A  Yes.
20 Q  Okay. Well, you're not quite sure
21 what he said? Is that the idea?
22 A  Yeah, I'm sure.

Page 318

1  Q  What did he say?
2  A  He said, "Wait. Don't come here,"
3  or something like that, you know.
4  Q  Either "wait" or "don't come here"
5  or something.
6  A  He said, "Wait." I don't know,
7  the noise there and everything. But he said,
8  "Wait." That's what I --
9  Q  Well, did he say, "Wait" or did he
10 say, "Don't come here"?
11       MR. CORCORAN: Objection; asked
12 and answered.
13       THE WITNESS: He said "Wait."
14       BY MR. FITZSIMMONS:
15 Q  Did you have any idea what he was
16 asking you to wait for?
17 A  No.
18 Q  Well, I take it since you said
19 there was one time when you were on the stage
20 and off the stage, that you weren't counting
21 that one time we just talked about with
22 Mr. Persons.

Page 319

1       MR. CORCORAN: Objection; assumes
2  that waiting in line is equivalent to being on
3  the stage.
4       THE WITNESS: When I was on the
5  stage, I was once on the stage. When I talked
6  to Mr. Persons, I was on the steps of the
7  stage.
8       BY MR. FITZSIMMONS:
9  Q  Other than that exchange with
10 Mr. Persons, when you were on the steps and
11 you turned around and left, did you have any
12 other exchanges of words with Mr. Persons that
13 evening?
14 A  No, sir.
15 Q  Other than the one time that you
16 were on the stage dancing with the woman you
17 met in the bar and other than the time that
18 you talked with Mr. Persons and you weren't
19 able to get onto the stage, did you have any
20 other dealings with the stage that evening?
21 A  I'm sorry. What do you mean?
22 Q  Did you try to get on the stage

Page 320

1  and fail at any other time besides the time
2  that we discussed about Mr. Persons?
3  A  No, sir.
4  Q  You testified that Mr. Persons was
5  at the top of the steps to the stage and that
6  someone else was at the bottom of the stairs
7  holding the chain?
8  A  Yes, sir.
9  Q  Do you know why there were people
10 manning the stage steps that evening?
11 A  No, sir.
12 Q  You don't have any idea?
13 A  No, sir.
14 Q  Do you think it might have been to
15 keep some people from going up on the stage?
16 A  Maybe, sir.
17 Q  Maybe? Yeah. Did you notice that
18 more women were on the stage than men?
19 A  No, sir.
20 Q  Did you know of any preference
21 that FUR had to allow women on the stage than
22 to allow men?

Page 337

1  yourself up or whether you took the stairs?
2     A   I don't remember that I said
3  anything.
4     Q   Is it possible that you told them
5  that you boosted yourself up or think you
6  might have?
7        MR. CORCORAN: Objection. He just
8  said he didn't remember.
9        THE WITNESS: I don't remember.
10       BY MR. FITZSIMMONS:
11    Q   Okay. You did tell them that you
12 remembered getting up on the stage and
13 dancing?
14    A   Yes, sir.
15    Q   Okay. The report continues.
16 "After dancing for about 15 minutes, Mazloum
17 walked to the stairs leading off the stage and
18 walked down the first step or two."
19       Mr. Mazloum, did you give this
20 information to the FBI?
21    A   I think so.
22    Q   The report continues. "Marwan was

Page 338

1  still working the chain at the bottom of the
2  stairs leading to the stage, and Mazloum
3  paused on the first or second step down the
4  stairs to let people entering the stage pass
5  him."
6        Sir, did you give this information
7  to the FBI?
8     A   I think so.
9     Q   The report continues. "While he
10 waited on the first or second stair from the
11 top, Mazloum was grabbed from behind in a bear
12 hug and Mazloum did not know the identity of
13 the person holding him."
14       Sir, did you give this information
15 to the FBI?
16    A   Yes.
17    Q   Sir, the report continues.
18 "Mazloum began twisting to free himself from
19 the hold and saw that it was Security 1 who
20 was restraining him."
21       Sir, did you give this information
22 to the FBI?

Page 339

1     A   I don't think so.
2     Q   In what respect is that statement
3  inaccurate, in your view?
4     A   I was trying to tell them that I
5  was trying to move to see who grabbed me from
6  behind.
7     Q   And you weren't twisting to free
8  yourself?
9     A   Yes, sir.
10    Q   My statement is correct, you were
11 not trying to free yourself?
12    A   No. I tried to free myself.
13    Q   Did you see that it was what they
14 termed Security 1, which is Michael Persons?
15    A   No, sir.
16    Q   You twisted but you could not see
17 it was Michael Persons?
18    A   No, sir.
19    Q   So your testimony is that you did
20 not tell the FBI that you saw that it was
21 Security 1, Michael Persons, who was
22 restraining you.

Page 340

1     A   I don't remember saying that.
2     Q   Is it possible that you said that?
3        MR. CORCORAN: Let me make an
4  objection. Maybe the witness should leave the
5  room so he's not keyed by my objection.
6        Remember to take off your
7  microphone.
8        (Witness departs.)
9        MR. CORCORAN: Here's my
10 objection. Two components to it. The first
11 component is that, just to set the record
12 straight, the FBI's investigation of this
13 incident began months before this interview
14 with Mr. Mazloum. And much of the interview
15 that your questioning has to do with involved
16 confirming facts or asking him small parts of
17 information that's contained in that report.
18       And I don't think it's purported
19 by anyone that Mr. Mazloum reviewed that
20 report, signed it, verified it before it was
21 prepared. And that needs to be understood on
22 the record.

32 (Pages 337 to 340)

Page 365

1  fourth attorney of four asking my client
2  questions, he's very tired at this point, I
3  think it's become abusive.
4          MR. FITZSIMMONS: Judge, if I may
5  briefly. I'm asking him whether he gave
6  statements to the FBI that the FBI said he
7  gave statements of. And in some cases he's
8  saying no. And I want to know, I need to
9  know, I think it's fair for me to know, I
10 think I can fit my own discovery ways to
11 figure this out, whether it's abusive or not,
12 or, excuse me, whether he has stated this or
13 not. And it's not taking forever.
14         This isn't beyond what I
15 understood the agreement to be, that he was
16 going to get a translator even though he could
17 speak pretty decent English, and that we were
18 going to go two days and not one. And we've
19 got four sets of counsel here. We have a
20 translator on top of it. I don't think two
21 days is in any regard abusive, given the fact
22 that this Plaintiff has chosen to sue four

Page 366

1  sets of parties.
2          And moreover, the notion that I'm
3  not reploughing old ground -- Mr. Corcoran has
4  said, "Well, they seem to have been dividing
5  this up." Well, no, not exactly. We come in
6  and I see what the other counsel already hit
7  and I don't hit it. But we've not been
8  through these FBI reports. I want to know
9  what he provided to them and what he did not,
10 especially given that the reports themselves
11 purport to say that he gave it all and he's
12 saying, "No, I didn't tell them that."
13         THE COURT: All right. It seems
14 to me that there's no easy answer to this type
15 of dispute other than for counsel to get along
16 and sort of bend and get through something
17 like this. We're at the point where that
18 hasn't worked. And therefore I need to make a
19 monumental decision, and that is how much
20 longer this deposition that has been going on
21 for a day and maybe close to two-thirds can
22 go.

Page 367

1          And my well-reasoned decision
2  based on everything in front of me is that
3  four hours ought to be plenty. So you got 90
4  minutes, Mr. Fitzsimmons. Unless there's some
5  attempt to delay or avoid answering, finish it
6  up in 90 minutes. That's my decision.
7          MR. FITZSIMMONS: Thank you, sir.
8          MR. JACKSON: Thank you, Your
9  Honor.
10         THE COURT: All right. Have a
11 good day.
12         MR. CORCORAN: Thanks, Judge.
13         (End of Teleconference with Judge
14 Bates.)
15         MR. CORCORAN: I'm not going to
16 ask any redirect in this circumstance. So
17 we'll end the deposition in 90 minutes. Is it
18 agreed?
19         MR. FITZSIMMONS: Yeah. Let's
20 synchronize watches here. Quarter to 4:00.
21         MR. BRUCKHEIM: Can we go off the
22 record for a second?

Page 368

1          (Recessed at 3:47 p.m.)
2          VIDEOGRAPHER: We're back on the
3  record at 3:02 p.m.)
4          BY MR. FITZSIMMONS:
5     Q    Sir, the report continues.
6  "Mazloum was dragged up the stairs through the
7  tunnel and out the front of the club."
8          Sir, did you give that information
9  to the FBI?
10    A    Not exactly.
11    Q    How is that statement incorrect?
12    A    When you say that they dragged me
13 up the stairs and the hallway and all the way
14 outside --
15    Q    That's incorrect?
16    A    That's incorrect.
17    Q    Okay. What was correct about how
18 you got out of the club?
19         MR. CORCORAN: Objection; asked
20 and answered.
21         THE WITNESS: They hold me with my
22 two arms, they dragged me on the steps, and

39 (Pages 365 to 368)

Page 369

1  then I walk outside.
2       BY MR. FITZSIMMONS:
3    Q   Okay. When you got out the front
4  door of the FUR Night Club, there were steps
5  that led down to the sidewalk. Is that
6  correct?
7    A   I think so.
8    Q   The men still had you by each arm
9  at that point?
10   A   I think so.
11   Q   But all three of you were walking?
12   A   Yes, sir.
13   Q   And you walked down the stairs
14 with the three men?
15   A   Yes, sir.
16   Q   While you were on the stairs, was
17 anybody -- excuse me. Strike that. While you
18 were on those -- strike that.
19       From the time that you exited
20 FUR's main front door to the time that you got
21 to the sidewalk in front of that front door,
22 was anyone hitting you?

Page 370

1       MR. CORCORAN: Objection; asked
2  and answered yesterday.
3       THE WITNESS: No, sir.
4       BY MR. FITZSIMMONS:
5    Q   At that same period of time was
6  anyone assaulting you other than in the sense
7  that they had you by the arms and were leading
8  you?
9    A   No, sir.
10   Q   The February 23, 2006 FBI report
11 continues. "When uniformed MPD officers
12 arrived, Mazloum overheard Security 1 telling
13 the police that his hand had been injured in
14 the struggle."
15       Sir, did you give that information
16 to the FBI?
17   A   I don't remember.
18   Q   Is it possible you gave it to
19 them?
20   A   I don't remember.
21   Q   Do you have any reason to believe
22 when they write in their report "Mazloum

Page 371

1  overheard Security 1," that the FBI was making
2  something up?
3    A   I'm not saying that they are
4  saying something wrong. I'm just saying
5  because of the language matter.
6    Q   So you may have said that.
7    A   No, I didn't say that I said it.
8  I said maybe because of the language, maybe
9  they misunderstand, misunderstood me.
10   Q   Let me ask you: Did you overhear
11 Michael Persons telling the police that his
12 hand had been injured in the struggle?
13   A   I don't think so.
14   Q   The report continues. "Mazloum
15 has no idea how Security 1 could have been
16 injured or where any property damage may have
17 occurred as a result of the struggle involving
18 him."
19       Sir, did you give that information
20 to the FBI?
21   A   Could you repeat that question,
22 please?

Page 372

1    Q   Sure. The report continues,
2  "Mazloum has no idea how Security 1 could have
3  been injured or where any property damage may
4  have occurred as a result of the struggle
5  involving him."
6        Sir, did you give that information
7  to the FBI?
8    A   I don't remember.
9    Q   Is it possible you gave that
10 information to the FBI?
11   A   I don't remember.
12   Q   Sir, the report continues. "At
13 the time of the incident Mazloum did not know
14 where Imad was located."
15       Sir, did you give that information
16 to the FBI?
17   A   Can you just say from what time to
18 what time?
19   Q   The report reads, "At the time of
20 the incident Mazloum did not know where Imad
21 was located."
22       Did you give that information to