# EXHIBIT 3

1
         UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF COLUMBIA
3
   EMILE MAZLOUM                    :
4                                   :
              Plaintiff             :
5                                   :
      vs.                           :  Civil Action No.
6                                   :  06-002 (JDB)
   DISTRICT OF COLUMBIA,            :
7     et al.                        :
                                    :
8             Defendants            :
9                 Washington, D.C.
                  February 14, 2008
10
   Deposition of:
11
                  DIEGO SEQUEIRA,
12
13 called for oral examination by counsel for
14 Plaintiff, pursuant to notice, at the offices
15 of Katten Muchin Rosenman, LLP, 1025 Thomas
16 Jefferson Street, N.W., East Lobby, Suite 700,
17 Washington, D.C., before Lynell C.S. Abbott, a
18 Notary Public in and for the District of
19 Columbia, beginning at 1:02 p.m., when were
20 present on behalf of the respective parties:
21
22

Page 94

```
 1  to see what was going on?
 2      A.  The front camera.
 3      Q.  Just the front one.
 4      A.  Mmm-hmm.
 5      Q.  None of the other ones.
 6      A.  There's nothing going on inside.
 7      Q.  Nothing to see inside.
 8      A.  Why would I look inside?  There's
 9  nothing going on inside the club.
10      Q.  What would you do to reposition
11  it?
12      A.  What do you mean?
13      Q.  What would you do?  Use the mouse
14  and move it?
15      A.  Yeah.
16      Q.  Move the angle of the camera where
17  it's pointed at.
18      A.  Mmm-hmm.
19      Q.  Where would you point it to?
20      A.  Across the street.
21      Q.  That's the only one you'd move.
22      A.  Mmm-hmm.  I have no reason to move
```

Page 95

```
 1  anything else.
 2      Q.  How many times a week would you
 3  move it?
 4      A.  Probably every day.
 5      Q.  Every day.  But you said earlier,
 6  did you not, that you rarely changed the
 7  camera position?
 8      A.  During the night.
 9      Q.  But you also said, did you not,
10  that you rarely changed the camera position at
11  all?
12      A.  Hmm.
13      Q.  So now you are --
14      A.  I'm talking about the inside
15  cameras.  I never said nothing about the
16  outside camera.
17      Q.  So you are saying the inside
18  cameras --
19      A.  I'm talking about the inside
20  cameras are still, basically, except for the
21  bars.  I leave them alone.  The outside one I
22  do move on occasion, if there's some workers
```

Page 96

```
 1  coming in or something like that.
 2      Q.  The outside camera.
 3      A.  Yeah.
 4      Q.  Do you move the outside camera
 5  every day that FUR is open?
 6      A.  No.
 7          MR. FITZSIMMONS:  Objection; asked
 8  and answered.
 9          BY MR. CORCORAN:
10      Q.  You do not.
11      A.  No.  I just said I haven't looked
12  outside in who knows how long.
13      Q.  You would move it if you felt like
14  it.
15      A.  Yeah, if I felt like it.
16      Q.  It wasn't part of your daily --
17      A.  No.
18      Q.  -- responsibilities.
19      A.  No.
20      Q.  Do you ever recall an instance
21  where you moved it to point across the street
22  and then you didn't move it back at night?
```

Page 97

```
 1      A.  No.  I always move it back at
 2  night.
 3      Q.  You know for a fact you always
 4  moved it back at night?
 5      A.  Mmm-hmm, because I'm always
 6  looking at the lines at the beginning of the
 7  night, the middle of the night.
 8      Q.  You look at the lines.
 9      A.  Mmm-hmm.
10      Q.  But you said you don't always
11  monitor the cameras, right?
12      A.  Mmm-hmm.
13      Q.  Sometimes you don't monitor them
14  at all?
15      A.  Mmm-hmm.
16      Q.  So why are you looking at the
17  lines then?
18      A.  To see how busy it is.
19      Q.  So you're saying you always as a
20  rule as part of your tasks --
21      A.  I'm not talking about always.  I
22  never said always.
```

Feder Reporting Company
(202) 863-0000

Page 102

1   A.   The bar.
2   Q.   What bar?
3   A.   There's two of them.
4   Q.   So it can face one of two bars?
5   A.   No. There's two cameras.
6   Q.   Two cameras. There's a fixed one?
7   A.   No, there's two cameras that are
8   moving.
9   Q.   And where do they face?
10  A.   The bar.
11  Q.   Which bar?
12  A.   The main bar and the lobby bar.
13  Q.   One faces the main bar and one
14  faces the lobby bar?
15  A.   That's correct.
16  Q.   And both of these cameras can be
17  repositioned?
18  A.   Mmm-hmm.
19  Q.   And they can be repositioned such
20  that they would show down this tunnel that
21  leads to the staircase to the dance floor?
22  A.   One of them.

Page 103

1   Q.   One of them can. Now, you
2   testified earlier, did you not --
3   A.   I believe one of them -- I think
4   one of them is new.
5   Q.   One of them is what?
6   A.   I believe one of them is new.
7       MR. FITZSIMMONS: New.
8       BY MR. CORCORAN:
9   Q.   New, okay. New since when?
10  A.   I don't recall when we put it in.
11  Maybe a year or two ago we put it in. The
12  other one has been there since we opened.
13  Q.   So there's one that's been there
14  since you opened that can be positioned to
15  show down this tunnel to the staircase.
16  Correct?
17  A.   No, it's not positioned to watch
18  the tunnel. It's positioned to watch the bar.
19  Q.   But I'm not asking you where it's
20  normally positioned. I'm asking you can it be
21  positioned to show this.
22  A.   Yes.

Page 104

1   Q.   And it was your testimony earlier,
2   was it not, that the only camera you would
3   ever on occasion change the position of was
4   the one in the front? Right?
5       MR. FITZSIMMONS: Objection;
6   mischaracterizes.
7       THE WITNESS: No.
8       BY MR. CORCORAN:
9   Q.   What was your testimony then?
10  Tell me.
11      MR. FITZSIMMONS: Ask him a
12  question, though.
13      THE WITNESS: Huh?
14      BY MR. CORCORAN:
15  Q.   Did not you testify that you would
16  occasionally move the position of the front
17  camera to show across the street to look at
18  the methadone clinic? Correct?
19  A.   Yeah.
20  Q.   But didn't you also say that you
21  never would move any of the interior cameras
22  other than on an occasion in which you wanted

Page 105

1   to look at an issue of theft? Correct?
2   A.   That's correct.
3   Q.   So it would be your testimony that
4   the camera that would potentially shoot down
5   this tunnel that we're talking about would
6   never face down the tunnel.
7   A.   That's right.
8   Q.   It never would.
9   A.   What's the point of that? There's
10  no point to watch the tunnel. I have no
11  business watching the tunnel when I have no
12  money going through it. So what's the point
13  of watching that tunnel? Is there any money
14  value to it? No. So why would I put a camera
15  to the tunnel when it would have no money
16  value to it?
17  Q.   Okay. So if I told you that I had
18  an image taken on the day that Plaintiff
19  inspected the nightclub down the tunnel, you'd
20  say that's impossible. Right?
21  A.   No.
22  Q.   Well, how could it be that I would

27 (Pages 102 to 105)

Page 142

1  lawsuit.
2  Q. Did you even know when he asked
3  for this information that it had any
4  relationship to this lawsuit or --
5  A. Actually, no.
6  Q. Let me ask you about Exhibit 4.
7  Have you ever seen this image before?
8  A. Yeah.
9  Q. When did you see it?
10 A. Not too long ago. I don't recall.
11 Q. I don't want to know if your
12 counsel showed it to you, but I just want to
13 know what does it depict?
14 A. The dance floor.
15 Q. What's this big white square right
16 here?
17 A. That is a projector.
18 Q. What is that projector used for?
19 A. For movies, videos, the DJ.
20 Q. What's this structure right here?
21 A. It looks like part of the stage.
22 Q. The stage.

Page 143

1  A. Mmm-hmm.
2  Q. And to the right -- actually --
3  A. Something dark.
4  Q. There's a dark area here in the
5  picture. You can't make that out, but would
6  that be where the stairs are that would lead
7  under the stage?
8  A. I think they would go farther
9  back.
10 Q. There are stairs on that side.
11 A. Mmm-hmm.
12 Q. Does the camera that took this
13 image, does it turn any further to the right?
14 A. Mmm-hmm.
15 Q. And does it normally point in this
16 direction?
17 A. No.
18 Q. Where does it normally point?
19 A. The bar.
20 Q. So you turned it specifically for
21 him for this instance.
22 A. Mmm-hmm.

Page 144

1  Q. And do you know if on the night in
2  question, March 2005, what direction this
3  camera was pointing in?
4  A. The bar.
5  Q. How do you know that to be the
6  case as you sit here today?
7  A. That's the bar camera.
8  Q. Your testimony is that's a bar
9  camera, that's how you know?
10 A. Mmm-hmm. That's where I always
11 point it. That's what the footage that we
12 gave you later, basically that's what it is
13 used for, we showed you basically what it's
14 made for. It's a zoom pan-tilt. I can scan
15 my whole bar.
16 Q. You say that's where it always is?
17 A. Well, it's pretty much where I set
18 all the bartenders's stuff with that camera.
19 Q. Why does the camera turn over in
20 this direction if it's always intended to be a
21 bar camera?
22 A. I believe Skip asked for the

Page 145

1  footage of that floor.
2  Q. No, no. I'm not asking you why
3  this image was obtained. I'm saying why --
4  A. Oh, why can I move it?
5  Q. Why would you need it to move in
6  this direction?
7  A. It's a pan-tilt. It's a pan-tilt.
8  Basically that bar right there --
9  MR. FITZSIMMONS: I'm sorry. I'm
10 not understanding that word. What is that?
11 THE WITNESS: It's a pan-tilt.
12 MR. FITZSIMMONS: Pen tilt? Pan
13 tilt.
14 THE WITNESS: It's a pan-tilt
15 camera, basically, meaning the bar right there
16 is a 50-foot bar, basically has to go through
17 the length of 50 foot.
18 BY MR. CORCORAN:
19 Q. This is turning in the other
20 direction from the bar, is it not, this image?
21 MR. FITZSIMMONS: Objection. Your
22 question assumes facts not in evidence. You

37 (Pages 142 to 145)