UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 06-0002 (JDB)

### DEFENDANTS DISTRICT OF COLUMBIA, ANTHONY RAMIREZ, THADDEUS MODLIN, RICHMOND PHILLIPS AND LOUIS SCHNEIDER'S OBJECTIONS TO CO-DEFENDANTS NIGHT & DAY LLC AND MICHAEL PERSONS' PRETRIAL STATEMENT[1]

    Defendants District of Columbia, Anthony Ramirez, Thaddeus Modlin, Richmond Phillips and Louis Schneider (hereinafter "defendants"), by and through counsel, hereby raise the following objections to co-defendants Night & Day LLC and Michael Persons' Pretrial Statement:

**Objections to co-defendants' Designation of Depositions:**

**October 25, 2006, deposition of John Fiorito at 117:4-120:1; 173:2-16; 173:21-174:5; 174:16-175:2.**

    These defendants object to the designation of the above portions of Mr. Fiorito's deposition testimony as hearsay, irrelevant and immaterial. Mr. Fiorito testified as to alleged conversations between him and defendant Ramirez that are not relevant or material to plaintiff's

---

[1] Defendants District of Columbia, Anthony Ramirez, Thaddeus Modlin, Richmond Phillips and Louis Schneider reserve the right to raise additional objections to the co-defendants' pretrial submissions during the pretrial, prior to the start of the trial and/or final Pretrial Order.

claims. During his testimony, Mr. Fiorito also speculated as to how defendant Ramirez obtained his cell phone number after the incident.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division


        /s/ Patricia A. Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Sec. IV


        /s/ Leticia L. Valdes
        MICHAEL P. BRUCKHEIM [455192]
        LETICIA L. VALDES [461327]
        Assistants Attorney General
        SHAMEKA L. GAINEY [493891]
        Special Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 442-9845; (202) 730-1881 (fax)