UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

v.

DISTRICT OF COLUMBIA et al.,

    Defendants.

Civil Action No. 06-0002 (JDB)

**RESPONSES AND OBJECTIONS OF FUR DEFENDANTS TO
PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

    Defendant Night & Day Management, LLC ("FUR") and Michael Persons (together, the "FUR Defendants"), by their counsel, respectfully submit the following responses and objections to Plaintiff's Proposed Voir Dire Questions:

    A.    Questions 9 through 14 seem a preemptive attempt to burden this trial with a race issue that does not exist. Plaintiff was thrown of out the Nightclub because of his drunken, loutish behavior, not because of his race, place of origin, or perceived religion.

    B.    Question 16 is largely redundant of Question 15.

    C.    Question 19 constitutes an improper effort by Plaintiff to reduce the number of honest, intelligent people on the jury.

Respectfully submitted,

/s/ Paul A. Fitzsimmons
_____
Thomas S. Schaufelberger, Bar No. 371934
Paul A. Fitzsimmons, Bar No. 444829
SAUL EWING LLP
2600 Virginia Avenue, N.W.
The Watergate—Suite 1000
Washington, D.C. 20037
Telephone: (202) 333-8800

Counsel for
Defendants Night & Day Management, LLC and
Michael Persons

Dated: March 28, 2008