**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EMILE MAZLOUM,

      Plaintiff,

v.                                                Civil Action No. 06-0002 (JDB)

DISTRICT OF COLUMBIA et al.,

      Defendants.

**RESPONSES AND OBJECTIONS OF FUR DEFENDANTS TO**
**PLAINTIFF'S PROPOSED STANDARD JURY INSTRUCTIONS**

Defendant Night & Day Management, LLC ("FUR") and Michael Persons (together, the

"FUR Defendants"), by their counsel, respectfully submit the following responses and objections

to Plaintiff's Proposed Standard Jury Instructions:


(1)    No punitive damages instructions should be given, for reasons stated in other

        papers filed this day by the FUR Defendants with the Court.

Respectfully submitted,

/s/ Paul A. Fitzsimmons

_____

Thomas S. Schaufelberger, Bar No. 371934
Paul A. Fitzsimmons, Bar No. 444829
SAUL EWING LLP
2600 Virginia Avenue, N.W.
The Watergate—Suite 1000
Washington, D.C.  20037
Telephone: (202) 333-8800

Counsel for
Defendants Night & Day Management, LLC and
Michael Persons

Dated:  March 28, 2008