UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

v.

DISTRICT OF COLUMBIA et al.,

    Defendants.

Civil Action No. 06-0002 (JDB)

**RESPONSES AND OBJECTIONS OF FUR DEFENDANTS TO
PLAINTIFF'S PROPOSED VERDICT FORM**

Defendant Night & Day Management, LLC ("FUR") and Michael Persons (together, the "FUR Defendants"), by their counsel, respectfully submit the following responses and objections to Plaintiff's Proposed Verdict Form:

(1)    No punitive damages instructions should be given, for reasons stated in other papers filed this day by the FUR Defendants with the Court.

(2)    In IX(A), Plaintiff's tendentious and inaccurate term "bouncer" should be deleted in favor of "host," and his litotes—"not unforeseeable"—should be replaced with the word "foreseeable."

                    Respectfully submitted,

                    /s/ Paul A. Fitzsimmons
                    _____
                    Thomas S. Schaufelberger, Bar No. 371934
                    Paul A. Fitzsimmons, Bar No. 444829
                    SAUL EWING LLP
                    2600 Virginia Avenue, N.W.
                    The Watergate—Suite 1000
                    Washington, D.C. 20037
                    Telephone: (202) 333-8800

                    Counsel for
                    Defendants Night & Day Management, LLC and
                    Michael Persons

Dated: March 28, 2008