## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMILE MAZLOUM,<br><br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA et al.,<br><br>        Defendants. | Civil Action No. 06-0002 (JDB) |

### RESPONSES AND OBJECTIONS OF FUR DEFENDANTS TO
### PLAINTIFF'S PROPOSED LIST OF EXHIBITS

Defendant Night & Day Management, LLC ("FUR") and Michael Persons (together, the "FUR Defendants"), by their counsel, respectfully submit the following responses and objections to Plaintiff's Proposed List of Exhibits:

1.      Except as to those items described below, the FUR Defendants adopt and hereby incorporate by reference the objections thereto made this day by the District of Columbia.

2.      The FUR Defendants do not object to Plaintiff's "Will Use" Exhibit 1.

3.      The FUR Defendants object to Plaintiff's "Will Use" Exhibit 37, as this Employee Manual has already been ruled inadmissible by the Court. *Mazloum v. D.C. Metropolitan Police Department*, 530 F.Supp.2d 282, 2008 U.S. Dist. LEXIS 2957 at 34-38 (D.D.C. 2008).

4.      The FUR Defendants object to Plaintiff's "Will Use" Exhibit 44 as irrelevant.

5.      The FUR Defendants object to Plaintiff's "Will Use" Exhibit 45 as irrelevant.

6.      The FUR Defendants do not object to Plaintiff's "May Use" MPD and FBI statement exhibits.

7.    The FUR Defendants object to Plaintiff's "May Use" pleadings and discovery-related exhibits as not being of an appropriate form for presentation to the jury, recognizing that the Court might ultimately see fit to supply the jury orally with relevant, excerpted portions thereof.

Respectfully submitted,

/s/ Paul A. Fitzsimmons

_____
Thomas S. Schaufelberger, Bar No. 371934
Paul A. Fitzsimmons, Bar No. 444829
SAUL EWING LLP
2600 Virginia Avenue, N.W.
The Watergate—Suite 1000
Washington, D.C.  20037
Telephone: (202) 333-8800
Counsel for
Defendants Night & Day Management, LLC and
Michael Persons

Dated:  March 28, 2008