UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06 CV 00002 |
| ) | (JDB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S OBJECTIONS AND COUNTER-DESIGNATIONS
TO THE DISTRICT OF COLUMBIA'S DEPOSITION
DESIGNATIONS FOR SULTAN AL-HOMOUD

Plaintiff Emile Mazloum ("Mazloum"), by his undersigned counsel, for his objections to the proposed deposition designations of the District of Columbia and the four off-duty officer defendants in this case for third-party witness Sultan Al-Homoud set forth in their March 3, 2008 Pretrial Statement, and his proposed counter-designations, states as follows:[1]

**I.   Responses to Designations**

| **PROPOSED DESIGNATION** | **OBJECTION/COUNTER-DESIGNATION** |
|---|---|
| 9:10-16 | include 9:17-10:14 |
| 11:1-22 | objection to 11:5-6 as hearsay, lack of foundation, non-responsive |
| 12:1-19 | include 11:19-22 |
| 13:15-22 | objection to 13:20-22 as hearsay, irrelevant, lack |

---

[1] Plaintiff has no objection or response to proposed designations not expressly set forth herein.

| | |
|---|---|
| | of foundation, non-responsive |
| 16:7-22 | objection to 16:22 ("He was drunk") as hearsay, lack of foundation |
| 17:1-7 | objection to 17:5-7 ("Nobody would act the way he would, nobody would try to fight bouncers at the club or curse the cops out") as speculative, irrelevant, hearsay, lack of foundation |
| 22:1-22 | objection to 22:1-19 as irrelevant |
| 67:13-22 | objection to 67:20-22 as nonresponsive, irrelevant |

**II.    Additional proposed counter-designations**

7:7-19

13:4-9

15:21 - 16:6

17:8 - 18:20

30:12 - 33:3

34:3-17

36:2-37:18

38:1-5

40:10 - 41:16

43:9 - 44:15

44:17-45:20

46:11 - 47:14

47:19 - 48:6

49:8 - 50:11

59:5-20

62:4 - 63:10

64:15 - 65:2

68:10 - 22

                              Respectfully submitted,

Dated:  April 2, 2008            /s/
                              Brian H. Corcoran (Bar No. 456976)
                              David J. Gonen (Bar No. 500094)
                              Katten Muchin Rosenman LLP
                              1025 Thomas Jefferson St., NW
                              Suite 700 East Lobby
                              Washington, D.C.  20007
                              Ph: (202) 625-3500
                              Fax: (202) 298-7570
                              Brian.Corcoran@kattenlaw.com

                              Susan Huhta (Bar No. 453478)
                              Warren R. Kaplan (Bar No. 034470)
                              Washington Lawyers' Committee for
                              Civil Rights and Urban Affairs
                              11 Dupont Circle, NW
                              Suite 400
                              Washington, D.C.  20036
                              Ph: (202) 319-1000
                              Fax: (202) 319-1010
                              Warren_Kaplan@washlaw.org

                              Attorneys for Plaintiff
                              Emile Mazloum