# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

        Plaintiff,

v.

DISTRICT OF COLUMBIA *et al.*,

        Defendants.

Civil Action No. 1:06 CV 00002 (JDB)

### CERTIFICATE OF JOHN FIORITO

I, John Fiorito, do hereby declare and certify as follows:

1. I am over the age of 18 years, am competent to execute this Certificate, and have knowledge of the statements made herein.

2. I am currently a Deputy Sheriff in the Highlands County Sheriff's Office, which is located at 434 Fernleaf Ave., Sebring, Florida, 33870. I recently relocated to the Sebring area (which is roughly 900 miles from Washington, D.C.) from my former residence in the Miami, Florida area—whereat I had lived for several years—in order to take this law enforcement position with this Sheriff's Office; I hope and believe my work with the Sheriff's Office will continue until I reach normal retirement age.

3. It should go without saying, but, for this record, my taking this new law enforcement position had nothing in the world to do with the pendency of this *Mazloum* suit, from which I have for some time, at very least *de facto*, been dismissed as a party defendant due to the absence of any live claim against me therein.

4. Since May 2007, I have had no further dealing in any sound and lighting business operations, nor in any other business, in the metropolitan D.C. area or elsewhere. My only source of earned income has been my law enforcement positions in Florida.

5. It has been six months since I have been in the D.C. area, and I have no plans to return to the area in the foreseeable future. More specifically, and particularly as I am new to my post with the Sheriff's Office and have accrued little or no vacation time, I will not be anywhere in the D.C. area—or within 100 miles of the Court in this matter—at any time during the months of March, April, May, or June of 2008.

6. At no time was I ever an officer or agent of Night & Day Management Inc. ("N&D") I never had any authority to enter into contracts on behalf of N&D, nor did I ever do so. Merely because I had a background in law enforcement and security issues, Michael Rehman asked me, before the club opened, to put together an employee manual; I neither charged him to do so nor was I ever paid for it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

_____
John Fiorito

Executed: March 27, 2008

2