UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
EMILE MAZLOUM,                      )
                                    )
           Plaintiff,               )    Civil Action No. 1:06 CV 00002
                                    )    (JDB)
       v.                           )
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
           Defendants.              )
_____)

**PLAINTIFF'S OBJECTIONS AND COUNTER-DESIGNATIONS
TO FUR DEFENDANTS' DEPOSITION
<u>DESIGNATIONS FOR JOHN FIORITO</u>**

Plaintiff Emile Mazloum ("Mazloum"), by his undersigned counsel, for his objections to the proposed deposition designations of the FUR Defendants for John Fiorito, as set forth in their March 3, 2008 Pretrial Statement, and his proposed counter-designations, states as follows:[1]

**I.   Responses to Designations**

A.   <u>October 25, 2006 Deposition</u>

| **PROPOSED DESIGNATION** | **OBJECTION** |
|---|---|
| 54: 4-6 | Hearsay |
| 56:7-11 | Hearsay |
| 59: 4-9 | Hearsay |
| 60:20 -61:5 | Hearsay |
| 61:7 | Hearsay |

---

[1] Plaintiff has no objection or response to proposed designations not expressly set forth herein.

| | |
|---|---|
| 63: 11 ("But I did not hear..")-13 | Hearsay |
| 64:20 ("But I did not hear…")– 65:17 | Hearsay, non-responsive, lack of foundation, conjecture |
| 66: 16 ("Just standard…") – 20 | Lack of foundation, non-responsive, conjecture |
| 67: 1 – 8 | Hearsay, conjecture, lack of foundation |
| 69:8 - 13 | Hearsay |
| 71: 8 (:He seemed satisfied…")-11 | Non-responsive, conjecture, lack of foundation, irrelevant |
| 78:22 ("because he told me…") – 79:2 | Hearsay |
| 80:5-20 | Hearsay |
| 90: 15-18 | Non-responsive, lack of foundation, irrelevant |
| 92:3-7 | Non-responsive, no ending question, irrelevant |
| 113:21 – 114:12 | Hearsay |
| 114:16 ("He was concerned about his friend.") | conjecture; non-responsive, lack of foundation |
| 115:21 – 116:5 | Hearsay, non-responsive |
| 122:7 ("Michael said…") -11 ("…and said yes, it is his guy") | Hearsay |
| 123:2-8 | Hearsay, lack of foundation |
| 125:19-20 | Hearsay |
| 126:2 ("And he said…") -3 | Hearsay |
| 126:8-9 | Hearsay |
| 127:4-8 | Hearsay |

| | |
|---|---|
| 127:12-17 | Hearsay, irrelevant |
| 128:8-10 | Hearsay |
| 128:13-15 | Hearsay |
| 128:18 | Hearsay |
| 128:22 | Hearsay |
| 129:8 ("…and told Michael…")-11 | Hearsay, lack of foundation |
| 133:6-10 | Hearsay |
| 134: 4-8 | Hearsay, non-responsive |
| 136:10-11 | Hearsay |
| 136: 16-17 | Hearsay |
| 137:3 | Hearsay |
| 137:10-19 | Hearsay |
| 142: 1-2 | Hearsay |
| 145:15-16 ("He said he attempted to.") | Hearsay |
| 146:14-19 | Hearsay |
| 148:7-8 ("When Dave said it doesn't show anything…") | Hearsay |
| 151:15 ("…not after I heard…") – 152:10 | Hearsay, non-responsive, conjecture |
| 152:21 ("Because I didn't know…") – 153:6 | Non-responsive, argumentative, conjecture, lack of foundation |
| 153:7-16 | non-responsive, irrelevant, argumentative |
| 154:1-8 | Non-responsive, argumentative, lack of foundation |
| 155:1-5 | Hearsay |

3

| | |
|---|---|
| 159: 21- 160:2 | Non-responsive; lack of foundation |
| 164:12-17 | Hearsay |
| 165:22 – 167:2 | Irrelevant, hearsay |
| 168:3-5 ("So there is also a possibility… substance") | Conjecture, lack of foundation, non-responsive |
| 173:14-16 | Non-responsive, conjecture |
| 181:18 – 182:7 | Hearsay |
| 182:19-22 | Hearsay |
| 183:16-22 | Hearsay |
| 184:6  ("They said yes.") | Hearsay |
| 185:21 -186:6 | Hearsay |
| 187: 3-10 | Lack of foundation, irrelevant |
| 189:22 – 190:13 | Hearsay, lack of foundation, non-responsive |
| 190:21 ("Did he give you any details…") – 191:9 | Hearsay |
| 191:17 ("…and tell you…") – 19 | Hearsay |
| 191:22 ("…to say that they were…") -192:3 | Hearsay |
| 192:6 ("…and tell you that…") -9 | Hearsay |
| 192:10 – 19 | Double hearsay (He was told they were interviewed by the FBI and Skip Coburn, and was also told what they reported.) |
| 193:4-10 | Conjecture, lack of foundation |
| 195:14 – 196:9 | Irrelevant, calls for speculation, hypothetical |

B.     February 23, 2007 30(b)(6) Deposition

| **PROPOSED DESIGNATION** | **OBJECTION** |
|---|---|
| 63:21 – 66:21 | Hearsay, irrelevant, argumentative |
| 68:9-15 | Hearsay, irrelevant, non-responsive |
| 68: 16-22 | Hearsay, non-responsive, irrelevant |
| 72:13 ("…that Ramirez told me…-17) | Hearsay |
| 72:20 ("And he said…") – 73:3 | Hearsay |
| 75:20 ("…he said…") -76:1 | Hearsay |
| 78:16 (" He gave the basic clues …") – 20 | Irrelevant, lack of foundation |
| 93:2-3 ("…because Ramirez reported…employee") | Hearsay |
| 95:12 – 98:4 | Irrelevant |
| 109:13 – 111:9 | Irrelevant, lack of foundation |
| 111:12 – 113:15 | Irrelevant, argumentative, conjecture, lack of foundation |
| 114:1-21 | Irrelevant |

**II.    Proposed counter-designations**

A.    10/25/06 Deposition

23:6

23:20-24:16

142:16-19

5

    143:2-5

    143:6-144:10

    148:14-21

    162:3-21

    163:8-18

B.    <u>30(b)(6) Deposition</u>

    5:3-6

    5: 17 – 6:11

    18:12-19:9

    19:14 – 20:1

    20:22 – 22:2

    22:20 – 23:4

    24:9 – 25:2

    37:10 -38:10

    38:17 -39:16

C.    <u>Counter-Designated Document</u>

Metropolitan Police Department Form P.D. 119, Statement of John Fiorito, dated July 28, 2005, page 1 (Index number from discovery to be supplied).

                                          Respectfully submitted,

Dated: April 14, 2008                    /s/
                                          Brian H. Corcoran (Bar No. 456976)
                                          David J. Gonen (Bar No. 500094)
                                          Katten Muchin Rosenman LLP
                                          1025 Thomas Jefferson St., NW
                                          Suite 700 East Lobby
                                          Washington, D.C. 20007
                                          Ph: (202) 625-3500
                                          Fax: (202) 298-7570
                                          Brian.Corcoran@kattenlaw.com

                                          Susan Huhta (Bar No. 453478)
                                          Warren R. Kaplan (Bar No. 034470)
                                          Washington Lawyers' Committee for
                                          Civil Rights and Urban Affairs
                                          11 Dupont Circle, NW
                                          Suite 400
                                          Washington, D.C. 20036
                                          Ph: (202) 319-1000
                                          Fax: (202) 319-1010
                                          Warren_Kaplan@washlaw.org

                                          Attorneys for Plaintiff
                                          Emile Mazloum