UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06 CV 00002 |
| ) | (JDB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

By this motion, pursuant to Local Rule LCvR 83.2(d), Candice D. Jones, an attorney who is not a member of the Bar of this Court, seeks to appear *pro hac vice* in this case on behalf of Plaintiff Emile Mazloum. A Declaration of Ms. Jones accompanies this motion, as required by LCvR 83.2(d).

Respectfully submitted,

/s/ Warren Kaplan

Warren R. Kaplan (Bar No. 034470)
Susan Huhta (Bar No. 4534478)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW, Suite 400
Washington, D.C. 20036
Phone: (202) 319-1000
Fax: (202) 319-1010
Sue_Huhta@washlaw.org
Warren_Kaplan@washlaw.org


Brian H. Corcoran (Bar No. 456976)
David J. Gonen, admitted *pro hac vice*
Katten Muchin Rosenman LLP

2

1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C. 20007
Phone: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com
David.Gonen@kattenlaw.com


Katherine Gillespie (Bar No. 480013)
Wilmer Hale LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20007
Phone: (202) 663-6575
Fax: (202) 663-6363
Katherine.Gillespie@wilmerhale.com

*Attorneys for Plaintiff Emile Mazloum*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April, 2008, I caused a true copy of the foregoing Motion for Admission *Pro Hac Vice* to be served by ECF notice upon the following:

Michael Bruckheim
Carl James Schifferle
Leticia L. Valdes
Office of the Attorney General for the District of Columbia
441 Fourth Street N.W.
6th Floor South
Washington, D.C. 20001

Shameka L. Gainey
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20004

Thomas S. Schaufelberger
Paul Fitzsimmons
Saul Ewing LLP
1025 Thomas Jefferson Street, N.W.
Suite 425 W
Washington, D.C. 20007-5209

*Attorneys for Defendants*

_____
Candice D. Jones
Attorney for Plaintiff Emile Mazloum