UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06 CV 00002<br>(JDB) |

### DECLARATION OF CANDICE D. JONES

I, Candice D. Jones, declare, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. My full name is Candice Denice Jones.

2. I am a staff attorney at the Washington Lawyers' Committee for Civil Rights and Urban Affairs; 11 Dupont Circle, N.W., Suite 400; Washington, D.C. 20036; Phone: 202-319-1000; Fax 202-319-1010.

3. I am a member in good standing of the highest courts of the District of Columbia and New York.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court in the last two years.

6. Accordingly, pursuant to Local Rule LCvR 83.2(d), I am seeking *pro hac vice* admission in the above-captioned action.

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 15, 2008

_____
Candice D. Jones

2