UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 06-0002 (JDB)

### DISTRICT OF COLUMBIA DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS AND COUNTER-DESIGNATIONS TO THE DISTRICT DEFENDANTS DESIGNATION OF DEPOSITION TESTIMONY OF SULTAN AL-HOMOUD

Defendants District of Columbia, Anthony Ramirez, Thaddeus Modlin, Richmond Phillips and Louis Schneider (hereinafter "defendants"), by and through counsel, hereby respond to plaintiff Emile Mazloum's objections to their designation of deposition testimony of third-party witness Sultan Al-Homoud:

### DESIGNATIONS FOR SULTAN AL-HOMOUD

**I.**     **Responses to Objections/Counter-Designations**

| Defendants' Proposed Designations | Plaintiff's Objections/ Counter Designations | Defendants' Response |
|---|---|---|
| 9:10-16 | include 9:17-10:14 | Defendants do not object to plaintiff's counter-designation. |
| 11:1-22 | objection to 11:5-6 as hearsay, lack of foundation, non-responsive | The designation is relevant as it shows what the witness observed while outside the club |
| 12:1-19 | include 11:19-22 | Defendants do not object to plaintiff's counter-designation. |
| 13:15-22 | objection to 13:20-22 as hearsay, irrelevant, lack of foundation, non-responsive | Plaintiff's Objection bear no merit |

1

| | | |
|---|---|---|
| 16:7-22 | objection to 16:22 ("He was drunk") as hearsay, lack of foundation | Not hearsay. Al-Homoud can testify as to whether plaintiff appeared to be drunk. |
| 17:1-7 | objection to 17:5-7 "(No body would act the way he would, nobody would try to fight bouncers at the club or curse the cops out)" as speculative, hearsay, lack of foundation | Al-Homoun can testify about his observation of the plaintiff's behavior. |
| 22:1-22 | objection to 22:1-19 as irrelevant | The testimony is highly relevant. |
| 67:13-22 | objection to 67:2—22 as nonresponsive, irrelevant | The testimony is relevant and responsive. |

## II.   Responses to Plaintiff's Additional Proposed Counter-Designations

| **Proposed Counter-Designation** | **Objection/Counter-Designation** |
|---|---|
| 7:7-19 | no objection |
| 13:4-9 | objection to 13:4-9 as irrelevant |
| 15:21 - 16:6 | no objection |
| 17:8- 18:20 | no objection |
| 30:12-33:3 | objection to 30:12-33:3 as irrelevant, hearsay |
| 34:3-17 | include 34:18-22; 35:1-22 |
| 36:2-37:18 | include 37:19-22 |
| 38:1-5 | include 38:6-39:7 |
| 40:10-41:16 | objection to 40:10-41:16 as irrelevant |
| 43:9-44:15 | objection to 43:9-44:15 as hearsay, speculative |
| 44:17-45:20 | objection to 44:17-45:20 as irrelevant |
| 46:11 -47:14 | objection as to 46:11-47:14 as irrelevant |
| 47:19-48:6 | no objection |

| | |
|---|---|
| 49:8-50:11 | no objection |
| 59:5-20 | no objection |
| 62:4-63:10 | objection irrelevant; include 63:11 – 64:14 |
| 64:15-65:2 | no objection |
| 68:10-22 | objection as to 68:10-22 as hearsay; include 69:10-15 |

**III.   District defendants' additional designations**

18:21-19:18

20:14-22:5


    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division


      /s/ Patricia A. Jones
    PATRICIA A. JONES [428132]
    Chief, General Litigation, Sec.  IV


      /s/ Leticia L. Valdes
    MICHAEL P. BRUCKHEIM [455192]
    LETICIA L. VALDES [0461327]
    Assistants Attorney General
    SHAMEKA L. GAINEY [493891]
    Special Assistant Attorney General
    441 Fourth Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 442-9845; (202) 730-1881