UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

v.

DISTRICT OF COLUMBIA et al.,

    Defendants.

Civil Action No. 06-0002 (JDB)

**FUR DEFENDANTS' RESPONSES AND OBJECTIONS
TO
PLAINTIFF'S OBJECTIONS AND COUNTER-DESIGNATIONS
TO FUR DEFENDANTS' DEPOSITION DESIGNATIONS FOR JOHN FIORITO**

Defendant Night & Day Management, LLC ("FUR") and Michael Persons (together, the "FUR Defendants"), by their counsel, respectfully submit the following responses and objections to Plaintiff's Objections and Counter-Designations To FUR Defendants' Deposition Designations For John Fiorito.

**I.    PLAINTIFF'S OBJECTIONS**

    **A.    10/25/2006 Fiorito Deposition**

| FUR DEFENDANTS' PROPOSED DESIGNATIONS | PLAINTIFF'S OBJECTIONS | FUR DEFENDANTS' RESPONSES |
|---|---|---|
| 54:4-6 | Hearsay | Not offered to prove the truth of the matter asserted; excited utterance |
| 56:7-11 | Hearsay | Not offered to prove the truth of the matter asserted; excited utterance |
| 59:4-9 | Hearsay | Not offered to prove the truth of the matter asserted |
| 60:20-61:5 | Hearsay | Not offered to prove the truth of the matter asserted |
| 61:7 | Hearsay | Not offered to prove the truth of the matter asserted |

| | | |
|---|---|---|
| 63:11 ("But I did not hear..")-13 | Hearsay | Not offered to prove the truth of the matter asserted; excited utterance |
| 64:20 ("But I did not hear…")-65:17 | Hearsay, non-responsive, lack of foundation, conjecture | Re "sit down": not offered to prove the truth of the matter asserted; excited utterance<br>Re remainder: "non-responsive" objection waived (no contemporaneous motion to strike); adequate foundation from deponent's 15 years of police service[1] |
| 66:16 ("Just standard…")-20 | Lack of foundation, non-responsive, conjecture | Adequate foundation from deponent's 15 years of police service; "non-responsive" objection waived (no contemporaneous motion to strike); |
| 67:1-8 | Hearsay, conjecture, lack of foundation | Re "sit down": not offered to prove the truth of the matter asserted; excited utterance<br>Re remainder: "non-responsive" objection waived (no contemporaneous motion to strike); adequate foundation from deponent's 15 years of police service |
| 69:8-13 | Hearsay | Not offered to prove the truth of the matter asserted; excited utterance |
| 71:8 (:He seemed satisfied…")-11 | Non-responsive, conjecture, lack of foundation, irrelevant | **Designation withdrawn** |
| 78:22 ("because he told me…")-79:2 | Hearsay | **Designation withdrawn** |
| 80:5-20 | Hearsay | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim[2] |

---

[1] Testified to at Fiorito Dep. at 168:9-10 ("fifteen years of law enforcement").

[2] *See Jordan v. Medley*, 711 F.2d 211, 216 (D.C.Cir. 1983):

> As the name suggests, the purpose of punitive damages is to punish a wrongdoer, and thus to deter similar action in the future. That purpose is not served by the imposition of such charges upon a person who is responsible for the tort only vicariously, without any personal blame. Thus, in the District of Columbia, a principal will not be held liable for punitive damages for his agent's conduct without a showing that he 'participated in the doing of such wrongful act or had previously authorized or *subsequently ratified it with full knowledge of the facts*.'" *Safeway Stores v. Gibson*, 118 A.2d 386, 388 (D.C. Mun. App. 1955) (footnote omitted[; emphasis added]), *aff'd*, 99 U.S. App. D.C. 111, 237 F.2d 592 (1956); *accord, Woodard v. City Stores Co.*, 334 A.2d 189 (D.C. App. 1975); *Dart Drug v. Linthicum*, 300 A.2d 442 (D.C. App. 1973).

| | | |
|---|---|---|
| 90:15-18 | Non-responsive, lack of foundation, irrelevant | Answer is fully responsive; "non-responsive" objection waived (no contemporaneous motion to strike); adequate foundation from deponent's 15 years of police service |
| 92:3-7 | Non-responsive, no ending question, irrelevant | Answer is fully responsive; "non-responsive" objection waived (no contemporaneous motion to strike); adequate foundation from deponent's 15 years of police service |
| 113:21-114:12 | Hearsay | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 114:16 ("He was concerned about his friend.") | conjecture; non-responsive, lack of foundation | **Designation withdrawn** |
| 115:21-116:5 | Hearsay, non-responsive | Not offered to prove the truth of the matter asserted; "non-responsive" objection waived (no contemporaneous motion to strike); fully responsive |
| 122:7 ("Michael said…")-11 ("…and said yes, it is his guy") | Hearsay | This objection is trivial: no one seriously contests that what was described as having been said was said; not offered to prove the truth of the matter asserted |
| 123:2-8 | Hearsay, lack of foundation | This objection is trivial: no one seriously contests that what was described as having been said was said |
| 125:19-20 | Hearsay | This objection is trivial: no one seriously contests that what was described as having been said was said; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 126:2 ("And he said…")-3 | Hearsay | This objection is trivial: no one seriously contests that what was described as having been said was said; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 126:8-9 | Hearsay | This objection is trivial: no one seriously contests that what was described as having been said was said; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 127:4-8 | Hearsay | Not offered to prove the truth of the matter asserted |

| | | |
|---|---|---|
| 127:12-17 | Hearsay, irrelevant | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 128:8-10 | Hearsay | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 128:13-15 | Hearsay | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 128:18 | Hearsay | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 128:22 | Hearsay | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 129:8 ("…and told Michael…")-11 | Hearsay, lack of foundation | Not offered to prove the truth of the matter asserted |
| 133:6-10 | Hearsay | Not offered to prove the truth of the matter asserted |
| 134:4-8 | Hearsay, non-responsive | Not offered to prove the truth of the matter asserted; responsive "non-responsive" objection waived (no contemporaneous motion to strike); |
| 136:10-11 | Hearsay | Not offered to prove the truth of the matter asserted |
| 136:16-17 | Hearsay | **Designation withdrawn** |
| 137:3 | Hearsay | **Designation withdrawn** |
| 137:10-19 | Hearsay | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 142:1-2 | Hearsay | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 145:15-16 ("He said he attempted to.") | Hearsay | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |

| 146:14-19 | Hearsay | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
|---|---|---|
| 148:7-8 ("When Dave said it doesn't show anything…") | Hearsay | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 151:15 ("…not after I heard…")– 152:10 | Hearsay, non-responsive, conjecture | Not offered to prove the truth of the matter asserted; "non-responsive" objection waived (no contemporaneous motion to strike); offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 152:21 ("Because I didn't know…")– 153:6 | Non-responsive, argumentative, conjecture, lack of foundation | First portion is FULLY responsive; "non-responsive" objection waived (no contemporaneous motion to strike); second portion offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 153:7-16 | non-responsive, irrelevant, argumentative | First portion is FULLY responsive; "non-responsive" objection waived (no contemporaneous motion to strike); second portion offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 154:1-8 | Non-responsive, argumentative, lack of foundation | Offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim; "non-responsive" objection waived (no contemporaneous motion to strike) |
| 155:1-5 | Hearsay | Offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 159:21-160:2 | Non-responsive; lack of foundation | "Non-responsive" objection waived (no contemporaneous motion to strike); offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 164:12-17 | Hearsay | Offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 165:22-167:2 | Irrelevant, hearsay | Offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 168:3-5 ("So there is also a possibility… substance") | Conjecture, lack of foundation, non-responsive | FULLY responsive; "non-responsive" objection waived (no contemporaneous motion to strike); adequate foundation from deponent's 15 years of police service |

5

| | | |
|---|---|---|
| 173:14-16 | Non-responsive, conjecture | **Designation withdrawn** |
| 181:18-182:7 | Hearsay | **Designation withdrawn** |
| 182:19-22 | Hearsay | Not offered to prove the truth of the matter asserted |
| 183:16-22 | Hearsay | Not offered to prove the truth of the matter asserted |
| 184:6 ("They said yes.") | Hearsay | Not offered to prove the truth of the matter asserted |
| 185:21-186:6 | Hearsay | **Designation withdrawn** |
| 187: 3-10 | Lack of foundation, irrelevant | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 189:22-190:13 | Hearsay, lack of foundation, non-responsive | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim; "non-responsive" objection waived (no contemporaneous motion to strike) |
| 190:21 ("Did he give you any details…")–191:9 | Hearsay | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 191:17 ("…and tell you…")-19 | Hearsay | Not hearsay; also offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 191:22 ("…to say that they were…")-192:3 | Hearsay | Not hearsay; also offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 192:6 ("…and tell you that…")-9 | Hearsay | Not hearsay; also offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 192:10-19 | Double hearsay (He was told they were interviewed by the FBI and Skip Coburn, and was also told what they reported.) | Offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 193:4-10 | Conjecture, lack of foundation | Having been a police officer for 15 years and a human being for that period and longer gave the deponent ample foundation for this answer |
| 195:14-196:9 | Irrelevant, calls for speculation, hypothetical | Offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |

B.  02/23/2007 30(b)(6) Deposition (Fiorito)

| FUR DEFENDANTS' PROPOSED DESIGNATIONS | PLAINTIFF'S OBJECTIONS | FUR DEFENDANTS' RESPONSES |
|---|---|---|
| 63:21-66:21 | Hearsay, irrelevant, argumentative | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 68:9-15 | Hearsay, irrelevant, non-responsive | Not offered to prove the truth of the matter asserted; "non-responsive" objection waived (no contemporaneous motion to strike); offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 68:16-22 | Hearsay, non-responsive, irrelevant | Not offered to prove the truth of the matter asserted; "non-responsive" objection waived (no contemporaneous motion to strike); offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 72:13 ("…that Ramirez told me…-17) | Hearsay | Not offered to prove the truth of the matter asserted |
| 72:20 ("And he said…")-73:3 | Hearsay | This objection is trivial: no one seriously contests that what was described as having been said was said |
| 75:20 ("…he said…")-76:1 | Hearsay | Not offered to prove the truth of the matter asserted; offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 78:16 (" He gave the basic clues…")-20 | Irrelevant, lack of foundation | *Just how in the world is this answer supposedly "[i]rrelvant," either to the question asked or to this litigation as a whole?* Adequate foundation from deponent's 15 years of police service |
| 93:2-3 ("…because Ramirez reported…employee") | Hearsay | Not offered to prove the truth of the matter asserted |
| 95:12-98:4 | Irrelevant | Offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 109:13-111:9 | Irrelevant, lack of foundation | Offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |

| | | |
|---|---|---|
| 111:12-113:15 | Irrelevant, argumentative, conjecture, lack of foundation | Offered to rebut plaintiff's evidence, if any, regarding "ratification" by FUR re punitive damages claim |
| 114:1-21 | Irrelevant | **Designation withdrawn** |

## II. PLAINTIFF'S PROPOSED COUNTER-DESIGNATIONS

### A. 10/25/2006 Fiorito Deposition

| PLAINTIFF'S PROPOSED DESIGNATIONS | FUR DEFENDANTS' OBJECTIONS |
|---|---|
| 23:6 | No objection |
| 23:20-24:16 | No objection |
| 142:16-19 | Irrelevant; no foundation |
| 143:2-5 | Irrelevant; no foundation |
| 143:6-144:10 | No foundation |
| 148:14-21 | Argumentative |
| 162:3-21 | No objection to 162:12-15<br>Otherwise, seeks legal conclusion; not probative of any relevant point (doesn't specify what actions at the time in question were or were not supposedly within the "scope of employment") |
| 163:8-18 | No foundation |

### B. 02/23/2007 30(b)(6) Deposition (Fiorito)

| PLAINTIFF'S PROPOSED DESIGNATIONS | FUR DEFENDANTS' OBJECTIONS |
|---|---|
| 5:3-6 | No objection |
| 5: 17-6:11 | No objection |
| 18:12-19:9 | No objection to 18:12 to 19:2<br>Otherwise, irrelevant |
| 19:14-20:1 | Irrelevant |
| 20:22-22:2 | Irrelevant |
| 22:20-23:4 | Irrelevant |
| 24:9-25:2 | Irrelevant |
| 37:10-38:10 | No objection |
| 38:17-39:16 | Irrelevant |

8

**C.    Counter-Designated Document**

"Metropolitan Police Department Form P.D. 119, Statement of John Fiorito, dated July 28, 2005, page 1 (Index number from discovery to be supplied)":

> Objection: hearsay. *See*, *e.g.*, *U.S. v. Livingston*, 661 F.2d 239 (D.C.Cir. 1981) (reversible error to admit into evidence sworn statement by witness given to postal inspector investigating robbery); *see also* M. Graham, *Federal Practice and Procedure: Evidence* § 7011 at 136 n.12 (Interim Ed. 2006) (citing cases).

>   Respectfully submitted,

>   /s/ Paul A. Fitzsimmons
>   _____
>   Thomas S. Schaufelberger, Bar No. 371934
>   Paul A. Fitzsimmons, Bar No. 444829
>   SAUL EWING LLP
>   2600 Virginia Avenue, N.W.
>   The Watergate—Suite 1000
>   Washington, D.C. 20037
>   Telephone: (202) 333-8800

>   Counsel for
>   Defendants Night & Day Management, LLC and
>   Michael Persons

Dated: April 17, 2008

9