## METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.

P.D. 119 Rev. 7/74

### COMPLAINANT / SUSPECT STATEMENT

| NATURE OF INVESTIGATION | 1. COMPLAINT NO. |
|---|---|
| Excessive Use of Force Complaint | 3. UNIT FILE NO. |

| 4. STATEMENT OF: (Last, First, Middle) | 5. DOB | 6. SEX |
|---|---|---|
| Fiorito, John | | MALE |

| 7. HOME ADDRESS | 8. HOME PHONE |
|---|---|
| | (352) 455-8708 |

| 9. EMPLOYMENT (Occupation and Location) | 10. BUSINESS PHONE |
|---|---|
| Audio and Lighting Engineer, Fur Nightclub, 33 Patterson Street, NE | (202) 842-3401 |

| 11. LOCATION STATEMENT TAKEN |
|---|
| Fur Nightclub, 33 Patterson Street, NE |

| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature) | 13. DATE /TIME STARTED |
|---|---|
| Mr. Skip Coburn (a citizen), Chairman, First District Citizens Advisory Council | 7/28/05 - 2100 |

**14. STATEMENT**

Q) On the morning of March 12, 2005, can you please explain the first time you observed any part of the incident which involved Mike Persons of your staff, a customer, and any off-duty officers?

A) Sure. Just after 1:30 in the morning, I was coming into the lower level when I saw a customer attacking Mike Persons. Two of the customers' friends were also involved in the altercation. They were all down on the floor and the one customer was the main aggressor. As I was making my way over there through the crowd, two off-duty officers came over to help Mike, but this guy and his two friends started taking swings at them too. Officers Phillips and Modlin were doing their best the break up the fight and help Mike out, but the one guy was over the top. Two other off-duty officers (Ramirez and Schneider) had to come over in order to bring the situation back under control. The one customer got up off the floor and started to attack the officers. He was out of it. Apparently, Officer Ramirez was the only one who happened to have a pair of handcuffs, and so he put them on the most belligerent of the three guys. The most combative guy was yelling and screaming as we, assisted by the other officers escorted him out of the club.

Q) How was he taken out of the club.
A) Mike Persons and Officers Schneider and Modlin walked the guy out to the street. I went along.

Q) What happened to the other officers?
A) Officer Ramirez and Phillips stayed inside. They came outside a little later on.

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. ("I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES. D.C. CODE SECTION 22-2514)

*[signature]*
SIGNATURE OF PERSON GIVING STATEMENT

| 16. DATE / TIME ENDED |
|---|
| 7/28/05 - 2130 |

17.
PAGE 1 OF 3 PAGES

| 18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15: | 19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15: |
|---|---|
| Mr. Skip Coburn (a citizen), Chairman, First District CAC *[signature]* (Name and Signature) | (Name and Signature) |

Automated by Egray, TD, 4/97

# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.
### COMPLAINANT / SUSPECT STATEMENT

P.D. 119 Rev. 7/74

| Field | Value |
|---|---|
| 1. COMPLAINT NO. | |
| 2. NATURE OF INVESTIGATION | Excessive Use of Force Complaint |
| 3. UNIT FILE NO. | |
| 4. STATEMENT OF: (Last, First, Middle) | Fiorito, John |
| 5. DOB | |
| 6. SEX | MALE |
| 7. HOME ADDRESS | |
| 8. HOME PHONE | (352) 455-8708 |
| 9. EMPLOYMENT (Occupation and Location) | Audio and Lighting Engineer, Fur Nightclub, 33 Patterson Street, NE |
| 10. BUSINESS PHONE | (202) 842-3401 |
| 11. LOCATION STATEMENT TAKEN | Fur Nightclub, 33 Patterson Street, NE |
| 12. NAME OF OFFICER TAKING STATEMENT | Mr. Skip Coburn (a citizen), Chairman, First District Citizens Advisory Council |
| 13. DATE/TIME STARTED | 7/28/05 - 2100 |

**14. STATEMENT**

Q) What happened then?
A) We called the Watch Commander and Mike Persons and Officers Modlin and Schneider made the drunk guy sit down on the curb. They were asking him to quiet down, but he was real upset about being kicked out of the club. He was furious.

Q) After the fight on the dance floor was broken up and the customer was handcuffed, at any time did you see anyone hit or mistreat him?
A) No. Not at all. It wouldn't have been necessary or possible, since there were always so many people around, including myself.

Q) When Lt. Allman, the Watch Commander, arrived, what happened.
A) He called for a unit to come and arrest the one guy for assaulting Mike. The other two guys had sort of backed off and calmed down when Modlin and Phillips first identified themselves as off-duty police officers.

Q) What did you think when you find out that no arrest was made.
A) I couldn't believe it. Officers Smith and Acosta, who Lt. Allman ordered to arrest the customer who had attacked Mike Persons, didn't do their job.

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. (I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES. D.C. CODE SECTION 22-2514)

*[Signature: John D. Fiorito]*
SIGNATURE OF PERSON GIVING STATEMENT

16. DATE / TIME ENDED: 7/28/05 - 2130
17. PAGE 2 OF 3 PAGES

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:
Mr. Skip Coburn (a citizen), Chairman, First District CAC
*[Signature]*
(Name and Signature)

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:
(Name and Signature)

Automated by Egray, 7D, 4/97

# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.
### COMPLAINANT / SUSPECT STATEMENT

P.D. 119 Rev. 7/74

| | |
|---|---|
| **NATURE OF INVESTIGATION**<br>Excessive Use of Force Complaint | **1. COMPLAINT NO.**<br><br>**3. UNIT FILE NO.** |
| **4. STATEMENT OF:** (Last, First, Middle)<br>Fiorito, John | **5. DOB**    **6. SEX**<br>MALE |
| **7. HOME ADDRESS** | **8. HOME PHONE**<br>(352) 455-8708 |
| **9. EMPLOYMENT** (Occupation and Location)<br>Audio and Lighting Engineer, Fur Nightclub, 33 Patterson Street, NE | **10. BUSINESS PHONE**<br>(202) 842-3401 |
| **11. LOCATION STATEMENT TAKEN**<br>Fur Nightclub, 33 Patterson Street, NE | |
| **12. NAME OF OFFICER TAKING STATEMENT** (If other than block 18 include signature)<br>Mr. Skip Coburn (a citizen), Chairman, First District Citizens Advisory Council | **13. DATE /TIME STARTED**<br>7/28/05 - 2100 |

**14. STATEMENT**

Q) What is your assessment of the behavior of the off-duty officers in this instance?
A) It was very fortunate that they happened to be in the club at the time, and that they were willing to step up to the plate and come to Mike's assistance. It's unfortunate that instead of being recognized for the public service they provided, at least one of them, Ramirez, has had his police powers taken away based on a fallacious "Excessive Use of Force" complaint.

Q) Do you have anything else to add.
A) Not a thing.

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. (I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES, D.C. CODE SECTION 22-2514)

*[Signature: J. Fiorito]*
SIGNATURE OF PERSON GIVING STATEMENT

**16. DATE / TIME ENDED**
7/28/05 - 2130

**17.**
PAGE 3 OF 3 PAGES

**18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:**
Mr. Skip Coburn (a citizen), Chairman, First District CAC
(Name and Signature)
*[Signature: Skip Coburn]*

**19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:**
(Name and Signature)

Automated by Egray, TD, 4/97