**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

EMILE MAZLOUM,                )

                      )

           Plaintiff,      )      Civil Action No. 1:06 CV 00002

                      )      (JDB)

        v.               )

                      )

DISTRICT OF COLUMBIA, *et al.*,  )

                      )

           Defendants.   )

_____)

### JOINT STIPULATION REGARDING VIDEO EVIDENCE

Plaintiff Emile Mazloum and Defendants Night and Day Management, LLC, t/a The Fur Factory ("FUR Nightclub") and Michael Persons, by counsel, hereby stipulate as follows:

1.      FUR Nightclub has and continues to have a security camera system composed of 32 cameras.  Most of these cameras are within FUR Nightclub, but a few are on the exterior of the FUR Nightclub building.  The security cameras provide "live" video feed to a computer and a bank of computer monitors located in an office on the ground floor of FUR Nightclub.  Some of these cameras are "fixed," or point only in a single direction, while others can be panned, turned, and/or zoomed, including some which can be rotated through any "half-globe" position.  This adjustment of the pointing and zooming of the cameras is done only by manual operation of controls via a mouse attached to the computers receiving video feed from the cameras.  This camera system was in existence as of March 11 and 12, 2005.

2.      The video camera "feed" received from the FUR Nightclub security camera system is saved, or recorded, on a computer hard drive for three days.  After that point, it is overwritten by

other images and no longer preserved.  It is possible to save the recorded video feed images onto a CD-ROM disk.

3.     A camera is mounted on the exterior of the FUR Nightclub.  It is capable of being rotated, or panned, 360 degrees and, thus, can pick up the east side of the exterior entrance, west side of the exterior entrance, areas directly across Patterson Street, N.E., and everything in between.  A true and correct copy of live feed obtained from this camera on June 30, 2007 is found on the CD-ROM disk attached hereto ( "6_20070630_Ch01_000 (Outdoor Night Rotate).avi") as File A.  File B (also found on the CD-ROM disk attached hereto) is a true and correct copy of a still video image obtained at the July 26, 2006 inspection by the Plaintiff of the FUR Nightclub.  This image represents video footage of the computer monitor showing a live feed from the same camera referenced in this paragraph.

4.     Another camera is mounted in the interior entrance of the FUR Nightclub.  It faces west and can pick up the immediate entryway of the FUR Nightclub.  A true and correct copy of live feed obtained from this camera on July 1, 2007 is found on the CD-ROM disk attached hereto ("5_20070701_Ch09_000 (Front Door Night).avi") as File C.  File D (found on the CD-ROM disk attached hereto) is a true and correct copy of a still video image obtained at the July 26, 2006 inspection by the Plaintiff of the FUR Nightclub.  This image represents video footage of the computer monitor showing a live feed from the same camera referenced in this paragraph.

5.     Another camera is mounted in the interior of the FUR Nightclub.  It is capable of being rotated, or panned, 360 degrees, as well as being tilted in a "half-globe" rotation and being zoomed in or out.  It is capable of viewing the front bar on the ground floor of the Nightclub and can, alternatively, be pointed down the covered hall, or "tunnel," that leads to the staircase that descends to the dance floor level of the FUR Nightclub.  A true and correct copy of live feed obtained from this camera is found on the CD-ROM disk attached hereto ("3_20070703_Ch04_000 (Entrance Bar

Day Rotate).avi") as File E.  This image represents video footage of the computer monitor showing a live feed from the same camera referenced in this paragraph.  File F (found on the CD-ROM disk attached hereto) is a true and correct copy of a still video image obtained at the July 26, 2006 inspection by the Plaintiff of the FUR Nightclub.  This image represents video footage of the computer monitor showing a live feed from the same camera referenced in this paragraph.

6.     File G (found on the CD-ROM disk attached hereto) is a true and correct copy of a still video image obtained at the July 26, 2006 inspection by the Plaintiff of the FUR Nightclub. This image represents video footage of the computer monitor showing a live feed from a fixed camera mounted in the interior entrance of the Nightclub.

7.     A true and correct copy of live feed obtained from the camera referred to in Paragraph 5 during nighttime hours is found on the CD-ROM disk attached hereto ("4_20070630_Ch04_000 (Entrance Bar Night).avi")as File H.

8.     A lower level camera is mounted on the ceiling of the primary dance floor level at FUR Nightclub.  It is capable of being rotated, or panned, 360 degrees, as well as being tilted in a "half-globe" rotation and being zoomed in or out.  It is capable of viewing the long dance floor-level bar and can, alternatively, be turned so that it takes in footage from the dance floor.  This camera also can capture the front corner of the stage that rises off of the main dance floor.  A true and correct copy of live feed obtained from the camera referred to in this paragraph on January 23, 2008 is found on the CD-ROM disk attached hereto ("1_20080123_Ch02_000 (Stage Bar Rotate).avi") as File I.

9.     A true and correct copy of live feed obtained from the lower level camera referred to in Paragraph 8 during nighttime hours is found on the CD-ROM disk attached hereto ("2_20080120_Ch02_000 (Stage Bar Night).avi" as File J.

10.     A true and correct copy of live feed from the lower level camera referenced in paragraph 8 on January 22, 2006 given by FUR to by Skip Coburn, at his request, is found on the

CD-ROM disk attached hereto ("0_20060122_Ch02_000.avi") as File K.

11.    File L (found on the CD-ROM disk attached hereto) is a true and correct copy of a still video image taken from the video referenced in paragraph 10.

Dated:  April 22, 2008

/s/ _____

Brian H. Corcoran (Bar No. 456976)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C.  20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com

Susan Huhta (Bar No. 453478)
Warren R. Kaplan (Bar No. 034470)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C.  20036
Ph: (202) 319-1000
Fax: (202) 319-1010
Warren_Kaplan@washlaw.org

Attorneys for Plaintiff
Emile Mazloum

/s/ _____
Thomas S. Schaufelberger, Bar No. 371934
Paul A. Fitzsimmons, Bar. No. 444829
Saul Ewing LLP
2600 Virginia Avenue, N.W.
Suite 1000 - The Watergate
Washington, D.C. 20037-1922
Telephone (202) 333-8800

Counsel for Defendants Night & Day
Management, LLC and Michael Persons