UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 06-0002 (JDB)

DEFENDANT DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION FOR
LEAVE TO LATE FILE ITS ANSWER AND CROSS-CLAIM TO PLAINTIFF'S
SECOND AMENDED COMPLAINT

Defendant District of Columbia ("the District"), by and through counsel, hereby moves, pursuant to Fed. R. Civ. P. 6(b)(2), for leave to late file its answer and cross-claim to Plaintiff's Second Amended Complaint. As grounds therefore, the District states as follows:

    1.    Plaintiff Emile Mazloum filed the above-captioned action on or about January 4, 2006, against defendants D.C. Metropolitan Police off-duty officers Anthony Ramirez, Richmond Phillips, Thaddeus Modlin and Louis Schneider, and on-duty officers Jose Acosta and David Smith, Night and Day Management, LLC, d/b/a Fur Nightclub, and its employees Michael Persons, John Fiorito, Michael Rehman. Plaintiff's claims stem from injuries he alleges he sustained from these defendants while he was a patron of Fur Nightclub on or about March 12, 2005. See Docket Entry #1.

    2.    On March 3, 2006, Plaintiff filed his First Amended Complaint as a matter of right. See Docket Entry #28.

    3.    On May 9, 2006, the District filed its Answer to Plaintiff's First Amended

Complaint, and Cross-claim against Defendants Night and Day management, LLC, d/b/a Fur Nightclub, Michael Persons, John Fiorito, and Michael Rehman.  See Docket Entry #44.

4.  By Order, dated April 24, 2007, this Court granted Plaintiff's Motion for Leave to file Second Amended Complaint by April 27, 2007.  See Docket Entry #100.

5.  On May 18, 2007, Plaintiff moved by Consent to file his Second Amended Complaint.  The Court granted the motion and the Second Amended Complaint was filed on May 18, 2007.  See Docket Entries # 110.

6.  On June 4, 2007, the District moved for an extension of time to respond to the Second Amended Complaint.  A Motion to Dismiss and Motion for Summary Judgment were filed on June 8, 2007.  See Docket Entries ## 117, 119, and 120.

7.  On November 6, 2007, the Court granted in part and denied in part the District's dispositive motions.  Count III of plaintiff's Second Amended Complaint was dismissed.  See Docket Entries # 129.

8.  Although counsel for the District prepared the Answer to the Second Amended Complaint, it was inadvertently not filed.

9.  On January 31, 2008, undersigned counsel assumed representation for the District of Columbia in this action.

10.  As undersigned counsel prepared for trial, it was discovered that the District's Answer to the Second Amended Complaint had not been filed.  Undersigned counsel reviewed the draft filing prepared by former counsel, made edits and herein seeks leave to file the District's Answer to the Second Amended Complaint.

2

11. Plaintiff's Second Amended Complaint is not substantially different than the First Amended Complaint. Plaintiff made revisions to the general factual allegations, a recitation regarding the basis for the Court's exercise of diversity jurisdiction in this action was added, and claims against former defendants Acosta and Smith were deleted. See Docket Entry ## 108, and 110.

12. Fed. P. Civ. R. 6(b)(2) provides:

> "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: …(B) on motion made after the time has expired if the party failed to act because of excusable neglect…."

13. Fed. R. Civ. P. 6(b) specifically confers upon the Court the "discretion" relevant to late filings. *See Lujan v. National Wildlife Federation,* 497 U.S. 871, 896 n. 5 (1990). *See also*, *Gwendolyn Smith v. D.C.,* 430 F.3d 450 (D.C. Cir. 2005), confirming the Court's discretion to order the requested relief. The *Smith* Court recognized that it has been quite deferential to Rule 6(b) decisions in the past, even affirming a deadline extension that was granted without a formal finding of excusable neglect when the court found no prejudice to the other party. *See Yesudian ex rel. United States v. Howard Univ.,* 348 U.S. App. D.C. 145, 207 F.3d 969, 917 (D.C. Cir. 2001).

14. The failure to timely file the District's Answer to Plaintiff's Second Amended Complaint was the result of excusable neglect. Former counsel had three trials during the period when the Answer was due and through inadvertence the Answer was not file.

15. No party will suffer undue prejudice should the Court grant the District's requested relief and plaintiff consents to this Motion. Upon information and belief, no party was aware that the Answer had not been filed as the parties proceeded in this

action.  The Second Amended Complaint is being filed contemporaneously with the filing of this motion.

WHEREFORE, the District requests that its Motion be granted and its Answer along with its Cross-claim be accepted for filing.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                  /s/ Patricia A. Jones
                PATRICIA A. JONES [428132]
                Chief, General Litigation Sec.  IV

                  /s/ Leticia L. Valdes
                MICHAEL P. BRUCKHEIM [455192]
                Chief, Criminal Section
                LETICIA L. VALDES [461327]
                Assistants Attorney General
                SHAMEKA L. GAINEY [493891]
                Special Assistant Attorney General
                441 Fourth Street, N.W.
                Sixth Floor South
                Washington, D.C. 20001
                (202) 727-3807; (202) 442-9845; (202) 727-6295
                (202) 730-1881 (fax)

## LCvR 7(m) CERTIFICATION

I hereby certify that on April 22, 2008, I contacted plaintiff's counsel Brian Corcoran to obtain his consent to the relief sought in this motion, and consent was granted. I also certify that on the same day I contacted, Paul A. Fitzsimmons, co-defendant's counsel and he does not consent to the relief herein requested.

                  /s/ Leticia L. Valdes
                Leticia Valdes
                Assistant Attorney General

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 06-0002 (JDB)

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S PARTIAL CONSENT MOTION FOR LEAVE TO LATE FILE ITS ANSWER AND CROSS-CLAIM TO PLAINTIFF'S SECOND AMENDED COMPLAINT

In support of its Partial Consent Motion for Leave to Late File Its Answer and Cross-claim to Plaintiff's Second Amended Complaint, this defendant relies upon the following authorities:

1.     Inherent Power of the Court.

2.     Fed. R. Civ. P. 6(b)(2).

3.     The record herein.

4.     *Lujan v. National Wildlife Federation,* 497 U.S. 871, 896 n. 5 (1990).

5.     *Gwendolyn Smith v. D.C.,* 430 F.3d 450 (D.C. Cir. 2005).

6.     *Yesudian ex rel. United States v. Howard Univ.,* 348 U.S. App. D.C. 145, 207 F.3d 969, 917 (D.C. Cir. 2001).

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

  /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation Sec.  IV


  /s/ Leticia L. Valdes
MICHAEL P. BRUCKHEIM [455192]
Chief, Criminal Section
LETICIA L. VALDES [461327]
Assistants Attorney General
SHAMEKA L. GAINEY [493891]
Special Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 727-3807; (202) 442-9845; (202) 727-6295
(202) 730-1881 (fax)

2

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 06-0002 (JDB)

## ORDER

Upon consideration of defendant District of Columbia's Partial Consent Motion for Leave to Late File Its Answer and Cross-claim to Plaintiff's Second Amended Complaint, the Memorandum of Points and Authorities filed in support thereof, any opposition thereto, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

ORDERED: That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED: That the District's Answer and Cross-claim are hereby accepted for filing.

_____
JUDGE