UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
EMILE MAZLOUM,                      )
                                    )
            Plaintiff,              )     Civil Action No. 1:06 CV 00002
                                    )     (JDB)
      v.                            )
                                    )
DISTRICT OF COLUMBIA, *et al.*,     )
                                    )
            Defendants.             )
_____)

**PLAINTIFF'S AMENDED PRETRIAL STATEMENT**

Plaintiff Emile Mazloum, by counsel, for his amendments to his Pretrial Statement pursuant to Local Rule 16.5(b), hereby states as follows:

**1.    Plaintiff's Revised Witness Schedule**

A.    "Will Call" Witnesses – the following are individuals Plaintiff expects to present at trial.

1.    Emile Mazloum, 4910 Ravensworth Road, Alexandria, Virginia  22003, 703-606-8484.  Mr. Mazloum has knowledge of all issues set forth in the complaint other than the allegations relating to the destruction of security camera evidence.  Estimated time of testimony – four hours.

2.    Marwan Abi-Aad, 7501 Long Pine Drive, Springfield, Virginia  22151, 703-566-1377.  Mr. Abi-Aad has knowledge of the following: the nature of and circumstances surrounding the

1

beating inflicted upon Plaintiff at the FUR Nightclub on the night of March 11-12, 2005, the extent and nature of the injuries suffered as a result, and Plaintiff's subsequent efforts to file a complaint with MPD.  Estimated time of testimony – three hours.

        3.        Imad Alkadi, 2262 Pimmit Run Lane, Falls Church, Virginia 22043, 703-845-1834.  Mr. Alkadi has knowledge of the following: the nature of and circumstances surrounding the beating inflicted upon Plaintiff at the FUR Nightclub on the night of March 11-12, 2005, plaintiff's subsequent efforts to file a complaint, and Mr. Alkadi's subsequent meeting with certain of the FUR Defendants on March 12, 2005.  Estimated time of testimony – three hours.

        4.        Michael Persons, 3407B White Fur Court, Waldorf, Maryland 20603.  Mr. Persons's testimony will be used to establish some of the factual bases for Plaintiff's request for punitive damages to be entered against the FUR Defendants.  Estimated time of testimony - five minutes.

        B.        "May Call" Witnesses – the following are individuals Plaintiff may call at trial if the need arises.  Plaintiff reserves the right to revise in a seasonable fashion this schedule up to and before trial.

        1.        Any or all of the named individual defendants (Ramirez, Modlin, Schneider, Phillips, and Persons).

        2.        Jose Acosta, c/o D.C. Metropolitan Police Department, First District Station, 415 4th St., S.W., Washington, D.C. 20024.  On information and belief, Officer Acosta has knowledge of the following:  the nature of and circumstances surrounding the beating inflicted upon Plaintiff at the FUR Nightclub on the night of March 11-12, 2005.  Estimated time of testimony – one hour.

        3.        David Smith, c/o D.C. Metropolitan Police Department, First District Station, 415 4th

St., S.W., Washington, D.C. 20024. On information and belief, Officer Smith has knowledge of the following: the nature of and circumstances surrounding the aftermath of the beating inflicted upon Plaintiff at the FUR Nightclub on the night of March 11-12, 2005. Estimated time of testimony – one hour.

   4.  David McLeod, the head of security at FUR Nightclub, c/o Night and Day Management, LLC, d/b/a FUR Nightclub, 33 Patterson Street, N.E., Washington, D.C. 20002. Mr. McLeod was designated as a FUR 30(b)(6) witness with specialized knowledge of FUR's security procedures and the functioning and capacity of its security camera system. On information and belief, Mr. McLeod has knowledge of the following: the meeting held at the FUR Nightclub on the night of Saturday, March 12, 2005, to discuss the beating of Mr. Mazloum; the functioning of the security camera system; and the destruction of security camera film at the FUR Nightclub showing the beating of Mr. Mazloum. Estimated time of testimony – two hours.

   5.  Diego Sequeira, FUR Operations manager, c/o Night and Day Management, LLC, d/b/a FUR Nightclub, 33 Patterson Street, N.E., Washington, D.C. 20002. On information and belief, Mr. Sequeira has knowledge of the following: the functioning of the security camera system and the occasional repositioning of individual cameras. Estimated time of testimony – one hour.

   6.  Skip Coburn, 1526 6th Street, N.W., Washington, D.C. 20001. To the extent required by the objections of the Defendants to the authenticity of documents and/or the Court, Plaintiff will call Mr. Coburn to authenticate certain statements he obtained from parties and other witnesses. Estimated time of testimony – fifteen minutes.

   7.  Any additional persons named as witnesses by the Defendants.

**2.**  **Revised Lists of Exhibits to be Offered by Plaintiff in Evidence**

   The exhibit schedules enclosed have been revised and edited to reflect agreements reached among the parties as to the exhibits to be offered at trial, as well as Plaintiff's own revised selection

of exhibits.

      **A.**      **Revised List of Exhibits the Plaintiff expects to offer at trial:**

*See* Exhibit A-1, attached.

      **B.**      **Revised List of Exhibits the Plaintiff may offer at trial:**

*See* Exhibit A-2, attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 22, 2008 | /s/ _____<br>Brian H. Corcoran (Bar No. 456976)<br>Katten Muchin Rosenman LLP<br>1025 Thomas Jefferson St., NW<br>Suite 700 East Lobby<br>Washington, D.C. 20007<br>Ph: (202) 625-3500<br>Fax: (202) 298-7570<br>Brian.Corcoran@kattenlaw.com<br><br>Susan Huhta (Bar No. 453478)<br>Warren R. Kaplan (Bar No. 034470)<br>Washington Lawyers' Committee for<br>Civil Rights and Urban Affairs<br>11 Dupont Circle, NW<br>Suite 400<br>Washington, D.C. 20036<br>Ph: (202) 319-1000<br>Fax: (202) 319-1010<br>Warren_Kaplan@washlaw.org<br><br>Attorneys for Plaintiff<br>Emile Mazloum |