EX. A-1

## PLAINTIFF'S LIST OF EXHIBITS – "WILL USE" DOCUMENTS

("DC-" refers to documents produced by the Plaintiff; "D" refers to those produced by the District of Columbia and all affiliated defendants; "FUR" refers to documents produced by the FUR Defendants)

| EX. # | DATE | BATES | DESCRIPTION | OBJECTION? | ADMITTED |
|---|---|---|---|---|---|
| 1 | | | Compilation of Medical Records and Bills from 03/12/2005 Emergency Department Visit | | |
| 1-A | 3/12/05 | DC-000006-08 | Nursing Assessment | | |
| 1-B | 3/12/05 | DC-000002 | Patient Registration Record | | |
| 1-C | 3/12/05 | DC-000009 | Patient Authorization Form | | |
| 1-D | 3/12/05 | DC-0000004, 03 | Patient Care Record | | |
| 1-E | 3/12/05 | DC-000005 | Physician Orders | | |
| 1-F | 3/12/05 | DC-000010-11 | Radiology Order | | |
| 1-G | 3/12/05 | DC-00015-17 | Instructions for Patient | | |
| 1-H | 3/12/05 | DC-000021, 23 | Nursing Assessment | | |
| 1-I | 3/12/05 | DC-000018 | Patient Registration Record | | |
| 1-J | 3/12/05 | DC-000019 | Patient Authorization Form | | |
| 1-K | 3/12/05 | DC-000022, 25 | Patient Care Record | | |
| 1-L | 3/12/05 | DC-000020 | Physician Orders | | |
| 1-M | 3/12/05 | DC-000024 | Radiology Imaging Services Request | | |
| 1-N | 3/12/05 | DC-000014 | Radiology Report | | |
| 1-O | 3/12/05 | DC-000026-28 | Instructions for Patient | | |
| 1-P | 4/23/05 | DC-000173-74, 291 | Bills from Inova Health System | | |
| 1-Q | 4/26/05 | DC-000160, 292 | Bills from Emergency Medicine Associates | | |
| 1-R | 3/23/05 | DC-000155-56 | Bill from Association of Alexandria Radiologists | | |
| 2 | | | Compilation of Medical Records and Bills from 3/18/05 Nasal Reduction Surgery | | |

| EX. # | DATE | BATES | DESCRIPTION | OBJECTION? | ADMITTED |
|---|---|---|---|---|---|
| 2-A | 3/18/05 | DC-000293 | History and Exam from Pre-Operative Appointment on 3/15/05 | | |
| 2-B | 3/18/05 | DC-000047-48 | Consent Forms | | |
| 2-C | 3/18/05 | DC-000036-37 | Pre-Operative Orders | | |
| 2-D | 3/18/05 | DC-000039 | Pre-Operative Record | | |
| 2-E | 3/18/05 | DC-000040 | Intra-Operative Nursing Record | | |
| 2-F | 3/18/05 | DC-000041 | Anesthesia Record | | |
| 2-G | 3/18/05 | DC-000029-30 | Operative Report | | |
| 2-H | 3/18/05 | DC-000038 | Notes | | |
| 2-I | 3/18/05 | DC-000031-32 | Surgical Pathology Report | | |
| 2-J | 3/18/05 | DC-000042 | Post-Anesthesia Care Unit Record | | |
| 2-K | 3/18/05 | DC-000043 | Post-Operative Phone Call | | |
| 2-L | 3/18/05 | DC-000044-45 | Post-Operative Instructions | | |
| 2-M | 3/18/05 | DC-000046 | Post-Anesthesia Instructions | | |
| 2-N | 3/18/05 | DC-000034-35 | Payment Agreement | | |
| 2-O | | DC-000163 | Bill from Metropolitan ENT | | |
| 2-P | 4/27/05 | DC-000169 | Bill from Inova Surgery Center Franconia Springfield | | |
| 2-Q | 4/22/05 | DC-000151-52 | Bill from Ambulatory Anesthesia Associates | | |
| 2-R | | DC-000162 | Bill from Inova Healthplex | | |
| 3 | 3/22/05 | DC-000188 | Bill from Northern Virginia Ophthalmology for 3/22/05 Eye Examination | | |
| 4 | | | Compilation of Medical Records and Bills from 3/28/05 Emergency Department Visit | | |
| 4-A | 3/28/05 | DC-000159 | Patient Authorization Form | | |
| 4-B | 3/28/05 | DC-000013 | Patient Instructions | | |
| 4-C | 3/28/05 | DC-000181 | Patient Instructions re: Work during recovery | | |
| 4-D | | DC-000176-77 | Bill from Inova Health System | | |
| 4-E | | DC-000160 | Bill from Emergency Medicine Associates | | |
| 4-F | | DC-000165 | Bill from Association of Alexandria Radiologists | | |
| 5 | 12/7/07 | DC-00290 | Medical Record from Visit to Richmond Clinic on 7/24/05 | | |

| EX. # | DATE | BATES | DESCRIPTION | OBJECTION? | ADMITTED |
|---|---|---|---|---|---|
| 6 | | | Demonstrative exhibit summarizing Mazloum hospital and medical expenses | | |
| 7 | | | Demonstrative Exhibits Depicting FUR Nightclub floorplan | | |
| 8 | | | Demonstrative Exhibit Depicting Parties, Their Employees, and Other Potential Witnesses | | |
| 9 | 3/12/05 | DC 000056, 57, 58, 59, 60, 61, 69, 71, 73, 74, 77, 85, 88, 98, 99, 104, 112 | Photographs of Mazloum's Injuries taken by Emile Mazloum | | |
| 10 | 3/12/05 | D 14-15, 18, 20-24, 27 | Photographs of Mazloum's Injuries taken by MPD | | |
| 11 | 4/01/04 | D 327-330 | MPD Special Order (SO-04-07): "Carrying Service Firearms While Off-Duty in the District of Columbia" | | |
| 12 | 10/27/02 | D 354-363 | MPD General Order (GO - RAR - 901.07) "Use of Force" | | |
| 13 | 3/16/06 | D 416-420 | MPD "Table of Offenses and Penalties" | | |
| 14 | 7/26/06 | | CD-ROM containing video excerpts and still images from FUR security camera system | | |
| 15 | 4/08/06 | | FUR Nightclub 2005 Tax Return | | |
| 16 | | | FUR Nightclub 2006 Tax Return | | |

Ex. A-2

## PLAINTIFF'S LIST OF EXHIBITS – "MAY USE" DOCUMENTS
### (Other than documents to be used for impeachment or rebuttal)

| EX. # | DATE | BATES | DESCRIPTION | OBJECTION? | ADMITTED |
|---|---|---|---|---|---|
| | | DC-000049-50 | Medical Record and Bill from Visit to S. Heydarian, M.D. on 10/20/05 | | |
| | | | Audio tape of March 10, 2005 phone answering machine message left by Anthony Ramirez | | |
| | | | Transcript of March 10, 2005 phone answering machine message left by Anthony Ramirez | | |
| | | | Transcript of September 5, 2006 trial proceedings in *Arizona v. Ramirez* (No. 20059036831) | | |
| | 6/22/06 | | Interrogatory Responses of FUR Defendants | | |
| | 1/26/07 | | FUR Defendants' Responses to Plaintiff's Requests for Admission | | |
| | 9/26/06 | | Interrogatory Responses of Anthony Ramirez | | |
| | 9/19/06 | | Anthony Ramirez's Responses to Plaintiff's First and Second Requests for Admission | | |
| | | | Responses of Off-Duty Officers to Plaintiff's Requests for Admission | | |
| | 6/09/06 | | Off-Duty Officer Defendants' Rule 26(a) Disclosures | | |
| | 6/30/06 | | Off-Duty Officer Defendants' Amended Rule 26(a) Disclosures | | |
| | | | FUR Defendants' Rule 26(a) Disclosures | | |
| | 5/31/07 | | Ramirez's Answer to Second Amended Complaint | | |
| | 6/4/07 | | FUR Defendants' Answer to Second Amended Complaint | | |
| | 8/08/06 | | Deposition Testimony of Anthony Ramirez | | |
| | 10/03/06 | | Deposition Testimony of Thaddeus Modlin | | |
| | 10/04/06 | | Deposition Testimony of Richmond Phillips | | |

| EX. # | DATE | BATES | DESCRIPTION | OBJECTION? | ADMITTED |
|---|---|---|---|---|---|
| | 11/13/06 | | Deposition Testimony of Louis Schneider | | |
| | 11/17/06 | | Deposition Testimony of Michael Persons | | |
| | 2/27/07 | | Deposition Testimony of David McLeod | | |
| | 2/14/08 | | Deposition Testimony of Diego Sequiera | | |
| | | FUR 00272-296 | FUR Employee Manual | | |