# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

v.                              ~~Criminal~~ CIVIL Action 06-002

DISTRICT OF COLUMBIA

FILED
MAY 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant

## Jury Note

JUDGE BATES

CAN you HAVE BATTERY w/o ASSAULT?

DATE                                    FOREPERSON

TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

v.                                          ~~Criminal~~ CIVIL Action 06-002

DISTRICT OF COLUMBIA

FILED
MAY 02 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant

## Jury Note

Can we have three extra copies of the verdict form

DATE 5/2/08

TIME 1:45P

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

v.                                    CIVIL ~~Criminal~~ Action 06-002

DISTRICT OF COLUMBIA

FILED
MAY 02 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant

## Jury Note

If a juror believes one or more of the officers said, "F— AlQaeda" is that alone ~~made~~, reason enough to find for the plaintiff on either of the human rights statutes (42 USC 1981 & DC human rights)?

5/2/08
DATE

2:30 P
TIME

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

v.                                      CIVIL ~~Criminal~~ Action 06-002

DISTRICT OF COLUMBIA

FILED
MAY 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant

## Jury Note

Judge Bates,

On Verdict Form, Section III, special interrogatories - Question #2, is the reference to "physical contact" similar to battery, or ~~is it a~~ could it include any contact or touching?

5/2/08
DATE

2:45 P
TIME

FOREPERSON