UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No. 06-0002 (JDB)<br><br>FILED<br><br>MAY 0 2 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## RESPONSE TO JURY NOTE

Your note asks the following question: "In Verdict Form, Section III, special interrogatories - Question #2, is the reference to 'physical contact' similar to battery, or could it include any contact or touching?"

Answer: Please interpret "physical contact" to mean the same as battery.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:  May 2, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

Plaintiff,

v.

DISTRICT OF COLUMBIA, et al.,

Defendants.

Civil Action No. 06-0002 (JDB)

FILED
MAY 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RESPONSE TO JURY NOTE

Your note asks the following question: "If a juror believes one or more of the officers said, "f----- Al Qaeda" is that alone reason enough to find for the plaintiff on either of the human rights statutes (42 USC 1981 & DC human rights?)"

You are referred to the Court's instructions regarding the claims under 42 U.S.C. § 1981 and the D.C. Human Rights Act, and the elements required for each. You should consider these instructions along with all the other instructions you have received.

JOHN D. BATES
United States District Judge

Dated:   May 2, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

Civil Action No. 06-0002 (JDB)

**FILED**
MAY 0 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RESPONSE TO JURY NOTE**

Your note asks the following question: "Can you have battery without assault?"

The answer is yes.

_____
JOHN D. BATES
United States District Judge

Dated: May 2, 2008