UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

v.                                          CIVIL ~~Criminal~~ Action 06-002

DISTRICT OF COLUMBIA

FILED
MAY 05 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant

## Jury Note

Must the jury agree unanimously on the section ~~#~~ III "SPECIAL INTERROGATORIES" portion of the verdict form?

5/5/08
DATE

12:25 P
TIME