UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

Plaintiff,

v.

DISTRICT OF COLUMBIA, et al.,

Defendants.

Civil Action No. 06-0002 (JDB)

FILED
MAY 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RESPONSE TO JURY NOTE

Your first note today asks the following question: "Must the jury agree unanimously on the Section III 'Special Interrogatories' portion of the verdict form?"

Answer: Yes, and therefore all special interrogatories that the jury can unanimously answer with a "yes" or "no" should be so answered. Any special interrogatory that the jury cannot unanimously answer with a "yes" or "no" can be answered in some other manner, so long as the answer you give is unanimous. Any special interrogatory that the jury cannot unanimously answer, even in some other manner, may be left unanswered.

Your second note today asks the following question: "With respect to Section III -- Special Interrogatories, could our answers to these questions impeach, contradict or invalidate our verdict in Sections I Liability & Section II Damages?"

Answer: Your answers to the special interrogatories will be used by the Court to make legal determinations applicable to this case. Your answers should be consistent with your verdict.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:  May 5, 2008