# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

v.                                        ~~Criminal~~ CIVIL Action 06-002

DISTRICT OF COLUMBIA

                    FILED

                    MAY 0 6 2008

         Defendant          NANCY MAYER WHITTINGTON, CLERK
                            U.S. DISTRICT COURT

## Jury Note

May we have 4 more copies of the verdict form?

May we have some more copies of the "Jury Note" form?

DATE 5/6/08                    FOREPERSON

TIME 9:35 A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

v.                                          **Civil Action 06-002**

DISTRICT OF COLUMBIA, ET AL            FILED

                                        MAY 0 6 2008

**Defendant**                           NANCY MAYER WHITTINGTON, CLERK
                                        U.S. DISTRICT COURT

## Jury Note

Can we have a copy of Mr Pearson's testimony?

Can we have a copy of Mr Mazloum's testimony?

5/6/08
DATE

10:17 A
TIME

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

v.                                          Civil Action 06-002

DISTRICT OF COLUMBIA, ET AL

FILED

MAY 0 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant

## Jury Note

We have reached a verdict.
We are preparing our verdict
form

5/6/
DATE

3:12 Pm
TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**EMILE MAZLOUM**

v.                                                  **Civil Action 06-002**

FILED

MAY 06 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DISTRICT OF COLUMBIA, ET AL**

**Defendant**

## Jury Note

_____

_____

Your Honor,

We have reached a verdict & we have completed the "verdict form"

_____

_____

_____

5/6/08
DATE

3:30 PM
TIME