UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action No. 06-0002 (JDB)<br><br>FILED<br>MAY 0 6 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### RESPONSE TO JURY NOTE

Your note asks the following question: "Can we have a copy of Mr. Person's testimony? Can we have a copy of Mr. Mazloum's testimony?"

Answer: As is generally true in most cases, a transcript of the testimony in this case has not yet been prepared. Therefore, you will not be able to hear or read the testimony you have requested. As you have been instructed earlier, you should rely on your own memory of all the testimony you have heard, and your recollection controls. With that in mind, you should now continue your deliberations.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: May 6, 2008