UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM<br><br>　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　Defendants. | Civil Action No. 06-0002 (JDB) |

## SCHEDULING ORDER

Pursuant to the jury verdict entered on May 6, 2008, and the Court's reconsideration of the requirements of Fed. R. Civ. P. 50(b) & 59(b), it is hereby **ORDERED** that the parties shall file any post-trial motions by not later than May 16, 2008 as required by those rules. Any memoranda in support of or in opposition to those motions, however, shall be filed according to the following briefing schedule:

1.　Defendants shall file any memoranda in support of their post-trial motions by not later than June 6, 2008.

2.　Plaintiff shall file his memoranda in opposition thereto by not later than June 20, 2008.

3.　Defendants shall file any reply memoranda by not later than June 27, 2008.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　United States District Judge

Dated:   May 7, 2008