Civil Judgment ( Rev. DC 04/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

    Plaintiff(s)

v

DISTRICT OF COLUMBIA, ET AL,

    Defendant(s)

Civil Action No. **06-002 (JDB)**

FILED
MAY 0 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT ON THE VERDICT
## FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable

_____John D. Bates_____, Judge presiding, and the issues having been duly tried

and the Jury having duly rendered its verdict; now therefore, pursuant to the verdict,

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff(s):

**EMILE MAZLOUM** have and recover of and from the defendant(s):

**MICHAEL PERSONS**, the sum of  **$5, 000.00**  for compensatory damages together

with costs.

NANCY MAYER-WHITTINGTON, Clerk

Date: _____May 09, 2008_____      By: _____
                                                                   Tim Bradley, Deputy Clerk