Civil Judgment ( Rev. DC 04/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM

       Plaintiff(s)

Civil Action No. **06-002 (JDB)**

       v

DISTRICT OF COLUMBIA, ET AL,

       Defendant(s)

**FILED**

**MAY 0 9 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable

_____John D. Bates_____, Judge presiding, and the issues having been duly tried

and the Jury having duly rendered its verdict; now therefore, pursuant to the verdict,

     IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

**EMILE MAZLOUM**  have and recover of and from the defendant(s):

**ANTHONY RAMIREZ,** the sum of   **$25, 000.00**   for punitive damages together

with costs.

NANCY MAYER-WHITTINGTON, Clerk

Date: _____May 09, 2008_____

By: _____

Tim Bradley, Deputy Clerk