UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06 CV 00002<br>(JDB) |

**CONSENT MOTION AND MEMORANDUM IN SUPPORT OF AN EXTENSION OF TIME FOR PLAINTIFF TO FILE A MOTION FOR ATTORNEYS' FEES**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, plaintiff Emile Mazloum hereby moves for an extension of time to file a motion for attorneys' fees against defendant Anthony Ramirez.

At trial, the jury found that Mr. Ramirez deprived Mr. Mazloum of his constitutional rights to be free from unlawful arrest or the use of excessive force under the Fourth Amendment to the U.S. Constitution and 42 U.S.C. § 1983. In light of this jury verdict, plaintiff seeks attorneys' fees pursuant to 42 U.S.C. 42 U.S.C. § 1988(b).

Pursuant to Fed. R. Civ. P. 54(d)(2)(B)(i), plaintiff has until May 23, 2008 to file his petition. Plaintiff requests that the deadline be extended until 30 days after this Court's rulings on all post-trial motions.

Plaintiff's counsel expects to incur additional attorneys' fees during the post-trial briefing. As such, the granting of this motion will save the time and resources of both this Court and counsel, as it is likely that if plaintiff filed a motion for attorneys' fees on May 23rd, a subsequent motion for attorneys' fees would have to be filed at the completion of all post-trial

briefing. In addition, this Court's rulings on the parties' post-trial motions could impact plaintiff's motion for attorneys' fees.

On May 16, 2008, plaintiff's counsel conferred with defendant's counsel concerning this motion. Defendant's counsel consents to the extension of time.

A proposed order is attached.

                                            Respectfully submitted,

                                            /s/
                                      Warren R. Kaplan (Bar No. 034470)
                                      Susan Huhta (Bar No. 4534478)
                                      Candice D. Jones, admitted *pro hac vice*
                                      Washington Lawyers' Committee for
                                      Civil Rights and Urban Affairs
                                      11 Dupont Circle, NW, Suite 400
                                      Washington, D.C. 20036
                                      Phone: (202) 319-1000
                                      Fax: (202) 319-1010
                                      Sue_Huhta@washlaw.org
                                      Warren_Kaplan@washlaw.org

                                      Brian H. Corcoran (Bar No. 456976)
                                      David J. Gonen, admitted *pro hac vice*
                                      Katten Muchin Rosenman LLP
                                      1025 Thomas Jefferson St., NW
                                      Suite 700 East Lobby
                                      Washington, D.C. 20007
                                      Phone: (202) 625-3500
                                      Fax: (202) 298-7570
                                      Brian.Corcoran@kattenlaw.com
                                      David.Gonen@kattenlaw.com

                                      Katherine Gillespie (Bar No. 480013)
                                      Wilmer Hale LLP
                                      1875 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20007
                                      Phone: (202) 663-6575
                                      Fax: (202) 663-6363
                                      Katherine.Gillespie@wilmerhale.com

                                      *Attorneys for Plaintiff Emile Mazloum*