## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:06 CV 00002 <br> (JDB) |

### ORDER

On consideration of Plaintiff's Consent Motion for Extension of Time for Plaintiff to File a Motion for Attorneys' Fees;

IT IS this day _____ of _____, 2008,

ORDERED that the Consent Motion for Extension of Time for Plaintiff to File a Motion for Attorneys' Fees is granted; and it is further

ORDERED that any such motion shall be filed not later than 30 days after this Court's rulings on all post-trial motions.

                                                                                                          _____
                                                                                                          John D. Bates
                                                                                                          United States District Judge