## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2008, I caused a true copy of the foregoing Motion for Extension of Time for Plaintiff to File a Motion for Attorneys' Fees to be served by ECF notice upon the following:

Michael Bruckheim
Carl James Schifferle
Leticia L. Valdes
Office of the Attorney General for the District of Columbia
441 Fourth Street N.W.
6th Floor South
Washington, D.C. 20001

Shameka L. Gainey
Fulbright & Jaworski LLP
801 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C. 20004

Thomas S. Schaufelberger
Paul Fitzsimmons
Saul Ewing LLP
1025 Thomas Jefferson Street, N.W.
Suite 425 W
Washington, D.C. 20007-5209

*Attorneys for Defendants*

_____
Candice D. Jones
Attorney for Plaintiff Emile Mazloum