UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EMILE MAZLOUM, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:06 CV 00002 (JDB) |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S POST-TRIAL MOTION PURSUANT
TO RULE 59 REQUESTING A NEW TRIAL
AND/OR TO ALTER OR AMEND THE JUDGMENT**

Plaintiff Emile Mazloum ("Mazloum"), by his undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. 59 for a new trial in this matter with respect to certain claims and issues, and/or to alter and amend the judgment. Plaintiff's grounds for the motion, as will be more fully set out in his forthcoming Memorandum of Law in support of the motion, are as follows:

1. the jury's verdict with respect to Plaintiff's battery claim against Defendant Anthony Ramirez is against the weight of the evidence, and is otherwise inconsistent with the jury's finding of liability against Ramirez on the Plaintiff's claim under 42 U.S.C. § 1983, and therefore (a) the judgment should be amended as to the jury's finding on this claim, or (b) a new trial of the battery claim is warranted; and

2. the amount of damages awarded to Plaintiff against Defendants Ramirez, Michael Persons, and Night and Day Management LLC ("FUR") on Plaintiff's (i) battery claim against Persons and FUR, and (ii) Section 1983 claim against Ramirez were inadequate and against the

weight of the evidence, and therefore a new trial as to the amount of proper damages stemming from said claims is warranted.

As per this Court's May 7 and 14, 2008 orders, Plaintiff shall file its memorandum of law in support of his motion on or before June 6, 2008.

Respectfully submitted,

Dated: May 20, 2008

/s/ _____
Brian H. Corcoran (Bar No. 456976)
David J. Gonen (Bar No. 500094)
Katten Muchin Rosenman LLP
1025 Thomas Jefferson St., NW
Suite 700 East Lobby
Washington, D.C.  20007
Ph: (202) 625-3500
Fax: (202) 298-7570
Brian.Corcoran@kattenlaw.com

Susan Huhta (Bar No. 453478)
Warren R. Kaplan (Bar No. 034470)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW
Suite 400
Washington, D.C.  20036
Ph: (202) 319-1000
Fax: (202) 319-1010
Warren_Kaplan@washlaw.org

Attorneys for Plaintiff
Emile Mazloum