UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:06 CV 00002 (JDB) |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Post-Trial Motion for Entry of Judgment Against Defendant Ramirez on Plaintiff's Battery Claim or, alternatively, For a New Trial on that Claim, the Memorandum in support thereof, any opposition thereto, and the record therein, it is, this _____ day of _____, 2008:

ORDERED: that the general verdict finding in favor of Defendant Ramirez and against Plaintiff Mazloum on Plaintiff's assault and battery claim be altered and/or amended and that judgment against Defendant Ramirez and the District of Columbia on that claim be entered in accordance with the jury's special interrogatory answers.

[OR]

ORDERED: that a new trial be held on Plaintiff's assault and battery claim against Defendant Ramirez.

Judge John D. Bates
United States District Court Judge