# Exhibit 1

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

     Plaintiff,

   v.                                         CA No. 06-0002 (JDB)

DISTRICT OF COLUMBIA,                          Washington, D.C.
et al.,                                        Monday, March 31, 2008
                                               9:23 a.m.
     Defendants.

PRETRIAL CONFERENCE
BEFORE THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:        BRIAN H. CORCORAN, ESQ.
                          DAVID J. GONEN, ESQ.
                          Katten Muchin Rosenman, LLP
                          1025 Thomas Jefferson Street, NW
                          East Lobby, Suite 700
                          Washington, D.C. 20007-5201
                          202-625-3500

                          WARREN R. KAPLAN, ESQ.
                          Washington Lawyers' Committee for
                          Civil Rights and Urban Affairs
                          11 Dupont Circle, NW
                          Suite 400
                          Washington, D.C. 20036
                          202-319-1000

                          KATHERINE A. GILLESPIE, ESQ.
                          Wilmer Hale
                          1875 Pennsylvania Avenue, NW
                          Washington, D.C. 20006
                          202-663-5475

Bryan A. Wayne, RPR, CRR
Official Court Reporter

Copy

```
For the Defendants:        MICHAEL P. BRUCKHEIM, ESQ.
                           LETICIA L. VALDES, ESQ.
                           Office of the Attorney General
                           District of Columbia
                           441 Fourth Street, NW
                           Sixth Floor North
                           Washington, D.C. 20001
                           202-442-9833

                           PAUL A. FITZSIMMONS, ESQ.
                           Saul Ewing, LLC
                           1025 Thomas Jefferson Street, NW
                           Suite 425 West
                           Washington, D.C. 20007
                           202-295-6621

                           SHAMEKA L. GAINEY, ESQ.
                           Fulbright & Jaworski, LLP
                           801 Pennsylvania Avenue, NW
                           Suite 500
                           Washington, D.C. 20004
                           202-662-4502

Court Reporter:            BRYAN A. WAYNE, RPR, CRR
                           Official Court Reporter
                           U.S. Courthouse, Room 4808-B
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           202-216-0313
```

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription.

involvement to the extent that, for example, if a jury returns a verdict in favor of the plaintiff, against those three defendants, while -- then there's clearly a record indicating that at least a constitutional claim should remain alive to some extent, irrespective of whatever arguments, disagreements we may have.

If a jury returns a verdict in favor of those three defendants and finds that there is no assault and battery, no participation, no unlawful participation by them in this incident, then we feel it strengthens our position to move for posttrial relief as to the remaining claims against those defendants.

THE COURT: What remaining claims? You mean the constitutional claims?

MR. BRUCKHEIM: As to the constitutional claims.

THE COURT: You can't move for posttrial relief from me because you're in the Court of Appeals. I don't have the jurisdiction to give you posttrial relief.

MR. BRUCKHEIM: Our point is that if the record is already established as to that, it strengthens our position later on with respect to however those claims may be resolved, in whichever forum that may be.

The other problem is regarding the damages, because Your Honor brought up a good point, which we agree with, in that this essentially allows for double payment for the same injury.