UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 06-0002 (JDB)

**DEFENDANTS ANTHONY RAMIREZ, RICHMOND PHILLIPS, THADDEUS MODLIN AND LOUIS SCHNEIDER'S CONSENT MOTION TO ENLARGE THE TIME TO FILE THEIR REPLY TO PLAINTIFF'S OPPOSITION TO THEIR POST TRIAL MOTION**

    Defendants Anthony Ramirez, Richmond Phillips, Thaddeus Modlin, and Louis Schneider (hereinafter "Defendants"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby move to enlarge the time for the parties to file their replies to the parties' respective oppositions to post trial motions and as grounds state as follows:

    1.    On May 12, 2008, this Court entered its order setting June 27, 2008, as the deadline for the parties to file replies to post trial motions in this matter. Despite good faith efforts and due to the press of other business for both the undersigned and her supervisors, undersigned counsel will not be able to complete the reply to plaintiff's opposition to their post trial motion within the prescribed deadline.

    2.    The defendants, on behalf of all parties including plaintiff, request that the Court extend the deadline for filing replies until July 3, 2008.

    3.    Fed. R. Civ. P. 6(b) provides that when an act must be done within a specified time, the court may for good cause, extend the time "(1) with or without motion or notice if the court acts, or a request is made, before the original time or its extension expires…" These

defendants' request is made before the June 27, 2008, expiration of the deadline for filing motions.

4.   Plaintiff's counsel consents to the requested relief, and no party will be unduly prejudiced by the grant of the requested relief.

Defendants have attached hereto, a memorandum of points and authorities in support of their Motion to Enlarge the Time to File Their Reply to Plaintiff's Opposition.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

   /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV


   /s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295


**CERTIFICATE PURSUANT TO RULE 7(m)**

I hereby certify that on June 27, 2008, the undersigned communicated with David J. Gonen, plaintiff's counsel, regarding the relief herein sought, and he consents to the relief requested.

   /s/ Leticia L. Valdes
LETICIA L. VALDES
Assistant Attorney General

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, | |
| Plaintiff, | |
| v. | C.A. No. 06-0002 (JDB) |
| DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS ANTHONY RAMIREZ, RICHMOND PHILLIPS, THADDEUS MODLIN AND LOUIS SCHNEIDER'S CONSENT MOTION TO ENLARGE THE TIME TO FILE THEIR REPLY TO PLAINTIFF'S OPPOSITION TO THEIR POST-TRIAL MOTION

In support of their Motion to Enlarge the Time to File Their Reply to Plaintiff's Opposition to Their Post-Trial Motion, defendants Anthony Ramirez, Richmond Phillips, Thaddeus Modlin, and Louis Schneider, herein submit and rely upon the following authorities:

1. Fed. R. Civ. P. 6(b);

2. The entire record herein;

3. Judicial economy;

4. The lack of undue prejudice to the parties;

5. Plaintiff's consent; and

6. The Court's equitable powers.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

2

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

EMILE MAZLOUM,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 06-0002 (JDB)

## ORDER

Upon consideration of defendants Anthony Ramirez, Richmond Phillips, Thaddeus Modlin, and Louis Schneider's Motion to Enlarge the Time to File Their Reply to Plaintiff's Opposition to Their Post-Trial Motion, it is by the Court this _____ day of _____, 2008,

**ORDERED**: that the defendants' Motion to Enlarge the Time to File Their Reply to Plaintiff's Opposition to Their Post-Trial Motion is GRANTED for the reasons set forth in their motion; and it is,

**FURTHER ORDERED:** that the parties, both defendants and plaintiff, shall file their replies to post-trial motions on or before July 3, 2008.

_____
Judge John D. Bates
United States District Judge