UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EMILE MAZLOUM, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:06 CV 00002 (JDB) |
| v. | ) ) ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF'S MOTION FOR ORAL ARGUMENT
ON THE PARTIES' POST-TRIAL MOTIONS
AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiff Emile Mazloum hereby moves this Court pursuant to LCvR 7(f) to grant oral argument on the parties' post-trial motions and briefs. The post-trial briefing concluded with the parties' submission of reply briefs on July 3, 2008, following the granting of Defendants' consent motion seeking a time extension.

Oral argument is warranted in the circumstances of this case. First, the parties' motions raise important issues that implicate the public interest in vindicating Fourth Amendment rights to liberty and bodily security against unwarranted police intrusion, and in upholding the sanctity of jury verdicts recognizing the violation of such rights.

Second, the parties' claims and arguments are numerous and complex and would benefit from full airing and examination at oral argument.

Finally, oral argument is necessary to ensure Plaintiff a fair opportunity to address arguments raised for the first time in Defendants' reply brief. For example, although Defendants' opening brief (p. 11-15) analyzed probable cause in terms of the *collective*

knowledge of the officers, which accorded with the jury instructions (p. 45), Defendants' reply brief (p. 7-8) argued for the first time that Ramirez' knowledge of the situation should be analyzed in *isolation* and as though he did not rely on the other officers in concluding that arrest and significant force were warranted against Mazloum.

    For these reasons, Plaintiff respectfully requests that oral argument be permitted on the parties' post-trial motions. Plaintiff's counsel today conferred with Defendants' counsel regarding the relief sought and Defendants' counsel declined to consent.

Dated: July 16, 2008                        Respectfully submitted,

                                                        /s/ Susan Huhta
                                        Warren R. Kaplan (Bar No. 034470)
                                        Susan Huhta (Bar No. 4534478)
                                        Roberto J. Gonzalez (Bar. No. 501406)
                                        Washington Lawyers' Committee for
                                        Civil Rights and Urban Affairs
                                        11 Dupont Circle, NW, Suite 400
                                        Washington, D.C. 20036
                                        Phone: (202) 319-1000
                                        Fax: (202) 319-1010
                                        Sue_Huhta@washlaw.org
                                        Warren_Kaplan@washlaw.org

                                        David J. Gonen (Bar No. 500094)
                                        Katten Muchin Rosenman LLP
                                        1025 Thomas Jefferson St., NW
                                        Suite 700 East Lobby
                                        Washington, D.C. 20007
                                        Phone: (202) 625-3500
                                        Fax: (202) 298-7570
                                        David.Gonen@kattenlaw.com

                                        *Attorneys for Plaintiff Emile Mazloum*