UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILE MAZLOUM, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06 CV 00002 |
| ) | (JDB) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

[PROPOSED] ORDER

On consideration of Plaintiff's Motion for Oral Argument On The Parties' Post-Trial Motions And Memorandum In Support Thereof;

IT IS this day _____ of _____, 2008,

ORDERED that the Motion for Oral Argument On the Parties' Post-Trial Motions is granted; and it is further

ORDERED that oral argument be scheduled for the earliest time convenient to the Court's schedule.

_____
John D. Bates
United States District Judge