# United States Court of Appeals
### For The District of Columbia Circuit

**No. 07-7169**          **September Term 2007**

06cv00002

Filed On: **August 27, 2008**

Emile Mazloum,

    Appellee

    v.

District of Columbia, et al.,

    Appellees

Thaddeus Modlin, et al.,

    Appellants

Jose Acosta, et al.,

    Appellees

**BEFORE:**    Henderson, Randolph, and Brown, Circuit Judges

## O R D E R

Upon consideration of the motion to hold the case in abeyance, or, alternatively, the motion to extend time to file briefs, and the response thereto; and the motion to dismiss appeals, the response thereto, and the reply, it is

**ORDERED** that the motion to dismiss be denied. It is

**FURTHER ORDERED** that the motion to hold the case in abeyance be granted. The parties are directed to file motions to govern further proceedings within 30 days of the district court's completion of consideration of the post-judgment motion for judgment notwithstanding the verdict and judgment as a matter of law. See Hoai v. Vo, 935 F.2d 308, 312 (D.C. Cir. 1991). It is

**FURTHER ORDERED** that the motion to extend time to file briefs be dismissed as moot.

The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**