**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EMILE MAZLOUM,

    **Plaintiff,**

       **v.**

DISTRICT OF COLUMBIA
METROPOLITAN POLICE
DEPARTMENT, et al.,

    **Defendants.**

Civil Action No.  06-0002 (JDB)

**ORDER**

Upon consideration of [210] defendants' motion for judgment notwithstanding the verdict and judgment as a matter of law and [211] [212] plaintiff's motion for a new trial, the oppositions and replies thereto, the entire record herein, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby

1.    **ORDERED** that [210] defendants' motion is **DENIED**; it is further

2.    **ORDERED** that [211] [212] plaintiff's motion is **GRANTED IN PART**; and it is further

3.    **ORDERED** that in the event that plaintiff's § 1983 verdict is overturned or vacated on appeal, a new trial shall be held in this case on plaintiff's battery claim against defendant Ramirez.

    **SO ORDERED**.

                /s/
             JOHN D. BATES
       United States District Judge

Dated:   September 15, 2008