UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 06-00002 (JDB) |
| | * | |
| DISTRICT OF COLUMBIA, *et al*., | * | |
| | * | |
| Defendants. | * | |
| _____ | * | |

STIPULATION OF DISMISSAL

Plaintiff Emile Mazloum and Defendants Richmond Phillips, Thaddeus Modlin, and Louis Schneider, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby request the Court to dismiss this case against these Defendants without prejudice.

Respectfully Submitted,

 /s/ Susan E. Huhta
SUSAN E. HUHTA [453478]
Washington Lawyers' Committee for Civil
Rights & Urban Affairs
11 Dupont Circle, N.W., Ste. 400
Washington, D.C. 20036

*Attorney on behalf of Emile Mazloum*

PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

           /s/ Patricia A. Jones
           PATRICIA A. JONES [428132]
           Chief, General Litigation, Section IV

By:     /s/ Dwayne C. Jefferson
           DWAYNE C. JEFFERSON [980813]
           Assistant Attorney General
           One Judiciary Square
           441 4th St., N.W., 6th Floor South
           Washington, D.C. 20001
           (202) 724-6649; (202) 727-6295
           dwayne.jefferson@dc.gov

*Attorneys on behalf of Defendants Richmond Phillips, Thaddeus Modlin, and Louis Schneider*