UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMILE MAZLOUM | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 1:06-CV-00002 (JDB) |
| | : | |
| DISTRICT OF COLUMBIA, *et al.* | : | |
| Defendants. | : | |
| _____ | : | |

DEFENDANT ANTHONY RAMIREZ'S
NOTICE OF FILING SEALED DOCUMENT

Undersigned counsel, Dwayne C. Jefferson, Assistant Attorney General for the District of Columbia, hereby provides notice that, on June 30, 2010, Defendant Anthony Ramirez filed a Consent Motion to Vacate Judgment [Docket # 260], which referenced a confidential exhibit that would be filed under seal. Defendant hereby provides notice that on July 2, 2010, the confidential exhibit is being filed by hand delivery to the Court under seal.

Respectfully Submitted,

PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

 /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

  /s/ Dwayne C. Jefferson
DWAYNE C. JEFFERSON [980813]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649; (202) 442-9845; (202) 727-6295
dwayne.jefferson@dc.gov